Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

United States District Court

Central District of California – Western Division

| Athena Cosmetics, Inc., | |
|---|---|
| Plaintiff, | No. 2:20-cv-05526-SVW-SHK |
| v. | Request to Enter Default against Defendants AMN Distribution Inc. and Moishe Newman |
| AMN Distribution Inc., a Delaware Corporation, Moishe Newman, an individual d/b/a Brush Express, and DOES 1-10, Inclusive, | |
| Defendants. | |

Plaintiff Athena Cosmetics, Inc. requests entry of default against defendants AMN Distribution Inc. and Moishe Newman.

The Agent for Service of Process of Defendant AMN Distribution Inc., was served with the summons and complaint on July 13, 2020 (See Proof of Service – ECF 13). AMN Distribution Inc. had until August 3, 2020, to respond to the complaint. No response was served or filed. Therefore, it is in default.

Defendant Moishe Newman, was personally served with the summons and complaint on July 7, 2020 (See Proof of Service – ECF 14). Mr. Newman had until July 28, 2020, to respond to the complaint. No response was served or filed. Therefore, he is in default.

No defaulting party is an infant or incompetent person.

The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply. Each defendant has been served with this application.

Default against defendants AMN Distribution Inc. and Moishe Newman is proper, and plaintiff requests the Court hold them in default.

August 6, 2020

/s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.

## CERTIFICATE OF SERVICE

I certify on August 6, 2020, I served the foregoing document "Request to Enter Default against Defendants AMN Distribution Inc. and Moishe Newman" by first class USPS mail separately on:

| AMN Distribution, Inc. | Moishe Newman |
| 4225 Lime Ave | 4225 Lime Ave |
| Long Beach, CA 90807 | Long Beach, CA 90807: |

August 6, 2020

/s/ *Anneliese Lomonaco*
Anneliese Lomonaco