UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:20-cv-05526-SVW-SHKx | Date: | October 5, 2020 |
|---|---|---|---|
| Title: | *Athena Cosmetics, Inc. v. AMN Distribution Inc. et al.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| M. Cash | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  Order to Show Cause Why Sanctions Should Not Be Imposed for Failure to Appear at October 5, 2020 Status Conference re Protective Order and Discovery Issues**

On October 1, 2020, the Court entered a Scheduling Notice setting a hearing re Protective Order and Discovery Issues for October 5, 2020, at 10:00 a.m.  Counsel for the parties were notified at the respective email addresses of record on the court's docket.  Attorney Ronan Cohen failed to appear.

The Court, on its own motion, hereby ORDERS counsel for defendant AMN Distribution Inc. to show cause in writing no later than October 26, 2020, why sanctions should not be imposed for failure to appear.  No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond or an unsatisfactory response to the Order to Show Cause may result in the imposition of sanctions.

**IT IS SO ORDERED.**