# Exhibit 1

Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>    Plaintiff, <br>      v. <br> AMN Distribution Inc., et al, <br>    Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Athena's First Request for Production of Documents to Defendant AMN Distribution Inc. |

To Defendant AMN Distribution Inc.:

Plaintiff Athena requests that defendant AMN Distribution Inc. produce these documents at the offices of Athena's attorneys. FED. R. CIV. P. 34 applies to this request and plaintiffs' responses and production. Response to this request and production of the requested documents will take place within 30 days of service of this request on AMN or such other date as may be mutually agreed upon by counsel and permitted by court orders governing discovery.

Production will take place at plaintiff's attorneys' office in the caption or by electronic transmission to mlang@socalip.com. This request seeks only non-privileged documents, but to withhold a Document on privilege grounds, AMN must comply with FED. R. CIV. P. 26(b)(5)(A)(ii)'s privilege log's obligations.

DEFINITIONS AND INSTRUCTIONS

1. "Athena" means plaintiff Athena Cosmetics, Inc.

2. "AMN" or "You" means defendant AMN Distribution Inc. and all predecessors, subsidiaries, parents and their past and present employees, officers, agents, or attorneys.

3. "Newman" means Moishe Newman.

4. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

5. "Person" means a natural person, a corporation, partnership, LLC, LLP, division, agency or other entity.

6. "Electronically stored information" and "ESI" means electronically stored information stored in any medium from which information can be obtained either directly or after translation by the responding party into a reasonably usable form.

7. If any ESI requires translation to make it understandable because of the format of the ESI, the program under which the ESI was created or because of abbreviations in the ESI, AMN must translate the ESI to make it understandable to Athena.

8. "Athena Trademark" means REVITALASH, REVITILASH AND DESIGN, ATHENA COSMETICS, ETERNALLY PINK, REVITALASH ADVANCED, the trademark registrations of which are shown in Exhibits 1–5 of the complaint and the RL Design, which is shown in the text of the complaint.

9. "Athena Goods" means all packaging, contents, inserts in the packaging, instructions and applicators that display the Athena Trademarks or the word "Athena or "Revitalash" whether Athena or another Person was the source of the goods.

10. "Lawsuit" means this underlying lawsuit, Athena v. AMN Distribution Inc., et al., No. 2:20-cv-05526-SVW-SHK, in the United States District Court, Central District of California.

11. All requests that begin, "All Documents that support AMN's affirmative defense …," do not necessarily quote from the affirmative defense and may paraphrase it.

12. These requests only seek documents and things from June 1, 2019, to the present unless a document or thing created before June 1, 2019, is attached to a Document or thing after that date, it which case the Document or thing must be produced.

13. If You request a copy of these requests in MS Word format, Athena will provide the copy if You agree to provide a copy of any of Your discovery requests and responses in MS Word.

## DOCUMENT REQUESTS

**Request No. 1:** All Documents mentioning Athena from January 1, 2019, to the present.

**Request No. 2:** All Documents from January 1, 2019, to the present that use the words "Athena" or "Revitalash".

**Request No. 3:** All Documents mentioning any sources for whom You shipped goods using any Athena Trademark or the words "Athena" or "Revitalash" including Documents naming all Persons at all sources with whom you dealt.

**Request No. 4:** All invoices, shipping Documents and bills of lading for your shipping Athena Goods.

**Request No. 5:** All communications including emails and letters with all suppliers or potential suppliers of Athena Goods.

**Request No. 6:** All communications including emails and letters with all Persons who introduced you to any Person affiliated with any suppliers or potential suppliers of Athena Goods.

**Request No. 7:** All Documents mentioning any AMN visits to and meetings with any suppliers or potential suppliers of Athena Goods.

**Request No. 8:** All Documents mentioning any visits and meetings from AMN by any suppliers or potential suppliers of Athena Goods.

**Request No. 9:** All Documents showing each shipment you made of Athena Goods.

**Request No. 10:** All Documents showing each sale you made of Athena Goods.

**Request No. 11:** All Documents showing all foreign trips by any AMN employee.

**Request No. 12:** All Documents showing any AMN employee or agent entertainment or dining expenses.

**Request No. 13:** All Documents to or from Newman from January 1, 2019, to the present that mention:

    a. Athena.

    b. Revitalash.

    c. Any Athena Trademark.

    d. Newman's compensation.

    e. The compensation to any relative of Newman.

    f. Newman's then-current residence.

    g. Newman's responsibilities with AMN.

    h. Newman's bank accounts.

    i. Any company or entity other than AMN which employed Newman or with which contracted with Newman.

**Request No. 14:** All Documents in categories a–i in the previous request to which Newman was copied.

**Request No. 15:** All Documents discussing any policy for identifying potentially counterfeit goods or goods that infringe any company's trademark or other intellectual property.

**Request No. 16:** All Documents from any Person other than Athena or Athena's attorneys complaining or otherwise mentioning that AMN was selling, shipping or otherwise distributing potentially counterfeit goods or goods that infringe any company's trademark or other intellectual property.

**Request No. 17:** All Documents to or from or copied to any Person that mentions this Lawsuit or any lawsuit in which Athena is a party.

**Request No. 18:** All financial records including any bank records showing all profits or losses made in the United States and worldwide from sales or shipments of any Athena Goods.

**Request No. 19:** A copy of all printed or on-line advertising you used containing any Athena Trademark.

**Request No. 20:** All webpages You used containing any Athena Trademark.

**Request No. 21:** All postings on any e-commerce site including but not limited to eBay, Amazon, Alibaba, onlinecentershop.com and Esty.

**Request No. 22:** Documents showing the names, all business and home addresses, business and home telephone numbers and email addresses of (1) all Your owners of at least 10% of AMN and (2) all AMN's officers and managing employees.

**Request No. 23:** Document showing the names, business addresses, business telephone numbers, email address and web address of all businesses in which at least 10% of the business is owned by any person named on a Document requested to be produced in the previous request.

**Request No. 24:** Document showing the formation of AMN whether articles of incorporation, a limited liability company operating agreement, a partnership agreement or any other Documents showing such a formation.

**Request No. 25:** Documents sufficient to identify all AMN facilities and offices including those shared with any other Person.

**Request No. 26:** Documents sufficient to identify all past and current managers at all AMN facilities and offices including facilities and offices shared with any other Person.

**Request No. 27:** All leases of AMN or Newman.

**Request No. 28:**  Documents sufficient to identify all AMN's or Newman's banks and other financial institutions.

**Request No. 29:**  Documents sufficient to show the name, title, home and office address, email address and phone numbers for all AMN managers.

**Request No. 30:**  The profit and loss statements of AMN.

**Request No. 31:**  Photographs or other images of the inside and outside of all AMN facilities and offices including those shared with any other Person.

**Request No. 32:**  All Documents that support AMN's affirmative defense that Athena and AMN were parties to a contract.

**Request No. 33:**  All Documents that support AMN's affirmative defense that any AMN failure to perform any obligation resulted from Athena's failure to perform material services required of Athena

**Request No. 34:**  All Documents that support AMN's affirmative defense that AMN's failure to perform any obligation resulted from Athena's failure to perform material services.

**Request No. 35:**  All Documents that support AMN's affirmative defense that AMN's failure to perform any obligation constituted a prior breach by Athena that excused and discharged the performance of any obligations by AMN.

**Request No. 36:**  All Documents that support AMN's affirmative defense that a condition precedent to AMN's performance was the reasonable and satisfactory performance on the part of Athena.

**Request No. 37:**  All Documents that support AMN's affirmative defense that any failure on its part to perform any obligation attributable to it resulted from Athena's failure to provide reasonable and satisfactory performance of its obligations.

**Request No. 38:**  All Documents that support AMN's affirmative defense that any failure of condition precedent excused and discharged the performance of any AMN obligations.

**Request No. 39:** All Documents that support AMN's affirmative defense that a constructive and implied concurrent condition of performance was Athena's reasonable and satisfactory performance.

**Request No. 40:** All Documents that support AMN's affirmative defense that any failure on its part to perform any obligation attributable to AMN resulted from Athena's failure to provide such reasonable and satisfactory performance of its obligations

**Request No. 41:** All Documents that support AMN's affirmative defense that Athena's failure to perform any obligation of a concurrent condition attributable to AMN excused and discharged the performance of any obligations by AMN.

**Request No. 42:** All Documents that support AMN's affirmative defense that any failure to perform any obligation attributable to AMN, resulted from Athena's failure to perform material services required of Athena.

**Request No. 43:** All Documents that support AMN's affirmative defense that any that Athena's failure to perform any obligation constituted a material failure of consideration which excused and discharged the performance of any obligation by AMN.

**Request No. 44:** All Documents that support AMN's affirmative defense that the Doctrine of Frustration of Purpose bars Athena is barred from obtaining the relief sought.

**Request No. 45:** All Documents that support AMN's affirmative defense that the Statute of Limitations including, but not limited to, California Code of Civil Procedure Sections 337, 338, 339, 340, 343 and 344, and California Corporations Code §25506 bars all Athena claims.

**Request No. 46:** All Documents that support AMN's affirmative defense of the Doctrine of Waiver and Release bars all Athena claims.

**Request No. 47:** All Documents that support AMN's affirmative defense that the Doctrine of Estoppel bars Athena's claims.

**Request No. 48:** All Documents that support AMN's affirmative defense that the Doctrine of Laches Athena bars Athena's claims.

**Request No. 49:** All Documents that support AMN's affirmative defense that the Doctrine of Unclean Hands bars Athena's claims.

**Request No. 50:** All Documents that support AMN's affirmative defense that Athena has failed to take reasonable steps to avoid, mitigate, or minimize his damages.

**Request No. 51:** All Documents that support AMN's affirmative defense the Statute of Frauds bars Athena's claims.

**Request No. 52:** Athena is barred from obtaining the relief sought or asserting the claims because AMN' claims against Athena offsets the claims and amounts alleged in the Third Amended Complaint to be due to Athena by AMN.

**Request No. 53:** All Documents that support AMN's affirmative defense that all injuries Athena suffered are the direct and proximate result of negligence, recklessness, or other wrongful conduct by third parties.

**Request No. 54:** All Documents that support AMN's affirmative defense that Athena assumed the risk involved in its transaction with AMN.

**Request No. 55:** All Documents that support AMN's affirmative defense of mutual mistake.

**Request No. 56:** All Documents that support AMN's affirmative defense that Athena authorized AMN's conduct that might otherwise constitute a breach of contract, a breach of fiduciary duty, or a violation of statutes.

October 1, 2020

/s/ *Marina Lang*
Marina Lang
SOCAL IP LAW GROUP LLP

Attorney for Plaintiff Athena Cosmetics, Inc.

## CERTIFICATE OF SERVICE

I declare under penalty of perjury of the laws of the United States that on October 1, 2020, I served "Athena's First Request for Production of Documents to Defendant AMN Distribution Inc." to defendant's attorney at his email address with CM/ECF.

October 1, 2020                     /s/ *Anneliese G. Lomonaco*
                                    Anneliese G. Lomonaco