# Exhibit 6

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546726 | 11/10/2020 | 468176 |
| **Job Date** | **Case No.** ||
| 11/5/2020 | 2:20-cv-05526-SVW-SHK ||
| **Case Name** |||
| Athena Cosmetics, Inc. v. AMN Distribution, Inc., et al. |||
| **Payment Terms** |||
| Net 30; Interest @ 1.5%/mo after 30 days |||

Marina Lang, Esq.
SoCal IP Law Group, LLP
310 N. Westlake Boulevard, Suite 120
Westlake Village CA  91362

Certificate re Nonappearance of:
    30(b)(6) AMN Distribution      505.25
Videotape Recording of:
    30(b)(6) AMN Distribution.      195.00

**TOTAL DUE  >>>**     **$700.25**

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

NOTE: Did you know that we offer Interpreting and translation services? Ask calendar for more information.

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

**Tax ID:** 95-3312349      Phone: (805) 230-1350    Fax:(805) 230-1355

*Please detach bottom portion and return with payment.*

Marina Lang, Esq.
SoCal IP Law Group, LLP
310 N. Westlake Boulevard, Suite 120
Westlake Village CA  91362

A062.L20369

| | | | | |
|---|---|---|---|---|
| Job No. | : | 468176 | BU ID | : .BCR - LA |
| Case No. | : | 2:20-cv-05526-SVW-SHK | | |
| Case Name | : | Athena Cosmetics, Inc. v. AMN Distribution, Inc., et al. | | |
| Invoice No. | : | 546726 | Invoice Date | : 11/10/2020 |
| **Total Due** | : | **$700.25** | | |

**PAYMENT WITH CREDIT CAR**       

Remit To: **Barkley Court Reporters**
    **10350 Santa Monica Blvd., Suite 200**
    **Los Angeles CA  90025-6923**