# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>   Plaintiff, <br>    v. <br> AMN Distribution Inc., et al, <br>   Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Proposed Order Granting Athena's Motion to Compel Discovery <br><br> Magistrate Judge Kewalramani |

Plaintiff Athena Cosmetics, Inc. moved to compel defendant AMN Distribution Inc. The motion is granted. AMN is ordered to:

  1. Produce all documents requested in Athena's First Request for Production of Documents within seven days of this order.

  2. Answer fully Athena's First Interrogatories to Defendant AMN Distribution Inc. within seven days of this order

  3. Serve initial disclosures on Athena within seven days of this order.

  4. Produce one or more witnesses to testify about the categories of Athena's Notice of Deposition of Defendant AMN Distribution Inc. under Fed. R. Civ. P. 30(b)(6) within 14 days of this order unless Athena agrees to another date and time.

The Court awards $ \_\_\_ in expenses to Athena.

Dated: _____        _____

                    United States Magistrate Judge