# EXHIBIT 3

EXHIBIT 3                                                                                                       PAGE 010

 

**American Express Velocity Platinum Card**

americanexpress.com.au
Customer Service
1300 366 105

## Statement of Account

American Express Credit Card
GPO Box 5159
Sydney NSW 2001

| Prepared for | Membership Number | Statement Period | Date | |
|---|---|---|---|---|
| MOISHE NEWMAN | XXXX-XXXXXX-REDACTED | June 11 to July 10, 2020 | July 10, 2020 | PAGE 1 OF 3 |

### ACCOUNT SUMMARY

Statement includes payments and charges received by July 10, 2020

| OPENING BALANCE | NEW CREDITS | NEW DEBITS | CLOSING BALANCE |
|---|---|---|---|
| 65.00 | − 130.00 | + 2,762.00 | = 2,697.00 |

**Minimum Payment Due by July 24, 2020**

**$67.42**

Pay this amount by your payment due date to avoid a late payment fee.

To minimise further interest charges, pay $2,697.00 by or before the payment due date.

### CREDIT SUMMARY

| CREDIT LIMIT $ | AVAILABLE CREDIT $ | TOTAL BALANCE $ |
|---|---|---|
| REDACTED | REDACTED | 2,697.00 |

**Request a change to your Credit Limit at** americanexpress.com.au/manageyourlimit

**MINIMUM REPAYMENT WARNING** If you make only the Minimum Payment each month, you will pay more interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the Closing Balance shown on this statement in about... | And you will end up paying an estimated total of interest charges of... |
|---|---|---|
| Only the minimum payment | 14 year(s), 0 month(s) | $3,958.06 |
| $138.25 (*) | 2 years | $621.00 a saving of $3,337.06 |

**Having trouble making repayments?** If you are having difficulty making credit card repayments, please contact us on 1300 661 001. We may be able to assist you.

(*) The estimated monthly payment to pay off your balance in 2 years assumes all balances are subject to the highest rate on your account.

If you have exceeded your credit limit and/or your account is overdue, these amounts are included in this month's minimum repayment only.

To learn more about the minimum repayment warning visit americanexpress.com.au /cardsmart

### INTEREST RATES

| CATEGORY | ANNUAL INTEREST RATE |
|---|---|
| Purchases | 20.74% |
| Cash Advances | 20.99% |

**For a guide on how to read your statement visit** americanexpress.com.au/mystatement

American Express Australia Limited  ABN 92 108 952 085. Australian Credit Licence No. 291313.  ® Registered Trademark of American Express Company.

· · · · · · · · · ·

### PAYMENT ADVICE

| | |
|---|---|
| Membership Number | XXXX-XXXXXX-REDACTED |
| Closing Standard Balance | $2,697.00 |
| Minimum Payment Due | $67.42 |
| Payment Due Date | July 24, 2020 |



MOISHE NEWMAN
39 lumeah rd
caulfield north
caulfield north VIC 3161

EXHIBIT 3        PAGE 011



# Statement of Account

| Prepared for | Membership Number | Statement Period | Date | |
|---|---|---|---|---|
| MOISHE NEWMAN | XXXX-XXXXXX-REDACTED | June 11 to July 10, 2020 | July 10, 2020 | PAGE 2 OF 3 |

## TRANSACTION DETAILS

| TRANSACTION DATE | TRANSACTION DETAILS | FOREIGN SPEND | AMOUNT ($) |
|---|---|---|---|
| **New Payments** | | | |
| June 19 | **BPAY PAYMENT-THANK YOU REC #** REDACTED | | 65.00 CR |
| June 19 | **BPAY PAYMENT-THANK YOU REC #** REDACTED | | 65.00 CR |
| | Total New Payments | | 130.00 CR |

**New Standard Transactions for: MR MOISHE NEWMAN**
Card Number  XXXX-XXXXXX-71001

| | | | |
|---|---|---|---|
| June 19 | XERO AUSTRALIA P/L XERO HAWTHORN | | 65.00 |
| July 8 | FUTURE CLASSICS FURNITU BEACONSFIELD | | 2,697.00 |
| **Total of New Standard Transactions for MR MOISHE NEWMAN** | | | **2,762.00** |

---

**Please check all transactions carefully and immediately advise us of any unauthorised use of the Card.**

**Your Account Payment Options**


**Pay your bill online**
Visit **americanexpress.com.au/paybillonline** to set up Online Bill Payment to make immediate or schedule payments from your bank account.


**Biller Code:** REDACT
**Ref: Please use your 15 digit card account number**
Please allow up to 3 business days for payment to be processed to your account

BPAY® this payment via internet or phone banking.
BPAY View® - View and pay this bill using internet banking.
BPAY View® Registration No. - 15 digit Card account number.

**The Automatic Payment Plan (Direct Debit)**
To enrol, visit **americanexpress.com.au/directdebit** or call the Cardmember Telephone service Centre.

**Paying in person**


You can pay your Card Account in person with Cash, EFTPOS or Cheque at Australia Post Offices.
Please note that if you are enrolled in Online Statements you cannot make payments in person at Australia Post Offices.

Cash payments are limited to no greater than your current account statement. You must present your card and current account statement when paying your Card Account.

A $3 processing fee will apply to payments made in person.

If you do not wish to be contacted for promotional or marketing offers, or wish to change the address, name or phone number on your Account, please call the number at the back of your Card.

EXHIBIT 3                    PAGE 012



# Statement of Account

| Prepared for | Membership Number | Statement Period | Date | |
|---|---|---|---|---|
| MOISHE NEWMAN | XXXX-XXXXXX-REDACTED | June 11 to July 10, 2020 | July 10, 2020 | PAGE 3 OF 3 |

**American Express Velocity Platinum Card**

**Summary of Velocity Points**

Summary from 4/06/2020 to 2/07/2020

| Velocity Points Earned | Bonus Points | Adjustments | Total Velocity Points Transferred |
|---|---|---|---|
| 81 | 0 | 0 | 81 |

| | Card Type | Card Number | No. of Velocity Points |
|---|---|---|---|
| **Points Earned** | Amex Velocity Plat | XXXXXXXXXX REDACTED | 81 |
| | **Total Velocity Points Earned** | | **81** |

\* Velocity is owned and operated by Velocity Rewards Pty Ltd as trustee of the Loyalty Trust. You must be a Velocity Member in order to earn and redeem Velocity Points. Membership of Velocity and Points earn and redemption is subject to the Member terms and conditions, available at www.velocityrewards.com.au, as amended from time to time.

# Card Member Offers and Information

**Manage your account online**
Online Services provides you with the convenience of 24 hour access to your account details and online statements. Visit americanexpress.com.au /online to find out more and register.

EXHIBIT 3        PAGE 013