UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-05526-SVW | Date | January 19, 2021 |
|---|---|---|---|
| Title | *Athena Cosmetics, Inc. v. AMN Distribution Inc. and Moishe Newman* | | |

| Present: The Honorable | STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER GRANTING [47] MOTION TO SET ASIDE DEFAULT JUDGMENT

Before the Court is Defendant Moishe Newman's motion to set aside the default judgment entered against him. Dkt. 47. After briefing, Plaintiff withdrew its opposition to Newman's motion. Dkt. 61.

The Court finds that Newman presented strong and convincing evidence to meet his burden and, accordingly, Newman's motion is GRANTED.

The Court hereby ORDERS as follows:

1. The August 7, 2020 default entered against Newman is set aside and vacated;

2. The September 17, 2020 default judgment entered against Newman is set aside and vacated; and

3. Newman must answer Plaintiff's complaint or file a Rule 12 motion within 21 days of this order.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| Initials of Preparer | | PMC |