1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

11

12

13

14

15

16

17

18

19

20

21

22

23

ATHENA COSMETICS, INC.,

                        Plaintiff

     v.

AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,

                       Defendants

Case No. 2:20-cv-05526-SVW-SHK

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT MOISHE NEWMAN TO DISMISS PLAINTIFF'S COMPLAINT**

HEARING

Date:  March 15, 2021
Time:  1:30 p.m.
Place:  Courtroom 10A
          First Street Courthouse
          350 W. 1st Street, 10th Floor,
          Los Angeles, California 90012

24

25

26

27

28

      The Motion of defendant Moishe Newman to Dismiss Plaintiff's Complaint came on for hearing before the above-captioned Court at 1:30 p.m., on March 15, 2021, Courtroom 10A, the Honorable Steven V. Wilson presiding.  Attorney David C. Voss, Jr. appeared on behalf of defendant Moishe Newman, and attorneys Marina Lang and

1    Michael Harris appeared on behalf of plaintiff Athena Cosmetics, Inc. ("Athena").

2    Defendant Newman ("Defendant") also filed a request for judicial notice concurrently

3    with his motion.  After consideration of the briefs and arguments of counsel, and all other

4    matters presented to the Court, the Court HEREBY ORDERS AS FOLLOWS:

5        1.    Defendant's request for judicial notice of the parties' settlement agreement

6              (including the schedules attached thereto, collectively, the "Settlement

7              Agreement") is granted as Plaintiff's sixth claim for breach of contract not

8              only references the parties' settlement agreement, but it is the very contract

9              upon which Plaintiff bases its claim and its authenticity is not reasonably

10             disputed.

11       2.    Plaintiff's first, second, third,  and fourth claims are dismissed, with

12             prejudice, as they fail to state a claim upon which relief may be granted

13             because they are barred by the Settlement Agreement.

14       3.    Plaintiff's fifth claim is dismissed, with prejudice, as it fails to state a claim

15             upon which relief may be granted because it is barred by the Settlement

16             Agreement.  The Court further declines to exercise jurisdiction pursuant to

17             28 U.S.C. 1367(c)(3) as it has dismissed Plaintiff's federal law claims.

18       4.    Plaintiff's sixth claim for relief is dismissed, with prejudice, as it fails to

19             state a claim upon which relief may be granted.  The Court further declines

20             to exercise jurisdiction pursuant to 28 U.S.C. 1367(c)(3) as it has dismissed

21             Plaintiff's federal law claims.

22

23   **IT IS SO ORDERED.**

24

25   DATED:  March _____, 2021.          _____

26                                        Honorable Steven V. Wilson
                                          United States District Judge

27

28

[PROPOSED] ORDER GRANTING MOTION TO DISMISS