| LastName | QuantTotal | Status | PaymentStatus | OrderDate | ShipEmailAddress | ShipToName | ShipCity | ShipState | ShipCountry | ShipPrimaryNumber | UPC | Qty | Description | TrackingNumber |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



EXH 1
SCHEDULE 2



