DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for defendants Moishe Newman and
AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**DECLARATION OF MOISHE NEWMAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>**HEARING**<br><br>Date:  March 15, 2021<br>Time: 1:30 p.m.<br>Place:  Courtroom 10A<br>            First Street Courthouse<br>            350 W. 1st Street, 10th Floor,<br>            Los Angeles, California 90012 |

**DECLARATION OF MOISHE NEWMAN**

I, Moishe Newman, declare:

1. I have personal knowledge of the facts set forth herein, which I know to be true and correct. I am over the age of 18, and if called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of the accompanying request for judicial notice (the "RJN") in support of my motion to dismiss the complaint of plaintiff Athena Cosmetics, Inc. ("Plaintiff") (the "Motion").

2. I have read Plaintiff's complaint, including the sixth claim for relief for breach of contract.

3. I am familiar with the settlement agreement and schedules appended thereto (collectively, the "Settlement Agreement") that is referenced in and upon which Plaintiff bases its purported sixth claim for relief. I was a signatory to the Settlement Agreement and my signature appears on the last two pages of the agreement.

4. Attached to the RJN as <u>Exhibit 1</u> is a true and correct copy of Settlement Agreement with the caveat that the phone numbers, last names, and home addresses (except for city and state) of customers and suppliers in the schedule portion of the agreement have been redacted. The foregoing information is contained in the unredacted version of those schedules, which schedules can be made available in unredacted form for in camera review or under seal if so desired by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February __8__, 2021 at Caulfield, Australia.

_____
MOISHE NEWMAN