# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT AMN DISTRIBUTION, INC. FOR JUDGMENT ON THE PLEADINGS**<br><br>HEARING<br><br>Date:  March 15, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 10A<br>        First Street Courthouse<br>        350 W. 1st Street, 10th Floor,<br>        Los Angeles, California 90012 |

The motion of defendant AMN Distribution, Inc. ("AMN") for judgment on the pleadings came on for hearing before the above-captioned Court at 1:30 p.m., on March 15, 2021, Courtroom 10A, the Honorable Steven V. Wilson presiding. Attorney David C. Voss, Jr. appeared on behalf of defendant AMN, and attorneys Marina Lang and

Michael Harris appeared on behalf of plaintiff Athena Cosmetics, Inc. ("Athena"). Defendant AMN also filed a request for judicial notice concurrently with its motion. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, the Court HEREBY ORDERS AS FOLLOWS:

1. Defendant's request for judicial notice of the parties' settlement agreement (including the schedules attached thereto, collectively, the "Settlement Agreement") and the "Lawsuit" referenced in the Settlement Agreement is granted as Plaintiff's sixth claim for breach of contract not only references the parties' settlement agreement, but it is the very contract upon which Plaintiff bases its claim and the authenticity of the documents is not reasonably disputed.

2. Plaintiff's first, second, third, and fourth claims are dismissed, with prejudice, as they fail to state a claim upon which relief may be granted because they are barred by the Settlement Agreement.

3. Plaintiff's fifth claim is dismissed, with prejudice, as it fails to state a claim upon which relief may be granted because it is barred by the Settlement Agreement. The Court further declines to exercise jurisdiction pursuant to 28 U.S.C. 1367(c)(3) as it has dismissed Plaintiff's federal law claims.

4. Plaintiff's sixth claim for relief is dismissed, with prejudice, as it fails to state a claim upon which relief may be granted. The Court further declines to exercise jurisdiction pursuant to 28 U.S.C. 1367(c)(3) as it has dismissed Plaintiff's federal law claims.

**IT IS SO ORDERED.**

DATED: March _____, 2021.

_____
Honorable Steven V. Wilson
United States District Judge