EXH 1
SCHEDULE 2

EXH 1
SCHEDULE 2







EXH 1
SCHEDULE 2