Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMN Distribution Inc., et al,<br><br>    Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Michael Harris Supporting Athena's Opposition to Defendant Newman's Motion to Dismiss under Rule 12(b)(6)<br><br>Date:  March 15, 2021<br>Time:  1:30 pm<br>Judge Wilson |

I, Michael Harris, declare:

1. I am attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court. I am a partner in SoCal IP Law Group LLP (SoCal IP), plaintiff's attorneys.

2. Defendants' attorney, David Voss, and I did not confer under Local Rule 7–3 about either of defendant's Rule 12 motions. Mr. Voss did not tell me the reasons why he believed the complaint was defective, so I had no opportunity to consider them and to amend the complaint.

3. On February 11, 2021, the day before Mr. Voss filed defendant Newman's motion to dismiss under Rule 12(b)(6), Mr. Voss responded to my email to him trying to have a meet and confer on defendant AMN failure to serve interrogatories and produce documents, attend a properly scheduled Rule 30(b)(6) deposition and failure to

serve initial disclosures. In addition to responding to my requested to meet and confer, Mr. Voss mentioned he would file Rules 12(b)(6) and 12(c) motions. He neither asked for a prefiling conference nor mentioned any grounds for either motion.

4. Magistrate Judge Kewalramani requires the parties confer with him before pursuing any Rule 37 discovery motions. As part of discussions with the magistrate judge in December 2020, Mr. Voss mentioned the possibility of his filing a Rule 12 motion. Since this conference with the magistrate judge was about discovery, Mr. Voss provided no detail and did not ask to have a conference with me about Rule 12 motions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

February 19, 2021                    /s/ *Michael Harris*
                                     Michael Harris