Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

| Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
|---|---|
| Plaintiff, | Declaration of Michael Harris Supporting Athena's Opposition to Defendants' Motion for Judgment on the Pleadings |
| v. | |
| AMN Distribution Inc., et al, | Date:  March 15, 2021 |
| Defendants. | Time:  1:30 pm |
| | Judge Wilson |

I, Michael Harris, declare:

1. I am attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court. I am a partner in SoCal IP Law Group LLP (SoCal IP), plaintiff's attorneys.

2. Defendants' attorney, David Voss, and I did not confer under Local Rule 7–3 about either of defendant's Rule 12 motions.

3. On February 11, 2021, the day before Mr. Voss filed defendant Newman's motion to dismiss under Rule 12(b)(6), Mr. Voss responded to my email to him trying to have a meet and confer on defendant AMN failure to serve interrogatories and produce documents, attend a properly scheduled Rule 30(b)(6) deposition and failure to serve initial disclosures. In addition to responding to my request to meet and confer, Mr. Voss mentioned he would file Rules 12(b)(6) and 12(c) motions. He neither asked for a prefiling conference nor mentioned any grounds for either motion.

4.   Magistrate Judge Kewalramani requires the parties confer with him before pursuing any Rule 37 discovery motions. As part of discussions with the magistrate judge in December 2020, Mr. Voss mentioned the possibility of his filing a Rule 12 motion. Since this conference with the magistrate judge was about discovery, Mr. Voss provided no detail and did not ask to have a conference with me about Rule 12 motions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

February 19, 2021                                   /s/ *Michael Harris*
                                                    Michael Harris