# EXHIBIT 2

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

Reg. No. 3,526,373

**United States Patent and Trademark Office**   Registered Nov. 4, 2008

## TRADEMARK
### PRINCIPAL REGISTER



ATHENA COSMETICS, INC. (NEVADA CORPORATION)
701 NORTH GREEN VALLEY PARKWAY
SUITE 200
HENDERSON, NV 89074

FOR: COSMETIC PREPARATIONS FOR EYE LASHES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-6-2006; IN COMMERCE 12-6-2006.

THE MARK CONSISTS OF THE WORD "ATHENA" WITH A STYLIZED "CROWN" CENTERED ABOVE THE WORD, WITH THE OVERALL APPEARANCE BEING A ROUGHLY DIAMOND SHAPE, COMPRISED OF FIVE TRIANGLES IN A SYMMETRICAL FORMATION, WITH THE CENTER TRIANGLE TALLEST, EACH TRIANGLE FLAT ON TOP, WITH ALL FIVE TRIANGLE POINTS COMING TOGETHER TO A POINT AT THE BOTTOM OF THE "CROWN".

SER. NO. 77-222,615, FILED 7-5-2007.

JESSICA A. POWERS, EXAMINING ATTORNEY