EXHIBIT 3

Exhibits to First Amended Complaint                    Athena Cosmetics, Inc v. AMN Dist. et al.

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**Reg. No. 3,413,360**

## United States Patent and Trademark Office

Registered Apr. 15, 2008

### TRADEMARK
#### PRINCIPAL REGISTER

# ATHENA COSMETICS

ATHENA COSMETICS, INC. (NEVADA COR-
PORATION)

5135 CAMINO AL NORTE, SUITE 250

NORTH LAS VEGAS, NV 89031

FOR: COSMETIC PREPARATIONS FOR EYE LA-
SHES, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 11-19-2006; IN COMMERCE 11-19-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "COSMETICS", APART FROM
THE MARK AS SHOWN.

SN 78-912,720, FILED 6-20-2006.

GINA HAYES, EXAMINING ATTORNEY