# EXHIBIT 8

11/21/2019            Thank you for your purchase! - Brush Express - Checkout

**Shipping method**

Brush Express Fast & Free Shipping

**Payment method**

ending with     - $586.43

**Billing address**

United States

Save my information for a faster checkout

Continue shopping

Need help? Contact us

Refund policy    Privacy policy    Terms of service