EXH 1
SCHEDULE 2

EXH 1
SCHEDULE 2



EXH 1
SCHEDULE 2

EXH 1
SCHEDULE 2

EXH 1
SCHEDULE 2