UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-05526-SVW-SHK**  Date:  April 12, 2021

Title  *Athena Cosmetics, Inc. v. AMN Distribution Inc., et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Harris | David Voss |

**Proceedings:**       ORDER RE: DISCOVERY STATUS CONFERENCE

At the request of the parties, the Court held a discovery status conference.  Attorney Michael Harris appeared on behalf of Plaintiff.  Attorney David Voss appeared on behalf of Defendants.  Following discussion between the Court and the parties, the Court determined that the parties were not entirely prepared to discuss the nature of the discovery dispute, specifically what was conveyed in the email to the Court.  The parties agreed to further review the discovery disputed email and set a continued hearing for 12:00 p.m.

The Court and the parties reconvened at 12:00 p.m. as previously scheduled. The parties agreed to further meet and confer for a Rule 26(f) conference and have discussed potentially stipulating to moving the trial date along with setting discovery deadlines.  The Court sets a further status conference for **Friday, April 16, 2021 at 1:30 p.m.**

   **IT IS SO ORDERED.**

                                                                                                      :65 mins
                                                                         **Initials of Preparer**    DC