UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-05526-SVW-SHK**                                              Date:  April 16, 2021

Title       *Athena Cosmetics, Inc. v. AMN Distribution Inc. et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Harris | David Voss |

**Proceedings:**   ORDER RE: DISCOVERY STATUS CONFERENCE

At the request of the parties, the Court held a discovery status conference.  Attorney Michael Harris appeared on behalf of Plaintiff.  Attorney David Voss appeared on behalf of Defendants.  Following discussion between the Court and the parties, Defendant's argue that Plaintiff's discovery was not properly served.  Each party will provide their legal authority brief regarding Rule 5 as soon as possible, and the Court sets a further hearing for **Monday, April 19, 2021 at 9:00 a.m.**

IT IS SO ORDERED.

                                                                                                                    : 11 mins
                                                                                      **Initials of Preparer**    DC