UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-005526-SVW-SHK**                                              Date:  April 19, 2021

Title    *Athena Cosmetics, Inc. v. AMN Distribution Inc,. et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Harris | David Voss |

**Proceedings:**          **ORDER RE: DISCOVERY STATUS CONFERENCE**

At the request of the parties, the Court held a discovery conference. Attorney Michael Harris appeared on behalf of Plaintiff. Attorney David Voss appeared on behalf of Defendants. Following discussion between the Court and the parties, the Court reviewed the submissions provided by the parties regarding Federal Rule of Civil Procedure 5, and determines that discovery was not properly served, for the reasons stated on the record. With respect to the initial disclosures, such are due as required under the Federal Rules as to Plaintiff and Defendant AMN Distribution, Inc.

**IT IS SO ORDERED.**

                                                                                              : 10 mins
                                                              **Initials of Preparer**    DC