Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

David C. Voss Jr., No. 147330 david@vsbllp.com
Voss, Silverman & Braybrooke, LLP
Marina Towers, 4640 Admiralty Way, Suite 800
Marina del Rey, CA 90292-6602
Phone: (310) 306-0515

Attorneys for Defendants AMN Distribution, Inc.
    and Moishe Newman

**United States District Court**

**Central District of California – Western Division**

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **STIPULATION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE, JURY TRIAL AND RELATED DEADLINES [DECLARATION OF DAVID C. VOSS, JR. AND PROPOSED ORDER FILED CONCURRENTLY HEREWITH AS ATTACHMENTS]** <br><br> *Pre-Trial Conference* <br> Date: May 10, 2021 <br> Time: 3:00 p.m. <br><br> *Trial - Jury* <br> Date: May 18, 2021 <br> Time: 9:00 a.m. |

- 1 -
Stipulation for Continuance of Pre-Trial Conference, Trial, and Related Deadlines
Athena Cosmetics v. AMN Distribution, et al. No. 2:20-cv-05526-SVW-SHK

Pursuant to Local Rules 16-9 and 40-1, plaintiff Athena Cosmetics, Inc. and defendants AMN Distribution, Inc. and Moishe Newman submit this stipulation to continue the May 10, 202,1 pre-trial conference, the May 18, 2021 jury trial, and related deadlines.

## RECITALS

1. This stipulation is being submitted jointly by the parties following an extensive telephonic discovery conference held before Magistrate Judge Shashi H. Kewalramani on April 12 and 16, 2021 to discuss numerous discovery matters. At that conference, Magistrate Judge Kewalramani recommended that the parties submit a stipulation to continue the trial date and pre-trial conference to facilitate an orderly discovery process. He also ordered the parties to hold a new Rule 26(f) conference.

2. Plaintiff Athena Cosmetics, Inc. ("Athena") filed its complaint against defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman") on June 22, 2020 (Dkt. 1).[1]

3. Defendant AMN filed its answer to the complaint on August 7, 2020 (Dkt. 17).

4. Athena obtained a default against defendant Newman on August 7, 2020 (Dkt. 18) and an order granting a default judgment against him on September 17, 2020 (Dkt. 27).

5. On August 13, 2020 – before entry of the default judgment against Newman – this Court set an initial status conference for October 19, 2020. (Dkt. 23), which it subsequently continued to September 21, 2020 (Dkt. 25).

6. On September 18, 2020 – the date after it granted plaintiff's motion for a default judgment – the Court vacated the September 21, 2020, status conference, set a pre-trial conference for January 11, 2021 at 3:00 p.m., set a jury trial for January 19, 2021, and issued a civil trial preparation order. (Dkt. 28, 29).

---

[1] "Dkt" refers to the document's ECF filing number.

7.     The undersigned counsel for AMN, David C. Voss, Jr., substituted in as counsel for record for AMN on November 16, 2020 (Dkt. 40, 41). He is now also representing defendant Newman, who previously had not appeared in this action.

8.     On December 10, 2020, Mr. Voss filed a motion on behalf of defendant Newman to set aside the default and default judgment. (Dkt. 47).

9.     On January 8, 2021, the Court – on its own motion – reset the trial date to May 18, 2021 at 9:00 and the pre-trial conference to May 10, 2021 at 3:00 p.m. (Dkt. 60).

10.    On January 19, 2021, the Court granted defendant Newman's motion to set aside the default judgment. (Dkt. 62).

11.    On February 9, 2021, Mr. Newman filed a motion to dismiss Athena's complaint. Defendant AMN filed a motion for judgment on the pleading on the same date. (Dkts. 63 and 65).

12.    On March 16, 2021, the Court issued an order denying the motion of defendant AMN for judgment on the pleadings and granting in part and denying in part the motion of defendant Newman to dismiss Athena's complaint. The Court also granted Athena leave to file an amended complaint in accordance with the terms of its order. (Dkt. 72).

13.    On March 22, 2021, Athena filed its first amended complaint. Athena's amended complaint includes a demand for a jury trial. (Dkt. 73).

14.    On April 1, 2021, the Court bifurcated the trial into two phases, with the first phase to address Athena's contract claim. (Dkt. 74).

15.    On April 5, 2021, defendants filed an answer to Athena's first amended complaint. Defendants also requested a jury trial. (Dkt. 75).

16.    Although the Court previously continued the trial and pre-trial conference dates once, the parties themselves did not request any continuance of the pre-trial conference or trial date.

17.     Defendant Newman, who lives in Australia, will need time to conduct discovery, make the required pre-trial exchanges and disclosures and otherwise prepare for trial, and Athena has not had an opportunity to obtain discovery from him, and it plans to conduct discovery promptly.

18.     As noted above, this stipulation follows an extensive telephonic discovery conference held before Magistrate Judge. Kewalramani on April 12 and 16, 2021 to discuss numerous discovery matters. That conference followed in the wake a prior discovery conference call with Magistrate Judge Kewalramani on December 11, 2020 (Dkt. 50) and a subsequent order denying, on procedural grounds, a prior motion to compel discovery brought by Athena.

19.     In light of the procedural history of this case – including the setting aside of a default, the appearance of a new defendant who resides in Australia, various motions attacking the complaint and the filing of new amended complaint, the need to conduct a new Rule 26(f) conference, the need of the parties to conduct further discovery and resolve discovery related issues before the Magistrate, and the intent of the parties to file summary judgment motions, the parties respectfully request a continuance of the trial date, pre-trial conference, and all related deadlines by not less than 180 days. Absent such a continuance, the parties will be unable to conduct and complete discovery in an orderly manner, bring potentially dispositive motions and make the required pre-trial exchanges and disclosures in a timely manner and otherwise prepare the action for trial.

20.     The parties also note that jury trials continue to be suspended in the Western Division of the Central District, which suspension has been reaffirmed in the March 19, 2021, General Order 21-03.

## STIPULATION

**NOW, THEREFORE,** Defendants AMN and Newman and plaintiff Athena, through their respective counsel of record, hereby stipulate and agree, subject to the approval of this Court, that:

1. The pre-trial conference, previously scheduled for May 10, 2021 at 3:00 p.m. shall be continued by not less than 180 days, i.e., no earlier than November 8, 2021 at 3:00 p.m.;

2. The jury trial, previously scheduled for May 18, 2021 at 9:00 a.m., shall be continued by not less than 180 days, i.e., no earlier than November 16, 2021 at 9:00 a.m.;

3. All deadlines set forth in the pre-trial order dated September 18, 2020 and/or Local Rules and Federal Rules of Civil Procedure shall be calculated based upon the new dates for the pre-trial conference and trial.

**IT IS SO STIPULATED.**

DATED: April 28, 2021              DAVID C. VOSS, JR.
                                   VOSS, SILVERMAN & BRAYBROOKE, LLP

                                   By: _____
                                      David C. Voss, Jr.
                                      Attorneys for Defendant
                                      AMN DISTRIBUTION, INC. and
                                      MOISHE NEWMAN

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that the signatures listed below and on whose behalf this filing is being submitted concur in the filing's content and have authorized the filing of the same.

DATED: April 28, 2021              By:   /s/
                                      Michael D. Harris
                                      Attorneys for Plaintiff Athena Cosmetics, Inc.