DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendant AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **DECLARATION OF DAVID C. VOSS, JR. IN SUPPORT OF STIPULATION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE, JURY TRIAL AND RELATED DEADLINES** <br><br> *Pre-Trial Conference* <br> Date:   May 10, 2021 <br> Time:   3:00 p.m. <br><br> *Trial - Jury* <br> Date:   May 18, 2021 <br> Time:   9:00 a.m. |

## **DECLARATION OF DAVID C. VOSS, JR.**

I, David C. Voss, Jr., declare:

1. I am an attorney, duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am the managing partner of the law firm of Voss, Silverman & Braybroooke LLP, counsel for defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr. Newman" or "defendant Newman"). Unless otherwise stated, I have personal knowledge of the facts set forth herein which I know to be true and correct and, if called as a witness, I could and would competently testify with respect thereto.

2. I submit this declaration in support of the concurrently filed Stipulation for Continuance of the Pre-Trial Conference, Jury Trial and Related Deadlines.

3. I substituted in as counsel of record on behalf of defendant AMN on November 16, 2020 (Dkt. 40, 41) and have also subsequently appeared on behalf of defendant Newman. To the extent that this case did not proceed with diligence *prior* to my involvement, I apologize to the Court on behalf of my clients.

4. Subsequent to becoming counsel of record in this matter, I have worked diligently to prepare this case for trial. Although I have included a detailed chronology of the history of this proceeding in the stipulation filed concurrently herewith, the steps taken by me and my firm include: (a) filing a motion to set aside the default judgment taken against defendant Newman, which motion was subsequently granted (Dkt. 62); (b) filing a motion to dismiss Plaintiff's complaint on behalf of the defendant Newman, which motion was recently granted in part and denied in part (Dkt. 72); (c) filing a motion for judgment on the pleadings on behalf of defendant AMN, which was denied (Dkt. 72); (d) filing an answer on behalf of defendants AMN and Newman to Plaintiff's March 22, 2021 First Amended Complaint (Dkts. 73, 75).

5. In addition to the foregoing, on April 19, 2021 Magistrate Judge Shashi H. Kewalramani resolved certain outstanding discovery disputes relating to discovery propounded by Plaintiff's counsel prior to my appearance as counsel of record in this

matter.  The parties all agree that both as a result of this latest ruling and the addition of Moishe Newman to the matter as a defendant, a reasonable time period is needed to facilitate the orderly conduct of discovery.

    6.    In addition, defendants presently intend to file a motion for summary judgment and/or partial summary judgment and need to time for that motion to be heard in advance of trial and because it may well streamline the relevant areas for discovery.  April 16.

    7.    I respectfully request, on behalf of Defendants, a continuance of the trial date, pre-trial conference, and all related deadlines by not less than 180 days.  This continuance is appropriate give the procedural history of this case, including the fact that Plaintiff's First Amended Complaint and Defendants' answers to same were just recently filed and particularly noting that Defendant Newman, who lives in Australia, has now made first appearance in the matter.  Without this additional time, the parties will be unable to conduct and complete discovery in an orderly manner including a new Rule 26(f) conference, the required pre-trial exchanges and disclosures, bring potentially case dispositive motions (Defendants presently intend to file a motion for summary adjudication) and otherwise prepare the action for trial.

    8.    All parties have demanded a jury trial in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 28, 2021 in Marina Del Rey, California.

                                          DAVID C. VOSS, JR.