**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF PRE-TRIAL CONFERENCE, TRIAL, AND RELATED DEADLINES** <br><br> <u>Pre-Trial Conference</u> <br> Date: May 10, 2021 <br> Time: 3:00 p.m. <br><br> <u>Trial - Jury</u> <br> Date: May 18, 2021 <br> Time: 9:00 a.m. |

Having considered the stipulation submitted by defendants AMN Distribution, Inc. ("AMN") and Moishe Newman and Plaintiff Athena Cosmetics, Inc. ("Athena") to continue the previously scheduled pre-trial conference, jury trial, and related deadlines, the declaration of David C. Voss, Jr. in support thereof, and good cause having been shown, Court HEREBY ORDERS AS FOLLOWS:

1. The pre-trial conference, previously scheduled for May 10, 2021 at 3:00 p.m. shall be continued by not less than 180 days, i.e., no earlier than November 8, 2021 at 3:00 p.m.;

2. The jury trial, previously scheduled for May 18, 2021 at 9:00 a.m., shall be continued by not less than 180 days, i.e., no earlier than November 16, 2021 at 9:00 a.m.;

3. All deadlines set forth in the pre-trial order dated September 18, 2020 and/or Local Rules and Federal Rules of Civil Procedure shall be calculated based upon the new dates for the pre-trial conference and trial.

**IT IS SO ORDERED.**

DATED:  April _____, 2021.            _____
                                          Honorable Steven V. Wilson
                                          United States District Judge