# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**ORDER GRANTING CONTINUANCE OF PRE-TRIAL CONFERENCE, TRIAL, AND RELATED DEADLINES**<br><br>*Pre-Trial Conference*<br>Date:   May 10, 2021<br>Time:   3:00 p.m.<br><br>*Trial - Jury*<br>Date:   May 18, 2021<br>Time:   9:00 a.m. |

Having considered the stipulation submitted by defendants AMN Distribution, Inc. ("AMN") and Moishe Newman and Plaintiff Athena Cosmetics, Inc. ("Athena") to continue the previously scheduled pre-trial conference, jury trial, and related deadlines, the declaration of David C. Voss, Jr. in support thereof, and good cause having been shown, Court HEREBY ORDERS AS FOLLOWS:

1. The pre-trial conference, previously scheduled for May 10, 2021 at 3:00 p.m. shall be continued to July 19, 2021 at 3:00 p.m.;

2. The jury trial, previously scheduled for May 18, 2021 at 9:00 a.m., shall be continued to August 3, 2021 at 9:00 a.m.;

3. All deadlines set forth in the pre-trial order dated September 18, 2020 and/or Local Rules and Federal Rules of Civil Procedure shall be calculated based upon the new dates for the pre-trial conference and trial.

**IT IS SO ORDERED.**

DATED: May 3, 2021.  _____

Honorable Stephen V. Wilson
United States District Judge