DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for defendants Moishe Newman and
AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**DECLARATION OF MOISHE NEWMAN IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE, JURY TRIAL AND RELATED DEADLINES AND CONCURRENTLY FILED REQUEST FOR JUDICIAL NOTICE**<br><br>**HEARING**<br><br>Date: June 7, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br>       First Street Courthouse<br>       350 W. 1st Street, 10th Floor,<br>       Los Angeles, California 90012 |

## DECLARATION OF MOISHE NEWMAN

I, Moishe Newman, declare:

1. I have personal knowledge of the facts set forth herein, which I know to be true and correct. I am over the age of 18, and if called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of the concurrently filed Unopposed Motion of Defendants AMN Distribution Inc. and Moishe Newman for Continuance of Pre-Trial Conference, Jury Trial and Related Deadlines (the "Motion") and Request for Judicial Notice in support thereof.

2. I am an individual defendant in this action and am also the Chief Executive Officer of defendant AMN Distribution, Inc. ("AMN"). I currently reside in Caulfield, Australia (which is part of the greater Melbourne area) and have resided in Australia with my wife – an Australian citizen – and my children since 2011. I currently hold a permanent resident status in Australia and achieved that status on February 13, 2015. The technical name for the status and visa that I have held since February 13, 2015 is Australian Partner visa (subclass 801).

3. In light of the pandemic, and despite the presence of my parents and other family members in the United States, I have not travelled to the United or left the country of Australia since February of 2020.

4. The pandemic has made travel to and from Australia quite difficult as the Australian has implemented rigorous travel restrictions and quarantines on those who travel. Commencing in March of 2020, any Australian citizen and permanent resident, such as myself, needs special permission to leave the country. That policy remains in full force and effect. The travel restrictions for Australian citizens and permanent residents who wish to depart from Australia can be found at the Australian government's Department of Home Affairs and Smartraveller websites: https://covid19.homeaffairs.gov.au/leaving-australia#toc-7 and https://www.smartraveller.gov.au/destinations/americas/united-states-america. True and correct copies of print-outs of the foregoing webpages are attached as **Exhibits 1 and 2**

(the latter of which has been excerpted to include only the relevant pages) to the request for judicial notice filed concurrently herewith (the "RJN").

5. The current policy requires that I submit an application for an exemption for a business reason, which can be granted at the discretion of the government. Per the online application portal, which can be accessed at https://travel-exemptions.homeaffairs.gov.au/tep, the application must submitted at least 2 weeks, but not more than 2 months, prior to travel. A true and correct copy of print-out of the application portal entry page is attached hereto as **Exhibit 3** to the RJN.

6. Despite the potential availability of an exemption, the official advice from the government of Australia as of May 28, 2020 is as follows: "**Do not travel to the United States of America, including Alaska, Puerto Rico and the Hawaiian Islands due to the health risks from the COVID-19 pandemic and the significant disruptions to global travel.**" RJN, Exh. 2.

7. In addition to obtaining an exemption, I will also be required to provide evidence of a negative COVID-19 test within three days of my departure from Australia to the United States. RJN, Exh. 2

8. To aggravate matters further, the greater Melbourne area in which I reside went on a lockdown as of May 27, 2021 as a result of a "fast-spreading outbreak." A true and correct copy of an article from the BBC website reporting the outbreak and lockdown is attached to the RJN as **Exhibit 6.** According to the latest news as of June 1, it appears that the lockdown will be likely be extended as the Indian variant of Covid-19 has spread to the area. A true and correct copy of an article from the Australian Broadcasting Corporation ("ABC") website reporting this development is attached to the RJN as **Exhibit 7.** As noted by Victoria's acting premier in the ABC article, the state of Victoria "is seeing transmissions in settings and circumstances we've never seen before."

9. Very strict policies also apply to citizens and permanent residents returning to Australia. Among other things, I would be required to quarantine for 14 days at a designated facility and could be required to pay for the costs of the quarantine. I would

1  also be required to file a travel declaration 72 hours in advance of my return flight and
2  "provide evidence of a negative COVID-19 PCR or RT-PCR test" taken no less than 72
3  hours prior to checking in for my flight.  The test must be from an "accredited test
4  facility" and cannot be a self-administered test undertaken at home without supervision.
5  The return policy is explained at the Australia's Department of Home Affairs and
6  "Smartraveller" websites at https://covid19.homeaffairs.gov.au/australian-citizen-or-
7  permanent-resident and https://www.smartraveller.gov.au/covid-19/covid-19/trying-get-
8  home/covid-19-re-entry-and-quarantine-measures.  True and correct copies of print-outs
9  of the foregoing webpages are attached hereto as **Exhibits 4 and 5** to the RJN.

        10.    I have a wife and three young children.  As a result, the added burden of a two week quarantine plus possible additional travel delays and restrictions would impose a burden on me and my family.

        11.    For the foregoing reasons, I respectfully request a continuance of currently scheduled trial in this matter so that I may attend and testify in person in Los Angeles.

        I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

        Executed on June 2, 2021 at Caulfield, Australia.

                                                                          MOISHE NEWMAN