# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE, JURY TRIAL AND RELATED DEADLINES**<br><br>HEARING<br><br>Date: June 7, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br>　　　　First Street Courthouse<br>　　　　350 W. 1st Street, 10th Floor,<br>　　　　Los Angeles, California 90012 |

　　The motion of defendants AMN Distribution, Inc. and Moishe Newman for a continuance of the pre-trial conference, jury trial and related deadlines came on for hearing before the above-captioned Court at 1:30 p.m., on June 7, 2021, Courtroom 10A, the Honorable Steven V. Wilson presiding. Attorney David C. Voss, Jr. appeared on

behalf of defendant Moishe Newman.  Plaintiff did not oppose the motion.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, and good cause having been shown, the Court HEREBY ORDERS AS FOLLOWS**:**

     1.    The pre-trial conference, previously scheduled for July 19, 2021 at 3:00 p.m. shall be continued to _____, 2021 at 3:00 p.m.;

     2.    The jury trial, previously scheduled for August, 2021 at 9:00 a.m., shall be continued to _____, 2021 at 9:00 a.m.;

     3.    All deadlines set forth in the pre-trial order dated September 18, 2020 and/or the Local Rules and Federal Rules of Civil Procedure shall be calculated based upon the new dates for the pre-trial conference and trial.

**IT IS SO ORDERED.**

DATED:  June _____, 2021.       _____
                                            Honorable Steven V. Wilson
                                            United States District Judge