DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE, JURY TRIAL AND RELATED DEADLINES** <br><br> **HEARING** <br><br> Date: June 7, 2021 <br> Time: 1:30 p.m. <br> Place: Courtroom 10A <br>        First Street Courthouse <br>        350 W. 1st Street, 10th Floor, <br>        Los Angeles, California 90012 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman" and collectively "Defendants") requests that this Court take judicial notice of the following matters pursuant to Federal Rule of Evidence 201 and Federal Rule of Civil Procedure 44.1 in connection with their concurrently filed motion for a continuance of the pre-trial conference, jury trial and related deadlines (the "Motion").

A. **The rules, regulations, guidance and advice from the Australian government with respect to travel restrictions to and from the United States by citizens and permanent residents of Australia as set forth in the following documents**:

1. Australian government Department of Home Affairs webpage entitled, "Covid 19 and the Border - Leaving Australia," https://covid19.homeaffairs.gov.au/leaving-australia#toc-7, a true and correct copy of which is attached hereto as **Exhibit 1** and which has been authenticated in the concurrently filed declaration of Moishe Newman in support of the Motion.

2. Australian government "Smartraveller" webpage entitled, "Covid 19 and Travel," https://www.smartraveller.gov.au/destinations/americas/united-states-america., a true and correct copies of pages of which relevant to travel to the United States are attached hereto as **Exhibit 2** and which have been authenticated in the concurrently filed declaration of Moishe Newman in support of the Motion.

3. The website entry portal to apply for a travel exemption at https://travel-exemptions.homeaffairs.gov.au/tep, a true and correct copy of a print-out of which is attached hereto as **Exhibit 3** and which has been authenticated in the concurrently filed declaration of Moishe Newman in support of the Motion.

4. Australian government Department of Home Affairs webpage entitled, "Covid 19 and the border – Coming to Australia:  Australian citizens,

permanent residents, or New Zealand citizens usually resident in Australia," https://covid19.homeaffairs.gov.au/australian-citizen-or-permanent-resident, a true and correct copy of which is attached hereto as **Exhibit 4** and which has been authenticated in the concurrently filed declaration of Moishe Newman in support of the Motion.

       5.    Australian government "Smartraveller" webpage entitled, "Covid 19: Re-entry and quarantine measures," https://www.smartraveller.gov.au/covid-19/covid-19/trying-get-home/covid-19-re-entry-and-quarantine-measures, a true and correct copy of which is attached hereto as **Exhibit 5** and which has been authenticated in the concurrently filed declaration of Moishe Newman in support of the Motion.

    B.    **The current status of the Covid-19 pandemic in the greater Melbourne, Australia area as reported in the following news media:**

       1.    An article from the BBC website on May 27, 2021, a true and correct copy of the article is attached hereto as **Exhibit 6** and which has been authenticated in the concurrently filed declaration of Moishe Newman in support of the Motion.

    B.    **The current status of the Covid-19 pandemic in the greater**

       2.    An article from the Australia Broadcasting Corporation website on June 1, 2021, a true and correct copy of which is attached hereto as **Exhibit 7** and which has been authenticated in the concurrently filed declaration of Moishe Newman in support of the Motion.

DATED: June 2, 2021        DAVID C. VOSS, JR.
                                          VOSS, SILVERMAN & BRAYBROOKE, LLP

                                          By: _____
                                              David C. Voss, Jr.
                                              Attorneys for Defendants AMN
                                              DISTRIBUTION, INC. and MOISHE
                                              NEWMAN