# EXHIBIT 2

EXHIBIT 2                                               Page 010



# COVID-19 and travel

⚠  Do not go overseas. A travel ban is in place. Exemptions apply.

**23 March 2021**

There's a ban on overseas travel from Australia. You can't <u>leave Australia</u> unless you have <u>an exemption</u> from the Department of Home Affairs, or are travelling to a destination that is <u>exempt from the ban</u>.

Our global travel advice remains at '<u>Do not travel</u>' due to the health risks from the COVID-19 pandemic and the significant disruptions to global travel. Some destinations were already set at Do Not Travel prior to COVID-19 due to the extreme risk to your safety.

If you're overseas and wish to return to Australia, be prepared for delays and read our advice on <u>trying to get home</u>.

When you <u>arrive in Australia</u> you must quarantine for 14 days at designated facilities in your port of arrival, unless you have an <u>exemption</u> or are travelling on a <u>quarantine-free flight</u> from a green zone destination. At this time, vaccination against COVID-19 does not change this quarantine requirement. You may be required to pay for the costs of your quarantine. View <u>State and Territory Government COVID-19 information</u> for information about quarantine and domestic borders.

If you're <u>staying overseas</u>, make plans to stay for an extended period. Follow the advice of local authorities and minimise your risk of exposure to COVID-19. Stay in touch with family and friends so they know you're safe.

Our network of <u>embassies and consular posts around the world</u> will provide you with up-to-date local advice and support throughout this difficult period. Be aware consular services may be limited due to local measures.

For the latest information, <u>read</u> and <u>subscribe</u> to our news and travel advice. Also see our <u>COVID-19</u> information pages.

# United States of America

# Latest update



| | |
|---|---|
| **Still current at:** | 28 May 2021 |
| **Updated:** | 27 May 2021 |

**Latest update:** If you're flying to the USA you must provide evidence of a negative COVID-19 test within three days of your departure or proof that you have recovered from COVID-19 and complete an attestation (see 'Travel'). This applies to all passengers aged two years and older, U.S. citizens and legal permanent residents. COVID-19 remains a serious health risk. Various restrictions and public health measures are in place and vary by location. Monitor the Embassy website for further COVID-19 related information (see 'Local Contacts').

Protests and demonstrations have increased in frequency, size and intensity since May 2020. Avoid areas where protests and demonstrations are occurring due to the continuing potential for disorder and violence. Follow the instructions of local authorities and abide by any curfews and stay at home orders (see 'Safety'). Monitor the media for information and updates.

 **We continue to advise:**

**Do not travel** to the United States of America, including Alaska, Puerto Rico and the Hawaiian Islands due to the health risks from the COVID-19 pandemic and the significant disruptions to global travel.