# EXHIBIT 3

EXHIBIT 3                                                                 Page013

# Travel restriction exemption for travellers to and from Australia

## Travel restriction exemptions

You can travel from New Zealand to Australia without needing a travel exemption, if:
- you have been in New Zealand for 14 days or more prior to travel; and
- you are arriving by air.

**For more information, see** **New Zealand safe travel zone**.

Check whether you need to request a travel exemption at **COVID-19 and the border**.

All travel exemption should be submitted at least 2 weeks, but not more than 2 months, prior to travel. If you are travelling due to the death or critical illness of a close family member, you can apply inside this timeframe and we will prioritise your application. You do not have to have booked flights before requesting a travel exemption.

Travel restrictions are subject to change. For the most up-to-date information please visit **COVID-19 and the border.**

Travel Exemption Portal Help



### Create an account
Register for an account to make requests for travel restriction exemptions for yourself, or on behalf of other travellers who have authorised you to do so.

### Login to track a request or submit new requests

Email Address

Password

Forgot Password ?

Login