# EXHIBIT 4

EXHIBIT 4　　　　　　　　　　Page 015

COVID-19 and the border

# Australian citizens, permanent resident or New Zealand citizens usually resident in Australia

Last Updated **17 May 2021**

Home / Coming to Australia / Australian citizens, permanent resident or New Zealand citizens usually resident in Australia

Information in your language

- Arabic (178) (عربی KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/arabic/covid-19-citizen-permanent-resident-arabic.pdf)

- Bengali (বাংলা) (148 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/bangla/covid-19-citizen-permanent-resident-bengali.pdf)

- Chinese - Simplified ( 简体中文) (115 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/chinese%20simplified/covid-19-citizen-permanent-resident-chinese-simplified.pdf)

- Greek (Ελληνικά) (176 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/greek/covid-19-citizen-permanent-resident-greek.pdf)

- Hindi (हिंदी) (551 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/hindi/covid-19-citizen-permanent-resident-hindi.pdf)

- Indonesian (Bahasa Indonesia) (57 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/indonesian/covid-19-citizen-permanent-resident-indonesian.pdf)

- Italian (Italiano) (114 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/italian/covid-19-citizen-permanent-resident-italian.pdf)

- Japanese (日本語) (157 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/japanese/covid-19-citizen-permanent-resident-japanese.pdf)

- Korean (한국어) (140 KB PDF) (https://www.homeaffairs.gov.au/covid-

- [19/Documents/korean/covid-19-citizen-permanent-resident-korean.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/korean/covid-19-citizen-permanent-resident-korean.pdf)
- [Persian (281) (فارسی KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/farsi/covid-19-citizen-permanent-resident-farsi.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/farsi/covid-19-citizen-permanent-resident-farsi.pdf)
- [Portuguese (Brazil) (Português (Brasil)) (57 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/portuguese/covid-19-citizen-permanent-resident-portuguese.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/portuguese/covid-19-citizen-permanent-resident-portuguese.pdf)
- [Punjabi (ਪੰਜਾਬੀ) (109 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/punjabi/covid-19-citizen-permanent-resident-punjabi.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/punjabi/covid-19-citizen-permanent-resident-punjabi.pdf)
- [Sinhalese (සිංහල) (73 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/sinhalese/covid-19-citizen-permanent-resident-sinhalese.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/sinhalese/covid-19-citizen-permanent-resident-sinhalese.pdf)
- [Spanish (Español) (57 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/spanish/covid-19-citizen-permanent-resident-spanish.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/spanish/covid-19-citizen-permanent-resident-spanish.pdf)
- [Tagalog (Tagalog) (57 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/tagalog/covid-19-citizen-permanent-resident-tagalog.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/tagalog/covid-19-citizen-permanent-resident-tagalog.pdf)
- [Tamil (தமிழ்) (312 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/tamil/covid-19-citizen-permanent-resident-tamil.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/tamil/covid-19-citizen-permanent-resident-tamil.pdf)
- [Urdu (424) (اردو KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/urdu/covid-19-citizen-permanent-resident-urdu.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/urdu/covid-19-citizen-permanent-resident-urdu.pdf)
- [Vietnamese (Tiếng Việt) (172 KB PDF) (https://www.homeaffairs.gov.au/covid-19/Documents/vietnamese/covid-19-citizen-permanent-resident-vietnamese.pdf)](https://www.homeaffairs.gov.au/covid-19/Documents/vietnamese/covid-19-citizen-permanent-resident-vietnamese.pdf)

On this page

- Australian citizens, permanent residents or New Zealand citizens usually resident in Australia
  - Australian citizen
  - Permanent resident of Australia
  - First entry arrival date (Initial arrival date)
  - New Zealand citizens usually resident in Australia
  - I have a Refugee and Humanitarian (Class XB) visa
  - Apply online for an exemption

# Australian citizens, permanent residents or New Zealand citizens usually resident in Australia

You can travel to Australia if you are an Australian citizen, a permanent resident or a New Zealand

citizen usually resident in Australia.

Australia has strict border measures in place to protect the health of the Australian community. Very limited flights are currently available to and from Australia and you may not be able to travel at this time. See Smartraveller (https://www.smartraveller.gov.au/while-youre-away/returning-australia). Travel restrictions are subject to change. Please check back regularly. See: National Cabinet media statement (https://www.pm.gov.au/media/national-cabinet).

Unless arriving on a quarantine-free flight from New Zealand, all travellers arriving in Australia, including Australian citizens, must quarantine for 14 days at a designated facility, such as a hotel in the city of arrival. See Coronavirus (COVID-19) advice for travellers (https://www.health.gov.au/news/health-alerts/novel-coronavirus-2019-ncov-health-alert/coronavirus-covid-19-advice-for-travellers).

You may be required to pay for the costs of your quarantine. To find out more about quarantine requirements, contact the relevant state or territory government health department (https://www.health.gov.au/about-us/contact-us/local-state-and-territory-health-departments).

## Australian citizen

Australian citizens can enter Australia and, in exceptional circumstances, can enter without a valid Australian passport. You should be aware of any restrictions in the country you are leaving before you travel. See Smartraveller (http://www.smartraveller.gov.au/)

If you don't have a valid passport, and urgently need to travel before a passport can be issued, please advise airline staff that you are an Australian citizen and do not require a visa to enter Australia. The airline will contact the Australian Border Force to verify your citizenship. You must carry other identity documents with you.

## Permanent resident of Australia

Permanent residents and Provisional family visa holders can enter Australia. See advice about exempt categories and travel restrictions.

Permanent visas usually will have a 5-year travel facility. If you are outside Australia when your permanent visa travel facility expires, you can't return to Australia.

To find out how you can re-enter Australia as a Permanent resident, see Permanent resident (https://immi.homeaffairs.gov.au/visas/permanent-resident/overseas-travel).

## First entry arrival date (Initial arrival date)

This information only applies to the following permanent and provisional family visa holders:

- Partner (subclasses 309 or 100)
- Parent visas (Subclasses 143 or 103)
- Child visas (Subclasses 101 or 102 or 445)
- Other Family visas (Subclasses 114, 115, 116, or 117)

If you can't travel to Australia before the first entry arrival date of your visa, you might still be able to enter Australia at a later date. Your visa will need to be valid and you must continue to meet all other requirements and visa conditions.

When you plan to travel, you should submit the [travel facilitation letter request form (https://immi.homeaffairs.gov.au/help-support/departmental-forms/online-forms/travel-facilitation-letter-request-form)](https://immi.homeaffairs.gov.au/help-support/departmental-forms/online-forms/travel-facilitation-letter-request-form).

We may then send you a travel facilitation letter to state that you are allowed to enter Australia after the first entry arrival date of your visa. If we give you a travel facilitation letter, bring it with you to your departure port. You may need to show it at airline check-in and on arrival in Australia.

Travel facilitation letters will not be issued unless you hold one of the above family visas and there is less than 3 months remaining on your first entry arrival date.

**Note:** the first entry arrival date (initial arrival date) is different to 'Must Not Arrive after Date' (Last Date to Arrive).

If you are requesting a travel facilitation letter, you must ensure that:

- you hold a valid Permanent or provisional family visa
- the first entry arrival date (initial arrival date) as specified in your visa grant letter has passed or will pass before you can travel to Australia
- you plan to travel to Australia within the next 12 months.

If you hold a Prospective Marriage (Subclass 300) visa, see Refunds and Waivers of visa applications charges for more information.

## New Zealand citizens usually resident in Australia

New Zealand citizens who usually reside in Australia (with a subclass 444 visa or other permanent or provisional visa) can come to Australia.

If you have not been in New Zealand for 14 days or more immediately prior to arrival by air in Australia, you must be able to present evidence of residency documentation at check-in. Acceptable evidence of residency documentation may include, but is not limited to:

- Government issued documentation (for example Australian issued driver's licence, Medicare card, registration as an Australian resident with the Australian Tax Office) which is supported by one other type of documentation confirming:
  - you have current employment or approved study in Australia (or financial support evidenced through a local bank statement) or
  - you own or rent property in Australia (e.g. utility bills, rates notices, lease agreement)

You can present this evidence when you check-in at the airport. Your residency will be verified against your travel history before you are allowed to board your flight. If you have any doubt about whether your circumstances fall within the definition of usually resident, we recommend you lodge a request for assessment at least two weeks prior to your intended departure.

Lodge your request (https://travel-exemptions.homeaffairs.gov.au/tep)

## I have a Refugee and Humanitarian (Class XB) visa

COVID-19 travel restrictions currently prevent people from entering Australia unless they are an Australian citizen or permanent resident.

If you hold a Refugee and Humanitarian (Class XB) visa you are not considered to be a permanent resident, unless you have already entered Australia.

Refugee and Humanitarian (Class XB) visa holders who have not yet travelled to Australia are not able to enter Australia at this time, unless they have applied for and been granted an exemption. For further information, see Travel restrictions.

## Apply online for an exemption

Please make only one request per person. Duplicate requests will delay assessment. If you are not granted an exemption, you should not continue with travel plans, as you will not be permitted to board a flight to Australia. If you are granted a travel exemption, you will need to take evidence of that exemption decision to the airport.

Apply for travel exemptions (https://travel-exemptions.homeaffairs.gov.au/)