# EXHIBIT 5

EXHIBIT 5                    Page 021



COVID-19

- The impact of COVID-19 on international travel
- Leaving Australia
- Trying to get home
  - Facilitated commercial flights
  - Registering with DFAT
  - Overseas financial assistance
  - Overseas financial assistance FAQs
  - ▸ Re-entry and quarantine measures
- Staying overseas
- COVID-19

# COVID-19: Re-entry and quarantine measures

Australia has strict border measures in place to protect the health of the Australian community.

**You cannot come to Australia unless you're an Australian citizen, permanent resident or in an exempt category. The Department of Home Affairs looks after this entry ban.** Check their Coming to Australia page for more information, including details on exemptions to the ban.

Read this page to learn about:

- What to do before you leave for Australia
- Mandatory quarantine measures
- The New Zealand Safe Travel Zone
- How to find state and territory COVID-19 information, include state border measures

For general information about arriving in Australia, see our page on Australia's bio security and border controls.

## Before you travel to Australia

### Pre-departure COVID-19 testing

If you're travelling to Australia, you must provide evidence of a negative COVID-19 PCR or RT-PCR test to your airline when checking in for your flight at the departure point (exemptions apply). Rapid antigen tests will not be accepted. Testing must be conducted at an accredited testing facility, a self-administered COVID-19 test undertaken at home without supervision is not acceptable.

Anyone who has a negative test result and enters Australia must still complete mandatory 14-day quarantine at designated facilities in your port of arrival.

- You must be tested 72 hours or less prior to the scheduled flight departure,

- vaccinations
- Mental health and wellbeing
- General FAQs
- Travel zones

unless you are travelling from an exempt destination
- If you or a primary close contact of your travelling group tests positive, you won't be allowed to travel to Australia.
- Masks must be worn on all international flights, including at airports.

Local authorities and airlines may have additional requirements in place for departures. We recommend you check these before arriving at the airport. If you're transiting through other destinations during your trip, check on any local requirements at each transit destination and confirm any specific requirements for onward travel with your airline.

Only get tested through verified official testing centres. Scammers are taking advantage of travellers by charging for fake tests. If you're unsure where to get tested, contact the local health authority for advice.

## Exemptions to testing requirements

Children 4 years old and younger are exempt from the pre-departure PCR / RT-PCR testing requirement. Children 5 years or older must provide a negative test result.

Some destinations are exempt. In destinations where the testing capacity may be limited, a PCR / RT-PCR test that was conducted 96 hours or less prior to flight departure may be accepted.

A full list of destinations that are exempt or have an extended testing time frame is on the Department of Health website, along with other frequently asked questions about the testing measures.

**More information:**

- Coronavirus (COVID-19) advice for international travellers (Department of Health)
- Frequently asked questions – international airlines operating to Australia (Department of Health)

## Australia Travel Declaration

You should complete the Australia Travel Declaration at least 72 hours before your departure for Australia. The Declaration collects your information to help the Australian Government determine your quarantine arrangements (if required) and also allows the relevant health departments to contact you if someone you travelled with tests positive for COVID-19.

## Mandatory quarantine

When you arrive in Australia, you must quarantine for 14 days at designated facilities in your port of arrival – unless you have an exemption. Vaccination against COVID-19 or a negative COVID-19 test prior to boarding your flight does not change this quarantine requirement.

- You won't be permitted to travel domestically (including to your home) or continue on any domestic connections until you have completed the 14-day mandatory quarantine period.
- Under the Biosecurity Act 2015 and applicable state legislation, you'll have to remain in the allocated accommodation until you're medically cleared to enter the Australian community. You may be tested for COVID-19 during your quarantine period. If you don't agree to be tested, you may have to quarantine for longer.
- The quarantine requirements are managed and enforced by state and territory governments with Australian Government support. You may have to contribute to the cost of quarantine.
- Quarantine is an unfamiliar experience for most people and can be challenging. The Department of Health website provides a guide on getting ready for quarantine, including what to expect, what to do before you depart and how to manage your time in quarantine.

## Safe travel zone with New Zealand

You can travel from New Zealand to Australia, quarantine-free, if:

- you have been in New Zealand for 14 days or more and not been in a designated COVID-19 outbreak location, and
- you are travelling to Australia on a quarantine-free flight.

Check the New Zealand safe travel zone (Home Affairs) page for the latest information, and read the travel advice for New Zealand.

## State and territory COVID-19 information

Each state and territory manage their own borders, flight caps and hotel quarantine programs. Before you return to Australia, read about the COVID-19 restrictions in place for the state or territory you'll be flying in to.

- Australian Capital Territory
- New South Wales

- Northern Territory
- Queensland
- South Australia
- Tasmania
- Victoria
- Western Australia
- COVID-19 Restriction Checker (HealthDirect)
- States and territories COVID-19 information (Australia.gov.au)

**Read more:**

- Read about DFAT facilitated commercial flights
- Learn about what financial assistance may be available if you've been unable to return to Australia
- Find out more about registering with DFAT
- Read about Australian biosecurity and border controls

**See also:**

- COVID-19 and the border – Coming to Australia (Department of Home Affairs)
- Coronavirus (COVID-19) advice for travellers (Department of Health)

# Related content

**COVID-19**

Read our advice on COVID-19, including leaving Australia, trying to get home, arriving in Australia and staying overseas.

View details ›

**COVID-19: Facilitated commercial flights**

DFAT's highest priority at this time is helping vulnerable Australians overseas return to Australia.

View details ›

**COVID-19: Leaving Australia**

COVID-19-related information for Australians and permanent residents in Australia who want to go overseas.

View details ›

