# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br> Plaintiff(s) <br> v. <br><br> AMN Distribution Inc., et.al., <br><br> Defendant(s) | CASE NUMBER: <br> 2:20-cv-05526-SVW-SHKx <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A video conference is scheduled in this matter for _____ July 7, 2021 _____ at _____ 10:00 _____ a.m.

Participants in this matter have been provided with a video link and instructions for video access.

Please note: This is a public hearing which can be accessed by telephone at (323) 813-9520  Conference ID: 874 653 025#.   Recording or rebroadcasting of the proceedings is strictly prohibited.

Dated: July 1, 2021                                    By: D. Castellanos
                                                           Deputy Clerk