DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for defendants Moishe Newman and
AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**DECLARATION OF MOISHE NEWMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**HEARING**<br><br>Date: August 9, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br>   First Street Courthouse<br>   350 W. 1st Street, 10th Floor,<br>   Los Angeles, California 90012 |

## DECLARATION OF MOISHE NEWMAN

I, Moishe Newman, declare:

1. I have personal knowledge of the facts set forth herein, which I know to be true and correct. I am over the age of 18, and if called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of the concurrently filed motion of defendants AMN Distribution, Inc. ("AMN") and myself for summary judgment (the "Motion").

2. I have read Plaintiff's First Amended Complaint, including the sixth claim for relief for breach of contract.

3. I am familiar with the settlement agreement and schedules appended thereto (collectively, the "Settlement Agreement") that is referenced in and upon which Plaintiff bases its purported sixth claim for relief. I was a signatory to the Settlement Agreement and my signature appears on the last two pages of the agreement.

4. Attached to the RJN as <u>Exhibit 1</u> is a true and correct copy of Settlement Agreement, including Schedules 1 (<u>Exhibit 1A</u>) and 2 (<u>Exhibit 1B</u>) that were appended to the agreement, with the caveat that the phone numbers, last names, and home addresses (except for city and state) of customers and what appears to be the home address of one supplier in the schedules have been redacted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 2, 2021 at Caulfield, Australia.



_____
MOISHE NEWMAN