| SCHEDULE 1 | | |
|---|---|---|
| Product | Quantity Purchased | Supplier details/eBay Seller |
| Revitalash Advanced 3.5ml | 1548 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitalash Advanced 2.0ml | 948 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 192 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| RevitaLash Advanced 3.5 ml &<br>RevitaBrow Advanced Eyebrow Conditioner 1.5mL (KIT) | 110 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 1 | devfashion26 |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 9 | snatch-it-deals |
| Revitalash Advanced 2.0ml | 9 | bto_deals |
| Revitalash Advanced 2.0ml | 5 | beautymagasin |
| Revitalash Advanced 2.0ml | 5 | sterlingwoman |
| Revitalash Advanced 3.5ml | 1 | savingsimplellc |
| Revitalash Advanced 3.5ml | 5 | leeyelashoco  (item sent to Athena in the order in question was from Cirit Beauty (seller display name at time of sale) REDACTED    Pompano Beach FL REDACTED) |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 2 | jenn-knight |