EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2



EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2

EXH 1B
SCHEDULE 2