# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **[PROPOSED] JUDGMENT** <br><br> HEARING <br><br> Date: August 9, 2021 <br> Time: 1:30 p.m. <br> Place: Courtroom 10A <br>       First Street Courthouse <br>       350 W. 1st Street, 10th Floor, <br>       Los Angeles, California 90012 |

    The motion of defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman, and collectively, "Defendants") for summary judgment came on for hearing before the above-captioned Court at 1:30 p.m., on August 9, 2021, Courtroom 10A, the Honorable Steven V. Wilson presiding.  Attorney David C. Voss, Jr. appeared on behalf

of Defendants and attorneys Marina Lang and Michael Harris appeared on behalf of plaintiff Athena Cosmetics, Inc. ("Athena" or "Plaintiff"). After consideration of the evidence presented, the briefs and arguments of counsel, and all other matters presented to the Court, and a decision having been duly rendered, the Court HEREBY ORDERS AS FOLLOWS:

1. Judgment is hereby granted in favor of Defendants and against Plaintiff on all Plaintiffs' claims for relief;

2. The action shall be dismissed on the merits; and

3. Defendants shall be deemed to be the prevailing parties under Federal Rule of Civil Procedure 54 and entitled to their fees and costs. Costs others than attorney's fees shall be awarded to the Defendants in the amount of _____ pursuant to Federal Rule of Civil Procedure 54(d)(1) and attorney's fees shall be awarded to the Defendants in the amount of _____ pursuant to Federal Rule of Civil Procedure 54(d)(2).

**IT IS SO ORDERED.**

DATED: August _____, 2021.            _____
                                                                    Honorable Steven V. Wilson
                                                                    United States District Judge