DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman and
AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **DECLARATION OF DAVID C. VOSS, JR. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> **HEARING** <br><br> Date:  August 9, 2021 <br> Time: 1:30 p.m. <br> Place:  Courtroom 10A <br>      First Street Courthouse <br>      350 W. 1st Street, 10th Floor, <br>      Los Angeles, California 90012 |

## DECLARATION OF DAVID C. VOSS, JR.

I, David C. Voss, Jr., declare:

1.      I am an attorney, duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California.  I am the managing partner of the law firm of Voss, Silverman & Braybrooke LLP, counsel for defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr. Newman" and collectively, "Defendants.")  Unless otherwise stated, I have personal knowledge of the facts set forth herein which I know to be true and correct and, if called as a witness, I could and would competently testify with respect thereto.

2.      I submit this declaration in support of the concurrently filed motion of defendants AMN Distribution Inc. and Moishe Newman for summary judgment.

3.      As lead trial counsel for Defendants in this matter, I am familiar with the pleadings and files in this matter, including the initial disclosures and discovery exchanged by the parties.

4.      Attached hereto as Exhibit 1 is a true and correct copy of the initial Rule 26 disclosure of plaintiff Athena Cosmetic's Inc. ("Athena" or "Plaintiff") dated October 1, 2020.

5.      Attached hereto as Exhibit 2 is a true and correct copy of a Rule 26 disclosure of plaintiff Athena Cosmetic's Inc. ("Athena" or "Plaintiff") dated October 1, 2020, but which was served upon Defendants on April 15, 2021, after Plaintiff filed its first amended complaint ("FAC") on March 22, 2021 (Dkt. 73) and after Defendants had filed their answer to the same on April 5, 2021 (Dkt. 75).

6.      Attached hereto as Exhibit 3 is a true and correct of copy of a "Supplemented Initial Disclosures from Plaintiff Athena Cosmetics, Inc." dated May 11, 2021. Exhibits 1 through 3 shall be collectively referred to herein as the "Initial Disclosures."

7.      Plaintiff did not produce any documents with any of the Initial Disclosures.

DECLARATION OF DAVID C. VOSS, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

8.      Not only did the Initial Disclosures fail to include the required computation of damages claimed by the Plaintiff, but Plaintiff also failed to provide documents or other evidentiary material on which its breach of damages calculation is based as part of its Initial Disclosures on damages.

9.      On May 7, 2021, my office served, *inter alia*, the following discovery on Athena's counsel via messenger: (a) Defendant AMN Distribution Inc.'s Interrogatories to Plaintiff Athena Cosmetic's, Inc.  [Set One]; and (b) Defendant AMN Distribution Inc.'s Requests for Admission to Plaintiff Athena Cosmetic's Inc. [Set One].  True and correct copies of the foregoing are attached hereto, respectively, as Exhibits 4 and 5 with the attachment omitted with respect to Exhibit 5.

10.      Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Set of Interrogatories dated June 7, 2021.  The responses were unverified and served via e-mail on June 7, 2021.

11.      Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Requests for Admission.  The responses were unverified and served by e-mail on June 7, 2021.

12.      Attached hereto as Exhibit 8 is a true and correct copy of Plaintiff Athena Cosmetics, Inc.'s Amended Responses to Defendant AMN Distribution, Inc.'s First Set of Interrogatories.  The responses were served by e-mail on June 30, 2021, and had a verification attached to them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 2, 2021, in Marina Del Rey, California.



DAVID C. VOSS, JR.

- 3 -