EXHIBIT 2

Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian S. Tamsut, No. 322,780 btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>     Plaintiff, <br>     v. <br> AMN Distribution Inc., et al., <br>     Defendant. | No. 2:20-cv-05526-SVW-SHK <br><br> Initial Disclosures from Plaintiff Athena Cosmetics, Inc. (Second Service) |

    As FED. R. CIV. P. Rule 26(a) requires, Plaintiff Athena Cosmetics, Inc. ("Athena" or "Plaintiff") provides this initial disclosure to Defendant AMN Distribution Inc., et al. ("AMN" or "Defendant"). Athena bases these disclosures on information reasonably available to Athena now. Athena reserves the right to supplement these disclosures under FED. R. CIV. P. 26(e) to identify additional persons or to identify additional documents or things that might be relevant. Athena also reserves the right to rely on witnesses or documents identified by other parties such as those in their initial disclosures, expert disclosures, and discovery responses. Athena makes these disclosures without waiving the attorney-client privilege, attorney work product doctrine, or any other applicable privilege or doctrine. Athena reserves the right to object to the production or the introduction into evidence of any document or other

evidence within the categories described or testimony by the disclosed witnesses based on privilege, relevance, privacy, confidentiality or otherwise.

> **1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Athena believes these people may have relevant knowledge that Athena may use to support its claims and defenses. Athena anticipates that other individuals may also have discoverable information and specifically reserves the right to identify additional witnesses as discovery proceeds. Because Athena's investigation is ongoing, Athena reserves the right to identify additional individuals, including third parties in possession of information and also reserves the right to supplement the subjects of the information believed to be known to each person as discovery continues. Athena lacks contact information regarding Defendant's personnel, representatives, suppliers, and distributors.

    a.    Christina Felix, c/o SoCal IP Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788, (805) 230-1350.[1] She is a Customer Support Manager and Anti-Diversion Manager knowledgeable about: counterfeit product purchased from the defendant.

    b.    Dave Hooper, c/o SoCal IP Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788, (805) 230-1350. He is VP of Operations, and he is knowledgeable about: nature of contents of inventory produced by Defendant prior to litigation.

---

[1] Persons whose address is c/o SoCal IP Law Group LLP are party witnesses. Please contact them only through Athena's attorneys.

     c.   Moishe Newman, 4225 Lime Avenue, Long Beach, CA 90807. He is the owner of Defendant AMN Distribution, Inc., and Athena anticipates he will knowledge about all the claims made in the complaint.

Additional witnesses may be called upon as they are discovered. Athena also may use the services of one or more expert witnesses to support its claims and defenses. Athena will identify such experts at the time required by FED. R. CIV. P. 26(a)(2) or at such other time as stipulated by the parties or as required under the Rules.

    **2.   A copy of, or a description by category and location of, all documents, data, compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Athena hereby provides the following description by category and location of documents, data compilations, and tangible things in Athena's possession, custody or control that Athena may use to support its claims or defenses. The following categories of documents will be produced or made available for inspection at SoCal IP Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788. Athena expressly reserves the right to supplement its identification of categories of document pursuant to Fed. R. Civ. P. 26(e) as its investigation continues.

| Category of Documents | Location |
|---|---|
| Goods purchased from Defendant and goods voluntarily produced by Defendant. | SoCal IP Law Group LLP |
| Trademark applications and registrations for the REVITALASH family of marks. | SoCal IP Law Group LLP |

Athena's Initial Disclosures     3     Athena Cosmetics v. AMN Distribution, et al.
2:20-cv-05526-SVW-SHK
EXHIBIT 2     PAGE 003

| | |
|---|---|
| Documents sufficient to show the order history | SoCal IP Law Group LLP |
| Webpages found at defendant's websites that show advertising and sale of product purporting to be authentic product made by Athena | SoCal IP Law Group LLP |
| Photos of shipping label and packaging used by Defendant | SoCal IP Law Group LLP |
| Documents sufficient to show Athena's investment in the REVITALASH brand, and the growth of consumer recognition of and goodwill associated with the REVITALASH brand. | SoCal IP Law Group LLP |

3. **A computation of each category of damages claimed by the disclosing party – who must also provide for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

The amount is unknown at this time since discovery is ongoing, but Athena is entitled to actual and statutory damages, costs, and its reasonable attorney fees. 17 U.S.C. § 505.

4. **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment**

**which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

October 1, 2020
/s/ *Marina Lang*
Marina Lang
SoCal IP Law Group LLP
Attorneys for Athena Cosmetics, Inc.

### CERTIFICATE OF SERVICE

I certify on April 15, 2021, I served the foregoing document "Initial Disclosures from Plaintiff Athena Cosmetics, Inc." to defendant's attorney David Voss by first class mail to 4640 Admiralty Way, Suite 800, Marina Del Rey, CA 90292-6602.

April 15, 2021
/s/ *Michael Harris*
Michael Harris