EXHIBIT 5

DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**DEFENDANT AMN DISTRIBUTION INC.'S REQUESTS FOR ADMISSION TO PLAINTIFF ATHENA COSMETIC'S INC. [SET ONE]** |

**PROPOUNDING PARTY:**     DEFENDANT AMN DISTRIBUTION, INC.

**RESPONDING PARTY:**     PLAINTIFF ATHENA COSMETICS, INC.

**SET NO:**     ONE

Pursuant to Federal Rule of Civil Procedure 36, defendant AMN Distribution, Inc. hereby requests that plaintiff Athena Cosmetics, Inc. respond in writing to the below requests for admission (the "REQUESTS") within 30 days of service hereof.

## DEFINITIONS AND INSTRUCTIONS

1. The terms "ATHENA," "YOU" and "YOUR" shall mean and refer to plaintiff Athena Cosmetics, Inc.

2. The term "AMN" shall mean and refer to defendant AMN Distribution, Inc.

3. The term "NEWMAN" shall mean and refer to defendant Moishe Newman.

4. The term "DEFENDANTS" shall mean and refer to AMN and NEWMAN.

5. The term "COMPLAINT" shall mean and refer to the complaint filed in the above-captioned action by ATHENA on or about June 22, 2020.

6. The term "FAC" shall mean and refer to the First Amended Complaint filed in the above-captioned action by ATHENA on or about March 22, 2021.

7. The term "SETTLEMENT AGREEMENT" shall mean and refer to the settlement agreement alleged in paragraph 87 of the FAC.

## REQUESTS

**REQUEST NO. 1.:**

Admit that the document attached hereto as Exhibit 1 is a true and correct copy of settlement agreement referenced in paragraph 87 of the FAC.

**REQUEST NO. 2.:**

Admit that YOU lack any evidence to support the allegations of paragraph 91 of the FAC.

**REQUEST NO. 3.:**

Admit that YOU lacked any evidence to support the allegations of paragraph 91 of the FAC at the time YOU filed the FAC.

**REQUEST NO. 4.:**

Admit that YOU lack any evidence to support the allegations of paragraph 92 of the FAC.

- 2 -

**REQUEST NO. 5.:**

Admit that YOU lacked any evidence to support the allegations of paragraph 92 of the FAC at the time YOU filed the FAC.

**REQUEST NO. 6.:**

Admit that all conditions precedent to DEFENDANTS' enforcement of the release in paragraph 5 of the SETTLEMENT AGREEMENT have been fulfilled.

**REQUEST NO. 7.:**

Admit that DEFENDANTS performed of all of their obligations under the SETTLEMENT AGREEMENT.

**REQUEST NO. 8.:**

Admit that YOU did not suffer any damages as a result of any breaches of the SETTLEMENT AGREEMENT by DEFENDANTS alleged in the FAC.

**REQUEST NO. 9.:**

Admit that the FAC was filed in violation of the Federal Rules of Civil Procedure, Rule 11.

**REQUEST NO. 10.:**

Admit that the COMPLAINT was filed in violation of the Federal Rules of Civil Procedure, Rule 11.

DATED:  May 7, 2021          DAVID C. VOSS, JR.
                            VOSS, SILVERMAN & BRAYBROOKE, LLP

                            By: _____
                                David C. Voss, Jr.
                                Attorneys for Defendant AMN
                                DISTRIBUTION, INC.

- 3 -