UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-05526-SVW-SHK**                                                    Date:  July 7, 2021

Title      *Athena Cosmetics, Inc. v. AMN Distribution Inc., et al.*

---

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | David Voss |

**Proceedings:**     **ORDER RE: INFORMAL DISCOVERY DISPUTE**

The matter was called on the record for a discovery dispute raised by Plaintiff's counsel. The parties submitted their informal positions for the Court's review, and a hearing was set for today at 10:00 a.m.  Attorney David Voss appeared on behalf of Defendants.  The Court and Mr. Voss waited until, approximately, 10:17 a.m., however, Plaintiff's counsel did not attend the hearing.  At that point, the Court was unable to determine if a dispute still existed and terminated the hearing.  If further issues arise, the parties will need to resubmit their request in accordance with the Magistrate Judge's rules for presenting discovery disputes.

**IT IS SO ORDERED.**

:  2 mins

**Initials of Preparer**   DC