EXHIBIT 4

Marina Lang, No. 251,087
mlang@socalip.com
Michael D. Harris, No. 59,470
mharris@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

Athena Cosmetics, Inc.,

    Plaintiff,

      v.

AMN Distribution Inc., et al,

    Defendants.

No. 2:20-cv-04556-AB-JC

Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Set of Interrogatories

Plaintiff Athena Cosmetics, Inc. ("Athena" or "Responding Party") responds to Defendant AMN Distribution, Inc.'s first set of interrogatories under FED. R. CIV. P. 32.

## Preliminary Statement

1.    This preliminary statement is incorporated in every Response as if set forth fully herein. Responding Party has not fully completed the investigation of the facts relating to this case, has not fully completed discovery in this action and has not completed preparation for the trial.  All of the responses contained herein are based only upon such information and documents that are presently available to and specifically known to this Responding Party and disclose only those contentions that

presently occur to such Responding Party.  It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the contentions herein set forth. The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all responses herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  The responses contained herein are made in good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

2.     Responding Party's responses to Propounding Party's requests are made to the best of its present knowledge, information and belief.  Said responses are at all times subject to additional or different information that discovery or further investigation may disclose and, while based on this present state of Responding Party's recollection, are subject to refreshing of recollection with such additional knowledge or facts that may result from further discovery and investigation. Responding Party reserves the right to make any use of, or to introduce at any hearing and at trial, information responsive to Propounding Party's requests that is discovered subsequent to the date of these responses, including, but not limited to, any information obtained in discovery herein.

3.     Responding Party reserves all objections or other questions as to the confidentiality, relevance, materiality, privilege or admissibility as evidence, in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, of these responses and any documents or things identified in these responses.

4.      Responding Party reserves the right to object on any ground at any time to such other or supplemental responses as Propounding Party may at any time propound involving or relating to the subject matter of these responses.

5.      The information set forth in these responses was obtained from persons currently in the employ of Responding Party or, in the alternative, was gathered by counsel for Responding Party on its behalf.

## **GENERAL OBJECTIONS**

1.      Responding Party objects to each request, and to the definitions and instructions they incorporate, to the extent that it seeks to impose obligations on Responding Party broader than, or inconsistent with those allowed by the Federal Rules of Civil Procedure, the local rules of the Court, Court order, regulation or case law, including any request that that seeks documents not proportional to the needs of this case, or are otherwise unduly burdensome and oppressive.  These responses and objections are made without prejudice to, and are not a waiver of, Plaintiff's right to rely on other facts or documents at trial. Plaintiff only produces responsive information and documents to the extent that they exist or are available at this time.

2.      Responding Party objects to each request, and to the definitions and instructions that they incorporate, to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Responding Party will not provide this information, and any inadvertent disclosure of such information is not a waiver of any applicable privilege or protection.

3.      Responding Party objects to each request, and to the definitions and instructions that they incorporate, to the extent it seeks confidential or competitively sensitive financial or business information or information protected by the right to privacy of Responding Party or any third parties.  Responding Party will only produce any confidential or competitively sensitive financial or business information or information protected by the right to privacy subject to an order.

Athena's Responses to AMN's First Set of Interrogatories                                   3                    Athena Cosmetics, Inc v. AMN Distribution No. 2:20-cv-05526-SVW-SHK

EXHIBIT 6                    PAGE 003

4.     Responding Party objects to each request to the extent that it seeks information that is overbroad, unduly burdensome, not relevant to any party's claim or defense or proportional to the needs of the case.

5.     Responding Party objects to each request to the extent that it seeks information not within Responding Party's possession, custody, or control.

6.     Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties.

7.     Responding Party's factual investigation into this matter is still ongoing. Responding Party reserves the right to modify or supplement these responses as circumstances warrant over the course of its investigation.

8.     Where Athena agrees to produce documents in response to a request, it will produce those documents subject to Athena's objections. Documents will be produced on a rolling basis as they become available, commencing no later than 60 days from the date of these responses.

9.     Each of Responding Party's responses to these requests are made subject to and without waiving, limiting, or intending to waive:

    a.  each of the above-stated general objections and reservations;

    b.  the right to object on the grounds of competency, privilege, relevancy, or materiality, or any other proper grounds, to the use of the information, for any purpose, in whole or in part, in any subsequent step or proceeding in this proceeding or any other action;

    c.  the right to object on any and all grounds, at any time, to other discovery requests involving or relating to the subject matter of the present proceeding; and the right at any time to revise, correct, and add to or clarify any of the responses herein.

Athena's Responses to AMN's First Set of Interrogatories                    4                    Athena Cosmetics, Inc v. AMN Distribution No. 2:20-cv-05526-SVW-SHK

EXHIBIT 6                    PAGE 004

**RESPONSES**

**Interrogatory No. 1:** State all facts upon which you base YOUR contention in paragraph 91 of the FAC that "AMN breached the settlement agreement."

**RESPONSE:**

Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given

without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 2:** IDENTIFY each PERSON who has knowledge of the facts upon which you base YOUR contention in paragraph 91 of the FAC that "AMN breached the settlement agreement."

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or

proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 3:** IDENTIFY all DOCUMENTS that support YOUR contention in paragraph 91 of the FAC that "AMN breached the settlement agreement.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or

Athena's Responses to AMN's First Set of Interrogatories     7     Athena Cosmetics, Inc v. AMN Distribution No. 2:20-cv-05526-SVW-SHK

EXHIBIT 6
PAGE 007

any other applicable privilege. Athena objects to this request to the extent it is over-broad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 4:** Identify all contact information that YOU contend was "inaccurate" as alleged in paragraph 91 of the FAC by name of customer, supplier, seller, buyer, date, product, quantity and dollar amount bought or sold.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena

objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much

information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 5:** Identify all contact information that YOU contend was "incomplete" as alleged in paragraph 91 of the FAC by name of customer, supplier, seller, buyer, date, product, quantity and dollar amount bought or sold.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is

anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 6:** IDENTIFY each PERSON YOU contend was omitted from schedule 1 to the SETTLEMENT AGREEMENT.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or

Athena's Responses to AMN's First Set of Interrogatories                    11                    Athena Cosmetics, Inc v. AMN Distribution No. 2:20-cv-05526-SVW-SHK

EXHIBIT 6                    PAGE 011

proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 7:** IDENTIFY each PERSON YOU contend was omitted from schedule 2 to the SETTLEMENT AGREEMENT.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein. Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or

Athena's Responses to AMN's First Set
of Interrogatories

12

EXHIBIT 6

Athena Cosmetics, Inc v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK
PAGE 012

any other applicable privilege. Athena objects to this request to the extent it is over-broad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 8:** IDENTIFY each PERSON who has knowledge of the facts upon which you base YOUR contention in paragraph 92 of the FAC that "Defendants breached the settlement Agreement."

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena

objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much

Athena's Responses to AMN's First Set
of Interrogatories

14

Athena Cosmetics, Inc v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK

EXHIBIT 6

PAGE 014

information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 9:** IDENTIFY all DOCUMENTS that support YOUR contention in paragraph 92 of the FAC that "Defendants breached the settlement agreement."

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is

anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 10:** Identify by name of seller, buyer, date, product, quantity and dollar amount each sale of counterfeit goods by DEFENDANTS alleged in paragraph 92 of the FAC.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the

information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 11:** IDENTIFY all DOCUMENTS PERTAINING to the sale of the goods referenced in paragraph 92 of the FAC.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or

not shared with Athena, or destroyed by Defendants subjecting Defendants to spolia-tion of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is over-broad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or propor-tional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analy-sis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and con-tentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 12:** IDENTIFY all DOCUMENTS that support YOUR contention in paragraph 92 of the FAC that the goods referenced were counterfeit.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein. Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and

contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 13:** Describe in detail all damages that YOU contend you suffered as a result of any breach of the SETTLEMENT AGREEMENT by the DEFEND-ANTS alleged in the FAC.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spolia-tion of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is over-broad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or propor-tional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 14:** IDENTIFY all DOCUMENTS that support YOUR claim for any damages that YOU contend you suffered as a result any breach of the SETTLEMENT AGREEMENT by the DEFENDANTS alleged in the FAC.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is

overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 15:** Describe in detail all actions taken by YOU to mitigate the damages YOU contend YOU suffered as a result of any breach of the SETTLEMENT AGREEMENT by the DEFENDANTS alleged in the FAC.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena

Athena's Responses to AMN's First Set
of Interrogatories

22

Athena Cosmetics, Inc v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK
PAGE 022

EXHIBIT 6

objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much

Athena's Responses to AMN's First Set
of Interrogatories
23
EXHIBIT 6
Athena Cosmetics, Inc v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK
PAGE 023

information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 16:** If YOUR response to request number 1 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

    **RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein. Without waiving any of the foregoing objections, Athena responds as follows: Athena denies number 1 of the Requests for Admissions [Set One] propounded concurrently herewith because it seeks verification of a document called "Exhibit 1" that is not included.

**Interrogatory No. 17:** If YOUR response to request number 2 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

    **RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks

Athena's Responses to AMN's First Set
of Interrogatories

24

Athena Cosmetics, Inc v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK

EXHIBIT 6

PAGE 024

information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 18:** If YOUR response to request number 3 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein. Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties.

Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is over-broad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 19:** If YOUR response to request number 4 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently

discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 20:** If YOUR response to request number 5 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 21:** If YOUR response to request number 6 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein. Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is

overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 22:** If YOUR response to request number 7 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:**      Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive

Athena's Responses to AMN's First Set
of Interrogatories

30

EXHIBIT 6

Athena Cosmetics, Inc v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK
PAGE 030

information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 23:** If YOUR response to request number 8 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein. Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently

discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 24:** If YOUR response to request number 9 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein.  Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

**Interrogatory No. 25:** If YOUR response to request number 9 of the Requests for Admissions [Set One] propounded concurrently herewith on YOU by AMN is not an unqualified admission, state all facts upon which YOU base your response.

**RESPONSE:** Athena incorporates by reference its Preliminary Statement and each of the General Objections set forth above as if fully set forth herein. Athena objects to this request to the extent it seeks confidential or competitively sensitive information or information protected by the right to privacy of Athena or any third parties. Athena objects to this request to the extent it seeks disclosure of information solely in the possession of Defendants, which has been withheld from Athena, not produced, or not shared with Athena, or destroyed by Defendants subjecting Defendants to spoliation of evidence penalties. Athena objects to this request to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Athena objects to this request to the extent it is

overbroad and unduly burdensome. Athena objects to this request to the extent it seeks information that is equally available to Defendants from itself, other sources that are more convenient, less burdensome and/or less expensive, particularly to the extent the information sought is publicly available. Athena objects to this request to the extent that it seeks information that is not relevant to any party's claim or defense or proportional to the needs of the case. Athena objects to this request to the extent it calls for a legal conclusion.

Without waiving any of the foregoing objections, Athena responds as follows:

Pursuant to Fed. R. Civ. P. 33(d), and subject to the Protective Order, Athena will produce non-privileged materials, that it is able to locate after a reasonable search proportional to the needs of the case, sufficient to respond to this interrogatory. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional documents responsive to this request. This response is given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall. Responding Party accordingly reserves the right to change any and all of its response herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made. This response is made in a good faith effort to supply as much information as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

June 7, 2021

/s/ *Marina Lang*
Marina Lang
SoCal IP Law Group LLP

Attorney for Plaintiff Athena Cosmetics, Inc.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury of the laws of the United States that on June 7, 2021, I served a second copy of "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Set of Interrogatories" to defendant's attorney David Voss by email using his email address from the CM/ECF system.

June 7, 2021                              /s/ *Anneliese Lomonaco*
                                          Anneliese Lomonaco

Athena's Responses to AMN's First Set
of Interrogatories

36

EXHIBIT 6

Athena Cosmetics, Inc v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK
PAGE 036