# EXHIBIT 7

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Thursday, July 8, 2021 8:57 AM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 2:20-cv-05526-SVW-SHK Athena Cosmetics, Inc. v. AMN Distribution Inc. et al Order on Motion for Order re Discovery Matter

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/8/2021 at 8:56 AM PDT and filed on 7/7/2021
**Case Name:**   Athena Cosmetics, Inc. v. AMN Distribution Inc. et al
**Case Number:**   2:20-cv-05526-SVW-SHK
**Filer:**
**Document Number:** 90

**Docket Text:**
**MINUTES OF RE [87] Motion for Order; Telephone Conference held before Magistrate Judge Shashi H. Kewalramani: Attorney David Voss appeared on behalf of Defendants. The Court and Mr. Voss waited until, approximately, 10:17 a.m., however, Plaintiffs counsel did not attend the hearing. At that point, the Court was unable to determine if a dispute still existed and terminatedthe hearing. If further issues arise, the parties will need to resubmit their request in accordance with the Magistrate Judge's rules for presenting discovery disputes. Court Recorder: MS Teams. (dc)**

**2:20-cv-05526-SVW-SHK Notice has been electronically mailed to:**

Erica Bristol    ericab@ebmediate.com

Brian Tamsut    btamsut@socalip.com

Marina L Lang     mlang@socalip.com, uspto@socalip.com, nabeloe@socalip.com, alomonaco@socalip.com

David C Voss     dave@vsbllp.com

Ronan Cohen     ronancohen@yahoo.com

Michael D Harris     mharris@socalip.com, nabeloe@socalip.com, alomonaco@socalip.com

**2:20-cv-05526-SVW-SHK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**