EXHIBIT 8

**From:** Anneliese Lomonaco <alomonaco@socalip.com>
**Sent:** Friday, July 2, 2021 5:47 PM
**To:** David Voss <David@vsbllp.com>
**Cc:** Brandon Bassir <Brandon@vsbllp.com>; Marina Lang <mlang@socalip.com>; Michael Harris <MHarris@socalip.com>
**Subject:** Athena v AMN, et al. -- Notices of Deposition of eBay and PayPal and Subpoenas for Documents [SoCal IP File No.: A062.L20369]

Good Evening,

Attached please find Athena's Subpoenas and Requests to Produce Documents served on eBay, Inc. and PayPal, Inc. As well as Athena's Notices of Deposition of eBay, Inc. and PayPal, Inc.

Sincerely,

**Anneliese Glaser Lomonaco**
Paralegal
**SoCal IP Law Group LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Tel +1  (805) 230-1350 x244
Fax +1 (805) 230-1355
alomonaco@socalip.com
www.socalip.com

CONFIDENTIAL. This e-mail message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not a listed recipient or someone authorized to receive e-mail on behalf of a listed recipient, please reply to the sender that the e-mail message was misdirected and delete it. Thank you.