# EXHIBIT 9

**From:** Marina Lang <mlang@socalip.com>
**Sent:** Monday, May 25, 2020 11:56 PM
**To:** Ronan Cohen <ronancohen@gmail.com>
**Cc:** Anneliese Lomonaco <alomonaco@socalip.com>
**Subject:** RE: Fully Executed Settlement Agreement with Schedules.

Dear Ronan,

We discovered from our associate in the Czech Republic that LinkAmerica II. s.r.o. (identified in your client's Schedule 1) is a well-known manufacturer/seller/exporter of cosmetic counterfeit goods of other companies, that has also previously been prosecuted in that country. Given the volume of units sold to your client, which exceed 200k in lost profits, we have decided to initiate formal legal proceedings in that country.

We would appreciate further evidence from your client to support this foreign prosecution, such as any and all business documents between the two entities (e. g. contracts, invoices, emails, certificates of delivery). For the sake of clarification, this is just for use in the prosecution of LinkAmerica in the courts of the Czech Republic.

Kind regards,

/Marina L. Lang/

*Partner*



SoCal IP
Law Group LLP

Skype ID: marina.lang56

310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362

1332 Anacapa St., Suite 201 Santa Barbara, CA 93101

P +1 (805) 267-2261| M  +1 (805) 340-4318 | F +1 (805) 230-1355
www.socalip.com

mlang@socalip.com

*CONFIDENTIAL. This email message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not a listed recipient, please reply to the sender that the email message was misdirected and delete it. Thank you.*