# EXHIBIT 10

| | |
|---|---|
| **Subject:** | RE: *UPDATED WITH REALTIME* 375720 - AMN Distribution, Inc. 30(b)(6) - Athena Cosmetics, Inc. -v- AMN Distribution, Inc., et al, - 6/4/2021 - 9:00AM PT [A062.L20369] |
| **Date:** | Thursday, June 3, 2021 at 4:07:53 PM Pacific Daylight Time |
| **From:** | David Voss |
| **To:** | Anneliese Lomonaco, Maria Franco |
| **CC:** | Marina Lang, Michael Harris |
| **Attachments:** | image001.jpg |

Ms. Lomonaco:

Though we did not receive a new notice of depo, nor did anyone explain to me the reason for which Walmart did not appear, we did not object before and do not object now to that depo going forward tomorrow. I do note that while not objecting, the breadth of the subject matter and persons included was absurdly broad. However, knowing that we have not sold a single unit of any infringing product since the settlement agreement was reached, we hope the depo will assist you in understanding the truth of my statement.

Sincerely,
David Voss

---

**From:** Anneliese Lomonaco <alomonaco@socalip.com>
**Sent:** Thursday, June 3, 2021 3:29 PM
**To:** David Voss <David@vsbllp.com>; Maria Franco <maria@vsbllp.com>
**Cc:** Marina Lang <mlang@socalip.com>; Michael Harris <MHarris@socalip.com>
**Subject:** RE: *UPDATED WITH REALTIME* 375720 - AMN Distribution, Inc. 30(b)(6) - Athena Cosmetics, Inc. -v- AMN Distribution, Inc., et al, - 6/4/2021 - 9:00AM PT [A062.L20369]

Dear Mr. Voss,

Below please see updated video conferencing information for tomorrow's deposition.

We have received no objections to the 30(b)(6) deposition scheduled for tomorrow. We will presume that the deposition is moving forward as planned unless we hear otherwise.

Sincerely,

Anneliese Glaser Lomonaco
Paralegal
SoCal IP Law Group LLP

**From:** techsupport@planetdepos.com <techsupport@planetdepos.com>
**Sent:** Wednesday, June 2, 2021 7:19 PM
**To:** Marina Lang <mlang@socalip.com>; Michael Harris <MHarris@socalip.com>; Brian Tamsut <btamsut@socalip.com>
**Cc:** Anneliese Lomonaco <alomonaco@socalip.com>
**Subject:** *UPDATED WITH REALTIME* 375720 - AMN Distribution, Inc. 30(b)(6) - Athena Cosmetics, Inc. -v- AMN Distribution, Inc., et al, - 6/4/2021 - 9:00AM PT

Greetings from Planet Depos,

Below is the link you will need to connect to the video conference

***ZOOM***

**375720 - AMN Distribution, Inc. 30(b)(6) - Athena Cosmetics, Inc. -v- AMN Distribution, Inc., et al, - 6/4/2021 - 9:00AM PT**

**Meeting Link:** https://planetdepos.zoom.us/j/96862498395

**Meeting ID: 968 6249 8395**
**Passcode: 673640**

**Call in #: 312 626 6799**
**Meeting ID: 968 6249 8395**
**Passcode: 673640**

***NEW* Realtime Stream (RTS) link:**
https://www.caseviewnet.com/index.php?sessionCode=1UD79P&password=5710 - **Session Code = 1UD79P**

Please let us know if you have any questions.

If you would like an in depth look at how Planet Depos conducts remote depositions using Zoom, please **click here** to watch our Zoom training video.

*****Click here for disclaimers related to remote proceedings, oath stipulation language and our response to COVID-19.**

****To support you during the COVID-19 pandemic, we are offering remote deposition services, including both teleconference and mobile videoconference. To learn more, click here.**

Amber Lee | Planet Depos
Operations Specialist
Worldwide Court Reporting & Litigation Technology
**t** 888.433.3767 | **f** 888.503.3767
transcripts@planetdepos.com | planetdepos.com

**Did we Make It Happen for you today? Please tell us about your experience**.

*Confidentiality Notice: The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. This information is intended for the sole*

*use of the individual or entity to whom it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, forwarding, distribution, or the taking of any action in reliance on this information, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone 888.433.3767 or by mail at 451 Hungerford Drive Suite 400, Rockville, MD 20850, to arrange for the return of this e-mail and contents.*