UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-005526-SVW-SHK**                                                    Date: July 28, 2021

Title    *Athena Cosmetics, Inc. v. AMN Distribution Inc., et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Harris | David Voss |

**Proceedings:**     **ORDER RE: INFORMAL DISCOVERY DISPUTE**

The matter was called on the record for a discovery dispute raised by Plaintiff's counsel. The parties submitted their informal positions for the Court's review. Attorney Michael Harris appeared for Plaintiffs. Attorney David Voss appeared for Defendants. Following discussion between the Court and Counsel, Plaintiff is to provide the Court with a copy of the interrogatory and responses, as well as the RFPS with the responses and any supplemental responses at issue by 9:30 a.m. today, July 28, 2021. The parties are to meet and confer with respect to agreeing to a date to conduct the 30(b)(6) deposition. The Court will reconvene for a further conference for today, July 28, 2021 at 12:00 p.m.

**IT IS SO ORDERED.**

: 15 mins
**Initials of Preparer**   DC