UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:20-cv-005526-SVW-SHK**                                   Date:  July 28, 2021

Title   *Athena Cosmetics, Inc. v. AMN Distribution Inc., et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Harris | David Voss |

**Proceedings:**        **ORDER RE: CONTINUED INFORMAL DISCOVERY DISPUTE**

The matter was called on the record for a discovery dispute as previously scheduled. Attorney Michael Harris appeared for Plaintiffs. Attorney David Voss appeared for Defendants. The Court and Counsel discussed each interrogatory and responses at issue, the Court issued its ruling on the record and agreements were reached on the record with respect to several of the Interrogatories propounded by Plaintiff. As to the amended RFPs, the parties are to meet and confer with respect to a an ESI protocol and search terms, as well as any issues that were not entirely resolved and if the issues remain then the parties may contact the Court for a further hearing. With respect to the 30(b)(6) depositions, the parties will notify the Court if a dispute remains following a resolution of the disputes related to the document production.

**IT IS SO ORDERED.**

: 50 mins
**Initials of Preparer**   DC