SCHEDULE 2

| LastName | QuantTotal | Status | PaymentStatus | OrderDate | DisputeAmount | DisputeReason2 | ShipCity | ShipState | ShipCountry | ShipToCountry | DigitalPlatformNumber | UPC | Qty | DisplayName | TrackingNumber |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



EXH 1B
SCHEDULE 2