# EXHIBIT 7

Marina Lang, No. 251,087
mlang@socalip.com
Michael D. Harris, No. 59,470
mharris@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc.,<br>    Plaintiff,<br>v.<br>AMN Distribution Inc., et al,<br>    Defendants. | No. :20-cv-05526-SVW-SHK<br><br>Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Requests for Admission |

Plaintiff Athena Cosmetics, Inc. ("Athena" or "Responding Party") responds to Defendant AMN Distribution, Inc.'s first Requests for Admission under Fed. R. Civ. P. 36:

## Preliminary Statement

1. Responding Party has not fully completed the investigation of the facts relating to this case, has not fully completed discovery in this action and has not completed preparation for the trial. All of the responses contained herein are based only upon such information and documents that are presently available to and specifically known to this Responding Party and disclose only those contentions that presently occur to such Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts, add meaning to the known facts, as well as establish entirely new factual conclusions and legal

contentions, all of which may lead to substantial additions to, changes in and variations from the contentions herein set forth. The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts which this Responding Party may later recall.  Responding Party accordingly reserves the right to change any and all responses herein as additional facts are ascertained, analysis are made, legal research is completed and contentions are made.  The responses contained herein are made in good faith effort to supply as much factual information and as much specification of legal contentions as is presently known but should in no way prejudice Responding Party in relation to further discovery, research or analysis.

2. Responding Party's responses to Propounding Party's requests are made to the best of its present knowledge, information and belief.  Said responses are at all times subject to additional or different information that discovery or further investigation may disclose and, while based on this present state of Responding Party's recollection, are subject to refreshing of recollection with such additional knowledge or facts that may result from further discovery and investigation. Responding Party reserves the right to make any use of, or to introduce at any hearing and at trial, information responsive to Propounding Party's requests that is discovered subsequent to the date of these responses, including, but not limited to, any information obtained in discovery herein.

3. Responding Party reserves all objections or other questions as to the confidentiality, relevance, materiality, privilege or admissibility as evidence, in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, of these responses and any documents or things identified in these responses.

4. Responding Party reserves the right to object on any ground at any time to such other or supplemental responses as Propounding Party may at any time propound involving or relating to the subject matter of these responses.

5. The information set forth in these responses was obtained from persons currently in the employ of Responding Party or, in the alternative, was gathered by counsel for Responding Party on its behalf.

**GENERAL OBJECTIONS**

1. Responding Party objects to each request, and to the definitions and instructions they incorporate, to the extent that it seeks to impose obligations on Responding Party broader than, or inconsistent with those allowed by the Federal Rules of Civil Procedure, the local rules of the Court, Court order, regulation or case law, including any request that that seeks documents not proportional to the needs of this case, or are otherwise unduly burdensome and oppressive.

2. Responding Party objects to each request, and to the definitions and instructions that they incorporate, to the extent it seeks disclosure of information protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege. Responding Party will not provide this information, and any inadvertent disclosure of such information is not a waiver of any applicable privilege or protection. Responding Party proposes that the parties meet and confer about a mutually agreeable date for the exchange of privilege logs after a substantial portion of the production has occurred.

3. Responding Party objects to each request, and to the definitions and instructions that they incorporate, to the extent it seeks confidential or competitively sensitive financial or business information or information protected by the right to privacy of Responding Party or any third parties. Responding Party will only produce any confidential or competitively sensitive financial or business information or information protected by the right to privacy subject to an order.

4. Responding Party objects to each request to the extent that it seeks information that is overbroad, unduly burdensome, not relevant to any party's claim or defense or proportional to the needs of the case.

Athena's Responses to AMN's First Requests for Admission — 3 — Athena Cosmetics, Inc v. AMN Distribution No. 2:20-cv-05526-SVW-SHK

EXHIBIT 7 PAGE 003

5. Responding Party objects to each request to the extent that it seeks information not within Responding Party's possession, custody, or control.

6. Responding Party's factual investigation into this matter is still ongoing. Responding Party reserves the right to modify or supplement these responses as circumstances warrant over the course of its investigation.

7. Each of Responding Party's responses to these requests are made subject to and without waiving, limiting, or intending to waive:

   a. each of the above-stated general objections and reservations;
   b. the right to object on the grounds of competency, privilege, relevancy, or materiality, or any other proper grounds, to the use of the information, for any purpose, in whole or in part, in any subsequent step or proceeding in this proceeding or any other action;
   c. the right to object on any and all grounds, at any time, to other discovery requests involving or relating to the subject matter of the present proceeding; and the right at any time to revise, correct, and add to or clarify any of the responses herein.

## RESPONSES

**Request No. 1:** Admit that the document attached hereto as Exhibit 1 is a true and correct copy of settlement agreement referenced in paragraph 87 of the FAC

**Response:** Deny.

**Request No. 2:** Admit that YOU lack any evidence to support the allegations of paragraph 91 of the FAC.

**Response:** Deny

**Request No. 3:** Admit that YOU lacked any evidence to support the allegations of paragraph 91 of the FAC at the time YOU filed the FAC.

Athena's Responses to AMN's First Requests for Admission — 4 — Athena Cosmetics, Inc v. AMN Distribution No. 2:20-cv-05526-SVW-SHK

EXHIBIT 7 PAGE 004

**Response:** Deny

**Request No. 4:** Admit that YOU lack any evidence to support the allegations of paragraph 92 of the FAC.

**Response:** Deny

**Request No. 5:** Admit that YOU lacked any evidence to support the allegations of paragraph 92 of the FAC at the time YOU filed the FAC.

**Response**: Deny

**Request No. 6:** Admit that all conditions precedent to DEFENDANTS' enforcement of the release in paragraph 5 of the SETTLEMENT AGREEMENT have been fulfilled.

**Response:** Deny

**Request No. 7:** Admit that DEFENDANTS performed of all of their obligations under the SETTLEMENT AGREEMENT.

**Response:** Deny

**Request No. 8:** Admit that YOU did not suffer any damages as a result of any breaches of the SETTLEMENT AGREEMENT by DEFENDANTS alleged in the FAC.

**Response:** Deny

**Request No. 9:** Admit that the FAC was filed in violation of the Federal Rules of Civil Procedure, Rule 11.

**Response:** Deny

**Request No. 10:** Admit that the COMPLAINT was filed in violation of the Federal Rules of Civil Procedure, Rule 11 .

**Response**: Deny

June 7, 2021               /s/ *Marina Lang*
Marina Lang
SoCal IP Law Group llp

Attorney for Plaintiff Athena Cosmetics, Inc.

### Certificate of Service

I declare under penalty of perjury of the laws of the United States that on June 7, 2021, I served "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Requests for Admission" to defendant's attorney David Voss by email using his email address from the CM/ECF system.

June 7, 2021               /s/ *Anneliese Lomonaco*
Anneliese Lomonaco

Athena's Responses to AMN's First Requests for Admission — 6 — Athena Cosmetics, Inc v. AMN Distribution No. 2:20-cv-05526-SVW-SHK

EXHIBIT 7
PAGE 006