UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>        Plaintiff<br><br>    v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>        Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE DISCOVERY**<br><br>HEARING<br><br>Date: September 27, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br>       First Street Courthouse<br>       350 W. 1st Street, 10th Floor,<br>       Los Angeles, California 90012 |

    The motion of defendants AMN Distribution, Inc. and Moishe Newman for an order bifurcating discovery came on for hearing before the above-captioned Court at 1:30 p.m., on September 27, 2021, Courtroom 10A, the Honorable Steven V. Wilson presiding. Attorney David C. Voss, Jr. appeared on behalf of defendant Moishe Newman

and attorneys Marina Lang and Michael Harris appeared on behalf of plaintiff Athena Cosmetics, Inc. ("Athena" or "Plaintiff" ).  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, and good cause having been shown, the Court HEREBY ORDERS AS FOLLOWS**:**

  1. Discovery in the above-captioned action shall be limited to the sixth claim for relief alleged in Plaintiff's First Amended Complaint (the "Sixth Claim for Relief") and any affirmative defenses asserted thereto pending a resolution of the Sixth Claim by summary judgment motion or trial; and

  2. Discovery of all other claims asserted by Plaintiff in its First Amended Complaint, and any affirmative defenses asserted thereto, shall be stayed pending a resolution of the Sixth Claim by summary judgment motion or trial.

**IT IS SO ORDERED.**

DATED:  September _____, 2021. _____
                 Honorable Steven V. Wilson
                 United States District Judge