Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

| Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
|---|---|
| Plaintiff, | Declaration of Michael Harris Supporting Ex Parte Application |
| v. | |
| AMN Distribution Inc., et al, | Judge Wilson |
| Defendants. | |

I, Michael Harris, declare:

1.  I am attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court. I am a partner in SoCal IP Law Group LLP (SoCal IP), plaintiff's attorneys. I am over the age of 18 If called as a witness, I could and would competently testify to the matters stated in this declaration. I submit this declaration in support of plaintiff's ex parte application.

2.  I called opposing counsel David Voss at 2:00 pm on Tuesday September 1, 2021, to inform him Athena would be bringing an ex parte application to strike defendants' summary judgment motion pending completion of discovery from defendants. I had emailed him the previous day to tell him I would be making the ex parte application. He responded for me to pick a time to call him. I wrote I would call on September 1 at 2:00. At 2:00 today, his receptionist said he was on a conference call. I asked to have my call returned. By 3:30, he did not call back. The previous email

also went to Brandon Bassir at Brandon@vsbllp.com, an attorney in Mr. Voss's firm, who, and Maria Franco at maria@vsbllp.com, an employee at Mr. Voss's firm.

3. Defendants' attorney, David Voss, and I did not confer under Local Rule 7–3 about defendants' proposed summary judgment motion. He has objected to Athena's discovery requests in the past based on defendants moving for summary judgment and has filed a summary judgment motions earlier, but I searched all communications from Mr. Voss, and none requested that Athena's attorneys meet and confer about a summary judgment motion.

4. Each exhibit attached to this declaration is a true copy of the document I identify. The dates for all exhibits are in 2021.

5. Exhibit 1 is a copy of a June 30 email to Magistrate Judge Kewalramani to which both parties agreed.

6. Exhibit 2 is a copy of a draft ESI protocol that the magistrate judge requested.

7. Exhibit 3 is a copy of my July 30 email to Mr. Voss enclosing Exhibit 2.

8. Exhibits 4 and 5 are copies of August 4 and 5 emails to Mr. Voss reminding him of the need to resolve the ESI protocol.

9. Exhibits 6 and 7 are two more reminders from August 13 and 24.

10. Exhibit 8 is a copy of an August 26 email reminding defense counsel again and recognized without his cooperation, the parties could not resolve the ESI protocol without court intervention.

11. Exhibit 9 is a copy of an August 25 email from Mr. Voss's office transmitting a production of documents.

12. Exhibit 10 contains the first six pages of what defendants produced with the Exhibit 8 email. I redacted any possible confidential information.

13. Athena also has three subpoenas out for witnesses affiliated with AMN and Newman. All three share the "Newman" surname too.

14. I am delaying taking a Rule 30(b)(6) deposition on AMN until I have more documents from defendants.

15. Defense counsel did not confer with me under Local Rule 7–3. Defendants' summary judgment motion states counsel conferred under Local Rule 7–3 on June 7, 2021. No conference then or on any other date mentioned summary judgment. Defendants' discovery responses mentioned "summary judgment," but mentioning 'summary judgment' in a discovery objection is not a request to meet and confer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 1, 2021                        /s/ *Michael Harris*
                                                      Michael Harris

### CERTIFICATE OF SERVICE

I certify on September 1, 2021, I served the foregoing document "Declaration of Michael Harris Supporting Ex Parte Application" by email to all counsel registered with CM/ECF on this case, David C Voss, Jr. (dave@vsbllp.com) and to Brandon Bassir brandon@vsbllp.com and Maria Franco (maria@vsbllp.com).

September 1, 2021                        /s/ *Belinda Iriele*
                                                      Belinda Iriele