# EXHIBIT 1

# Michael Harris

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Wednesday, June 30, 2021 4:26 PM |
| **To:** | SHK Chambers |
| **Cc:** | David@vsbllp.com; Marina Lang; Anneliese Lomonaco |
| **Subject:** | Case 2:20-cv-05526-SVW-SHK Athena Cosmetics, Inc. v. AMN Distribution Inc. et al / [Atty Ref. A062.L20369] |

Your honor,

The parties request a conference with Magistrate Judge Kewalramani under Local Rule 37-1.

Trial is set for November 16, 2021. Rule 26(f) Report was filed. There is no current scheduling order.

On April 15, 2021, plaintiff Athena served its first discovery requests, 6 interrogatories and 54 document requests, on defendants AMN and Newman. Defendants made general and specific objections to all discovery requests. Plaintiff asserts defendants objected to all discovery requests, provided no substantive answers to any interrogatories and produced no documents. Defendants assert that notwithstanding objections, they answered all interrogatories sought and agreed to produce some but not all documents sought.

Following the meet and confer, Athena withdrew some document requests. Plaintiff asserts defendants did not agree to amend any responses, and they did not set a date for document production. Defendants claim they agreed to withdraw some objections and some affirmative defenses and provide amended discovery responses by June 30, 2021 which date was proposed by Plaintiff.

Athena served a Rule 30(b)(6) deposition notice by mail on defendant AMN which AMN's counsel claims he did not receive. Plaintiff notified defense counsel the day before the deposition to provide the deposition's Zoom login. Defense counsel claims he had no prior notice of a 30(b)(6) deposition, which was purportedly set to commence at 2:00 a.m. in Australia where the deponent is located and in fact appeared for what he believed was the continued deposition of Walmart.

**Athena's position**: Defendants should be ordered within 14 days to withdraw all objections, answer all interrogatories, produce all requested documents (except those Athena withdrew), produce a Rule 30(b)(6) witness, and pay Athena its reasonable attorney fees for having to move to compel and the court reporter expenses for the Rule 30(b)(6) deposition. Any conference with the magistrate judge should occur promptly depending on his schedule.

**Defendants' position**: The request for conference is premature pending Defendants' supplemental/amended discovery responses due on June 30. Defendants are entitled to protective orders as a result of plaintiff's violations of Rule 11 including seeking discovery for an improper purpose and per Iqbal; for seeking trade secret information without necessity; and, for failure for follow the FRCP in connection with the topics noticed pursuant to the purported 30(b)(6) notice first received last week. Defendants are filing Motion for Summary Judgment imminently upon receipt of verifications to Plaintiff's discovery responses due June 29, 2021 by close of business which is also grounds for a protective order until the motion is heard.

**Available dates**: The parties are available July 6 (afternoon only), July 7 (am only), July 8 (all day).

Defense counsel Voss's telephone number is (310) 306-0515. I copied him on this email.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120

1

# Michael Harris

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Wednesday, June 30, 2021 4:26 PM |
| **To:** | SHK Chambers |
| **Cc:** | David@vsbllp.com; Marina Lang; Anneliese Lomonaco |
| **Subject:** | Case 2:20-cv-05526-SVW-SHK Athena Cosmetics, Inc. v. AMN Distribution Inc. et al / [Atty Ref. A062.L20369] |

Your honor,

The parties request a conference with Magistrate Judge Kewalramani under Local Rule 37-1.

Trial is set for November 16, 2021.  Rule 26(f) Report was filed.  There is no current scheduling order.

On April 15, 2021, plaintiff Athena served its first discovery requests, 6 interrogatories and 54 document requests, on defendants AMN and Newman. Defendants made general and specific objections to all discovery requests. Plaintiff asserts defendants objected to all discovery requests, provided no substantive answers to any interrogatories and produced no documents. Defendants assert that notwithstanding objections, they answered all interrogatories sought and agreed to produce some but not all documents sought.

Following the meet and confer, Athena withdrew some document requests. Plaintiff asserts defendants did not agree to amend any responses, and they did not set a date for document production. Defendants claim they agreed to withdraw some objections and some affirmative defenses and provide amended discovery responses by June 30, 2021 which date was proposed by Plaintiff.

Athena served a Rule 30(b)(6) deposition notice by mail on defendant AMN which AMN's counsel claims he did not receive. Plaintiff notified defense counsel the day before the deposition to provide the deposition's Zoom login. Defense counsel claims he had no prior notice of a 30(b)(6) deposition, which was purportedly set to commence at 2:00 a.m. in Australia where the deponent is located and in fact appeared for what he believed was the continued deposition of Walmart.

**Athena's position**: Defendants should be ordered within 14 days to withdraw all objections, answer all interrogatories, produce all requested documents (except those Athena withdrew), produce a Rule 30(b)(6) witness, and pay Athena its reasonable attorney fees for having to move to compel and the court reporter expenses for the Rule 30(b)(6) deposition. Any conference with the magistrate judge should occur promptly depending on his schedule.

**Defendants' position**: The request for conference is premature pending Defendants' supplemental/amended discovery responses due on June 30.  Defendants are entitled to protective orders as a result of plaintiff's violations of Rule 11 including seeking discovery for an improper purpose and per Iqbal; for seeking trade secret information without necessity; and, for failure for follow the FRCP in connection with the topics noticed pursuant to the purported 30(b)(6) notice first received last week. Defendants are filing Motion for Summary Judgment imminently upon receipt of verifications to Plaintiff's discovery responses due June 29, 2021 by close of business which is also grounds for a protective order until the motion is heard.

**Available dates**: The parties are available July 6 (afternoon only), July 7 (am only), July 8 (all day).

Defense counsel Voss's telephone number is (310) 306-0515. I copied him on this email.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120