# EXHIBIT 3

# Michael Harris

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Friday, July 30, 2021 11:16 AM |
| **To:** | 'David Voss' |
| **Cc:** | Marina Lang; Anneliese Lomonaco |
| **Subject:** | Athena v. AMN A062.L20369 ESI Order |
| **Attachments:** | ESI Stipulation MH 7-30-21.docx |

Our draft ESI order is attached. Let's turn it around promptly.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120
Westlake Village, CA 91362-3788
 1332 Anacapa St., Suite 201
 Santa Barbara, CA 93101
Direct Phone (805) 497-3488
Office Phone (805) 230-1350
Fax (805) 230-1355
Cell (818) 590-5540
mharris@socalip.com
http://www.socalip.com