# EXHIBIT 4

**Michael Harris**

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Wednesday, August 4, 2021 10:27 AM |
| **To:** | 'David Voss' |
| **Cc:** | Marina Lang; Anneliese Lomonaco |
| **Subject:** | Athena v. AMN A062.L20369 - Defendants' Document Production and ESI Issues |

David,

We still are waiting to receive the documents electronically you told the magistrate judge you had. If you have an excuse for the delay, let us know, but instead of an excuse, send us the documents now.

We also await any amendments from you about the ESI stipulation. A week ago at the July 28 hearing, the magistrate judge ordered counsel "to meet and confer with respect to an ESI protocol." We sent you a draft ESI stipulation two days later but heard nothing. We must meet and confer if you want changes. You and I then can propose custodians and search terms. Your delay is not acceptable.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120
Westlake Village, CA 91362-3788
  1332 Anacapa St., Suite 201
  Santa Barbara, CA 93101
Direct Phone (805) 497-3488
Office Phone (805) 230-1350
Fax (805) 230-1355
Cell (818) 590-5540
mharris@socalip.com
http://www.socalip.com