# EXHIBIT 5

**Michael Harris**

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Thursday, August 5, 2021 4:12 PM |
| **To:** | David Voss |
| **Cc:** | Marina Lang; Anneliese Lomonaco |
| **Subject:** | RE: Athena v. AMN A062.L20369 - Defendants' Document Production and ESI Issues |

I can't keep your schedule in mind. If you're away, have someone else in the office respond.
If you sense any impatience, we are still waiting for your first produced document. But we're not hounding you daily. We wait a reasonable time before reminding you. When do you expect to produce the documents you already have? Before your anniversary trip?
My phone issues were legitimate. We have a new system, which I couldn't get to work, video or audio. But that was in the past, and the delay it caused is minor compared to those on your side.
How's the ESI stipulation?
Michael

---

**From:** David Voss <David@vsbllp.com>
**Sent:** Thursday, August 5, 2021 3:54 PM
**To:** Michael Harris <MHarris@socalip.com>
**Cc:** Marina Lang <mlang@socalip.com>; Anneliese Lomonaco <alomonaco@socalip.com>
**Subject:** RE: Athena v. AMN A062.L20369 - Defendants' Document Production and ESI Issues

Mr. Harris:

　　　I have just returned from being out of town – which you knew about.  I will endeavor to respond substantively to you by Monday.  But seriously, I find your impatience and blustering way out of line.  I have made every effort to give you my complete vacation schedule well in advance but you just seem to ignore it.  Consider this:

1) You have known since no later than my email dated July 10 that I would be out of town this past several days when I wrote to you as follows: "Notwithstanding taking time from family to respond to your exparte, I am on vacation. My daughter is here for her first summer back from college and leaves again in a few weeks. I will spend as much time with her as I can. I will be out of town for extended weekends (outside range of reliable internet access) from Noon on Friday the 16th until sometime mid morning on Wednesday the 21st **and again the following Thursday through Wednesday**."  As such you complaint that I did not respond immediately to your email on the dates I told you in advance I would be unavailable is absurd.

2) So that you are reminded, I also previously have you the heads up that: "As I discussed with you previously, I am leaving for a vacation headed out of the country for my 2d anniversary on Wednesday August 18 and returning to Los Angeles on the morning of Monday, August 30."

3) Finally, your demanding tone is truly impressive for an attorney who no showed for the Rule 4 Conference with the magistrate judge and later admitted there was no reason whatever you could not have called in to advise the court and/or me on July 7.  You have working telephones in your house and your cell phone.  Instead your no show caused a THREE WEEK DELAY, so

stop throwing stones from your glass house!  Throughout this litigation delays have been cause by Athena, not AMN.

Sincerely,
David Voss

P.S.  For clarity, please stop copying Mr. Bassir.  He does not work on this matter.  He only assisted me the one time with filing my opposition to your ex parte when I was out of the office and has no involvement in representing AMN/Newman.



---

**From:** Michael Harris <MHarris@socalip.com>
**Sent:** Wednesday, August 4, 2021 10:27 AM
**To:** David Voss <David@vsbllp.com>
**Cc:** Marina Lang <mlang@socalip.com>; Anneliese Lomonaco <alomonaco@socalip.com>
**Subject:** Athena v. AMN A062.L20369 - Defendants' Document Production and ESI Issues

David,

We still are waiting to receive the documents electronically you told the magistrate judge you had. If you have an excuse for the delay, let us know, but instead of an excuse, send us the documents now.

We also await any amendments from you about the ESI stipulation. A week ago at the July 28 hearing, the magistrate judge ordered counsel "to meet and confer with respect to an ESI protocol." We sent you a draft ESI stipulation two days later but heard nothing. We must meet and confer if you want changes. You and I then can propose custodians and search terms. Your delay is not acceptable.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120
Westlake Village, CA 91362-3788
 1332 Anacapa St., Suite 201
 Santa Barbara, CA 93101
Direct Phone (805) 497-3488
Office Phone (805) 230-1350
Fax (805) 230-1355
Cell (818) 590-5540
mharris@socalip.com
http://www.socalip.com