# EXHIBIT 7

**Michael Harris**

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Tuesday, August 24, 2021 3:46 PM |
| **To:** | 'David Voss' |
| **Cc:** | Marina Lang; Anneliese Lomonaco; maria@vsbllp.com |
| **Subject:** | Athena v. AMN A062.L20369 |

David,

You probably are still on your vacation. I might wait for you to return, but your side is so far behind providing discovery that acting on this right after you return is necessary.

Here is where we stand on the depositions:

Nechemiah Newman     September 6
Devorah Newman         September 7
Dov Newman               September 8

Anneliese Lomonaco served notices with those date on you by email August 16, and she received confirmation you received them.

Devorah was served with her subpoena, but Dov or Nechemiah have not been served yet. Will you accept service for them or arrange for them to waive service? Do you represent any of them? If not, are any represented by counsel?

We served over 9,500 more pages of documents on you today. Total production from us now is over 10,000 pages. You produced nothing. You and I must return to the magistrate judge. During our last conversation, you said you did not need ediscovery. We disagree. Keywords tied to customers and suppliers is an important way we can obtain the documents you must locate and produce. The magistrate judge's July 28 order thought it useful. He wrote, "As to the amended RFPs, the parties are to meet and confer with respect to a an ESI protocol and search terms, as well as any issues that were not entirely resolved and if the issues remain then the parties may contact the Court for a further hearing." Provide any edits to the ESI stipulation promptly. You had it since July 30. We also can discuss the custodians and key words.

Michael Harris