# EXHIBIT 8

# Michael Harris

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Thursday, August 26, 2021 2:41 PM |
| **To:** | 'David Voss' |
| **Cc:** | Marina Lang; Anneliese Lomonaco; maria@vsbllp.com |
| **Subject:** | Athena v. AMN A062.L20369 |
| **Attachments:** | Proposed email to magistrate judge 8-26-21 MDHdocx.docx |

David,

You have been postponing agreeing on an ESI stipulation. We must bring the matter before the magistrate judge. Here is our half of the email to him. Please provide your input immediately.

We did not include in the email the fact that you produced some documents because that's not the point of the magistrate judge intervention. We also did not explain how bad the production is. The email is about an ESI stipulation.

If you can agree on it, we can avoid the magistrate judge's involvement, which is best for both sides. But you've had almost a month without any comments about ESI.

I cannot calculate your vacations. My estimate is you are returning today or tomorrow. Therefore, we should meet and confer Monday morning at the latest.

Michael