# EXHIBIT 10

From: 
Sent: Mon,
To: bluelinechaplain@gmail.com
Subject: ✓ ORDER CONFIRMED: REVITALASH Advanced ...



# Thanks for another purchase ! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!



**View order details**

**Browse deals**

## Order summary



Item ID:

ebay MONEY BACK GUARANTEE

## To complement your purchase

 

$17.49            $63.99
Free Shipping     Free Shipping


KRACIE Hadabisei Super Moistu…    3x 3mL = TOTAL 9mL - RevitaLa…

$11.87    $12.99
Free Shipping    Free Shipping

# Order details

-->

**Estimated delivery:**

**Your order will ship to:**


**Seller:**
99% positive feedback

More from this seller →

✓ **eBay Bucks earnings:**
You earned $0.88 in eBay Bucks with this purchase!

Keep shopping to earn more →


-->
**Order total:**

| | |
|---|---:|
| Price (2 x $43.99) | $87.98 |
| Shipping | Free |
| Sales tax | $6.82 |
| Total charged to *PayPal* | $94.80 |

# Your recently browsed items

 

**REVITALASH Advanced Ey...**

$44.00
Free Shipping

**RevitaLash Cosmetics, RevitaB...**

$75.99

 

**REVITABROW ADVANCED Ey...**

$69.99

**RevitaLash Advanced Eyelash C...**

$44.99
Free Shipping

## Explore other deals you might like

 

**W FREE PUMP KERASTASE...**

$59.99
Free Shipping

**Hayashi System 911 Emergency...**

$12.83
Free Shipping




Gibs Man Wash BHB Beard Hair…

$29.65
Free Shipping
ALMOST_GONE

Kenra Design Spray Light Hold…

$13.10
Free Shipping




Handcrafted Caveman® Beard Wa…

$8.45
Free Shipping

Tigi Bed Head Spoil Me Defriz…

$14.99
Free Shipping




Divaderme Lash Extender III -…

$17.95
Free Shipping

Goldwell Double Boost Root Li…

$16.99
Free Shipping




RapidLash Eyelash    Handcrafted

Enhancing S...          Caveman® Beard Wa...

$14.99                  $8.15
Free Shipping           Free Shipping
                        **ALMOST_GONE**

   

Kenra Thermal           FEG Eyelash
Styling Spray #...      Enhancer Rapid
                        Gr...
$12.75
Free Shipping           $7.99
                        Free Shipping
                        **ALMOST_GONE**

## Shop anywhere with the eBay app

 

   

### Update your email preferences

You are receiving marketing content in this email because your Communication Preferences indicate that you want to receive general email promotions. If you do not wish to receive further general email promotions, please click here to unsubscribe.

You can also manage your Notification Preferences in My eBay by clicking here. Please note that it may take up to 10 days to process your request.

Email reference id: [#e8935254cc2147909e8d3e53a73531bd#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to                              Learn more about account protection. eBay is

committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2019 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125