Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

United States District Court

Central District of California – Western Division

| Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
|---|---|
| Plaintiff, | Declaration of Michael Harris Supporting Ex Parte Application to Enter ESI Protocol |
| v. | Judge Wilson |
| AMN Distribution Inc., et al, | |
| Defendants. | |

I, Michael Harris, declare:

1. I am the attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court. I am a partner in SoCal IP Law Group LLP (SoCal IP), plaintiff's attorneys. I am over the age of 18. If called as a witness, I could and would competently testify to the matters stated in this declaration. I submit this declaration in support of plaintiff's ex parte application.

2. I called opposing counsel David Voss at 2:00 pm on Tuesday September 1, 2021, to inform him Athena would be bringing an ex parte application to strike defendants' summary judgment motion pending completion of discovery from defendants. I had emailed him the previous day to tell him I would be making the ex parte application. He responded for me to pick a time to call him. I wrote I would call on September 1 at 2:00. At 2:00 today, his receptionist said he was on a conference call. I asked to have my call returned. By 3:30, he did not call back. The previous email

also went to Brandon Bassir at Brandon@vsbllp.com, an attorney in Mr. Voss's firm, who, and Maria Franco at maria@vsbllp.com, an employee at Mr. Voss's firm.

3. Each exhibit attached to this declaration is a true copy of the document I identify. The dates for all exhibits are in 2021.

4. Exhibit 1 is a copy of a proposed ESI protocol that the defense counsel sent.

5. Exhibits 2 and 3 contain my August 6, 11 and 13 emails to Mr. Voss reminding him of the need to resolve the ESI protocol.

6. Exhibits 4 and 5 are two more reminders from August 24 and 26.

7. Exhibit 6 is a copy of Mr. Voss's August 31 email about eDiscovery.

8. Exhibit 7 is a copy of an email from Mr. Voss's office transmitting a production of documents.

9. Exhibit 8 contains the first six pages of what defendants produced with the Exhibit 8 email. I redacted any possible confidential information.

10. Athena also has three subpoenas out for witnesses affiliated with AMN and Newman. All three share the "Newman" surname too.

11. I am delaying taking a Rule 30(b)(6) deposition on AMN until I have more documents from defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 1, 2021                     /s/ *Michael Harris*
                                       Michael Harris

### CERTIFICATE OF SERVICE

I certify on September 1, 2021, I served the foregoing document "Declaration of Michael Harris Supporting Ex Parte Application" by email to all counsel registered with CM/ECF on this case, David C Voss , Jr. (dave@vsbllp.com) and to Brandon Bassirbrandon@vsbllp.com and Maria Franco (maria@vsbllp.com).

September 1, 2021                     /s/ *Belinda Iriele*
                                       Belinda Iriele