# EXHIBIT 3

**Anneliese Lomonaco**

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Friday, August 13, 2021 10:14 AM |
| **To:** | David Voss |
| **Cc:** | Marina Lang; Anneliese Lomonaco |
| **Subject:** | RE: Athena v. AMN A062.L20369 - Defendants' Document Production and ESI Issues |

Reminder: My email below from Wednesday said, "I am available all of Friday except noon to 1:15. Pick times." I haven't heard back.

You and I need to resolve these discovery issues promptly. I can meet and confer Monday (except 1:00 to 2:00), but if you fail to pick a time, we will have to involve the magistrate judge.

Michael

---

My impression of the conference with the magistrate judge differs from yours.

I understood that using an ESI procedure with keyword to identify useful, relevant documents was better than arguing about the document requests. Following that lead, we sent you a proposed ESI stipulation on July 30, almost two weeks ago, but you did not respond. Do you object to anything in it? Do you have a different stipulation you prefer? Even if you contend it would apply to only some requests, we still need to agree on the ESI procedure. If we receive nothing from you to finalize the ESI procedure, we will go back to the magistrate judge.

I will gladly go through the pending discovery requests to resolve your objections. Yes, the magistrate judge noted issues with some of our requests, but few, however. And you did not discuss those issues with me during our meet and confers. I am available all of Friday except noon to 1:15. Pick times.

When you are ready to move to bifurcate discovery, tell me and we can arrange for the meet and confer about it. Please be prepared to be specific. Since post-agreement counterfeiting breaches the agreement, are you proposing we could not seek discovery about counterfeiting?

Keep mentioning my phone issues that lead to my inability to meet with the magistrate judge. I apologized, and it's in the past. Delay? Compare it to your delays. You complain that I want to force you to forgo parts of your vacations. Not so. I want you to fit in your duties in this case with your out-of-your-office activities.

We still have no documents from you. Why are you delaying producing documents you told the magistrate judge you had? What do you mean by, "I have agreed to produce responsive documents electronically once that is sorted"? Do you mean all discovery issues are sorted out, i.e., resolved, or do you mean your office is still sorting and Bates numbering them? If the latter, your office should have finished sorting weeks ago. This is another issue to discuss and to bring to the magistrate judge's attention.

Michael Harris

---

**From:** David Voss <David@vsbllp.com>
**Sent:** Monday, August 9, 2021 5:04 PM
**To:** Michael Harris <MHarris@socalip.com>
**Cc:** Marina Lang <mlang@socalip.com>; Anneliese Lomonaco <alomonaco@socalip.com>
**Subject:** RE: Athena v. AMN A062.L20369 - Defendants' Document Production and ESI Issues

1

Mr. Harris:

As you know, in response to the Rule 4 Conference you initiated, a number of your document requests were informally found to be impermissibly vague and contrary to your statement below we were ordered to meet and confer on all of your document requests, (not just ESI which only went to a few of the requests) – especially in light of the fact that your arguments about our objections were not well taken and you conceded that many of our responses were adequate.  As such, it is unclear what requests were are now responding to; however, yes, I have agreed to produce responsive documents electronically once that is sorted. I am available Thursday, Friday and Monday for that discussion.

I also note that following on our discussion about the matter with Magistrate Judge Kewalramani, we are bringing the Motion to Bifurcate Discovery.

Again, as noted separately, three full weeks of delay is directly attributable to your no-show for the scheduled Rule 4 when first scheduled.  That I was out of town for a few days is not the problem here.

Please advise of your availability.

Sincerely,
David Voss



---

**From:** Michael Harris <MHarris@socalip.com>
**Sent:** Wednesday, August 4, 2021 10:27 AM
**To:** David Voss <David@vsbllp.com>
**Cc:** Marina Lang <mlang@socalip.com>; Anneliese Lomonaco <alomonaco@socalip.com>
**Subject:** Athena v. AMN A062.L20369 - Defendants' Document Production and ESI Issues

David,

We still are waiting to receive the documents electronically you told the magistrate judge you had. If you have an excuse for the delay, let us know, but instead of an excuse, send us the documents now.

We also await any amendments from you about the ESI stipulation. A week ago at the July 28 hearing, the magistrate judge ordered counsel "to meet and confer with respect to an ESI protocol." We sent you a draft ESI stipulation two days later but heard nothing. We must meet and confer if you want changes. You and I then can propose custodians and search terms. Your delay is not acceptable.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120
Westlake Village, CA 91362-3788

2

1332 Anacapa St., Suite 201
Santa Barbara, CA 93101
Direct Phone (805) 497-3488
Office Phone (805) 230-1350
Fax (805) 230-1355
Cell (818) 590-5540
mharris@socalip.com
http://www.socalip.com