# EXHIBIT 7

**Michael Harris**

| | |
|---|---|
| **From:** | Maria Franco <maria@vsbllp.com> |
| **Sent:** | Wednesday, August 25, 2021 3:11 PM |
| **To:** | Michael Harris |
| **Cc:** | David Voss |
| **Subject:** | Athena v. AMN - discovery documents |

Dear Mr. Harris:

I have been asked to send you the following link to AMN/Newman's responsive documents which we received from our clients. I was also asked to remind you that these are "Attorney's Eyes Only" as they contain full customer information previously redacted in the schedules produced with the Settlement Agreement and other trade secret/confidential proprietary information.

https://we.tl/t-BNy3mOmJpv

Sincerely,

Maria Franco, Legal Assistant
VOSS, SILVERMAN & BRAYBROOKE LLP
Marina Towers
4640 Admiralty Way - Suite 800
Marina del Rey - California 90292
T 310.306.0515 - F 310.306.5368