# EXHIBIT 8

om: 
nt: Mon,
: bluelinechaplain@gmail.com
bject: ✓ ORDER CONFIRMED: REVITALASH Advanced ...



# Thanks for another purchase ! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!



**View order details**

**Browse deals**

# Order summary



Item ID:

ebay MONEY BACK GUARANTEE

# To complement your purchase

   

$17.49           $63.99
Free Shipping    Free Shipping

 

KRACIE Hadabisei Super Moistu…    3x 3mL = TOTAL 9mL - RevitaLa…

$11.87    $12.99
Free Shipping    Free Shipping

# Order details

-->

**Estimated delivery:**

**Your order will ship to:**

**Seller:**
99% positive feedback

More from this seller →

**eBay Bucks earnings:**
You earned $0.88 in eBay Bucks with this purchase!

Keep shopping to earn more →


-->
**Order total:**

| | |
|---|---|
| Price (2 x $43.99) | $87.98 |
| Shipping | Free |
| Sales tax | $6.82 |
| Total charged to *PayPal* | $94.80 |

# Your recently browsed items

 

**REVITALASH Advanced Ey...**   **RevitaLash Cosmetics, RevitaB...**

$44.00   $75.99
Free Shipping

 

**REVITABROW ADVANCED Ey...**   **RevitaLash Advanced Eyelash C...**

$69.99   $44.99
Free Shipping

# Explore other deals you might like

 

**W FREE PUMP KERASTASE...**   **Hayashi System 911 Emergency...**

$59.99   $12.83
Free Shipping   Free Shipping




Gibs Man Wash BHB Beard Hair...
Kenra Design Spray Light Hold...

$29.65
$13.10
Free Shipping
Free Shipping
ALMOST_GONE




Handcrafted Caveman® Beard Wa...
Tigi Bed Head Spoil Me Defriz...

$8.45
$14.99
Free Shipping
Free Shipping




Divaderme Lash Extender III -...
Goldwell Double Boost Root Li...

$17.95
$16.99
Free Shipping
Free Shipping




RapidLash Eyelash
Handcrafted

Enhancing S... Caveman® Beard Wa...

$14.99
Free Shipping

$8.15
Free Shipping
**ALMOST_GONE**




Kenra Thermal Styling Spray #...

FEG Eyelash Enhancer Rapid Gr...

$12.75
Free Shipping

$7.99
Free Shipping
**ALMOST_GONE**

Shop anywhere with the eBay app









Update your email preferences

You are receiving marketing content in this email because your Communication Preferences indicate that you want to receive general email promotions. If you do not wish to receive further general email promotions, please click here to unsubscribe.

You can also manage your Notification Preferences in My eBay by clicking here. Please note that it may take up to 10 days to process your request.

Email reference id: [#e8935254cc2147909e8d3e53a73531bd#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to                    Learn more about account protection. eBay is

committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2019 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125