1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION**<br><br>Place:　Courtroom 10A<br>　　　　First Street Courthouse<br>　　　　350 W. 1st Street, 10th Floor,<br>　　　　Los Angeles, California 90012 |

　　Having considered the application of defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman" and collectively, "Defendants") for an extension of time of until Friday, September 3, 2021, 3:00 p.m. to file an opposition to Plaintiff's Ex Parte Application to "(1) Strike Defendants' Summary Judgment Motion

1  [ECF–97] or (2) Set the Hearing on the Motion after Defendants Comply with any Order
2  of Magistrate Judge Kewalramani about Discovery" (Dkt. 100) and good cause having
3  been shown, Court HEREBY ORDERS AS FOLLOWS**:**
4      Defendants' application is granted.  The Defendants shall have until Friday,
5  September 3, 2021 at 3:00 p.m. to respond to the above-referenced ex parte application,
6  which is on this Court's ECF docket as docket entry 100.
7  **IT IS SO ORDERED.**
8
9  DATED:  September _____, 2021.          _____
10                                                      Honorable Steven V. Wilson
11                                                      United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28