Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

| Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
|---|---|
| Plaintiff, | Contingent Non-opposition to Defendants' Request Extension of Time to File Opposition to Ex Parte Application (Dkt. 100) Subject to Extending Time for Responding to Summary Judgment Motion |
| v. | |
| AMN Distribution Inc., et al, | |
| Defendants. | |

If the Court also resets the hearing on the summary judgment motion from September 27 to October 1, plaintiff Athena Cosmetics, Inc. would not oppose defendants' request for an extension to oppose Athena's ex parte application to strike defendants' summary judgment motion.

Defense counsel did not consult with Athena's attorneys about the extension. Athena noted, however, if the Court grants the extension and defendants oppose on Friday, September 3, any ruling would be Monday, September 6, Labor Day, or Tuesday September 7. Without an extension for Athena's opposition or a grant of its ex parte application, it must oppose summary judgment by Monday. Even if the Court rules Friday, September 3, Athena's opposition must be prepared in three days. Thus, Athena would have made its agreement to the extension contingent on the one-week extension to oppose the summary judgment motion.

One more point. Defendants filed their summary judgment motion (Dkt. 102) after the close of business on the last day to have a September 27 hearing. That cut down on the time Athena has had to respond.

Athena's counsel called defense counsel today, September 3, before the requested extension was filed and left a message to return the call. The call was not returned.

September 2, 2021

/s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.