Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMN Distribution Inc., et al, <br><br> Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Declaration of Michael Harris Supporting Opposition to Defendants' Motion to Bifurcate Discovery <br><br> Judge Wilson |

I, Michael Harris, declare:

1. I am the attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court. I am a partner in SoCal IP Law Group LLP (SoCal IP), plaintiff's attorneys. I am over the age of 18. If called as a witness, I could and would competently testify to the matters stated in this declaration. I submit this declaration in support of plaintiff's opposition to defendants' motion to bifurcate.

2. Attorney Voss's declaration, Dkt. 99-1, says during the May 19, 2021, Rule 26(f) conference, he raised bifurcating the contract claim from the other claims. *Id.*, ¶ 6. He only mentioned bifurcating punitive damages, the only issue he included in the Rule 26(f) report. Dkt. 82.

3. Magistrate Judge Kewalramani's procedure for resolving discovery disputes is to have a conference with counsel (now virtual) before the parties filed their

Local Rule 37-2 discovery stipulation. During one conference, defense counsel raised the issue that Athena has served written discovery by email though Athena's attorneys and defendants' first attorney had never agreed in writing to accept email service of discovery. Athena then served the discovery by mail in mid-April.

4. Athena served document requests on defendant AMN on October 1, 2020. AMN's first attorney did not respond. Mr. Voss substituted in as Defendants' attorney in November (Dkt. 38).

5. Mr. Voss and I have had several conferences with the magistrate judge. During one, Mr. Voss said he had a box of documents that I could inspect. The magistrate judge told Mr. Voss to produce them electronically. He finally produce them August 25, 4,703 pages, but he did not disclose which request for production they covered. They were not Bates numbered. The transmittal from his office said they were Highly Confidential-Attorneys' Eyes Only, but no document was marked AEO.

6. The documents appear to be print outs of orders from eBay. Most of the pages are advertising eBay adds to its orders.

7. Athena also has three subpoenas out for witnesses affiliated with AMN and Newman. All three share the "Newman" surname with defendant Moishe Newman.

8. I am delaying taking a Rule 30(b)(6) deposition on AMN until I have more documents from defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 3, 2021          /s/ *Michael Harris*
                           Michael Harris