UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-005526-SVW-SHK**                                                   Date:  September 8, 2021

Title     *Athena Cosmetics, Inc. v. AMN Distribution Inc,. et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Harris | David Voss |

**Proceedings:**        **ORDER RE: DISCOVERY STATUS CONFERENCE**

The Court held a discovery status conference regarding Plaintiff's Ex Parte Application for Order to Enter an ESI Protocol filed on September 1, 2021 (ECF No. 101).  Attorney Michael Harris appeared on behalf of Plaintiff and attorney David Voss appeared on behalf of Defendants.  Following discussion between the Court and the parties, the parties are to meet and confer immediately after this hearing to discuss the ESI protocols.  If these issues are unresolved, the parties are to each provide their ESI version protocols to the Court no later than 12:00 p.m. on September 9, 2021.  A continued hearing is set for **September 10, 2021 at 10:30 a.m**. (time change made off record).

**IT IS SO ORDERED.**

:10 mins
**Initials of Preparer**    DC