UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:20-cv-05526-SVW-SHK**                                                  Date:  September 10, 2021

Title  *Athena Cosmetics, Inc. v. AMN Distribution Inc., et al.*

Present:  The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | MS TEAMS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Harris | David Voss |

**Proceedings:**   **ORDER RE: DISCOVERY STATUS CONFERENCE AND ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO ENTER AN ESI PROTOCOL AS MOOT [ECF NO. 101]**

As previously scheduled, the Court held a continued discovery status conference regarding Plaintiff's Ex Parte Application for Order to Enter an ESI Protocol filed on September 1, 2021 [ECF No. 101].  Attorney Michael Harris appeared on behalf of Plaintiff.  Attorneys David Voss appeared on behalf of Defendants.  Following discussion between the Court and the parties, Defendants' counsel represented that, with the exception of text messages, all relevant databases have been searched for material responsive to the propounded discovery and will supplement the discovery as appropriate by Monday, September 13, 2021.  The Court confirmed that no discovery dispute remains outstanding with respect to the ESI protocols and the Ex Parte Application [ECF No. 101] **is DENIED, without prejudice, as moot**.

**IT IS SO ORDERED.**

                                                                                                                                  :14 mins
                                                                                **Initials of Preparer**    DC