Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMN Distribution Inc., et al,<br><br>    Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Michael Supporting Athena's Opposition to Defendants' Summary Judgment Motion<br><br>Date: October 4, 2021<br>Time: 1:30 p.m.<br>Judge: Wilson |

1. I am an attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court. I am over 18 years old and not a party. I know of these facts through personal knowledge, and if called to testify, I could competently testify.

2. This lawsuit has been pending since June 2020. On October 1, 2020, Athena served interrogatories and documents requests (Ex. 1 and 2) It also served a Rule 30(b)(6) deposition for November 5 (Ex.11). They were served by email on Attorney Ronan Cohen, who initially represented defendant AMN. Mr. Cohen did not respond to discovery. AMN did not respond to the written discovery, and without Mr. Cohen telling Athena's attorney the witness would not attend, he and AMN did not attend. See Ex. 12, (Reporter's Certificate re Nonappearance of Deponent).

3. Attorney David Voss replaced Mr. Cohen in mid-November 2020. Dkt. 41. He moved to set aside the default judgment against Moishe Newman, AMN's CEO.

Though Athena initially opposed the motion, after Mr. Newman produced a document from the Australian government, where Mr. Newman resides, showing he was in Australia when he was allegedly served in Long Beach, agreed the default should be set aside. The Court granted the motion on January 19. Dkt. 62.

4. On January 9 and 12, 2021, Mr. Newman filed a motion to dismiss under Rule 12(b)(6), Dkt. 63, and AMN filed a Rule 12(c) motion. Dkt. 65. The Court denied both. Dkt. 72. Athena filed a first amended complaint on March 22, 2021, Dkt. 73, which now is the operative complaint.

5. I believe it was in April 2021, Mr. Voss said Athena's service by email of interrogatories, documents requests and the notice of Rule 30(b)(6) deposition did not comply with FED. R. CIV. P. 5 because counsel had no written agreement to serve and accept service by email. Defendants' first attorney Mr. Cohen never raised the issue, and Mr. Voss only raised it in April, five months after he became counsel of record.

6. On April 15, 2021, my firm served the same interrogatories and document requests on Mr. Voss, this time by mail. We also served a Rule 30(b)(6) deposition notice on May 11, 2021, on AMN for a June 4 deposition.

7. On May 20, 2021, defendants served objections to every document request and interrogatory. See Exhibits 3 and 4. After a conference with Magistrate Judge Kewalramani, defendants served amended responses, Exhibits 5 and 6, and on August 17, 2021, they served additional interrogatories responses. Exhibit 7. Until then and August 25, defendants produced no documents, at which time Mr. Voss's office sent me 4,703 pages of documents. The documents were not Bates numbered and all, but 22 pages were the six or seven pages a person ordering from eBay receives when he or she completes an order. They contain advertising for other products. Defendants produced no purchase orders or documents to and from their suppliers.

8. I have asked Mr. Voss which document request to which these documents pertained, but I have not received an answer.

9. AMN did not attend its June 4 Rule 30(b)(6) deposition, and I received no objections. Exhibit 14 is a June 3 email my office sent to Mr. Voss with log on instructions for the deposition, and Exhibit 15 is a June 4 email to him confirming we served him by mail.

10. I noticed depositions of Nechemiah Newman on July 23, 2021 for August 26. Exhibit 10 is a copy of the notice.

11. I noticed the deposition of Devorah Newman on July 23, 2021 for August 27. Exhibit 8 is a copy of the notice.

12. I noticed the deposition of Dov Newman on August 12, 2021 for September 8. Exhibit 9 is a copy of the notice.

13. I did not take the depositions of Nechemiah, Devorah or Dov Newman because not all subpoenas were served.

14. We believe Nechemiah, Devorah and Dov Newman are involved with AMN and are close relatives of defendant Moishe Newman. The process server we hired could not serve them. I am in the process of noticing them again.

15. Exhibits 8, 9, and 10 noticed virtual (Zoom) depositions. Defendants also asserted Athena could not take the depositions virtually, so I am finding a reporter who will hold live depositions. I believe Nechemiah Newman is in Pennsylvania, and finding a reporter there is taking additional time.

16. My firm is working with attorneys for eBay, PayPal and Walmart about sales of Athena products. It takes time to coordinate document productions from them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 13, 2021                             /s/ *Michael Harris*
                                               Michael Harris