# Exhibit 8

1 Marina Lang, No. 251,087 mlang@socalip.com
2 Michael D. Harris, No. 59,470 mharris@socalip.com
3 Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
4 310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
5 Phone: (805) 230-1350 • Fax: (805) 230-1355

6 Attorneys for Plaintiff Athena Cosmetics, Inc.

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| 10 Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
| 11    Plaintiff, | Notice of Deposition of Devorah Newman. |
| 12    v. | Date: August 27, 2021 |
| 13 AMN Distribution, Inc., et al, | Time: 10:00 a.m. |
|    Defendants. | Place: Virtual, Link to be provided. |

14

15    To counsel for Defendant AMN Distribution, Inc. and Moishe Newman:

16    On Thursday, August 27, 2021, at 10:00 a.m., plaintiff Athena Cosmetics, Inc.
17 will depose Devorah Newman. The deposition will be conducted virtually. The re-
18 porter will provide the login information before the deposition begins. It will be vide-
19 otaped and recorded by stenograph.

20

21 July 23, 2021,                    /s/ *Marina Lang*
                                     Marina Lang
22                                   SoCal IP Law Group LLP

23                                   Attorneys for Plaintiff Athena Cosmetics, Inc.

## CERTIFICATE OF SERVICE

I certify on July 23, 2021, I served the foregoing document Notice of Deposition of Devorah Newman by email to all counsel registered with CM/ECF on this case.

July 23, 2021                    /s/ *Anneliese Lomonaco*
                                 Anneliese Lomonaco