# Exhibit 11

Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMN Distribution, Inc., et al, <br><br> Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Notice of Deposition of Defendant AMN Distribution Inc. under FED. R. CIV. P. 30(b)(6) <br><br> Date: November 5, 2020 <br> Time: 9:00 a.m. <br> Place: SoCal IP Law Group's Westlake Village office |

To counsel for Plaintiff AMN Brands, Inc.:

On Thursday, November 5. 2020, at 9:00 a.m., plaintiff Athena Cosmetics, Inc. will depose plaintiff AMN Distribution, Inc. under FED. R. CIV. P. 30 including Rule 30(b)(6). The deposition will be at the offices of Athena's counsel, SOCAL IP LAW GROUP LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788. It will be videotaped and recorded by stenograph.

FED. R. CIV. P. 30(b)(6) requires AMN to designate one or more officers, directors, managing agents or other consenting person to testify on its behalf as to all matters embraced in the following "Description of Matters on which Examination is Requested" and which are known or reasonably available to AMN.

October 9, 2020 /s/ *Marina Lang*
Marina Lang
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.

## CERTIFICATE OF SERVICE

I certify on October 9, 2020, I served the foregoing document "Notice of Deposition of Defendant AMN Distribution Inc. under FED. R. CIV. P. 30(b)(6)" by email to all counsel registered with CM/ECF on this case.

October 9, 2020                             /s/ *Anneliese Lomonaco*
                                            Anneliese Lomonaco

# DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

## DEFINITIONS AND INSTRUCTIONS

1. "AMN," "You" and "Defendant" mean defendant AMN Distribution Inc., all predecessors, subsidiaries, parents and their past and present employees, officers, agents, or attorneys.

2. "Athena," and "Plaintiff" mean plaintiff Athena Cosmetics, Inc.

3. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

4. "Newman" means Moishe Newman.

5. "Person" means a natural person, a corporation, partnership, LLC, LLP, division, agency or other entity.

6. "Lawsuit" means this underlying lawsuit, Athena Cosmetics, Inc., v. AMN Distribution, Inc., et al, No. 2:20-cv-05526-SVW-SHK in the United States District Court, Central District of California.

7. "Athena Trademark" means REVITALASH, REVITILASH AND DESIGN, ATHENA COSMETICS, ETERNALLY PINK, REVITALASH ADVANCED, the trademark registrations of which are shown in Exhibits 1–5 of the complaint and the RL Design, which is shown in the text of the complaint.

8. "Athena Goods" means all packaging, contents, inserts in the packaging, instructions and applicators that display the Athena Trademarks whether Athena or another Person was the source of the goods.

9. Unless otherwise stated "Description of Matters on which Examination is Requested" seeks knowledge only from January 1, 2019, to the present.

10. If AMN requests a copy of any discovery request in MS Word format, Ridge will provide the copy if AMN agrees to provide a copy of any discovery requests and response in MS Word.

## DESCRIPTION OF MATTERS

**Category 1:** AMN's computer programs for tracking or otherwise recording data about:

    a. Inventory
    b. Customers
    c. Suppliers
    d. Orders from suppliers
    e. Orders from AMN's customers
    f. Invoices
    g. Shipping documents
    h. Bills of lading
    i. Accounts payable
    j. Acccounts receivable
    k. AMN's profit and loss
    l. Payments including checking accounts
    m. Rent paid or received.
    n. Word processing
    o. Email
    p. Text (SMS) messages including desktop computer programs for sending or receiving text messages
    q. Backup and restore

**Category 2:** AMN's desktop, laptop and tablet computers owned or leased from January 1, 2019, to the present.

**Category 3:** The operating systems for each computer in Category 2.

**Category 4:** The location and present and past user of all mobile phones owned or leased by AMN or owned or leased by an AMN employee or independent contractor.

**Category 5:** AMN's document retention policy.

**Category 6:** AMN's and its employee's and independent contractor's deletion, destruction or discarding of documents from January 1, 2019, to the present.

**Category 7:** Your contention Athena and AMN have an enforceable or unenforceable contract between them and the names, addresses, email address of Persons knowledgeable about such an enforceable or unenforceable contract.

**Category 8:** Your contention that AMN fully performed its contract with Athena, and the names, addresses, email address of all Persons with knowledge of the contention.

**Category 9:** AMN's sales, shipping or receipt of any product bearing an Athena Trademark and the names, addresses, email address of all Persons with knowledge of the sales, shipping or receipt.

**Category 10:** The names, addresses, email address of all Persons with knowledge of the Persons that provided AMN with any product bearing an Athena Trademark.

**Category 11:** The natural persons employed by the Person that provided AMN with any product bearing an Athena Trademark and their names, addresses and email address.

**Category 12:** Newman's residence addresses from from January 1, 2019, to the present. If AMN does not know the exact street address, the Rule 30(b)(6) witness should provide as much or the address (e.g., street, city, state, country) as AMN knows.

**Category 13:** Addresses where Newman stayed overnight if the place was not his residence.

**Category 14:** All Persons who talked to or othwise communicated with Newman from January 1, 2019, to the present.

**Category 15:** AMN's knowledge of Athena or Athena's Goods from January 1, 2019, to the present.

**Category 16:** The factories at which AMN's Athena's Goods were manufactured of assembled.

**Category 17:** AMN's or its employees, representative or agents visits to and meetings with any suppliers or potential suppliers of Athena Goods.

**Category 18:** The existence of AMN Documents to or from Newman from January 1, 2019, to the present that mention:

    a.  Athena.

    b.  Revitalash.

    c.  Any Athena Trademark.

    d.  Newman's compensation.

    e.  The compensation to any relative of Newman.

    f.  Newman's then-current residence.

    g.  Newman's responsibilities with AMN.

    h.  Newman's bank accounts.

    i.  Any company or entity other than AMN which employed Newman or with which contracted with Newman.

**Category 19:** The present location of the documents that mention:

    a.  Athena.

    b.  Revitalash.

    c.  Any Athena Trademark.

    d.  Newman's compensation.

    e.  The compensation to any relative of Newman.

    f.  Newman's then-current residence.

    g.  Newman's responsibilities with AMN.

    h.  Newman's bank accounts.

    i.  Any company or entity other than AMN which employed Newman or with which contracted with Newman.

**Category 20:** AMN's policy for identifying and treating potentially counterfeit goods or goods that infringe any company's trademark or other intellectual property.

**Category 21:** The names, business and home addresses, business and home telephone numbers and email addresses of all Persons who own at least 10% of AMN and (2) all AMN's officers and managing employees.

**Category 22:** The formation of AMN as a corporation.

**Category 23:** AMN facilities and offices including those shared with any other Person.