Exhibit 15

## Michael Harris

| | |
|---|---|
| **From:** | Anneliese Lomonaco |
| **Sent:** | Friday, June 4, 2021 9:52 AM |
| **To:** | David Voss |
| **Cc:** | Maria Franco; Marina Lang; Michael Harris |
| **Subject:** | Athena v AMN - 30(b)(6) Deposition of AMN Distribution, Inc. [SoCal IP File No.: A062.L20369] |
| **Attachments:** | Notice of 30(b)(6) Deposition of AMN 05-11-2021 via USPS.pdf; Service Envelopes.pdf; FW: 375720 - AMN Distribution, Inc. 30(b)(6) - Athena Cosmetics, Inc. -v- AMN Distribution, Inc., et al, - 6/4/2021 - 9:00AM PT [Our Ref. No.: A062.L20369]; RE: *UPDATED WITH REALTIME* 375720 - AMN Distribution, Inc. 30(b)(6) - Athena Cosmetics, Inc. -v- AMN Distribution, Inc., et al, - 6/4/2021 - 9:00AM PT [A062.L20369] |

Dear Mr. Voss,

The Notice of Rule 30(b)(6) Deposition of AMN Distribution, Inc. was served on your office, along with Plaintiff's Supplemented Initial Disclosures, on May 11, 2021. Please see attached Notice and service envelope. On June 2, 2021 and June 3, 2021 I sent emails, both to you and Maria Franco (of your office), confirming the video conference for AMN Distribution, Inc.'s 30(b)(6) deposition. The June 2, 2021 and June 3, 2021 emails are also attached. Both emails confirmed the June 4, 2021 deposition was an AMN Distribution, Inc.'s 30(b)(6) deposition.

Sincerely,

**Anneliese Glaser Lomonaco**
Paralegal
**SoCal IP Law Group LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
Tel +1  (805) 230-1350 x244
Fax +1 (805) 230-1355
alomonaco@socalip.com
www.socalip.com

CONFIDENTIAL. This e-mail message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not a listed recipient or someone authorized to receive e-mail on behalf of a listed recipient, please reply to the sender that the e-mail message was misdirected and delete it. Thank you.