Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>     Plaintiff, <br>     v. <br> AMN Distribution Inc., et al, <br>     Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Opposing Party Athena's Statement of Genuine Disputes of Material Fact [L.R. 56–2] <br> Date: October 4, 2021 <br> Time: 1:30 p.m. <br> Judge: Wilson |

    Opposing party Athena submits this statement of genuine issues of disputed issues material fact as required by Local Rule 56–2.

| **Disputed Fact** | **Supporting Evidence** | **Exhibit** |
|---|---|---|
| The Athena/defendants May 29/30, 2020, agreement prohibits defendants from selling products with an Athena trademark irrespective whether the product is legitimate or counterfeit. | The agreement states: Defendants, their agents, affiliates, … permanently enjoined and restrained from ever: purchasing, buying, obtaining, procuring, manufacturing, warehousing, … any goods or products with the Athena Cosmetics Marks, including any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Cosmetics Marks. | Defendants' Exhibit 1 (Dkt. 97-2) (unnumbered p. 3 |
| Defendants sold Revitalash, an Athena product, after the agreement was executed, which breached the agreement | Groupon on-line orders and January 8, 2021, product review. | 4, and --? |
| AMN breached the agreement by omitting these companies: Valenced Fullbright-Sales | Purchase History for Bluelinela | |

| | | |
|---|---|---|
| The schedules include Savingsimplellc, but that company had no dealings with defendants. | Romero Declaration | 11 |
| Defendants failed to disclose their total purchases including purchasing 35 units from "Sterlingwoman" not the five listed in the schedules. | Purchase History for Bluelinela | |
| Athena products for sale on Walmart.com every week starting April 30, 2020, the agreements effective date, until July 8, 2021 | Rows 304 to 394 from Walmart Marketplace | |
| | | |

September 13, 2021

/s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.