Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>        Plaintiff,<br><br>              v.<br><br>AMN Distribution Inc., et al,<br><br>        Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Marina Lang Supporting Athena's Opposition to Defendants' Summary Judgment Motion<br><br>Date: October 4, 2021<br>Time: 1:30 p.m.<br>Judge: Wilson |

1.   I am an attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court.

2.   I had no conference with opposing counsel David Voss under Local Rule 7–3 about defendants' proposed summary judgment motion either on June 7, 2021 or at any other time. During June, the only conference I had with Mr. Voss was to discuss defendants' discovery requests to Athena.

3.   In response to defendants' document requests, Athena produced more than 2,000 pages of documents.

4.   I have contacted companies that told me they bought from AMN including PayPal, Inc. and eBay, Inc. who provide me information that the schedules to the settlement agreement between Athena and defendants is inaccurate and incomplete. To obtain evidence that Athena can use to oppose summary judgment and at trial, I noticed PayPal and eBay's depositions for later in July.

5.    "On September 11, 2021, I typed "amn distribution revitalash" into the google search bar at google.com. Exhibit 21 is a copy of the results. As shown on that google search result, the first google search result is a link to buy "Revitalash Eyelash Conditioner, 2.0 ml" on Groupon "sold through the Brush Express Operated by AMN Distribution."  I clicked on the first search result, at

https://www.groupon.com/deals/gg-mp-revitalash-eyelash-conditioner-2-0-ml-0-06-oz-natural-eyelashes-renders. Exhibit 22 shows the resulting webpage.

6.    I also clicked on the second google search result at

https://www.groupon.com/deals/gg-mp-revitalash-advanced-eyelash-conditioner-3-5-ml-0-118-oz-safe-and-effective. Exhibit 23 shows the resulting webpage. At the bottom of the foregoing link, a "verified product purchaser" named "Melody" left a product review on January 8, 2021.  This evidence suggests that AMN Distribution sold RevitaLash to consumers long after the effective date of the Agreement, which is 4/30/20.  It also suggests that AMN Distribution retained inventory of RevitaLash units to sell, inventory they were required to relinquish to Athena pursuant to Agreement. According to Groupon's website at https://marketplace.groupon.com/support/solutions/articles/5000773169-what-are-the-rating-and-reviews-policies- it is Groupon's policy to "ensure that the ratings and reviews are from verified Groupon customers and only impact your particular product" (a true and correct copy of a screen shot of that link was taken on 9/12/21 and is attached hereto as Exhibit 24)

7.    Exhibits 25 through _26 are copies of the United States Trademark Registrations Nos. 3,246,814, 3,526,373, 3,413,360, 5,633,064, 4,501,304, and 5,871,804.

8.    Exhibit 27 and 28 are the first and supplemental document subpoenas served on eBay in this case.  The account registration data produced by eBay[1] suggested several User ID's are associated with the defendants, but we are currently

---

[1] eBay data was produced in native excel format, which exceeded 1 million rows. The data from these business records was sorted by User ID, but the data was not changed.

awaiting a supplemental production from them to confirm.  We know that user IDs blulinelea and austramericacosmeticsoutlet belong to defendants because they are registered to Nechemia Newman and Dov Newman, who are relatives of Defendant Moishe Newman, and they both worked for AMN Distribution. A redacted copy of the Registration info is attached as Exhibit 29.

9.    Defendants act in concert with several affiliated businesses, including legal entities, fictitious business names, and DBAs, in the United States and abroad, the full extent of which is currently unknown.  Upon checking the Nevada Secretary of State website for AMN, AMN Health and Beauty Cosmetics LLC was located, and a copy of that entity information is attached as exhibit 30. The bottom of this document shows Dov Newman and Moishe Newman as managers of the business.

10.  User ID Louise-Leblanc is also associated with the defendants or one of Defendant Newman's relatives.  Athena is awaiting supplemental documentation from eBay on the account registration details for this User.  Ebay's business records produced to date on this User, a copy of which is attached hereto as Exhibit 31, demonstrate that starting on 4/23/20, just a week prior to finalizing the settlement agreement at issue, defendants –through this User—started dumping their (presumably bad counterfeit) RevitaLash inventory on eBay. What a coincidence that prior to 4/23/20, this user only sold 3 units of RevitaLash goods dating back to 2018. This is not only evidence of spoliation, but evidence of breach.  On 4/23/20, this User created 85 separate listings on eBay for RevitaLash goods.  However, they were unsuccessful in selling off all the inventory prior to the Agreement Effective date of 4/30/20.  Instead, it was sold off little by little every month until as recently as 1/23/21, with the sales earning $10,000 earned $in revenue.

11.  At least ten other User IDs identified in eBay's' business records contained registration data suggesting affiliation with defendants, including same or similar

names and contact information. For these additional Users, we are awaiting a supplemental production from eBay, but eBay confirmed each User sold RevitaLash goods after the date of the agreement, in breach. Counterfeit product was also purchased by Athena's secret shoppers from some of these additional Users.

12. Defendants materially breached the entirety of Paragraph 2 of the Settlement Agreement. (Fully executed Agreement and both Schedules attached hereto as Exhibit 32).  Paragraph 2 of the Settlement Agreement details the defendants' obligations to prepare and deliver to Athena Schedules 1 and 2, with the timing of said delivery to take place after signature execution with opposing counsel Ronan Conan acting as the escrow agent for this precious consideration (described in Paragraph 9 (g) of the Settlement Agreement).Therefore, Athena had no opportunity to preview or analyze Schedules 1 and 2 prior to execution.  Both parties were represented by attorneys during settlement negotiations, and there was no indication that counsel and his client had any bad-faith intent when requesting the exchange be timed in this manner. However, indication of bad faith was quickly revealed when Schedules 1 and 2 were furnished. Most notably, Schedule 1 cursorily listed a grand total of 9 different "sellers," none of which were accompanied by the contact name and information of any person or entity, as required by Section 2(a)(iii) of the Agreement. The document was further suspect by its indication that, of the grand total of 2,835 units of RevitaLash units allegedly purchased by defendants, 2,798 units of RevitaLash were from a Czech Supplier named Link America II.  Despite several email requests from myself to former counsel for defense Mr. Cohen prior to this lawsuit, defendants refused to produce a single document showing they ever purchased a single unit from this Czech company.

13. eBay's business records gathered to date show that defendants breached the Settlement Agreement by failing to disclose their true suppliers of RevitaLash goods. Athena purchased goods from defendants that Athena discovered to be counterfeit,

4

Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 2:20-cv-05526-SVW-SHK

and defendants' agreement to fully disclose who, what and where they got these counterfeit goods from was the key consideration for the agreement. They also breached the Settlement Agreement by continuing to sell Athena goods after the effective date, which in and of itself is breach, and it means that they didn't relinquish their entire remaining inventory to Athena. eBay's business records obtained so far, a copy of which is attached hereto as Exhibit 33, show that defendants failed to disclose eBay sellers "valenced" and "fullbright-sales," both of which sold defendants RevitaLash goods in 2019.  Our firm was able to locate defendants' alleged supplier "Savingsimplellc," a young man named Eric Romero.  He provided our firm with the attached Declaration, attached hereto as Exhibit 34, confirming he did not ever supply defendants.

14. The data that defendants provided in Schedules 1 and 2 of the Settlement Agreement does not add up.  According to Defendant's Schedule 1: Defendant purchased 2,835 Units. According to Defendant's Schedule 2: Defendant sold 4,474 units. Their data shows their total Revenue for 2019 is $312,880.  The complete inventory that defendants returned to Athena pursuant to the Agreement was 70 units of RevitaLash 3.5ml and 122 units of RevitaLash Advanced 2.0ml.

15. A copy of the Subpoena to Walmart in the related case is attached as Exhibit 35.  In response that subpoena, Walmart produced a Certificate of Authenticity Of Domestic Business Records, which are authenticated in attached Exhibit 36. In their production of business records, they disclosed AMN was a supplier (a copy is attached as Exhibit 37 that shows Nechemia Newman as primary contact). Walmart's production also shows that defendants listed Athena RevitaLlash and RevitaBrow products for sale on Walmart.com every week starting 4/30/20 until 7/8/21, a copy of which is attached at Exhibit 38.  Such conduct materially breaches the Settlement Agreement which required defendants to relinquish all their remaining inventory of all Athena goods in their possessions prior to 4/30/20 and to permanently cease and

5

Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 2:20-cv-05526-SVW-SHK

desist from that date forward ever having or advertising for sale any Athena goods and from ever selling or trying to sell any Athena good.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


September 14, 2021                    /s/ *Marina Lang*
                                      Marina Lang

Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 2:20-cv-05526-SVW-SHK