# EXHIBIT 21

  

# Google

**Search:** amn distribution revitalash

- All
- Shopping
- Images
- News
- Videos
- More
- Tools

About 103,000 results (0.78 seconds)

---

https://www.groupon.com › ... › False Eyelashes

### Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz Natural ...

**Revitalash** Eyelash Conditioner, 2.0 ml / 0.06 oz Natural Eyelashes Renders. ... This item is sold through the Brush Express operated by **AMN Distribution**.

You've visited this page 3 times. Last visit: 9/11/21

---

https://www.groupon.com › ... › Eyebrows

### Revitalash Advanced Eyelash Conditioner 3.5 ml / 0.118 oz ...

**Revitalash** Advanced Eyelash Conditioner 3.5 ml / 0.118 oz Safe and Effective. ... This item is sold through the Brush Express operated by **AMN Distribution**.

★★★★★ Rating: 4.9 · 8 reviews

You've visited this page 3 times. Last visit: 9/11/21

---

https://glitchndealz.com › revitalash-advanced-eyelash-...

### Revitalash Advanced Eyelash Conditioner 3.5ml Free ...

**Revitalash** Advanced Eyelash Conditioner 3.5ml Free Revitabrow 1.5ml Was: $150 ... This item is sold through the Brush Express operated by **AMN Distribution**.

You've visited this page 2 times. Last visit: 9/11/21

---

## People also ask

- Why is RevitaLash banned in California?
- How long does it take for RevitaLash?
- Can you overuse RevitaLash?
- Is RevitaLash bad for your eyes?

Feedback

https://www.PacerMonitor.com › filings › DCIUOPVA

**Athena_Cosmetics_Inc_v_AMN_...**

**AMN Distribution** Inc., et al, Defendants. No. ... Athena used its flagship brand and incontestable mark **REVITALASH**® continuously on cosmetic preparations.

Images for amn distribution revitalash



View all

Feedback

https://revitalash.de › pages › faq · Translate this page

**FAQ – Athena Brands Distribution UG - RevitaLash**

Wie wird **RevitaLash** ADVANCED aufgetragen?

https://www.searchwellness.com › manufacturer

**Find Your Favorite Brand - SearchWellness**

Distribuidora de Productos Naturales,S.A. · **Distributed** By MerriConni International Inc. **Distributed** by Vitalove · District713 Inc.

You visited this page on 8/16/21.

https://www.skintrends.com › cosmetics

**Cosmetics from the Skincare Experts at SkinTrends.com**

Items 1 - 24 of 85 — Mineral makeup takes this a step further with ingredients that protect the skin from sun damage and other environmental factors. Mineral ...

Missing: ~~amn distribution~~

https://silo.tips › download › supplement-to-july-2011  PDF

**supplement to - SILO of research documents**

Jul 1, 2011 — "The use of 'tall-**man**' letters is also helpful ... **Revitalash**. Sahara 5 ... Advanced Skin Care **Distributors**. PO Box 34303.

https://lebanonnewsgazette.com › merz-aesthetics-taps-g...

### Merz Aesthetics Taps Gwyneth Paltrow As Global Brand ...

... Africa Mobile Networks (**AMN**), Africa No Filter ... Microsoft Corporation, Middle East **Distribution** Inbox x ACCESSWIRE – Client Support Attachments15:01 ...

Ad · http://www.top10eyelashserums.com/top_10/eyelash_serums

### 2021 "Top 10" Eyelash Serums - Expert Review of Top Brands

Looking for the 2021's top Eyelash Serums? We've Reviewed the best serums on the market. Eyelash Serums that really produce results - Find out more! Compare Now.

Related searches

- revitalash **serum**
- revitalash **shampoo**
- revitalash **advanced**
- **best eyelash growth serum 2020**



1  2  3  4  5  6  7   Next