# EXHIBIT 22



# Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz Natural Eyelashes Renders

Sold by Brush Express

~~$196~~

**Sold Out**

See Similar Deals

**Share This Deal**

Like 0

Hover Over to Zoom In

## Highlights

- Color: Clear
- Product Size: Pack of 2

## Product Details

**Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz Natural Eyelashes Renders**

Visibly improves the condition of your lashes Helps increase the length, thickness & volume of natural eyelashes Renders your lashes longer, thicker, luscious & healthier Ideal for brittle, short, fragile, thin or sparse eyelashes To use: Apply a small amount of product on lashes once a day

- grow healthy looking and luxurious lashes
- Conditions eyelashes and protects from brittleness and breakage
- High impact botanicals and peptides keep eyelashes healthy

Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz Natural Eyelashes Renders Clear Pack of 2

- Ingredients: Aqua, Glycerin, Biotin, Cellulose Gum, Phenoxyethanol, Chlorphenesin, Disodium Phospahte, Phosphoric Acid, Decloro Dihydroxy Difluoro Ethycloprostenolamide, Butylene Glycol, Calendula Officinalis Extract, Panax Ginseng Extract, Serenoa Serrulata Extract, Camellia Sinensis Extract, Swertia Japonica Extract, Triticum Vulgare Germ Protein, Pentylene Glycol, Biotinoyl Tripeptide-1, Octapeptide-2.
- Dimensions: 5.0 inches (H) x 3.0 inches (W) x 1.5 inches (L)
- Weight: 1.0 ounces

- Made in United States

## Fine Print

- This item is sold through the Brush Express operated by AMN Distribution.
- The merchant is solely responsible to purchasers for the fulfillment, delivery, care, quality, and pricing information of the advertised goods and services.
- The product is new.
- Product eligible for free returns within 30 days.
- Offer is not eligible for promo codes, but is eligible for Groupon Bucks.
- Shipping and handling charges will be Free.
- United States (excluding Alaska & Hawaii) Shipments only.
- Does not ship to PO boxes.
- Orders are typically delivered in 5-10 business days.

Offer is not eligible for our promo codes or other discounts.

## Groupon Top Sellers

1 of 2 

**Black 3-Ply Non-Medical...**
4.6  1460 Ratings
~~$19.99~~ **$6.99**
25,000+ bought

**5-Pack: Waterproof Clea...**
4.7  6647 Ratings
~~$17.99~~ **$4.99**
**$3.99**  6 Hours Left
25,000+ bought

**True Wireless Bluetooth...**
4.0  4928 Ratings
~~$89~~ **$10.99**
25,000+ bought

**Multi-pack KN95 5-Layer...**
4.4  682 Ratings
~~$39.99~~ **$4.99**
**$3.99**  6 Hours Left
5,000+ bought

## Best Sellers in False Eyelashes

1 of 2   

**Ultimate Long Lasting ...**
4.2  4092 Ratings
~~$52~~ **$5.99**
25,000+ bought

**10 Pairs Natural Look Ma...**
4.2  266 Ratings
~~$25.99~~ **$6.55**
**$5.55**  6 Hours Left
1,000+ bought

**Magnetic Eyeliner and E...**
4.1  218 Ratings
~~$7.99~~ **$1.99**
1,000+ bought

**4D Silk Fiber Eyelash Ma...**
4.6  114 Ratings
~~$17.99~~ **$5.99**
1,000+ bought

| Company | Work with Groupon | More | Groupon Sites | |
|---|---|---|---|---|
| About Groupon | Join the Groupon Marketplace | Customer Support | USA | Get the Groupon Mobile App › |
| Jobs | Run a Groupon Campaign | Refund Policies | | |
| Press | Learn About Groupon Merchant | FAQ | | |
| Investor Relations | Affiliate Program | Coupon Codes | | |
| Management Team | Vendor Code of Conduct | Gift Cards | | Grow Your Business by Working with Groupon › |
| In Your Community | | Gift Shop | Follow Us | |
| | | Students |  | |
| | | Report Infringement | | |



**Incredible Deals on Local Experiences**

Black Friday Deals | Christmas Gifts | Gifts for Moms | Harry Potter Gifts | Things to Do | Kids Activities | Nightlife | Restaurants | Spas | Massages | Hair Salons | Travel

GROUPON Guide for Coupons Blog

© 2021 Groupon, Inc. All Rights Reserved.   Terms of Use   Privacy Statement   Licenses   Accessibility   Do Not Sell My Personal Information