# EXHIBIT 23

My Wishlist  Sell  Help  Sign Up

GROUPON  Categories  Search Groupon  Ventura County  Sign In

Thank you for subscribing to Ventura County deals with turnerlang2@gmail.com.

Goods > Health & Beauty > Cosmetics > Eye Makeup > Eyebrows (22)

# 🏅 Revitalash Advanced Eyelash Conditioner 3.5 ml / 0.118 oz Safe and Effective

Sold by Brush Express

4.9 ★★★★★ 8 Ratings



🔍 Hover Over to Zoom In

 

~~$150~~

**Sold Out**

See Similar Deals

Share This Deal

Like 0

## Highlights

- Color: Blue
- Product Size: Revitalash Advanced Eyelash Conditioner 3.5 ml / 0.118 oz

## Product Details

**Revitalash Advanced Eyelash Conditioner 3.5 ml / 0.118 oz Safe and Effective**

Revitalash advanced eyelash conditioner is clinically tested and extrememly safe and effective.

- grow healthy looking and luxurious lashes
- Conditions eyelashes and protects from brittleness and breakage
- High impact botanicals and peptides keep eyelashes healthy

Revitalash Advanced Eyelash Conditioner 3.5 ml / 0.118 oz Safe and Effective Blue Revitalash Advanced Eyelash Conditioner 3.5 ml / 0.118 oz

- Ingredients: Aqua, Glycerin, Biotin, Cellulose Gum, Phenoxyethanol, Chlorphenesin, Disodium Phospahte, Phosphoric Acid, Dechloro Dihydroxy Difluoro Ethylcloprostenolamide, Butylene Glycol, Calendula Officinalis Extract, Panax Ginseng Extract, Serenoa Serrulata Extract, Camellia Sinensis Extract, Swertia Japonica Extract, Triticum Vulgare Germ Protein, Pentylene Glycol, Biotinoyl Tripeptide-1, Octapeptide-2.
- Dimensions: 7.24 inches (H) x 2.32 inches (W) x 1.61 inches (L)
- Weight: 0.12 ounces

- Made in United States

## Fine Print

- This item is sold through the Brush Express operated by AMN Distribution.
- The merchant is solely responsible to purchasers for the fulfillment, delivery, care, quality, and pricing information of the advertised goods and services.
- The product is new.
- Product eligible for free returns within 14 days.
- Offer is not eligible for promo codes, but is eligible for Groupon Bucks.
- Shipping and handling charges will be Free.
- United States (excluding Alaska & Hawaii) Shipments only.
- Does not ship to PO boxes.
- Orders are typically delivered in 5-10 business days.

Offer is not eligible for our promo codes or other discounts.

## Customer Reviews

4.9 ★★★★★
8 Ratings

Sort by: Most Recent ⌄

✅ **100% Verified Reviews**
All reviews are from people who have purchased this product.

**M**  Melody · [Top Reviewer]
☆ 14 ratings  💬 9 reviews

★★★★★ · January 8, 2021

This stuff works wonders. It takes about a a month and a half to two months to see results but they're well worth the wait.

👍 Helpful

## Groupon Top Sellers

1 of 2   ‹ ›



**Black 3-Ply Non-Medical Face Masks ( 50-Pack )**
4.6 ★★★★½ 1580 Ratings
~~$19.99~~ **$6.99**
25,000+ bought



**5-Pack: Waterproof Clear Sleeve CDC Vaccination ...**
4.7 ★★★★½ 6667 Ratings
~~$17.99~~ **$4.99**
25,000+ bought



**True Wireless Bluetooth Earbuds with 1200mAh C...**
4.0 ★★★★☆ 4948 Ratings
~~$89~~ **$10.99**
**$9.99** 23 Hours Left
25,000+ bought



**Multi-pack KN95 5-Layer Face Masks Dust Face C...**
4.4 ★★★★½ 694 Ratings
~~$39.99~~ **$4.99**
5,000+ bought

## Best Sellers in Eyebrows

1 of 2  


**RapidLash Eyelash or RapidBrow Eyebrow En...**
4.5 ★ 10 Ratings
~~$49.95~~ **$30.59**
160+ bought


**Tattoo Eyebrow Pen Ink Gel (3-Pack; 1 Fl. Oz.)**
3.6 ★ 945 Ratings
~~$65.99~~ **$6.99**
950+ bought


**8 Styles Eyebrow Shaping Stencils Grooming Shape...**
2.0 ★ 3 Ratings
~~$10.99~~ **$4.99**
40+ bought


**Makeup Eyebrow Gel Waterproof Tint Eyebro...**
3.4 ★ 26 Ratings
~~$16.97~~ **$6.99**
170+ bought

### Popular Searches

| | | | | | |
|---|---|---|---|---|---|
| Burberry Cosmetics | Burt's Bees Lips | Clarins Cosmetics | Clinique Face Makeup | Conair Cosmetics | Dior Nails |
| Burberry Face Makeup | Chanel Cosmetics | Clarins Face Makeup | Clinique Foundation | Dior Cosmetics | Elizabeth Taylor Cosmetics |
| Burberry Lips | Chanel Lips | Clinique Cosmetics | Clinique Lips | Dior Lip Gloss | Eye Makeup |
| Burberry Lipstick | Chanel Lipstick | Clinique Eye Makeup | Clinique Mascara | Dior Nail Polish | Eyebrows |
| Burt's Bees Cosmetics | | | | | |

---


**60-Second Wrinkle-Blurring Fix**
"The lines over my 74 year-old mouth are completely gone" Janet
City Beauty
Open > 

---

| Company | Work with Groupon | More | Groupon Sites | |
|---|---|---|---|---|
| About Groupon | Join the Groupon Marketplace | Customer Support | USA |  Get the Groupon Mobile App › |
| Jobs | Run a Groupon Campaign | Refund Policies | | |
| Press | Learn About Groupon Merchant | FAQ | | |
| Investor Relations | Affiliate Program | Coupon Codes | Follow Us | GROUPON Merchant. Grow Your Business by Working with Groupon › |
| Management Team | Vendor Code of Conduct | Gift Cards |  | |
| In Your Community | | Gift Shop | | |
| | | Students | | |
| | | Report Infringement | | |

**Incredible Deals on Local Experiences**

Black Friday Deals | Christmas Gifts | Gifts for Moms | Harry Potter Gifts | Things to Do | Kids Activities | Nightlife | Restaurants | Spas | Massages | Hair Salons | Travel

GROUPON Guide for Coupons Blog

© 2021 Groupon, Inc. All Rights Reserved.   Terms of Use   Privacy Statement   Licenses   Accessibility   Do Not Sell My Personal Information