# EXHIBIT 24

Select FAQ Categories

[Home](#) [Groupon Customer Support (https://marketplace.groupon.com/support/solutions/articles/5000809407-groupon-customer-support)](#) [Check Ticket Status](#) [Merchant Scorecard](#) [Contact Us](#) [Login](#)

What are the Rating and Reviews policies?

---

The goal of the Goods Marketplace rating policy is to create a positive customer experience. We ensure that the ratings and reviews are from verified Groupon customers and only impact your particular product.

Here's a grading scale below:

Marketplace Ratings Grading Scale

- 5 star: Best
- 4 star: Great
- 3 star: Good
- 2 star: Bad
- 1 star: Poor

Ratings and reviews on Groupon fall under Groupon's User Generated Content Policy (UGC). Our UGC policy is one of a neutral third-party platform as its purpose is to serve as an avenue to share public information. With that in mind, we are only able to remove a customer review if it is deemed factually inaccurate, unlawful, or in violation of Groupon's terms of use.

In addition, Groupon's **anti misrepresentation policy** (https://marketplace.groupon.com/support/solutions/articles/5000864483-groupon-goods-anti-misrepresentation-and-anti-manipulation-policy) applies to ratings and reviews left on Groupon. Merchants leaving ratings and reviews on their own deals or on their competitors deals where they pose as genuine independent Groupon customers are in violation of this policy and will face the penalties outlined in it.

*Groupon policies are subject to change and we reserve the right to pull a listing at any time in our sole discretion.*

---



Copyright © 2020 Groupon, Inc. All Rights Reserved.
GROUPON is a registered trademark of Groupon, Inc.
**Terms of Use** (https://www.groupon.com/merchant/legal/terms-of-use)
Groupon Goods Marketplace Merchant Support
Business Hours - Monday to Friday 9AM-5PM CST

