# EXHIBIT 27

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Athena Cosmetics, Inc., )<br>*Plaintiff* )<br>v. )<br>AMN Distribution, et al. )<br> )<br>*Defendant* ) | Civil Action No. 2:20-cv-05526-SVW-SHK |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To:    eBay, Inc., c/o C T Corporation System, 818 W. Seventh Street, Suite 930, Los Angeles, CA 90017

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   [See attached].

| Place: SoCal IP Law Group LLP<br>310 N Westlake Blvd., Suite 120<br>Westlake Village, CA 91362 | Date and Time:<br>07/23/2021; 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 06/30/2021

CLERK OF COURT

OR

_____      /Marina Lang/
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Athena Cosmetics, Inc. , who issues or requests this subpoena, are:

Marina Lang, SoCal IP Law Group LLP, 310 N Westlake Blvd., Suite 120, Westlake Village, CA 91362
Telephone: (805) 230-1350; Email: mlang@socalip.com and mharris@socalip.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

CONFIDENTIAL                                                                                           ATHENA001128

# Exhibit 1

## Subpoena for Production of Documents from Third-Party eBay, Inc. under Fed. R. Civ. P. 45

Under Fed. R. Civ. P. 45, Athena Cosmetics, Inc. requests production of the documents listed below under these definitions:

1. "Athena" means plaintiff Athena Cosmetics, Inc.

2. "RevitaLash" is an Athena product.

3. "RevitaBrow" is an Athena product.

4. "AMN Distribution Inc." means defendants and its agents, servants, employees, all their other business entities, fictitious companies, d/b/a's, persons in privity or acting in concert with them, including without limitation, persons and entities utilizing e-commerce platforms to sell counterfeit Athena goods.

5. "Moishe Newman" means defendants and his agents, servants, employees, all their other business entities, fictitious companies, d/b/a's, persons in privity or acting in concert with them, including without limitation, persons and entities utilizing e-commerce platforms to sell counterfeit Athena goods.

6. "Brush Express" and "brushexpress.com" and means defendants and its agents, servants, employees, all their other business entities, fictitious companies, d/b/a's, persons in privity or acting in concert with them, including without limitation, persons and entities utilizing e-commerce platforms to sell counterfeit Athena goods

7. "You" and "eBay" mean "eBay Inc." and its predecessor corporations, successor corporations, each subsidiary corporation, affiliated or related companies, and divisions and each of its employees.

8. "Document" has the broadest meaning accorded to it by Fed. R. Civ. P. 34 and Fed. R. Evid. 1001.

CONFIDENTIAL                                                                                      ATHENA001129

9. "User" means the users who participate in activities on eBay, including both Seller(s) and Buyer(s) and all eBay Identifications and Logins associated therewith.

10. "Seller" means a person or entity that lists item(s) for sale on eBay.com, including all eBay Identifications and Logins associated therewith.

11. "eBay Listing" means a record identifying a User's listing of an item for sale on eBay.com, including all records of eBay Identifications and Logins associated therewith.

12. "Sales History" means a record identifying a Seller's financial earnings from the sale of items on eBay.com, including all records of eBay Identifications and Logins associated therewith.

13. "Listing History" means a record identifying all eBay Listings by a Seller, including all records of eBay Identifications and Logins associated therewith.

14. "Transaction Details" means a record identifying a User's eBay transactions as a Seller and Buyer of items on eBay, including all records of eBay Identifications and Logins associated therewith.

15. "Purchase History" means a record identifying a User's purchases and orders of items on eBay, including all records of eBay Identifications and Logins associated therewith.

16. "Schedule A" means the chart titled "Scheduled A" expressly included in these document requests.

17. "Electronically stored information" and "ESI" means electronically stored information stored in any medium from which information can be obtained either directly or after translation by the responding party into a reasonably usable form.

CONFIDENTIAL                                                                                                       ATHENA001130

18. If any ESI requires translation to make it understandable because of the format of the ESI, the program under which the ESI was created or because of abbreviations in the ESI, Boone must translate the ESI to make it understandable to Athena.

19. "Lawsuit" means this underlying lawsuit, Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK in the United States District Court, Central District of California.

20. This request is limited to documents between January 1, 2019, and the present. If, however, the only document identifying an eBay seller that made sales between those dates is before January 1, 2019, you must product that document.

21. This request is limited to auction and listing titles containing the term "REVITA".

22. Insofar as a document requests asks for a document showing information about an eBay seller, and You have documents showing different information for the seller, you must product documents showing the different information.

23. If a document request seeks documents showing the name, address (street address, city, state and ZIP Code), email address and telephone number of a Seller and the Seller is not a United States resident, provide a document showing as complete foreign address eBay has.

24. Magistrate Judge Shashi H. Kewalramani is the magistrate judge assigned to this lawsuit. A protective order is already in place for this case and available as Dkt. 34 on Pacer for the lawsuit, and it is attached to this subpoena for your easy reference and use. If You contend any document would be "Confidential" under the protective order, Athena will treat it with the restrictions for "Confidential" documents in Paragraph 7.2 of the form protective order.

## DOCUMENT REQUESTS

1. Athena hereby requests documents from eBay that show:

Exhibit 1 to Subpoena to eBay — 3 — Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

CONFIDENTIAL ATHENA001131

a) The full and complete eBay account information of all User(s) of eBay associated with the search terms listed in Schedule A.

b) The full and complete eBay registration information of all User(s) of eBay associated with the search terms listed in Schedule A.

c) The full and complete Transaction Details of all User(s) of eBay associated with the search terms listed in Schedule A.

d) The full and complete Listing History of all User(s) of eBay associated with the search terms listed in Schedule A.

e) The full and complete Purchase History of all User(s) of eBay associated with the search terms listed in Schedule A.

f) The full and complete Sales History of all User(s) of eBay associated with the search terms listed in Schedule A.

g) All records identifying the eBay store(s) of all User(s) of eBay associated with the search terms listed in Schedule A.

## SCHEDULE A

| Seller/ Buyer Login | Seller/ Buyer Id | first_name | last_name | email | address | Store URL | eBay Store Name | Tax ID | Account Name | FedEx Code | Phone No. | DUNS Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| bluelinela | 121216 9516 | | | | | | | | | | | |
| bihulian-0 | 167952 3690 | | | | | | | | | | | |
| Soundlessmusic | | | | | | | | | | | | |
| | | Adina | Newman | | | https://www.adinabeauty.com.au | | | | | | |
| | | Devorah | Newman | | | | Adina's Beauty Shop | 474 823 423 | | | | |
| | | Nechemia | Newman | nechemia@amndistribution.com | 145 James St. Kingtson, PA | | Adina's Beauty Shop | 474 823 423 | | | | |

Exhibit 1 to Subpoena to eBay        4        Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

CONFIDENTIAL                                                                                       ATHENA001132

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | abc@mail.com | #600 One Commerce Center - 1201 Orange St., Wilmington, Delaware | | AMN Distribution | | | 80176657 |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | Nechemia | Newman | nechemia@amndistribution.com | | | | | FX48703899069 | | |
| 6 | | | | | | | | | | | |
| 7 | | Moishe | Newman | | https://brushexpress.com | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | luminous-beauty | | | | | | | | | | |
| 10 | | | | | | https://www.amazon.com/s?me=AR876WRWN8YMG&marketplaceID=ATVPDKIKX0DER&redirect=true&tag=dailydeal0c6-20 | Adina's Store | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | ch35986-plhmcfoa@xsell.co | | | LinkAmerica | (775) 515-7110 | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | 252 68 Knezeves u Prahy, Czech Republic | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | banner beauty bar llc | | | | |
| 24 | | | | | | | | | | | |
| 25 | kantors3 | | | | | | | | | | |
| 26 | | | | | | 155 Ocean Lane Dr, Key Biscayne, FL 33149 | | | | | |
| 27 | bto_deals | 1575014296 | Rene | Morel | beautyoutletllc@gmail.com | | | | | | |
| 28 | almuafa | 87227539 | | | | | | | | | |

Exhibit 1 to Subpoena to eBay     5     Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

CONFIDENTIAL     ATHENA001133

| # | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | greatersales | 1575651561 | | | | | | | | | | |
| 2 | austramerica-cosmeticsoutlet | 1130399002 | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | susanscoutureboutique | 1271565414 | | | | | | | | | | |
| 6 | wbcostello007 | 296729172 | | | | | | | | | | |
| 7 | 731kjr | 177524087 | | | | | | | | | | |
| 8 | timothy.d.yang | 178644884 | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | jhaimsarvey818 | 836993245 | | | | | | | | | | |
| 11 | | | | | | 505 N.Linden Dr., Beverly Hills, CA 90210 | | | | | | | |
| 12 | devfashion26 | 1277330214 | Devorah | Daneshrad | ddaneshrad@gmail.com | | | | | | | |
| 13 | yuliayulia86 | 1160924731 | | | | | | | | | | |
| 14 | | | | | | 4044 Tutbury Dr., #3Y, Jamestown, NC 27282 | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | jenn-knight | 1602104254 | Sheri | Dziewit | iammelba4@gmail.com | | | | | | | |
| 17 | | | | | | 4319 Veleiros Blvd, Pompano Beach, FL 33064 | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | 1528952896 | Eric | Wilson | ciritsolutions00@gmail.com | | | | | | | |
| 20 | | | | | | 319 Dewey Ave, Lakewood, NJ 8701 | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | snatch-it-deals | 1891677092 | Bernie | Tillinger | gbhenterprisellc@gmail.com | | | | | | | |
| 23 | | | | | | 1622 NE 205 TERR, Miami, FL 33179 | | | | | | | |
| 24 | sterling-woman | 1252701014 | Gilad | Bruchim | sterlingwoman2014@hotmail.com | | | | | | | |
| 25 | | | | | | Na stare silnici 99, 252 68 Knezeves u Prahy, Czech Republic | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | interbeaute | 152473458 | | | | | | | | | | |
| 28 | clarkluvsme | 1775793361 | | | | | | | | | | |

Exhibit 1 to Subpoena to eBay             6             Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

CONFIDENTIAL                                                                                                                    ATHENA001134

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | tina-beau-tystore | 224932529 | | | | | | | | | |
| 2 | mc.beauty | 1006564286 | | | | | | | | | |
| 3 | beau-tyfacto-ria | 1742539063 | | | | | | | | | |
| 4 | fadatsai | 1072687418 | | | | | | | | | |
| 5 | lil-rob1208 | 149641061 | | | | | | | | | |
| 6 | beau-tyma-gasin | 1281658218 | Gilad | Patel | beau-tymagasine@gmail.com, aw@beautyms.co.uk, gaumish@beau-tyms.co.uk | Unit 2B, Brick Knoll Park, Ashley Road, St. Albans, Hertford-shire, UK AL1 5UG | | | | | 746372 3645 |
| 7 | louise-leblanc | 908524794 | Sarah | Hauer | louiseblancct@gmail.com | 817 Broad-way, Fl 4, New York, NY 10003 | | | | | |
| 8 | va-lenced | 1528952896 | Eric | Wil-son | ciritsolutions00@gmail.com | 4319 Ve-leiros Blvd, Pompano Beach, FL 33064 | | | | | |
| 9 | | | | | | 4225 Lime Ave Long Beach, CA 90807 | | | | | |
| 10 | | | Moishe | New-man | | 2 Talbot Ave, St Kilda, East Vic-toria 3183 Australia | | | | | |
| 11 | | | Neche-mia | New-man | nechemia@amndistri-bu-tion.com | 39 Lu-meah Rd, Caulfield, North Victoria 3161 Australia | | | | | |
| 12 | | | | New-man | sup-port@Brushex-press.com | 50 Ann St, West Pittston, PA 18643-1702 | | | | | |
| 13 | 96u3839 | 117462822 | | | | | | | | | |

Exhibit 1 to Subpoena to eBay                    7                    Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

CONFIDENTIAL                                                                                                                    ATHENA001135

| # | Name | Number | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | almuafa | 872275398 | | | | | | | | | | | |
| 2 | al-waysahollyday | 1194594061 | | | | | | | | | | | |
| 3 | al-waysgrateful08 | 45574759 | | | | | | | | | | | |
| 4 | arm-power_* | 1480189356 | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | |
| 6 | bare1529 | 1039935208 | | | | | | | | | | | |
| 7 | bi-hulian-0 | 1679523690 | | | | | | | | | | | |
| 8 | car-neasada0 | 166534262 | | | | | | | | | | | |
| 9 | cha-nel11-17 | 1480040403 | | | | | | | | | | | |
| 10 | chaus_jj4lqxlk | 1397311913 | | | | | | | | | | | |
| 11 | clairru-towsk-0 | 1515175095 | | | | | | | | | | | |
| 12 | clauzt | 1163443614 | | | | | | | | | | | |
| 13 | crygil-55 | 2058217657 | | | | | | | | | | | |
| 14 | dakai-76 | 1872079517 | | | | | | | | | | | |
| 15 | dave506 | 988649336 | | | | | | | | | | | |
| 16 | dearmember0 | 1272476366 | | | | | | | | | | | |
| 17 | duffswenyorr | 1038701329 | | | | | | | | | | | |
| 18 | eliza-betdavi-403 | 1564042593 | | | | | | | | | | | |
| 19 | elu-siv_36 | 2050207676 | | | | | | | | | | | |
| 20 | emin-valliu_0 | 1748204456 | | | | | | | | | | | |
| 21 | ever-manb | 1090741891 | | | | | | | | | | | |
| 22 | gadim-28 | 1810019900 | | | | | | | | | | | |
| 23 | healing-heart4u | 5178480 | | | | | | | | | | | |
| 24 | ibra-him4278 | 208913106 | | | | | | | | | | | |
| 25 | jnette0601 | 204229749 | | | | | | | | | | | |
| 26 | jo-settem2004 | 170097991 | | | | | | | | | | | |
| 27 | juol_88 | 2064164280 | | | | | | | | | | | |
| 28 | lark-eske | 1408951703 | | | | | | | | | | | |

Exhibit 1 to Subpoena to eBay   8   Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

CONFIDENTIAL                                                             ATHENA001136

| # | User | ID |
|---|---|---|
| 1 | lninos | 36105509 |
| 2 | londa-harri-0 | 1637617573 |
| 3 | lucrecia2110 | 1005482712 |
| 4 | magalcolqu_2 | 1758637573 |
| 5 | maikehenn03 | 1171051672 |
| 6 | mbpc-27 | 2070947609 |
| 7 | michel-bonavis-0 | 1458271309 |
| 8 | mmbest813 | 820190052 |
| 9 | nathaliv ignero-0 | 1554116644 |
| 10 | olgod55 | 1933153849 |
| 11 | orangesage | 59370662 |
| 12 | pprice77 | 10947953 |
| 13 | reba0317 | 903170783 |
| 14 | rectal-trumpet1 | 240802375 |
| 15 | roxanne4362 | 240420684 |
| 16 | samantha622610 | 1028618433 |
| 17 | | |
| 18 | sarahc79110 | 846888174 |
| 19 | sieyork-0 | 1841887303 |
| 20 | smalldogs1031 | 155394449 |
| 21 | smilingbeach | 1035692744 |
| 22 | smurphey0612 | 731221759 |
| 23 | tjboxnac | 183394736 |
| 24 | vargas_16 | 2060093239 |
| 25 | vvlpando72 | 1498624745 |
| 26 | xh585858 | 1184417602 |
| 27 | zhannad999 | 1128978588 |
| 28 | macgitsch4254 | 146534176 |

CONFIDENTIAL                                                                    ATHENA001137

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| chalemayv | 1064153982 | | | | | | | | | | |
| thema-clord | 1983727739 | | | | | | | | | | |
| little-brown-bag | 45294905 | | | | | | | | | | |
| estero-2822 | 2071247139 | | | | | | | | | | |
| sueronamit | 1498965747 | | | | | | | | | | |
| twen-tyshots | 291418942 | | | | | | | | | | |

Exhibit 1 to Subpoena to eBay     10     Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

CONFIDENTIAL     ATHENA001138