# EXHIBIT 28

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Athena Cosmetics, Inc., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:20-cv-05526-SVW-SHK |
| AMN Distribution, et al. ) | |
| ) | |
| *Defendant* ) | |

**SUPPLEMENTAL**
**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: eBay, Inc., c/o C T Corporation System, 818 W. Seventh Street, Suite 930, Los Angeles, CA 90017

*(Name of person to whom this subpoena is directed)*

☑ **Production: YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
[See attached].

| Place: SoCal IP Law Group LLP<br>310 N Westlake Blvd., Suite 120<br>Westlake Village, CA 91362 | Date and Time:<br>10/01/2021 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/10/2021

*CLERK OF COURT*

OR

_____          /Marina Lang/
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Athena Cosmetics, Inc._____, who issues or requests this subpoena, are:

Marina Lang, SoCal IP Law Group LLP, 310 N Westlake Blvd., Suite 120, Westlake Village, CA 91362
Telephone: (805) 230-1350; Email: mlang@socalip.com and mharris@socalip.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT 1

## SUPPLEMENTAL SUBPOENA FOR PRODUCTION OF DOCUMENTS

## FROM THIRD-PARTY EBAY, INC. UNDER FED. R. CIV. P. 45

Under FED. R. CIV. P. 45, Athena Cosmetics, Inc. requests production of the documents listed below under these definitions:

1. "Athena" means plaintiff Athena Cosmetics, Inc.

2. "RevitaLash" is an Athena product.

3. "RevitaBrow" is an Athena product.

4. "AMN Distribution Inc." means defendants and its agents, servants, employees, all their other business entities, fictitious companies, d/b/a's, persons in privity or acting in concert with them, including without limitation, persons and entities utilizing e-commerce platforms to sell counterfeit Athena goods.

5. "Moishe Newman" means defendants and his agents, servants, employees, all their other business entities, fictitious companies, d/b/a's, persons in privity or acting in concert with them, including without limitation, persons and entities utilizing e-commerce platforms to sell counterfeit Athena goods.

6. "Brush Express" and "brushexpress.com" and means defendants and its agents, servants, employees, all their other business entities, fictitious companies, d/b/a's, persons in privity or acting in concert with them, including without limitation, persons and entities utilizing e-commerce platforms to sell counterfeit Athena goods

7. "You" and "eBay" mean "eBay Inc." and its predecessor corporations, successor corporations, each subsidiary corporation, affiliated or related companies, and divisions and each of its employees.

8. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

9. "User" means the users who participate in activities on eBay, including both Seller(s) and Buyer(s) and all eBay Identifications and Logins associated therewith.

10. "Seller" means a person or entity that lists item(s) for sale on eBay.com, including all eBay Identifications and Logins associated therewith.

11. "eBay Listing" means a record identifying a User's listing of an item for sale on eBay.com, including all records of eBay Identifications and Logins associated therewith.

12. "Sales History" means a record identifying a Seller's financial earnings from the sale of items on eBay.com, including all records of eBay Identifications and Logins associated therewith.

13. "Listing History" means a record identifying all eBay Listings by a Seller, including all records of eBay Identifications and Logins associated therewith.

14. "Transaction Details" means a record identifying a User's eBay transactions as a Seller and Buyer of items on eBay, including all records of eBay Identifications and Logins associated therewith.

15. "Purchase History" means a record identifying a User's purchases and orders of items on eBay, including all records of eBay Identifications and Logins associated therewith.

16. "Schedule A" means the chart titled "Scheduled A" expressly included in these document requests.

17. "Electronically stored information" and "ESI" means electronically stored information stored in any medium from which information can be obtained either directly or after translation by the responding party into a reasonably usable form.

18. If any ESI requires translation to make it understandable because of the format of the ESI, the program under which the ESI was created or because of abbreviations in the ESI, Boone must translate the ESI to make it understandable to Athena.

19. "Lawsuit" means this underlying lawsuit, Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK in the United States District Court, Central District of California.

20. This request is limited to documents between January 1, 2019, and the present. If, however, the only document identifying an eBay seller that made sales between those dates is before January 1, 2019, you must product that document.

21. This request is limited to auction and listing titles containing the term "REVITA".

22. Insofar as a document requests asks for a document showing information about an eBay seller, and You have documents showing different information for the seller, you must product documents showing the different information.

23. If a document request seeks documents showing the name, address (street address, city, state and ZIP Code), email address and telephone number of a Seller and the Seller is not a United States resident, provide a document showing as complete foreign address eBay has.

24. Magistrate Judge Shashi H. Kewalramani is the magistrate judge assigned to this lawsuit. A protective order is already in place for this case and available as Dkt. 34 on Pacer for the lawsuit, and it is attached to this subpoena for your easy reference and use. If You contend any document would be "Confidential" under the protective order, Athena will treat it with the restrictions for "Confidential" documents in Paragraph 7.2 of the form protective order.

**DOCUMENT REQUESTS**

1. Athena hereby requests documents from eBay that show:

A. The registration information, listing/sales history and/or purchase history for the following **USER IDs**:
    a. fullbright-sales
    b. minabeauty
    c. leeyelashoc
    d. ciritbeauty
    e. cosmetics-now-australia
    f. cosmeticsnow-usa
    g. saau_5700
    h. nadinacherman_0
    i. newman-ne-dwdcbz
    j. yuliayulia86
    k. Dov Newman
    l. ch_6703
    m. fresh-cosmetics
    n. peterma-79
    o. richarga4469
    p. ruk4185
    q. the_beauty_club_au
    r. 112876
    s. 2171970
    t. dinahlop786
    u. aviavi-hbtmagom
    v. dkwchloe
    w. joh7259.h4tuj8i
    x. trngu_2539
    y. kabulbroo-0

B. The registration information, listing/sales history and/or purchase history for any user using any of the following **ADDRESSES**:
    a. "308 NW 17th Terrace" in Pompano Beach, Florida
    b. "305 NW 17th Terrace" in Pompano Beach, Florida
    c. "4319 Veleiros Blvd" in Pompano Beach, Florida
    d. "4319 Veleiros Boulebard" in Pompano Beach, Florida
    e. "10 Gallagher Dr, Unit C" in Plains, Pennsylvania
    f. "10 Gallagher Dr., Ste C" in Plains, Pennsylvania

C. The registration information, listing/sales history and/or purchase history for any user using any of the following **EMAIL ADDRESSES**:
    a. miami4545@yandex.com

b. torchsolutionsllc@gmail.com
c. ciritsolutions00@gmail.com

D. The registration information, listing/sales history and/or purchase history for any user registered under the name Kazim Bezikli.

E. The registration information for jennknight, whose information contained errors in the previously produced spreadsheet.