| user_slctd_id | user_id | acct_status | first_name | last_name | email | addr1 | addr2 | city | state | pstl_code | user_country | dayphone | user_reg_date | feedback_score | account_balance | last_payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| austramericacosmeticsoutlet | 1130399002 | Confirmed | Nechemia | newman | adinas.handb@gmail.com | 10 Gallagher Dr | Unit C | Plains | PA | 18705 | United States | 7755157110 | 9/12/12 8:35 PM | 11170 | -10.75 | 7/12/21 12:09 AM |
| [redacted] | | | | | | | | | | | | | | | | |
| bluelinela | 1212169516 | Confirmed | Dov | Newman | bluelinechaplain@gmail.com | 224 Wyoming Ave | Ste 120 | Scranton | PA | 18503 | United States | 6074448078 | 12/19/13 12:46 PM | 2773 | 0 | 7/1/21 6:46 PM |
| [redacted] | | | | | | | | | | | | | | | | |