# EXHIBIT 30

| ENTITY INFORMATION |
|---|

| ENTITY INFORMATION |
|---|
| **Entity Name:** |
| AMN HEALTH BEAUTY COSMETICS, LLC |
| **Entity Number:** |
| E0569232012-1 |
| **Entity Type:** |
| Domestic Limited-Liability Company (86) |
| **Entity Status:** |
| Dissolved |
| **Formation Date:** |
| 11/01/2012 |
| **NV Business ID:** |
| NV20121664032 |
| **Termination Date:** |
| Perpetual |
| **Annual Report Due Date:** |
| 11/30/2018 |
| **Series LLC:** |
| ☐ |
| **Restricted LLC:** |
| ☐ |

| REGISTERED AGENT INFORMATION |
|---|

**Name of Individual or Legal Entity:**

INCORP SERVICES, INC.

**Status:**

Resigned

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

3773 HOWARD HUGHES PKWY STE 500S, Las Vegas, NV, 89169 - 6014, USA

**Mailing Address:**

**Individual with Authority to Act:**

Karla Vazquez, President

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Manager | MOISHE NEWMAN | 3773 HOWARD HUGHES PKWY. - SUITE 500S, LAS VEGAS, NV, 89169 - 6014, USA | 11/27/2017 | Active |
| Manager | DOV NEWMAN | 3773 HOWARD HUGHES PKWY. - SUITE 500S, LAS VEGAS, NV, 89169 - 6014, USA | 11/27/2017 | Active |

Page 1 of 1, records 1 to 2 of 2

9/13/21, 9:01 PM
Case 2:20-cv-05526-SVW-SHK  Document 114-10  Filed 09/14/21  Page 4 of 4  Page ID #:2144
Silver Fortune Nevada, LLC is using Portal to view/manage your business

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results