# EXHIBIT 31

| ROW | item_number | transaction_id | auct_start_dt | auct_end_dt | Transaction_Date | Checkout | seller_id | seller_login | buyer_id | buyer_login | auction_ty | qty_avail | purchase_ | item_price | Total_Pric | Currency | auction_title |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2707 | 254577766264 | 2612501724015 | 4/23/2020 | 11/23/2020 | 5/4/2020 17:46 | Complete | 908524794 | louise-leblanc | 2141751988 | mohaalsh_904 | Fixed Price | 7 | 1 | 39.28 | 39.28 | USD | Revitalash Advanced 1.0 1.0 ml. Lashes & Brows |
| 2713 | 254577766264 | 2616321560015 | 4/23/2020 | 11/23/2020 | 5/11/2020 13:16 | Complete | 908524794 | louise-leblanc | 818885486 | holliope | Fixed Price | 7 | 1 | 39.28 | 39.28 | USD | Revitalash Advanced 1.0 1.0 ml. Lashes & Brows |
| 2717 | 254577766264 | 2618089230015 | 4/23/2020 | 11/23/2020 | 5/14/2020 19:35 | Complete | 908524794 | louise-leblanc | 857092641 | emckee02 | Fixed Price | 7 | 1 | 38.1 | 38.1 | USD | Revitalash Advanced 1.0 1.0 ml. Lashes & Brows |
| 2718 | 254577766264 | 2618838295015 | 4/23/2020 | 11/23/2020 | 5/16/2020 7:33 | Complete | 908524794 | louise-leblanc | 2139944435 | yuruch7 | Fixed Price | 7 | 1 | 39.28 | 39.28 | USD | Revitalash Advanced 1.0 1.0 ml. Lashes & Brows |
| 2723 | 254577766264 | 2621263501015 | 4/23/2020 | 11/23/2020 | 5/20/2020 15:30 | Complete | 908524794 | louise-leblanc | 2091730358 | stepben6159 | Fixed Price | 7 | 1 | 39.28 | 39.28 | USD | Revitalash Advanced 1.0 1.0 ml. Lashes & Brows |
| 2727 | 254577766264 | 2622482720015 | 4/23/2020 | 11/23/2020 | 5/23/2020 3:01 | Complete | 908524794 | louise-leblanc | 1890809735 | peqar0 | Fixed Price | 7 | 1 | 39.28 | 39.28 | USD | Revitalash Advanced 1.0 1.0 ml. Lashes & Brows |
| 2728 | 254577766264 | 2622932021015 | 4/23/2020 | 11/23/2020 | 5/23/2020 21:21 | Complete | 908524794 | louise-leblanc | 64916804 | nwarnar | Fixed Price | 7 | 1 | 39.28 | 39.28 | USD | Revitalash Advanced 1.0 1.0 ml. Lashes & Brows |
| 2714 | 254577766415 | 2616779997015 | 4/23/2020 | 1/23/2021 | 5/12/2020 10:27 | Complete | 908524794 | louise-leblanc | 120725763 | *augger*dogger* | Fixed Price | 19 | 1 | 66.96 | 66.96 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2715 | 254577766415 | 2616843277015 | 4/23/2020 | 1/23/2021 | 5/12/2020 12:24 | Complete | 908524794 | louise-leblanc | 1246754193 | grwat-1603 | Fixed Price | 19 | 1 | 66.96 | 66.96 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2742 | 254577766415 | 2629753231015 | 4/23/2020 | 1/23/2021 | 6/5/2020 23:10 | Complete | 908524794 | louise-leblanc | 1467645764 | renatespinos-0 | Fixed Price | 19 | 1 | 67.62 | 67.62 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2745 | 254577766415 | 2630939605015 | 4/23/2020 | 1/23/2021 | 6/8/2020 2:57 | Complete | 908524794 | louise-leblanc | 1713519458 | cynthistoutenburg_0 | Fixed Price | 19 | 1 | 75.8 | 75.8 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2747 | 254577766415 | 2633407262015 | 4/23/2020 | 1/23/2021 | 6/12/2020 22:49 | Complete | 908524794 | louise-leblanc | 1259400479 | lage-elen | Fixed Price | 19 | 1 | 73.99 | 73.99 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2748 | 254577766415 | 2633679752015 | 4/23/2020 | 1/23/2021 | 6/13/2020 11:48 | Complete | 908524794 | louise-leblanc | 2162930522 | chachi_9941 | Fixed Price | 19 | 1 | 73.99 | 73.99 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2751 | 254577766415 | 2634165542015 | 4/23/2020 | 1/23/2021 | 6/14/2020 10:32 | Complete | 908524794 | louise-leblanc | 31101726 | nikkigrlca | Fixed Price | 19 | 1 | 73.99 | 73.99 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2753 | 254577766415 | 2635626062015 | 4/23/2020 | 1/23/2021 | 6/17/2020 7:59 | Complete | 908524794 | louise-leblanc | 1081593812 | gsipkova | Fixed Price | 19 | 1 | 67.7 | 67.7 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2756 | 254577766415 | 2637400652015 | 4/23/2020 | 1/23/2021 | 6/21/2020 3:33 | Complete | 908524794 | louise-leblanc | 2166343457 | galac_8329 | Fixed Price | 19 | 1 | 67.5 | 67.5 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2757 | 254577766415 | 2638640737015 | 4/23/2020 | 1/23/2021 | 6/23/2020 12:54 | Complete | 908524794 | louise-leblanc | 69982659 | libby574 | Fixed Price | 19 | 1 | 67.5 | 67.5 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2777 | 254577766415 | 2642634766015 | 4/23/2020 | 1/23/2021 | 7/1/2020 18:39 | Complete | 908524794 | louise-leblanc | 2171027731 | hock-5558 | Fixed Price | 19 | 6 | 64.04 | 384.24 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2795 | 254577766415 | 2647634335015 | 4/23/2020 | 1/23/2021 | 7/12/2020 12:33 | Complete | 908524794 | louise-leblanc | 113785363 | tiffanycopperqueen | Fixed Price | 19 | 1 | 66.72 | 66.72 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2796 | 254577766415 | 2647999634015 | 4/23/2020 | 1/23/2021 | 7/13/2020 8:03 | Complete | 908524794 | louise-leblanc | 2058948009 | kimbkn_5 | Fixed Price | 19 | 1 | 66.72 | 66.72 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2872 | 254577766415 | 2666148810015 | 4/23/2020 | 1/23/2021 | 8/23/2020 14:40 | Complete | 908524794 | louise-leblanc | 1812376694 | jikkat_jkttkkximn | Fixed Price | 19 | 1 | 67.97 | 67.97 | USD | Revitalash Advanced 2.0 2.0 ml. Lashes & Brows |
| 2614 | 254577766321 | 2612966441015 | 4/23/2020 | 1/23/2021 | 5/5/2020 13:25 | Complete | 908524794 | louise-leblanc | 152473458 | interbeaute | Fixed Price | 12 | 6 | 97.93 | 587.58 | USD | Revitalash Advanced 3.5 3.5 ml. Lashes & Brows |
| 2732 | 254577766321 | 2624233784015 | 4/23/2020 | 1/23/2021 | 5/26/2020 7:24 | Complete | 908524794 | louise-leblanc | 1063362768 | mcsprtschik1 | Fixed Price | 12 | 1 | 98.06 | 98.06 | USD | Revitalash Advanced 3.5 3.5 ml. Lashes & Brows |
| 2771 | 254577766321 | 2640655023015 | 4/23/2020 | 1/23/2021 | 6/27/2020 22:59 | Complete | 908524794 | louise-leblanc | 2096701976 | dospan-17 | Fixed Price | 12 | 1 | 88.41 | 88.41 | USD | Revitalash Advanced 3.5 3.5 ml. Lashes & Brows |
| 2785 | 254577766321 | 2643963141015 | 4/23/2020 | 1/23/2021 | 7/4/2020 16:10 | Complete | 908524794 | louise-leblanc | 2172208861 | amx198 | Fixed Price | 12 | 1 | 103.49 | 103.49 | USD | Revitalash Advanced 3.5 3.5 ml. Lashes & Brows |
| 2832 | 254577766321 | 2657765434015 | 4/23/2020 | 1/23/2021 | 8/3/2020 21:27 | Complete | 908524794 | louise-leblanc | 1088639423 | juustyvnnkaa | Fixed Price | 12 | 1 | 78.52 | 78.52 | USD | Revitalash Advanced 3.5 3.5 ml. Lashes & Brows |
| 2881 | 254577766321 | 2668821627015 | 4/23/2020 | 1/23/2021 | 8/29/2020 22:45 | Complete | 908524794 | louise-leblanc | 1500393830 | lubnbalbis-0 | Fixed Price | 12 | 1 | 78.52 | 78.52 | USD | Revitalash Advanced 3.5 3.5 ml. Lashes & Brows |
| 2888 | 254577766321 | 2672128250015 | 4/23/2020 | 1/23/2021 | 9/6/2020 12:11 | Complete | 908524794 | louise-leblanc | 1176727190 | kathrynsmazal | Fixed Price | 12 | 1 | 79.16 | 79.16 | USD | Revitalash Advanced 3.5 3.5 ml. Lashes & Brows |
| 2865 | 254577766416 | 2664831348015 | 4/23/2020 | 1/23/2021 | 8/20/2020 13:04 | Complete | 908524794 | louise-leblanc | 111541700 | golfwhoopin | Fixed Price | 8 | 1 | 12.79 | 12.79 | USD | Revitalash Defining Liner Raven Black. Eyeliner |
| 2870 | 254577766416 | 2666049035015 | 4/23/2020 | 1/23/2021 | 8/23/2020 11:16 | Complete | 908524794 | louise-leblanc | 5156554 | twingles1 | Fixed Price | 8 | 3 | 12.28 | 36.84 | USD | Revitalash Defining Liner Raven Black. Eyeliner |
| 2883 | 254577766416 | 2670264719015 | 4/23/2020 | 1/23/2021 | 9/2/2020 3:55 | Complete | 908524794 | louise-leblanc | 2195340278 | dale9615 | Fixed Price | 8 | 1 | 12.79 | 12.79 | USD | Revitalash Defining Liner Raven Black. Eyeliner |
| 2891 | 254577766416 | 2672894022015 | 4/23/2020 | 1/23/2021 | 9/8/2020 7:20 | Complete | 908524794 | louise-leblanc | 1576686557 | jennpimente9 | Fixed Price | 8 | 1 | 12.79 | 12.79 | USD | Revitalash Defining Liner Raven Black. Eyeliner |
| 2898 | 254577766416 | 2675328371015 | 4/23/2020 | 1/23/2021 | 9/14/2020 2:57 | Complete | 908524794 | louise-leblanc | 857092641 | emckee02 | Fixed Price | 8 | 1 | 12.79 | 12.79 | USD | Revitalash Defining Liner Raven Black. Eyeliner |
| 2916 | 254577766416 | 2686947768015 | 4/23/2020 | 1/23/2021 | 10/11/2020 6:57 | Complete | 908524794 | louise-leblanc | 1154790014 | maxaline*9 | Fixed Price | 8 | 1 | 12.79 | 12.79 | USD | Revitalash Defining Liner Raven Black. Eyeliner |
| 2701 | 254577766657 | 2609817985015 | 4/23/2020 | 1/23/2021 | 4/30/2020 8:11 | Complete | 908524794 | louise-leblanc | 1980369365 | elizace98 | Fixed Price | 3 | 1 | 22.15 | 22.15 | USD | Revitalash Double-Ended Primer & Mascara. Mascara |
| 2709 | 254577766657 | 2613045587015 | 4/23/2020 | 1/23/2021 | 5/5/2020 16:18 | Complete | 908524794 | louise-leblanc | 1359736373 | fedel.ueotodjuw | Fixed Price | 3 | 1 | 22.55 | 22.55 | USD | Revitalash Double-Ended Primer & Mascara. Mascara |
| 2768 | 254577766657 | 2640306580015 | 4/23/2020 | 1/23/2021 | 6/27/2020 6:31 | Complete | 908524794 | louise-leblanc | 1102773036 | anndis172012 | Fixed Price | 3 | 1 | 23.43 | 23.43 | USD | Revitalash Double-Ended Primer & Mascara. Mascara |
| 2699 | 254577766472 | 2608489004015 | 4/23/2020 | 11/23/2020 | 4/28/2020 0:55 | Complete | 908524794 | louise-leblanc | 1272476366 | dearmember0 | Fixed Price | 1 | 1 | 67.33 | 67.33 | USD | Revitalash Lash Enhancement Collection 2.0 ml. Lashes & Brows |
| 2852 | 254577766472 | 2663526610015 | 4/23/2020 | 1/23/2021 | 8/17/2020 10:18 | Complete | 908524794 | louise-leblanc | 14418128 | carbred | Fixed Price | 2 | 1 | 102.89 | 102.89 | USD | Revitalash Lash Enhancement Collection 3.5 ml. Lashes & Brows |
| 2961 | 254577766472 | 2716079367015 | 4/23/2020 | 1/23/2021 | 12/10/2020 18:20 | Complete | 908524794 | louise-leblanc | 2234872897 | virgrobi_81 | Fixed Price | 2 | 1 | 106.01 | 106.01 | USD | Revitalash Lash Enhancement Collection 3.5 ml. Lashes & Brows |
| 2652 | 254577766468 | 2641218276015 | 4/23/2020 | 1/23/2021 | 6/28/2020 22:22 | Complete | 908524794 | louise-leblanc | 893440585 | 071464gas | Fixed Price | 44 | 2 | 72.93 | 145.86 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2712 | 254577766468 | 2616066060015 | 4/23/2020 | 1/23/2021 | 5/11/2020 5:14 | Complete | 908524794 | louise-leblanc | 2132256326 | ingarf31 | Fixed Price | 44 | 1 | 77.69 | 77.69 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2763 | 254577766468 | 2638930788015 | 4/23/2020 | 1/23/2021 | 6/24/2020 6:02 | Complete | 908524794 | louise-leblanc | 2167730471 | amachar-36 | Fixed Price | 44 | 1 | 77.69 | 77.69 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2783 | 254577766468 | 2643576466015 | 4/23/2020 | 1/23/2021 | 7/3/2020 20:18 | Complete | 908524794 | louise-leblanc | 884152259 | kmnicholsS | Fixed Price | 44 | 1 | 74.49 | 74.49 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2786 | 254577766468 | 2644447384015 | 4/23/2020 | 1/23/2021 | 7/5/2020 14:56 | Complete | 908524794 | louise-leblanc | 1431287963 | seaflyer7 | Fixed Price | 44 | 1 | 74.49 | 74.49 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2790 | 254577766468 | 2645270794015 | 4/23/2020 | 1/23/2021 | 7/7/2020 10:04 | Complete | 908524794 | louise-leblanc | 1526235464 | chicinsight | Fixed Price | 44 | 1 | 74.49 | 74.49 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2792 | 254577766468 | 2646828233015 | 4/23/2020 | 1/23/2021 | 7/10/2020 18:26 | Complete | 908524794 | louise-leblanc | 10772697 | foobiegjbby | Fixed Price | 44 | 1 | 70.28 | 70.28 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2797 | 254577766468 | 2648140030015 | 4/23/2020 | 1/23/2021 | 7/13/2020 13:10 | Complete | 908524794 | louise-leblanc | 1212132760 | good3360.mrfifyr | Fixed Price | 44 | 2 | 68.17 | 136.34 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2799 | 254577766468 | 2649232655015 | 4/23/2020 | 1/23/2021 | 7/15/2020 21:05 | Complete | 908524794 | louise-leblanc | 1635508766 | bennsantos_9 | Fixed Price | 44 | 10 | 66.44 | 664.4 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2801 | 254577766468 | 2650078026015 | 4/23/2020 | 1/23/2021 | 7/17/2020 19:34 | Complete | 908524794 | louise-leblanc | 736933817 | brandt96 | Fixed Price | 44 | 1 | 69.94 | 69.94 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2805 | 254577766468 | 2650672885015 | 4/23/2020 | 1/23/2021 | 7/19/2020 6:34 | Complete | 908524794 | louise-leblanc | 1895526548 | sakni_6442 | Fixed Price | 44 | 1 | 69.94 | 69.94 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2808 | 254577766468 | 2651023529015 | 4/23/2020 | 1/23/2021 | 7/19/2020 20:41 | Complete | 908524794 | louise-leblanc | 1561644052 | susateklit-0 | Fixed Price | 44 | 1 | 66.72 | 66.72 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2810 | 254577766468 | 2651168172015 | 4/23/2020 | 1/23/2021 | 7/20/2020 6:17 | Complete | 908524794 | louise-leblanc | 82943157 | fourstringriot | Fixed Price | 44 | 1 | 66.72 | 66.72 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2811 | 254577766468 | 2651517869015 | 4/23/2020 | 1/23/2021 | 7/21/2020 0:02 | Complete | 908524794 | louise-leblanc | 1068522101 | artcouture2012 | Fixed Price | 44 | 4 | 63.38 | 253.52 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2814 | 254577766468 | 2652345755015 | 4/23/2020 | 1/23/2021 | 7/22/2020 20:13 | Complete | 908524794 | louise-leblanc | 2179779072 | katst-la-44 | Fixed Price | 44 | 1 | 66.72 | 66.72 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2846 | 254577766468 | 2662832403015 | 4/23/2020 | 1/23/2021 | 8/15/2020 21:40 | Complete | 908524794 | louise-leblanc | 1194259925 | mfields1020 | Fixed Price | 44 | 1 | 69.81 | 69.81 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2847 | 254577766468 | 2662877055015 | 4/23/2020 | 1/23/2021 | 8/16/2020 1:40 | Complete | 908524794 | louise-leblanc | 76221816 | 6naya6 | Fixed Price | 44 | 1 | 69.81 | 69.81 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2853 | 254577766468 | 2663580251015 | 4/23/2020 | 1/23/2021 | 8/17/2020 12:26 | Complete | 908524794 | louise-leblanc | 167234318 | susank203 | Fixed Price | 44 | 1 | 69.81 | 69.81 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2857 | 254577766468 | 2663723847015 | 4/23/2020 | 1/23/2021 | 8/17/2020 19:59 | Complete | 908524794 | louise-leblanc | 122664868 | joyouvic | Fixed Price | 44 | 1 | 69.81 | 69.81 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2861 | 254577766468 | 2664245938015 | 4/23/2020 | 1/23/2021 | 8/19/2020 4:35 | Complete | 908524794 | louise-leblanc | 716596422 | skihard1965 | Fixed Price | 44 | 1 | 69.81 | 69.81 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2862 | 254577766468 | 2664440900015 | 4/23/2020 | 1/23/2021 | 8/19/2020 13:34 | Complete | 908524794 | louise-leblanc | 24713570 | jshumzz | Fixed Price | 44 | 1 | 69.81 | 69.81 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2973 | 254577766468 | 2720815542015 | 4/23/2020 | 1/23/2021 | 12/21/2020 8:24 | Complete | 908524794 | louise-leblanc | 122684792 | lara_sun | Fixed Price | 44 | 1 | 77.69 | 77.69 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2974 | 254577766468 | 2721573212015 | 4/23/2020 | 1/23/2021 | 12/23/2020 16:01 | Complete | 908524794 | louise-leblanc | 1902933082 | Imdla.do.56r8zxl0v | Fixed Price | 44 | 1 | 77.69 | 77.69 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2975 | 254577766468 | 2722155216015 | 4/23/2020 | 1/23/2021 | 12/25/2020 20:03 | Complete | 908524794 | louise-leblanc | 1349047638 | joh7259.h4tuj8i | Fixed Price | 44 | 2 | 76.91 | 153.82 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2976 | 254577766468 | 2722264105015 | 4/23/2020 | 1/23/2021 | 12/26/2020 6:36 | Complete | 908524794 | louise-leblanc | 88835630 | dkwchloe | Fixed Price | 44 | 2 | 76.91 | 153.82 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2981 | 254577766468 | 2724754262015 | 4/23/2020 | 1/23/2021 | 1/1/2021 13:23 | Complete | 908524794 | louise-leblanc | 63449264 | supernamic | Fixed Price | 44 | 1 | 77.69 | 77.69 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2983 | 254577766468 | 2725396571015 | 4/23/2020 | 1/23/2021 | 1/3/2021 2:01 | Complete | 908524794 | louise-leblanc | 2006992196 | alcianc_0 | Fixed Price | 44 | 1 | 77.69 | 77.69 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2992 | 254577766468 | 2728365157015 | 4/23/2020 | 1/23/2021 | 1/9/2021 12:36 | Complete | 908524794 | louise-leblanc | 46100414 | nm1008S | Fixed Price | 44 | 1 | 77.69 | 77.69 | USD | Revitalash RevitaBrow Advanced 3.0 3.0 ml. Lashes & Brows |
| 2843 | 254564034318 | 2662379572015 | 4/8/2020 | 2/8/2021 | 8/14/2020 17:44 | Complete | 908524794 | louise-leblanc | 65318975 | rayt4444 | Fixed Price | 17 | 1 | 27.94 | 27.94 | USD | Revitalash Thickening Conditioner 8.5 oz. Conditioner |
| 2911 | 254564034318 | 2681375612015 | 4/8/2020 | 2/8/2021 | 9/28/2020 11:12 | Complete | 908524794 | louise-leblanc | 181272250 | cbug68 | Fixed Price | 17 | 1 | 28.13 | 28.13 | USD | Revitalash Thickening Conditioner 8.5 oz. Conditioner |
| 2919 | 254564034318 | 2688371022015 | 4/8/2020 | 2/8/2021 | 10/14/2020 9:46 | Complete | 908524794 | louise-leblanc | 2045073401 | marskoro_85 | Fixed Price | 17 | 1 | 33.68 | 33.68 | USD | Revitalash Thickening Conditioner 8.5 oz. Conditioner |
| 2925 | 254564034318 | 2692484071015 | 4/8/2020 | 2/8/2021 | 10/23/2020 21:14 | Complete | 908524794 | louise-leblanc | 1370918413 | ga.melme.5el33pi78 | Fixed Price | 17 | 1 | 33.76 | 33.76 | USD | Revitalash Thickening Conditioner 8.5 oz. Conditioner |
| 2939 | 254564034318 | 2697398237015 | 4/8/2020 | 2/8/2021 | 11/3/2020 14:11 | Complete | 908524794 | louise-leblanc | 1005835599 | miriamb10 | Fixed Price | 17 | 1 | 34.53 | 34.53 | USD | Revitalash Thickening Conditioner 8.5 oz. Conditioner |
| 2948 | 254564034318 | 2704849795015 | 4/8/2020 | 2/8/2021 | 11/19/2020 8:42 | Complete | 908524794 | louise-leblanc | 1078864168 | bethany_anne_hollis | Fixed Price | 17 | 1 | 34.53 | 34.53 | USD | Revitalash Thickening Conditioner 8.5 oz. Conditioner |
| 2970 | 254564034318 | 2719095371015 | 4/8/2020 | 2/8/2021 | 12/16/2020 20:54 | Complete | 908524794 | louise-leblanc | 1370918413 | ga.melme.5el33pi78 | Fixed Price | 17 | 1 | 34.94 | 34.94 | USD | Revitalash Thickening Conditioner 8.5 oz. Conditioner |
| 2639 | 254564034220 | 2604924075015 | 4/8/2020 | 12/8/2020 | 4/21/2020 15:47 | Complete | 908524794 | louise-leblanc | 4527847B | rosie-d-rosette | Fixed Price | 4 | 2 | 29.52 | 59.04 | USD | Revitalash Thickening Shampoo 8.5 oz. Shampoo |
| 2708 | 254564034220 | 2612794536015 | 4/8/2020 | 12/8/2020 | 5/5/2020 8:03 | Complete | 908524794 | louise-leblanc | 2025188299 | ilrah25 | Fixed Price | 4 | 1 | 29.53 | 29.53 | USD | Revitalash Thickening Shampoo 8.5 oz. Shampoo |
| 2731 | 254564034220 | 2624035596015 | 4/8/2020 | 12/8/2020 | 5/25/2020 19:53 | Complete | 908524794 | louise-leblanc | 50509371 | chirp1212 | Fixed Price | 4 | 1 | 29.69 | 29.69 | USD | Revitalash Thickening Shampoo 8.5 oz. Shampoo |
| 2650 | 254577766469 | 2636821966015 | 4/23/2020 | 1/23/2021 | 6/19/2020 18:48 | Complete | 908524794 | louise-leblanc | 1292918553 | garhanso | Fixed Price | 22 | 2 | 112.98 | 225.96 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2698 | 254577766469 | 2608306828015 | 4/23/2020 | 1/23/2021 | 4/27/2020 14:42 | Complete | 908524794 | louise-leblanc | 2128091191 | dero_415 | Fixed Price | 22 | 1 | 116.69 | 116.69 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2710 | 254577766469 | 2614510827015 | 4/23/2020 | 1/23/2021 | 5/8/2020 10:51 | Complete | 908524794 | louise-leblanc | 1296033507 | stef.jod | Fixed Price | 22 | 1 | 116.48 | 116.48 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2737 | 254577766469 | 2626023701015 | 4/23/2020 | 1/23/2021 | 5/29/2020 16:59 | Complete | 908524794 | louise-leblanc | 131093814 | bocci72 | Fixed Price | 22 | 1 | 116.48 | 116.48 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2744 | 254577766469 | 2630802286015 | 4/23/2020 | 1/23/2021 | 6/7/2020 17:56 | Complete | 908524794 | louise-leblanc | 2160208873 | laande_3325 | Fixed Price | 22 | 1 | 116.48 | 116.48 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2754 | 254577766469 | 2636788908015 | 4/23/2020 | 1/23/2021 | 6/19/2020 16:41 | Complete | 908524794 | louise-leblanc | 2165794367 | ardem-2532 | Fixed Price | 22 | 1 | 116.48 | 116.48 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2780 | 254577766469 | 2643309268015 | 4/23/2020 | 1/23/2021 | 7/3/2020 7:52 | Complete | 908524794 | louise-leblanc | 331007 | akbeperry | Fixed Price | 22 | 1 | 116.48 | 116.48 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2791 | 254577766469 | 2645342054015 | 4/23/2020 | 1/23/2021 | 7/7/2020 12:35 | Complete | 908524794 | louise-leblanc | 16971896 | dxauctionacount | Fixed Price | 22 | 1 | 116.48 | 116.48 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2841 | 254577766469 | 2660945136015 | 4/23/2020 | 1/23/2021 | 8/11/2020 6:50 | Complete | 908524794 | louise-leblanc | 1428036448 | celinv_0 | Fixed Price | 22 | 4 | 112.5 | 450 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2856 | 254577766469 | 2663711871015 | 4/23/2020 | 1/23/2021 | 8/17/2020 19:09 | Complete | 908524794 | louise-leblanc | 1713882208 | kevinola-49 | Fixed Price | 22 | 1 | 118.42 | 118.42 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2858 | 254577766469 | 2663921083015 | 4/23/2020 | 1/23/2021 | 8/18/2020 9:03 | Complete | 908524794 | louise-leblanc | 131093814 | bocci72 | Fixed Price | 22 | 3 | 113.68 | 341.04 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2867 | 254577766469 | 2665585375015 | 4/23/2020 | 1/23/2021 | 8/22/2020 10:43 | Complete | 908524794 | louise-leblanc | 1203918511 | bvigirl2013 | Fixed Price | 22 | 1 | 118.42 | 118.42 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2877 | 254577766469 | 2666892043015 | 4/23/2020 | 1/23/2021 | 8/25/2020 8:58 | Complete | 908524794 | louise-leblanc | 1296033507 | stef.jod | Fixed Price | 22 | 1 | 118.42 | 118.42 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2905 | 254577766469 | 2677474680015 | 4/23/2020 | 1/23/2021 | 9/19/2020 10:28 | Complete | 908524794 | louise-leblanc | 1512991648 | vatin54_9 | Fixed Price | 22 | 1 | 125.29 | 125.29 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2908 | 254577766469 | 2678738865015 | 4/23/2020 | 1/23/2021 | 9/22/2020 9:03 | Complete | 908524794 | louise-leblanc | 2202754700 | lousergj83 | Fixed Price | 22 | 1 | 125.29 | 125.29 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2944 | 254577766469 | 2700253445015 | 4/23/2020 | 1/23/2021 | 11/9/2020 17:43 | Complete | 908524794 | louise-leblanc | 7899203 | nm09595 | Fixed Price | 22 | 1 | 151.83 | 151.83 | USD | Revitalash Volume Enhancing Hair Foam. Hair & Scalp Treatment |
| 2385 | 253977562905 | 2389730041015 | 11/12/2018 | 1/10/2019 | 1/4/2019 21:27 | Complete | 908524794 | louise-leblanc | 1302734342 | per-lefev | Fixed Price | 3 | 1 | 131.43 | 131.43 | USD | Revitalash Volume Enhancing Hair Foam. Sealed Fresh |