# EXHIBIT 34

# DECLARATION OF ERIC ROMERO

I, ERIC ROMERO, declare as follows:

1. I have personal knowledge of the matters set forth herein; and if called as a witness, I could and would testify thereto under oath.

2. I am an individual that resides in Rogers, Arkansas.

3. For approximately 4.5 years, I was a student at the University of Arkansas.

4. Approximately 12 years ago, the account now known as SavingSavingsLLC was created. The registered email address for this account is simplesavingsllc@gmail.com.

5. Over a span of 4 months, I used this account to sell various types of items through eBay auctions, including RevitaLash® cosmetics.

6. My eBay account is linked with my PayPal account, which is how I track and complete my eBay sales transactions.

7. I do not know any of the defendants named in this legal proceeding.

8. I have never done business with any of the defendants named in this legal proceeding -AMN DISTRIBUTION, MOISHE NEWMAN, or BRUSHEXPRESS.COM.

9. I conducted a reasonable and diligent review of both my Paypal accounts dating back to January 1, 2019, and I found no evidence that I have ever transacted with an entity/person named AMN, AMN DISTRIBUTION, MOISHE NEWMAN, MARK NEWMAN, or BRUSHEXPRESS.COM. My reasonable and diligent review included searches of shortened and abbreviated variations of the defendants'

2

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

names for the sake of thoroughness. I have no records of any buyer's name under the entity listed or person name listed.

10. Any accusation that "savingsimplellc" sold or supplied any product, including any RevitaLash® product, to the named defendants in this case is false.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the below-indicated date in Rogers, Arkansas.

May 14, 2021

_____
Signed by: Eric Romero