# EXHIBIT 36



**Legal**

702 SW 8th Street (MS 0215)
Bentonville, AR 72716-0215
Main 479.273.4505
Fax 479-277-5991
Maria.baezdehicks@walmarllegal.com

Date:   July 16, 2021

To:   Marina Lang                                From:   Maria Baez de Hicks
SoCal IP Law Group, LLP                                  TPS Project Manager
310 N Westlake Blvd, Ste. 120                            Walmart Inc. Legal Department
Westlake Village, CA 91362                               702 S.W. 8th Street
                                                         Bentonville, AR 72716-0215

Re:   Athena Cosmetics, Inc. vs. AMN Distribution, et al. - Case # 220CV05526SVWSHK   Matter No. 2021-007890

### CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
### PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Maria Baez de Hicks, certify that I am employed by Walmart Inc. and that my official title is TPS Project Manager.  I am a custodian of records for Walmart Inc.  I state that each of the records attached hereto is the original record, or a true duplicate of the original record, in the custody of Walmart Inc. and that I am the custodian of the attached records, consisting of 66 pages.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2. Such records were kept in the course of a regularly conducted business activity of Walmart Inc.; and

3. Such records were made by Walmart Inc. as a regular practice.

I further state that this certificate is intended to satisfy the requirements of Rule 902(11) of the Federal Rules of Evidence and other equivalent rules of evidence or civil procedure.

*s/Maria Baez de Hicks*
Maria Baez de Hicks
eDiscovery Analyst

CONFIDENTIAL                                                                                        ATHENA010645