EXHIBIT 37

## Partnership
### Market Partner WM, Inc. (/lightning/r/00...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

Partnership
0co Alias Overstock

Account ⓘ
Market Partner WM, Inc.
(/lightning/r/0016100000YVrosAAD/view)

Portal Display Name ⓘ
Overstock

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
2/1/2016 9:13 PM

Related Case

Partner ID ⓘ
10000001882

Legacy Seller ID ⓘ
1812

Onboarding Contact

SellerID ⓘ
75cf23ee-f20e-4662-9e83-2218eced63f3

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Cat Go Get;Custom Content - Hybrid;Domestic;Halloween;SAM
Seller;SAM Seller;Strategic;WG - Disputes

Primary Contact
Cyndi Whiting (/lightning/r/0036100001dNIRFAA0/view)

Partnership Type

Partner Tier
Head

Primary Contact Email
walmart_operation@overstock.com
(mailto:walmart_operation@overstock.com)

FedEx Code
FX38945078121

Diverse Supplier

Onboarding Owner ⓘ
█████████ (/lightning/r/0056100000374naAAA/view)

Lead Record Type

∨ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| --- | --- |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |

Partnership

## Market Partner WM, Inc. (/lightning/r/00...

| | + Follow | Generate FedEx Code | New Contact | New Note | ▼ |

Can you fulfill orders by 2pm Mon-Fri?    Why good fit for Walmart Marketplace?

Transporting goods from another country?

## ⌄ Customer Support Information

Customer Service Email
walmartcs@overstock.com (mailto:walmartcs@overstock.com)

Customer Service URL
www.walmart.com/0co (http://www.walmart.com/0co)

Customer Service Phone
(866) 211-0734 (tel:8662110734)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status
Not-Enrolled

Suppress Reminder Emails?
☐

Created By
██████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/11/2021 1:45 PM

Partnership Details

**Activity**    Chatter

| New Event | Email | New Task | More |

Set up an event...    [ Add ]

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wp8HEAS)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ December • 2019

Account
## AFB International

+ Follow | View Duplicates ✕ | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related   **Details**   Advertising Hierarchy

| | |
|---|---|
| Account Name<br>AFB International | Account Owner<br>▉ (/lightning/r/00561000002rHgTAAU/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>SAYN | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>452549709 |
| Onboarding Contact | Integration Method Id<br>0016100000W2JjoAAF |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Partner | Preferred Tax Classification |
| Referred By Channel Partner<br>Zentail (/lightning/r/0016100000W2JjoAAF/view) | Country of Incorporation |
| | Han Solo Experience<br>☐ |

⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name<br>AFB International | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type<br>SS - Category 3 | WMG Industry |
| Advertiser<br>☑ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☑ | Advertising Planning Kickoff |

## Additional Information

| | |
|---|---|
| State of Incorporation | Year Company Founded |
| Florida | 2011 |
| DUNS Number | Diverse Supplier |

▰▰▰▰▰▰▰▰▰ <u>View Duplicates</u> ✕

+ Follow    Submit for Approval    Printable View    Delete    ▼

## ∨ Primary Contact Information

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

Primary Contact
Shmuly Ainsworth (/lightning/r/0036100000xd7W7AAI/view)

## ∨ Address Information

Legal Address
4595 NW 37TH CT
MIAMI, Florida unknown
United States



(https://www.google.com/maps?q=4595%20NW%2037TH%20CT%0AMIAMI,%20Florida%20unknown%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
http://www.afbintl.com (http://www.afbintl.com)

## System Information

**Created By**
███████ (/lightning/r/00561000001zMP6AAM/view),
12/14/2016 5:22 PM

**Last Modified By**
███████ (/lightning/r/0054M000004UbGIQA0/view),
1/13/2021 5:03 PM

Account
**AFB International**

+ Follow   Submit for Approval   Printable View   Delete   ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ |

### Email Widget

**From**
████████████████

**\* (required) To**
abc@mail.com

**Cc**
abc@mail.com

**BCc**
abc@mail.com

**Subject**
Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** *I* U S̶ | ☰ ☷ | ☰ ☷ | ☰ ☰ ☰ | I͟x |

**Upload File**

⬆ Upload Files

Send Email

---

### Email Message List

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

### Account Team

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email...   Compose

Partnership
# AFB International (/lightning/r/0016100000g...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting    Onboarding    Live    Suspended    Terminated    Onboarding_Ina...    TnS Declined

Mark Partnership Status as Complete

Related    **Details**

| | |
|---|---|
| Partnership | Record Type |
| AFB INTERNATIONAL | Walmart.com: Marketplace |
| Account ⓘ | Partnership Tag |
| AFB International (/lightning/r/0016100000gmgNuAAI/view) | Domestic;Halloween;SMB SP 2;Strategic;Top 1 MM;WFS;WG - Disputes |
| Portal Display Name ⓘ | Primary Contact |
| Expert Deals | Ezzy Wasserman (/lightning/r/0034M0000224qmkQAA/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | ezzyw@saynbeauty.com (mailto:ezzyw@saynbeauty.com) |
| L1 Reason Codes | FedEx Code |
| | FX7214690449 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ⓘ |
| ☐ | |
| Hold Payment ⓘ | Lead Record Type |
| Live Date | |
| 2/22/2017 3:47 PM | |
| Related Case | |
| Partner ID ⓘ | |
| 10000007913 | |
| Legacy Seller ID ⓘ | |
| 7900 | |
| Onboarding Contact | |
| SellerID ⓘ | |
| 1f111a6c-1bc9-4623-a676-5c763c9576b4 | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |

Existing Shipping Capabilities

Reason for Termination

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?

Why good fit for Walmart Marketplace?

Current Shipping Methods

Partnership
## AFB International (/lightning/r/0016100000g...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

## ∨ Customer Support Information

Customer Service Email
support@saynbeauty.com (mailto:support@saynbeauty.com)

Customer Service URL

Customer Service Phone
(877) 228-9154 (tel:8772289154)

Customer Support Availability

## ∨ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AA3S1T6YVTVCZ&merchant=A
A3S1T6YVTVCZ&redirect=true (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AA3S1T6YVTVCZ&merchant=A
A3S1T6YVTVCZ&redirect=true)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ∨ System Information

2-Day Shipping Enrollment Status
Enrolled

Suppress Reminder Emails?
☐

Created By
█████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:18 PM

Last Modified By
█████████ (/lightning/r/0054M000004UbGIQA0/view),
1/13/2021 5:03 PM

Partnership Details

**Activity**      Chatter

New Event | Email | New Task | More

Set up an event...                                          Add

Filters: All time · All activities · All types  ▼
Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WplwEAC)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

Account
## AMN Distribution

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 474823423 |

Related    **Details**    Advertising Hierarchy

| | |
|---|---|
| Account Name<br>AMN Distribution | Account Owner<br>▬▬▬ (/lightning/r/00561000002UEmaAAG/view) |
| DBA Name<br>Adina's Beauty Store | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>Adina's Beauty Shop | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>474823423 |
| Onboarding Contact | Integration Method Id<br>0016100000W2Ukq |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Partner | Preferred Tax Classification |
| Referred By Channel Partner<br>ChannelAdvisor (/lightning/r/0016100000QIt1zAAB/view) | Country of Incorporation |
| | Han Solo Experience<br>☐ |

### ⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

### ⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name<br>AMN Distribution | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type<br>SS - Category 3 | WMG Industry |
| Advertiser<br>✔ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>✔ | Advertising Planning Kickoff |

### ⌄ Additional Information

| | |
|---|---|
| State of Incorporation<br>Delaware | Year Company Founded<br>2015 |
| DUNS Number<br>80176657 | Diverse Supplier |

### ⌄ Primary Contact Information

Primary Contact

Nechemia Newman (/lightning/r/0036100000h1RDQAA2/view)

## ✓ Address Information

Legal Account **AMN Distribution**
#600 One Commerce Center - 1201 Orange St
Wilmington, Delaware 19899
United States

| | | |
|---|---|---|
| Account Geo United States | Active ✓ | |
| | Account Record Type GFR Partner | W9 Info under review ☐ | Tax ID 474823423 |



(https://www.google.com/maps?q=#600%20One%20Commerce%20Center%20-%201201%20Orange%20St%0AWilmington,%20Delaware%2019899%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ✓ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ✓ Supplier Capability Survey Information

Website
https://brushexpress.com/ (https://brushexpress.com/)

## ✓ System Information

Created By
████████████ (/lightning/r/00561000001nNpHAAU/view),
7/5/2016 4:53 PM

Last Modified By
Automated Process (/lightning/r/00561000000zH2qAAE/view),
10/22/2020 2:41 PM

**Email Widget**

From

████████████████████

\* (required) To

abc@mail.com

Cc

abc@mail.com

## AMN Distribution

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 474823423 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I͟ₓ |

Upload File

[⬆ Upload Files]

[Send Email]

---

### Email Message List

↥ **We found no potential duplicates of this Account.**

### Account Team

| Send Email | New Task | New Event | More |

Write an email...  [Compose]

Filters: All time • All activities • All types  [ ]

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000XMP8DAAX)



Partnership
## AMN Distribution (/lightning/r/00161000...

[+ Follow]  [Generate FedEx Code]  [New Contact]  [New Note]  [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related **Details**

Partnership
AMN Distribution

Record Type
Walmart.com: Marketplace

Account ⓘ
AMN Distribution (/lightning/r/0016100000XMP8DAAX/view)

Partnership Tag
International;SAM Seller;Strategic;WFS;WG - Disputes

Portal Display Name ⓘ
Adina's Beauty Shop

Primary Contact
Nechemia Newman (/lightning/r/0036100000h1RDQAA2/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Head

L0 Reason Codes

Primary Contact Email
nechemia@amndistribution.com
(mailto:nechemia@amndistribution.com)

L1 Reason Codes

FedEx Code
FX48703899069

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ⓘ

Hold Payment ⓘ

Lead Record Type

Live Date
11/29/2016 1:00 PM

Related Case

Partner ID ⓘ
10000002937

Legacy Seller ID ⓘ
2810

Onboarding Contact

SellerID ⓘ
c1087142-1f04-45b0-b8be-17c6fbb1e6f0

ReActive Date

∨ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| --- | --- |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |

| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |
| --- | --- |

## ⌄ Customer Support Information

**Customer Service Email**
ch35986-plhmcfoa@xsell.co (mailto:ch35986-plhmcfoa@xsell.co)

**Customer Service Phone**
(775) 515-7110 (tel:(775) 515-7110)

**Customer Service URL**

**Customer Support Availability**

## ⌄ Marketplace Information

**Store URL - Amazon**
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AR876WRWN8YMG&merch
ant=AR876WRWN8YMG&redirect=true&tag=dailydeal0c6-20
(https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AR876WRWN8YMG&merch
ant=AR876WRWN8YMG&redirect=true&tag=dailydeal0c6-20)

**Store URL - Alibaba**

**Store URL - eBay**

**Store URL - Other**

## ⌄ System Information

**2-Day Shipping Enrollment Status**

**Created By**
⬛⬛⬛ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

**Suppress Reminder Emails?**
☐

**Last Modified By**
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 1/12/2021 5:12 PM

---

**Partnership Details**

---

**Activity**    Chatter

| New Event | Email | New Task | More |
| --- | --- | --- | --- |

| Set up an event... | Add |
| --- | --- |

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WoycEAC)

Account
**Avenue A Stores LLC**

View Duplicates ✕

+ Follow  |  Submit for Approval  |  Printable View  |  Delete  |  ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 812163165 |

Related  **Details**  Advertising Hierarchy

Account Name
Avenue A Stores LLC

Account Owner
(/lightning/r/005610000022qUuAAI/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
812163165

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
South Carolina

Year Company Founded
2016

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
Chris Marcelli (/lightning/r/0036100001ioo1JAAQ/view)

## ∨ Address Information

Account
**Avenue A Stores LLC**

Legal Address
360 Concord St 102
Charleston, South Carolina 29401
United States

View Duplicates ✕
✚ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Gee | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 812163165 |



(https://www.google.com/maps?q=360%20Concord%20St%20102%0ACharleston,%20South%20Carolina%2029401%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 1,
city : 0

Residential Indicators
indicator : 0,
description : Commercial Address

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
www.Myavenuea.com (http://www.Myavenuea.com)

## ∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 1/15/2019 5:53 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
6/23/2020 9:11 AM

## Email Widget

**From**



**Account**
* (required) To
Avenue A Stores LLC
abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 812163165 |

View Duplicates ✕

Follow | Submit for Approval | Printable View | Delete | ▼

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⊞ | ⊟ | ☰ | ☰ | ☰ | Tₓ |

**Upload File**

⬆ Upload Files

Send Email

---

## Email Message List

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

**Account Team (0)** ( /lightning/r/AccountTeamMember/0016100001dbtWrAAI/related/AccountTeamMembers/view) ▼

---

| Send Email | New Task | New Event | More |

Write an email... | Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100001dbtWrAAI)

## Partnership
### Avenue A Stores LLC (/lightning/r/00161...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

Partnership
Avenue A Stores LLC

Account ⓘ
Avenue A Stores LLC (/lightning/r/0016100001dbtWrAAI/view)

Portal Display Name ⓘ
Avenue A Stores LLC

Partnership Status
Live

Suspension Code
0

L0 Reason Codes
Operational Performance

L1 Reason Codes
Cancellations

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
2/21/2019 1:55 PM

Related Case

Partner ID ⓘ
10001022612

Legacy Seller ID ⓘ
101003242

Onboarding Contact

SellerID ⓘ
2cbd52cb-c864-4948-9a7d-8ac38310c3dc

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;LineOfCredit-Marcus;SMB SP 2

Primary Contact
Chris Marcelli (/lightning/r/0036100001ioo1JAAQ/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
chris@myavenuea.com (mailto:chris@myavenuea.com)

FedEx Code
FX85421414065

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership
Can you **Avenue A Stores bLC** (/lightning/r/00161...

Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## ⌄ Customer Support Information

Customer Service Email
support@myavenuea.com (mailto:support@myavenuea.com)

Customer Service URL

Customer Service Phone
(843) 633-2815 (tel:8436332815)

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AW41ZMQSR30VX&mercha
nt=AW41ZMQSR30VX (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AW41ZMQSR30VX&mercha
nt=AW41ZMQSR30VX)

Store URL - eBay
https://www.ebay.com/str/avenueastoresllc?
_trksid=p2047675.l2563
(https://www.ebay.com/str/avenueastoresllc?
_trksid=p2047675.l2563)

Store URL - Alibaba

Store URL - Other
Groupon.com/AvenueA (http://Groupon.com/AvenueA)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 1/15/2019 5:54 PM

Last Modified By
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 1/23/2021 9:03 AM

Partnership Details

**Activity**    Chatter

New Event    Email    New Task    More

Set up an event...                                              Add

Filters: All time · All activities · All types    ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001LonFEAS)

⌄ **Upcoming & Overdue**

Account
**Banner Beauty Bar, LLC**

+ Follow | Submit for Approval | Printable View | Delete | ▼

Related | **Details** | Advertising Hierarchy

Account Name
Banner Beauty Bar, LLC

Account Owner
◼◼◼◼◼ (/lightning/r/005610000023M9FAAU/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
Fab Products, LLC

Account Geo
United States

W9 Info under review
☐

Tax ID
472245435

Onboarding Contact

Integration Method Id
0016100000QIt1z

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner
ChannelAdvisor (/lightning/r/0016100000QIt1zAAB/view)

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Washington

Year Company Founded
2014

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact

Renee Bloom (/lightning/r/0036100000b9CIXAAU/view)

## ∨ Address Information

35402 SE Center Street, Bldg E Unit H
Snoqualmie, Washington 98065
United States



(https://www.google.com/maps?
q=35402%20SE%20Center%20Street,%20Bldg%20E%20Unit%20H%0ASnoqualmie,%20Washington%2098065%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website

## ∨ System Information

Created By
(/lightning/r/00561000001nNpHAAU/view),
5/12/2016 4:55 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
8/6/2020 12:06 PM

---

**Email Widget**

From

* (required) To

(required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject
Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** *I* U̲ S̶ | ☰ ☷ ⇥ ⇤ | ☰ ☰ ☰ | I_x |

Upload File

⬆ Upload Files

Send Email

**Email Message List**

⚐ **We found no potential duplicates of this Account.**

**Account Team**

Send Email  New Task  New Event  More

Write an email...  Compose

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000W1U6TAAV)



## Partnership
### Banner Beauty Bar, LLC (/lightning/r/001...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

Partnership
Banner Beauty Bar, LLC

Account ⓘ
Banner Beauty Bar, LLC
(/lightning/r/0016100000W1U6TAAV/view)

Portal Display Name ⓘ
Fab Products, LLC

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
10/12/2016 6:56 PM

Related Case

Partner ID ⓘ
10000001716

Legacy Seller ID ⓘ
1823

Onboarding Contact

SellerID ⓘ
96985d76-ec3c-4a8f-83ad-bc791f8e92d0

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;LineOfCredit-Marcus;SAM Seller;Strategic;Top 1 MM;WG
- Disputes

Primary Contact
Renee Bloom (/lightning/r/0036100000b9ClXAAU/view)

Partnership Type

Partner Tier
Head

Primary Contact Email
renee@fabproducts.net (mailto:renee@fabproducts.net)

FedEx Code
FX67221305385

Diverse Supplier

Onboarding Owner ⓘ
█████████ (/lightning/r/00561000002ryA1AAI/view)

Lead Record Type

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

**Banner Beauty Bar, LLC (/lightning/r/001...**

Can you record your payment history?    Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## ⌄ Customer Support Information

Customer Service Email
customerservice@fabproducts.net (mailto:customerservice@fab...

Customer Service URL

Customer Service Phone
(954) 881-4949 (tel:9548814949)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/Poo-Pourri-Before-You-Go-Toilet-2-
Ounce-Original/dp/B0014DP9Y4/ref=sr_1_4?
ie=UTF8&qid=1467833144&sr=8-
4&keywords=banner+beauty+bar+llc
(https://www.amazon.com/Poo-Pourri-Before-You-Go-Toilet-2-
Ounce-Original/dp/B0014DP9Y4/ref=sr_1_4?
ie=UTF8&qid=1467833144&sr=8-
4&keywords=banner+beauty+bar+llc)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
▓▓▓▓▓ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:07 AM

Partnership Details

Activity      Chatter

New Event      Email      New Task      More

Set up an event...                                         Add

Filters: All time · All activities · All types   ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WodGEAS)

Partnership
# BATH WATER MARKETING INC. (/lightnin...

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

---

Related    **Details**

Partnership
BATH WATER MARKETING INC.

Record Type
Walmart.com: Marketplace

Account ❶
BATH WATER MARKETING INC.
(/lightning/r/0016100000UuStnAAF/view)

Partnership Tag
Domestic;Halloween;LineOfCredit-Marcus;SMB SP
2;Strategic;WFS;WG - Disputes

Portal Display Name ❶
CosmeticMall

Primary Contact
mike salvato (/lightning/r/0034M00001pPgnEQAS/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Body

L0 Reason Codes

Primary Contact Email
mike@cosmeticmall.com (mailto:mike@cosmeticmall.com)

L1 Reason Codes

FedEx Code
FX62896010182

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ❶

Hold Payment ❶

Lead Record Type

Live Date
7/18/2016 2:20 PM

Related Case

Partner ID ❶
10000000580

Legacy Seller ID ❶
720

Onboarding Contact

SellerID ❶
1341d270-8c42-4147-9222-ac30907abd85

ReActive Date

⌄ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |

| Existing Shipping Capabilities | Current Shipping Methods |

| Reason for Termination | Transporting goods from another country? |
| Partnership | |

**BATH WATER MARKETING INC. (/lightnin...**    + Follow    Generate FedEx Code    New Contact    New Note   ▼

Can you list your competitive...    Why good fit for Walmart Marketplace?

## ˅ Customer Support Information

Customer Service Email
service@cosmeticmall.com (mailto:service@cosmeticmall.com)

Customer Service URL

Customer Service Phone
(800) 805-5493 (tel:(800) 805-5493)

Customer Support Availability

## ˅ Marketplace Information

Store URL - Amazon
http://www.amazon.com/gp/node/index.html?
ie=UTF8&merchant=&node=4184001&redirect=true
(http://www.amazon.com/gp/node/index.html?
ie=UTF8&merchant=&node=4184001&redirect=true)

Store URL - eBay

Store URL - Alibaba

Store URL - Other
http://cosmeticmall.com (http://cosmeticmall.com)

## ˅ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:36 AM

---

Partnership Details

---

**Activity**     Chatter

| New Event | Email | New Task | More |

| Set up an event... | Add |

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WobVEAS)

Account
**BATH WATER MARKETING INC.**

View Duplicates

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 273019102 |

---

Related | **Details** | Advertising Hierarchy

Account Name
BATH WATER MARKETING INC.

Account Owner
(/lightning/r/00561000002rHhgAAE/view)

DBA Name
CosmeticMall.com

Account Record Type
GFR Partner

Walmart Display Name
CosmeticMall

Account Geo
United States

W9 Info under review
☐

Tax ID
273019102

Onboarding Contact

Integration Method Id
0016100000QIt1z

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner
ChannelAdvisor (/lightning/r/0016100000QIt1zAAB/view)

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Florida

Year Company Founded
1996

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
Jay Katz (/lightning/r/0036100000a7CfeAAE/view)

## ⌄ Address Information

Account
Legal Address
**BATH WATER MARKETING INC.**
382 NE 191st St #18998 CosmeticMall.com
Miami, Florida 33179
United States

View Duplicates ✕

＋ Follow    Submit for Approval    Printable View    Delete    ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 273019102 |



(https://www.google.com/maps?
q=382%20NE%20191st%20St%20#18998%20CosmeticMall.com%0AMiami,%20Florida%2033179%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
http://www.cosmeticmall.com (http://www.cosmeticmall.com)

## ⌄ System Information

Created By
(/lightning/r/00561000000bGvOAAU/view), 5/2/2016 9:57 AM

Last Modified By
(/lightning/r/00561000003OF9nAAG/view), 9/2/2020 2:10 PM

---

**Email Widget**

From

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 273019102 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S̶ | ☰ | ☷ | ⫶ | ⫶ | ☰ | ☰ | ☰ | I̶ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

**Account Team**

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

| Write an email... | Compose |



**Partnership**
# Brautigam Inc (/lightning/r/0014M00001...)

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

---

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

---

Related | **Details**

| | |
|---|---|
| **Partnership** | **Record Type** |
| Brautigam Inc | Walmart.com: Marketplace |
| **Account**  ℹ | **Partnership Tag** |
| Brautigam Inc (/lightning/r/0014M00001tBhUnQAK/view) | SMB |
| **Portal Display Name** ℹ | **Primary Contact** |
| Freedom Basics | Robert Brautigam (/lightning/r/0034M000021YxDuQAK/view) |
| **Partnership Status** | **Partnership Type** |
| Live | Unmanaged |
| **Suspension Code** | **Partner Tier** |
| 0 | Body |
| **L0 Reason Codes** | **Primary Contact Email** |
| | rob.brautigam@gmail.com (mailto:rob.brautigam@gmail.com) |
| **L1 Reason Codes** | **FedEx Code** |
| | FX27639358747 |
| **L2 Reason Codes** | **Diverse Supplier** |
| **Hold Fulfillment** | **Onboarding Owner** ℹ |
| ☐ | ▇▇▇▇▇▇▇ (/lightning/r/0054M000003m4ntQAA/view) |
| **Hold Payment** ℹ | **Lead Record Type** |
| | Inbound Lead |
| **Live Date** | |
| 1/6/2021 2:39 PM | |
| **Related Case** | |
| **Partner ID** ℹ | |
| 10001075288 | |
| **Legacy Seller ID** ℹ | |
| 101055913 | |
| **Onboarding Contact** | |
| **SellerID** ℹ | |
| 5950506c-2851-48af-941e-0e958f871132 | |
| **ReActive Date** | |

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities | Payment Processor

PAYONEER

| | |
|---|---|
| Existing Shipping Capabilities | Current Shipping Methods |
| | UPS;FedEx;USPS;DHL |
| Reason for Termination | Transporting goods from another country? |
| Partnership | |

Can you sell at a competitive price?    Why good fit for Walmart Marketplace?
Yes

## ⌄ Customer Support Information

Customer Service Email
admin@freedombasics.net (mailto:admin@freedombasics.net)

Customer Service Phone
(203) 491-0076 (tel:2034910076)

Customer Service URL

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - Alibaba

Store URL - eBay

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 12/30/2020 6:23 PM

Suppress Reminder Emails?
☐

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
1/6/2021 2:39 PM

---

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...    [ Add ]

Filters: All time · All activities · All types    ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002p9pZUAQ)

### ⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

Account
## Brautigam Inc

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 822746597 |

---

| Related | **Details** | Advertising Hierarchy |

Account Name
Brautigam Inc

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
Brautigam Inc

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
822746597

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
12/30/2020 6:02 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
12/30/2020 6:23 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Connecticut

Year Company Founded
2017

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
[Robert Brautigam](/lightning/r/0034M000021YxDuQAK/view)

## Account
**Brautigam Inc**

| Follow | Submit for Approval | Printable View | Delete | ▼ |

∨ Address Information

Legal Address
[18 Bentagrass Lane](#)
[Newtown, Connecticut 06470](#)
[United States](#)

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| --- | --- | --- | --- | --- |
| | ☑ | GFR Partner | ☐ | 822746597 |

[(https://www.google.com/maps?q=18%20Bentagrass%20Lane%0ANewtown,%20Connecticut%2006470%0AUnited%20States)](https://www.google.com/maps?q=18%20Bentagrass%20Lane%0ANewtown,%20Connecticut%2006470%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website
[robbrautigam.com (http://robbrautigam.com)](http://robbrautigam.com)

∨ System Information

Created By
[Application Form 3 Site Guest User](/lightning/r/00561000002r6ygAAA/view)
(/lightning/r/00561000002r6ygAAA/view)
, 12/30/2020 6:23 PM

Last Modified By
[Automated Process](/lightning/r/00561000000zH2qAAE/view) (/lightning/r/00561000000zH2qAAE/view), 1/3/2021
3:08 PM

---

**Email Widget**

From
█████████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

Account
**Brautigam Inc**                                                    ☐ Follow    Submit for Approval    Printable View    Delete    ▼

BCc
abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 822746597 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ≔ | ≔ | ⫯ | ⫯ | ≡ | ≡ | ≡ | Iₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

Send Email    New Task    New Event    More

Write an email...                                                    Compose



+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Pɹospɛcɫıuɓ  Oupoɹqıuɓ  Live  Suspended  Terminated  Onboarding_In...  TnS Declined

Mark Partnership Status as Complete

Related  **Details**

| | |
|---|---|
| Partnership | Record Type |
| BuyDBest Incorporated | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| BuyDBest Incorporated (/lightning/r/0016100000XJgyBAAT/view) | Domestic;Halloween;LineOfCredit-Marcus;SMB SP 2;WFS |
| Portal Display Name ❶ | Primary Contact |
| BuyDBest Incorporated | Gil Bar Lev (/lightning/r/0036100000eYXgzAAG/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | giladbl@buydbest.com (mailto:giladbl@buydbest.com) |
| L1 Reason Codes | FedEx Code |
| | FX19691033865 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 9/21/2016 6:32 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10000001833 | |
| Legacy Seller ID ❶ | |
| 1816 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 0986bf74-0050-48b6-b06f-4c79a646d4d6 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities          Payment Processor

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership
Why good fit for Walmart Marketplace?

Can yBuyDBest Incorporated (/lightning/r/001...

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## Customer Support Information

Customer Service Email
cc@buydbest.com (mailto:cc@buydbest.com)

Customer Service URL

Customer Service Phone
(973) 498-8232 (tel:(973) 498-8232)

Customer Support Availability

## Marketplace Information

Store URL - Amazon
https://www.amazon.com/gp/node/index.html?
ie=UTF8&marketplaceID=ATVPDKIKX0DER&me=A1I528CNKHIJI9
&merchant=A1I528CNKHIJI9&redirect=true
(https://www.amazon.com/gp/node/index.html?
ie=UTF8&marketplaceID=ATVPDKIKX0DER&me=A1I528CNKHIJI9
&merchant=A1I528CNKHIJI9&redirect=true)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
▮▮▮▮▮ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:07 AM

Partnership Details

## Activity    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...    Add

Filters: All time • All activities • All types ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WovAEAS)

⌄ Upcoming & Overdue

Account
**BuyDBest Incorporated**

 + Follow | Submit for Approval | View Duplicates ✕ | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

Account Name
BuyDBest Incorporated

Account Owner
(/lightning/r/00561000002rHc2AAE/view)

DBA Name
BuyDBest

Account Record Type
GFR Partner

Walmart Display Name
BuyDBest Incorporated

Account Geo
United States

W9 Info under review
☐

Tax ID
264461124

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved

Advertising Planning Kickoff

☐

## Additional Information

State of Incorporation
New Jersey

**Account**
**BuyDBest Incorporated**

DUNS Number

Account Geo
United States

Active
☑

Account Record Type
GFR Partner

Founded

Diverse Supplier

W9 Info under review
☐

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

## Primary Contact Information

Primary Contact
Gil Bar Lev (/lightning/r/0036100000eYXgzAAG/view)

## Address Information

Legal Address
24 Garwood Rd.
Fairlawn, New Jersey 07410
United States



(https://www.google.com/maps?q=24%20Garwood%20Rd.%0AFairlawn,%20New%20Jersey%2007410%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

**Website**
http://www.buydbest.com (http://www.buydbest.com)

## Account Information

### BuyDBest Incorporated

View Duplicates ✕ | + Follow | Submit for Approval | Printable View | Delete | ▼

**Created By**
Claire Siegel (/lightning/r/00561000003etHkKAAU/view),
8/24/2016 12:03 PM

**Last Modified By**
(/lightning/r/00561000003DqoWAAS/view),
7/20/2020 2:45 PM

Account
United States

W9 Info under
GFR Partner ☐

---

## Email Widget

**From**

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ◂☰ | ☰▸ | ≡ | ≡ | ≡ | I̲ₓ |

**Upload File**

⬆ Upload Files

Send Email

---

## Email Message List

---

🕴 **We found 1 potential duplicate of this Account.**
View Duplicates

---

### Account Team

Account
## Call Us Trading

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | |

---

Related    **Details**    Advertising Hierarchy

| | |
|---|---|
| Account Name<br>Call Us Trading | Account Owner<br>▮▮▮▮▮ (/lightning/r/00561000002TL3NAAW/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>SC-Mart | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience<br>☐ |

### ⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

### ⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name<br>0014M00001gikyG | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type | WMG Industry |
| Advertiser<br>☐ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☐ | Advertising Planning Kickoff |

### ⌄ Additional Information

| | |
|---|---|
| State of Incorporation | Year Company Founded |
| DUNS Number | Diverse Supplier |

### ⌄ Primary Contact Information

Primary Contact
Danny Wong (/lightning/r/0034M00001rsLBVQA2/view)

## Address Information

Legal Account
**Call Us Trading**

| | | Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | |



(https://www.google.com/maps?q=United%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

## System Information

Created By
███████ (/lightning/r/00561000002TL3NAAW/view), 5/14/2019 9:16 AM

Last Modified By
███████ (/lightning/r/00561000003OF9nAAG/view), 7/20/2020 7:11 PM

---

**Email Widget**

From
███████████████

* (required) To

abc@mail.com



Cc

abc@mail.com

BCc

abc@mail.com

**Call Us Trading**

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☷ | ⇥ | ⇤ | ≡ | ≡ | ≡ | T× |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

✶ We found no potential duplicates of this Account.

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...                          Compose

Filters: All time • All activities • All types  ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001gikyGQAQ)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

---

**Files**

## Partnership
### All world commerce Inc. (/lightning/r/00...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

Partnership
Call us Trading Inc.

Record Type
Walmart.com: Marketplace

Account ❶
All world commerce Inc.
(/lightning/r/00161000014II3eAAG/view)

Partnership Tag
Domestic;SMB SP 2;Strategic;WG - Disputes

Portal Display Name ❶
SC-Mart

Primary Contact
DANNY W (/lightning/r/00361000015dJINAA2/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Body

L0 Reason Codes

Primary Contact Email
dannyw3333@gmail.com (mailto:dannyw3333@gmail.com)

L1 Reason Codes

FedEx Code
FX18622505293

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ❶

Hold Payment ❶

Lead Record Type

Live Date
9/19/2017 11:46 AM

Related Case

Partner ID ❶
10000015429

Legacy Seller ID ❶
14705

Onboarding Contact

SellerID ❶
8ecc59d8-cfc0-4375-9263-02cf608a769e

ReActive Date

∨ Seller Shipping & Operations Information

Existing Fulfilment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Can you fulfill orders from the US?

**All world commerce Inc. (/lightning/r/00...**

+ Follow     Generate FedEx Code     New Contact     New Note     ▼

Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
scmartstore@gmail.com (mailto:scmartstore@gmail.com)

Customer Service URL

Customer Service Phone
(949) 975-9905 (tel:9499759905)

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon
amazon.com (http://amazon.com)

Store URL - eBay
ebay.com (http://ebay.com)

Store URL - Alibaba

Store URL - Other
Sears (http://Sears)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
████████
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:58 PM

Last Modified By
████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 6:59 PM

### Partnership Details

## Activity     Chatter

New Event     Email     New Task     More

Set up an event...          Add

Filters: All time · All activities · All types     ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=2Q61000001Wz7zEAC)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

⌄ **March · 2018**                                                    3 Years Ago

## Account

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 822122036 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Christopher Lees

Account Owner
👤 _____ (/lightning/r/00561000001jiwqAAA/view)

DBA Name
Otapot

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
822122036

Onboarding Contact

Integration Method Id
0016100000dkTwaAAE

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
9/14/2019 6:59 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
9/14/2019 7:01 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name
0014M00001k5X04

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation

Year Company Founded

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Cynthia Lees (/lightning/r/0034M00001pj389QAA/view)

## ∨ Address Information

Legal Address
Account
460 Camino del Remedio, Unit C
Santa Barbara, California 93110
United States

Account Geo          Active ☑          Account Record Type          W9 Info under review ☐          Tax ID
United States                            GFR Partner                                                  822122036

+ Follow   Submit for Approval   Printable View   Delete   ▼

(https://www.google.com/maps?
q=460%20Camino%20del%20Remedio,%20Unit%20C%0ASanta%20Barbara,%20California%2093110%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 0,
city : 0

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website

## ∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 9/14/2019 7:01 PM

Last Modified By
████████████ (/lightning/r/00561000003OF9nAAG/view),
7/20/2020 6:15 PM

## Email Widget

From

▮▮▮▮▮▮▮▮▮▮▮

* (required) ID    Account

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 822122036 |

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | T_x |

Upload File

[ ⬆ Upload Files ]

[ Send Email ]

---

## Email Message List

---

⚡ **We found no potential duplicates of this Account.**

---

## Account Team

---

Send Email | New Task | New Event | More

| Write an email... | [ Compose ] |

Filters: All time • All activities • All types [ ]



## Partnership
## Clay Creek Enterprises (/lightning/r/0014...

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |
|---|---|---|---|---|---|---|

**Mark Partnership Status as Complete**

---

Related    **Details**

**Partnership**
Clay Creek Enterprises

**Account** ⓘ
Clay Creek Enterprises
(/lightning/r/0014M00001oRBrAQAW/view)

**Portal Display Name** ⓘ

**Partnership Status**
Live

**Suspension Code**
0

**L0 Reason Codes**

**L1 Reason Codes**

**L2 Reason Codes**

**Hold Fulfillment**
☐

**Hold Payment** ⓘ

**Live Date**
6/29/2020 6:50 AM

**Related Case**

**Partner ID** ⓘ
10001045627

**Legacy Seller ID** ⓘ
101026249

**Onboarding Contact**

**SellerID** ⓘ
481f9858-e76f-432a-888e-8285484945d9

**ReActive Date**

**Record Type**
Walmart.com: Marketplace

**Partnership Tag**
SMB SP 2

**Primary Contact**
michael wilcox (/lightning/r/0034M00001wvkZrQAI/view)

**Partnership Type**
Unmanaged

**Partner Tier**
Body

**Primary Contact Email**
michaelericwilcox@gmail.com
(mailto:michaelericwilcox@gmail.com)

**FedEx Code**
FX75690516003

**Diverse Supplier**

**Onboarding Owner** ⓘ

**Lead Record Type**

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
HYPERWALLET

Existing Shipping Capabilities

Current Shipping Methods
UPS;USPS;FBA

Reason for Termination

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?
Yes

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
claycreekenterprises@gmail.com (mailto:claycreekenterprises@g...

Customer Service URL

Customer Service Phone
(616) 755-3507 (tel:6167553507)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/26/2020 9:34 AM

Last Modified By
▇▇▇▇▇▇▇▇ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:03 PM

Partnership Details

---

**Activity**      Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...                    [Add]

Filters: All time • All activities • All types   ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M0000020HWLUA2)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ October • 2020

Account
**Clay Creek Enterprises**

[ + Follow ]  [ Submit for Approval ]  [ Printable View ]  [ Delete ]  [ ▼ ]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 851165932 |

---

Related   **Details**   Advertising Hierarchy

| | |
|---|---|
| Account Name<br>Clay Creek Enterprises | Account Owner<br>Walmart System User (/lightning/r/00561000001zBDOAA2/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>851165932 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally?<br>No |
| Integration Channel<br>Direct | Preferred Tax Classification<br>W9 |
| Referred By Channel Partner | Country of Incorporation<br>United States |
| | Han Solo Experience<br>☐ |

⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date<br>5/26/2020 8:21 AM | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date<br>5/26/2020 9:34 AM |
| Contact Exists<br>☐ | |

⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type | WMG Industry |
| Advertiser<br>☐ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☐ | Advertising Planning Kickoff |

⌄ Additional Information

| | |
|---|---|
| State of Incorporation<br>Michigan | Year Company Founded<br>2020 |
| DUNS Number | Diverse Supplier |

⌄ Primary Contact Information

Primary Contact
michael wilcox (/lightning/r/0034M00001wvkZrQAI/view)

## ⌄ Address Information

Account
**Clay Creek Enterprises**

Legal Address
336 Webster St.
Pinckney, Michigan 48169
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 851165932 |

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▾]

(https://www.google.com/maps?q=336%20Webster%20St.%0APinckney,%20Michigan%2048169%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/26/2020 9:34 AM

Last Modified By
████████ (/lightning/r/0054M000004UUNRQA4/view), 8/28/2020
4:53 PM

**Email Widget**

From
████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

Account
BCc **Clay Creek Enterprises**
abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 851165932 |

Subject

Subject

Email Body

| Salesforce Sans ▾ | 12 ▾ | **B** | *I* | U̲ | S̶ | ≣ | ≣ | ⫤ | ⫣ | ≡ | ≡ | ≡ | Tₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🕴 **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

| Write an email... | Compose |

Filters: All time • All activities • All types



## Partnership
# Alex Far (/lightning/r/00161000014uasu...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

---

**Partnership**
Crystal Clear Spa

**Account** ⓘ
Alex Far (/lightning/r/00161000014uasuAAA/view)

**Portal Display Name** ⓘ
BEAUTIFY

**Partnership Status**
Live

**Suspension Code**

**L0 Reason Codes**

**L1 Reason Codes**

**L2 Reason Codes**

**Hold Fulfillment**
☐

**Hold Payment** ⓘ

**Live Date**
2/2/2018 4:02 PM

**Related Case**

**Partner ID** ⓘ
10000018258

**Legacy Seller ID** ⓘ
17427

**Onboarding Contact**

**SellerID** ⓘ
b873026f-3871-4021-94d5-8fdbdced1f18

**ReActive Date**

**Record Type**
Walmart.com: Marketplace

**Partnership Tag**
Domestic;LineOfCredit-Marcus;SMB SP 2;Strategic;Top 1
MM;WFS;WG - Disputes

**Primary Contact**
Alex Far (/lightning/r/0036100001KmdhFAAR/view)

**Partnership Type**

**Partner Tier**
Body

**Primary Contact Email**
7on5shop@gmail.com (mailto:7on5shop@gmail.com)

**FedEx Code**
FX46202748077

**Diverse Supplier**

**Onboarding Owner** ⓘ

**Lead Record Type**

---

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Existing Shipping Capabilities

Reason for Termination

Payment Processor
PAYONEER

Current Shipping Methods

Transporting goods from another country?

Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
crystalclearspa@gmail.com (mailto:crystalclearspa@gmail.com)

Customer Service Phone
(310) 948-8434 (tel:3109488434)

Customer Service URL

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon
www.amazon.com/shops/divinebeautyspa
(http://www.amazon.com/shops/divinebeautyspa)

Store URL - Alibaba

Store URL - eBay
https://www.ebay.com/usr/mokshaelements
(https://www.ebay.com/usr/mokshaelements)

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 1/16/2018 1:00 PM

Suppress Reminder Emails?
☐

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 12:32 PM

---

Partnership Details

---

**Activity**     Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | Add |
|---|---|

Filters: All time • All activities • All types  ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001X5NDEA0)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ February • 2018                                    3 Years Ago

## Account
# CRYSTAL CLEAR SPA

▬▬▬▬▬▬▬▬▬▬▬▬  <u>View Duplicates</u>  ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| Canada | ☑ | GFR Partner | ☐ | |

---

Related | **Details** | Advertising Hierarchy

Account Name
CRYSTAL CLEAR SPA

Account Owner
▬▬▬▬▬ (/lightning/r/0054M000004UTD1QAO/view)

DBA Name
CRYSTAL CLEAR SPA

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
Canada

W9 Info under review
☐

Tax ID

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
California

Year Company Founded
2011

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact

alex far (/lightning/r/0034M00001zCCobQAG/view)

## ∨ Address Information

Account
**CRYSTAL CLEAR SPA**

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

Legal Address
5107 CATALON AVENUE
WOODLAND HILLS, California 91364

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States Canada | ☑ | GFR Partner | ☐ | |

(https://www.google.com/maps?q=5107%20CATALON%20AVENUE%0AWOODLAND%20HILLS,%20California%2091364%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website

## ∨ System Information

Created By
_____ (/lightning/r/0054M000003tQbaQAE/view), 10/2/2020 1:49 PM

Last Modified By
_____ (/lightning/r/0054M000003mOAXQA2/view), 1/14/2021 4:27 PM

**Email Widget**

From
_____

* (required) To
abc@mail.com

abc@mail.com

Cc

abc@mail.com

BCc

Account

abc@mail.com

**CRYSTAL CLEAR SPA**

Subject

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| Canada | ✔ | GFR Partner | ☐ | |

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☰ | ▪| | |▪ | ☰ | ☰ | ☰ | I̶ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 6 potential duplicates of this Account.**
View Duplicates

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email...                    Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001qhbqBQAQ)



| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

Partnership
Cyberteams Inc

Record Type
Walmart.com: Marketplace

Account ⓘ
Cyberteams Inc (/lightning/r/0016100000cPzhQAAS/view)

Partnership Tag
Domestic;SMB SP 2;Top 1 MM;WFS

Portal Display Name ⓘ
Quick E Shop

Primary Contact
Ariya Arshadnia (/lightning/r/0036100000ohsV8AAI/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Body

L0 Reason Codes

Primary Contact Email
quickeshopper@gmail.com (mailto:quickeshopper@gmail.com)

L1 Reason Codes

FedEx Code
FX36882133650

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ⓘ

Hold Payment ⓘ

Lead Record Type

Live Date
1/27/2017 5:20 PM

Related Case

Partner ID ⓘ
10000005379

Legacy Seller ID ⓘ
5417

Onboarding Contact

SellerID ⓘ
9b8dba83-bce6-4eb8-afe0-32f532aefa73

ReActive Date

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

PAYONEER

| Existing Shipping Capabilities | Current Shipping Methods |
| --- | --- |

| Reason for Termination | Transporting goods from another country? |
| --- | --- |

Partnership

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Can you Ship to a Walmart Fulfillment Center? | Why good fit for Walmart Marketplace?

## ∨ Customer Support Information

**Customer Service Email**
quickeshopper@gmail.com (mailto:quickeshopper@gmail.com)

**Customer Service URL**

**Customer Service Phone**
(310) 903-7222 (tel:3109037222)

**Customer Support Availability**

## ∨ Marketplace Information

**Store URL - Amazon**
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=ADTIEFXMUOV0B&mercha
nt=ADTIEFXMUOV0B&redirect=true (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=ADTIEFXMUOV0B&mercha
nt=ADTIEFXMUOV0B&redirect=true)

**Store URL - eBay**
http://stores.ebay.com/Quick-e-shoppe?_trksid=p2047675.I2563
(http://stores.ebay.com/Quick-e-shoppe?
_trksid=p2047675.I2563)

**Store URL - Alibaba**

**Store URL - Other**

## ∨ System Information

**2-Day Shipping Enrollment Status**

**Suppress Reminder Emails?**
☐

**Created By**
███████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:28 PM

**Last Modified By**
███████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 6:59 PM

Partnership Details

## **Activity**    Chatter

| New Event | Email | New Task | More |
| --- | --- | --- | --- |

Set up an event... | Add

Filters: All time · All activities · All types ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wr2gEAC)

∨ **Upcoming & Overdue**

No next steps

Account
## Cyberteams Inc

▬▬▬▬▬▬▬▬▬▬▬ View Duplicates ✕
+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 272262925 |

Related | **Details** | Advertising Hierarchy

Account Name
Cyberteams Inc

Account Owner
▬▬▬▬ (/lightning/r/00561000002rHhgAAE/view)

DBA Name
Quick E Shop

Account Record Type
GFR Partner

Walmart Display Name
Quick E Shop

Account Geo
United States

W9 Info under review
☐

Tax ID
272262925

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name
Cyberteams Inc

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type
SS - Category 3

WMG Industry

Advertiser
☑

Advertising API Partner
☐

Advertising Credit Approved
☑

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
California

Year Company Founded
2010

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Ariya Arshadnia (/lightning/r/0036100000ohsV8AAI/view)

## Address Information

Cyberteams Inc

Legal Address
2202 S. Figueroa St # 5004
Los Angeles, California 90007
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 272262925 |



(https://www.google.com/maps?q=2202%20S.%20Figueroa%20St%20#%205004%0ALos%20Angeles,%20California%2090007%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=ADTIEFXMUOV0B&merchant=ADTIEF
XMUOV0B&redirect=true (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=ADTIEFXMUOV0B&merchant=ADTIEF
XMUOV0B&redirect=true)

## System Information

Created By
_____ (/lightning/r/00561000000btQzAAI/view), 9/22/2016
4:12 PM

Last Modified By
_____ (/lightning/r/00561000003OF9nAAG/view),
9/2/2020 2:04 PM

**Email Widget**

From

| | | + Follow | Submit for Approval | Printable View | Delete | ▼ |

**Account**
## Cyberteams Inc

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 272262925 |

* (required) To

abc@mail.com

Cc

abc@mail.com

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇤ | ⇥ | ☰ | ☰ | ☰ | I̶ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**

View Duplicates

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...    Compose

Filters: All time • All activities • All types ⬜



Partnership
## David's direct discount deals llc (/lightnin...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

Partnership
David's direct discount deals llc

Account ⓘ
David's direct discount deals llc
(/lightning/r/0014M00001m6bnIQAA/view)

Portal Display Name ⓘ
David's direct discount deals llc

Partnership Status
Live

Suspension Code
0

L0 Reason Codes
Operational Performance

L1 Reason Codes
Valid tracking

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
4/24/2020 4:59 PM

Related Case

Partner ID ⓘ
10001037457

Legacy Seller ID ⓘ
101018078

Onboarding Contact

SellerID ⓘ
8fee84a3-9de4-473f-809c-022cba495b5f

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
SMB SP 2;WFS

Primary Contact
Brock Isenhower (/lightning/r/0034M00001t6A80QAE/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
brenten@davidsdirectmarket.com
(mailto:brenten@davidsdirectmarket.com)

FedEx Code
FX76764492521

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type

⌄ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |
| | USPS |

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?
Yes

Why good fit for Walmart Marketplace?
We have shown that we can sell product and give the customer the right product on time every time. We ship orders the same day. We have unbeatable prices.

## ⌄ Customer Support Information

Customer Service Email
va1@davidsdirectmarket.com (mailto:va1@davidsdirectmarket.c...

Customer Service URL

Customer Service Phone
(765) 326-1787 (tel:7653261787)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
████████ (/lightning/r/00561000002UEmFAAW/view),
2/5/2020 11:01 AM

Last Modified By
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 2/23/2021 8:50 AM

---

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...          Add

Filters: All time • All activities • All types    ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002zUnwUAE)

⌄ Upcoming & Overdue

Account
**David's direct discount deals llc**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| | | | | |
|---|---|---|---|---|
| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| United States | ☑ | GFR Partner | ☐ | 842375710 |

---

**W9 Validation**

This Account is currently in W9 Validation.

| Go to the W9 Ticket |

---

Related  **Details**  Advertising Hierarchy

| | |
|---|---|
| Account Name | Account Owner |
| David's direct discount deals llc | 👤 ████ (/lightning/r/00561000001jiwqAAA/view) |
| DBA Name | Account Record Type |
| David's direct discount deals | GFR Partner |
| Walmart Display Name | Account Geo |
| | United States |
| W9 Info under review | Tax ID |
| ☐ | 842375710 |
| Onboarding Contact | Integration Method Id |
| | 0016100001NIIRzAAP |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| | No |
| Integration Channel | Preferred Tax Classification |
| | W9 |
| Referred By Channel Partner | Country of Incorporation |
| | |
| | Han Solo Experience |
| | ☐ |

⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| 11/1/2019 12:04 PM | |
| Is Contact Duplicate | Application Updated Date |
| ☐ | 2/3/2020 11:52 AM |
| Contact Exists | |
| ☐ | |

⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| | |
| Advertising Revenue | Advertising Primary Contact |
| $0.00 | |
| Advertising Type | WMG Industry |
| | |
| Advertiser | Advertising API Partner |
| ☐ | ☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |
| ☐ | |

⌄ Additional Information

| | |
|---|---|
| State of Incorporation | Year Company Founded |

| DUNS Number | Diverse Supplier |
|---|---|

## Primary Contact Information

Account
**David's direct discount deals llc**

Primary Contact
Brock Isenhower (/lightning/r/0034M00001t6A80QAE/view)

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | | GFR Partner | ☐ | 842375710 |

## Address Information

Legal Address
818 n. Meridian st
Lebanon, Indiana 46052
United States



(https://www.google.com/maps?q=818%20n.%20Meridian%20st%0ALebanon,%20Indiana%2046052%0AUnited%20States)

Verified Indicator
zip : 1,
streetAddress : 1,
state : 1,
phone : 0,
fein : 0,
companyName : 1,
city : 1

Residential Indicators
indicator : 2,
description : Potential SOHO

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

| Created By | Last Modified By |
|---|---|



(/lightning/r/00561000002UEmFAAW/view), 2/5/2020 11:00 AM

Automated Process (/lightning/r/00561000000zH2qAAE/view), 2/23/2021 7:27 AM

**Email Widget**

Account
**David's direct discount deals llc**

+ Follow   Submit for Approval   Printable View   Delete ▼

From

Acco... | Account Record Type | W9 Info under review | Tax ID
Unit... ☑ | GFR Partner | ☐ | 842375710

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

Salesforce Sans ▼   12 ▼   **B** *I* U S̶   ☰ ☷ ⫷ ⫸   ☰ ☰ ☰   T̶x

**Upload File**

⬆ Upload Files

Send Email

**Email Message List**

✦  We found no potential duplicates of this Account.

**Account Team**

Send Email | New Task | New Event | More

Write an email...   Compose

Filters: All time • All activities • All types ▢

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001m6bnIQAA)

## Partnership
### Discount Trends, LLC (/lightning/r/00161...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

Related | **Details**

---

Partnership
Discount Trends, LLC

Account ❶
Discount Trends, LLC (/lightning/r/00161000014vL5vAAE/view)

Portal Display Name ❶
Valet Seller

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ❶

Live Date
5/26/2017 1:50 AM

Related Case

Partner ID ❶
10000012198

Legacy Seller ID ❶
11790

Onboarding Contact

SellerID ❶
132f0a45-e78f-41bb-86be-35ad8a55bf7a

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Cat Go Get;Domestic;LineOfCredit-Marcus;SMB SP 2;Strategic;Top 1 MM;WFS;WG - Disputes

Primary Contact
Kevin Dunne (/lightning/r/00361000016jXWYAA2/view)

Partnership Type

Partner Tier
Body

Primary Contact Email
discounttrends@gmail.com (mailto:discounttrends@gmail.com)

FedEx Code
FX73549386547

Diverse Supplier

Onboarding Owner ❶

Lead Record Type

---

∨ Seller Shipping & Operations Information

Existing Fulfilment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

+ Follow   Generate FedEx Code   New Contact   New Note   ▼

## Customer Support Information

Customer Service Email
support@dunnedistribution.com (mailto:support@dunnedistribu...

Customer Service URL

Customer Service Phone
(908) 873-6370 (tel:9088736370)

Customer Support Availability
Yes

## Marketplace Information

Store URL - Amazon
www.amazon.com/shops/discounttrends
(http://www.amazon.com/shops/discounttrends)

Store URL - eBay
http://stores.ebay.com/discounttrends
(http://stores.ebay.com/discounttrends)

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
██████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:27 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:24 AM

Partnership Details

---

**Activity**    Chatter

New Event    Email    New Task    More

Set up an event...                                    [ Add ]

Filters: All time • All activities • All types  ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WqnIEAS)

Account
## Discount Trends, LLC

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 811875564 |

### W9 Validation

This Account is currently in W9 Validation.

Go to the W9 Ticket

---

Related | **Details** | Advertising Hierarchy

Account Name
Discount Trends, LLC

Account Owner
(/lightning/r/005610000023t1nAAA/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
Discount Trends, LLC

Account Geo
United States

W9 Info under review
☐

Tax ID
811875564

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

#### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

#### ⌄ Advertising Information

Advertising Account Name
Discount Trends, LLC

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type
SS - Category 3

WMG Industry

Advertiser
☑

Advertising API Partner
☐

Advertising Credit Approved
☑

Advertising Planning Kickoff

#### ⌄ Additional Information

State of Incorporation

Year Company Founded

New York | 2015
DUNS Number | Diverse Supplier

Discount Trends, LLC

∨ Primary Contact Information

Account

Primary Contact **Discount Trends, LLC**

Kevin Dunne (/lightning/r/00361000016jXWYAA2/view)

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ Address Information | GFR Partner | ☐ | 811875564 |

∨ Address Information

Legal Address
1542 West Bloomfield Road
Honeoye Falls, New York 14472
United States
(https://www.google.com/maps?q=1542%20West%20Bloomfield%20Road%0AHoneoye%20Falls,%20New%20York%2014472%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website

∨ System Information

Created By
Application Form 2 Site Guest User
(/lightning/r/005610000024Q62AAE/view)
, 5/14/2017 5:45 PM

Last Modified By
(/lightning/r/00561000003OF9nAAG/view),
10/19/2020 12:59 PM

**Email Widget**

From

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

Account

abc@mail.com Discount Trends, LLC



View Duplicates ✕

+ Follow    Submit for Approval    Printable View    Delete    ▼

Account Geo          Active       Account Record Type       W9 Info under review        Tax ID
United States        ✔           GFR Partner                ☐                           811875564

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** *I* U S̶ | ☰ ☷ | ⫶ ⫶ | ☰ ☰ ☰ | Tₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 2 potential duplicates of this Account.**
View Duplicates

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...        Compose

Filters: All time • All activities • All types    ☐

## Partnership
# DJ DIRECT INC (/lightning/r/0016100000...

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

Related    **Details**

| | |
|---|---|
| Partnership | Record Type |
| DJ Direct Inc | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| DJ DIRECT INC (/lightning/r/0016100000W47fLAAR/view) | Cat Go Get;Domestic;LineOfCredit-Marcus;SMB SP 2;Top 1 MM;WFS |
| Portal Display Name ❶ | Primary Contact |
| Top Rated Seller | Osher Zelik (/lightning/r/0036100000eWuFTAA0/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | djdirectinc@gmail.com (mailto:djdirectinc@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX38299330264 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 10/6/2016 3:57 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10000002060 | |
| Legacy Seller ID ❶ | |
| 2094 | |
| Onboarding Contact | |
| SellerID ❶ | |
| d13f8528-49b1-49c9-a90b-5ba744a15e5e | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

Existing Fulfilment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Can you fulfill from within the U.S.?

Why good fit for Walmart Marketplace?

**DJ DIRECT INC** (/lightning/r/0016100000...

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## ⌄ Customer Support Information

Customer Service Email
walmart-cr-191@channelreply.net (mailto:walmart-cr-191@chan...

Customer Service URL

Customer Service Phone
(551) 210-1242 (tel:5512101242)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A1BHSMIW6A86AG&merch
ant=A1BHSMIW6A86AG&redirect=true
(https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A1BHSMIW6A86AG&merch
ant=A1BHSMIW6A86AG&redirect=true)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status
Enrolled

Suppress Reminder Emails?
☐

Created By
⬛⬛⬛⬛ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:43 AM

Partnership Details

Activity      Chatter

New Event      Email      New Task      More

Set up an event...                                          Add

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WormEAC)

## ⌄ Upcoming & Overdue

Confidential                    Walmart, Inc.                    2020018144C000072

Account
**DJ DIRECT INC**

+ Follow | Submit for Approval | Printable View | Delete | ▼

View Duplicates ✕

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 464048140 |

Related | **Details** | Advertising Hierarchy

| | |
|---|---|
| Account Name<br>DJ DIRECT INC | Account Owner<br>[icon] _____ (/lightning/r/00561000001kFo2AAE/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>Top Rated Seller | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>464048140 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Direct | Preferred Tax Classification<br>W9 |
| Referred By Channel Partner | Country of Incorporation<br>United States |
| | Han Solo Experience<br>☐ |

⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name<br>DJ DIRECT INC | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type<br>SS - Category 3 | WMG Industry |
| Advertiser<br>☑ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☑ | Advertising Planning Kickoff |

⌄ Additional Information

| | |
|---|---|
| State of Incorporation<br>New York | Year Company Founded<br>2011 |
| DUNS Number | Diverse Supplier |

⌄ Primary Contact Information

Primary Contact
Osher Zelik (/lightning/r/0036100000eWuFTAA0/view)

## Address Information

Account
Legal **DJ DIRECT INC**
77 LINNETT ST
BAYONNE, New Jersey unknown

| | | | |
|---|---|---|---|
| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| United States | ☑ | GFR Partner | ☐ | 464048140 |

Account
DJ DIRECT INC                                    + Follow   Submit for Approval   Printable View   Delete   ▼
View Duplicates ✕

(https://www.google.com/maps?q=77%20LINNETT%20ST%0ABAYONNE,%20New%20Jersey%20unknown%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website
http://wholesalehomeimp.com (http://wholesalehomeimp.com)

## System Information

| | |
|---|---|
| Created By | Last Modified By |
| ▨ (/lightning/r/00561000000c2VUAAY/view), 6/10/2016 12:57 PM | Automated Process (/lightning/r/00561000000zH2qAAE/view), 2/15/2021 2:25 PM |

---

**Email Widget**

From
▨

* (required) To

abc@mail.com

Cc

abc@mail.com

| Account | View Duplicates ✕ | | | |
|---|---|---|---|---|
| **DJ DIRECT INC** | ▢▢▢▢▢ | + Follow | Submit for Approval | Printable View | Delete | ▼ |

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 464048140 |

Subject

Email Body

| Salesforce Sans | 12 | B | I | U | S | ≡ | ≡ | ⫶≡ | ⫶≡ | ≡ | ≡ | ≡ | Tx |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Upload File

⬆ Upload Files

Send Email

---

## Email Message List

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

## Account Team

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email...    Compose



## Partnership
# DropAir LLC (/lightning/r/0016100000W...

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |
|---|---|---|---|---|---|---|

Mark Partnership Status as Complete

---

Related    **Details**

**Partnership**
DropAir LLC

**Account** ⓘ
DropAir LLC (/lightning/r/0016100000W3BULAA3/view)

**Portal Display Name** ⓘ
DropAir

**Partnership Status**
Live

**Suspension Code**

**L0 Reason Codes**

**L1 Reason Codes**

**L2 Reason Codes**

**Hold Fulfillment**
☐

**Hold Payment** ⓘ

**Live Date**
7/7/2017 11:34 AM

**Related Case**
00200837 (/lightning/r/5006100000EkHxZAAV/view)

**Partner ID** ⓘ
10000013184

**Legacy Seller ID** ⓘ
12988

**Onboarding Contact**

**SellerID** ⓘ
1c9e0995-da67-4fb1-8ea5-761496d08a39

**ReActive Date**

**Record Type**
Walmart.com: Marketplace

**Partnership Tag**
Cat Go Get;Domestic;SAM Seller;SAM Seller;Strategic;Top 1
MM;WG - Disputes

**Primary Contact**
Westin Flower (/lightning/r/0036100000eVLUUAA4/view)

**Partnership Type**

**Partner Tier**
Body

**Primary Contact Email**
westin@dropair.net (mailto:westin@dropair.net)

**FedEx Code**
FX81386805110

**Diverse Supplier**

**Onboarding Owner** ⓘ
_____ (/lightning/r/0056100000374naAAA/view)

**Lead Record Type**

---

∨ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |

Partnership

| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |

Can you fulfill orders by 2pm Mon-Fri?     Why good fit for Walmart Marketplace?

Transporting goods from another country?

## ∨ Customer Support Information

Customer Service Email
support@dropair.net (mailto:support@dropair.net)

Customer Service URL

Customer Service Phone
(772) 226-0463 (tel:7722260463)

Customer Support Availability

## ∨ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?me=A16D32JEZGRUJAhttp://
(https://www.amazon.com/s?me=A16D32JEZGRUJAhttp://)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ∨ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
█████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 2/12/2021 1:12 PM

Partnership Details

---

**Activity**     Chatter

| New Event | Email | New Task | More |

| Set up an event... | Add |

Filters: All time • All activities • All types ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WomfEAC)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

Account
## DropAir LLC

View Duplicates

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 464466175 |

---

Related | **Details** | Advertising Hierarchy

Account Name
DropAir LLC

Account Owner
👤 _____ (/lightning/r/00561000001kFo2AAE/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
DropAir

Account Geo
United States

W9 Info under review
☐

Tax ID
464466175

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Florida

Year Company Founded
2014

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Westin Flower (/lightning/r/0036100000eVLUUAA4/view)

∨ Address Information

Legal Address
DropAir LLC
358 24th Ave SW
Vero Beach, Florida 32962
United States

Account
358 24th Ave SW
Vero Beach, Florida 32962
United States

View Duplicates ✕

➕ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| | ☑ | GFR Partner | ☐ | 464466175 |



(https://www.google.com/maps?q=358%2024th%20Ave%20SW%0AVero%20Beach,%20Florida%2032962%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website

∨ System Information

Created By
█████████ (/lightning/r/00561000001nHkKAAU/view), 5/27/2016 1:46 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view), 12/28/2020 1:17 PM

**Email Widget**

From
████████████

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc

Account
DropAir LLC
abc@mail.com

View Duplicates ✕

+ Follow    Submit for Approval    Printable View    Delete    ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 464466175 |

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | B | I | U | S | ☰ | ☷ | ◢▤ | ▤◣ | ☰ | ☰ | ☰ | I_x |

Upload File

⬆ Upload Files

Send Email

## Email Message List

↥ We found 1 potential duplicate of this Account.
View Duplicates

## Account Team

Send Email    New Task    New Event    More

Write an email...                                                Compose

Filters: All time · All activities · All types ☐



›

›

›

›

›

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related    **Details**

Partnership
Edia World LLC

Account ❶
Edia World LLC (/lightning/r/0014M00001pmUs2QAE/view)

Portal Display Name ❶

Partnership Status
Live

Suspension Code
0

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ❶

Live Date
8/5/2020 6:44 AM

Related Case

Partner ID ❶
10001054372

Legacy Seller ID ❶
101034994

Onboarding Contact

SellerID ❶
71841650-8d1f-400b-9f0f-89e4168129a6

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
SMB;SMB SP 2

Primary Contact
Cristian De Paz (/lightning/r/0034M00001y66Z3QAI/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
ediaworld.co@gmail.com (mailto:ediaworld.co@gmail.com)

FedEx Code
FX82638832824

Diverse Supplier

Onboarding Owner ❶

Lead Record Type
Inbound Lead

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities                    Payment Processor

HYPERWALLET

| | |
|---|---|
| Existing Shipping Capabilities | Current Shipping Methods |
| | UPS;FedEx;USPS;FBA |
| Reason for Termination | Transporting goods from another country? |
| Partnership | |

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

Can you elaborate on why it's a good fit for Walmart Marketplace?
Yes

## ⌄ Customer Support Information

Customer Service Email
wediacustomerservice@gmail.com (mailto:wediacustomerservice...

Customer Service URL

Customer Service Phone
(786) 219-9599 (tel:7862199599)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 7/31/2020 11:09 PM

Last Modified By
████████ lightning/r/0054M000003mOAXQA2/view)
, 2/5/2021 4:41 PM

---

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...    Add

Filters: All time · All activities · All types    ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M0000020X20UAE)

Account
## Edia World LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 842992820 |

Related | **Details** | Advertising Hierarchy

Account Name
Edia World LLC

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
EDIA World LLC

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
842992820

Onboarding Contact

Integration Method Id
0016100000dkTwaAAE

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Partner

Preferred Tax Classification
W9

Referred By Channel Partner
Ecomdash (/lightning/r/0016100000dkTwaAAE/view)

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
7/31/2020 9:40 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
7/31/2020 11:09 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Florida

Year Company Founded
2019

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Cristian De Paz (/lightning/r/0034M00001y66Z3QAI/view)

## ∨ Address Information

| | | |
|---|---|---|
| 3403 SW 88th Place | | |
| Miami, Florida 33165 | | |
| United States | | |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| | ☑ | GFR Partner | ☐ | 842992820 |

(https://www.google.com/maps?q=3403%20SW%2088th%20Place%0AMiami,%20Florida%2033165%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
https://www.ebay.com/usr/ediaplanet
(https://www.ebay.com/usr/ediaplanet)

## ∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 7/31/2020 11:09 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
1/29/2021 11:25 PM

---

**Email Widget**

From

▮▮▮▮▮▮▮▮▮▮▮

* (required) To

abc@mail.com

Cc

abc@mail.com

**Account**
## Edia World LLC

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

BCc

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 842992820 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S̶ | ☰ | ☷ | ⊮ | ⊯ | ☰ | ☰ | ☰ | Tₓ |

Upload File

[⬆ Upload Files]

[Send Email]

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

↯ **Account Team (0)** (/lightning/r/AccountTeamMember/0014M00001pmUs2QAE/related/AccountTeamMembers/view) [▼]

---

Send Email    New Task    New Event    More

Write an email…    [Compose]

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001pmUs2QAE)



Account
**Editor's Pick Luxury, LLC**

View Duplicates ✕   + Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 811880370 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Editor's Pick Luxury, LLC

Account Owner
▉ (/lightning/r/00561000002rHhgAAE/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
Editor's Pick

Account Geo
United States

W9 Info under review
☐

Tax ID
811880370

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
New York

Year Company Founded
2005

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Main Admin (/lightning/r/0036100001DMmKAAA1/view)

∨ Address Information

Account
Editor's Pick Luxury, LLC

Legal Address                                   ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚   View Duplicates  ✕
817 Broadway 4th Fl                                              + Follow    Submit for Approval    Printable View    Delete    ▼
New York, New York 10003
Account Geo          Active        Account Record Type        W9 Info under review        Tax ID
United States        ✓             GFR Partner                ☐                            811880370



(https://www.google.com/maps?q=817%20Broadway%204th%20Fl%0ANew%20York,%20New%20York%2010003%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website
http://www.apothecarie.com (http://www.apothecarie.com)

∨ System Information

Created By                                                      Last Modified By
⬤ ⬚⬚⬚⬚⬚⬚ (/lightning/r/00561000001nHkKAAU/view), 7/27/2016 3:59    ⬚⬚⬚⬚⬚⬚ (/lightning/r/00561000003DqoWAAS/view), 7/20/2020
PM                                                              2:48 PM

**Email Widget**

From
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Account
**Editor's Pick Luxury, LLC**

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| United States | ✔ | GFR Partner | ☐ | 811880370 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ≡ | ≡ | ⇥ | ⇤ | ≡ | ≡ | ≡ | $I_x$ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email... | Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000YWPr8AAH)



## Partnership
**Eos Salon & Spa LLC (/lightning/r/001610...**

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| Eos Salon & Spa LLC | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| Eos Salon & Spa LLC (/lightning/r/00161000014JMjmAAG/view) | Domestic;LineOfCredit-Marcus;SMB SP 2;Strategic;Top 1 MM;WG - Disputes |
| Portal Display Name ❶ | Primary Contact |
| Salon Pro | Shelly Vandenhende (/lightning/r/003610000167IGgAAI/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | elfynm@cox.net (mailto:elfynm@cox.net) |
| L1 Reason Codes | FedEx Code |
| | FX40796389623 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 1/10/2018 1:29 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10000016845 | |
| Legacy Seller ID ❶ | |
| 16094 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 5b58ef3a-eaf9-4d64-b1a2-2798ed9d785e | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership
Can you fulfill orders with Walmart Craft

Why good fit for Walmart Marketplace?

**Eos Salons & Spa, LLC** (/lightning/r/001610...)

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

## ⌄ Customer Support Information

Customer Service Email
salonpro.customerservice@gmail.com (mailto:salonpro.customer...

Customer Service URL

Customer Service Phone
(918) 491-0074 (tel:9184910074)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/sp/?
_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplace
ID=ATVPDKIKX0DER&orderID=&seller=A2X4YFGGLPXGUR&tab=&v
asStoreID= (https://www.amazon.com/sp/?
_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplace
ID=ATVPDKIKX0DER&orderID=&seller=A2X4YFGGLPXGUR&tab=&v
asStoreID=)

Store URL - eBay
http://www.ebay.com/usr/salondirect16
(http://www.ebay.com/usr/salondirect16)

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
████████████
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:56 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:24 AM

Partnership Details

## Activity     Chatter

New Event | Email | New Task | More

Set up an event...                                    | Add |

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WucYEAS)

Account
## Eos Salon & Spa LLC

[ + Follow ]  [ Submit for Approval ]  [ Printable View ]  [ Delete ]  [ ▼ ]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 753261451 |

---

Related   **Details**   Advertising Hierarchy

Account Name
Eos Salon & Spa LLC

Account Owner
█████████ (/lightning/r/005610000023M9FAAU/view)

DBA Name
Salon Products Direct

Account Record Type
GFR Partner

Walmart Display Name
Salon Pro

Account Geo
United States

W9 Info under review
☐

Tax ID
753261451

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner
ShipStation (/lightning/r/0016100000Uu8bDAAR/view)

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Oklahoma

Year Company Founded
2002

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Shelly Vandenhende (/lightning/r/003610000167IGgAAI/view)

∨ Address Information

Legal Address
**Eos Salon & Spa LLC**
1422 E. 71st St, Suite A
Tulsa, Oklahoma 74136
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 753261451 |



(https://www.google.com/maps?q=1422%20E.%2071st%20St.%20Suite%20A%0ATulsa,%20Oklahoma%2074136%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website
salonproducts.com (http://salonproducts.com)

∨ System Information

Created By
(/lightning/r/00561000001jiwqAAA/view), 5/2/2017 7:32 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
4/16/2020 9:19 PM

+ Follow    Submit for Approval    Printable View    Delete    ▼

**Email Widget**

From

████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc    Account
       **Eos Salon & Spa LLC**                                    + Follow    Submit for Approval    Printable View    Delete    ▼
       abc@mail.com

Account Geo          Active          Account Record Type     W9 Info under review     Tax ID
United States        ☑              GFR Partner              ☐                        753261451

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ◂▤ | ▸▤ | ☰ | ☰ | ☰ | I̶ₓ |

**Upload File**

⬆ Upload Files

Send Email

---

**Email Message List**

---

✗ **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...                                                        Compose

Filters: All time • All activities • All types    ☐



## Partnership
# FUTURE COMMERCE LLC (/lightning/r/00...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

Partnership
FUTURE COMMERCE LLC

Record Type
Walmart.com: Marketplace

Account ℹ️
FUTURE COMMERCE LLC
(/lightning/r/0014M00001iyttOQAQ/view)

Partnership Tag
LineOfCredit-Marcus;SMB SP 2;WFS

Portal Display Name ℹ️
the amazin' jungle

Primary Contact
CUSTOMER SERVICE (/lightning/r/0034M00001pR4y8QAC/view)

Partnership Status
Live

Partnership Type
Unmanaged

Suspension Code
0

Partner Tier
Body

L0 Reason Codes
Operational Performance

Primary Contact Email
sales@future-commerce.co (mailto:sales@future-commerce.co)

L1 Reason Codes
Valid tracking

FedEx Code
FX25111060996

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ℹ️

Hold Payment ℹ️

Lead Record Type

Live Date
9/17/2019 2:16 AM

Related Case

Partner ID ℹ️
10001025356

Legacy Seller ID ℹ️
101005986

Onboarding Contact

SellerID ℹ️
ec2aaa3e-7531-4129-9cc2-6fc062ba534c

ReActive Date

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Existing Shipping Capabilities

Reason for Termination
Partnership

Can you fulfill orders by yourselves?
Yes

Payment Processor
PAYONEER

Current Shipping Methods
UPS;FedEx;USPS

Transporting goods from another country?
No

Why good fit for Walmart Marketplace?
we have hard to find exclusive beauty products that are herbal and exclusive

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

## Customer Support Information

Customer Service Email
sales@future-commerce.co (mailto:sales@future-commerce.co)

Customer Service Phone
(972) 848-9155 (tel:9728489155)

Customer Service URL

Customer Support Availability

## Marketplace Information

Store URL - Amazon

Store URL - Alibaba

Store URL - eBay

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 7/20/2019 3:59 PM

Suppress Reminder Emails?
☐

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:03 AM

Partnership Details

Activity     Chatter

New Event | Email | New Task | More

Set up an event...                                          [ Add ]

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002kBKPUA2)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

∨ November • 2020                                              Last Year

## Account
# FUTURE COMMERCE LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

View Duplicates ✕

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 842198880 |

---

Related | **Details** | Advertising Hierarchy

Account Name
FUTURE COMMERCE LLC

DBA Name
the amazin' jungle

Walmart Display Name

W9 Info under review
☐

Onboarding Contact

Will you providing a W8 or W9 form?

Integration Channel

Referred By Channel Partner

Account Owner
👤 ███████ (/lightning/r/00561000001jiwqAAA/view)

Account Record Type
GFR Partner

Account Geo
United States

Tax ID
842198880

Integration Method Id
0016100001Ud5rHAAR

Do you operate internationally?
No

Preferred Tax Classification
W9

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
7/20/2019 3:55 PM

Is Contact Duplicate
☐

Contact Exists
☐

Application End Date

Application Updated Date
7/20/2019 3:58 PM

### ⌄ Advertising Information

Advertising Account Name
0014M00001iyttO

Advertising Revenue
$0.00

Advertising Type

Advertiser
☐

Advertising Credit Approved
☐

Advertising Account Owner

Advertising Primary Contact

WMG Industry

Advertising API Partner
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation

DUNS Number

Year Company Founded

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
CUSTOMER SERVICE (/lightning/r/0034M00001pR4y8QAC/view)

## Address Information

Account
Legal Street
**FUTURE COMMERCE LLC**
7910 TRADERS CIR
GREENVILLE, Texas 75402
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 842198880 |

View Duplicates ✕
+ Follow | Submit for Approval | Printable View | Delete | ▼



(https://www.google.com/maps?q=7910%20TRADERS%20CIR%0AGREENVILLE,%20Texas%2075402%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 0,
city : 0

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website
www.theamazinjungle.com (http://www.theamazinjungle.com)

## System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 7/20/2019 3:59 PM

Last Modified By
(/lightning/r/00561000003OF9nAAG/view),
10/20/2020 1:21 AM

From

[redacted]

* (required) To

Account

FUTURE COMMERCE LLC

abc@mail.com



View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 842198880 |

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I𝗑 |

Upload File

⭫ Upload Files

Send Email

---

### Email Message List

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

### Account Team

---

Send Email | New Task | New Event | More

| Write an email... | Compose |

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001iyttOQAQ)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related **Details**

| | |
|---|---|
| Partnership | Record Type |
| FZMerchandise LLC | Walmart.com: Marketplace |
| Account ℹ | Partnership Tag |
| FzMerchandise.LLC (/lightning/r/0016100000UtPt9AAF/view) | Domestic;LineOfCredit-Marcus;SMB SP 2;Strategic;WG - Disputes |
| Portal Display Name ℹ | Primary Contact |
| SashKids | Customer Service (/lightning/r/0036100000WmdQSAAZ/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| 0 | Body |
| L0 Reason Codes | Primary Contact Email |
| Trust & Safety | info@fzmerchandise.com (mailto:info@fzmerchandise.com) |
| L1 Reason Codes | FedEx Code |
| Prohibited Products | FX23598149721 |
| L2 Reason Codes | Diverse Supplier |
| | |
| Hold Fulfillment | Onboarding Owner ℹ |
| ☐ | |
| Hold Payment ℹ | Lead Record Type |
| | |
| Live Date | |
| 2/22/2017 2:37 AM | |
| Related Case | |
| | |
| Partner ID ℹ | |
| 10000006990 | |
| Legacy Seller ID ℹ | |
| 7440 | |
| Onboarding Contact | |
| | |
| SellerID ℹ | |
| 3157c155-4e88-41f0-ad1d-4d6d6071d915 | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |

PAYONEER

Existing Shipping Capabilities     Current Shipping Methods

Reason for Termination      Transporting goods from another country?

Partnership
Can you **FzMerchandise LLC** (/lightning/r/001610...)    + Follow   Generate FedEx Code   New Contact   New Note   ▼
Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
info@fzmerchandise.com (mailto:info@fzmerchandise.com)

Customer Service URL

Customer Service Phone
(714) 530-8147 (tel:7145308147)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.ca/s?
marketplaceID=A2EUQ1WTGCTBG2&me=A3EJR36IJ4ZYV1&merc
hant=A3EJR36IJ4ZYV1&redirect=true (https://www.amazon.ca/s?
marketplaceID=A2EUQ1WTGCTBG2&me=A3EJR36IJ4ZYV1&merc
hant=A3EJR36IJ4ZYV1&redirect=true)

Store URL - eBay
http://stores.ebay.com/fzmerchandisellc/
(http://stores.ebay.com/fzmerchandisellc/)

Store URL - Alibaba

Store URL - Other
http://www.sears.com/seller/29809
(http://www.sears.com/seller/29809)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 2/10/2021 12:51 PM

Partnership Details

**Activity**    Chatter

New Event    Email    New Task    More

Set up an event...           [ Add ]

Filters: All time · All activities · All types   ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WoXmEAK)

⌄ Upcoming & Overdue

Account
# FzMerchandise.LLC

+ Follow  | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 632310380 |

Related | **Details** | Advertising Hierarchy

Account Name
FzMerchandise.LLC

Account Owner
▮ (/lightning/r/005610000023gxeAAA/view)

DBA Name
FZMerchandise LLC

Account Record Type
GFR Partner

Walmart Display Name
FZMerchandise LLC

Account Geo
United States

W9 Info under review
☐

Tax ID
632310380

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner
ChannelAdvisor (/lightning/r/0016100000QIt1zAAB/view)

Country of Incorporation
United States

Han Solo Experience
☐

∨ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

∨ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

∨ Additional Information

State of Incorporation
Texas

Year Company Founded
2013

DUNS Number

Diverse Supplier

∨ Primary Contact Information

Primary Contact
Customer Service (/lightning/r/0036100000WmdQSAAZ/view)

∨ Address Information

Legal Address
**FZMerchandise.LLC**
6606 Demoss Dr
HOUSTON, Texas 77074
United States

| | | | |
|---|---|---|---|
| Account Geo | Active | Account Record Type | W9 Info under review |
| United States | ✔ | GFR Partner | ☐ |

Tax ID
632310380

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]



(https://www.google.com/maps?q=6606%20Demoss%20Dr%0AHOUSTON,%20Texas%2077074%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website
http://www.fzmerchandise.com (http://www.fzmerchandise.com)

∨ System Information

Created By
[REDACTED] (/lightning/r/00561000000bGvcAAE/view), 4/22/2016 6:01 PM

Last Modified By
[REDACTED] (/lightning/r/0054M000004UUNRQA4/view), 9/16/2020 9:34 AM

**Email Widget**

From
[REDACTED]

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

**Account**

**FzMerchandise.LLC**

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 632310380 |

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ▪| | |▪ | ☰ | ☰ | ☰ | I_x |

**Upload File**

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email... | Compose

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000UtPt9AAF)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



Partnership
# GB Logistics LLC (/lightning/r/0014M000...

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

Related    **Details**

Partnership
GB Logistics LLC

Account ❶
GB Logistics LLC (/lightning/r/0014M00001m7J3rQAE/view)

Portal Display Name ❶

Partnership Status
Live

Suspension Code
0

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ❶

Live Date
4/6/2020 3:24 PM

Related Case

Partner ID ❶
10001037704

Legacy Seller ID ❶
101018323

Onboarding Contact

SellerID ❶
2f7c76b6-7cb3-439e-87b9-b0d33d9480db

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;SMB SP 2

Primary Contact
Luigi Barbo (/lightning/r/0034M00001t6y27QAA/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
gbarbo@salonservicegroup.com
(mailto:gbarbo@salonservicegroup.com)

FedEx Code
FX85904723716

Diverse Supplier

Onboarding Owner ❶

Lead Record Type

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?

Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## ⌄ Customer Support Information

Customer Service Email
bpalen@salonservicegroup.com (mailto:bpalen@salonservicegro...

Customer Service URL

Customer Service Phone
(417) 761-7237 (tel:4177617237)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
█████████ (/lightning/r/00561000002UEmFAAW/view),
2/10/2020 6:23 PM

Last Modified By
█████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:04 PM

---

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |
|-----------|-------|----------|------|

| Set up an event... | Add |
|--------------------|-----|

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002zVYJUA2)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ August • 2020                                                                 Last Year

Account
## GB Logistics LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 274797978 |

### W9 Validation

This Account is currently in W9 Validation.

Go to the W9 Ticket

Related | **Details** | Advertising Hierarchy

Account Name
GB Logistics LLC

Account Owner
👤 ▓▓▓▓▓ (/lightning/r/00561000001jiwqAAA/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
274797978

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

#### ⌄ Seller MP Application Information

Application Start Date
10/16/2019 4:12 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

#### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

#### ⌄ Additional Information

State of Incorporation

Year Company Founded

Missouri | 2011

DUNS Number | Diverse Supplier

---

Primary Contact Information

Account
GB Logistics LLC

Primary Contact
Luigi Barbo (/lightning/r/0034M00001t6y27QAA/view)

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 274797978 |

Address Information

Legal Address
1520 E Evergreen St
Springfield, Missouri 65803
United States



(https://www.google.com/maps?q=1520%20E%20Evergreen%20St%0ASpringfield,%20Missouri%2065803%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 1,
city : 0

Residential Indicators
indicator : 0,
description : Commercial Address

SIC Description

NAICS Code

NAICS Description

Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

Supplier Capability Survey Information

Website

System Information

Created By | Last Modified By

Confidential | Walmart, Inc. | 2020018144C000107



**Email Message List**

✦ **We found no potential duplicates of this Account.**

**Account Team**

| Send Email | New Task | New Event | More |

Write an email...    [ Compose ]

Filters: All time • All activities • All types  ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001m7J3rQAE)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

Account
## Coto Supply Company, LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

| Account Name | Account Owner |
|---|---|
| Coto Supply Company, LLC | 👤 ▬▬▬▬▬ (/lightning/r/00561000001jiwqAAA/view) |
| **DBA Name** | **Account Record Type** |
| | GFR Partner |
| **Walmart Display Name** | **Account Geo** |
| | United States |
| **W9 Info under review** | **Tax ID** |
| ☐ | 824181607 |
| **Onboarding Contact** | **Integration Method Id** |
| **Will you providing a W8 or W9 form?** | **Do you operate internationally?** |
| **Integration Channel** | **Preferred Tax Classification** |
| Direct | |
| **Referred By Channel Partner** | **Country of Incorporation** |
| | **Han Solo Experience** |
| | ☐ |

### ⌄ Seller MP Application Information

| Application Start Date | Application End Date |
|---|---|
| **Is Contact Duplicate** | **Application Updated Date** |
| ☐ | |
| **Contact Exists** | |
| ☐ | |

### ⌄ Advertising Information

| Advertising Account Name | Advertising Account Owner |
|---|---|
| **Advertising Revenue** | **Advertising Primary Contact** |
| $0.00 | |
| **Advertising Type** | **WMG Industry** |
| **Advertiser** | **Advertising API Partner** |
| ☐ | ☐ |
| **Advertising Credit Approved** | **Advertising Planning Kickoff** |

☐

| State of Incorporation | | Year Company Founded | | |
|---|---|---|---|---|

**Coto Supply Company, LLC**

Account

California

| + Follow | Submit for Approval | Printable View | Delete | ▼ |
|---|---|---|---|---|

2018

DUNS Number         Diverse Supplier

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

∨ Primary Contact Information

Primary Contact

Anthony Leiser (/lightning/r/0036100001ZynaRAAR/view)

∨ Address Information

Legal Address

36 Oakbrook

Coto de Caza, California 92679

United States



(https://www.google.com/maps?q=36%20Oakbrook%0ACoto%20de%20Caza,%20California%2092679%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website
www.cotopet.com (http://www.cotopet.com)

## System Information
### Account Information
**Coto Supply Company, LLC**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

Created By
Account (/lightning/r/00561000001zivqAAA/view),
United States 7/9/2018 12:59 PM ✓
GFR Partner

Last Modified By
W9 Info underview Walmart System User
(/lightning/r/00561000001zBDOAA2/view)
4/16/2020 9:18 PM

---

## Email Widget

From
▬▬▬▬▬▬▬▬▬

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject
Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇤ | ⇥ | ☰ | ☰ | ☰ | I̲ₓ |

Upload File

⬆ Upload Files

| Send Email |

---

## Email Message List

---

🏃 We found no potential duplicates of this Account.

---

### Account Team



Partnership
**Coto Supply Company, LLC (/lightning/r/0016100001U...**

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

⟩    Terminated    Onboardin...    TnS Decli...    [ Mark Partnership Status as Complete ]

Related    **Details**

**Activity**    Chatter

Partnership
Coto Supply Company, LLC

Record Type
Walmart.com: Marketplace

Account ⓘ
Coto Supply Company, LLC
(/lightning/r/0016100001Ubx30AAB/view)

Partnership Tag
Domestic;LineOfCredit-Marcus;Top 1
MM;SMB SP 2

Portal Display Name ⓘ
Gizmo Creek

Primary Contact
Anthony Leiser
(/lightning/r/0036100001ZynaRAAR/view)

Partnership Status
Terminated

Partnership Type
Unmanaged

Suspension Code
0

Partner Tier
Body

L0 Reason Codes
Trust & Safety

Primary Contact Email
anthony@cotosupply.com
(mailto:anthony@cotosupply.com)

L1 Reason Codes
Partner Fraud

FedEx Code
FX13542462857

L2 Reason Codes

Diverse Supplier

Hold Fulfillment

Onboarding Owner ⓘ

Hold Payment ⓘ
180 days

Lead Record Type

Live Date
10/18/2018 10:27 AM

Related Case

Partner ID ⓘ
10000020563

Legacy Seller ID ⓘ
100001192

Onboarding Contact

SellerID ⓘ
29667711-5301-44f4-8f12-4551fa0ac062

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?

Why good fit for Walmart Marketplace?

⌄ Customer Support Information

Customer Service Email
gizmocreek@gmail.com
(mailto:gizmocreek@gmail.com)

Customer Service URL

**New Event**    Email    New Task    Log a Call

Set up an event...    [ Add ]

Filters: All time · All activities · All types    ▼

Refresh · Expand All ·

View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001zAtIEAU)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done
show up here.

(0) (/lightning/r/CombinedAttachment?a2Q...

[ ⬆ Upload Files ]

Or drop files

Partnership
## Global E-commerce LLC (/lightning/r/001...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

Partnership
Global E-commerce LLC

Record Type
Walmart.com: Marketplace

Account ●
Global E-commerce LLC
(/lightning/r/0014M00001sakkDQAQ/view)

Partnership Tag
SMB

Portal Display Name ●

Primary Contact
Lev Bahmatov (/lightning/r/0034M000021VJSmQAO/view)

Partnership Status
Live

Partnership Type
Unmanaged

Suspension Code
0

Partner Tier
Body

L0 Reason Codes

Primary Contact Email
globalecomwholesale@gmail.com
(mailto:globalecomwholesale@gmail.com)

L1 Reason Codes

FedEx Code
FX96826876394

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ●

Hold Payment ●

Lead Record Type
Inbound Lead

Live Date
12/14/2020 12:37 PM

Related Case

Partner ID ●
10001072635

Legacy Seller ID ●
101053259

Onboarding Contact

SellerID ●
51449311-d93b-477c-8f68-49e4a2213140

ReActive Date

﹀ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| --- | --- |
| | HYPERWALLET |

| Existing Shipping Capabilities | Current Shipping Methods |
| --- | --- |
| | UPS;FedEx;USPS;DHL |

Reason for Termination

**Global E-commerce LLC (/lightning/r/001...**

Partnership

Transporting goods from another country?

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |
| --- | --- |
| Yes | |

## ∨ Customer Support Information

| Customer Service Email | Customer Service URL |
| --- | --- |
| globalecomwholesale@gmail.com (mailto:globalecomwholesale... | |

| Customer Service Phone | Customer Support Availability |
| --- | --- |
| (800) 793-7521 (tel:8007937521) | |

## ∨ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
| --- | --- |

| Store URL - Alibaba | Store URL - Other |
| --- | --- |

## ∨ System Information

| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
| --- | --- |
| | ☐ |

| Created By | Last Modified By |
| --- | --- |
| Application Form 3 Site Guest User (/lightning/r/00561000002r6ygAAA/view) , 12/10/2020 10:07 PM | ██████████ (/lightning/r/0054M000003mOAXQA2/view) , 2/5/2021 4:36 PM |

Partnership Details

## Activity    Chatter

| New Event | Email | New Task | More |
| --- | --- | --- | --- |

Set up an event...          Add

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002p66EUAQ)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

Account
## Global E-commerce LLC

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 850846451 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Global E-commerce LLC

DBA Name
Global E-commerce LLC

Walmart Display Name

W9 Info under review
☐

Onboarding Contact

Will you providing a W8 or W9 form?

Integration Channel
Partner

Referred By Channel Partner
SellerActive (/lightning/r/0016100000W2ArEAAV/view)

Account Owner
(/lightning/r/00561000002rciaAAA/view)

Account Record Type
GFR Partner

Account Geo
United States

Tax ID
850846451

Integration Method Id
0016100000W2ArE

Do you operate internationally?
No

Preferred Tax Classification
W9

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
12/10/2020 9:44 PM

Is Contact Duplicate
☐

Contact Exists
☐

Application End Date

Application Updated Date
12/10/2020 10:07 PM

### ⌄ Advertising Information

Advertising Account Name

Advertising Revenue
$0.00

Advertising Type

Advertiser
☐

Advertising Credit Approved
☐

Advertising Account Owner

Advertising Primary Contact

WMG Industry

Advertising API Partner
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Oregon

DUNS Number
062695107

Year Company Founded
2020

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Lev Bahmatov (/lightning/r/0034M000021VJSmQAO/view)

## ∨ Address Information

Account
**Global E-commerce LLC**

View Duplicates ✕

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

Legal Address
1420 NE Kokanee ln
Wood Village, Oregon 97060
United States

Account Geo
United States

Active ☑

Account Record Type
GFR Partner

W9 Info under review
☐

Tax ID
850846451



{(https://www.google.com/maps?q=1420%20NE%20Kokanee%20ln%0AWood%20Village,%20Oregon%2097060%0AUnited%20States)}

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
https://www.globalecomllc.com/ (https://www.globalecomllc.com/)

## ∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 12/10/2020 10:07 PM

Last Modified By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 12/10/2020 10:07 PM

**Email Widget**

From

▮▮▮▮▮▮▮▮▮▮

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | Tₓ |

**Upload File**

⬆ Upload Files

Send Email

---

### Global E-commerce LLC

| | Account | | | | + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 850846451 |

✕

View Duplicates

---

### Email Message List

⚡ We found 2 potential duplicates of this Account.
View Duplicates

---

### Account Team

---

| Send Email | New Task | New Event | More |

Write an email...          Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001sakkDQAQ)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.



## Partnership
**HEADYLAND INC (/lightning/r/0014M000...**

| | |
|---|---|
| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |

Prospecting     Onboarding     Live     Suspended     Terminated     Onboarding_In...     TnS Declined

Mark Partnership Status as Complete

---

Related     **Details**

Partnership
HEADYLAND INC

Account 
HEADYLAND INC (/lightning/r/0014M00001nRvNgQAK/view)

Portal Display Name ⓘ
HEADYLAND

Partnership Status
Terminated

Suspension Code
0

L0 Reason Codes
Trust & Safety

L1 Reason Codes
Partner Fraud

L2 Reason Codes
Business Impersonation

Hold Fulfillment
☑

Hold Payment ⓘ
180 days

Live Date
6/11/2020 2:40 AM

Related Case

Partner ID ⓘ
10001044453

Legacy Seller ID ⓘ
101025073

Onboarding Contact

SellerID ⓘ
3a7e8bc0-a607-4cef-b78d-331f6a9732b4

ReActive Date

---

Record Type
Walmart.com: Marketplace

Partnership Tag
SMB SP 2

Primary Contact
Hamilton Alexander (/lightning/r/0034M00001vixKcQAI/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
owenv209@gmail.com (mailto:owenv209@gmail.com)

FedEx Code
FX11667030998

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type

---

˅ Seller Shipping & Operations Information

Existing Fulfillment Capabilities          Payment Processor

PAYONEER

Existing Shipping Capabilities

Current Shipping Methods
UPS;FedEx;USPS;DHL;FBA;Other

Reason for Termination

Transporting goods from another country?

Partnership
Can you ship to 48 ... ... (/lightning/r...)
Yes

Why good fit for Walmart Marketplace?

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

## Customer Support Information

Customer Service Email
owenv209@gmail.com (mailto:owenv209@gmail.com)

Customer Service URL

Customer Service Phone
(230) 466-8851 (tel:2304668851)

Customer Support Availability

## Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/14/2020 8:36 AM

Last Modified By
█████████ (/lightning/r/0054M000003mOAXQA2/view)
, 2/5/2021 4:45 PM

Partnership Details

### Activity    Chatter

New Event | Email | New Task | More

Set up an event...          [ Add ]

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002lCsEUAU)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

∨ October • 2020                                   Last Year

Account
**HEADYLAND INC**

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  <u>View Duplicates</u>  ✕
+ Follow   Submit for Approval   Printable View   Delete   ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 981442308 |

Related | **Details** | Advertising Hierarchy

Account Name
HEADYLAND INC

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
N/A

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
981442308

Onboarding Contact

Integration Method Id
0016100000cRguP

Will you providing a W8 or W9 form?

Do you operate internationally?
Yes

Integration Channel
Partner

Preferred Tax Classification
W9

Referred By Channel Partner
GeekSeller (/lightning/r/0016100000cRguPAAS/view)

Country of Incorporation
United States

Han Solo Experience
☐

## ⌄ Seller MP Application Information

Application Start Date
5/14/2020 8:14 AM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/14/2020 8:36 AM

Contact Exists
☐

## ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

## ⌄ Additional Information

State of Incorporation
Wyoming

Year Company Founded
2011

DUNS Number

Diverse Supplier

## ⌄ Primary Contact Information

Primary Contact
Hamilton Alexander (/lightning/r/0034M00001vixKcQAI/view)

## ∨ Address Information

1392 Thorn Street
Evanston, Wyoming 82930
United States

| | | |
|---|---|---|
| Account Geo | Active ☑ | |
| United States | | |

| Account Record Type | W9 Info under review ☐ | Tax ID |
|---|---|---|
| GFR Partner | | 981442308 |

(https://www.google.com/maps?q=1392%20Thorn%20Street%0AEvanston,%20Wyoming%2082930%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website

## ∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/14/2020 8:36 AM

Last Modified By
███████ (/lightning/r/00561000003OF9nAAG/view),
7/20/2020 6:54 PM

---

**Email Widget**

From
███████████

* (required) To

abc@mail.com

Cc

abc@mail.com

View Duplicates ✕

| Account | | | | |
|---|---|---|---|---|
| **HEADYLAND INC** | | ＋ Follow | Submit for Approval | Printable View | Delete | ▼ |

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 981442308 |

Subject

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | _I_ₓ |

**Upload File**

⤒ Upload Files

Send Email

---

## Email Message List

🏃 **We found 1 potential duplicate of this Account.**

View Duplicates

---

## Account Team

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

| Write an email... | Compose |
|---|---|

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001nRvNgQAK)



## Partnership
# Health & Beauty Marketing Group (/lightn...

**+ Follow**  |  **Generate FedEx Code**  |  **New Contact**  |  **New Note**  |  ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

---

Related    **Details**

---

| | |
|---|---|
| Partnership | Record Type |
| Health & Beauty Marketing Group | Walmart.com: Marketplace |
| Account ⓘ | Partnership Tag |
| Health & Beauty Marketing Group (/lightning/r/0016100000YUamSAAT/view) | Cat Go Get;Domestic;SMB SP 2;Strategic;Top 1 MM;WG - Disputes |
| Portal Display Name ⓘ | Primary Contact |
| One-0-One Beauty Store | Ricky Kumar (/lightning/r/0036100000j2RDEAA2/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | ricky@hbasales.com (mailto:ricky@hbasales.com) |
| L1 Reason Codes | FedEx Code |
| | FX65992251418 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ⓘ |
| ☐ | |
| Hold Payment ⓘ | Lead Record Type |
| Live Date | |
| 2/3/2017 5:27 AM | |
| Related Case | |
| Partner ID ⓘ | |
| 10000002416 | |
| Legacy Seller ID ⓘ | |
| 2408 | |
| Onboarding Contact | |
| SellerID ⓘ | |
| 6b1a5b6f-6ffa-4c96-97b1-1113817ff647 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information



Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

## ⌄ Customer Support Information

Customer Service Email
101beautystore@gmail.com (mailto:101beautystore@gmail.com)

Customer Service URL

Customer Service Phone
(732) 674-7744 (tel:(732) 674-7744)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://sellercentral.amazon.com/gp/seller-rating/pages/feedback-manager.html/ref=ag_feedback_dnav_invfile_ (https://sellercentral.amazon.com/gp/seller-rating/pages/feedback-manager.html/ref=ag_feedback_dnav_invfile_)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
█████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
█████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:05 PM

Partnership Details

**Activity**    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...    Add

Filters: All time · All activities · All types    ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wp6LEAS)

⌄ Upcoming & Overdue

Account
## Health & Beauty Marketing Group

View Duplicates

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 900592977 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Health & Beauty Marketing Group

Account Owner
(/lightning/r/005610000023M9FAAU/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
101BeautyStore

Account Geo
United States

W9 Info under review
☐

Tax ID
900592977

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Delaware

Year Company Founded
2010

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Ricky Kumar (/lightning/r/0036100000j2RDEAA2/view)

## ⌄ Address Information

Legal Address
**Health & Beauty Marketing Group**     View Duplicates ✕     + Follow   Submit for Approval   Printable View   Delete   ▼
# 151 2207 Concord Pike
Wilmington, Delaware 19803
United States

| Account GPS | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 900592977 |



(https://www.google.com/maps?q=#%20151%202207%20Concord%20Pike%0AWilmington,%20Delaware%2019803%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
http://www.hbasales.com (http://www.hbasales.com)

## ⌄ System Information

Created By
(/lightning/r/00561000001nHkKAAU/view), 7/19/2016 5:26 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view), 4/16/2020 9:15 PM

---

**Email Widget**

From

* (required) To
abc@mail.com

abc@mail.com
Cc
abc@mail.com
BCc
Account
Health & Beauty Marketing Group
abc@mail.com
View Duplicates
Follow
Submit for Approval
Printable View
Delete
Account Geo
United States
Subject
Subject
Active
Account Record Type
GFR Partner
W9 Info under review
Tax ID
900592977
Email Body
Salesforce Sans
12
Upload File
Upload Files
Send Email
Email Message List
We found 1 potential duplicate of this Account.
View Duplicates
Account Team
Send Email
New Task
New Event
More
Write an email...
Compose
Filters: All time • All activities • All types
Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000YUamSAAT)

Account
**High End Beauty Supply**

████████  + Follow  [View Duplicates](Submit for Approval)  ✕  Printable View  Delete  ▼

| | | | |
|---|---|---|---|
| Account Geo<br>United States | Active<br>☑ | Account Record Type<br>GFR Partner | W9 Info under review<br>☐ |

---

Related  **Details**  Advertising Hierarchy

| | |
|---|---|
| Account Name<br>High End Beauty Supply | Account Owner<br>👤 ████████ (/lightning/r/00561000001jiwqAAA/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>915841889 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience<br>☐ |

⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type | WMG Industry |
| Advertiser<br>☐ | Advertising API Partner<br>☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |

☐

## ∨ Additional Information

View Duplicates ✕

| State of Incorporation | | | | |
| California | | | Diverse Supplier | |
| DUNS Number | | | | |
| Account Geo | Active | Account Record Type | W9 Info under review | |
| United States | ☑ | GFR Partner | ☐ | |

## ∨ Primary Contact Information

Primary Contact
Frax Dillague (/lightning/r/00361000019Kv3hAAC/view)

## ∨ Address Information

Legal Address
PO BOX # 6314
Lakewood, California 90714
United States



(https://www.google.com/maps?q=PO%20BOX%20#%206314%0ALakewood,%20California%2090714%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

_____

## System Information

### Account Information

**High End Beauty Supply**



View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Created By | | | Last Modified By |
|---|---|---|---|
| Account Application Form 2 Site Guest User | | Account Record Type | W9 Info under Walmart System User |
| United States (/lightning/r/00561000024Q62FAA2/view) | | GSA Partner | (/lightning/r/00561000001zBDOAA2/view) |
| , 7/6/2017 7:57 PM | | | , 4/16/2020 9:19 PM |

---

## Email Widget

From

`███████████████████`

* (required) To

`abc@mail.com`

Cc

`abc@mail.com`

BCc

`abc@mail.com`

Subject

`Subject`

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | <u>U</u> | S̶ | ☰ | ☷ | ◂☰ | ☰▸ | ☰ | ☰ | ☰ | I𝗑 |

Upload File

⬆ Upload Files

[ Send Email ]

---

## Email Message List

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

## Account Team



Send Email    New Task    New Event    More

Account
**High End Beauty Supply**

View Duplicates  ✕

＋ Follow    Submit for Approval    Printable View    Delete ▼

Write an email...    Compose

| | | | |
|---|---|---|---|
| Account Geo | Active | Account Record Type | W9 Info under review |
| United States | ✓ | GFR Partner | ☐ |

Filters: All time • All activities • All types  ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=00161000017VDrDAAW)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

## Files



Partnership
# Jennifer L. Walden, MD, PLLC (/lightning/...

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

---

Related **Details**

Partnership
Jennifer L. Walden, MD, PLLC

Account ⓘ
Jennifer L. Walden, MD, PLLC
(/lightning/r/0014M00001oRIQIQA0/view)

Portal Display Name ⓘ
Dr. Jennifer Walden Skincare and Supplements

Partnership Status
Live

Suspension Code
0

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
6/10/2020 3:18 PM

Related Case

Partner ID ⓘ
10001046105

Legacy Seller ID ⓘ
101026726

Onboarding Contact

SellerID ⓘ
261e58ec-7b11-4b4a-ac0f-39b73482fd47

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
SMB;SMB SP 2

Primary Contact
Jennifer Walden (/lightning/r/0034M00001wwLIsQAM/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
drjenniferwalden@hotmail.com
(mailto:drjenniferwalden@hotmail.com)

FedEx Code
FX30191022503

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type
Inbound Lead

⌄ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| --- | --- |
| | HYPERWALLET |
| Existing Shipping Capabilities | Current Shipping Methods |
| | UPS;FedEx;USPS;DHL |

Reason for Termination
Partnership
Jennifer L. Walden, MD, PLLC (/lightning/...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?
Yes

Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
shop@drjenniferwalden.com (mailto:shop@drjenniferwalden.co...

Customer Service URL

Customer Service Phone
(512) 328-4100 (tel:5123284100)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/31/2020 4:50 PM

Last Modified By
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 11/20/2020 10:05 PM

Partnership Details

## Activity    Chatter

| New Event | Email | New Task | More |
| --- | --- | --- | --- |

Set up an event...    Add

Filters: All time · All activities · All types ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M0000020IpCUAU)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

⌄ **October · 2020**

Last Year

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 453178513 |

Related   **Details**   Advertising Hierarchy

Account Name
Jennifer L. Walden, MD, PLLC

Account Owner
<u>Walmart System User</u> (/lightning/r/00561000001zBDOAA2/view)

DBA Name
n/a

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
453178513

Onboarding Contact

Integration Method Id
0016100000kHLBn

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Partner

Preferred Tax Classification
W9

Referred By Channel Partner
<u>CedCommerce</u> (/lightning/r/0016100000kHLBnAAO/view)

Country of Incorporation
United States

Han Solo Experience
☐

## ⌄ Seller MP Application Information

Application Start Date
5/31/2020 4:25 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/31/2020 4:50 PM

Contact Exists
☐

## ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

## ⌄ Additional Information

State of Incorporation
Texas

Year Company Founded
2011

DUNS Number

Diverse Supplier

## ⌄ Primary Contact Information

Primary Contact
Jennifer Walden (/lightning/r/0034M00001wwLIsQAM/view)

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

## ∨ Address Information

Account
Jennifer L. Walden, MD, PLLC

Legal Street
5656 Bee Caves Rd. Suite E201

Account Geo
Austin, Texas 78746
United States

| Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|
| ✔ | GFR Partner | ☐ | 453178513 |



(https://www.google.com/maps?q=5656%20Bee%20Caves%20Rd.%20Suite%20E201%0AAustin,%20Texas%2078746%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
shop.drjenniferwalden.com (http://shop.drjenniferwalden.com)

## ∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/31/2020 4:50 PM

Last Modified By
Automated Process (/lightning/r/00561000000zH2qAAE/view),
11/20/2020 10:04 PM

**Email Widget**

From

* (required) To

abc@mail.com

Cc

abc@mail.com

**Jennifer L. Walden, MD, PLLC**

BCc

abc@mail.com

United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| | ☑ | GFR Partner | ☐ | 453178513 |

+ Follow | Submit for Approval | Printable View | Delete | ▼

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S̶ | ☰ | ☰ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I̶ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email... | Compose

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001oRIQIQA0)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



# Partnership
## kloth Square (/lightning/r/0014M00001h...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| kloth Square | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| kloth Square (/lightning/r/0014M00001hBOQeQAO/view) | Domestic;LineOfCredit-Marcus;Lumina Reject;SMB SP 2 |
| Portal Display Name ❶ | Primary Contact |
| Q Mall | talha khan (/lightning/r/0034M00001oLrkcQAC/view) |
| Partnership Status | Partnership Type |
| Live | Unmanaged |
| Suspension Code | Partner Tier |
| 0 | Body |
| L0 Reason Codes | Primary Contact Email |
| Operational Performance | klothsquare@gmail.com (mailto:klothsquare@gmail.com) |
| L1 Reason Codes | FedEx Code |
| Pricing Error | FX24416446545 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 7/8/2019 2:23 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10001024056 | |
| Legacy Seller ID ❶ | |
| 101004686 | |
| Onboarding Contact | |
| talha khan (/lightning/r/0034M00001oLrkcQAC/view) | |
| SellerID ❶ | |
| 1d7d563a-5f91-4980-a1b9-d45e050470e4 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities        Payment Processor

|  | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |
| Reason for Termination | Transporting goods from another country? |
| Partnership | Why good fit for Walmart Marketplace? |

Can y...

## ⌄ Customer Support Information

Customer Service Email
klothsquare@gmail.com (mailto:klothsquare@gmail.com)

Customer Service URL

Customer Service Phone
(330) 603-6467 (tel:3306036467)

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
me=AN3FEDYJLMH71&marketplaceID=ATVPDKIKX0DER
(https://www.amazon.com/s?
me=AN3FEDYJLMH71&marketplaceID=ATVPDKIKX0DER)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 6/10/2019 9:44 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/19/2021 5:52 AM

Partnership Details

**Activity**    Chatter

| New Event | Email | New Task | More |

| Set up an event... | | Add |

Filters: All time · All activities · All types   ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002F3UBUA0)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting

Account
**kloth Square**

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 820852455 |

Related | **Details** | Advertising Hierarchy

Account Name
kloth Square

Account Owner
█████ (/lightning/r/005610000023DSrAAM/view)

DBA Name
kloth Square

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
820852455

Onboarding Contact
█████ (/lightning/r/0034M00001oLrkcQAC/view)

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name
0014M00001hBOQe

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Ohio

Year Company Founded
2017

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact

## Address Information

Account
**kloth Square**

Legal Address
3820 Clay Mountain Drive
Medina, Ohio 44256
United States

[ Follow ]  [ Submit for Approval ]  [ Printable View ]  [ Delete ]  [ ▼ ]

Account Geo | Active | Account Record Type | W9 Info under review | Tax ID
United States | ☑ | GFR Partner | ☐ | 820852455



(https://www.google.com/maps?q=3820%20Clay%20Mountain%20Drive%0AMedina,%20Ohio%2044256%0AUnited%20States)

Verified Indicator
zip : 1,
streetAddress : 1,
state : 1,
phone : 0,
fein : 0,
companyName : 1,
city : 1

Residential Indicators
indicator : 1,
description : Potential Sole Proprietor

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

## System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 6/10/2019 9:44 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view), 9/7/2020
5:12 PM

**Email Widget**

From

██████████████

Account
**kloth Square**
abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 820852455 |

+ Follow · Submit for Approval · Printable View · Delete · ▼

* (required) To

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** *I* U̲ S̶ | ☰ ☰ →☰ ☰← | ☰ ☰ ☰ | T̲ₓ |
|---|---|---|---|---|---|

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email... | Compose

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001hBOQeQAO)

⌄ **Upcoming & Overdue**



## Partnership
# KRISCO SALES LLC (/lightning/r/0016100001MRe...

| + Follow | New Contact | New Note | Printable View |

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related · **Details**

| | |
|---|---|
| **Partnership** | **Record Type** |
| KRISCO SALES LLC | Walmart.com: DSV |
| **Account** ⓘ | **Partnership Tag** |
| KRISCO SALES LLC (/lightning/r/0016100001MReOrAAL/view) | |
| **Portal Display Name** ⓘ | **Primary Contact** |
| **Suspension Code** | **Partnership Type** |
| | Unmanaged |
| **L0 Reason Codes** | **Partner Tier** |
| | Body |
| **L1 Reason Codes** | **Hold Fulfillment** |
| | ☐ |
| **L2 Reason Codes** | **Hold Payment** ⓘ |
| **Live Date** | **Onboarding Owner** ⓘ |
| 9/10/2019 11:01 AM | |
| **Vendor ID** ⓘ | |
| 38381 | |
| **SAP ID** | |
| 1600136506 | |
| **PartnerPK** ⓘ | |
| 0cd75a59-b9b9-4d71-8743-316424d242ba | |
| **ReActive Date** | |

### ⌄ Customer Support Information

| | |
|---|---|
| **Customer Service Email** | **Customer Service URL** |
| **Customer Service Phone** | **Customer Support Availability** |

### ⌄ Marketplace Information

| | |
|---|---|
| **Store URL - Amazon** | **Store URL - eBay** |
| **Store URL - Alibaba** | **Store URL - Other** |

## DSV Performance Statistics

Warning 1 Eligible
☑

Warning 1 Email Date
9/11/2020 3:42 PM

Warning 2 Eligible

Warning 2 Email Date

Partnership
☐  Suspension Eligible

+ Follow    New Contact    New Note    Printable View

Suspension Email Date
☐

## System Information

Created By
Integration User (/lightning/r/00561000001SDvhAAG/view),
6/12/2019 6:57 AM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
11/23/2020 10:45 AM

Partnership Status
Live

---

Partnership Details

---

**Activity**        Chatter

New Event    New Task    Log a Call    More

Set up an event...                                    Add

Filters: All time · All activities · All types    ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002F43rUAC)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

---

**Notes**

---

**Notes & Attachments**

---

Account
## KRISCO SALES LLC

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 261922210 |

| Related | **Details** | Advertising Hierarchy |

Account Name
KRISCO SALES LLC

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
HBA MARKETING

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
261922210

Onboarding Contact

Integration Method Id
0016100000cRguPAAS

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Partner

Preferred Tax Classification
W9

Referred By Channel Partner
GeekSeller (/lightning/r/0016100000cRguPAAS/view)

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date
3/8/2020 7:00 PM

Is Contact Duplicate
☐

Application Updated Date
3/9/2020 12:44 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name
KRISCO SALES LLC

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type
SS - Category 3

WMG Industry

Advertiser
☑

Advertising API Partner
☐

Advertising Credit Approved
☑

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
New Jersey

Year Company Founded
2007

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
BOB KUMAR (/lightning/r/0036100001S5KvmAAF/view)

## ⌄ Address Information

Account
Legal KRISCO SALES LLC
10 B JULES LN
NEW BRUNSWICK, New Jersey unknown
United States

Account Geo
United States

Active
✔

Account Record Type
GFR Partner

W9 Info under review
☐

Tax ID
261922210

(https://www.google.com/maps?q=10%20B%20JULES%20LN%0ANEW%20BRUNSWICK,%20New%20Jersey%20unknown%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
none.com (http://none.com)

## ⌄ System Information

Created By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
3/20/2018 7:03 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view), 11/23/2020
10:46 AM

---

**Email Widget**

From

█████████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

| Account | | | | + Follow | Submit for Approval | Printable View | Delete | ▼ |
| KRISCO SALES LLC | | | | | | | | |

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| United States | ☑ | GFR Partner | ☐ | 261922210 |

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | <u>U</u> | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I͓ₓ |

Upload File

⬆ Upload Files

Send Email

## Email Message List

🏃 We found no potential duplicates of this Account.

## Account Team

| Send Email | New Task | New Event | More |

| Write an email... | Compose |

Filters: All time · All activities · All types ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100001MReOrAAL)

⌄ Upcoming & Overdue



Partnership
# Lighthouse Wholesale LLC (/lightning/r/0...

[ + Follow ]  [ Generate FedEx Code ]  [ New Contact ]  [ New Note ]  [ ▼ ]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

[ Mark Partnership Status as Complete ]

Related        **Details**

Partnership
Lighthouse Wholesale LLC

Record Type
Walmart.com: Marketplace

Account ❶
Lighthouse Wholesale LLC
(/lightning/r/0016100000UuSx1AAF/view)

Partnership Tag
Domestic;LineOfCredit-Marcus;SAM Seller;Strategic;WFS;WG - Disputes

Portal Display Name ❶
Union Square Limited

Primary Contact
Victor Camejo (/lightning/r/0036100000a7CiiAAE/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Head

L0 Reason Codes

Primary Contact Email
victor@allsc.net (mailto:victor@allsc.net)

L1 Reason Codes

FedEx Code
FX26435880109

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ❶
Jalak Gadda (/lightning/r/00561000002ryA1AAI/view)

Hold Payment ❶

Lead Record Type

Live Date
6/14/2016 12:18 PM

Related Case

Partner ID ❶
10000000485

Legacy Seller ID ❶
578

Onboarding Contact

SellerID ❶
93ca688f-5c1c-4814-be38-add5d26f646a

ReActive Date

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

**Lighthouse Wholesale LLC (/lightning/r/0...**

Can yPartnership
Can you makeyour partner?ship work?

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Why good fit for Walmart Marketplace?

## ∨ Customer Support Information

Customer Service Email
service@unionsquarelimited.com (mailto:service@unionsquareli...

Customer Service URL

Customer Service Phone
(646) 780-0955 (tel:6467800955)

Customer Support Availability

## ∨ Marketplace Information

Store URL - Amazon
http://www.amazon.com/s/ref=nb_sb_noss_1?url=search-alias%3Daps&field-keywords=union+square+limited (http://www.amazon.com/s/ref=nb_sb_noss_1?url=search-alias%3Daps&field-keywords=union+square+limited)

Store URL - eBay
http://res.ebay.com/BeautyCarePro360 (http://res.ebay.com/BeautyCarePro360)

Store URL - Alibaba

Store URL - Other

## ∨ System Information

2-Day Shipping Enrollment Status
Enrolled

Suppress Reminder Emails?
☐

Created By
▓▓▓▓▓▓ (Admin) (/lightning/r/00561000001SRVMAA4/view) , 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view), 2/24/2021 11:32 AM

Partnership Details

**Activity**     Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | Add |
|---|---|

Filters: All time · All activities · All types ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WobqEAC)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting

## Account
**Lighthouse Wholesale LLC**

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 471025970 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Lighthouse Wholesale LLC

Account Owner
☐ (/lightning/r/0054M000003IveYQAQ/view)

DBA Name
Union Square Limited

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
471025970

Onboarding Contact

Integration Method Id
0016100001QFxOjAAL

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner
ChannelAdvisor (Canada) (/lightning/r/0016100001QFxOjAAL/view)

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name
0014M00001g0MfN

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Alberta

Year Company Founded
2014

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Rob Newton (/lightning/r/0034M00001qz8kHQAQ/view)

∨ Address Information

Account
Legal Address **Lighthouse Wholesale LLC**
15402 N NEBRASKA AVE STE 100
LUTZ, Florida 33549-6149

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 471025970 |

(https://www.google.com/maps?q=15402%20N%20NEBRASKA%20AVE%20STE%20100%0ALUTZ,%20Florida%2033549-6149%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website

∨ System Information

Created By
█████████ (/lightning/r/00561000002UHLQAA4/view), 3/27/2019 12:47 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view), 1/18/2021 12:05 PM

**Email Widget**

From
████████████████

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

**Account**

abc@mail.com

Lighthouse Wholesale LLC

View Duplicates ✕ + Follow | Submit for Approval | Printable View | Delete | ▼

Account Geo | Active | Account Record Type | W9 Info under review | Tax ID
United States | ✓ | GFR Partner | ☐ | 471025970

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** *I* <u>U</u> S̶ | ☰ ☰ ◂☰ ☰▸ | ☰ ☰ ☰ | I̶ₓ |

Upload File

⬆ Upload Files

Send Email

---

### Email Message List

---

↱ **We found 1 potential duplicate of this Account.**
View Duplicates

---

### **Account Team**

---

Send Email | New Task | New Event | More

Write an email... | Compose

Filters: All time • All activities • All types ☐





**Partnership**
# Lush Essence Corp (/lightning/r/0016100...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| Lush Essence Corp | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| Lush Essence Corp (/lightning/r/0016100000SuUI8AAF/view) | Amazon Top 20k;Domestic;SAM Seller;Strategic;WG - Disputes |
| Portal Display Name ❶ | Primary Contact |
| FRESH DROPLETS | Steve Priyez (/lightning/r/0036100000OjWufAAF/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Head |
| L0 Reason Codes | Primary Contact Email |
| | lushessence@gmail.com (mailto:lushessence@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX88307290092 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | ▮▮▮▮▮ (/lightning/r/0054M000003tILyQAM/view) |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 10/11/2016 3:41 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10000001901 | |
| Legacy Seller ID ❶ | |
| 3149 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 1320bbc2-52e0-4689-869a-5361a9d71627 | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities | Payment Processor

PAYONEER

| Existing Shipping Capabilities | Current Shipping Methods |
|---|---|

| Reason for Termination | Transporting goods from another country? |
|---|---|

Partnership

**Lush Essence Corp (/lightning/r/0016100...**

Can you shut it down on it? ([/lightning/r/0](#))

Why good fit for Walmart Marketplace?

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

### ∨ Customer Support Information

Customer Service Email
freshdropletscustomerservice@gmail.com (mailto:freshdropletsc...

Customer Service URL

Customer Service Phone
(516) 939-9300 (tel:5169399300)

Customer Support Availability

### ∨ Marketplace Information

Store URL - Amazon
https://www.amazon.com/gp/node/index.html?
ie=UTF8&me=A1P7B5MDKPRGW7&merchant=A1P7B5MDKPRGW
7&qid=1466520240
(https://www.amazon.com/gp/node/index.html?
ie=UTF8&me=A1P7B5MDKPRGW7&merchant=A1P7B5MDKPRGW
7&qid=1466520240)

Store URL - eBay
http://stores.ebay.com/BEAUTOGEN
(http://stores.ebay.com/BEAUTOGEN)

Store URL - Alibaba

Store URL - Other

### ∨ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
███████████
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:58 PM

Last Modified By
███████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 6:59 PM

Partnership Details

**Activity**    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...    [Add]

Filters: All time · All activities · All types [▼]

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WyS4EAK)

∨ Upcoming & Overdue

Account
## Lush Essence Corp

| | | | | |
|---|---|---|---|---|
| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 352412373 |

---

Related    **Details**    Advertising Hierarchy

Account Name
Lush Essence Corp

Account Owner
_____ (/lightning/r/00561000002rHc2AAE/view)

DBA Name
Fresh Beauty

Account Record Type
GFR Partner

Walmart Display Name
FRESH DROPLETS

Account Geo
United States

W9 Info under review
☐

Tax ID
352412373

Onboarding Contact

Integration Method Id
0016100000QIt1z

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
New York

Year Company Founded
5

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
[Steve Priyez](/lightning/r/0036100000OjWufAAF/view)

## ⌄ Address Information

Legal Address
**Lush Essence Corp**
Account
100 Charlotte Ave
Hicksville, New York 11801

| Follow | Submit for Approval | Printable View | Delete | ⌄ |

Account GFR
United States

Active ☑

Account Record Type
GFR Partner

W9 Info under review ☐

Tax ID
352412373

[(https://www.google.com/maps?q=100%20Charlotte%20Ave%0AHicksville,%20New%20York%2011801%0AUnited%20States)](https://www.google.com/maps?q=100%20Charlotte%20Ave%0AHicksville,%20New%20York%2011801%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
[http://stores.ebay.com/BEAUTOGEN (http://stores.ebay.com/BEAUTOGEN)](http://stores.ebay.com/BEAUTOGEN)

## ⌄ System Information

Created By
[ ] (/lightning/r/00561000000bGvcAAE/view), 3/16/2016 8:26 AM

Last Modified By
[Walmart System User](/lightning/r/00561000001zBDOAA2/view), 4/16/2020 12:49 AM

---

**Email Widget**

From
▓▓▓▓▓▓▓▓▓

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

### Account
## Lush Essence Corp

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| United States | ☑ | GFR Partner | ☐ | 352412373 |

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☷ | ▸☰ | ◂☰ | ☰ | ☰ | ☰ | Tₓ |

Upload File

⬆ Upload Files

Send Email

---

### Email Message List

---

🏃 **We found no potential duplicates of this Account.**

---

### Account Team

---

| Send Email | New Task | New Event | More |

Write an email...     | Compose |

Filters: All time • All activities • All types  ☐



**Partnership**
# Luxclub Inc (/lightning/r/0016100000azr...

[ + Follow ]  [ Generate FedEx Code ]  [ New Contact ]  [ New Note ]  [ ▼ ]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

[ Mark Partnership Status as Complete ]

Related    **Details**

Partnership
Luxclub Inc

Account ●
Luxclub Inc (/lightning/r/0016100000azrJSAAY/view)

Portal Display Name ●
Gifts A Plenty

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ●

Live Date
10/27/2016 1:37 PM

Related Case

Partner ID ●
10000003865

Legacy Seller ID ●
3702

Onboarding Contact

SellerID ●
feb962c4-0923-43a7-8b32-250f85fe70be

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;LineOfCredit-Marcus;SMB SP 2

Primary Contact
Mike Masri (/lightning/r/0036100000IsMLeAAM/view)

Partnership Type

Partner Tier
Body

Primary Contact Email
mike@luxclub.us (mailto:mike@luxclub.us)

FedEx Code
FX72681002446

Diverse Supplier

Onboarding Owner ●

Lead Record Type

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

| | |
|---|---|
| Existing Shipping Capabilities | Current Shipping Methods |
| Reason for Termination | Transporting goods from another country? |
| Partnership | |

Can you provide any  Why good fit for Walmart Marketplace?

+ Follow     Generate FedEx Code     New Contact     New Note     ▼

## ⌄ Customer Support Information

Customer Service Email
cs181836@gmail.com (mailto:cs181836@gmail.com)

Customer Service URL

Customer Service Phone
(347) 462-2994 (tel:3474622994)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A3HCBXQ79UMJ2S&merch
ant=A3HCBXQ79UMJ2S&redirect=true
(https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A3HCBXQ79UMJ2S&merch
ant=A3HCBXQ79UMJ2S&redirect=true)

Store URL - eBay
http://www.ebay.com/sch/26media/m.html?
item=121667704390&rt=nc&_trksid=p2047675.l2562
(http://www.ebay.com/sch/26media/m.html?
item=121667704390&rt=nc&_trksid=p2047675.l2562)

Store URL - Alibaba

Store URL - Other
http://www.newegg.com/Product/ProductList.aspx?
Submit=ENE&N=1065655080&ShowDeactivatedMark=False&IsNo
deId=1&sstore=1
(http://www.newegg.com/Product/ProductList.aspx?
Submit=ENE&N=1065655080&ShowDeactivatedMark=False&IsNo
deId=1&sstore=1)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
███████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:26 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 10:59 AM

---

Partnership Details

---

**Activity**     Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...     [ Add ]



Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WqabEAC)

Upcoming & Overdue

Luxclub Inc (/lightning/r/0016100000azr...

+ Follow

Generate FedEx Code

New Contact

New Note

No next steps.

To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

**Notes** ...  **(0) (/lightning/r/CombinedAttachment/a2Q61000001WqabEAC/related/CombinedAttachments/view)**

⬆ Upload Files

## Partnership
# Luxclub Inc (/lightning/r/0016100000azrJSAAY/vi...

+ Follow | New Contact | New Note | Printable View

| Prospecting | Onboarding | Live | Suspended | Terminated | TnS Declined |

Mark Partnership Status as Complete

Related    **Details**

Partnership
Luxclub Inc

Account ⓘ
Luxclub Inc (/lightning/r/0016100000azrJSAAY/view)

Portal Display Name ⓘ
Lion

Suspension Code
Other

L0 Reason Codes
Other

L1 Reason Codes

L2 Reason Codes

Live Date

Record Type
Jet.com: Marketplace

Partnership Tag

Primary Contact

Partnership Type
Unmanaged

Onboarding Owner ⓘ

### ⌄ Customer Support Information

Customer Service Email

Customer Service Phone

Customer Service URL

Customer Support Availability

### ⌄ Marketplace Information

Store URL - Amazon

Store URL - Alibaba

Store URL - eBay

Store URL - Other

### ⌄ Integration & Fulfillment Information

Convey Freight Program
☐

Optoro Returns
☐

Jet Ship Rates
☐

Jet Ship Rates Account Number

### ⌄ System Information

Created By

_____ .
(/lightning/r/00561000000bGwRAAU/view)
, 3/21/2018 12:24 AM

Last Modified By

_____ (/lightning/r/00561000002TdSkAAK/view),
4/19/2020 8:04 PM

Partnership
## Luxclub Inc (/lightning/r/0016100000azrJSAAY/vi...

+ Follow | New Contact | New Note | Printable View

### Partnership Details

### Activity     Chatter

New Event    New Task    Log a Call    More

Set up an event...     **Add**

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001YdmFEAS)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

**Notes** (0) (/lightning/r/AttachedContentNote/a2Q61000001YdmFEAS/related/AttachedContentNotes/view)

**Notes ...** (0) (/lightning/r/CombinedAttachment/a2Q61000001YdmFEAS/related/CombinedAttachments/view)

⤒ Upload Files

Account
## Luxclub Inc

**+ Follow**  |  **Submit for Approval**  |  **Printable View**  |  **Delete**  |  ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related  **Details**  Advertising Hierarchy

| | |
|---|---|
| Account Name<br>Luxclub Inc | Account Owner<br>Walmart System User (/lightning/r/00561000001zBDOAA2/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>Gifts A Plenty | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>463993116 |
| Onboarding Contact | Integration Method Id<br>0016100000W2Ukq |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Partner | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience<br>☐ |

### ˅ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

### ˅ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type | WMG Industry |
| Advertiser<br>☐ | Advertising API Partner<br>☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |

Advertising Credit Approved ☐

Advertising Planning Kickoff

## ∨ Additional Information

| | |
|---|---|
| State of Incorporation | Year Company Founded |
| New York | 2018 |
| DUNS Number | Diverse Supplier |
| Account Geo | Active | Account Record Type | W9 Info under review |
| United States | ✔ | GFR Partner | ☐ |

New York Account **Luxclub Inc**

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

## ∨ Primary Contact Information

Primary Contact
Mike Masri (/lightning/r/0036100000IsMLeAAM/view)

## ∨ Address Information

Legal Address
1839 E 13TH ST
BROOKLYN, New York 11229-2807
United States



(https://www.google.com/maps?q=1839%20E%2013TH%20ST%0ABROOKLYN,%20New%20York%2011229-2807%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

Website

[www.nycwaves.com (http://www.nycwaves.com)](http://www.nycwaves.com)

Account

**Luxclub Inc**

System Information

Follow | Submit for Approval | Printable View | Delete | ▼

| Account Site | Active | Account Record Type | W9 Info updated | Created By | Last Modified By |
|---|---|---|---|---|---|
| United States | | GFG Portal | | Dermoutz ([/lightning/r/00561000000001zEAAU/view](/lightning/r/00561000000001zEAAU/view)), 8/29/2016 5:28 PM | Automated Process ([/lightning/r/00561000000zH2qAAE/view](/lightning/r/00561000000zH2qAAE/view)), 8/24/2020 6:54 AM |

## Email Widget

From

██████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☰ | ⫧ | ⫨ | ☰ | ☰ | ☰ | Tₓ |

Upload File

⬆ Upload Files

Send Email

## Email Message List

🏃 **We found no potential duplicates of this Account.**



Partnership
**Luxclub Inc (/lightning/r/0016100000azrJSAAY/view)**

+ Follow | New Contact | New Note | Printable View

> | Live | Suspended | Terminated | Onboardin... | TnS Decli... | Mark Partnership Status as Complete

Related | **Details**

Partnership
Luxclub Inc

Account ⓘ
Luxclub Inc
(/lightning/r/0016100000azrJSAAY/view)

Portal Display Name ⓘ
Luxclub Inc

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Live Date
6/14/2018 5:02 PM

Vendor ID ⓘ
42206

SAP ID
1600141468

PartnerPK ⓘ
a72a70bc-cad9-4634-8b5b-20231819fc1e

Record Type
Walmart.com: DSV

Partnership Tag

Primary Contact

Partnership Type
Unmanaged

Partner Tier
Body

Hold Fulfillment

Hold Payment ⓘ

Onboarding Owner ⓘ

### ⌄ Customer Support Information

Customer Service Email

Customer Service Phone

Customer Service URL

Customer Support Availability

### ⌄ Marketplace Information

Store URL - Amazon

Store URL - Alibaba

Store URL - eBay

Store URL - Other

### ⌄ DSV Performance Statistics

Warning 1 Eligible

Warning 2 Eligible

Suspension Eligible

Warning 1 Email Date

Warning 2 Email Date

Suspension Email Date

### ⌄ System Information

Created By
Integration User
(/lightning/r/00561000001SDvhAAG/view)
, 6/7/2018 10:39 AM

Partnership Status

Last Modified By
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 8/24/2020 4:54 AM

**Activity** | Chatter

**New Event** | New Task | Log a Call | Email

Set up an event... | Add

Filters: All time • All activities • All types

Refresh • Expand All •

View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001z6j4EAA)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ November • 2018                    2 Years Ago

> | No due date
Other (/lightning...
Walmart System User (/lightning/r/00561000...

No more past activities to load.

(0) (/lightning/r/AttachedContentNote...a2Q

(0) (/lightning/r/CombinedAttachment...a2Q

⬆ Upload Files

Or drop files

Partnership
**M&M Discounters (/lightning/r/0016100...**

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related **Details**

Partnership
M&M Discounters

Record Type
Walmart.com: Marketplace

Account ⓘ
M&M Discounters (/lightning/r/00161000010f4LRAAY/view)

Partnership Tag
Cat Go Get;Domestic;SMB SP 2;Top 1 MM

Portal Display Name ⓘ
CosmeticsOnTheGo

Primary Contact
Mendy Karczag (/lightning/r/00361000011tSMWAA2/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Body

L0 Reason Codes

Primary Contact Email
beautydiscounter43@gmail.com
(mailto:beautydiscounter43@gmail.com)

L1 Reason Codes

FedEx Code
FX28595165669

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ⓘ

Hold Payment ⓘ

Lead Record Type

Live Date
5/2/2017 3:24 PM

Related Case

Partner ID ⓘ
10000010541

Legacy Seller ID ⓘ
10341

Onboarding Contact

SellerID ⓘ
a658a2d0-5ea9-41e8-ada5-04cdb943f0e2

ReActive Date

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Can you fulfill orders by 2pm Mon-Fri?

Transporting goods from another country?

Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
beautydiscounter43@gmail.com (mailto:beautydiscounter43@g...

Customer Service URL

Customer Service Phone
(718) 749-3540 (tel:7187493540)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
me=A1G35A3E12TBG5&merchant=A1G35A3E12TBG5&redirect=tr
ue (https://www.amazon.com/s?
me=A1G35A3E12TBG5&merchant=A1G35A3E12TBG5&redirect=tr
ue)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
▇▇▇▇▇▇ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:19 PM

Last Modified By
▇▇▇▇▇▇ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:04 PM

Partnership Details

---

| **Activity** | Chatter |
|---|---|

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | Add |
|---|---|

Filters: All time · All activities · All types    ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=2Q61000001WqA7EAK)

⌄ **Upcoming & Overdue**

Account
**M&M Discounters**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 474471372 |

Related · **Details** · Advertising Hierarchy

| | |
|---|---|
| Account Name<br>M&M Discounters | Account Owner<br>▮▮▮▮▮▮ (/lightning/r/00561000002rHc2AAE/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>CosmeticsOnTheGo | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>474471372 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Direct | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience<br>☐ |

∨ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

∨ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type | WMG Industry |
| Advertiser<br>☐ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☐ | Advertising Planning Kickoff |

∨ Additional Information

| | |
|---|---|
| State of Incorporation<br>New York | Year Company Founded<br>2015 |
| DUNS Number | Diverse Supplier |

∨ Primary Contact Information

Primary Contact
Mendy Karczag (/lightning/r/00361000011tSMWAA2/view)

## ⌄ Address Information

Legal Address
**M&M Discounters**
763 Eastern Parkway Suite B19
Brooklyn, New York 11213
United States

| Account Geo | Active | Account Record Type | GFR Partner | W9 Info under review | ☐ | Tax ID | 474471372 |



(https://www.google.com/maps?q=763%20Eastern%20Parkway%20Suite%20B19%0ABrooklyn,%20New%20York%2011213%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
https://www.amazon.com/s?
me=A1G35A3E12TBG5&merchant=A1G35A3E12TBG5&redirect=true
(https://www.amazon.com/s?
me=A1G35A3E12TBG5&merchant=A1G35A3E12TBG5&redirect=true)

## ⌄ System Information

Created By
█████████ (/lightning/r/005610000022qV9AAI/view), 2/23/2017
6:39 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
4/16/2020 9:20 PM

---

**Email Widget**

From
█████████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

## M&M Discounters

+ Follow | Submit for Approval | Printable View | Delete | ▼

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 474471372 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ≔ | ≔ | ⇥ | ⇤ | ≡ | ≡ | ≡ | I× |

Upload File

⬆ Upload Files

Send Email

---

### Email Message List

---

🏃 **We found no potential duplicates of this Account.**

---

### Account Team

---

| Send Email | New Task | New Event | More |

Write an email... | Compose

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=00161000010f4LRAAY)



## Account
# Maxius Beauty LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

| | |
|---|---|
| **Account Name**<br>Maxius Beauty LLC | **Account Owner**<br>👤 (/lightning/r/00561000001jiwqAAA/view) |
| **DBA Name**<br>Maxius | **Account Record Type**<br>GFR Partner |
| **Walmart Display Name** | **Account Geo**<br>United States |
| **W9 Info under review**<br>☐ | **Tax ID**<br>811580541 |
| **Onboarding Contact** | **Integration Method Id** |
| **Will you providing a W8 or W9 form?** | **Do you operate internationally?**<br>No |
| **Integration Channel**<br>Direct | **Preferred Tax Classification**<br>W9 |
| **Referred By Channel Partner** | **Country of Incorporation**<br>United States |
| | **Han Solo Experience**<br>☐ |

### ⌄ Seller MP Application Information

| | |
|---|---|
| **Application Start Date**<br>2/19/2020 12:51 PM | **Application End Date** |
| **Is Contact Duplicate**<br>☐ | **Application Updated Date**<br>2/19/2020 2:47 PM |
| **Contact Exists**<br>☐ | |

### ⌄ Advertising Information

| | |
|---|---|
| **Advertising Account Name** | **Advertising Account Owner** |
| **Advertising Revenue**<br>$0.00 | **Advertising Primary Contact** |
| **Advertising Type** | **WMG Industry** |
| **Advertiser**<br>☐ | **Advertising API Partner**<br>☐ |
| **Advertising Credit Approved** | **Advertising Planning Kickoff** |

## ⌄ Additional Information

| | |
|---|---|
| State of Incorporation | Year Company Founded |
| California | 2016 |

**Maxius Beauty LLC**

| Follow | Submit for Approval | Printable View | Delete | ▼ |
|---|---|---|---|---|

DUNS Number

842127719

Diverse Supplier

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ |

## ⌄ Primary Contact Information

Primary Contact

Anizio Silva (/lightning/r/0034M00001tg31qQAA/view)

## ⌄ Address Information

Legal Address

12101 Palms Blvd

Los Angeles, California 90066

United States



(https://www.google.com/maps?
q=12101%20Palms%20Blvd%0ALos%20Angeles,%20California%2090066%0AUnited%20States)

Verified Indicator

zip : 1,

streetAddress : 1,

state : 1,

phone : 0,

fein : 0,

companyName : 1,

city : 1

Residential Indicators

indicator : 2,

description : Potential SOHO

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account
Account Account Name **Maxius Beauty LLC**

| | | | | Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review |
| United Supplier | Supplier Capability Survey Information | Confirmation | ☐ |

Website
maxiusinternational.com (http://maxiusinternational.com)

## ⌄ System Information

| Created By | Last Modified By |
| Application Form 3 Site Guest User (/lightning/r/00561000002r6ygAAA/view) | ███████████ (/lightning/r/00561000003OF9nAAG/view) |
| , 2/19/2020 2:47 PM | , 7/20/2020 7:07 PM |

## Email Widget

**From**
████████████████

**\* (required) To**
abc@mail.com

**Cc**
abc@mail.com

**BCc**
abc@mail.com

**Subject**
Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | Tₓ |

**Upload File**
⬆ Upload Files

| | Send Email |

**Email Message List**

We found no potential duplicates of this Account.

Account
## Maxius Beauty LLC

+ Follow    Submit for Approval    Printable View    Delete    ▼

**Account Team**

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ |

Send Email    New Task    New Event    More

Write an email...    Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001mP6InQAK)



Partnership
**Maxius Beauty LLC (/lightning/r/0014M00001mP6InQ...**

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

›        Live    Suspended    Terminated    Onboardin...    TnS Decli...    [ Mark Partnership Status as Complete ]

| Related | Details |

| Activity | Chatter |

New Event    Email    New Task    Log a Call

[ Set up an event... ]    [ Add ]

Partnership
Maxius Beauty LLC

Record Type
Walmart.com: Marketplace

Account ⓘ
Maxius Beauty LLC
(/lightning/r/0014M00001mP6InOAK/view)

Partnership Tag
SMB SP 2

Filters: All time • All activities • All types    ▼

Portal Display Name ⓘ

Primary Contact
Anizio Silva
(/lightning/r/0034M00001tg31qQAA/view)

Refresh • Expand All •

View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002zWkpUAE)

Partnership Status
Live

Partnership Type
Unmanaged

∨ Upcoming & Overdue

Suspension Code
0

Partner Tier
Body

No next steps.
To get things moving, add a task or set up a meeting.

L0 Reason Codes

Primary Contact Email
anizio@maxiusinternational.com
(mailto:anizio@maxiusinternational.com)

∨ September • 2020          3 Months Ago

›                              1:04 PM | Sep 19
How are we doin...                    ▼
Integration User (/lightning/r/005610000015...

L1 Reason Codes

FedEx Code
FX40647978593

L2 Reason Codes

Diverse Supplier

∨ August • 2020            4 Months Ago

Hold Fulfillment

Onboarding Owner ⓘ

›                              1:04 PM | Aug 27
How are we doin...                    ▼
Integration User (/lightning/r/005610000015...

Hold Payment ⓘ

Lead Record Type

Live Date
5/22/2020 1:04 PM

›                              1:04 PM | Aug 23
How are we doin...                    ▼
Integration User (/lightning/r/005610000015...

Related Case

Partner ID ⓘ
10001038073

›                              1:04 PM | Aug 20
How are we doin...                    ▼
Integration User (/lightning/r/005610000015...

Legacy Seller ID ⓘ
101018693

Onboarding Contact

No more past activities to load.

SellerID ⓘ
b511edfc-4770-4fce-8cee-8ffa7aa6fb4c

∨ Seller Shipping & Operations Information

**(0) (/lightning/r/CombinedAttachment...a2Q**

Existing Fulfillment Capabilities

Payment Processor

Existing Shipping Capabilities

Current Shipping Methods
UPS;FedEx;USPS;DHL

⬆ Upload Files

Reason for Termination

Transporting goods from another country?

Or drop files

Can you fulfill orders by 2pm Mon-Fri?
Yes

Why good fit for Walmart Marketplace?

∨ Customer Support Information

Customer Service Email
max@maxiusinternational.com
(mailto:max@maxiusinternational.com)

Customer Service URL

**Merchandise Outlet (/lightning/r/001610...**

| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |

Prospecting · Onboarding · Live · Suspended · Terminated · Onboarding_In... · TnS Declined

Mark Partnership Status as Complete

---

Related   **Details**

---

**Partnership**
Merchandise Outlet

**Account** ❶
Merchandise Outlet (/lightning/r/00161000015OxmzAAC/view)

**Portal Display Name** ❶
Merchandise Outlet

**Partnership Status**
Live

**Suspension Code**

**L0 Reason Codes**

**L1 Reason Codes**

**L2 Reason Codes**

**Hold Fulfillment**
☐

**Hold Payment** ❶

**Live Date**
10/16/2017 1:40 PM

**Related Case**

**Partner ID** ❶
10000015137

**Legacy Seller ID** ❶
14397

**Onboarding Contact**

**SellerID** ❶
f165e8a1-ea05-4690-9ab2-4a17d7da1ed8

**ReActive Date**

**Record Type**
Walmart.com: Marketplace

**Partnership Tag**
Cat Go Get;Domestic;SMB SP 2;Top 1 MM

**Primary Contact**
Kurt Schneider (/lightning/r/00361000017D8m2AAC/view)

**Partnership Type**

**Partner Tier**
Body

**Primary Contact Email**
kurt@merchandiseoutlet.com
(mailto:kurt@merchandiseoutlet.com)

**FedEx Code**
FX78092077858

**Diverse Supplier**

**Onboarding Owner** ❶

**Lead Record Type**

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?

Why good fit for Walmart Marketplace?

**+ Follow** | **Generate FedEx Code** | **New Contact** | **New Note** | ▼

## ⌄ Customer Support Information

Customer Service Email
kurt@merchandiseoutlet.com (mailto:kurt@merchandiseoutlet.c...

Customer Service URL

Customer Service Phone
(989) 775-7226 (tel:9897757226)

Customer Support Availability
No

## ⌄ Marketplace Information

Store URL - Amazon
amazon.com/merchandiseoutlet
(http://amazon.com/merchandiseoutlet)

Store URL - eBay
ebay.com/merchandiseoutletonline
(http://ebay.com/merchandiseoutletonline)

Store URL - Alibaba

Store URL - Other
bstocksupply.com (http://bstocksupply.com)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:56 PM

Last Modified By
(/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:06 PM

Partnership Details

**Activity**    Chatter

New Event | Email | New Task | More

Set up an event...    | Add

Filters: All time • All activities • All types    ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WugiEAC)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

Account
## Merchandise Outlet

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 382652011 |

Related | **Details** | Advertising Hierarchy

Account Name
Merchandise Outlet

Account Owner
▮▮▮▮▮▮ (/lightning/r/005610000023RITAAU/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
Merchandise Outlet

Account Geo
United States

W9 Info under review
☐

Tax ID
382652011

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Michigan

Year Company Founded
1985

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
[Kurt Schneider](/lightning/r/00361000017D8m2AAC/view)

## ⌄ Address Information

Legal Address
**Merchandise Outlet**
2467 E Remus Rd
Mt. Pleasant, Michigan 48858
United States

Account Geo
United States

Active ☑

Account Record Type
GFR Partner

W9 Info under review ☐

Tax ID
382652011



[(https://www.google.com/maps?q=2467%20E%20Remus%20Rd%0AMt.%20Pleasant,%20Michigan%2048858%0AUnited%20States)](https://www.google.com/maps?q=2467%20E%20Remus%20Rd%0AMt.%20Pleasant,%20Michigan%2048858%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

Created By
[Application Form 2 Site Guest User](/lightning/r/005610000024Q62AAE/view)
, 5/26/2017 12:44 PM

Last Modified By
[Walmart System User](/lightning/r/00561000001zBDOAA2/view),
4/16/2020 12:46 AM

---

**Email Widget**

From

██████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

Account
BCc **Merchandise Outlet**                    + Follow    Submit for Approval    Printable View    Delete    ▼

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 382652011 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | →☰ | ←☰ | ☰ | ☰ | ☰ | I̲ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

Send Email    New Task    New Event    More

Write an email...                    Compose

Filters: All time • All activities • All types    ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=00161000015OxmzAAC)

∨ **Upcoming & Overdue**

No next steps.



+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related    **Details**

Partnership
MMI, Inc

Record Type
Walmart.com: Marketplace

Account ℹ️
MMI, Inc (/lightning/r/0016100000YWOAAAA5/view)

Partnership Tag
Cat Go Get;Domestic;LineOfCredit-Marcus;SMB SP 2;Strategic;Top 1 MM;WG - Disputes

Portal Display Name ℹ️
Champions Value

Primary Contact
Mike Rush (/lightning/r/0036100000j41O6AAI/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Body

L0 Reason Codes

Primary Contact Email
shopxperts@yahoo.com (mailto:shopxperts@yahoo.com)

L1 Reason Codes

FedEx Code
FX21987728710

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ℹ️

Hold Payment ℹ️

Lead Record Type

Live Date
11/1/2016 7:05 PM

Related Case

Partner ID ℹ️
10000004882

Legacy Seller ID ℹ️
4797

Onboarding Contact

SellerID ℹ️
9806fd0c-a62e-4b68-bbdc-39e2875397a1

ReActive Date

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Can you fulfill orders (physically)

Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## Customer Support Information

Customer Service Email
cybermondayspecials@yahoo.com (mailto:cybermondayspecials...

Customer Service URL

Customer Service Phone
(844) 328-2047 (tel:8443282047)

Customer Support Availability

## Marketplace Information

Store URL - Amazon
http://www.amazon.com/s?me=AGFW4190JDQB2
(http://www.amazon.com/s?me=AGFW4190JDQB2)

Store URL - eBay
http://www.ebay.com/usr/yourskin?_trksid=p2047675.l2559
(http://www.ebay.com/usr/yourskin?_trksid=p2047675.l2559)

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status
Not-Enrolled

Suppress Reminder Emails?
☐

Created By
████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:24 AM

Partnership Details

### Activity    Chatter

New Event | Email | New Task | More

Set up an event...                                    Add

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wp9VEAS)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

Account
**MMI, Inc**

██████████████████████████ + Follow  Submit for Approval  Printable View  Delete ▼

View Duplicates ✕

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 030443827 |

---

Related  **Details**  Advertising Hierarchy

Account Name
MMI, Inc

Account Owner
██████████ (/lightning/r/00561000002rHc2AAE/view)

DBA Name
Shopxperts

Account Record Type
GFR Partner

Walmart Display Name
Cyber Monday Specials

Account Geo
United States

W9 Info under review
☐

Tax ID
030443827

Onboarding Contact

Integration Method Id
0016100000W2Ukq

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name
MMI, Inc

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type
SS - Category 3

WMG Industry

Advertiser
☑

Advertising API Partner
☐

Advertising Credit Approved
☑

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Texas

Year Company Founded
2010

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
Mike Rush (/lightning/r/0036100000j41O6AAI/view)

## ∨ Address Information

Account
**MML Inc**

Legal Name


View Duplicates ✕

+ Follow    Submit for Approval    Printable View    Delete    ▼

13720 MIDWAY RD STE 108
DALLAS, Texas unknown
United States

| Account Geo | Active ☑ | Account Record Type | W9 Info under review ☐ | Tax ID |
| --- | --- | --- | --- | --- |
| United States | | GFR Partner | | 030443827 |

(https://www.google.com/maps?q=13720%20MIDWAY%20RD%20STE%20108%0ADALLAS,%20Texas%20unknown%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
http://www.shopxperts.net (http://www.shopxperts.net)

## ∨ System Information

Created By
👤 ▮▮▮▮▮ (/lightning/r/00561000001jiwqAAA/view), 7/27/2016 1:45 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view), 8/23/2020 2:18 AM

### Email Widget

From
▮▮▮▮▮▮▮▮▮

* (required) To
abc@mail.com

abc@mail.com

Cc

abc@mail.com

BCc

Account
abc@mail.com

**MMI, Inc**

Subject
Subject

| | | | | | | |
|---|---|---|---|---|---|---|
| [View Duplicates] ✕ | | + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 030443827 |

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | Tₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**

View Duplicates

---

**Account Team**

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

| Write an email... | Compose |
|---|---|

Filters: All time · All activities · All types



# Partnership
## Natrich LLC (/lightning/r/00161000014Jz...

+ Follow  |  Generate FedEx Code  |  New Contact  |  New Note  |  ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related  **Details**

Partnership
Natrich LLC

Account ⓘ
Natrich LLC (/lightning/r/00161000014JzwOAAS/view)

Portal Display Name ⓘ
Euro Pharm

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
9/7/2017 3:20 PM

Related Case

Partner ID ⓘ
10000013281

Legacy Seller ID ⓘ
12852

Onboarding Contact

SellerID ⓘ
51fe90c8-4dee-4083-927d-bb2d38e6b436

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;LineOfCredit-Marcus;SMB SP 2;Strategic;Top 1
MM;WFS;WG - Disputes

Primary Contact
Nathan Matthews (/lightning/r/003610000168OJsAAM/view)

Partnership Type

Partner Tier
Body

Primary Contact Email
sales@eislerchemist.com (mailto:sales@eislerchemist.com)

FedEx Code
FX57234922260

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership
Can you describe why Natrick LLC (/lightning/r/00161000014Jz... Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
sales@eislerchemist.com (mailto:sales@eislerchemist.com)

Customer Service URL

Customer Service Phone
(212) 744-4144 (tel:2127444144)

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay
ebay.com/pharmacy1142 (http://ebay.com/pharmacy1142)

Store URL - Alibaba

Store URL - Other
bonanza.com/pharmacy1142
(http://bonanza.com/pharmacy1142)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
█████████████
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:58 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:00 AM

Partnership Details

## Activity      Chatter

New Event      Email      New Task      More

Set up an event...                                          Add

Filters: All time • All activities • All types ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WxxHEA0)

### ⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

### ⌄ March • 2018

Account
**Natrich LLC**

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 471037841 |

Related | **Details** | Advertising Hierarchy

Account Name
Natrich LLC

Account Owner
█████ (/lightning/r/005610000023M9FAAU/view)

DBA Name
Eisler Chemist

Account Record Type
GFR Partner

Walmart Display Name
Euro Pharm

Account Geo
United States

W9 Info under review
☐

Tax ID
471037841

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

∨ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

∨ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

∨ Additional Information

State of Incorporation
New York

Year Company Founded
2013

DUNS Number

Diverse Supplier

∨ Primary Contact Information

Primary Contact

Nathan Matthews (/lightning/r/003610000168OJsAAM/view)

## ⌄ Address Information

Legal Address
**Natrich LLC**
Account
Front Door 1142 Lexington Ave
New York, New York 10075
United States
(https://www.google.com/maps?q=Front%20Door%201142%20Lexington%20Ave%0ANew%20York,%20New%20York%2010075%0AUnited%20States)

Account Name                  Active              Account Record Type        W9 Info under review        Tax ID
Natrich LLC                   ☑                   GFR Partner                ☐                           471037841

United States

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

Created By                                              Last Modified By
Application Form 2 Site Guest User                      ████████████ (/lightning/r/00561000003OF9nAAG/view),
(/lightning/r/005610000024Q62AAE/view)                  9/2/2020 1:12 PM
, 5/4/2017 10:18 AM

---

**Email Widget**

From
████████████████

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body **Natrich LLC**

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

| Account | | | | | |

Salesforce Sans ▾  12 ▾  **B**  *I*  U̲  S̶  ☰  ☷  ⊣⊦  ⊢⊣  ☰  ☰  ☰  Tₓ

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 471037841 |

Upload File

⤒ Upload Files

Send Email

**Email Message List**

🏃 **We found no potential duplicates of this Account.**

**Account Team**

Send Email | New Task | New Event | More

Write an email...   [Compose]

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=00161000014JzwOAAS)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



Partnership
## New York Beauty (/lightning/r/00161000...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

Partnership
New York Beauty

Account ⓘ
New York Beauty (/lightning/r/00161000014IVIyAAG/view)

Portal Display Name ⓘ
New York Deals

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
6/12/2017 5:23 PM

Related Case

Partner ID ⓘ
10000012587

Legacy Seller ID ⓘ
12201

Onboarding Contact

SellerID ⓘ
72e6d03b-0d5b-4f36-ad9f-8f774d13b570

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Cat Go Get;Domestic;LineOfCredit-Marcus;SMB SP 2;Top 1 MM;WFS

Primary Contact
Moses Bodek (/lightning/r/00361000015dXLVAA2/view)

Partnership Type

Partner Tier
Body

Primary Contact Email
online_sales@royalsupplyny.com
(mailto:online_sales@royalsupplyny.com)

FedEx Code
FX47663449374

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type

∨ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
|---|---|
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |

Partnership

| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |
|---|---|---|---|---|

Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace?

Transporting goods from another country?

## ⌄ Customer Support Information

**Customer Service Email**
walmart_sales@royalsupplyny.com (mailto:walmart_sales@royals...

**Customer Service URL**

**Customer Service Phone**
(860) 391-6652 (tel:(860) 391-6652)

**Customer Support Availability**

## ⌄ Marketplace Information

**Store URL - Amazon**
http://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AKQW51Y9JP80D&mercha
nt=AKQW51Y9JP80D&redirect=true (http://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AKQW51Y9JP80D&mercha
nt=AKQW51Y9JP80D&redirect=true)

**Store URL - eBay**

**Store URL - Alibaba**

**Store URL - Other**

## ⌄ System Information

**2-Day Shipping Enrollment Status**

**Suppress Reminder Emails?**
☐

**Created By**
████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:19 PM

**Last Modified By**
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:36 AM

---

Partnership Details

---

| **Activity** | Chatter |
|---|---|

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | Add |
|---|---|

Filters: All time · All activities · All types ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WqW0EAK)

⌄ **Upcoming & Overdue**

Account
**New York Beauty**

View Duplicates
+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 812945891 |

Related | **Details** | Advertising Hierarchy

Account Name
New York Beauty

Account Owner
(/lightning/r/00561000002rHc2AAE/view)

DBA Name
New York Beauty

Account Record Type
GFR Partner

Walmart Display Name
New York Deals

Account Geo
United States

W9 Info under review
☐

Tax ID
812945891

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

**˅ Seller MP Application Information**

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

**˅ Advertising Information**

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

**˅ Additional Information**

State of Incorporation
New York

Year Company Founded
2016

DUNS Number

Diverse Supplier

**˅ Primary Contact Information**

Primary Contact
Moses Bodek (/lightning/r/00361000015dXLVAA2/view)

## ∨ Address Information

Account
**New York Beauty**



| | | | |
|---|---|---|---|
| View Duplicates ✕ | + Follow | Submit for Approval | Printable View | Delete | ▼ |

Legal Address
70 Franklin Ave
Brooklyn, New York 11205
United States

Account Geo | Active ☑

Account Record Type
GFR Partner

W9 Info under review ☐

Tax ID
812945891

(https://www.google.com/maps?q=70%20Franklin%20Ave%0ABrooklyn,%20New%20York%2011205%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
amazon.com (http://amazon.com)

## ∨ System Information

Created By
(/lightning/r/00561000001jiwqAAA/view), 5/1/2017 2:36 PM

Last Modified By
(/lightning/r/00561000003OF9nAAG/view), 9/2/2020 1:11 PM

---

**Email Widget**

From

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

**Account**

## New York Beauty

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| --- | --- | --- | --- | --- |
| United States | ☑ | GFR Partner | ☐ | 812945891 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I̲ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 51 potential duplicates of this Account.**
View Duplicates

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email... | Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=00161000014IVIyAAG)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

Partnership
NYC HAIR

Record Type
Walmart.com: Marketplace

Account ⓘ
NYC HAIR (/lightning/r/00161000014JMu7AAG/view)

Partnership Tag
Domestic;SMB SP 2;Top 1 MM

Portal Display Name ⓘ
NYC HAIR

Primary Contact
Michael DiLeo (/lightning/r/003610000167IRVAAY/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Body

L0 Reason Codes

Primary Contact Email
groomllc@att.net (mailto:groomllc@att.net)

L1 Reason Codes

FedEx Code
FX22007912253

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ⓘ

Hold Payment ⓘ

Lead Record Type

Live Date
9/1/2017 12:31 PM

Related Case

Partner ID ⓘ
10000013109

Legacy Seller ID ⓘ
12706

Onboarding Contact

SellerID ⓘ
66c9ee38-8cc2-4f7d-99a8-158bc7f82104

ReActive Date

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Can you confirm if you have a...

Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## Customer Support Information

Customer Service Email
nychair361@gmail.com (mailto:nychair361@gmail.com)

Customer Service URL

Customer Service Phone
(631) 938-6151 (tel:6319386151)

Customer Support Availability

## Marketplace Information

Store URL - Amazon
http://WWW.NYCHAIR/AMAZON.COM
(http://WWW.NYCHAIR/AMAZON.COM)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
███████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:19 PM

Last Modified By
███████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:06 PM

Partnership Details

## Activity     Chatter

New Event     Email     New Task     More

Set up an event...                                      Add

Filters: All time • All activities • All types  ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WqWYEA0)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ September • 2017                                              4 Years Ago

Account
**NYC HAIR**

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 060819633 |

Related | **Details** | Advertising Hierarchy

Account Name
NYC HAIR

Account Owner
▆▆▆▆ (/lightning/r/005610000023M9FAAU/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
NYC HAIR

Account Geo
United States

W9 Info under review
☐

Tax ID
060819633

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner
ShipStation (/lightning/r/0016100000Uu8bDAAR/view)

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Connecticut

Year Company Founded
2006

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
Michael DiLeo (/lightning/r/003610000167IRVAAY/view)



## ∨ Address Information

Account
Legal Address
**NYC HAIR**
78 WATER ST
TORRINGTON, Connecticut 06790
United States

View Duplicates ✕

| | + Follow | Submit for Approval | Printable View | Delete | ▼ |

Account Geo | Active ☑ | Account Record Type GFR Partner | W9 Info under review ☐ | Tax ID 060819633
United States

(https://www.google.com/maps?q=78%20WATER%20ST%0ATORRINGTON,%20Connecticut%2006790%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website

## ∨ System Information

Created By
(/lightning/r/00561000001jiwqAAA/view), 5/2/2017 7:41 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
4/16/2020 9:19 PM

**Email Widget**

From

* (required) To
abc@mail.com

abc@mail.com

Cc

abc@mail.com

BCc   Account

abc@mail.com   **NYC HAIR**



View Duplicates ✕

+ Follow   Submit for Approval   Printable View   Delete   ▼

Subject

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 060819633 |

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ▸☰ | ◂☰ | ☰ | ☰ | ☰ | T̲ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

⚐  **We found 1 potential duplicate of this Account.**

View Duplicates

---

**Account Team**

---

Send Email   New Task   New Event   More

Write an email...   Compose

Filters: All time · All activities · All types  ☐

˅ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

Partnership
ODPA, Inc

Record Type
Walmart.com: Marketplace

Account ⓘ
ODPA, Inc (/lightning/r/00161000016yzDoAAI/view)

Partnership Tag
Domestic;LineOfCredit-Marcus;SMB SP 2;WFS

Portal Display Name ⓘ
Skinlogica

Primary Contact
Jin Han (/lightning/r/0036100001k9KdKAAU/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Head

L0 Reason Codes

Primary Contact Email
skinlogica.cs@gmail.com (mailto:skinlogica.cs@gmail.com)

L1 Reason Codes

FedEx Code
FX83747785769

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ⓘ

Hold Payment ⓘ

Lead Record Type

Live Date
7/6/2017 11:47 AM

Related Case

Partner ID ⓘ
10000013224

Legacy Seller ID ⓘ
12771

Onboarding Contact

SellerID ⓘ
e0203018-35fe-4657-a354-846c0f719058

ReActive Date

˅ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

PAYONEER

| Existing Shipping Capabilities | Current Shipping Methods |
|---|---|

| Reason for Termination | Transporting goods from another country? |
|---|---|

Partnership
Can you... print... (/lightning/...    Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
skinlogica.cs@gmail.com (mailto:skinlogica.cs@gmail.com)

Customer Service Phone
(562) 246-8221 (tel:(562) 246-8221)

Customer Service URL

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - Alibaba

Store URL - eBay

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Created By
█████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:27 PM

Suppress Reminder Emails?
☐

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 10:59 AM

Partnership Details

## Activity    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...    Add

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WqusEAC)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

Account
## ODPA, Inc

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 462897564 |

Related | **Details** | Advertising Hierarchy

Account Name
ODPA, Inc

Account Owner
▮▮▮▮▮▮ (/lightning/r/00561000002rHc2AAE/view)

DBA Name
Skinlogica

Account Record Type
GFR Partner

Walmart Display Name
Skinlogica

Account Geo
United States

W9 Info under review
☐

Tax ID
462897564

Onboarding Contact

Integration Method Id
0016100000UuvZ3AAJ

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
California

Year Company Founded
2013

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Jin Han (/lightning/r/00361000018Cb15AAC/view)

## ⌄ Address Information

Legal Address
Account
**ODPA, Inc**
13100 Alondra Blvd 105
Cerritos, California 90703
United States

Account Geo
United States

Active ✓

Account Record Type
GFR Partner

W9 Info under review ☐

Tax ID
462897564

| Follow | Submit for Approval | Printable View | Delete | ▼ |



(https://www.google.com/maps?q=13100%20Alondra%20Blvd%20105%0ACerritos,%20California%2090703%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

Created By
Application Form 2 Site Guest User
(/lightning/r/005610000024Q62AAE/view)
, 6/21/2017 2:53 PM

Last Modified By
█████████████ (/lightning/r/00561000003OF9nAAG/view),
9/2/2020 12:13 PM

---

**Email Widget**

From
█████████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

**Account**
## ODPA, Inc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 462897564 |

**Subject**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☷ | ⫤ | ⫦ | ☰ | ☰ | ☰ | Tₓ |

**Upload File**

[ ⬆ Upload Files ]

---

[ Send Email ]

---

**Email Message List**

---

⚘  **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

| Write an email... | Compose |

Filters: All time • All activities • All types

Refresh • Expand All • View All (/runtime_sales_activities/activityViewAll.app?parentRecordId=00161000016yzDoAAI)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



Account
# OGR INTERNATIONAL, INC.

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

| | |
|---|---|
| Account Name | Account Owner |
| OGR INTERNATIONAL, INC. | ████████ (/lightning/r/005610000023DSrAAM/view) |
| DBA Name | Account Record Type |
| OGR INTERNATIONAL, INC. | GFR Partner |
| Walmart Display Name | Account Geo |
| | United States |
| W9 Info under review | Tax ID |
| ☐ | 200960705 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| | No |
| Integration Channel | Preferred Tax Classification |
| | W9 |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience |
| | ☐ |

## ⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| 10/12/2019 4:38 AM | |
| Is Contact Duplicate | Application Updated Date |
| ☐ | 10/12/2019 4:40 AM |
| Contact Exists | |
| ☐ | |

## ⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue | Advertising Primary Contact |
| $0.00 | |
| Advertising Type | WMG Industry |
| Advertiser | Advertising API Partner |
| ☐ | ☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |

☐

## Additional Information

| | |
|---|---|
| State of Incorporation | Year Company Founded |
| **Account** | |
| **OGR INTERNATIONAL, INC.** | |
| DUNS Number | Diverse Supplier |
| 22070131 | |
| Account Geo | Active | Account Record Type | W9 Info under review |
| United States | ☑ | GFR Partner | ☐ |

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

## ⌄ Primary Contact Information

Primary Contact

Donald Craig (/lightning/r/0034M00001qzAvdQAE/view)

## ⌄ Address Information

Legal Address

19800 Macarthur Blvd Ste 1100
Irvine, California 92612
United States



(https://www.google.com/maps?
q=19800%20Macarthur%20Blvd%20Ste%201100%0AIrvine,%20California%2092612%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 1,
city : 0

Residential Indicators
indicator : 0,
description : Commercial Address

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account
Account **OGR INTERNATIONAL, INC.**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

Account Geo
United States

Active
Supplier Capability Survey Information

Account Record Type
Supplier

W9 Info under review
☐

Website

## System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 10/12/2019 4:40 AM

Last Modified By
███████████
(/lightning/r/00561000003OF9nAAG/view)
, 7/20/2020 6:17 PM

---

### Email Widget

From
███████████

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject
Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇤ | ⇥ | ☰ | ☰ | ☰ | I̲ₓ |

Upload File

⬆ Upload Files

| Send Email |



Pɹosbǝɔʇᴉuƃ | Oupoɑɹʇᴉuƃ | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| Osso Outlet LLC | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| Osso Outlet LLC (/lightning/r/00161000010cNgRAAU/view) | Domestic;Halloween;LineOfCredit-Marcus;SMB SP 2;Strategic;Top 1 MM;WG - Disputes |
| Portal Display Name ❶ | Primary Contact |
| TMT | John Han (/lightning/r/00361000011rKLvAAM/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | osso.outlet@gmail.com (mailto:osso.outlet@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX78582830295 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 3/9/2017 10:53 AM | |
| Related Case | |
| Partner ID ❶ | |
| 10000009647 | |
| Legacy Seller ID ❶ | |
| 9254 | |
| Onboarding Contact | |
| SellerID ❶ | |
| ba52eebf-88b7-4402-a327-bd0657fcf1af | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

Existing Fulfilment Capabilities

Existing Shipping Capabilities

Reason for Termination

Can you sell on the Walmart Marketplace?

Payment Processor
PAYONEER

Current Shipping Methods

Transporting goods from another country?

Why good fit for Walmart Marketplace?

**Osso Outlet LLC** (/lightning/r/001610000...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

## Customer Support Information

Customer Service Email
tmt.wm17@gmail.com (mailto:tmt.wm17@gmail.com)

Customer Service Phone
(909) 839-7621 (tel:9098397621)

Customer Service URL

Customer Support Availability
Yes

## Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AZH6T489DJU98&merchan
t=AZH6T489DJU98&redirect=true// (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AZH6T489DJU98&merchan
t=AZH6T489DJU98&redirect=true//)

Store URL - Alibaba

Store URL - eBay
http://stores.ebay.com/agamaimports
(http://stores.ebay.com/agamaimports)

Store URL - Other
http://www.sears.com/seller/10149006
(http://www.sears.com/seller/10149006)

## System Information

2-Day Shipping Enrollment Status

Created By
▮▮▮▮▮▮ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:19 PM

Suppress Reminder Emails?
☐

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:13 AM

Partnership Details

### Activity    Chatter

New Event | Email | New Task | More

Set up an event...                                                    [ Add ]

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wq7sEAC)

∨ Upcoming & Overdue

Account
## Osso Outlet LLC

+ Follow    Send Advertising NDA

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 471349419 |

Related    **Details**    Advertising Hierarchy

Account Name
Osso Outlet LLC

Account Owner
(/lightning/r/00561000002rHc2AAE/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
TMT

Account Geo
United States

W9 Info under review
☐

Tax ID
471349419

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
California

Year Company Founded
2014

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
John Han (/lightning/r/00361000011rKLvAAM/view)

## ⌄ Address Information

Legal Address
**Osso Outlet LLC**
5416 Pal Mal Ave
Temple City, California 91780
Account Geo
United States

| Active | Account Record Type | W9 Info under review | Tax ID |
|--------|--------------------|--------------------|--------|
| ✔ | GFR Partner | ☐ | 471349419 |

+ Follow     Send Advertising NDA

(https://www.google.com/maps?q=5416%20Pal%20Mal%20Ave%0ATemple%20City,%20California%2091780%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
http://www.ebay.com/usr/osso_outlet?rt=nc
(http://www.ebay.com/usr/osso_outlet?rt=nc)

## ⌄ System Information

Created By
Mollie McLaughlin (/lightning/r/005610000022qV9AAI/view), 2/17/2017 5:19 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view), 1/29/2021 11:57 AM

---

### Email Widget

From
████████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

### Account
### Osso Outlet LLC

[ + Follow ]  [ Send Advertising NDA ]

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 471349419 |

Subject

Subject

Email Body

| Salesforce Sans ▾ | 12 ▾ | **B** | *I* | U | S | ≔ | ≔ | ⇥ | ⇤ | ≡ | ≡ | ≡ | I× |

Upload File

[ ↥ Upload Files ]

[ Send Email ]

---

### Email Message List

---

⚡ **We found no potential duplicates of this Account.**

---

### Account Team

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email...                                                                      [ Compose ]

Filters: All time • All activities • All types   [ ]

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=00161000010cNgRAAU)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



**Partnership**
## Christopher Lees (/lightning/r/0014M000...

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related   **Details**

Partnership
Otapot

Account ⓘ
Christopher Lees (/lightning/r/0014M00001k5X04QAE/view)

Portal Display Name ⓘ
Otapot

Partnership Status
Live

Suspension Code
0

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
9/19/2019 12:10 PM

Related Case

Partner ID ⓘ
10001029715

Legacy Seller ID ⓘ
101010335

Onboarding Contact

SellerID ⓘ
5fc86560-0107-4432-b0e6-41adfa17ad9a

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
SMB SP 2

Primary Contact
Cynthia Lees (/lightning/r/0034M00001pj389QAA/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
purchasing@otapot.com (mailto:purchasing@otapot.com)

FedEx Code
FX83328247283

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

PAYONEER

Existing Shipping Capabilities

Current Shipping Methods
UPS;FedEx;USPS

Reason for Termination

Transporting goods from another country?
No

Partnership

**Christopher Lees (/lightning/r/0014M000...**

Can you dropship company, if a person has

Why good fit for Walmart Marketplace?
We sell quality products with fast shipping will providing excellent customer service.

Yes

## Customer Support Information

Customer Service Email
purchasing@otapot.com (mailto:purchasing@otapot.com)

Customer Service URL

Customer Service Phone
(818) 928-5323 (tel:8189285323)

Customer Support Availability

## Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 9/14/2019 7:01 PM

Last Modified By
███████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:03 PM

Partnership Details

## Activity    Chatter

New Event    Email    New Task    More

Set up an event...    Add

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002yvoKUAQ)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

Account
## Pan options trading inc

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

Account Name
Pan options trading inc

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
None

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
834393586

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
5/9/2020 4:35 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/9/2020 4:40 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved

☐

Advertising Planning Kickoff

## ⌄ Additional Information

State of Incorporation
Kansas

DUNS Number
United States

Active
☑

Account Record Type
GFR Partner

W9 Info under review
☐

Diverse Supplier

**Account**
**Pan options trading inc**

+ Follow | New Company Foundation | Submit for Approval | Printable View | Delete | ▼

Year Company Founded
2019

Account Geo
United States

## ⌄ Primary Contact Information

Primary Contact
Panfilo Federio (/lightning/r/0034M00001vidWiQAI/view)

## ⌄ Address Information

Legal Address
805 e 26th st n
Wichita, Kansas 67219
United States



(https://www.google.com/maps?q=805%20e%2026th%20st%20n%0AWichita,%20Kansas%2067219%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

Account
**Pan options trading inc**

## System Information

| Created By | Active | Account Record Type | W9 Info updated | Last Modified By |
|---|---|---|---|---|

United States Application Form 3 Site Guest User CFR Partner ☐

(/lightning/r/00561000002r6ygAAA/view)
, 5/9/2020 4:40 PM

(/lightning/r/00561000003OF9nAAG/view)
, 7/20/2020 6:45 PM

[Follow] [Submit for Approval] [Printable View] [Delete] [▼]

---

## Email Widget

From

[████████████████]

* (required) To

[ abc@mail.com ]

Cc

[ abc@mail.com ]

BCc

[ abc@mail.com ]

Subject

[ Subject ]

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** *I* U̲ S̶ | ☰ ☱ ⫤ ⫥ | ☰ ☰ ☰ | T̲ₓ |
|---|---|---|---|---|---|

Upload File

[ ⬆ Upload Files ]

[ Send Email ]

---

## Email Message List

🏃 **We found 1 potential duplicate of this Account.**
   <u>View Duplicates</u>

---

Send Email
Account

| New Task | New Event | More |

**Pan options trading inc**

＋ Follow  |  Submit for Approval  |  Printable View  |  Delete  ▼

Write an email...  |  Compose

| Account Geo | Active | Account Record Type | W9 Info under review |
| United States | ☑ | GFR Partner | ☐ |

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001nRYlvQAG)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

**Files**

## Pan options trading inc

+ Follow | View Duplicates | ✕ | Printable View | Delete | ▼
Submit for Approval

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

Account Name
Pan options trading inc

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
None

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
834393586

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
5/9/2020 4:35 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/9/2020 4:40 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

| Advertising Credit Approved | Advertising Planning Kickoff |
|---|---|
| ☐ | |

## Additional Information

State of Incorporation
Kansas

Account
**Pan options trading inc**

███████████████ View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

Company Founded
2019

| DUNS Number | Active | Account Record Type | W9 Info under review | Diverse Supplier |
|---|---|---|---|---|
| Account Geo United States | ☑ | GFR Partner | ☐ | |

## Primary Contact Information

Primary Contact
Panfilo Federio (/lightning/r/0034M00001vidWiQAI/view)

## Address Information

Legal Address
805 e 26th st n
Wichita, Kansas 67219
United States



(https://www.google.com/maps?q=805%20e%2026th%20st%20n%0AWichita,%20Kansas%2067219%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

Account
**Pan options trading inc**

## System Information

| | | | | |
|---|---|---|---|---|
| Created By | Active | Account Record Type | W9 Info updated | Last Modified By |
| United States | ✓ | CFR Partner | ☐ | |
| Application Form 3 Site Guest User (/lightning/r/00561000002r6ygAAA/view) | | | | (/lightning/r/00561000003OF9nAAG/view) |
| , 5/9/2020 4:40 PM | | | | , 7/20/2020 6:45 PM |



**View Duplicates**   ✕   + Follow   Submit for Approval   Printable View   Delete   ▾

---

## Email Widget

**From**

[ ]

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▾ | 12 ▾ | **B** *I* U̲ S̶ | ☰ ☰ | ◂▤ ▸▤ | ≡ ≡ ≡ | I× |

**Upload File**

⬆ Upload Files

Send Email

---

## Email Message List

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

## Account Team



**Pan options trading inc**

Send Email   New Task   N... Ev...   View Duplicates   ✕   + Follow   Submit for Approval   Printable View   Delete   ▼

Account

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

Write an email...   Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001nRYIvQAG)

⌄ **Upcoming & Overdue**

No next steps.

## Files

Account
## Pan options trading inc

[Black redaction] + Follow  | Submit for Approval | Printable View | Delete | ▼

View Duplicates ✕

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| Canada | ☑ | GFR Partner | ☐ |

---

Related    **Details**    Advertising Hierarchy

| Account Name | Account Owner |
|---|---|
| Pan options trading inc | [redacted] (/lightning/r/0054M000003IvesQAA/view) |
| DBA Name | Account Record Type |
| | GFR Partner |
| Walmart Display Name | Account Geo |
| | Canada |
| W9 Info under review | Tax ID |
| ☐ | |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel | Preferred Tax Classification |
| Direct | |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience |
| | ☐ |

### ⌄ Seller MP Application Information

| Application Start Date | Application End Date |
|---|---|
| Is Contact Duplicate | Application Updated Date |
| ☐ | |
| Contact Exists | |
| ☐ | |

### ⌄ Advertising Information

| Advertising Account Name | Advertising Account Owner |
|---|---|
| Advertising Revenue | Advertising Primary Contact |
| $0.00 | |
| Advertising Type | WMG Industry |
| Advertiser | Advertising API Partner |
| ☐ | ☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |

Advertising Credit Approved ☐    Advertising Planning Kickoff

## Additional Information

**Pan options trading inc**

| | | |
|---|---|---|
| State of Incorporation | Account | |
| Kansas | | View Duplicates ✕ |

+ Follow    Submit for Approval    Printable View    Delete ▼

DUNS Number                          Diverse Supplier

Account Geo        Active        Account Record Type        W9 Info under review
Canada             ☑             GFR Partner                 ☐

## Primary Contact Information

Primary Contact
Panfilo Federio (/lightning/r/0034M00001z9sC5QAI/view)

## Address Information

Legal Address
805 e 26th st n
Wichita, Kansas 67219
United States



(https://www.google.com/maps?q=805%20e%2026th%20st%20n%0AWichita,%20Kansas%2067219%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

_____

## Account Information
## Pan options trading inc

View Duplicates ✕   + Follow   Submit for Approval   Printable View   Delete ▼

Created By                                              Last Modified By
Ricardo Escalante (/lightning/r/0054M000003BvesQAA/view)   (/lightning/r/0054M000003m8GAQAY/view)
Account Retail Approves QAA Info under r
Canada    GFR Partner    ☐
9/17/2020 6:18 PM                                       9/18/2020 8:21 AM

---

## Email Widget

From

[ ████████████████████ ]

* (required) To

[ abc@mail.com ]

Cc

[ abc@mail.com ]

BCc

[ abc@mail.com ]

Subject

[ Subject ]

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** *I* U S̶ | ☰ ☰ ☰ ☰ | ☰ ☰ ☰ | I×̲ |

Upload File

⬆ Upload Files

Send Email

---

## Email Message List

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

## Account Team



**Account**
## Pan options trading inc

Write an email...   + Follow   View Duplicates ✕

Submit for Approval   Printable View   Delete ▼

Compose

| Account Geo | Active | Account Record Type | W9 Info under review | |
|---|---|---|---|---|
| Canada | ✓ | GFR Partner | ☐ | Filters: All time • All activities • All types |

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001qfHJVQA2)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

## Files



## Partnership
# Paramount Motors (/lightning/r/0014M0...

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

Related    **Details**

Partnership
Paramount Motors

Account ❶
Paramount Motors (/lightning/r/0014M00001IVIUOQA0/view)

Portal Display Name ❶
Paramount

Partnership Status
Live

Suspension Code
0

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ❶

Live Date
3/30/2020 6:49 AM

Related Case

Partner ID ❶
10001034339

Legacy Seller ID ❶
101014953

Onboarding Contact

SellerID ❶
ba88e1da-552d-46e0-8bdc-90fc32019974

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;SMB SP 2

Primary Contact
David Bath (/lightning/r/0034M00001rsdjeQAA/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
sales.paramountmotors@gmail.com
(mailto:sales.paramountmotors@gmail.com)

FedEx Code
FX89268449105

Diverse Supplier

Onboarding Owner ❶

Lead Record Type

⌄ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| --- | --- |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |

Partnership

| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |
| --- | --- |
| | Transporting goods from another country? |

## ⌄ Customer Support Information

| Customer Service Email | Customer Service URL |
| --- | --- |
| davidallenbath@gmail.com (mailto:davidallenbath@gmail.com) | |

| Customer Service Phone | Customer Support Availability |
| --- | --- |
| (702) 612-2175 (tel:7026122175) | No |

## ⌄ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
| --- | --- |
| https://www.amazon.com/s? marketplaceID=ATVPDKIKX0DER&me=A2SYRDG4PZFZZU&merchant=A2SYRDG4PZFZZU&redirect=true (https://www.amazon.com/s? marketplaceID=ATVPDKIKX0DER&me=A2SYRDG4PZFZZU&merchant=A2SYRDG4PZFZZU&redirect=true) | |

| Store URL - Alibaba | Store URL - Other |
| --- | --- |

## ⌄ System Information

| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
| --- | --- |
| | ☐ |

| Created By | Last Modified By |
| --- | --- |
| ████ (/lightning/r/00561000002UEmFAAW/view), 12/2/2019 3:21 PM | ████ (/lightning/r/00561000003Ds3XAAS/view), 10/23/2020 7:03 PM |

Partnership Details

**Activity**   Chatter

| New Event | Email | New Task | More |
| --- | --- | --- | --- |

Set up an event...   | Add |

Filters: All time · All activities · All types   ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002zEZxUAM)

⌄ **Upcoming & Overdue**

Account

████████████████████████ View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 814387933 |

Related  **Details**  Advertising Hierarchy

Account Name
Paramount Motors

Account Owner
████████ lightning/r/00561000001ut62AAA/view)

DBA Name
Paramount

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
814387933

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel

Preferred Tax Classification

Referred By Channel Partner
Deliverr (/lightning/r/0016100001Ud5rHAAR/view)

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Utah

Year Company Founded
2016

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
David Bath (/lightning/r/0034M00001rsdjeQAA/view)

## ∨ Address Information

Legal Address
██████████████████████ View Duplicates ✕

12521 S Pebblebrook Way
Draper, Utah 84020
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 814387933 |



(https://www.google.com/maps?q=12521%20S%20Pebblebrook%20Way%0ADraper,%20Utah%2084020%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 1,
city : 0

Residential Indicators
indicator : 2,
description : Potential SOHO

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website

## ∨ System Information

Created By
██████████ (/lightning/r/00561000002UEmFAAW/view), 12/2/2019
3:21 PM

Last Modified By
██████████ (/lightning/r/00561000003OF9nAAG/view),
7/20/2020 7:05 PM

**Email Widget**

Confidential                    Walmart, Inc.                    2020018144C000234



From

* (required) To
Account
abc@mail.com

Account Geo          Active          Account Record Type          W9 Info under review          Tax ID
United States          ✔          GFR Partner          ☐          814387933
abc@mail.com

Account          View Duplicates          ✕          + Follow          Submit for Approval          Printable View          Delete          ▼

BCc
abc@mail.com

Subject
Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | Tₓ |

Upload File

⬆ Upload Files

Send Email

Email Message List

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

**Account Team (0) (/lightning/r/AccountTeamMember/0014M00001IVIUOQA0/related/AccountTeamMembers/view)**          ▼

Send Email          New Task          New Event          More

Write an email...          Compose

Filters: All time • All activities • All types          ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001IVIUOQA0)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_Ina... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

Partnership
Perfumeworldwide Inc

Account ●
PERFUMEWORLDWIDE INC
(/lightning/r/0016100000UsQhrAAF/view)

Portal Display Name ●
VivaBella

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ●

Live Date
6/22/2016 1:53 PM

Related Case

Partner ID ●
10000000718

Legacy Seller ID ●
689

Onboarding Contact

SellerID ●
28573e4d-12e7-4037-a2f9-bd372a748b27

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;Halloween;LineOfCredit-Marcus;SAM
Seller;Strategic;Supplier Diversity;WG - Disputes

Primary Contact
Piyush Golia (/lightning/r/0036100000a7WI8AAM/view)

Partnership Type

Partner Tier
Head

Primary Contact Email
info@perfumeworldwide.com (mailto:info@perfumeworldwide.com)

FedEx Code
FX28394803216

Diverse Supplier

Onboarding Owner ●

Lead Record Type

## Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Existing Shipping Capabilities

Payment Processor
PAYONEER

Current Shipping Methods

| Reason for Termination | Transporting goods from another country? |
|---|---|
| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |

## PERFUMEWORLDWIDE INC (/lightning/r/00161...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

### Customer Support Information

**Customer Service Email**
resolutions@perfumeworldwide.com (mailto:resolutions@perfumew...

**Customer Service URL**

**Customer Service Phone**
(516) 348-1164 (tel:5163481164)

**Customer Support Availability**

### Marketplace Information

**Store URL - Amazon**

**Store URL - eBay**
http://www.ebay.com/sch/scentedmonkey/m.html?_trksid=p3692
(http://www.ebay.com/sch/scentedmonkey/m.html?_trksid=p3692)

**Store URL - Alibaba**

**Store URL - Other**

### System Information

**2-Day Shipping Enrollment Status**
Enrolled

**Suppress Reminder Emails?**
☐

**Created By**
███████ (Admin) (/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

**Last Modified By**
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:35 AM

---

Partnership Details

---

## Activity    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...        | Add

Filters: All time • All activities • All types ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WocQEAS)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

---

No past activity. Past meetings and tasks marked as done show up here.

---

**Notes & Attac... (0)** (/lightning/r/CombinedAttachment/a2Q61000001WocQEAS/related/CombinedAttachments/view) ▼

Account
# PERFUMEWORLDWIDE INC

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

| | |
|---|---|
| Account Name<br>PERFUMEWORLDWIDE INC | Account Owner<br>Walmart System User (/lightning/r/00561000001zBDOAA2/view) |
| DBA Name<br>Perfumeworldwide.com | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>VivaBella | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>820570795 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Direct | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience<br>☑ |

⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name<br>PERFUME WORLDWIDE INC | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type<br>SS - Category 3 | WMG Industry |
| Advertiser<br>☑ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☑ | Advertising Planning Kickoff |

## Additional Information

State of Incorporation
Alabama

Year Company Founded
2003

DUNS Number

Diverse Supplier

| Account | | | | |
|---|---|---|---|---|
| **PERFUMEWORLDWIDE INC** | View Duplicates ✕ | + Follow | Submit for Approval | Printable View | Delete ▼ |

## Primary Contact Information

Account Geo
United States

Primary Contact
Piyush Golia (/lightning/r/0036100000a7WI8AAM/view)

Active
✔

Account Record Type
GFR Partner

W9 Info under review
☐

## Address Information

Legal Address
2020 OCEAN AVE UNIT A
RONKONKOMA, New York 11804-2200
United States



(https://www.google.com/maps?q=2020%20OCEAN%20AVE%20UNIT%20A%0AORONKONKOMA,%20New%20York%2011804-2200%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

http://www.perfumeworldwide.com
(http://www.perfumeworldwide.com)

## System Information

Created By
PERFUMEWORLDWIDE INC 000btREAAY/view),
4/15/2016 3:18 PM

View Duplicates ✕

Account
000btREAAY/view),

Last Modified By
, 2/23/2021 9:17 PM

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ |

### Email Widget

**From**

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I̶ₓ |

**Upload File**

⬆ Upload Files

Send Email

### Email Message List

⚡ **We found 1 potential duplicate of this Account.**
View Duplicates

### Account Team

| Send Email | New Task | New Event | More |
|---|---|---|---|

Account
## Pinrui inc

View Duplicates

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

Account Name
Pinrui inc

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
None

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
812034505

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
5/13/2020 7:10 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/13/2020 7:15 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved

☐

Advertising Planning Kickoff

## ⌄ Additional Information

| | | | |
|---|---|---|---|
| Account | ████████████████ | View Duplicates ✕ | |
| Pinrul Inc | + Follow | Company Found | Submit for Approval | Printable View | Delete ▼ |

State of Incorporation
Colorado

2016

Account Geo
United States

Active
☑

Account Record Type
GFR Partner

DUNS Number

W9 Info under review
☐

Diverse Supplier

## ⌄ Primary Contact Information

Primary Contact
Michael Little (/lightning/r/0034M00001vivICQAY/view)

## ⌄ Address Information

Legal Address
36 south 18th ave
Brighton, Colorado 80601
United States



(https://www.google.com/maps?q=36%20south%2018th%20ave%0ABrighton,%20Colorado%2080601%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

Account
**Pinrui inc**

## System Information

Account Created By Active    Account Record Type    W9 Info uLasteMadifined By
United States Application Form 3 Site Guest User    CFR Partner
(/lightning/r/00561000002r6ygAAA/view)    (/lightning/r/00561000003OF9nAAG/view)
, 5/13/2020 7:15 PM    , 7/20/2020 6:40 PM

**View Duplicates**

+ Follow    Submit for Approval    ✕    Printable View    Delete    ▼

---

## Email Widget

From

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☰ | ◄▌ | ▐► | ☰ | ☰ | ☰ | I͓ₓ |

Upload File

⬆ Upload Files

Send Email

---

## Email Message List

⚐ **We found 1 potential duplicate of this Account.**
   View Duplicates

## Account Team



### Account
## Pinrui inc

**+ Follow**

View Duplicates

Send Email · New Task · N... · Ev...

Submit for Approval · Printable View · Delete ▾

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

Write an email...    Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001nRpIpQAK)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

## Files

Account
## Pinrui inc

View Duplicates

✕

+ Follow    Submit for Approval    Printable View    Delete    ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| Canada | ☑ | GFR Partner | ☐ |

---

Related    **Details**    Advertising Hierarchy

| | |
|---|---|
| Account Name | Account Owner |
| Pinrui inc | ▓▓▓▓▓ (/lightning/r/0054M000003IveYQAQ/view) |
| DBA Name | Account Record Type |
| | GFR Partner |
| Walmart Display Name | Account Geo |
| | Canada |
| W9 Info under review | Tax ID |
| ☐ | |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel | Preferred Tax Classification |
| Direct | |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience |
| | ☐ |

### ⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate | Application Updated Date |
| ☐ | |
| Contact Exists | |
| ☐ | |

### ⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue | Advertising Primary Contact |
| $0.00 | |
| Advertising Type | WMG Industry |
| Advertiser | Advertising API Partner |
| ☐ | ☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |

## Additional Information

**Pintui inc**

| | | |
|---|---|---|
| State of Incorporation | | |
| Colorado | | |
| DUNS Number | | Diverse Supplier |
| Account Geo | Active | Account Record Type | W9 Info under review |
| Canada | ✔ | GFR Partner | ☐ |

View Duplicates ✕

+ Follow  Submit for Approval  Printable View  Delete ▼

## Primary Contact Information

Primary Contact
Michael Little (/lightning/r/0034M00001z9y5LQAQ/view)

## Address Information

Legal Address
36 south 18th ave
Brighton, Colorado 80601
United States

(https://www.google.com/maps?q=36%20south%2018th%20ave%0ABrighton,%20Colorado%2080601%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website
_____

## System Information

### Pinrui inc

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

Created By

Account
Canada | (/lightning/r/0054M000003m8GAQAY/view)
9/18/2020 2:15 PM

GFR Partner ☐

W9 Info under r

Last Modified By

(/lightning/r/0054M000003m8GAQAY/view)
9/21/2020 1:17 PM

## Email Widget

**From**

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | _I_ | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I_x |

**Upload File**

⬆ Upload Files

Send Email

## Email Message List

## We found 1 potential duplicate of this Account.

View Duplicates

## Account Team

Send Email | New Task | New Event | More

Account
**Pinrui inc**

Write an email...

+ Follow

View Duplicates ✕
Submit for Approval | Printable View | Delete ▾

Compose

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| Canada | ✔ | GFR Partner | ☐ |

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001qfN5wQAE)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



## Files

/

## Partnership
# Pinrui inc (/lightning/r/0014M00001qfN5wQAE/vi...

[ + Follow ] [ New Contact ] [ New Note ] [ Printable View ]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

---

Related    **Details**

---

**Partnership**
Pinrui inc

**Account** ⓘ
Pinrui inc (/lightning/r/0014M00001qfN5wQAE/view)

**Portal Display Name** ⓘ
Pinrui inc

**Suspension Code**
0

**L0 Reason Codes**

**L1 Reason Codes**

**L2 Reason Codes**

**Hold Fulfillment**
☐

**Hold Payment** ⓘ

**Live Date**
9/28/2020 1:43 PM

**Partner ID** ⓘ
10001061739

**Legacy Seller ID** ⓘ
101042363

**SellerID** ⓘ
3835d7f5-19ef-4621-ac58-0e52101e46fb

**Record Type**
Walmart.ca: Marketplace

**Partnership Tag**
Existing US Seller

**Primary Contact**
Michael Little (/lightning/r/0034M00001z9y5LQAQ/view)

**Partnership Type**
Unmanaged

**Partner Tier**
Body

**Onboarding Owner** ⓘ

### ⌄ Customer Support Information

**Customer Service Email**
loeradanielmuv@gmail.com (mailto:loeradanielmuv@gmail.com)

**Customer Service Phone**
(240) 466-8861 (tel:2404668861)

**Customer Service URL**

**Customer Support Availability**

### ⌄ Marketplace Information

**Store URL - Amazon**

**Store URL - Alibaba**

**Store URL - eBay**

**Store URL - Other**



## System Information

Created By
Taylor Philippi ([/lightning/r/0054M000003IveYQAQ/view](/lightning/r/0054M000003IveYQAQ/view)),
9/18/2020 2:15 PM

Last Modified By
Integration User ([/lightning/r/00561000001SDvhAAG/view](/lightning/r/00561000001SDvhAAG/view)),
9/28/2020 1:43 PM

Partnership
Pinrui Inc ([/lightning/r/0014M00001qfN5wQAE/vi](/lightning/r/0014M00001qfN5wQAE/vi))

Follow | New Contact | New Note | Printable View

### Partnership Details

---

**Activity**    Chatter

New Event    New Task    Log a Call    More

Set up an event...    [ Add ]

Filters: All time • All activities • All types    ▼

Refresh • Expand All • View All([/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002opVHUAY](/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002opVHUAY))

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

---

**Notes** ... **(0)** ([/lightning/r/CombinedAttachment/a2Q4M000002opVHUAY/related/CombinedAttachments/view](/lightning/r/CombinedAttachment/a2Q4M000002opVHUAY/related/CombinedAttachments/view))    ▼

⬆ Upload Files



Confidential                                    Walmart, Inc.                    20200018144Q000251

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| Polimarket, LLC | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| Polimarket, LLC (/lightning/r/0016100000W3tBGAAZ/view) | Domestic;Halloween;LineOfCredit-Marcus;SMB SP 2;Top 1 MM |
| Portal Display Name ❶ | Primary Contact |
| Luxury Affordable | Gokhan Erkavun (/lightning/r/0036100000eWLKgAAO/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | gokhan@beautybridge.com (mailto:gokhan@beautybridge.com) |
| L1 Reason Codes | FedEx Code |
| | FX11468169006 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 9/27/2016 6:37 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10000001623 | |
| Legacy Seller ID ❶ | |
| 1492 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 6ff4b2c0-d65c-4569-88e4-95241277e7e2 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities | Payment Processor

| Existing Shipping Capabilities | Current Shipping Methods |
|---|---|

Reason for Termination

Partnership
Can you...by...by Marketplace?                    Why good fit for Walmart Marketplace?

**Polimarket, LLC (/lightning/r/001610000...**    + Follow    Generate FedEx Code    New Contact    New Note    ▼

## ⌄ Customer Support Information

Customer Service Email
pierstrading77@gmail.com (mailto:pierstrading77@gmail.com)

Customer Service URL

Customer Service Phone
(201) 997-6872 (tel:2019976872)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/sp?
_encoding=UTF8&seller=A22NVJX99DZZHU
(https://www.amazon.com/sp?
_encoding=UTF8&seller=A22NVJX99DZZHU)

Store URL - eBay

Store URL - Alibaba

Store URL - Other
https://www.amazon.ca/gp/aag/main?
ie=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=A2EU
Q1WTGCTBG2&orderID=&protocol=current&seller=A1B5AYYRWDE
DM3&sshmPath= (https://www.amazon.ca/gp/aag/main?
ie=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=A2EU
Q1WTGCTBG2&orderID=&protocol=current&seller=A1B5AYYRWDE
DM3&sshmPath=)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
▮▮▮▮▮▮ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:07 AM

Partnership Details

## Activity        Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...        Add

Filters: All time • All activities • All types

## Account
### Polimarket, LLC

View Duplicates

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 201610486 |

---

Related | **Details** | Advertising Hierarchy

| | |
|---|---|
| **Account Name** | **Account Owner** |
| Polimarket, LLC | ___ (/lightning/r/005610000023M9FAAU/view) |
| **DBA Name** | **Account Record Type** |
| Beauty Bridge | GFR Partner |
| **Walmart Display Name** | **Account Geo** |
| Luxury Affordable | United States |
| **W9 Info under review** | **Tax ID** |
| ☐ | 201610486 |
| **Onboarding Contact** | **Integration Method Id** |
| **Will you providing a W8 or W9 form?** | **Do you operate internationally?** |
| **Integration Channel** | **Preferred Tax Classification** |
| Direct | |
| **Referred By Channel Partner** | **Country of Incorporation** |
| | **Han Solo Experience** |
| | ☐ |

### ⌄ Seller MP Application Information

| | |
|---|---|
| **Application Start Date** | **Application End Date** |
| **Is Contact Duplicate** | **Application Updated Date** |
| ☐ | |
| **Contact Exists** | |
| ☐ | |

### ⌄ Advertising Information

| | |
|---|---|
| **Advertising Account Name** | **Advertising Account Owner** |
| **Advertising Revenue** | **Advertising Primary Contact** |
| $0.00 | |
| **Advertising Type** | **WMG Industry** |
| **Advertiser** | **Advertising API Partner** |
| ☐ | ☐ |
| **Advertising Credit Approved** | **Advertising Planning Kickoff** |
| ☐ | |

### ⌄ Additional Information

| | |
|---|---|
| **State of Incorporation** | **Year Company Founded** |
| New Jersey | 2004 |
| **DUNS Number** | **Diverse Supplier** |

### ⌄ Primary Contact Information

Primary Contact
Gokhan Erkavun (/lightning/r/0036100000eWLKgAAO/view)

## ⌄ Address Information

Legal Address
**Polimarket, LLC**
639 Passaic Ave
Nutley, New Jersey 07110
United States
(https://www.google.com/maps?q=639%20Passaic%20Ave%0ANutley,%20New%20Jersey%2007110%0AUnited%20States)

Account
Address

View Duplicates ✕
+ Follow    Submit for Approval    Printable View    Delete    ▼

| Account CFR | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 201610486 |

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
http://www.beautybridge.com (http://www.beautybridge.com)

## ⌄ System Information

Created By
Christine Norton (/lightning/r/00561000001nHkPAAU/view), 6/8/2016
10:21 AM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
4/16/2020 12:42 AM

---

### Email Widget

From

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject

Subject

Email Body

**Account**
~~SPolimarket, LLC~~  View Duplicates ✕

12  **B** *I* U ~~S~~ ≔ ≔ ⇥ ⇤ ≡ ≡ +≡ ≡

Account | Follow | Submit for Approval | Printable View | Delete | ▾

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 201610486 |

Upload File

⬆ Upload Files

Send Email

## Email Message List

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

## <u>Account Team</u>

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email...   Compose

Filters: All time • All activities • All types  ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000W3tBGAAZ)

⌄ **Upcoming & Overdue**

**Partnership**
# Prestige Wholesale Industries LLC (/lightn...

+ Follow    Generate FedEx Code    New Contact    New Note   ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

Related    **Details**

Partnership
Prestige Wholesale Industries LLC

Account   ⓘ
Prestige Wholesale Industries LLC
(/lightning/r/0014M00001sYCTzQAO/view)

Portal Display Name   ⓘ

Partnership Status
Live

Suspension Code
0

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment   ⓘ

Live Date
12/1/2020 7:27 AM

Related Case

Partner ID   ⓘ
10001070610

Legacy Seller ID   ⓘ
101051234

Onboarding Contact

SellerID   ⓘ
20a63829-b21d-4fd8-b0f6-eb30422e51e5

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
SMB

Primary Contact
Joel VELAZQUEZ (/lightning/r/0034M0000213EKZQA2/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
info@prestigewholesale.org (mailto:info@prestigewholesale.org)

FedEx Code
FX44474382326

Diverse Supplier

Onboarding Owner   ⓘ

Lead Record Type
Inbound Lead

⌄ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
|---|---|
| | HYPERWALLET |
| Existing Shipping Capabilities | Current Shipping Methods |
| | UPS;FedEx;USPS;DHL;Other |

| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |
|---|---|
| Yes | |

Transporting goods from another country?

## ⌄ Customer Support Information

| Customer Service Email | Customer Service URL |
|---|---|
| info@prestigewholesale.org (mailto:info@prestigewholesale.org) | |
| Customer Service Phone | Customer Support Availability |
| (800) 725-0913 (tel:8007250913) | |

## ⌄ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
|---|---|
| | |
| Store URL - Alibaba | Store URL - Other |
| | |

## ⌄ System Information

| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
|---|---|
| | ☐ |
| Created By | Last Modified By |
| Application Form 3 Site Guest User (/lightning/r/00561000002r6ygAAA/view) , 11/24/2020 8:01 PM | Michael Monroe (/lightning/r/0054M000003mOAXQA2/view) , 2/5/2021 4:50 PM |

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...          Add

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002p387UAA)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

Account
# Prestige Wholesale Industries LLC

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 853767354 |

| Related | **Details** | Advertising Hierarchy |

Account Name
Prestige Wholesale Industries LLC

Account Owner
[blacked out] (/lightning/r/00561000002rciaAAA/view)

DBA Name
Prestige Wholesale Industries LLC

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
853767354

Onboarding Contact

Integration Method Id
0016100000W2ArE

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Partner

Preferred Tax Classification
W9

Referred By Channel Partner
SellerActive (/lightning/r/0016100000W2ArEAAV/view)

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
11/24/2020 7:52 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
11/24/2020 8:01 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Florida

Year Company Founded
2020

DUNS Number
117526415

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Joel VELAZQUEZ (/lightning/r/0034M0000213EKZQA2/view)

∨ Address Information

Account
Legal Name **Prestige Wholesale Industries LLC**
5951 SW 13 Terrace
West Miami, Florida 33144
United States

Account Geo
United States

Active
☑

Account Record Type
GFR Partner

W9 Info under review
☐

Tax ID
853767354

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

(https://www.google.com/maps?q=5951%20SW%2013%20Terrace%0AWest%20Miami,%20Florida%2033144%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website
http://www.prestigewholesale.org/ (http://www.prestigewholesale.org/)

∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 11/24/2020 8:01 PM

Last Modified By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 11/24/2020 8:01 PM

**Email Widget**

From

████████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ≣ | ≣ | ⫶≣ | ⫶≣ | ≣ | ≣ | ≣ | I_x |

Upload File

⬆ Upload Files

Send Email

---

## Email Message List

---

⚓ **We found no potential duplicates of this Account.**

---

## Account Team

---

| Send Email | New Task | New Event | More |

Write an email...   [ Compose ]

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001sYCTzQAO)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

---

### Account

## Prestige Wholesale Industries LLC

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 853767354 |



Partnership
## Pro Concepts (/lightning/r/0016100000Y...

[ + Follow ] [ Generate FedEx Code ] [ New Contact ] [ New Note ] [ ▼ ]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

[ Mark Partnership Status as Complete ]

Related | **Details**

Partnership
Pro Concepts

Account ❶
Pro Concepts (/lightning/r/0016100000YTVjsAAH/view)

Portal Display Name ❶
Two2Tango

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ❶

Live Date
9/7/2016 4:47 PM

Related Case

Partner ID ❶
10000002249

Legacy Seller ID ❶
2175

Onboarding Contact

SellerID ❶
05d303ae-d2a2-4372-b24c-d38257834327

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Cat Go Get;Domestic;Have It Brand;SMB SP 2;Strategic;Top 1 MM;WFS;WG - Disputes

Primary Contact
Darvin Guerra (/lightning/r/0036100000h3I7wAAA/view)

Partnership Type

Partner Tier
Body

Primary Contact Email
darvin@agradora.com (mailto:darvin@agradora.com)

FedEx Code
FX36357984355

Diverse Supplier

Onboarding Owner ❶

Lead Record Type

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Can you... **Pro Concepts... (/lightning/r/0016100000Y...**   + Follow   Why good fit for Walmart Marketplace?   Generate FedEx Code   New Contact   New Note   ▼

## ⌄ Customer Support Information

Customer Service Email
customerservice@two-2tango.com (mailto:customerservice@two-...

Customer Service URL

Customer Service Phone
(909) 545-6749 (tel:(909) 545-6749)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
http://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A3NV9T7WOL3TWV&merc
hant=A3NV9T7WOL3TWV&redirect=true
(http://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A3NV9T7WOL3TWV&merc
hant=A3NV9T7WOL3TWV&redirect=true)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
█████████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
█████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:00 PM

Partnership Details

## Activity    Chatter

| New Event | Email | New Task | More |

Set up an event...    Add

Filters: All time • All activities • All types   ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wp4IEAS)

## ⌄ Upcoming & Overdue

## Account

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 461671535 |

Related | **Details** | Advertising Hierarchy

Account Name
Pro Concepts

Account Owner
██████ (/lightning/r/005610000023M9FAAU/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
Pro Concepts

Account Geo
United States

W9 Info under review
☐

Tax ID
461671535

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
South Dakota

Year Company Founded
4

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
[Darvin Guerra](/lightning/r/0036100000h3l7wAAA/view)

Account

Legal Address
[29003 Avenue Sherman](/...)
[Valencia, California 91355](/...)
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 461671535 |

+ Follow    Submit for Approval    Printable View    Delete    ▼



[(https://www.google.com/maps?q=29003%20Avenue%20Sherman%0AValencia,%20California%2091355%0AUnited%20States)](https://www.google.com/maps?q=29003%20Avenue%20Sherman%0AValencia,%20California%2091355%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

Created By
[Kirsten Pickford](/lightning/r/00561000001k12XAAQ/view), 7/15/2016 1:01 PM

Last Modified By
██████████ ([/lightning/r/00561000003OF9nAAG/view](/lightning/r/00561000003OF9nAAG/view)), 9/2/2020 2:27 PM

🏃 **We found no potential duplicates of this Account.**

**[Account Team (0) (/lightning/r/AccountTeamMember/0016100000YTVjsAAH/related/AccountTeamMembers/view)](/lightning/r/AccountTeamMember/0016100000YTVjsAAH/related/AccountTeamMembers/view)** ▼

Send Email    New Task    New Event    More

## Partnership
**Psyduckonline (/lightning/r/0016100001...**

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

Related    **Details**

| | |
|---|---|
| Partnership | Record Type |
| Psyduckonline | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| Psyduckonline (/lightning/r/0016100001ADS9mAAH/view) | Domestic;SMB SP 2;Strategic;WFS;WG - Disputes |
| Portal Display Name ❶ | Primary Contact |
| PSYDUCKONLINE | Pi Cheng (/lightning/r/0036100001ChI7NAAV/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | psyduckonline@gmail.com (mailto:psyduckonline@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX17725029123 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 9/26/2017 1:36 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10000015776 | |
| Legacy Seller ID ❶ | |
| 15087 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 6e95531f-8800-46fa-afa1-50c8c31e9eb9 | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities        Payment Processor

PAYONEER

| Existing Shipping Capabilities | Current Shipping Methods |
|---|---|
| Reason for Termination | Transporting goods from another country? |

Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
psyduckonline@gmail.com (mailto:psyduckonline@gmail.com)

Customer Service URL

Customer Service Phone
(818) 934-0819 (tel:8189340819)

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay
http://stores.ebay.com/psyduckonline
(http://stores.ebay.com/psyduckonline)

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Madhuri Garimella
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:57 PM

Last Modified By
⬤ ▓▓▓▓▓▓▓ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:00 PM

Partnership Details

| Activity | Chatter |
|---|---|

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...          | Add |

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WxMeEAK)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ March · 2018

Account
## Psyduckonline

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 448068619 |

---

Related   **Details**   Advertising Hierarchy

| | |
|---|---|
| Account Name<br>Psyduckonline | Account Owner<br>■■■■■ (/lightning/r/005610000023M9FAAU/view) |
| DBA Name | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>PSYDUCKONLINE | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>448068619 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Direct | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience<br>☐ |

### ⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

### ⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type | WMG Industry |
| Advertiser<br>☐ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☐ | Advertising Planning Kickoff |

### ⌄ Additional Information

| | |
|---|---|
| State of Incorporation<br>California | Year Company Founded<br>2014 |
| DUNS Number | Diverse Supplier |

### ⌄ Primary Contact Information

Walmart, Inc. 2020018144C000268

Primary Contact
Pi Cheng (/lightning/r/0036100001ChI7NAAV/view)

## ⌄ Address Information

Legal Address
Account
**Psyduckonline**
713 W Durate Road G234
Arcadia, California 910079527
Account Geo
United States

| | |
|---|---|
| Active | ✔ |

Account Record Type
GFR Partner

W9 Info under review
☐

Tax ID
448068619

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]



(https://www.google.com/maps?q=713%20W%20Durate%20Road%20G234%0AArcadia,%20California%20910079527%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

Created By
Application Form 2 Site Guest User
(/lightning/r/005610000024Q62AAE/view)
, 8/31/2017 6:27 PM

Last Modified By
███████████ (/lightning/r/00561000003OF9nAAG/view),
9/2/2020 2:34 PM

---

**Email Widget**

From
███████████

* (required) To

abc@mail.com

Cc

abc@mail.com

Account
BCc **Psyduckonline**                                    + Follow    Submit for Approval    Printable View    Delete    ▼

abc@mail.com

Account Geo          Active          Account Record Type    W9 Info under review    Tax ID
United States        ☑              GFR Partner             ☐                      448068619
Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ▸☰ | ◂☰ | ☰ | ☰ | ☰ | I̶ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...                                                    Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100001ADS9mAAH)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



**PT HUTCHINS COMPANY LLC** (/lightning/...)

| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related    **Details**

Partnership
PT HUTCHINS COMPANY LLC

Account ⓘ
PT HUTCHINS COMPANY LLC
(/lightning/r/0014M00001kqClgQAE/view)

Portal Display Name ⓘ

Partnership Status
Terminated

Suspension Code
0

L0 Reason Codes
Trust & Safety

L1 Reason Codes
Partner Fraud

L2 Reason Codes
Stolen Identity

Hold Fulfillment
☑

Hold Payment ⓘ
180 days

Live Date
11/8/2019 2:56 PM

Related Case

Partner ID ⓘ
10001032365

Legacy Seller ID ⓘ
101012986

Onboarding Contact

SellerID ⓘ
a8177081-2d35-435d-afed-56084b3473bc

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag

Primary Contact
jason william (/lightning/r/0034M00001rpWGaQAM/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
664jameshamilton@gmail.com
(mailto:664jameshamilton@gmail.com)

FedEx Code
FX29812806476

Diverse Supplier

Onboarding Owner ⓘ

Lead Record Type

⌄ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | | Payment Processor | |
| --- | --- | --- | --- |

| Existing Shipping Capabilities | | Current Shipping Methods |
| --- | --- | --- |
| | | UPS;FedEx;USPS |

**PT HUTCHINS COMPANY LLC** (/lightning/...

| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |
| --- | --- | --- | --- | --- |

Transporting goods from another country?

| Can you fulfill orders by 2pm Mon–Fri? | Why good fit for Walmart Marketplace? |
| --- | --- |
| Yes | We are home improvement tools manufacturer and retailer for more than 5 years. Our product is of high quality and we are experienced online retailer. |

## ˅ Customer Support Information

**Customer Service Email**
664jameshamilton@gmail.com (mailto:664jameshamilton@gma...

**Customer Service URL**

**Customer Service Phone**
(347) 770-3945 (tel:3477703945)

**Customer Support Availability**

## ˅ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ˅ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

**Created By**
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 11/1/2019 6:19 PM

**Last Modified By**
█████████ (/lightning/r/00561000003Ds3XAAS/view),
10/20/2020 12:51 PM

---

Partnership Details

---

| **Activity** | Chatter |
| --- | --- |

| New Event | Email | New Task | More |
| --- | --- | --- | --- |

| Set up an event... | Add |
| --- | --- |

Filters: All time · All activities · All types ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002z6XVUAY)

## ˅ Upcoming & Overdue

Account
# PT HUTCHINS COMPANY LLC

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 942151401 |

## W9 Validation

This Account is currently in W9 Validation.

| Go to the W9 Ticket |

Related | **Details** | Advertising Hierarchy

Account Name
PT HUTCHINS COMPANY LLC

Account Owner
(/lightning/r/005610000022qUuAAI/view)

DBA Name
N/A

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
942151401

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
11/1/2019 6:18 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
11/1/2019 6:19 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation

Year Company Founded

| DUNS Number | Diverse Supplier |
| --- | --- |

## Primary Contact Information

Account
Prim**PT HUTCHINS COMPANY LLC**

[Follow] [Submit for Approval] [Printable View] [Delete] [▼]

jason william (/lightning/r/0034M00001rpWGaQAM/view)

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| --- | --- | --- | --- | --- |
| United States | | GFR Partner | ☐ | 942151401 |

Address Information

Legal Address
901 South Stimson Avenue,Los Angeles County
City of Industry, California 91745
United States



(https://www.google.com/maps?
q=901%20South%20Stimson%20Avenue,Los%20Angeles%20County%0ACity%20of%20Industry,%20California%2091745%0AUnited%20States)

Verified Indicator
zip : 1,
streetAddress : 1,
state : 1,
phone : 0,
fein : 1,
companyName : 1,
city : 1

Residential Indicators
indicator : 0,
description : Commercial Address

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

## System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 11/1/2019 6:19 PM

Last Modified By
██████████ (/lightning/r/00561000003OF9nAAG/view),
7/20/2020 6:43 PM

Account
## PT HUTCHINS COMPANY LLC
### Email Widget

+ Follow    Submit for Approval    Printable View    Delete    ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 942151401 |

██████████████████████

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ≣ | ≣ | →|≣ | ≣|← | ≡ | ≡ | ≡ | T̲ₓ |

**Upload File**

⬆ Upload Files

Send Email

---

### Email Message List

🏃 **We found no potential duplicates of this Account.**

### Account Team

---

Send Email    New Task    New Event    More

Write an email...    Compose

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001kqCIgQAE)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

⌄ **August • 2020**    **Last Year**

## Partnership
**quality online shop llc (/lightning/r/0016...**

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

---

Related | **Details**

Partnership
quality online shop llc

Account ❶
quality online shop llc (/lightning/r/0016100000eNfHbAAK/view)

Portal Display Name ❶
Quality Online 'Shop LLC

Partnership Status
Live

Suspension Code
0

L0 Reason Codes
Operational Performance

L1 Reason Codes
Valid tracking

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ❶

Live Date
2/17/2017 1:02 PM

Related Case
00200837 (/lightning/r/5006100000EkHxZAAV/view)

Partner ID ❶
10000007708

Legacy Seller ID ❶
7670

Onboarding Contact

SellerID ❶
e1616cf8-d693-48da-bead-821643fb4908

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Domestic;SMB SP 2

Primary Contact
christian evans (/lightning/r/0036100000sduh6AAA/view)

Partnership Type

Partner Tier
Body

Primary Contact Email
cktevans@gmail.com (mailto:cktevans@gmail.com)

FedEx Code
FX43051095119

Diverse Supplier

Onboarding Owner ❶

Lead Record Type

---

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

| | PAYONEER |
|---|---|
| Existing Shipping Capabilities | Current Shipping Methods |

| | |
|---|---|
| Reason for Termination | Transporting goods from another country? |

Partnership
Can y~~ou~~ ~~in a sen~~t~~ence o~~r~~ ~~Flt Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

**Customer Service Email**
qualityonlineshopllc@gmail.com (mailto:qualityonlineshopllc@g...

**Customer Service URL**

**Customer Service Phone**
(937) 360-8822 (tel:(937) 360-8822)

**Customer Support Availability**

## ⌄ Marketplace Information

**Store URL - Amazon**
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A3R16BZGBIITID&merchan
t=A3R16BZGBIITID&redirect=true (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A3R16BZGBIITID&merchan
t=A3R16BZGBIITID&redirect=true)

**Store URL - eBay**

**Store URL - Alibaba**

**Store URL - Other**

## ⌄ System Information

**2-Day Shipping Enrollment Status**

**Suppress Reminder Emails?**
☐

**Created By**
███████ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:18 PM

**Last Modified By**
Integration User (/lightning/r/00561000001SDvhAAG/view),
1/26/2021 1:43 PM

---

Partnership Details

---

**Activity**     Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | Add |
|---|---|

Filters: All time · All activities · All types  ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WpXzEAK)

⌄ **Upcoming & Overdue**

No next steps

Account
**quality online shop llc**

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 473760816 |

Related | **Details** | Advertising Hierarchy

Account Name
quality online shop llc

Account Owner
_____ (/lightning/r/005610000023t1nAAA/view)

DBA Name
quality online shop llc

Account Record Type
GFR Partner

Walmart Display Name
quality online shop llc

Account Geo
United States

W9 Info under review
☐

Tax ID
473760816

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Ohio

Year Company Founded
2015

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
christian evans (/lightning/r/0036100000sduh6AAA/view)

## ⌄ Address Information

Legal Address
**quality online shop llc**
6187 MIDDLE URBANA ROAD
SPRINGFIELD, Ohio 45502

Account Geo
United States

| | | |
|---|---|---|
| + Follow | Submit for Approval | Printable View | Delete | ▼ |

Account

Active
☑

Account Record Type
GFR Partner

W9 Info under review
☐

Tax ID
473760816



(https://www.google.com/maps?q=6187%20MIDDLE%20URBANA%20ROAD%0ASPRINGFIELD,%20Ohio%2045502%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
https://www.amazon.com/sp?
_encoding=UTF8&asin=B00M49TPHQ&isAmazonFulfilled=0&isCBA=&marke
tplaceID=ATVPDKIKX0DER&orderID=&seller=A3R16BZGBIITID&tab=&vasSto
reID= (https://www.amazon.com/sp?
_encoding=UTF8&asin=B00M49TPHQ&isAmazonFulfilled=0&isCBA=&marke
tplaceID=ATVPDKIKX0DER&orderID=&seller=A3R16BZGBIITID&tab=&vasSto
reID=)

## ⌄ System Information

Created By
Scott Polhemus (/lightning/r/00561000000c2VUAAY/view), 11/7/2016
10:30 AM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
4/16/2020 1:00 AM

**Email Widget**

From

* (required) To

abc@mail.com

**quality online shop llc**

Account

| Account Owner | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| abc@mail.com United States | ✓ | GFR Partner | ☐ | 473760816 |

Cc

BCc

abc@mail.com

Subject

Subject

Email Body

Salesforce Sans    12    **B**  *I*  U̲  S̶    ☰ ☰ ☰ ☰    ☰ ☰ ☰    I̲ₓ

Upload File

⬆ Upload Files

**Send Email**

+ Follow    Submit for Approval    Printable View    Delete    ▼

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

Send Email    New Task    New Event    More

Write an email...    Compose

Filters: All time · All activities · All types    ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000eNfHbAAK)

∨ Upcoming & Overdue





Partnership
# S&G World, Inc. (/lightning/r/0014M000...

+ Follow  |  Generate FedEx Code  |  New Contact  |  New Note  |  ▼

Prospecting  |  Onboarding  |  Live  |  Suspended  |  Terminated  |  Onboarding_In...  |  TnS Declined

Mark Partnership Status as Complete

Related  **Details**

| | |
|---|---|
| Partnership | Record Type |
| S&G World, Inc. | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| S&G World, Inc. (/lightning/r/0014M00001hDCKJQA4/view) | Domestic;LineOfCredit-Marcus;Lumina Approved;SMB SP 2 |
| Portal Display Name ❶ | Primary Contact |
| Skintempo | Sharon Kim (/lightning/r/0034M00001pLLVxQAO/view) |
| Partnership Status | Partnership Type |
| Live | Unmanaged |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | skintempo@gmail.com (mailto:skintempo@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX42234831167 |
| L2 Reason Codes | Diverse Supplier |
| | Women; |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 8/7/2019 8:35 AM | |
| Related Case | |
| Partner ID ❶ | |
| 10001025579 | |
| Legacy Seller ID ❶ | |
| 101006209 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 9cd771db-13c7-4571-b5d4-7ebe2325fc69 | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |

PAYONEER

Existing Shipping Capabilities

Current Shipping Methods
FedEx;USPS;DHL;FBA

Reason for Termination

Transporting goods from another country?

Partnership

Can you Grow and pay by Monthly?
Yes

Why good fit for Walmart Marketplace?
We would be a great fit for Walmart Marketplace because we have a specialized team dedicated for customer service. We are available 24/7 for support and we have 0 day handling time, including orders placed on Saturdays. We have established our business in 1/1/2019 and by 3/1/2019, we've established "TOP Rated" seller on eBay. We are also able to provide authentic brand name products are very affordable prices and we've recently been approved by Amazon to sell Topical products on the website. We are confident that we will be able to provide one of the best customer experience as one of the retailers on Walmart and treat Walmart's marketplace image as our own.

## ⌄ Customer Support Information

Customer Service Email
skintempo@gmail.com (mailto:skintempo@gmail.com)

Customer Service URL

Customer Service Phone
(714) 485-3606 (tel:7144853606)

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay
https://www.ebay.com/str/purelybeauty
(https://www.ebay.com/str/purelybeauty)

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Rohan Jain (/lightning/r/00561000001kDaSAAU/view),
6/25/2019 10:16 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:02 AM

Partnership Details

## Activity        Chatter

New Event        Email        New Task        More

Set up an event...                                    Add

Account
## S&G World, Inc.

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 833138662 |

Related | **Details** | Advertising Hierarchy

Account Name
S&G World, Inc.

Account Owner
👤 ▇▇▇▇▇▇ (/lightning/r/00561000001jiwqAAA/view)

DBA Name
S&G World, Inc.

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
833138662

Onboarding Contact

Integration Method Id
0016100000Uu8bDAAR

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date
7/24/2019 2:49 AM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name
0014M00001hDCKJ

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
California

Year Company Founded
2019

DUNS Number

Diverse Supplier
Women

### ⌄ Primary Contact Information

Primary Contact
Sharon Kim (/lightning/r/0034M00001pLLVxQAO/view)

## Address Information

Account
**S&G World, Inc.**

Legal Entity

14747 Artesia Blvd, Suite 1D
La Mirada, California 90638
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 833138662 |

[Follow] [Submit for Approval] [Printable View] [Delete] [▼]



(https://www.google.com/maps?q=14747%20Artesia%20Blvd.%20Suite%201D%0ALa%20Mirada,%20California%2090638%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 0,
city : 0

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

## System Information

Created By
Rohan Jain (/lightning/r/00561000001kDaSAAU/view), 6/25/2019 10:15 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view), 1/19/2021 12:00 AM

**Email Widget**

From

████████████████

* (required) To

abc@mail.com

**S&G World, Inc.**

| | | | + Follow | Submit for Approval | Printable View | Delete | ▼ |
| --- | --- | --- | --- | --- | --- | --- | --- |

Cc

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| --- | --- | --- | --- | --- |
| United States | ☑ | GFR Partner | ☐ | 833138662 |

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☷ | ⫷ | ⫸ | ☰ | ☰ | ☰ | I× |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

⚹ **We found no potential duplicates of this Account.**

**Account Team**

---

| Send Email | New Task | New Event | More |
| --- | --- | --- | --- |

Write an email...                Compose

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001hDCKJQA4)



## Partnership
**Scepter Marketing, LLC (/lightning/r/001...**

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| Scepter Marketing, LLC | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| Scepter Marketing, LLC (/lightning/r/0016100001ZLSEsAAP/view) | Cat Go Get;Domestic;LineOfCredit-Marcus;SMB SP 2;Top 1 MM |
| Portal Display Name ❶ | Primary Contact |
| Kingdom Restore | Matt S (/lightning/r/0036100001ezdtYAAQ/view) |
| Partnership Status | Partnership Type |
| Live | Unmanaged |
| Suspension Code | Partner Tier |
| 0 | Body |
| L0 Reason Codes | Primary Contact Email |
| Policy Violation | matt@sceptermarketing.com (mailto:matt@sceptermarketing.com) |
| L1 Reason Codes | FedEx Code |
| Fulfillment - Another Retailer | FX69921076021 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 10/31/2018 9:38 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10001021080 | |
| Legacy Seller ID ❶ | |
| 101001710 | |
| Onboarding Contact | |
| SellerID ❶ | |
| f27ca33c-945e-4a2c-b3c6-0a9cba37f1d9 | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |

| Existing Shipping Capabilities | Current Shipping Methods |

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |
| | Transporting goods from another country? |

## ∨ Customer Support Information

| Customer Service Email | Customer Service URL |
| kingdomrestoreamazon@gmail.com (mailto:kingdomrestoreama... | |

| Customer Service Phone | Customer Support Availability |
| (888) 905-0495 (tel:8889050495) | No |

## ∨ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
| https://www.amazon.com/s?marketplaceID=ATVPDKIKX0DER&me=A2KTABLM2V7CFM&merchant=A2KTABLM2V7CFM (https://www.amazon.com/s?marketplaceID=ATVPDKIKX0DER&me=A2KTABLM2V7CFM&merchant=A2KTABLM2V7CFM) | |

| Store URL - Alibaba | Store URL - Other |

## ∨ System Information

| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
| | ☐ |

| Created By | Last Modified By |
| Application Form 3 Site Guest User (/lightning/r/00561000002r6ygAAA/view), 10/18/2018 2:20 PM | Integration User (/lightning/r/00561000001SDvhAAG/view), 1/15/2021 11:51 AM |

Partnership Details

---

**Activity**      Chatter

| New Event | Email | New Task | More |

Set up an event...        | Add |

Filters: All time · All activities · All types  ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001LVHnEAO)

∨ **Upcoming & Overdue**

Account
## Scepter Marketing, LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 271345478 |

Related | **Details** | Advertising Hierarchy

Account Name
Scepter Marketing, LLC

Account Owner
[■■■■■■■] (/lightning/r/00561000001ut62AAA/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
271345478

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name
Scepter Marketing, LLC

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type
SS - Category 3

WMG Industry

Advertiser
☑

Advertising API Partner
☐

Advertising Credit Approved
☑

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Michigan

Year Company Founded
2009

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Matt S (/lightning/r/0036100001ezdtYAAQ/view)

∨ Address Information

Legal Address
**Scepter Marketing, LLC**
11209 Prestwick Dr
Lansing, Michigan 48917
Account GEO
United States

Account Record Type
GFR Partner

W9 Info under review
☐

Tax ID
271345478

Active
☑

[+ Follow]  [Submit for Approval]  [Printable View]  [Delete]  [▼]



(https://www.google.com/maps?q=11209%20Prestwick%20Dr%0ALansing,%20Michigan%2048917%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website
NA (http://NA)

∨ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 10/18/2018 2:20 PM

Last Modified By
Walmart System User (/lightning/r/00561000001zBDOAA2/view),
1/27/2021 8:17 AM

**Email Widget**

From

[                                                                    ]

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

### Account
## Scepter Marketing, LLC

[ + Follow ]  [ Submit for Approval ]  [ Printable View ]  [ Delete ]  [ ▼ ]

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 271345478 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | Iₓ |

Upload File

[ ⬆ Upload Files ]

[ Send Email ]

---

### Email Message List

---

🏃 **We found no potential duplicates of this Account.**

---

### <u>Account Team</u>

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email...  [ Compose ]

Filters: All time · All activities · All types  [ ]

Refresh · Expand All · View All (/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100001ZLSEsAAP)

∨ **Upcoming & Overdue**

No next steps.



Account
# SILBER INDUSTRIES LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related **Details** Advertising Hierarchy

| Account Name | Account Owner |
|---|---|
| SILBER INDUSTRIES LLC | ■■■■■■ (/lightning/r/005610000023M9FAAU/view) |
| DBA Name | Account Record Type |
| | GFR Partner |
| Walmart Display Name | Account Geo |
| BabeTown | United States |
| W9 Info under review | Tax ID |
| ☐ | 824277025 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel | Preferred Tax Classification |
| Direct | |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience |
| | ☐ |

## ⌄ Seller MP Application Information

| Application Start Date | Application End Date |
|---|---|
| Is Contact Duplicate | Application Updated Date |
| ☐ | |
| Contact Exists | |
| ☐ | |

## ⌄ Advertising Information

| Advertising Account Name | Advertising Account Owner |
|---|---|
| SILBER INDUSTRIES LLC | |
| Advertising Revenue | Advertising Primary Contact |
| $0.00 | |
| Advertising Type | WMG Industry |
| SS - Category 3 | |
| Advertiser | Advertising API Partner |
| ☑ | ☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |

☑

## Additional Information

| State of Incorporation | | Year Company Founded | | | | |
|---|---|---|---|---|---|---|
| New York | | 2011 | | | | |
| DUNS Number | | Diverse Supplier | | | | |

**Account**
**SILBER INDUSTRIES LLC**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |
|---|---|---|---|---|

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

### ∨ Primary Contact Information

Primary Contact
soloman silberstein
(/lightning/r/0036100000w0QVkAAM/view)

### ∨ Address Information

Legal Address
15 Holt Dr
Stony Point, New York 10980
United States
(https://www.google.com/maps?q=15%20Holt%20Dr%0AStony%20Point,%20New%20York%2010980%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

### ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

### ∨ Supplier Capability Survey Information

Website
szmeadows.com (http://szmeadows.com)

∨ System Information

Created By

_____ (/lightning/r/00561000000btQzAAI/view),
11/29/2016 4:02 PM

Last Modified By

_____
(/lightning/r/00561000003OF9nAAG/view)
, 4/29/2020 5:03 PM

Account
## SILBER INDUSTRIES LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

**Email Widget**

Account Geo
United States

Active ✓

Account Record Type
GFR Partner

W9 Info under review ☐

From

_____

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▾ | 12 ▾ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | →☰ | ☰← | ☰ | ☰ | ☰ | I̲ₓ |

Upload File

⬆ Upload Files

Send Email

## Email Message List

🏃 **We found no potential duplicates of this Account.**

## Account Team

| Send Email | New Task | New Event | More |

Account
# Silk Rootz Enterprises

+ Follow | Submit for Approval | Printable View | Delete | ▼

Related | **Details** | Advertising Hierarchy

Account Name
Silk Rootz Enterprises

Account Owner
🧑 ▓▓▓▓▓▓ (/lightning/r/0054M000003m2ZzQAI/view) 👤

DBA Name
Silk Rootz Enterprises

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
475294540

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation
United States

Han Solo Experience
☐

## ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date
7/29/2020 4:28 PM

Contact Exists
☐

## ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved

Advertising Planning Kickoff

## Additional Information

State/ Account **Silk Rootz Enterprises**
California Incorporation

Year Company Founded
2015

DUNS Number

Diverse Supplier

[+ Follow] [Submit for Approval] [Printable View] [Delete] [▼]

## Primary Contact Information

Primary Contact
Shaghel Mohd (/lightning/r/0034M00001yKowTQAS/view)

## Address Information

Legal Address
991 Lomas Santa Fe Dr. #C412
Solana Beach, California 92075
United States



(https://www.google.com/maps?
q=991%20Lomas%20Santa%20Fe%20Dr.%20#C412%0ASolana%20Beach,%20California%2092075%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

Account
**Silk Rootz Enterprises**

+ Follow | Submit for Approval | Printable View | Delete | ▼

## System Information

Created By
▓▓▓▓▓▓▓ (/lightning/r/00561000002UEn5AAG/view),
8/6/2020 7:23 PM

Last Modified By
▓▓▓▓▓▓▓ (/lightning/r/00561000002UEn5AAG/view),
8/6/2020 7:23 PM

## Email Widget

From
▓▓▓▓▓▓▓▓▓▓▓

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject
Subject

Email Body

Salesforce Sans ▼ | 12 ▼ | **B** *I* U S̶ | ☰ ☰ ⇥ ⇤ | ☰ ☰ ☰ | I×

Upload File

⬆ Upload Files

Send Email

## Email Message List

🏃 **We found 1 potential duplicate of this Account.**
<u>View Duplicates</u>

Confidential                    Walmart, Inc.                    2020018144C000296

+ Follow | Submit for Approval | Printable View | Delete | ▼

## W9 Validation

This Account is currently in W9 Validation.

Go to the W9 Ticket

| Related | **Details** | Advertising Hierarchy |

Account Name
SILK ROOTZ ENTERPRISES, INC.

Account Owner
👤 ▮▮▮▮▮▮ (/lightning/r/00561000001jiwqAAA/view)

DBA Name
SILK ROOTZ ENTERPRISES, INC.

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
11111111

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date
10/10/2019 10:37 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
10/10/2019 10:39 PM

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

| Advertiser | | Advertising API Partner | |
|---|---|---|---|
| ☐ | | ☐ | |

| Advertising Credit Approved | Advertising Planning Kickoff |
|---|---|

Account
**SILK ROOTZ ENTERPRISES, INC.**

☐

[ + Follow ]  [ Submit for Approval ]  [ Printable View ]  [ Delete ]  [ ▼ ]

## ⌄ Additional Information

State of Incorporation

Year Company Founded

DUNS Number

Diverse Supplier

## ⌄ Primary Contact Information

Primary Contact
MOHAMMED SHAGHEL
(/lightning/r/0034M00001qz2WEQAY/view)

## ⌄ Address Information

Legal Address
991 Lomas Santa Fe Dr, Ste c 412
Solana Beach, California 92075
United States



(https://www.google.com/maps?
q=991%20Lomas%20Santa%20Fe%20Dr,%20Ste%20c%20412%0ASolana%20Beach,%20California%2092075%0AUnited%20States)

Verified Indicator
zip : 1,
streetAddress : 1,
state : 1,
phone : 0,
fein : 0,
companyName : 1,
city : 1

Residential Indicators
indicator : 0,
description : Commercial Address

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

**Account**
**SILK ROOTZ ENTERPRISES, INC.**

Advertising State

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

Advertising Country

Advertising Zipcode

Account Description

⌄ Supplier Capability Survey Information

Website

⌄ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 10/10/2019 10:39 PM

Last Modified By
██████████ (/lightning/r/00561000002UEn5AAG/view),
8/6/2020 7:22 PM

**Email Widget**

From
██████████████████

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject
Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ≡ | ≡ | ≡ | I_x |

Upload File

Account
## SILK ROOTZ ENTERPRISES, INC.

+ Follow    Submit for Approval    Send Email    Printable View    Delete    ▼

### Email Message List

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

**Account... (0) (/lightning/r/AccountTeamMember/0014M00001k7vKIQAY/related/AccountTeamMembers/view)** ▼

Send Email    New Task    New Event    More

Write an email...    Compose

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001k7vKIQAY)





## Partnership
### SIROWL TECHNOLOGY LLC (/lightning/r/...

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

---

Related    **Details**

---

Partnership
SIROWL TECHNOLOGY LLC

Account ℹ️
SIROWL TECHNOLOGY LLC
(/lightning/r/0014M00001m4aB2QAI/view)

Portal Display Name ℹ️
SIROWL TECHNOLOGY LLC

Partnership Status
Live

Suspension Code
0

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ℹ️

Live Date
3/16/2020 10:23 AM

Related Case

Partner ID ℹ️
10001036909

Legacy Seller ID ℹ️
101017532

Onboarding Contact

SellerID ℹ️
bda685a8-58e3-4577-bb9b-07673da5ead4

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
SMB SP 2

Primary Contact
Kevin Loise (/lightning/r/0034M00001t4LLIQA2/view)

Partnership Type
Unmanaged

Partner Tier
Body

Primary Contact Email
bszzpbmq264@gmail.com (mailto:bszzpbmq264@gmail.com)

FedEx Code
FX58820215993

Diverse Supplier

Onboarding Owner ℹ️

Lead Record Type

---

∨  Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Existing Shipping Capabilities
UPS;FedEx;USPS

Reason for Termination

Payment Processor
PAYONEER

Current Shipping Methods
UPS;FedEx;USPS

Transporting goods from another country?

Can you provide sample products?
Yes

Why good fit for Walmart Marketplace?
We are a manufacturer and wholesaler of electronics accessories.
We have been selling online for more than 5 years. We provide
good quality products as well as premium customer services.

## Customer Support Information

Customer Service Email
bszzpbmq264@gmail.com (mailto:bszzpbmq264@gmail.com)

Customer Service Phone
(903) 331-0136 (tel:9033310136)

Customer Service URL

Customer Support Availability

## Marketplace Information

Store URL - Amazon

Store URL - Alibaba

Store URL - eBay

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 1/22/2020 3:08 PM

Suppress Reminder Emails?
☐

Last Modified By
Michael Monroe (/lightning/r/0054M000003mOAXQA2/view)
, 1/25/2021 3:57 PM

Partnership Details

**Activity**      Chatter

New Event      Email      New Task      More

Set up an event...                                          Add

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002zRMEUA2)

⌄ Upcoming & Overdue

No next steps.

Account
# SIROWL TECHNOLOGY LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 814721408 |

### W9 Validation

This Account is currently in W9 Validation.

Go to the W9 Ticket

Related | **Details** | Advertising Hierarchy

Account Name
SIROWL TECHNOLOGY LLC

Account Owner
████████ (/lightning/r/00561000001ut62AAA/view)

DBA Name
NA

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
814721408

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date
1/22/2020 3:06 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
1/22/2020 3:08 PM

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation

Year Company Founded

| DUNS Number | | Diverse Supplier |
|---|---|---|

## Primary Contact Information

Account
**SIROWL TECHNOLOGY LLC**

Primary Contact
Kevin Loise (/lightning/r/0034M00001t4LLIQA2/view)

| + Follow | Submit for Approval | Printable View | Delete | ▼ |
|---|---|---|---|---|

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | | GFR Partner | ☐ | 814721408 |

## Address Information

Legal Address
1664 North Cedar Street, Albany County
Laramie, Wyoming 82072
United States



(https://www.google.com/maps?q=1664%20North%20Cedar%20Street,Albany%20County%0ALaramie,%20Wyoming%2082072%0AUnited%20States)

Verified Indicator
zip : 1,
streetAddress : 1,
state : 1,
phone : 0,
fein : 0,
companyName : 1,
city : 1

Residential Indicators
indicator : 0,
description : Commercial Address

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

## System Information

Created By

Last Modified By



Account
SIROWL TECHNOLOGY LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo Unit | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| | ☐ | GFR Partner | ☐ | 814721408 |

**\* (required) To**

abc@mail.com

**Cc**

abc@mail.com

**BCc**

abc@mail.com

**Subject**

Subject

**Email Body**

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ↦ | ↤ | ☰ | ☰ | ☰ | I̲ₓ |

**Upload File**

⬆ Upload Files

Send Email

---

**Email Message List**

---

⚐ **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...  | Compose

Filters: All time • All activities • All types  ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001m4aB2QAI)

Partnership
## Skin Care by Alana (/lightning/r/0016100...

\+ Follow  |  Generate FedEx Code  |  New Contact  |  New Note  ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| Skin Care by Alana | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| Skin Care by Alana (/lightning/r/0016100000dnUBQAA2/view) | Domestic;SMB SP 2 |
| Portal Display Name ❶ | Primary Contact |
| Alana Mitchell | Jared Mitchell (/lightning/r/0036100000sb6TwAAI/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | jareddonaldmitchell@gmail.com |
| | (mailto:jareddonaldmitchell@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX43366208905 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 2/3/2017 2:49 PM | |
| Related Case | |
| Partner ID ❶ | |
| 10000006665 | |
| Legacy Seller ID ❶ | |
| 6696 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 387d6bb0-c41c-4e50-b723-8e247e3d63c2 | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |
| Reason for Termination | Transporting goods from another country? |

| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |

## ⌄ Customer Support Information

**Customer Service Email**
chad@skincarebyalana.com (mailto:chad@skincarebyalana.com)

**Customer Service URL**

**Customer Service Phone**
(949) 290-2294 (tel:9492902294)

**Customer Support Availability**

## ⌄ Marketplace Information

**Store URL - Amazon**
http://www.amazon.com/s?me=AINMNLVC8JR6Z
(http://www.amazon.com/s?me=AINMNLVC8JR6Z)

**Store URL - eBay**

**Store URL - Alibaba**

**Store URL - Other**

## ⌄ System Information

**2-Day Shipping Enrollment Status**

**Suppress Reminder Emails?**
☐

**Created By**
▮▮▮▮▮▮ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:18 PM

**Last Modified By**
▮▮▮▮▮▮ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:04 PM

---

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |

| Set up an event... | Add |

Filters: All time • All activities • All types  ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WpU3EAK)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

## Account
## Skin Care by Alana

██████████████████████████  View Duplicates ✕
+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 263102669 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Skin Care by Alana

Account Owner
██████████ (/lightning/r/005610000024XBEAA2/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
Authorized Skincare

Account Geo
United States

W9 Info under review
☐

Tax ID
263102669

Onboarding Contact

Integration Method Id
0016100000cRguPAAS

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name
Skin Care by Alana

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type
SS - Category 3

WMG Industry

Advertiser
☑

Advertising API Partner
☐

Advertising Credit Approved
☑

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
California

Year Company Founded
2005

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Jared Mitchell (/lightning/r/0036100000sb6TwAAI/view)

∨ Address Information

Legal Address  **Skin Care by Alana**
34179 Golden Lantern #101
DAna Point, California 92629
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| | ☑ | GFR Partner | ☐ | 263102669 |



{https://www.google.com/maps?q=34179%20Golden%20Lantern%20#101%0ADAna%20Point,%20California%2092629%0AUnited%20States}

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website
http://www.skincarebyalana.com (http://www.skincarebyalana.com)

∨ System Information

Created By
Christine Dinh-Tan (/lightning/r/00561000000btQzAAI/view), 10/26/2016
5:06 PM

Last Modified By
▨▨▨▨▨ (/lightning/r/00561000003OF9nAAG/view),
4/29/2020 4:59 PM

---

**Email Widget**

From

▨▨▨▨▨

* (required) To

abc@mail.com

Cc
abc@mail.com

BCc
Account
**Skin Care by Alana**
abc@mail.com

View Duplicates ✕

+ Follow    Submit for Approval    Printable View    Delete    ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 263102669 |

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | T̲ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 We found 2 potential duplicates of this Account.
View Duplicates

---

**Account Team**

---

Send Email   New Task   New Event   More

Write an email...                                                    Compose

Filters: All time • All activities • All types  ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000dnUBQAA2)

˅ **Upcoming & Overdue**

# Partnership
## Skin Health LLC (/lightning/r/001610000...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| Skin Health LLC | Walmart.com: Marketplace |
| Account ⓘ | Partnership Tag |
| Skin Health LLC (/lightning/r/00161000014sZ8UAAU/view) | Domestic;LineOfCredit-Marcus;SMB SP 2;Strategic;Top 1 MM;WG - Disputes |
| Portal Display Name ⓘ | Primary Contact |
| Health + Beauty to YOU | Alice Hatcher (/lightning/r/003610000169PVMAA2/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| 0 | Body |
| L0 Reason Codes | Primary Contact Email |
| Policy Violation | skincaremadeline@yahoo.com (mailto:skincaremadeline@yahoo.com) |
| L1 Reason Codes | FedEx Code |
| Invalid Returns Address | FX83141102260 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ⓘ |
| ☐ | |
| Hold Payment ⓘ | Lead Record Type |
| Live Date | |
| 5/30/2017 12:47 PM | |
| Related Case | |
| Partner ID ⓘ | |
| 10000012247 | |
| Legacy Seller ID ⓘ | |
| 11849 | |
| Onboarding Contact | |
| SellerID ⓘ | |
| 8d770f6c-416f-4b72-a567-65d278b4092b | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

| Existing Fulfillment Capabilities | Payment Processor |
| --- | --- |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |

| Reason for Termination | Transporting goods from another country? |
| --- | --- |
| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |

## ⌄ Customer Support Information

| Customer Service Email | Customer Service URL |
| --- | --- |
| jackskimarin@yahoo.com (mailto:jackskimarin@yahoo.com) | |
| Customer Service Phone | Customer Support Availability |
| (858) 212-3653 (tel:8582123653) | Yes |

## ⌄ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
| --- | --- |
| https://www.amazon.com/s?marketplaceID=ATVPDKIKX0DER&me=A1G7TMIIBOYWUR&merchant=A1G7TMIIBOYWUR&redirect=true (https://www.amazon.com/s?marketplaceID=ATVPDKIKX0DER&me=A1G7TMIIBOYWUR&merchant=A1G7TMIIBOYWUR&redirect=true) | |
| Store URL - Alibaba | Store URL - Other |

## ⌄ System Information

| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
| --- | --- |
| | ☐ |
| Created By | Last Modified By |
| ▇▇▇▇▇▇▇ (Admin) (/lightning/r/00561000001SRVMAA4/view) , 9/7/2017 1:19 PM | Integration User (/lightning/r/00561000001SDvhAAG/view), 2/24/2021 11:22 AM |

---

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |
| --- | --- | --- | --- |

| Set up an event... | Add |
| --- | --- |

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WqY7EAK)

Account
**Skin Health LLC**

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 810805108 |

Related | **Details** | Advertising Hierarchy

Account Name
Skin Health LLC

Account Owner
[redacted] (/lightning/r/00561000002rHc2AAE/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
All About Beauty

Account Geo
United States

W9 Info under review
☐

Tax ID
810805108

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
California

Year Company Founded
5

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
Alice Hatcher (/lightning/r/003610000169PVMAA2/view)

∨ Address Information

Legal Address
**Skin Health LLC**
26 Sorrel
Lake Forest, California 92630
United States

| Account Gee | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| | ☑ | GFR Partner | ☐ | 810805108 |

+ Follow    Submit for Approval    Printable View    Delete    ▼

(https://www.google.com/maps?q=26%20Sorrel%0ALake%20Forest,%20California%2092630%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website

∨ System Information

Created By
Application Form 2 Site Guest User
(/lightning/r/005610000024Q62AAE/view)
, 5/7/2017 1:41 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view), 2/7/2021
11:34 AM

**Email Widget**

From
██████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

### Account
## Skin Health LLC

+ Follow | Submit for Approval | Printable View | Delete | ▼

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 810805108 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⊪ | ⊪ | ☰ | ☰ | ☰ | I̲ₓ |

Upload File

⬆ Upload Files

Send Email

---

### Email Message List

---

✗ **We found no potential duplicates of this Account.**

---

### Account Team

---

Send Email | New Task | New Event | More

Write an email...  | Compose

Filters: All time · All activities · All types ▢



> ⟩
>
> ⟩
>
> ⟩
>
> ⟩
>
> ⟩

Account
## Solu-Med, Inc.

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

| | |
|---|---|
| Account Name<br>Solu-Med, Inc. | Account Owner<br>▮▮▮▮▮▮ (/lightning/r/005610000035tziAAA/view) |
| DBA Name<br>Life and Health Sales (Amazon) | Account Record Type<br>GFR Partner |
| Walmart Display Name<br>Life and Health Source | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>271431366 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel<br>Direct | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience<br>☐ |

### ⌄ Seller MP Application Information

| | |
|---|---|
| Application Start Date | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date |
| Contact Exists<br>☐ | |

### ⌄ Advertising Information

| | |
|---|---|
| Advertising Account Name<br>Solu-Med, Inc. | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type<br>SS - Category 3 | WMG Industry |
| Advertiser<br>☑ | Advertising API Partner<br>☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |

☑

## Additional Information

| State of Incorporation | | Year Company Founded | |
|---|---|---|---|
| Delaware | | 2009 | |
| DUNS Number | | Diverse Supplier | |
| Account Geo | Active | Account Record Type | W9 Info under review |
| United States | ☑ | GFR Partner | ☐ |

**Account**
**Sofu-Med, Inc.**

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

### ∨ Primary Contact Information

Primary Contact
Kellon Goodson (/lightning/r/0036100000sb767AAA/view)

### ∨ Address Information

Legal Address
3801 SW 30TH AVE
FORT LAUDERDALE, Florida unknown
United States



(https://www.google.com/maps?
q=3801%20SW%2030TH%20AVE%0AFORT%20LAUDERDALE,%20Florida%20unknown%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

### ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website
http://www.solu-medinc.com/ (http://www.solu-medinc.com/)

### Solu-Med, Inc.

**+ Follow**  **Submit for Approval**  **Printable View**  **Delete**  ▼

## System Information

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

Last Modified By

████████ (/lightning/r/005610000022qV9AAI/view), 10/26/2016 5:45 PM

████████ (/lightning/r/00561000003OF9nAAG/view), 5/30/2020 12:27 AM

---

### Email Widget

From
████████████

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject
Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | Iₓ |

Upload File

⬆ Upload Files

**Send Email**

---

### Email Message List

---

🏃 **We found no potential duplicates of this Account.**

## Partnership
**Solu-Med, Inc. (/lightning/r/0016100000...**

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |
|---|---|---|---|---|---|---|

**Mark Partnership Status as Complete**

Related  **Details**

**Partnership**
Solu-Med, Inc.

**Record Type**
Walmart.com: Marketplace

**Account** ❶
Solu-Med, Inc. (/lightning/r/0016100000dnUkdAAE/view)

**Partnership Tag**
Domestic;SMB SP 2;Strategic;WG - Disputes

**Portal Display Name** ❶
Life and Health Source

**Primary Contact**
Kellon Goodson (/lightning/r/0036100000sb767AAA/view)

**Partnership Status**
Live

**Partnership Type**

**Suspension Code**

**Partner Tier**
Body

**L0 Reason Codes**

**Primary Contact Email**
sales@solu-medinc.com (mailto:sales@solu-medinc.com)

**L1 Reason Codes**

**FedEx Code**
FX53526004418

**L2 Reason Codes**

**Diverse Supplier**

**Hold Fulfillment**
☐

**Onboarding Owner** ❶

**Hold Payment** ❶

**Lead Record Type**

**Live Date**
2/15/2017 6:07 PM

**Related Case**

**Partner ID** ❶
10000008012

**Legacy Seller ID** ❶
7877

**Onboarding Contact**

**SellerID** ❶
1f8d1581-f81d-49cc-b82a-25dc02d90540

**ReActive Date**

∨ **Seller Shipping & Operations Information**

Existing Fulfillment Capabilities

Payment Processor



PAYONEER

Existing Shipping Capabilities

Reason for Termination

Partnership

Can you Solv-Med, Inc. (/lightning/r/0016100000...

Current Shipping Methods

Transporting goods from another country?

Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note ▼

## Customer Support Information

Customer Service Email
walmart-cr-31@channelreply.net (mailto:walmart-cr-31@channel...

Customer Service URL

Customer Service Phone
(305) 519-8838 (tel:3055198838)

Customer Support Availability

## Marketplace Information

Store URL - Amazon
https://www.amazon.com/sp?
marketplaceID=ATVPDKIKX0DER&seller=ABABPETWJQTSG
(https://www.amazon.com/sp?
marketplaceID=ATVPDKIKX0DER&seller=ABABPETWJQTSG)

Store URL - eBay
http://stores.ebay.com/medicalsurgicalsales/
(http://stores.ebay.com/medicalsurgicalsales/)

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
▇▇▇▇▇▇ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:18 PM

Last Modified By
▇▇▇▇▇▇ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:04 PM

Partnership Details

**Activity**    Chatter

New Event    Email    New Task    More

Set up an event...    Add

Filters: All time · All activities · All types ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WpU8EAK)

▼ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting

# Partnership
## Sompo Inc (/lightning/r/0016100000kgiv...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting — Onboarding — Live — Suspended — Terminated — Onboarding_In... — TnS Declined

**Mark Partnership Status as Complete**

Related | **Details**

Partnership
Sompo Inc

Account ❶
[Sompo Inc](/lightning/r/0016100000kgivYAAQ/view) (/lightning/r/0016100000kgivYAAQ/view)

Portal Display Name ❶
Soapsplash

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ❶

Live Date
1/9/2018 3:59 PM

Related Case

Partner ID ❶
10000008467

Legacy Seller ID ❶
17018

Onboarding Contact

SellerID ❶
eeec8dd5-f20c-4ce4-91a9-cc6be82bcbf6

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Cat Go Get;International;LineOfCredit-Marcus;SMB SP 2;Top 1 MM;WFS

Primary Contact
[ELI SOMPOLINSKY](/lightning/r/0036100000zs0yhAAA/view) (/lightning/r/0036100000zs0yhAAA/view)

Partnership Type

Partner Tier
Body

Primary Contact Email
[sompoinc@gmail.com (mailto:sompoinc@gmail.com)](mailto:sompoinc@gmail.com)

FedEx Code
FX63419740743

Diverse Supplier

Onboarding Owner ❶

Lead Record Type

⌄ Seller Shipping & Operations Information

Existing Fulfilment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Can you ... **Sompo Inc (/lightning/r/0016100000kgiv...** Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## ⌄ Customer Support Information

Customer Service Email
walmart@soapsplash.com (mailto:walmart@soapsplash.com)

Customer Service URL

Customer Service Phone
(212) 966-4440 (tel:2129664440)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AWFE29VF8M5IC&mercha
nt=AWFE29VF8M5IC&redirect=true (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=AWFE29VF8M5IC&mercha
nt=AWFE29VF8M5IC&redirect=true)

Store URL - eBay
http://stores.ebay.com/PomposeII
(http://stores.ebay.com/PomposeII)

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Madhuri Garimella
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:57 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:40 AM

Partnership Details

## Activity    Chatter

New Event    Email    New Task    More

Set up an event...    Add

Filters: All time · All activities · All types ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WwGnEAK)

⌄ Upcoming & Overdue

Account
## Sompo Inc

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 271407069 |

Related | **Details** | Advertising Hierarchy

Account Name
Sompo Inc

Account Owner
[redacted] (/lightning/r/005610000023M9FAAU/view)

DBA Name
Splashdeal

Account Record Type
GFR Partner

Walmart Display Name
Soapsplash

Account Geo
United States

W9 Info under review
☐

Tax ID
271407069

Onboarding Contact

Integration Method Id
0016100000UtyEz

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
New York

Year Company Founded
2009

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
ELI SOMPOLINSKY (/lightning/r/0036100000zs0yhAAA/view)

## ⌄ Address Information

| | | | |
|---|---|---|---|
| Legal Address | Account | | |

**Sompo Inc**

4701 11th Avenue 1A
Brooklyn, New York 11219
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| | ☑ | GFR Partner | ☐ | 271407069 |

[Follow] [Submit for Approval] [Printable View] [Delete] [▾]

(https://www.google.com/maps?q=4701%2011th%20Avenue%201A%0ABrooklyn,%20New%20York%2011219%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
soapsplash.com (http://soapsplash.com)

## ⌄ System Information

Created By
Anthony Carbone (/lightning/r/00561000001zMLnAAM/view), 1/23/2017
3:49 PM

Last Modified By
▮▮▮▮▮▮▮▮▮▮ (/lightning/r/00561000003OF9nAAG/view),
1/28/2021 10:52 PM

---

**Email Widget**

From
▮▮▮▮▮▮▮▮▮▮

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Account

**Sompo Inc**

+ Follow | Submit for Approval | Printable View | Delete | ▼

Account Geo | Active | Account Record Type | W9 Info under review | Tax ID
United States | ☑ | GFR Partner | ☐ | 271407069

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | <u>U</u> | S̶ | ☰ | ☰ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I̶ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

↟ **We found no potential duplicates of this Account.**

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email... | Compose

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000kgivYAAQ)

⌄ Upcoming & Overdue





Partnership
**Sowaquaonline (/lightning/r/001610000...**

[ + Follow ] [ Generate FedEx Code ] [ New Contact ] [ New Note ] [▼]

Prospecting    Onboarding    Live    Suspended    Terminated    Onboarding_In...    TnS Declined

Mark Partnership Status as Complete

Related    **Details**

| | |
|---|---|
| Partnership | Record Type |
| Sowaquaonline | Walmart.com: Marketplace |
| Account ⓘ | Partnership Tag |
| Sowaquaonline (/lightning/r/0016100001bk8awAAA/view) | Domestic;Lumina Approved;Non PAS Assisted;SMB SP 2;WFS |
| Portal Display Name ⓘ | Primary Contact |
| Sowaquaonline | Chi Wang (/lightning/r/0036100001i5dLOAAY/view) |
| Partnership Status | Partnership Type |
| Live | Unmanaged |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | sowaquaonline@gmail.com (mailto:sowaquaonline@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX74053693274 |
| L2 Reason Codes | Diverse Supplier |
| | Asian Americans; |
| Hold Fulfillment | Onboarding Owner ⓘ |
| ☐ | |
| Hold Payment ⓘ | Lead Record Type |
| Live Date | |
| 8/5/2019 6:25 AM | |
| Related Case | |
| Partner ID ⓘ | |
| 10001025842 | |
| Legacy Seller ID ⓘ | |
| 101006473 | |
| Onboarding Contact | |
| SellerID ⓘ | |
| 74546b6d-023a-433b-9963-f2fcd39b5778 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |

|  |  |
|---|---|
|  | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |
| Reason for Termination | Transporting goods from another country? |
| Partnership | Why good fit for Walmart Marketplace? |
| Can you receive EDI 850 PO and send... | |

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## Customer Support Information

Customer Service Email
sowaquaonline@gmail.com (mailto:sowaquaonline@gmail.com)

Customer Service URL

Customer Service Phone
(626)-618-6009 (tel:(626)-618-6009)

Customer Support Availability
Yes

## Marketplace Information

Store URL - Amazon
https://www.amazon.com/sp?seller=A3K2GMB3H5Z8Z3
(https://www.amazon.com/sp?seller=A3K2GMB3H5Z8Z3)

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 12/17/2018 11:51 AM

Last Modified By
███████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 6:59 PM

---

Partnership Details

---

**Activity**      Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...          Add

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001LiWbEAK)

∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

Account
**Sowaquaonline**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
| United States | ☑ | GFR Partner | ☐ | 824937086 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Sowaquaonline

Account Owner
👤 ▬▬▬▬ (/lightning/r/00561000001jiwqAAA/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
824937086

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
California

Year Company Founded
2012

DUNS Number

Diverse Supplier
Asian Americans

⌄ Primary Contact Information

Primary Contact
Chi Wang (/lightning/r/0036100001i5dLOAAY/view)

⌄ Address Information

Account
**Sowaquaonline**

Legal Address
13105 Ramona Blvd Ste B
Baldwin Park, California 91706
United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 824937086 |



(https://www.google.com/maps?q=13105%20Ramona%20Blvd%20Ste%20B%0ABaldwin%20Park,%20California%2091706%0AUnited%20States)

Verified Indicator
zip : 0,
streetAddress : 0,
state : 0,
phone : 0,
fein : 0,
companyName : 0,
city : 0

Residential Indicators

SIC Description

NAICS Code

NAICS Description

⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

⌄ Supplier Capability Survey Information

Website
http://sowaquaonline.net/ (http://sowaquaonline.net/)

⌄ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 12/17/2018 11:50 AM

Last Modified By
████████ (/lightning/r/00561000003OF9nAAG/view),
10/19/2020 12:43 PM

**Email Widget**

From

████████████

* (required) To

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 824937086 |

**Follow** | **Submit for Approval** | **Printable View** | **Delete** | ▼

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | T× |

Upload File

⬆ Upload Files

**Send Email**

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email... | **Compose**

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100001bk8awAAA)



Account
## Steven fashion century inc

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review |
| Canada | ✔ | GFR Partner | ☐ |

---

Related | **Details** | Advertising Hierarchy

Account Name
Steven fashion century inc

Account Owner
▬▬▬▬ (/lightning/r/0054M000003IveYQAQ/view)

DBA Name
Steven fashion century inc

Account Record Type
GFR Partner

Walmart Display Name
Steven fashion century inc

Account Geo
Canada

W9 Info under review
☐

Tax ID
834393806

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved

Advertising Planning Kickoff

## Additional Information

State of Incorporation
Kansas

Year Company Founded
2019

DUNS Number

Diverse Supplier

## Primary Contact Information

Primary Contact
Steven Norbury (/lightning/r/0034M00001xSLXPQA4/view)

## Address Information

Legal Address
2500 e 9th st
Hays, Kansas 67601
United States



(https://www.google.com/maps?q=2500%20e%209th%20st%0AHays,%20Kansas%2067601%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

## System Information

Created By
████████ (/lightning/r/0054M000003tQbaQAE/view),
6/18/2020 4:18 PM

Last Modified By
████████ (/lightning/r/00561000003OF9nAAG/view)
, 7/20/2020 6:57 PM

---

**Email Widget**

From
████████████████

* (required) To
abc@mail.com

Cc
abc@mail.com

BCc
abc@mail.com

Subject
Subject

Email Body

| Salesforce Sans ▾ | 12 ▾ | **B** | *I* | U | S | ☰ | ☰ | ⫶ | ⫶ | ☰ | ☰ | ☰ | Iₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

## Account
# Steven fashion century inc

View Duplicates

+ Follow    Submit for Approval    Printable View    Delete    ▼

| | | | |
|---|---|---|---|
| Account Geo | Active | Account Record Type | W9 Info under review |
| United States | ☑ | GFR Partner | ☐ |

---

Related    **Details**    Advertising Hierarchy

Account Name
Steven fashion century inc

Account Owner
Walmart System User (/lightning/r/00561000001zBDOAA2/view)

DBA Name
None

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
834393805

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Direct

Preferred Tax Classification
W9

Referred By Channel Partner

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
5/13/2020 7:37 PM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/13/2020 7:42 PM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

| Advertising Credit Approved | | Advertising Planning Kickoff |
|---|---|---|
| ☐ | | |

## Additional Information

| Account | | ▓▓▓▓▓▓▓▓▓▓▓▓ | View Duplicates ✕ | + Follow | Submit for Approval | Printable View | Delete | ▼ |
|---|---|---|---|---|---|---|---|---|

**Steven fashion century inc**

| State of Incorporation | | | | Record Company Founded |
|---|---|---|---|---|
| Kansas | | | | 2019 |

| Account Geo | Active | Account Record Type | W9 Info under review | Diverse Supplier |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | |

## Primary Contact Information

Primary Contact
Steven Norbury (/lightning/r/0034M00001vivMTQAY/view)

## Address Information

Legal Address
2500 e 9th st
Hays, Kansas 67601
United States



(https://www.google.com/maps?q=2500%20e%209th%20st%0AHays,%20Kansas%2067601%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website

Account
**Steven fashion century inc**

System Information

| Account | | | | | |
|---|---|---|---|---|---|
| Created By | Active | Account Record Type | | W9 Info under Modified By | |
| United States | Application Form 3 Site Guest User | CFR Partner | ☐ | | |
| (/lightning/r/00561000002r6ygAAA/view) | | | | (/lightning/r/00561000003OF9nAAG/view) | |
| , 5/13/2020 7:42 PM | | | | , 7/20/2020 6:55 PM | |

View Duplicates ✕
+ Follow · Submit for Approval · Printable View · Delete · ▼

---

## Email Widget

From

```
[redacted]
```

\* (required) To

```
abc@mail.com
```

Cc

```
abc@mail.com
```

BCc

```
abc@mail.com
```

Subject

```
Subject
```

Email Body

Salesforce Sans ▼ | 12 ▼ | **B** *I* U̲ S̶ | ☰ ☰ ⫶☰ ☰⫶ | ☰ ☰ ☰ | T✗

Upload File

⬆ Upload Files

Send Email

---

## Email Message List

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

## Account Team

Send Email    New Task    N▾ . E▾

**Steven fashion century inc**

View Duplicates  ✕

+ Follow    Submit for Approval    Printable View    Delete  ▼

Account
Write an email…    Compose

| Account Geo | Active | Account Record Type | W9 Info under review |
|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ |

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001nRpM3QAK)

▾ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



## Files

 Follow

Related | **Details**

| | |
|---|---|
| Partnership | Record Type |
| supetr inc | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| supetr inc (/lightning/r/0014M00001nRvWdQAK/view) | SMB SP 2 |
| Portal Display Name ❶ | Primary Contact |
| supetr store | Dougals Risling (/lightning/r/0034M00001vj3UkQAI/view) |
| Partnership Status | Partnership Type |
| Live | Unmanaged |
| Suspension Code | Partner Tier |
| 0 | Body |
| L0 Reason Codes | Primary Contact Email |
| | sophiewebb8657@gmail.com (mailto:sophiewebb8657@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX52784349633 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 6/12/2020 12:16 AM | |
| Related Case | |
| Partner ID ❶ | |
| 10001044456 | |
| Legacy Seller ID ❶ | |
| 101025075 | |
| Onboarding Contact | |
| SellerID ❶ | |
| 711a9c5d-5734-49f2-b2d6-f93ade704a02 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |

| Existing Shipping Capabilities | | Current Shipping Methods |
|---|---|---|
| | | UPS;FedEx;USPS;DHL;FBA;Other |
| Reason for Termination | | Transporting goods from another country? |

Can you fulfill orders by 2pm Mon-Fri?
Yes

Why good fit for Walmart Marketplace?

[ + Follow ]

## ⌄ Customer Support Information

| Customer Service Email | Customer Service URL |
|---|---|
| Customer Service Phone | Customer Support Availability |

## ⌄ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
|---|---|
| Store URL - Alibaba | Store URL - Other |

## ⌄ System Information

| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
|---|---|
| | ☐ |

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/14/2020 9:17 AM

Last Modified By
⬛ ████████ (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:05 PM

Partnership Details

## Activity    Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | [ Add ] |
|---|---|

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002ICssUAE)

### ⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

Account
## supetr inc

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  [View Duplicates](#) ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 981442355 |

---

Related | **Details** | Advertising Hierarchy

Account Name
supetr inc

Account Owner
[Walmart System User](/lightning/r/00561000001zBDOAA2/view) ✍

DBA Name
N/A

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
981442355

Onboarding Contact

Integration Method Id
0016100000cRguP

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Partner

Preferred Tax Classification
W9

Referred By Channel Partner
[GeekSeller](/lightning/r/0016100000cRguPAAS/view)

Country of Incorporation
United States

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date
5/14/2020 9:05 AM

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/14/2020 9:17 AM

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
Wyoming

Year Company Founded
2010

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Dougals Risling (/lightning/r/0034M00001vj3UkQAI/view)

## ⌄ Address Information

Account
superr inc

Legal Address ▢

124 County Rd 151
Evanston, Wyoming 82930
United States

Account Geo
United States

Active
☑

Account Record Type
GFR Partner

W9 Info under review
☐

Tax ID
981442355

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

(https://www.google.com/maps?q=124%20County%20Rd%20151%0AEvanston,%20Wyoming%2082930%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website

## ⌄ System Information

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/14/2020 9:17 AM

Last Modified By
████████ (/lightning/r/00561000003OF9nAAG/view),
7/20/2020 6:56 PM

## Email Widget

From
█████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

Account
**supetr inc**



View Duplicates ✕

＋ Follow    Submit for Approval    Printable View    Delete ▼

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 981442355 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ▸☰ | ◂☰ | ☰ | ☰ | ☰ | I̳ₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**

View Duplicates

---

**Account Team**

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email...    Compose

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001nRvWdQAK)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related · **Details**

Partnership
Svelte Brands, LLC

Account ⓘ
Editor's Pick Luxury, LLC
(/lightning/r/0016100000YWPr8AAH/view)

Portal Display Name ⓘ
Luminescence

Partnership Status
Live

Suspension Code

L0 Reason Codes

L1 Reason Codes

L2 Reason Codes

Hold Fulfillment
☐

Hold Payment ⓘ

Live Date
10/10/2016 1:57 PM

Related Case

Partner ID ⓘ
10000002427

Legacy Seller ID ⓘ
2300

Onboarding Contact

SellerID ⓘ
d3beb586-f2fd-4f8d-bf49-27923098cfe3

ReActive Date

Record Type
Walmart.com: Marketplace

Partnership Tag
Cat Go Get;Domestic;LineOfCredit-Marcus;SAM Seller;Strategic;Top
1 MM;WFS;WG - Disputes

Primary Contact
Jacob Jacobowitz (/lightning/r/0036100000j43WPAAY/view)

Partnership Type

Partner Tier
Head

Primary Contact Email
wm@editorspick.com (mailto:wm@editorspick.com)

FedEx Code
FX56717714833

Diverse Supplier

Onboarding Owner ⓘ
Jalak Gadda (/lightning/r/00561000002ryA1AAI/view)

Lead Record Type

⌄ Seller Shipping & Operations Information

Existing Fulfilment Capabilities

Existing Shipping Capabilities

Reason for Termination

Partnership
Can you **Editor's Pick Luxury, LLC (/lightning/r/001...**

Payment Processor
PAYONEER

Current Shipping Methods

Transporting goods from another country?

Why good fit for Walmart Marketplace?

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

## ⌄ Customer Support Information

Customer Service Email
luminescence.wm@gmail.com (mailto:luminescence.wm@gmail....

Customer Service Phone
(267) 493-1324 (tel:2674931324)

Customer Service URL

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon
https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A1PWGTRDJXYSM&mercha
nt=A1PWGTRDJXYSM&redirect=true (https://www.amazon.com/s?
marketplaceID=ATVPDKIKX0DER&me=A1PWGTRDJXYSM&mercha
nt=A1PWGTRDJXYSM&redirect=true)

Store URL - Alibaba

Store URL - eBay
http://www.ebay.com/sch/editorspicks/m.html
(http://www.ebay.com/sch/editorspicks/m.html)

Store URL - Other
http://overstock.com (http://overstock.com)

## ⌄ System Information

2-Day Shipping Enrollment Status
Enrolled

Created By
▉▉▉▉▉▉ (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Suppress Reminder Emails?
☐

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
2/24/2021 11:26 AM

Partnership Details

## Activity    Chatter

| New Event | Email | New Task | More |
|-----------|-------|----------|------|

Set up an event...                                              Add

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wp9aEAC)

⌄ **Upcoming & Overdue**

Account
**SVELTE LLC**

| Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 611777197 |

Related  **Details**  Advertising Hierarchy

| Account Name | Account Owner |
|---|---|
| SVELTE LLC | ▮▮▮▮▮▮ (/lightning/r/0056100000233eEAAQ/view) |
| DBA Name | Account Record Type |
| CalNaturale Svelte | GFR Partner |
| Walmart Display Name | Account Geo |
| | United States |
| W9 Info under review | Tax ID |
| ☐ | 611777197 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel | Preferred Tax Classification |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience |
| | ☐ |

∨ Seller MP Application Information

| Application Start Date | Application End Date |
|---|---|
| Is Contact Duplicate | Application Updated Date |
| ☐ | |
| Contact Exists | |
| ☐ | |

∨ Advertising Information

| Advertising Account Name | Advertising Account Owner |
|---|---|
| Advertising Revenue | Advertising Primary Contact |
| $0.00 | |
| Advertising Type | WMG Industry |
| Advertiser | Advertising API Partner |
| ☐ | ☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |
| ☐ | |

∨ Additional Information

| State of Incorporation | Year Company Founded |
|---|---|
| DUNS Number | Diverse Supplier |

∨ Primary Contact Information

Primary Contact
[Bob Bockhahn](/lightning/r/0034M00001qDGBcQAO/view)



## ∨ Address Information

Legal Account
**SVELTE LLC**
[2610 LYCOMING ST](...)
STOCKTON, California unknown
Account United States
United States

| Submit for Approval | Printable View | Delete | ∨ |

Active ☑

Account Record Type
GFR Partner

W9 Info under review ☐

Tax ID
611777197



([https://www.google.com/maps?q=2610%20LYCOMING%20ST%0ASTOCKTON,%20California%20unknown%0AUnited%20States](https://www.google.com/maps?q=2610%20LYCOMING%20ST%0ASTOCKTON,%20California%20unknown%0AUnited%20States))

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
[www.drinksvelte.com (http://www.drinksvelte.com)](http://www.drinksvelte.com)

## ∨ System Information

Created By
[Integration User_2](/lightning/r/005610000022pFUAAY/view), 10/12/2016 9:31 AM

Last Modified By
[Walmart System User](/lightning/r/00561000001zBDOAA2/view), 4/16/2020 9:13 PM

---

**Email Widget**

From
███████████████

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

Account

abc@mail.com **SVELTE LLC**

Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 611777197 |

Subject

Email Body

Salesforce Sans ▼ | 12 ▼ | **B** *I* <u>U</u> S̶ | ☰ ☷ ⇥ ⇤ | ☰ ☰ ☰ | Iₓ

Upload File

⬆ Upload Files

Send Email

**Email Message List**

🏃 **We found no potential duplicates of this Account.**

**Account Team**

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000djl81AAA)

⌄ **Upcoming & Overdue**



| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

Mark Partnership Status as Complete

Related     **Details**

Partnership
SZ Meadows Inc.

Record Type
Walmart.com: Marketplace

Account ℹ
SILBER INDUSTRIES LLC
(/lightning/r/0016100000fyXmNAAU/view)

Partnership Tag
Cat Go Get;Domestic;SAM Seller;Strategic;Top 1 MM;WG - Disputes

Portal Display Name ℹ
Professional Beauty

Primary Contact
soloman silberstein (/lightning/r/0036100000w0QVkAAM/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Head

L0 Reason Codes

Primary Contact Email
soloman@szmeadows.com (mailto:soloman@szmeadows.com)

L1 Reason Codes

FedEx Code
FX56371278667

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ℹ

Hold Payment ℹ

Lead Record Type

Live Date
10/23/2017 12:58 PM

Related Case

Partner ID ℹ
10000014998

Legacy Seller ID ℹ
14363

Onboarding Contact

SellerID ℹ
a09fcc86-a223-41bc-b2f1-60b0d6504916

ReActive Date

⌄ Seller Shipping & Operations Information

Existing Fulfilment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Can you source additional products?

SILBER INDUSTRIES LLC (/lightning/r/00...

Why good fit for Walmart Marketplace?

## ∨ Customer Support Information

Customer Service Email
professionalbeautyus@gmail.com (mailto:professionalbeautyus@...

Customer Service URL

Customer Service Phone
(863) 455-9819 (tel:8634559819)

Customer Support Availability

## ∨ Marketplace Information

Store URL - Amazon

Store URL - eBay
http://www.ebay.com/itm/122216920650?
ssPageName=STRK:MESOX:IT&_trksid=p3984.m1559.l2649
(http://www.ebay.com/itm/122216920650?
ssPageName=STRK:MESOX:IT&_trksid=p3984.m1559.l2649)

Store URL - Alibaba

Store URL - Other

## ∨ System Information

2-Day Shipping Enrollment Status
Not-Enrolled

Suppress Reminder Emails?
☐

Created By
███████████
(/lightning/r/00561000000bGwRAAU/view)
, 9/26/2017 4:58 PM

Last Modified By
Automated Process
(/lightning/r/00561000000zH2qAAE/view)
, 2/4/2021 2:13 PM

Partnership Details

**Activity**      Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...        [ Add ]

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WyHpEAK)

## ∨ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

| + Follow | New Contact | New Note | Printable View |
|---|---|---|---|

| Prospecting | Onboarding | Live | Suspended | Terminated | TnS Declined |
|---|---|---|---|---|---|

Mark Partnership Status as Complete

Related    **Details**

| Partnership | Record Type |
|---|---|
| SZ Meadows inc. | Jet.com: Marketplace |
| Account 🛈 | Partnership Tag |
| SILBER INDUSTRIES LLC (/lightning/r/0016100000fyXmNAAU/view) | |
| Portal Display Name 🛈 | Primary Contact |
| Beauty Life | |
| Suspension Code | Partnership Type |
| Other | Unmanaged |
| L0 Reason Codes | Onboarding Owner 🛈 |
| Other | |
| L1 Reason Codes | |
| L2 Reason Codes | |
| Live Date | |
| 3/28/2018 6:57 AM | |

∨ Customer Support Information

| Customer Service Email | Customer Service URL |
|---|---|
| Customer Service Phone | Customer Support Availability |

∨ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
|---|---|
| Store URL - Alibaba | Store URL - Other |

∨ Integration & Fulfillment Information

| Convey Freight Program | Jet Ship Rates |
|---|---|
| ☐ | ☐ |
| Optoro Returns | Jet Ship Rates Account Number |
| ☐ | |

∨ System Information

| Created By | Last Modified By |
|---|---|
| Walmart System User (/lightning/r/00561000001zBDOAA2/view), 3/27/2018 6:05 PM | Jacob Morfin (/lightning/r/00561000002TdSkAAK/view), 4/19/2020 8:04 PM |

Partnership Details



Activity | Chatter

New Event | New Task | Log a Call | More

Partnership

**SILBER INDUSTRIES LLC** (/lightning/r/0016100000fyXmNAAU/view)

Set up an event...

+ Follow | New Contact | New Note | Printable View

Add

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001YhdGEAS)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

**Notes (0)** ( /lightning/r/AttachedContentNote/a2Q61000001YhdGEAS/related/AttachedContentNotes/view)

**Notes & Attachments**

Partnership
**SILBER INDUSTRIES LLC (/lightning/r/0016100000fyXmNAAU...**

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_Inactive | TnS Declined |

Mark Partnership Status as Complete

Related | **Details**

Partnership
SZ Meadows Inc.

Record Type
Walmart.com: Marketplace

Account ⓘ
SILBER INDUSTRIES LLC (/lightning/r/0016100000fyXmNAAU/view)

Partnership Tag
Cat Go Get;Domestic;SAM Seller;Strategic;Top 1 MM;WG - Disputes

Portal Display Name ⓘ
Professional Beauty

Primary Contact
soloman silberstein (/lightning/r/0036100000w0QVkAAM/view)

Partnership Status
Live

Partnership Type

Suspension Code

Partner Tier
Head

L0 Reason Codes

Primary Contact Email
soloman@szmeadows.com (mailto:soloman@szmeadows.com)

L1 Reason Codes

FedEx Code
FX56371278667

L2 Reason Codes

Diverse Supplier

Hold Fulfillment
☐

Onboarding Owner ⓘ

Hold Payment ⓘ

Lead Record Type

Live Date
10/23/2017 12:58 PM

Related Case

Partner ID ⓘ
10000014998

Legacy Seller ID ⓘ
14363

Onboarding Contact

SellerID ⓘ
a09fcc86-a223-41bc-b2f1-60b0d6504916

ReActive Date

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor
PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Can you fulfill orders by 2pm Mon-Fri?

Why good fit for Walmart Marketplace?

⌄ Customer Support Information

Customer Service Email
professionalbeautyus@gmail.com (mailto:professionalbeautyus@gmail.com)

Customer Service URL

Customer Service Phone
(863) 455-9819 (tel:8634559819)

Customer Support Availability

∨ Marketplace Information

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Store URL - Amazon

Store URL - eBay
http://www.ebay.com/itm/122216920650?
ssPageName=STRK:MESOX:IT&_trksid=p3984.m1559.l2649
(http://www.ebay.com/itm/122216920650?
ssPageName=STRK:MESOX:IT&_trksid=p3984.m1559.l2649)

Store URL - Alibaba

Store URL - Other

∨ System Information

2-Day Shipping Enrollment Status
Not-Enrolled

Suppress Reminder Emails?
☐

Created By
████████ (/lightning/r/00561000000bGwRAAU/view), 9/26/2017 4:58 PM

Last Modified By
Automated Process (/lightning/r/00561000000zH2qAAE/view), 2/4/2021 2:13 PM

Partnership Details

Activity     Chatter

New Event    Email    New Task    More

Set up an event...                                    Add

Filters: All time • All activities • All types ▼

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WyHpEAK)

∨ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

## Partnership
### Taela USA, INC (/lightning/r/0014M0000...

+ Follow | Generate FedEx Code | New Contact | New Note | ▼

Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

Mark Partnership Status as Complete

Related · **Details**

| | |
|---|---|
| Partnership | Record Type |
| Taela USA, INC | Walmart.com: Marketplace |
| Account ⓘ | Partnership Tag |
| Taela USA, INC (/lightning/r/0014M00001kpuTXQAY/view) | Shopify;SMB SP 2;WFS |
| Portal Display Name ⓘ | Primary Contact |
| | Gil Heoi Kim (/lightning/r/0034M00001rpLSgQAM/view) |
| Partnership Status | Partnership Type |
| Live | Unmanaged |
| Suspension Code | Partner Tier |
| 0 | Body |
| L0 Reason Codes | Primary Contact Email |
| | taelausa@gmail.com (mailto:taelausa@gmail.com) |
| L1 Reason Codes | FedEx Code |
| | FX12897052392 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ⓘ |
| ☐ | |
| Hold Payment ⓘ | Lead Record Type |
| Live Date | |
| 12/10/2019 2:14 PM | |
| Related Case | |
| Partner ID ⓘ | |
| 10001032232 | |
| Legacy Seller ID ⓘ | |
| 101012852 | |
| Onboarding Contact | |
| SellerID ⓘ | |
| 1903e7c3-f494-4c67-8d03-6a3a23e368f1 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities | Payment Processor

| Existing Shipping Capabilities | Current Shipping Methods |
|---|---|
| | USPS |

PAYONEER

| | + Follow | Generate FedEx Code | New Contact | New Note | ▼ |
|---|---|---|---|---|---|

Reason for Termination

Can you ship from Japan (Validol)?
Yes

Transporting goods from another country?

Why good fit for Walmart Marketplace?
Our customers are increasingly using the Wal-Mart marketplace, so we have to open a store in Walmart Marketplace.

## ⌄ Customer Support Information

| Customer Service Email | Customer Service URL |
|---|---|
| taelaservice@gmail.com (mailto:taelaservice@gmail.com) | |

| Customer Service Phone | Customer Support Availability |
|---|---|
| (213) 249-8969 (tel:2132498969) | |

## ⌄ Marketplace Information

| Store URL - Amazon | Store URL - eBay |
|---|---|
| | |

| Store URL - Alibaba | Store URL - Other |
|---|---|
| | |

## ⌄ System Information

| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
|---|---|
| | ☐ |

| Created By | Last Modified By |
|---|---|
| ▓▓▓▓▓ (/lightning/r/00561000002UEmFAAW/view), 10/30/2019 4:28 PM | ▓▓▓▓▓ (/lightning/r/00561000003Ds3XAAS/view), 10/23/2020 6:59 PM |

---

Partnership Details

---

## Activity      Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | Add |
|---|---|

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002z610UAA)

### ⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

### ⌄ April · 2020                                    Last Year



## Account
# Taela USA, INC

| Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 842923938 |

Related    **Details**    Advertising Hierarchy

### Email Widget

From

[ ████████████████ ]

* (required) To

[ abc@mail.com ]

Cc

[ abc@mail.com ]

BCc

[ abc@mail.com ]

Subject

[ Subject ]

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | T× |

Upload File



Upload Files

Account
**Taela USA, INC**

+ Follow    Submit for Approval    Printable View    Delete    ▼

Send Email

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 842923938 |

**Email Message List**

🏃 **We found no potential duplicates of this Account.**



Send Email    New Task    New Event    More

Write an email...    Compose



## Partnership
**Textbook Dollars LLC** (/lightning/r/00161...)

| + Follow | Generate FedEx Code | New Contact | New Note | ▼ |

Prospecting · Onboarding · Live · Suspended · Terminated · Onboarding_In... · TnS Declined

**Mark Partnership Status as Complete**

---

### Related   **Details**

| | |
|---|---|
| **Partnership** | **Record Type** |
| Textbook Dollars LLC | Walmart.com: Marketplace |
| **Account** ⓘ | **Partnership Tag** |
| Textbook Dollars LLC (/lightning/r/0016100001BtT7RAAV/view) | Domestic;SMB SP 2 |
| **Portal Display Name** ⓘ | **Primary Contact** |
| AffordablePrice | michael rozinsky (/lightning/r/0036100001DtUfUAAV/view) |
| **Partnership Status** | **Partnership Type** |
| Terminated | |
| **Suspension Code** | **Partner Tier** |
| 0 | Body |
| **L0 Reason Codes** | **Primary Contact Email** |
| Legal | mike@textbookdollars.com (mailto:mike@textbookdollars.com) |
| **L1 Reason Codes** | **FedEx Code** |
| Lien Hold | FX83435848062 |
| **L2 Reason Codes** | **Diverse Supplier** |
| **Hold Fulfillment** | **Onboarding Owner** ⓘ |
| ✔ | |
| **Hold Payment** ⓘ | **Lead Record Type** |
| 180 days | |
| **Live Date** | |
| 3/7/2019 1:14 PM | |
| **Related Case** | |
| **Partner ID** ⓘ | |
| 10000020970 | |
| **Legacy Seller ID** ⓘ | |
| 100001604 | |
| **Onboarding Contact** | |
| **SellerID** ⓘ | |
| 47b91d63-5f5e-40c2-8069-544377d8868f | |
| **ReActive Date** | |

⌄ **Seller Shipping & Operations Information**

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |

| Existing Shipping Capabilities | Current Shipping Methods |
|---|---|

| Reason for Termination | Transporting goods from another country? |
|---|---|

Partnership

**Textbook Dollars LLC** (/lightning/r/00161...)

Can y... ... ...         Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## ⌄ Customer Support Information

Customer Service Email
affordablepricewalmart@gmail.com (mailto:affordablepricewalm...

Customer Service URL

Customer Service Phone
(786) 759-1630 (tel:7867591630)

Customer Support Availability
Yes

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 2 Site Guest User
(/lightning/r/005610000024Q62AAE/view)
, 9/30/2017 3:05 PM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
1/15/2021 5:19 PM

Partnership Details

## Activity        Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

Set up an event...        Add

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Wzy2EAC)

## ⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

## ⌄ February • 2021                                This Month

Account
**Textbook Dollars LLC**

| + Follow | Submit for Approval | Printable View | Delete | ▼ |

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 352431790 |

**W9 Validation**

This Account is currently in W9 Validation.

| Go to the W9 Ticket |

---

Related   **Details**   Advertising Hierarchy

| Account Name | Account Owner |
|---|---|
| Textbook Dollars LLC | ▇▇▇▇▇ (/lightning/r/00561000001ut62AAA/view) |
| DBA Name | Account Record Type |
| | GFR Partner |
| Walmart Display Name | Account Geo |
| | United States |
| W9 Info under review | Tax ID |
| ☐ | 352431790 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally? |
| Integration Channel | Preferred Tax Classification |
| Direct | |
| Referred By Channel Partner | Country of Incorporation |
| | Han Solo Experience |
| | ☐ |

∨ Seller MP Application Information

| Application Start Date | Application End Date |
|---|---|
| Is Contact Duplicate | Application Updated Date |
| ☐ | |
| Contact Exists | |
| ☐ | |

∨ Advertising Information

| Advertising Account Name | Advertising Account Owner |
|---|---|
| Advertising Revenue | Advertising Primary Contact |
| $0.00 | |
| Advertising Type | WMG Industry |
| Advertiser | Advertising API Partner |
| ☐ | ☐ |
| Advertising Credit Approved | Advertising Planning Kickoff |
| ☐ | |

∨ Additional Information

| State of Incorporation | Year Company Founded |
|---|---|

Florida

2011

DUNS Number

Diverse Supplier

## ⌄ Primary Contact Information

Primary Contact
michael rozinsky (/lightning/r/0036100001DtUfUAAV/view)

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | | GFR Partner | ☐ | 352431790 |

## ⌄ Address Information

Legal Address
5405 NW 102nd Ave. Bay 204
sunrise, Florida 33351
United States



(https://www.google.com/maps?q=5405%20NW%20102nd%20Ave.%20Bay%20204%0Asunrise,%20Florida%2033351%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ⌄ Supplier Capability Survey Information

Website
www.textbookdollars.com (http://www.textbookdollars.com)

## ⌄ System Information

Created By
Application Form 2 Site Guest User
(/lightning/r/005610000024Q62AAE/view)
, 9/30/2017 3:05 PM

Last Modified By
Automated Process (/lightning/r/00561000000zH2qAAE/view), 9/12/2020 11:15 AM

**Email Widget**

From

* (required) To

abc@mail.com

**Textbook Dollars LLC**

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

Cc

abc@mail.com

United States

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 352431790 |

BCc

abc@mail.com

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U | S | ☰ | ☷ | ⫤ | ⫥ | ☰ | ☰ | ☰ | T_x |

Upload File

[ ⤒ Upload Files ]

[ Send Email ]

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...                                    [ Compose ]

Filters: All time · All activities · All types

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100001BtT7RAAV)



Pɹoɕbǝɔʇᴉuƃ | Oubosɹqᴉuƃ | Live | Suspended | Terminated | Onboarding_In... | TnS Declined

**Mark Partnership Status as Complete**

Related **Details**

| | |
|---|---|
| Partnership | Record Type |
| The OpenSky Project, Inc. | Walmart.com: Marketplace |
| Account ⓘ | Partnership Tag |
| The OpenSky Project, Inc. (/lightning/r/0016100001BQc01AAD/view) | Cat Go Get;Custom Content - Hybrid;Domestic;LineOfCredit-Marcus;MP Ace;SAM Seller;Strategic;WG - Disputes |
| Portal Display Name ⓘ | Primary Contact |
| OpenSky | Richard Bloom (/lightning/r/0036100001DplNuAAJ/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Head |
| L0 Reason Codes | Primary Contact Email |
| | walmart-support@theopenskyproject.com (mailto:walmart-support@theopenskyproject.com) |
| L1 Reason Codes | FedEx Code |
| | FX41720972909 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ⓘ |
| ☐ | |
| Hold Payment ⓘ | Lead Record Type |
| Live Date | |
| 4/17/2018 5:19 PM | |
| Related Case | |
| Partner ID ⓘ | |
| 10000018194 | |
| Legacy Seller ID ⓘ | |
| 17374 | |
| Onboarding Contact | |
| SellerID ⓘ | |
| 0248aca3-55df-46b0-a772-3f3c7cacbc4b | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |
| | PAYONEER |
| Existing Shipping Capabilities | Current Shipping Methods |

| | |
|---|---|
| Reason for Termination | Transporting goods from another country? |
| Can you fulfill orders by 2pm Mon-Fri? | Why good fit for Walmart Marketplace? |

## ⌄ Customer Support Information

| | |
|---|---|
| Customer Service Email | Customer Service URL |
| walmart-support@theopenskyproject.com (mailto:walmart-supp... | |
| Customer Service Phone | Customer Support Availability |
| (844) 422-1876 (tel:8444221876) | Yes |

## ⌄ Marketplace Information

| | |
|---|---|
| Store URL - Amazon | Store URL - eBay |
| Store URL - Alibaba | Store URL - Other |

## ⌄ System Information

| | |
|---|---|
| 2-Day Shipping Enrollment Status | Suppress Reminder Emails? |
| Not-Enrolled | ☐ |
| Created By | Last Modified By |
| Application Form 2 Site Guest User (/lightning/r/005610000024Q62AAE/view) , 9/25/2017 11:12 AM | Automated Process (/lightning/r/00561000000zH2qAAE/view) , 1/26/2021 3:44 PM |

---

Partnership Details

---

**Activity**     Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

| | |
|---|---|
| Set up an event... | [ Add ] |

Filters: All time · All activities · All types ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001Ws1qEAC)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

⌄ December • 2019                                                    2 Years Ago

Account
# The OpenSky Project, Inc.

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 264677679 |

Related | **Details** | Advertising Hierarchy

Account Name
The OpenSky Project, Inc.

Account Owner
(/lightning/r/005610000022qUuAAI/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
OpenSky

Account Geo
United States

W9 Info under review
☐

Tax ID
264677679

Onboarding Contact

Integration Method Id

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Direct

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name
The OpenSky Project, Inc.

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type
SS - Category 3

WMG Industry

Advertiser
☑

Advertising API Partner
☐

Advertising Credit Approved
☑

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
Delaware

Year Company Founded
2009

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact
[Richard Bloom](/lightning/r/0036100001DpINuAAJ/view)

## Address Information

Legal Address
**The OpenSky Project, Inc.**
152 W. 25th Street 12th Floor
New York, New York 10001
United States

| | | | |
| --- | --- | --- | --- |
| Account Geo | Active | Account Record Type | W9 Info under review |
| | ✓ | GFR Partner | ☐ |

Tax ID
264677679



[(https://www.google.com/maps?](https://www.google.com/maps?q=152%20W.%2025th%20Street%2012th%20Floor%0ANew%20York,%20New%20York%2010001%0AUnited%20States)
q=152%20W.%2025th%20Street%2012th%20Floor%0ANew%20York,%20New%20York%2010001%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## Supplier Capability Survey Information

Website
[www.opensky.com (http://www.opensky.com)](http://www.opensky.com)

## System Information

Created By
[Application Form 2 Site Guest User](/lightning/r/005610000024Q62AAE/view)
(/lightning/r/005610000024Q62AAE/view)
, 9/25/2017 11:12 AM

Last Modified By
[Walmart System User](/lightning/r/00561000001zBDOAA2/view) (/lightning/r/00561000001zBDOAA2/view),
12/31/2020 10:33 AM

**Email Widget**

From

███████████████████

* (required) To

abc@mail.com

Cc

abc@mail.com

**The OpenSky Project, Inc.**

　　+ Follow　　Submit for Approval　　Printable View　　Delete　　▼

BCc

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✓ | GFR Partner | ☐ | 264677679 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | Iₓ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...　　Compose

Filters: All time • All activities • All types　☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100001BQc01AAD)

⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.



## Partnership
**txvdeals llc (/lightning/r/0014M00001nR...**

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

Prospecting    Onboarding    Live    Suspended    Terminated    Onboarding_In...    TnS Declined

Mark Partnership Status as Complete

Related    **Details**

| | |
|---|---|
| Partnership | Record Type |
| txvdeals llc | Walmart.com: Marketplace |
| Account ❶ | Partnership Tag |
| txvdeals llc (/lightning/r/0014M00001nRy1kQAC/view) | Cat Go Get;Domestic;SMB SP 2;Top 1 MM |
| Portal Display Name ❶ | Primary Contact |
| Shop4Deals | Chris Vang (/lightning/r/0034M00001vj775QAA/view) |
| Partnership Status | Partnership Type |
| Live | Unmanaged |
| Suspension Code | Partner Tier |
| 0 | Body |
| L0 Reason Codes | Primary Contact Email |
| Operational Performance | txvdeals@gmail.com (mailto:txvdeals@gmail.com) |
| L1 Reason Codes | FedEx Code |
| Valid tracking | FX52995111818 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ❶ |
| ☐ | |
| Hold Payment ❶ | Lead Record Type |
| Live Date | |
| 6/10/2020 3:01 AM | |
| Related Case | |
| Partner ID ❶ | |
| 10001044548 | |
| Legacy Seller ID ❶ | |
| 101025169 | |
| Onboarding Contact | |
| SellerID ❶ | |
| c4905929-23c4-41d7-abbb-c98651179904 | |
| ReActive Date | |

⌄ Seller Shipping & Operations Information

Existing Fulfillment Capabilities                 Payment Processor

PAYONEER

Existing Shipping Capabilities

Current Shipping Methods
UPS;FedEx;USPS

Reason for Termination

Transporting goods from another country?

Partnership
Can you sell to us directly? Yes
Yes

Why good fit for Walmart Marketplace?

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

## Customer Support Information

Customer Service Email
chris@txvdeals.com (mailto:chris@txvdeals.com)

Customer Service URL

Customer Service Phone
(916) 383-4912 (tel:9163834912)

Customer Support Availability

## Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 5/14/2020 7:39 PM

Last Modified By
Michael Monroe (/lightning/r/0054M000003mOAXQA2/view)
, 2/5/2021 4:45 PM

Partnership Details

**Activity**    Chatter

New Event    Email    New Task    More

Set up an event...    Add

Filters: All time · All activities · All types    ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M000002lD2xUAE)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

Account
**txvdeals llc**

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 824240035 |

Related | **Details** | Advertising Hierarchy

Account Name
txvdeals llc

Account Owner
▇▇▇▇▇▇▇ (/lightning/r/005610000022qUuAAI/view)

DBA Name
txvdeals llc

Account Record Type
GFR Partner

Walmart Display Name

Account Geo
United States

W9 Info under review
☐

Tax ID
824240035

Onboarding Contact

Integration Method Id
0016100000QIt1zAAB

Will you providing a W8 or W9 form?

Do you operate internationally?
No

Integration Channel
Partner

Preferred Tax Classification
W9

Referred By Channel Partner
ChannelAdvisor (/lightning/r/0016100000QIt1zAAB/view)

Country of Incorporation
United States

Han Solo Experience
☐

⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date
5/14/2020 7:39 PM

Contact Exists
☐

⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

⌄ Additional Information

State of Incorporation
California

Year Company Founded
2017

DUNS Number

Diverse Supplier

⌄ Primary Contact Information

Primary Contact

Chris Vang (/lightning/r/0034M00001vj775QAA/view)

∨ Address Information

Account
Legal Address **txvdeals llc**

6108 Demonte Way

Elk Grove, California 95757

Account Geo      Active             Account Record Type      W9 Info under review      Tax ID
United States    ☑                  GFR Partner                    ☐                    824240035
(https://www.google.com/maps?q=6108%20Demonte%20Way%0AElk%20Grove,%20California%2095757%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

∨ Supplier Capability Survey Information

Website

∨ System Information

Created By                                              Last Modified By
Application Form 3 Site Guest User                      Walmart System User (/lightning/r/00561000001zBDOAA2/view),
(/lightning/r/00561000002r6ygAAA/view)                  10/22/2020 8:39 PM
, 5/14/2020 7:39 PM

**Email Widget**

From



* (required) To

abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Subject

Subject

Account
**txvdeals llc**

| | | Follow | Submit for Approval | Printable View | Delete | ▼ |

Email Body

Salesforce Sans   Active ▼   12   B   I   U   S   Info under Preview   +   ≡ Tax ID   ≡   I×

| Account Geo | | Account Record Type | | |
| United States | ✓ | GFR Partner | ☐ | 824240035 |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |

Write an email...   | Compose |

Filters: All time • All activities • All types

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001nRy1kQAC)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.



## Partnership
### Unlimited Cellular, Inc (/lightning/r/0016...

[+ Follow] [Generate FedEx Code] [New Contact] [New Note] [▼]

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |

**Mark Partnership Status as Complete**

Related **Details**

| | |
|---|---|
| Partnership | Record Type |
| Unlimited Cellular, Inc | Walmart.com: Marketplace |
| Account ⓘ | Partnership Tag |
| Unlimited Cellular, Inc (/lightning/r/0016100000SFJS7AAP/view) | Domestic;SMB SP 2;Top 1 MM;WFS |
| Portal Display Name ⓘ | Primary Contact |
| Unlimited Cellular | Mendel Mendelovits (/lightning/r/0036100000T0tHnAAJ/view) |
| Partnership Status | Partnership Type |
| Live | |
| Suspension Code | Partner Tier |
| | Body |
| L0 Reason Codes | Primary Contact Email |
| | mendel@sellnetny.com (mailto:mendel@sellnetny.com) |
| L1 Reason Codes | FedEx Code |
| | FX80073749273 |
| L2 Reason Codes | Diverse Supplier |
| Hold Fulfillment | Onboarding Owner ⓘ |
| ☐ | |
| Hold Payment ⓘ | Lead Record Type |
| Live Date | |
| 4/21/2016 6:47 PM | |
| Related Case | |
| Partner ID ⓘ | |
| 10000000317 | |
| Legacy Seller ID ⓘ | |
| 395 | |
| Onboarding Contact | |
| SellerID ⓘ | |
| ff618bc9-6a29-4d2f-8827-23551c131c1b | |
| ReActive Date | |

∨ Seller Shipping & Operations Information

| | |
|---|---|
| Existing Fulfillment Capabilities | Payment Processor |

PAYONEER

Existing Shipping Capabilities

Current Shipping Methods

Reason for Termination

Transporting goods from another country?

Partnership

Unlimited Cellular, Inc (/lightning/r/0016...

Can you provide Cellular, Inc (/lightning/r/0016...

+ Follow    Generate FedEx Code    New Contact    New Note    ▼

Why good fit for Walmart Marketplace?

## ⌄ Customer Support Information

Customer Service Email
ch32452-pfpplkpk@xsell.co (mailto:ch32452-pfpplkpk@xsell.co)

Customer Service URL

Customer Service Phone
(845) 625-2094 (tel:(845) 625-2094)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other
http://unlimitedcellular.com (http://unlimitedcellular.com)

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
[REDACTED] (Admin)
(/lightning/r/00561000001SRVMAA4/view)
, 9/7/2017 1:17 PM

Last Modified By
[REDACTED] (/lightning/r/00561000003Ds3XAAS/view),
10/23/2020 7:00 PM

---

Partnership Details

---

**Activity**    Chatter

| New Event | Email | New Task | More |

Set up an event...    [ Add ]

Filters: All time · All activities · All types  ▼

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q61000001WoUHEA0)

## ⌄ Upcoming & Overdue

No next steps.
To get things moving, add a task or set up a meeting.

No past activity. Past meetings and tasks marked as done show up here.

## Account
## Unlimited Cellular, Inc

+ Follow | Submit for Approval | Printable View | Delete | ▼

View Duplicates ✕

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 262690459 |

---

Related | **Details** | Advertising Hierarchy

Account Name
Unlimited Cellular, Inc

Account Owner
▇▇▇▇ (/lightning/r/005610000024dXuAAI/view)

DBA Name

Account Record Type
GFR Partner

Walmart Display Name
Unlimited Cellular

Account Geo
United States

W9 Info under review
☐

Tax ID
262690459

Onboarding Contact

Integration Method Id
0016100000QIt1z

Will you providing a W8 or W9 form?

Do you operate internationally?

Integration Channel
Partner

Preferred Tax Classification

Referred By Channel Partner

Country of Incorporation

Han Solo Experience
☐

### ⌄ Seller MP Application Information

Application Start Date

Application End Date

Is Contact Duplicate
☐

Application Updated Date

Contact Exists
☐

### ⌄ Advertising Information

Advertising Account Name

Advertising Account Owner

Advertising Revenue
$0.00

Advertising Primary Contact

Advertising Type

WMG Industry

Advertiser
☐

Advertising API Partner
☐

Advertising Credit Approved
☐

Advertising Planning Kickoff

### ⌄ Additional Information

State of Incorporation
New York

Year Company Founded
1999

DUNS Number

Diverse Supplier

### ⌄ Primary Contact Information

Primary Contact
Mendel Mendelovits (/lightning/r/0036100000T0tHnAAJ/view)

## ∨ Address Information

View Duplicates ✕

Legal Address
**Unlimited Cellular, Inc**
PO Box 1071
Newburgh, New York 12550
United States

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 262690459 |



(https://www.google.com/maps?q=PO%20Box%201071%0ANewburgh,%20New%20York%2012550%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

## ∨ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

## ∨ Supplier Capability Survey Information

Website
http://unlimitedcellular.com (http://unlimitedcellular.com)

## ∨ System Information

Created By
🔴 ████████ (/lightning/r/00561000000bGvOAAU/view), 3/10/2016 12:50 AM

Last Modified By
████████ (/lightning/r/00561000003OF9nAAG/view), 10/19/2020 1:48 PM

---

**Email Widget**

From
████████

* (required) To
abc@mail.com

Cc

abc@mail.com

BCc

abc@mail.com

Account

**Unlimited Cellular, Inc**

View Duplicates ✕

+ Follow | Submit for Approval | Printable View | Delete | ▼

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ✔ | GFR Partner | ☐ | 262690459 |

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⫷ | ⫸ | ☰ | ☰ | ☰ | I_x |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found 1 potential duplicate of this Account.**
View Duplicates

---

**Account Team**

---

Send Email | New Task | New Event | More

Write an email... | Compose

Filters: All time • All activities • All types ☐

Refresh • Expand All • View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0016100000SFJS7AAP)

⌄ **Upcoming & Overdue**

## Partnership
# Walma Holdings LLC (/lightning/r/0014M...

**+ Follow**  |  Generate FedEx Code  |  New Contact  |  New Note  |  ▼

| Prospecting | Onboarding | Live | Suspended | Terminated | Onboarding_In... | TnS Declined |
|---|---|---|---|---|---|---|

Mark Partnership Status as Complete

Related **Details**

**Partnership**
Walma Holdings LLC

**Record Type**
Walmart.com: Marketplace

**Account** ℹ️
Walma Holdings LLC (/lightning/r/0014M00001oS9JSQA0/view)

**Partnership Tag**
SMB;SMB SP 2

**Portal Display Name** ℹ️
Walma Holdings LLC

**Primary Contact**
Walma Holdings (/lightning/r/0034M00001wwl1HQAQ/view)

**Partnership Status**
Live

**Partnership Type**
Unmanaged

**Suspension Code**
0

**Partner Tier**
Body

**L0 Reason Codes**

**Primary Contact Email**
info@walmaholdingsllc.com (mailto:info@walmaholdingsllc.com)

**L1 Reason Codes**

**FedEx Code**
FX84440688859

**L2 Reason Codes**

**Diverse Supplier**

**Hold Fulfillment**
☐

**Onboarding Owner** ℹ️

**Hold Payment** ℹ️

**Lead Record Type**
Inbound Lead

**Live Date**
6/25/2020 6:34 AM

**Related Case**

**Partner ID** ℹ️
10001046452

**Legacy Seller ID** ℹ️
101027074

**Onboarding Contact**

**SellerID** ℹ️
c220a293-8802-4290-a0d9-9647c893b235

**ReActive Date**

∨ Seller Shipping & Operations Information

Existing Fulfillment Capabilities

Payment Processor

| | HYPERWALLET |
|---|---|
| Existing Shipping Capabilities | Current Shipping Methods |
| | UPS;FedEx;USPS;DHL;Other |
| Reason for Termination | Transporting goods from another country? |

| | + Follow | Generate FedEx Code | New Contact | New Note | ▼ |
|---|---|---|---|---|---|

Partnership

Can you Why good fit for Walmart Marketplace?
Yes

## ⌄ Customer Support Information

Customer Service Email
info@walmaholdingsllc.com (mailto:info@walmaholdingsllc.com)

Customer Service URL

Customer Service Phone
(888) 556-0451 (tel:8885560451)

Customer Support Availability

## ⌄ Marketplace Information

Store URL - Amazon

Store URL - eBay

Store URL - Alibaba

Store URL - Other

## ⌄ System Information

2-Day Shipping Enrollment Status

Suppress Reminder Emails?
☐

Created By
Application Form 3 Site Guest User
(/lightning/r/00561000002r6ygAAA/view)
, 6/4/2020 11:28 AM

Last Modified By
Integration User (/lightning/r/00561000001SDvhAAG/view),
12/25/2020 5:51 PM

---

Partnership Details

---

**Activity**     Chatter

| New Event | Email | New Task | More |
|---|---|---|---|

| Set up an event... | Add |
|---|---|

Filters: All time · All activities · All types   ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=a2Q4M0000020JfOUAU)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

⌄ **October · 2020**                                    Last Year

Account
**Walma Holdings LLC**

[ + Follow ] [ Submit for Approval ] [ Printable View ] [ Delete ] [ ▼ ]

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 851254290 |

---

Related    **Details**    Advertising Hierarchy

| | |
|---|---|
| Account Name<br>Walma Holdings LLC | Account Owner<br>Walman System User (/lightning/r/00561000001zBDOAA2/view) |
| DBA Name<br>Walma Holdings LLC | Account Record Type<br>GFR Partner |
| Walmart Display Name | Account Geo<br>United States |
| W9 Info under review<br>☐ | Tax ID<br>851254290 |
| Onboarding Contact | Integration Method Id |
| Will you providing a W8 or W9 form? | Do you operate internationally?<br>No |
| Integration Channel<br>Direct | Preferred Tax Classification<br>W9 |
| Referred By Channel Partner | Country of Incorporation<br>United States |
| | Han Solo Experience<br>☐ |

**⌄ Seller MP Application Information**

| | |
|---|---|
| Application Start Date<br>6/4/2020 11:05 AM | Application End Date |
| Is Contact Duplicate<br>☐ | Application Updated Date<br>6/4/2020 11:28 AM |
| Contact Exists<br>☐ | |

**⌄ Advertising Information**

| | |
|---|---|
| Advertising Account Name | Advertising Account Owner |
| Advertising Revenue<br>$0.00 | Advertising Primary Contact |
| Advertising Type | WMG Industry |
| Advertiser<br>☐ | Advertising API Partner<br>☐ |
| Advertising Credit Approved<br>☐ | Advertising Planning Kickoff |

**⌄ Additional Information**

| | |
|---|---|
| State of Incorporation<br>Nevada | Year Company Founded<br>2020 |
| DUNS Number | Diverse Supplier |

**⌄ Primary Contact Information**

Primary Contact
Walma Holdings (/lightning/r/0034M00001wwI1HQAQ/view)

⌄ Address Information

Account
Legal Name **Walma Holdings LLC**
34 innisbrook ave
las vegas, Nevada 89113
United States

Account Geo          Active          Account Record Type          W9 Info under review          Tax ID
                        ☑               GFR Partner                    ☐                               851254290

+ Follow    Submit for Approval    Printable View    Delete    ▼



(https://www.google.com/maps?q=34%20innisbrook%20ave%0Alas%20vegas,%20Nevada%2089113%0AUnited%20States)

Verified Indicator

Residential Indicators

SIC Description

NAICS Code

NAICS Description

⌄ Advertising Address

Advertising Street

Advertising Apt/Unit

Advertising City

Advertising State

Advertising Country

Advertising Zipcode

Account Description

⌄ Supplier Capability Survey Information

Website
walmaholdingsllc.com (http://walmaholdingsllc.com)

⌄ System Information

Created By                                          Last Modified By
Application Form 3 Site Guest User                  ▬▬▬▬▬▬ (/lightning/r/00561000003OF9nAAG/view),
(/lightning/r/00561000002r6ygAAA/view)              7/20/2020 6:14 PM
, 6/4/2020 11:28 AM

**Email Widget**

From
▬▬▬▬▬▬▬▬▬

* (required) To

abc@mail.com

Cc

abc@mail.com

Account
BCc **Walma Holdings LLC**                                    + Follow   Submit for Approval   Printable View   Delete   ▼

abc@mail.com

| Account Geo | Active | Account Record Type | W9 Info under review | Tax ID |
|---|---|---|---|---|
| United States | ☑ | GFR Partner | ☐ | 851254290 |

Subject

Subject

Email Body

| Salesforce Sans ▼ | 12 ▼ | **B** | *I* | U̲ | S̶ | ☰ | ☷ | ⇥ | ⇤ | ☰ | ☰ | ☰ | I×̲ |

Upload File

⬆ Upload Files

Send Email

---

**Email Message List**

---

🏃 **We found no potential duplicates of this Account.**

---

**Account Team**

---

| Send Email | New Task | New Event | More |
|---|---|---|---|

Write an email…                                                        Compose

Filters: All time · All activities · All types   ☐

Refresh · Expand All · View All(/runtime_sales_activities/activityViewAll.app?parentRecordId=0014M00001oS9JSQA0)

⌄ **Upcoming & Overdue**

No next steps.
To get things moving, add a task or set up a meeting.

