# EXHIBIT 33

| item_id | auct_start_dt | auct_end_dt | Transaction_Date | Checkout_Status | seller_id | seller_login | buyer_id | buyer_login | auction_type | qty_avail | purchase_quant | item_price | Total_Price | Currency | leaf_categ auction_title |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 223708643359 | 10/16/2019 | 11/23/2019 | 11/22/2019 9:53 | Complete | 917066567 | fullbright-sales | 1212169516 | bluelinela | Store Fixed Price | 174 | 10 | 44.99 | 449.9 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed |
| 223708643359 | 10/16/2019 | 11/23/2019 | 11/22/2019 12:59 | Complete | 917066567 | fullbright-sales | 1212169516 | bluelinela | Store Fixed Price | 174 | 1 | 44.99 | 44.99 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed |
| 223764075484 | 11/23/2019 | 11/25/2019 | 11/25/2019 14:19 | Disabled | 917066567 | fullbright-sales | 1212169516 | bluelinela | Store Fixed Price | 17 | 3 | 44.99 | 134.97 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed |
| 123950036499 | 10/23/2019 | 11/23/2020 | 11/25/2019 14:33 | Complete | 1252701014 | sterlingwoman | 1212169516 | bluelinela | Fixed Price | 118 | 2 | 44 | 88 | USD | Health & B REVITALASH Advanced Eyelash Conditioner 2.0ml NOT SEALED, IN BOX 100% Authentic |
| 123950036499 | 10/23/2019 | 11/23/2020 | 11/25/2019 14:35 | Complete | 1252701014 | sterlingwoman | 1212169516 | bluelinela | Fixed Price | 118 | 1 | 44 | 44 | USD | Health & B REVITALASH Advanced Eyelash Conditioner 2.0ml NOT SEALED, IN BOX 100% Authentic |
| 123950036499 | 10/23/2019 | 11/23/2020 | 11/25/2019 14:43 | Complete | 1252701014 | sterlingwoman | 1212169516 | bluelinela | Fixed Price | 118 | 2 | 44 | 88 | USD | Health & B REVITALASH Advanced Eyelash Conditioner 2.0ml NOT SEALED, IN BOX 100% Authentic |
| 123950036499 | 10/23/2019 | 11/23/2020 | 11/26/2019 10:49 | Complete | 1252701014 | sterlingwoman | 1212169516 | bluelinela | Fixed Price | 118 | 30 | 42 | 1260 | USD | Health & B REVITALASH Advanced Eyelash Conditioner 2.0ml NOT SEALED, IN BOX 100% Authentic |
| 183896252339 | 7/23/2019 | 11/25/2019 | 11/25/2019 14:43 | Complete | 1277330214 | devfashion26 | 1212169516 | bluelinela | Fixed Price | 1 | 1 | 69.99 | 69.99 | USD | Health & B REVITABROW ADVANCED Eyebrow Conditioner, 3.0 mL |
| 183972241694 | 9/27/2019 | 7/10/2020 | 11/25/2019 14:09 | Complete | 1281658218 | beautymagasin | 1212169516 | bluelinela | Store Fixed Price | 84 | 2 | 43.99 | 87.98 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 2.0ml NEW, SEALED, IN BOX 100% Authentic |
| 183972241694 | 9/27/2019 | 7/10/2020 | 11/25/2019 14:19 | Complete | 1281658218 | beautymagasin | 1212169516 | bluelinela | Store Fixed Price | 84 | 3 | 43.99 | 131.97 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 2.0ml NEW, SEALED, IN BOX 100% Authentic |
| 352789715428 | 9/14/2019 | 6/22/2020 | 11/22/2019 9:33 | Complete | 1528952896 | valenced | 1212169516 | bluelinela | Fixed Price | 245 | 1 | 41.86 | 41.86 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed ***FLASH SALE*** |
| 352789715428 | 9/14/2019 | 6/22/2020 | 11/22/2019 9:49 | Complete | 1528952896 | valenced | 1212169516 | bluelinela | Fixed Price | 245 | 1 | 41.86 | 41.86 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed ***FLASH SALE*** |
| 352789715428 | 9/14/2019 | 6/22/2020 | 11/22/2019 9:56 | Complete | 1528952896 | valenced | 1212169516 | bluelinela | Fixed Price | 245 | 3 | 41.86 | 125.58 | USD | Health & B RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed ***FLASH SALE*** |
| 223443689155 | 3/10/2019 | 12/16/2019 | 11/26/2019 11:19 | Complete | 1602104254 | jenn-knight | 1212169516 | bluelinela | Fixed Price | 9 | 1 | 68.99 | 68.99 | USD | Health & B RevitaLash Cosmetics RevitaBrow Advanced Eyebrow Conditioner 3.0 mL |
| 223443689155 | 3/10/2019 | 12/16/2019 | 11/26/2019 11:24 | Complete | 1602104254 | jenn-knight | 1212169516 | bluelinela | Fixed Price | 9 | 1 | 68.99 | 68.99 | USD | Health & B RevitaLash Cosmetics RevitaBrow Advanced Eyebrow Conditioner 3.0 mL |
| 333297924654 | 8/15/2019 | 7/26/2020 | 11/25/2019 14:19 | Complete | 1891677092 | snatch-it-deals | 1212169516 | bluelinela | Store Fixed Price | 538 | 3 | 60.79 | 182.37 | USD | Health & B RevitaLash - REVITABROW Advanced Eyebrow Conditioner 3mL BRAND NEW!! |
| 333297924654 | 8/15/2019 | 7/26/2020 | 11/26/2019 14:19 | Complete | 1891677092 | snatch-it-deals | 1212169516 | bluelinela | Store Fixed Price | 538 | 6 | 60.79 | 364.74 | USD | Health & B RevitaLash - REVITABROW Advanced Eyebrow Conditioner 3mL BRAND NEW!! |