Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court
## Central District of California–Western Division

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMN Distribution Inc., et al, <br><br> Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Notice of Errata of Electronically Filing Athena's Incomplete Opposition to Defendants' Summary Judgment Motion <br><br> Date: October 4, 2021 <br> Time: 1:30 p.m. <br> Judge: Wilson |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following errata to the electronic filing of the Opposition to Defendants' Summary Judgment Motion, filed by plaintiff, Athena Cosmetics, Inc. on September 13, 2021, marked on the ECF System in this matter as Document Numbers 112 112-1 thru 112-16, 113, 114 and 114-1 thru 114-18. The Opposition was inadvertently filed, via the ECF System, as an incomplete document. The Opposition will now be filed correctly and completely. Exhibit A to the opposition shows the changes from the version filed September 13 to the corrected version.

September 21, 2021

/s/ *Marina Lang*
Marina Lang
SoCal IP Law Group LLP

Attorney for Plaintiff and Counter-claimant Athena Cosmetics, Inc.