# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (*Additional instructions on next page.*)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order | Anneliese Lomonaco | 2a. Contact Phone Number: 805 267-2258 | 3a. Contact E-mail Address: alomonaco@socalip.com |
| 1b. Attorney Name (if different) | Marina Lang | 2b. Attorney Phone Number: 805 267-2261 | 3b. Attorney E-mail Address: mlang@socalip.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
SoCal IP Law Group LLP
310 N Westlake Blvd., Suite 120
Westlake Village, CA 91362

5. Name & Role of Party Represented: Plaintiff, Athena Cosmetics, Inc.
6. Case Name: Athena Cosmetics, Inc. v. AMN Distribution Inc. et al
7a. District Court Case Number: 2:20-cv-05526-SVW-SHK
7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
☒ DIGITALLY RECORDED  ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal  ☒ Non-Appeal  ☐ Criminal  ☒ Civil  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 10/05/2020 | 31 | Kewalramai | STATUS CONFERENCE | ● | ● | ○ | ● | ○ | ● | ● | EXPEDITED (7-day) |
| 12/11/2020 | 50 | Kewalramai | TELEPHONE CONFERENCE | ● | ● | ○ | ● | ○ | ● | ● | EXPEDITED (7-day) |
| 12/28/2020 | 55 | Kewalramai | MOTION | ● | ● | ○ | ● | ○ | ● | ● | EXPEDITED (7-day) |
| 04/12/2021 | 77 | Kewalramai | DISCOVERY STATUS CONFERENCE | ● | ● | ○ | ● | ○ | ● | ● | EXPEDITED (7-day) |
| 04/16/2021 | 78 | Kewalramai | DISCOVERY STATUS CONFERENCE | ● | ● | ○ | ● | ○ | ● | ● | EXPEDITED (7-day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/05/2021   Signature: /s/ Marina Lang

G-120 (06/18)