# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Anneliese Lomonaco |
| 2a. Contact Phone Number | 805 267-2258 |
| 3a. Contact E-mail Address | alomonaco@socalip.com |
| 1b. Attorney Name (if different) | Marina Lang |
| 2b. Attorney Phone Number | 805 267-2261 |
| 3b. Attorney E-mail Address | mlang@socalip.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | SoCal IP Law Group LLP, 310 N Westlake Blvd., Suite 120, Westlake Village, CA 91362 |
| 5. Name & Role of Party Represented | Plaintiff, Athena Cosmetics, Inc. |
| 6. Case Name | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al |
| 7a. District Court Case Number | 2:20-cv-05526-SVW-SHK |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☒ DIGITALLY RECORDED  ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal ☐ Criminal ☒ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis

**10. TRANSCRIPT(S) REQUESTED**

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/19/2021 | 79 | Kewalramai | DISCOVERY STATUS CONFERENCE | ● | ● | ○ | ● | ○ | ● | | EXPEDITED (7-day) |
| 07/07/2021 | 90 | Kewalramai | MOTION | ● | ● | ○ | ● | ○ | ● | | EXPEDITED (7-day) |
| 07/28/2021 | 95 | Kewalramai | INFORMAL DISCOVERY DISPUTE | ● | ● | ○ | ● | ○ | ● | | EXPEDITED (7-day) |
| 07/28/2021 | 96 | Kewalramai | CONTINUED INFORMAL DISCOVERY DISPUTE | ● | ● | ○ | ● | ○ | ● | | EXPEDITED (7-day) |
| 09/08/2021 | 108 | Kewalramai | INFORMAL DISCOVERY HEARING | ● | ● | ○ | ● | ○ | ● | | EXPEDITED (7-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.**

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/05/2021     Signature: /s/ Marina Lang

G-120 (06/18)