# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| 1a. Contact Person for this Order | Anneliese Lomonaco | 2a. Contact Phone Number | 805 267-2258 | 3a. Contact E-mail Address | alomonaco@socalip.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Marina Lang | 2b. Attorney Phone Number | 805 267-2261 | 3b. Attorney E-mail Address | mlang@socalip.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
SoCal IP Law Group LLP
310 N Westlake Blvd., Suite 120
Westlake Village, CA 91362

**5. Name & Role of Party Represented:** Plaintiff, Athena Cosmetics, Inc.
**6. Case Name:** Athena Cosmetics, Inc. v. AMN Distribution Inc. et al
**7a. District Court Case Number:** 2:20-cv-05526-SVW-SHK
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED   [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal [X] Non-Appeal   [ ] Criminal [X] Civil   [ ] CJA [ ] USA [ ] FPD   [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. **HEARING(S) OR PORTIONS OF HEARINGS** *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of efiled transcript, or check to certify none yet on file.) | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | |
| 09/10/2021 | 110 | Kewalramai | DISCOVERY STATUS CONFERENCE | ● | ● | ○ | ● | ○ | ● | ● | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  10/05/2021                     Signature  /s/ Marina Lang

G-120 (06/18)