UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-05526-SVW-SHK | Date | October 4, 2021 |
|---|---|---|---|
| Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marina L. Lang | David C. Voss, Jr. |

**Proceedings:**   [97] MOTION for Summary Judgment as to Plaintiff's First Amended Complaint filed by defendants

Case called. Hearing held. The Court delays ruling on the motion, until a review of the transcript of the discovery hearing held before the Honorable Shashi H. Kewalramani, Magistrate Judge.

The hearing is continued to October 18, 2021 at 1:30 p.m. Attorney Michael D. Harris is ordered to appear **in-person.**

|  | : | 48 |
|---|---|---|
|  | Initials of Preparer | PMC |