# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: David C. Voss, Jr. | 2a. Contact Phone Number: 310-306-0515 | 3a. Contact E-mail Address: david@vsbllp.com |
| 1b. Attorney Name (if different): David C. Voss, Jr. | 2b. Attorney Phone Number: 310-306-0515 | 3b. Attorney E-mail Address: david@vsbllp.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
David C. Voss, Jr.
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-660

5. Name & Role of Party Represented: Attorneys for defendants AMN Distribution, Inc. and Moishe Newman

6. Case Name: Athena Cosmetics, Inc. v. AMN Distribution, Inc., etc.

7a. District Court Case Number: 2:20-cv-05526-SVW-SHK
7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR: [ ] Appeal [ ] Non-Appeal [ ] Criminal [X] Civil [ ] CJA [ ] USA [ ] FPD [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/20 | 50 | Kewalramani | Telephonic discovery conference - MS TEAMS | ● | ○ | ○ | ○ | ○ | ● | ● none on file | EXPEDITED (7-day) |
| 12/28/20 | 55 | Kewalramani | Telephonic conference on motion to compel - MS TEAMS | ● | ○ | ○ | ○ | ○ | ● | ● none on file | EXPEDITED (7-day) |
| 4/19/21 | 79 | Kewalraman | Telephonic discovery status conference - MS TEAMS | ● | ○ | ○ | ○ | ○ | ● | ● none on file | EXPEDITED (7-day) |
| 7/28/21 | 96 | Kewalraman | Telephonic informal discovery conference - MS TEAMS | ● | ○ | ○ | ○ | ○ | ● | ● none on file | EXPEDITED (7-day) |
| 9/10/21 | 110 | Kewalramani | Telephonic discovery conference - MS TEAMS | ● | ○ | ○ | ○ | ○ | ● | ● none on file | EXPEDITED (7-day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/6/21   Signature: /s/

G-120 (06/18)