1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE STEPHEN V. WILSON

4       UNITED STATES DISTRICT JUDGE PRESIDING

5                    - - -

6
Athena Cosmetics, Inc.,            )
7                    PLAINTIFF,    )
                                   )
8    VS.                           )   NO. CV 20-5526 SVW
                                   )
9    AMN Distribution, Inc., et al.,   )
                     DEFENDANT,    )
10   _____)

11

12

13        REPORTER'S TRANSCRIPT OF PROCEEDINGS

14             LOS ANGELES, CALIFORNIA

15            MONDAY, OCTOBER 4, 2021

16

17

18    _____

19          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
20                 Suite 4311
             350 West 1st Street
21          Los Angeles, CA  90012

22

23

24

25

```
 1    APPEARANCES OF COUNSEL:

 2

 3    FOR PLAINTIFF:

 4    Marina L. Lang
      SoCal IP Law Group LLP
 5    310 North Westlake Boulevard
      Suite 120
 6    Westlake Village, CA 91362-3788

 7
      FOR DEFENDANT:
 8
      David C. Voss , Jr
 9    Voss Silverman and Braybrooke LLP
      4640 Admiralty Way
10    Suite 800
      Marina del Rey, CA 90292-6602
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          LOS ANGELES, CALIFORNIA; MONDAY, OCTOBER 4, 2021

2                              2:58 P.M.

3                              - - - - -

4

5

6          THE CLERK:  Item No. 6, CV 20-5526, Athena

7     Cosmetics, Incorporated, versus AMN Distribution,

8     Incorporated, et al.

9               Counsel, please state your appearances.

10         MS. LANG:  Good afternoon.  Marina Lang for

11    plaintiff Athena Cosmetic.

12         MR. VOSS:  Good afternoon, David Voss on behalf of

13    the defendants.

14         THE COURT:  Okay.  This is the motion for summary

15    judgment by defendant.  I have tried to unpeal this case,

16    and the reason I am having the hearing is I am not

17    positive that I have all the issues and facts clearly

18    understood.

19              We had a little preview of it last time, and,

20    I mean, in its broadest stroke, it was a trademark case.

21    The parties had a settlement agreement, and they agreed

22    that to settle the case that the defendant would pay a

23    nominal sum to the plaintiff and that the defendant

24    agreed to inform the plaintiff of all the customers that

25    it sold the cosmetics to and agreed not to make further

1    sales.

2              Those seem to be the two prongs; correct?

3         MR. VOSS:  May I be heard, your Honor?

4         THE COURT:  I can't hear you.

5         MR. VOSS:  May I be heard, your Honor?

6         THE COURT:  Just answer the question first, then

7    you can be heard.

8         MR. VOSS:  The two prongs, as we discussed last

9    time as alleged in the first amended complaint, are, one,

10   accuracy and completeness of the schedules.

11        THE COURT:  Why do you say the first amended

12   complaint?  Does the settlement agreement rely on the

13   first amended complaint, or does it describe what the

14   terms are?

15        MR. VOSS:  No.  But the motion for summary

16   judgment does rely on the first amended complaint.

17        THE COURT:  But that is the point.  The Court is

18   going to address the settlement agreement.

19        MR. VOSS:  In that the plaintiffs have only

20   alleged two distinct breaches.

21        THE COURT:  Well, that is what I asked.  So are

22   those the two prongs?

23        MR. VOSS:  Accuracy --

24        THE COURT:  Answer the question.  Did I describe

25   them with reasonable accuracy?

1          MR. VOSS:  Reasonably so, yes, your Honor.

2          THE COURT:  Okay.  And do you agree?

3          MS. LANG:  Yes, your Honor.

4          THE COURT:  Okay.  Don't let me influence your

5    position.  It seems that that is what it is.  Looking at

6    the complaint, talking about the settlement agreement,

7    the contract, and the settlement agreement provides what

8    I said.

9          So with regard to the first issue, did the

10   defendant provide the identities of the -- of its

11   customers.  There seems to be some dispute that I don't

12   fully understand.  It doesn't involve the names of the

13   companies that the defendant sold to, but there seems to

14   be some other aspect of the requirement that the

15   defendant is arguing.

16         Am I correct?

17         MR. VOSS:  Yes, your Honor.

18         THE COURT:  What is the specific language in the

19   settlement agreement that refers to the defendant's

20   obligation to -- I am asking you, plaintiff, to provide

21   the sources of -- the names of the companies.  Is it just

22   the names, or is it more?

23         MS. LANG:  Thank you, your Honor.

24         The settlement agreement, just to give some

25   background, I have been on this case prior to Mr. Voss

1   joining the case, defendants were discovered selling

2   counterfeit goods through secret shopper services.

3       THE COURT:  Would you take the lecturn.  With the

4   mask, I can hardly hear you.  Speak into the microphone.

5       MS. LANG:  Is this better, your Honor?

6       THE COURT:  Yes.

7       MS. LANG:  This case originally began when

8   plaintiff Athena Cosmetics via several secret shopper

9   purchases discovered an influx of counterfeit goods being

10  sold and made by the named defendants in the instant

11  action.

12          We were able to come to a settlement

13  agreement.  Both parties at the time were quite pleased.

14  The terms of the settlement agreement were to be an

15  exchange of a nominal amount of money and, in exchange,

16  defendants agreed to provide a nominal payment in

17  addition to schedules 1 and 2 which represented the true

18  and accurate contact information, name, e-mail address,

19  mailing address, phone number and any other known contact

20  information for all persons and entities that supplied

21  them or sold them with Athena trademarked goods during

22  the relevant time period.

23      THE COURT:  Hold on one second now.

24          So when you say counterfeit goods, counterfeit

25  in the sense of the Lanham Act?

1        MS. LANG:  Yes.  This is trademark.

2        THE COURT:  And so counterfeit meaning that they

3    sold the product in the reverse palming off way?  In

4    other words, they led the consumer to believe that they

5    were buying the plaintiff's product when they were buying

6    the defendant's product?

7        MS. LANG:  Your Honor, actually, these were true

8    counterfeits.

9        THE COURT:  True counterfeits, sounds like an

10   oxymoron to me.

11       MS. LANG:  It wasn't -- this is not to be compared

12   with a parallel good or diverted goods situation.

13       THE COURT:  What was it?  What was the

14   counterfeit?

15       MS. LANG:  My client has been around for -- was

16   founded in the early 2000s, and, as a matter of their

17   regular course of business, they conduct secret shopper

18   purchases from unauthorized e-commerce channels.  They

19   only sell their products through very high-end exclusive

20   distributorships.

21       THE COURT:  Do they sell the product under the

22   name Athena?

23       MS. LANG:  Revitalash is their flagship brand, but

24   Athena Cosmetics also appears on the carton.

25       THE COURT:  So what was the name that the

1   defendants sold their product as?

2       MS. LANG:  They violated six of our client's

3   trademarks.  They sold replicas but not originals of an

4   almost exact copy of our client's products.  Athena

5   Cosmetics trademarks were violated.  Six of our

6   trademarks were violated including Athena's business name

7   and trade name.  Their logo was imitated.  We have a

8   registered logo.

9       THE COURT:  So the result was that they deceived

10  the consumer into thinking they were buying plaintiff's

11  products when they weren't

12      MS. LANG:  That's true, your Honor.  It is more

13  egregious than that because these are products that get

14  applied directly to a consumer's under eyelash, their

15  skin, their eyes, and the products that were being

16  distributed and made and sold and made by the defendants

17  had very dangerous ingredients contained therein.

18      THE COURT:  Well, I mean, that is just the

19  question of damages.

20          But getting back to the settlement agreement,

21  you did fully describe what the revelations had to be,

22  and it seemed like -- it doesn't seem like it, it was

23  more than just naming the company that they bought the

24  products from.

25      MS. LANG:  Absolutely, your Honor.

```
1          THE COURT:  And so background-wise, did the

2    defendant manufacture the counterfeit product, or are

3    these other entities companies that did it for them and

4    produced it for the defendant?

5          MS. LANG:  During our settlement negotiations,

6    defendants represented that they purchased their -- the

7    counterfeit goods from a myriad of suppliers, and a key

8    consideration for the agreement was identifying the

9    sources.

10         THE COURT:  So to be more direct, the answer is

11   that the defendant didn't manufacture the counterfeit

12   product themselves.  They bought it from third parties.

13         MS. LANG:  So they alleged.

14         THE COURT:  And but, at least, that is what the

15   settlement agreement provides.

16         MS. LANG:  Yes, and --

17         THE COURT:  Let's forget the and for a moment.

18   Okay.

19              And, then, the settlement agreement required,

20   as you described, the defendants to name the entities

21   that sold the counterfeit product to it and in more

22   detail as you describe.

23         MS. LANG:  Yes.  The settlement agreement asks for

24   the full and complete contact information, the contact

25   name, address --
```

 1           THE COURT:  No.  I heard that.  So, now, starting

 2    with the first part of it, is there a dispute about

 3    whether the defendant at a minimum provided the names of

 4    the suppliers?

 5           MS. LANG:  Yes, your Honor.

 6           THE COURT:  And is it your position that the

 7    defendants haven't named all their suppliers?

 8           MS. LANG:  That is absolutely correct.

 9           THE COURT:  And so, forgetting for a moment all

10    the other detail in the requirement, what evidence do you

11    have that would support that position?

12           MS. LANG:  Because this schedule of information --

13    there was two schedules:  One identified the suppliers

14    and two identified their end users.  Pursuant to

15    settlement negotiations, the money and these two

16    schedules were held in escrow.

17           THE COURT:  What about the end users?  You are

18    saying that the settlement agreement also required

19    defendant to provide the names of the entities they sold

20    the product to?

21           MS. LANG:  Yes, your Honor.  My client was highly

22    concerned with tracking down the source of these

23    counterfeits and also finding out which customers

24    ultimately purchased these counterfeit products for their

25    own business records in case this were to come up.

1    THE COURT:  But I thought that most of these

2    products were sold on the Internet; is that right?

3    MS. LANG:  Defendant did sell these on the

4    Internet.  That is how we discovered them through their

5    website, rushexpress.com.

6         And I also, before I forget, I want to

7    emphasize that the terms of the settlement agreement

8    equally emphasize that defendants were prohibited from,

9    permanently restrained from ever selling any good

10   bearing --

11   THE COURT:  That is another aspect.  I know that

12   is part of your position, but I want to take each aspect

13   of it separately.  So, first, with regard to the entities

14   that supplied plaintiff with the product, and I am just

15   assuming that the -- I mean that defendant bought the

16   counterfeit product.

17        Again, is there a dispute about at least the

18   names of the entities that defendant bought the product

19   from?

20        MS. LANG:  Yes, your Honor.

21   THE COURT:  And is it your position that there are

22   more entities that supplied the defendant than revealed?

23        MS. LANG:  First, it is our position --

24   THE COURT:  No.  One minute.  You are starting to

25   not respond to my questions.  You have -- you want to get

```
 1    your thoughts out, and I will hear your thoughts, but you

 2    have to respond to my questions and not just anything

 3    that you think might be persuasive at this point.  You

 4    have to go with the Court.  So just listen to the

 5    question.

 6              What entities, which entities were not

 7    revealed?

 8         MS. LANG:  The entities that were disclosed were

 9    fake, and we have already discovered --

10         THE COURT:  Slow down.  You are going to get a

11    chance to tell me the whole story.  Just take it a

12    question at a time.  So you are saying that the entities

13    that were revealed couldn't have been the real suppliers

14    because in your words they are fake.

15         MS. LANG:  Yes.

16         THE COURT:  And so why -- how do you support the

17    idea that they are fake?

18         MS. LANG:  This entire lawsuit could have been

19    avoided by --

20         THE COURT:  Ma'am, you are starting to cause me to

21    be critical of you, and I don't want to.  I didn't ask

22    you what caused the lawsuit to start.  The question is

23    why are the entities that were given to you as suppliers

24    fake?

25         MS. LANG:  We started to reach out to the listed
```

```
 1   suppliers, and the very first supplier was a Czech

 2   company which allegedly supplied $300,000.

 3          THE COURT:  Czech meaning Czech Republic.

 4          MS. LANG:  Czech Republic company that allegedly

 5   was the primary supplier, over $300,000 worth of units of

 6   counterfeit goods, was the named supplier.  We engaged a

 7   Czech attorney to investigate and discovered that entity

 8   to be falsely represented as the defendant's supplier.

 9          THE COURT:  Well, I mean, that is a conclusion.

10   What did the lawyer tell you?

11          MS. LANG:  The lawyer told me that the company has

12   never -- does not ship across seas.  They are primarily a

13   European distributor.  They do not and have never in

14   their existence shipped to the United States of America.

15   They also represented that they have never heard of my

16   client nor any of their trademarks and that they have

17   confirmed that they have never sold an Athena good.

18          THE COURT:  All right.  I don't need every detail.

19   So how would that testimony of the lawyer become

20   admissible at trial?

21          MS. LANG:  Your Honor, I am trying to get a

22   30(b)(6) deposition of defendant.

23          THE COURT:  See, you are not answering my

24   questions again.  You just refuse.  You are obstinate.

25   Listen to the question.
```

```
 1              If there is a discovery problem, we will deal
 2   with it.  How, at this point, would you be able to offer
 3   in evidence what you say the lawyer investigated in the
 4   Czech Republic?
 5          MS. LANG:  I could get a declaration.
 6          THE COURT:  Well, a declaration won't do it.  I
 7   mean.
 8          MS. LANG:  Conduct a virtual deposition.
 9          THE COURT:  Well, I don't know if he is -- is it a
10   Czech Republic lawyer?
11          THE DEFENDANT:  Yes, your Honor.
12          THE COURT:  And, well, you would have to do more
13   to lay a foundation.  It depends upon how he describes
14   things, but there may be some issues.  But I will pass on
15   that for a moment.
16              What about the other eight entities?
17          MS. LANG:  We also reached out to those entities
18   as well.  In our opposition is a declaration from the
19   user names.  The defendant provided us with user names
20   only.  Didn't identify contact information or not even an
21   electronic platform.
22          THE COURT:  But the -- I don't want to get ahead
23   of myself, but, just briefly, on the aspect of providing
24   the background detail for the suppliers, you are now
25   saying that the defendant didn't do that?
```

1      MS. LANG:  Yes, your Honor.

2      THE COURT:  So all you had was a name of a

3  company?

4      MS. LANG:  Not even a company, and a user name

5  like one of them is Saving Simple LLC.

6      THE COURT:  I mean, have you ever examined the

7  records of defendant?  The books and records?

8      THE DEFENDANT:  Defendant has failed to produce

9  any discovery in this case.

10      THE COURT:  Forgetting the underlying case.  I am

11  focused on the settlement agreement.  Are you seeking

12  books and records of the company to confirm that their

13  records show they bought the products from the entities

14  that they revealed?

15      MS. LANG:  Yes, your Honor.  We subpoenaed various

16  e-commerce platforms all of which complied with our

17  requests, eBay, Wal-Mart, Groupon.  Ebay has produced

18  over a million lines of data to us and continue to

19  produce it on a rolling basis.

20      THE COURT:  You are confusing me again.  You are

21  saying that the defendant has not given you its books and

22  records?

23      MS. LANG:  That's correct.

24      THE COURT:  But given the information that you did

25  have, you nevertheless sought out to investigate whether

1    those entities did supply defendant with the product?

2         MS. LANG:  Yes, your Honor.

3         THE COURT:  And who were the entities that they

4    listed?

5         MS. LANG:  Some of the entities we could not find

6    a source for at all such as Jen Knight was listed as a

7    supplier.  She or he -- however, that user name has not

8    been attached to any type of e-commerce platform that we

9    have discovered to date.

10            We were able to link seller alias names,

11   Saving Simple LLC, to eBay, and eBay produced records on

12   that.

13        THE COURT:  Well, how did that proceed?  In other

14   words, eBay had records of that company selling its

15   product on eBay?

16        MS. LANG:  EBay produced --

17        THE COURT:  Or allowing eBay to sell the product?

18        THE DEFENDANT:  Yes, your Honor.  EBay would

19   produce the registrant's info which, again, was not

20   always complete and accurate.  They would produce all the

21   product listings related to Athena goods.  They also

22   listed the transaction date and they also identified the

23   end user.

24        THE COURT:  So it seems like you do, at least from

25   that one entity, you have confirmed that they did sell

```
 1   the product?

 2            MS. LANG:  No, your Honor.  They have never sold

 3   the single unit to defendants, and they provided a

 4   declaration attesting to the same.

 5            THE COURT:  Who's they?

 6            MS. LANG:  A gentleman by the name of Eric Romero

 7   was listed in the registrant's info.  I interviewed him

 8   over the phone several times.  He agreed to be deposed

 9   and provide a declaration stating that he has never heard

10   of the defendants or any of them:  AMN Distribution,

11   Moishe Newman, Brush Express.  He, in his declaration,

12   attests to the search of his business records to confirm

13   that he had never sold.  He is an active eBay seller of

14   several brands, but, after a diligent search of his

15   personal records, he even contacted eBay and PayPal on

16   his own to make sure.

17            THE COURT:  What about the other entities?  Have

18   you had any success in contacting them?

19            MS. LANG:  One of the -- no, your Honor.

20            THE COURT:  The answer is no?

21            MS. LANG:  No, your Honor.

22            THE COURT:  Okay.

23            MS. LANG:  But we are trying.

24            THE COURT:  Now, the other aspect of the

25   settlement agreement was the requirement that defendant
```

1    reveal who it sold the product too; correct?

2           MS. LANG:  Correct, your Honor.

3           THE COURT:  And did defendant comply with that?

4           MS. LANG:  No, your Honor.

5           THE COURT:  Did it make any effort to comply with

6    that?  I mean, have they given you some names of people

7    they sold it to even if your position is that it was

8    incomplete?

9           MS. LANG:  They did provide an Excel spreadsheet

10   with the identities of persons and like dates sold.

11          THE COURT:  But you want to see the records

12   because the Excel spreadsheet is just based upon records?

13          MS. LANG:  Yes, your Honor.

14          THE COURT:  And based upon what you know now,

15   understanding that you haven't seen their books and

16   records, what -- what leads you to think that the

17   defendant has not supplied you with the -- hasn't given

18   you the names of all the customers that sold it the

19   counterfeit product to?

20          MS. LANG:  In another case, by coincidence, also

21   involving the sales of counterfeit goods, we received a

22   large document production from Wal-Mart which identified

23   AMN and three of his relatives as distributors, AMN

24   Distribution, the defendant.

25          THE COURT:  Was that a defendant in the other

1    case?

2            MS. LANG:  No.

3            THE COURT:  AMN.  All right.  You put that

4    together for me.  I didn't realize that you were just

5    saying three letters.  AMN.  Yes.  Okay.  The defendant

6    in this case.

7            MS. LANG:  The defendants in this case.

8            THE COURT:  Yes.

9            THE COURT:  And so what did Wal-Mart do?

10           MS. LANG:  Wal-Mart produced documents responsive

11   to identical factual case but different defendants.  And,

12   in that discovery, we discovered the defendants in this

13   case selling and advertising Revitalash, Revitabrow,

14   Athena trademarked goods in violation of the settlement

15   agreement.

16           THE COURT:  But that -- see, you are getting ahead

17   of me again.  You are now talking about a violation that

18   required defendant not to sell goods.  I thought the

19   agreement also required them to disclose who they had

20   sold goods to.

21           MS. LANG:  And I will clarify that.  The end users

22   listed by Wal-Mart, did not.

23           THE COURT:  Just -- does it require both things,

24   the settlement agreement, the names of those who

25   defendant sold it to and the agreement not to sell it any

1    longer?

2          MS. LANG:  Yes, your Honor.

3          THE COURT:  So are you now discussing the aspect

4    where they continued to sell it?

5          MS. LANG:  No.  I was addressing the point of

6    their identification of end users.

7          THE COURT:  End users meaning the people they sold

8    it to?

9          MS. LANG:  Yes.

10         THE COURT:  And so you are saying that that was

11   incomplete?

12         MS. LANG:  Yes.

13         THE COURT:  And so how does the Wal-Mart case

14   support that position?

15         MS. LANG:  Wal-Mart produced -- Wal-Mart produced

16   evidence of defendants in this case, sales and end users

17   as well, during the same time period that overlaps with

18   this case and --

19         THE COURT:  Why would Wal-Mart know the end users

20   of this defendant?  I mean, isn't Wal-Mart itself an end

21   user?

22         MS. LANG:  No.  Walmart.com is an e-commerce

23   platform.

24         THE COURT:  I see.  I didn't understand that.  So

25   Wal-Mart was an intermediary?

```
1            MS. LANG:  Exactly, your Honor.

2            THE COURT:  So what did the Wal-Mart evidence

3    show?

4            MS. LANG:  Like eBay, they produced all sales and

5    transactions and the identity of end users during the

6    same time period of this case, and those end users, the

7    ultimate customers did not match up with the customers

8    that defendants in this case were --

9            THE COURT:  Match up meaning they were --

10           MS. LANG:  They were different.

11           THE COURT:  More customers than those revealed?

12           MS. LANG:  More and -- I wouldn't say more right

13   now.  We probably do need an accountant in the end.  I

14   wouldn't say more right now but different.

15           THE COURT:  Different in what way?

16           MS. LANG:  Different end users that weren't

17   disclosed by defendants in this case.  The requirement

18   was to show all end users.

19           THE COURT:  I see.  So it isn't just that they,

20   for argument's sake, gave you the names of ten end users.

21   It is that the evidence from the Wal-Mart case perhaps

22   showed ten end users but some of them different than the

23   ones disclosed by the defendant?

24           MS. LANG:  Yes.  And based on the timeframe,

25   defendants would have been required by the settlement
```

```
 1   agreement to disclose other end users during the same

 2   time period.

 3        THE COURT:  What about the continued sales?  What

 4   evidence is there of that?

 5        MS. LANG:  Also, through that Wal-Mart production,

 6   we discovered that they continued to advertise and sell

 7   goods bearing our client's trademarks.  We also

 8   discovered that on eBay as well.  And on Groupon.

 9        THE COURT:  Okay.  And, by way of discovery, and I

10   am discussing discovery in relationship to the settlement

11   agreement not the underlying case, what discovery are you

12   now seeking?

13        MS. LANG:  Your Honor, we are seeking the purchase

14   orders, primarily the invoices, evidencing where

15   defendants got these counterfeit goods.  That is my

16   client's primary concern.  It was the primary

17   consideration of this case, also true and accurate

18   schedule of the customers who ultimately purchased these

19   counterfeit products with fake ingredients but we are

20   primarily -- the only reason there was a settlement in

21   the first place --

22        THE COURT:  Don't go on to these tangents.

23             So you want to see the defendant's purchase

24   orders which would -- and their books and records which

25   would confirm that they made purchases from entities that
```

1    they revealed or that they made additional purchases.

2          MS. LANG:  Yes, your Honor, and --

3          THE COURT:  Don't say and.  Is it yes?  Is the

4    answer yes?

5          MS. LANG:  Yes, your Honor.

6          THE COURT:  And then what efforts have you made to

7    get that discovery?  You said you noticed a 30(b)(6)

8    deposition.

9          MS. LANG:  Your Honor, we have propounded written

10   discovery back in November of 2020.

11         THE COURT:  That was before the case settled?

12         MS. LANG:  No.  It was in the instant case.

13         THE COURT:  This case has been ongoing since then?

14         MS. LANG:  Unfortunately, yes, your Honor.

15         THE COURT:  And what what was the result of those

16   interrogatories?  Were they responded to?

17         MS. LANG:  Not at all.

18         THE COURT:  And what about the 30(b)(6)

19   deposition?

20         MS. LANG:  Both 30(b)(6) depositions we noticed,

21   no one from defendant's side came.

22         THE COURT:  I see.  And did you make motions to

23   compel before the magistrate judge?

24         MS. LANG:  Yes, your Honor.  And the magistrate

25   judge made prerequisites.

```
 1          THE COURT:  What prerequisites?

 2          MS. LANG:  I am trying not to be superfluous.  The

 3   magistrate judge ordered defendant to comply with the

 4   depositions we noticed.  We also hadn't received initial

 5   disclosures yet.  We, my partner Michael Harris, and the

 6   magistrate went through all the defendants' discovery

 7   requests and the magistrate ordered defendants to

 8   produce --

 9          THE COURT:  Is the short answer that the

10   magistrate ordered the discovery that you asked for, or

11   did the magistrate judge modify it?

12          MS. LANG:  Your Honor, the magistrate judge

13   granted us the discovery we asked for.

14          THE COURT:  All right.  And so when did the

15   magistrate judge issue that order?

16          MS. LANG:  I can provide that date.  I just need

17   to look at my binder.

18          THE COURT:  All right.

19          MS. LANG:  It is in the pleadings.

20          THE COURT:  I see.  And before the Court is

21   actually defendant's motion for summary judgment;

22   correct?

23          MS. LANG:  That is correct, your Honor.

24          THE COURT:  Is that right, defendant?

25          MR. VOSS:  Yes, it is, your Honor.
```

1          THE COURT:  Take the lecturn if you would.

2          MR. VOSS:  Thank you, your Honor.

3          THE COURT:  And the motion for summary judgment

4   was based upon the fact that the plaintiff, that the

5   plaintiff has produced no evidence in opposition to your

6   motion that would support the idea that you are not in

7   compliance with the settlement agreement?

8          MR. VOSS:  That's correct, your Honor.

9          THE COURT:  So the motion is denied.  Summary

10  judgment is denied.

11         MR. VOSS:  Your Honor, may we be heard?

12         THE COURT:  No.  You may not.  Because this is not

13  a situation that has even the potential for summary

14  judgment.  For one reason, you have not complied with the

15  discovery.

16         MR. VOSS:  We have, your Honor, and I would like

17  to be heard on that.

18         THE COURT:  Well, how can there be a 180 degree

19  difference between what the plaintiff said and what you

20  are saying?

21         MR. VOSS:  Your Honor, I would ask that you talk

22  to Magistrate Judge Kewalramani.

23         THE COURT:  Don't ask me to do anything.

24         MR. VOSS:  The reason I say is that is you are

25  asking how is there a 180-degree difference --

```
1          THE COURT:  One moment.  Calm down.  Only I can
2    get excited.
3             Why did you -- did you supply a 30(b)(6)
4    witness?
5          MR. VOSS:  No, your Honor.  And the fact of the
6    matter is if you look at Mr. Harris's declaration, he
7    says they are waiting to do the 30(b)(6).  I can give
8    exhibit No. 107
9          THE COURT:  Then, if they are waiting to do the
10   30(b)(6), the plaintiff hasn't had an adequate
11   opportunity to respond.
12         MR. VOSS:  That is not correct, your Honor.  The
13   fact of the matter is that, throughout this, we have
14   produced all documents and all interrogatories that we
15   have been requested to.  We had a follow-up meeting with
16   Judge Kewalramani only a few weeks ago.  Ms. Lange is not
17   in those meetings.  Mr. Harris is.  That is why she
18   doesn't know.
19         THE COURT:  Well, one moment.  Have you been
20   participating in this case throughout?
21         MS. LANG:  Your Honor --
22         THE COURT:  "Yes" or "no".
23         MS. LANG:  Yes.
24         THE COURT:  From what date?
25         MS. LANG:  From the inception and even prior to
```

1    the lawsuit when there was another defense attorney on

2    this case.   I have been lead attorney on this case since

3    2019.

4         THE COURT:  But the 30(b)(6) deposition has not

5    yet occurred; correct?

6         MR. VOSS:  That's correct, your Honor.

7         THE COURT:  And what about the subpoena for the

8    purchase orders?

9         MR. VOSS:  There isn't one.

10        THE COURT:  What?

11        MR. VOSS:  There isn't one, and, your Honor, the

12   fact of the matter is we have conducted, as you know,

13   Magistrate Judge Kewalramani requires, before you bring

14   your motion to compel, that you have a meet-and-confer

15   conference with him.  We have gone through this.

16        I have, in my reply declaration, provided to

17   you the detail regarding the discovery process that has

18   gone on with Judge Kewalramani.  And the fact of the

19   matter is we have two discovery devices served on us

20   properly, interrogatories and a document request.  In our

21   last meeting with Judge Kewalramani, Mr. Harris was asked

22   directly by Judge Kewalramani whether or not there were

23   any more issues requiring his attention at all with

24   respect to --

25        THE COURT:  Calm down.  Don't raise your voice in

```
 1   this court.

 2            MR. VOSS:  My apologies, your Honor.  But counsel

 3   has represented to you that they did not get discovery

 4   from us.  That could not be farther from the truth, and I

 5   am hesitant to have to say that in this court.  But the

 6   fact of the matter is we answered the discovery requests,

 7   they were interrogatories and document requests.

 8            THE COURT:  Did the magistrate judge issue a

 9   written order?

10            MR. VOSS:  He did.

11            THE COURT:  And it is a he?  It is a man?

12            MR. VOSS:  Judge Kewalramani, yes, sir.

13            MR. VOSS:  And what happened is they keep trying

14   to dredge up issues in particular things that happened --

15            THE COURT:  Is there a copy of that magistrate

16   order?

17            MR. VOSS:  It is all in the record.

18            MR. VOSS:  Hand it up to me.

19            MR. VOSS:  I don't have a print out here.

20            THE COURT:  Do you have a copy of it?

21            MR. VOSS:  It is in the docket.

22            THE COURT:  How would you dispute the

23   representation regarding the magistrate judge's ruling on

24   discovery, counsel?

25            MS. LANG:  Your Honor, I was present but not
```

1    allowed to speak during those discovery conferences.  The

2    magistrate required only one attorney to speak.

3          THE COURT:  Did Mr. Harris respond as counsel

4    represented?

5          MS. LANG:  Yes, your Honor.  And the magistrate

6    ordered defendants to produce the 30(b)(6) witness and

7    answer our interrogatories, produce initial disclosures.

8          THE COURT:  And you are saying that that is in the

9    magistrate judge's order?

10         MS. LANG:  Yes, your Honor.

11         THE COURT:  And what counsel is saying is that

12   Mr. Harris essentially told the magistrate judge that the

13   defendant was -- that the plaintiff was satisfied with

14   the discovery.

15         MS. LANG:  No, your Honor, that --

16         THE COURT:  There are two different things.  It

17   could be that -- is there a transcript of that hearing?

18         MS. LANG:  Your Honor, the only --

19         THE COURT:  Does the magistrate judge have

20   recordings of the proceedings?

21         MS. LANG:  I don't believe so.  But something is

22   getting confused here.

23         THE COURT:  I just asked you.  Do you know?

24         MR. VOSS:  I believe that they do.  It says that

25   it will be recorded.  I have not requested a copy.

```
 1          THE COURT:  Then, I want a copy of that hearing.
 2   I want it ordered, and I want it supplied to the Court as
 3   soon as possible.
 4          MS. LANG:  And, your Honor --
 5          THE COURT:  Just one moment.  One moment.
 6          (Pause in proceedings.)
 7          THE COURT:  My law clerk did pull up -- maybe it
 8   was in the pleadings, but from the docket, the minute
 9   order, and it says in relevant part here -- it is dated
10   September 10, 2021, attorney Michael Harris appeared on
11   behalf of plaintiff, attorney David Voss appeared on
12   behalf of defendants:
13              Following discussions between the court and
14   the parties, defendant's counsel represented that with
15   the exception of text messages, all relevant databases
16   have been searched for material responsive to the
17   propounded discovery and will supplement the discovery as
18   appropriate by Monday, September 13th, 2021.  The Court
19   confirmed that no discovery dispute remains outstanding
20   with respect to the ESI protocol, and the ex parte
21   application is denied without prejudice.
22              From your standpoint, plaintiff's counsel,
23   what does that mean?
24          MS. LANG:  Your Honor, there was a separate meet
25   and confer requested by my partner Michael Harris
```

1    regarding the need for an ESI order for the parties to

2    agree on an ESI order.

3            THE COURT:  What does ESI stand for.

4            MS. LANG:  Electronically Stored Information.

5    Where it would be appropriate in this case to have an ESI

6    order entered, that plaintiff indicates certain

7    custodians of potentially responsive documents and search

8    terms.  Defendant also did the same, that they provide --

9            THE COURT:  Search terms for what?

10           MS. LANG:  Search terms for searching e-mails.

11           THE COURT:  Forget e-mails.  I am not even at the

12   point of e-mails.  What about the purchase orders?  That

13   seemed to be something that you said you are still

14   awaiting, and Mr. Voss's argument is that the -- that

15   that was no longer an issue based upon what the

16   magistrate ruled upon and what was said by Harris.

17           How does that square with this minute order?

18           MS. LANG:  That minute order is a separate issue.

19   In fact, I believe that was even --

20           THE COURT:  In other words, this minute order in

21   your view only related to the electronic data?

22           MS. LANG:  Yes.  The magistrate wanted us to meet

23   and confer to provide an ESI order.  This motion, instant

24   motion, had already been filed by --

25           THE COURT:  I am going to have to discuss this

1    with the magistrate judge because this is too blurry.

2                I will have to delay a ruling until I get a

3    better sense of it.  I don't feel confident with either

4    side's position or arguments.  I am going to do that and

5    notice another hearing for the 18th.  And I want Harris

6    here.

7         MR. VOSS:  Your Honor, may I be heard?

8         THE COURT:  No.

9         THE COURT:  Not until I speak to the magistrate

10   judge.  Okay.  Thank you.

11        MS. LANG:  Thank you, your Honor.

12        MR. VOSS:  Will there be any ruling on evidentiary

13   objections today?

14        THE COURT:  No.

15        (Proceedings concluded.)

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE

2

3

4    I hereby certify that pursuant to Section 753, Title 28,

5    United States Code, the foregoing is a true and correct

6    transcript of the stenographically reported proceedings held

7    in the above-entitled matter and that the transcript page

8    format is in conformance with the regulations of the

9    Judicial Conference of the United States.

10   Date:  October 12, 2021

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. VOSS: [32]
MS. LANG: [98]
THE CLERK: [1]   3/3
THE COURT: [131]
THE DEFENDANT: [3]   14/10
15/7 16/17

**$**

$300,000 [2]   13/2 13/5

**/**

/s [1]   33/12

**1**

10 [1]   30/10
107 [1]   26/8
12 [1]   33/10
120 [1]   2/5
13th [1]   30/18
180 [1]   25/18
180-degree [1]   25/25
18th [1]   32/5
1st [1]   1/20

**2**

20-5526 [2]   1/8 3/6
2000s [1]   7/16
2019 [1]   27/3
2020 [1]   23/10
2021 [5]   1/15 3/1 30/10
30/18 33/10
28 [1]   33/4
2:58 [1]   3/2

**3**

30 [9]   13/22 23/7 23/18
23/20 26/3 26/7 26/10 27/4
29/6
310 [1]   2/5
350 [1]   1/20
3788 [1]   2/6

**4**

4311 [1]   1/20
4640 [1]   2/9

**5**

5526 [2]   1/8 3/6

**6**

6602 [1]   2/10

**7**

753 [1]   33/4

**8**

800 [1]   2/10

**9**

90012 [1]   1/21
90292-6602 [1]   2/10
91362-3788 [1]   2/6
9858 [2]   1/19 33/12

**A**

able [3]   6/12 14/2 16/10
about [11]   5/6 10/2 10/17
11/17 14/16 17/17 19/7 22/3
23/18 27/7 31/12
above [1]   33/7
above-entitled [1]   33/7
absolutely [2]   8/25 10/8
accountant [1]   21/13
accuracy [3]   4/10 4/23 4/25
accurate [3]   6/18 16/20
22/17
across [1]   13/12

Act [1]   6/25
action [1]   1/11
active [1]   26/13
actually [2]   7/7 24/21
addition [1]   6/17
additional [1]   23/1
address [4]   4/18 6/18 6/19
9/25
addressing [1]   20/5
adequate [1]   26/10
Admiralty [1]   2/9
admissible [1]   13/20
advertise [1]   22/6
advertising [1]   19/13
after [1]   17/14
afternoon [2]   3/10 3/12
again [5]   11/17 13/24 15/20
16/19 19/17
ago [1]   26/16
agree [2]   5/2 31/2
agreed [5]   3/21 3/24 3/25
6/16 17/8
agreement [25]
ahead [2]   14/22 19/16
al [2]   1/9 3/8
alias [1]   16/10
all [23]
alleged [3]   4/9 4/20 9/13
allegedly [2]   13/2 13/4
allowed [1]   29/1
allowing [1]   16/17
almost [1]   8/4
already [2]   12/9 31/24
also [15]   7/24 10/18 10/23
11/6 13/15 14/17 16/21 16/22
18/20 19/19 22/5 22/7 22/17
24/4 31/8
always [1]   16/20
am [13]   3/16 3/16 5/16 5/20
11/14 13/21 15/10 22/10 24/2
28/5 31/11 31/25 32/4
amended [4]   4/9 4/11 4/13
4/16
America [1]   13/14
AMN [7]   1/9 3/7 17/10 18/23
18/23 19/3 19/5
amount [1]   6/15
ANGELES [3]   1/14 1/21 3/1
another [4]   11/11 18/20 27/1
32/5
answer [7]   4/6 4/24 9/10
17/20 23/4 24/9 29/7
answered [1]   28/6
answering [1]   13/23
any [11]   6/19 11/9 13/16
15/9 16/8 17/10 17/18 18/5
19/25 27/23 32/12
anything [2]   12/2 25/23
apologies [1]   28/2
appearances [2]   2/1 3/9
appeared [2]   30/10 30/11
appears [1]   7/24
application [1]   30/21
applied [1]   8/14
appropriate [2]   30/18 31/5
are [37]
arguing [1]   5/15
argument [1]   31/14
argument's [1]   21/20
arguments [1]   32/4
around [1]   7/15
as [19]
ask [3]   12/21 25/21 25/23
asked [5]   4/21 24/10 24/13
27/21 29/23
asking [2]   5/20 25/25
asks [1]   9/23
aspect [6]   5/14 11/11 11/12
14/23 17/24 20/3

assuming [1]   11/15
attached [10]   6/6 7/6 8/8
6/21 7/22 7/24 8/4 13/17
16/21 19/14
Athena's [1]   8/6
attached [1]   16/8
attention [1]   27/23
attesting [1]   17/4
attests [1]   17/12
attorney [6]   13/7 27/1 27/2
29/2 30/10 30/11
avoided [1]   12/19
awaiting [1]   31/14

**B**

back [2]   8/20 23/10
background [3]   5/25 9/1
14/24
background-wise [1]   9/1
based [5]   18/12 18/14 21/24
25/4 31/15
basis [1]   15/19
be [27]
bearing [2]   11/10 22/7
because [6]   8/13 10/12 12/14
18/12 25/12 32/1
become [1]   13/19
been [12]   5/25 7/15 12/13
12/18 16/8 21/25 23/13 26/15
26/19 27/2 30/16 31/24
before [5]   11/6 23/11 23/23
24/20 27/13
began [1]   6/7
behalf [3]   3/12 30/11 30/12
being [2]   6/9 8/15
believe [4]   7/4 29/21 29/24
31/19
better [2]   6/5 32/3
between [2]   25/19 30/13
binder [1]   24/17
blurry [1]   32/1
books [5]   15/7 15/12 15/21
18/15 22/24
both [3]   6/13 19/23 23/20
bought [5]   8/23 9/12 11/15
11/18 15/13
Boulevard [1]   2/5
brand [1]   7/23
brands [1]   17/14
Braybrooke [1]   2/9
breaches [1]   4/20
briefly [1]   14/23
bring [1]   27/13
broadest [1]   3/20
Brush [1]   17/11
business [4]   7/17 8/6 10/25
17/12
buying [3]   7/5 7/5 8/10

**C**

CA [3]   1/21 2/6 2/10
CALIFORNIA [3]   1/2 1/14 3/1
Calm [2]   26/1 27/25
came [1]   23/21
can [6]   4/7 6/4 24/16 25/18
26/1 26/7
can't [1]   4/4
carton [1]   7/24
case [31]
cause [1]   12/20
caused [1]   12/22
CENTRAL [1]   1/2
certain [1]   31/6
CERTIFICATE [1]   33/1
certify [1]   33/4
chance [1]   12/11
channels [1]   7/18
clarify [1]   19/21

## C

clearly [1]   3/17
clerk [1]   30/7
client [3]   7/15 10/21 13/16
client's [4]   8/2 8/4 22/7
22/16
Code [1]   33/5
coincidence [1]   18/20
come [2]   6/12 10/25
commerce [4]   7/18 15/16 16/8
20/22
companies [3]   5/13 5/21 9/3
company [8]   8/23 13/2 13/4
13/11 15/3 15/4 15/12 16/14
compared [1]   7/11
compel [2]   23/23 27/14
complaint [5]   4/9 4/12 4/13
4/16 5/6
complete [2]   9/24 16/20
completeness [1]   4/10
compliance [1]   25/7
complied [2]   15/16 25/14
comply [3]   18/3 18/5 24/3
concern [1]   22/16
concerned [1]   10/22
concluded [1]   32/15
conclusion [1]   13/9
conduct [2]   7/17 14/8
conducted [1]   27/12
confer [3]   27/14 30/25 31/23
conference [2]   27/15 33/9
conferences [1]   29/1
confident [1]   32/3
confirm [3]   15/12 17/12
22/25
confirmed [3]   13/17 16/25
30/19
conformance [1]   33/8
confused [1]   29/22
confusing [1]   15/20
consideration [2]   9/8 22/17
consumer [2]   7/4 8/10
consumer's [1]   8/14
contact [5]   6/18 6/19 9/24
9/24 14/20
contacted [1]   17/15
contacting [1]   17/18
contained [1]   8/17
continue [1]   15/18
continued [3]   20/4 22/3 22/6
contract [1]   5/7
copy [5]   8/4 28/15 28/20
29/25 30/1
correct [13]   4/2 5/16 10/8
15/23 18/1 18/2 24/22 24/23
25/8 26/12 27/5 27/6 33/5
Cosmetic [1]   3/11
cosmetics [6]   1/6 3/7 3/25
6/8 7/24 8/5
could [5]   12/18 14/5 16/5
28/4 29/17
couldn't [1]   12/13
counsel [8]   2/1 3/9 28/2
28/24 29/3 29/11 30/14 30/22
counterfeit [17]
counterfeits [3]   7/8 7/9
10/23
course [1]   7/17
court [10]   1/1 1/19 4/17
12/4 24/20 28/1 28/5 30/2
30/13 30/18
critical [1]   12/21
CRR [1]   33/12
CSR [2]   1/19 33/12
custodians [1]   31/7
customers [8]   3/24 5/11
10/23 18/18 21/7 21/7 21/11
22/18

## C

cycle [2]   1/8 3/6
December [1]   17/11
13/4 13/17 13/24 14/10

## D

damages [1]   8/19
dangerous [1]   8/17
data [2]   15/18 31/21
databases [1]   30/15
date [5]   16/9 16/22 24/16
26/24 33/10
dated [1]   30/9
dates [1]   18/10
David [3]   2/8 3/12 30/11
deal [1]   14/1
deceived [1]   8/9
declaration [8]   14/5 14/6
14/18 17/4 17/9 17/11 26/6
27/16
defendant [38]
defendant's [7]   5/19 7/6
13/8 22/23 23/21 24/21 30/14
defendants [23]
defendants' [1]   24/6
defense [1]   27/1
degree [2]   25/18 25/25
del [1]   2/10
delay [1]   32/2
denied [3]   25/9 25/10 30/21
depends [1]   14/13
deposed [1]   17/8
deposition [5]   13/22 14/8
23/8 23/19 27/4
depositions [2]   23/20 24/4
describe [4]   4/13 4/24 8/21
9/22
described [1]   9/20
describes [1]   14/13
detail [5]   9/22 10/10 13/18
14/24 27/17
devices [1]   27/19
did [29]
didn't [6]   9/11 12/21 14/20
14/25 19/4 20/24
difference [2]   25/19 25/25
different [7]   19/11 21/10
21/14 21/15 21/16 21/22
29/16
diligent [1]   17/14
direct [1]   9/10
directly [2]   8/14 27/22
disclose [2]   19/19 22/1
disclosed [3]   12/8 21/17
21/23
disclosures [2]   24/5 29/7
discovered [9]   6/1 6/9 11/4
12/9 13/7 16/9 19/12 22/6
22/8
discovery [22]
discuss [1]   31/25
discussed [1]   4/8
discussing [2]   20/3 22/10
discussions [1]   30/13
dispute [5]   5/11 10/2 11/17
28/22 30/19
distinct [1]   4/20
distributed [1]   8/16
Distribution [4]   1/9 3/7
17/10 18/24
distributor [1]   13/13
distributors [1]   18/23
distributorships [1]   7/20
DISTRICT [3]   1/1 1/2 1/4
diverted [1]   7/12
DIVISION [1]   1/2
do [19]
docket [2]   28/21 30/8
document [3]   18/22 27/20
28/7

documents [3]   19/10 26/14
does [10]   4/12 4/13 4/16
13/12 19/23 20/13 29/19
30/23 31/3 31/17
doesn't [5]   5/12 8/22 26/18
don't [13]   5/4 5/11 12/21
13/18 14/9 14/22 22/22 23/3
25/23 27/25 28/19 29/21 32/3
down [4]   10/22 12/10 26/1
27/25
dredge [1]   28/14
during [6]   6/21 9/5 20/17
21/5 22/1 29/1

## E

e-commerce [4]   7/18 15/16
16/8 20/22
e-mail [1]   6/18
e-mails [3]   31/10 31/11
31/12
each [1]   11/12
early [1]   7/16
eBay [13]   15/17 15/17 16/11
16/11 16/14 16/15 16/16
16/17 16/18 17/13 17/15 21/4
22/8
effort [1]   18/5
efforts [1]   23/6
egregious [1]   8/13
eight [1]   14/16
either [1]   32/3
electronic [2]   14/21 31/21
Electronically [1]   31/4
emphasize [2]   11/7 11/8
end [18]
engaged [1]   13/6
entered [1]   31/6
entire [1]   12/18
entities [20]
entitled [1]   33/7
entity [2]   13/7 16/25
equally [1]   11/8
Eric [1]   17/6
escrow [1]   10/16
ESI [6]   30/20 31/1 31/2 31/3
31/5 31/23
essentially [1]   29/12
et [2]   1/9 3/8
European [1]   13/13
even [8]   14/20 15/4 17/15
18/7 25/13 26/25 31/11 31/19
ever [2]   11/9 15/6
every [1]   13/18
evidence [7]   10/10 14/3
20/16 21/2 21/21 22/4 25/5
evidencing [1]   22/14
evidentiary [1]   32/12
ex [1]   30/20
exact [1]   8/4
Exactly [1]   21/1
examined [1]   15/6
Excel [2]   18/9 18/12
exception [1]   30/15
exchange [2]   6/15 6/15
excited [1]   26/2
exclusive [1]   7/19
exhibit [1]   26/8
existence [1]   13/14
Express [1]   17/11
eyelash [1]   8/14
eyes [1]   8/15

## F

fact [7]   25/4 26/5 26/13
27/12 27/18 28/6 31/19
facts [1]   3/17
factual [1]   19/11

**F**

failed [1] 15/8
fake [5] 12/9 12/14 12/17 12/24 22/19
falsely [1] 13/8
farther [1] 28/4
feel [1] 32/3
few [1] 26/16
filed [1] 31/24
find [1] 16/5
finding [1] 10/23
first [11] 4/6 4/9 4/11 4/13 4/16 5/9 10/2 11/13 11/23 13/1 22/21
flagship [1] 7/23
focused [1] 15/11
follow [1] 26/15
follow-up [1] 26/15
Following [1] 30/13
foregoing [1] 33/5
forget [3] 9/17 11/6 31/11
forgetting [2] 10/9 15/10
format [1] 33/8
foundation [1] 14/13
founded [1] 7/16
full [1] 9/24
fully [2] 5/12 8/21
further [1] 3/25

**G**

gave [1] 21/20
gentleman [1] 17/6
get [10] 8/13 11/25 12/10 13/21 14/5 14/22 23/7 26/2 28/3 32/2
getting [3] 8/20 19/16 29/22
give [2] 5/24 26/7
given [5] 12/23 15/21 15/24 18/6 18/17
go [2] 12/4 22/22
going [4] 4/18 12/10 31/25 32/4
gone [2] 27/15 27/18
good [5] 3/10 3/12 7/12 11/9 13/17
goods [14] 6/2 6/9 6/21 6/24 7/12 9/7 13/6 16/21 18/21 19/14 19/18 19/20 22/7 22/15
got [1] 22/15
granted [1] 24/13
Group [1] 2/4
Groupon [2] 15/17 22/8

**H**

had [12] 3/19 3/21 8/17 8/21 15/2 16/14 17/13 17/18 19/19 26/10 26/15 31/24
hadn't [1] 24/4
Hand [1] 28/18
happened [2] 28/13 28/14
hardly [1] 6/4
Harris [9] 24/5 26/17 27/21 29/3 29/12 30/10 30/25 31/16 32/5
Harris's [1] 26/6
has [14] 7/15 13/11 15/8 15/17 15/21 16/7 17/9 18/17 23/13 25/5 25/13 27/4 27/17 28/3
hasn't [2] 18/17 26/10
have [47]
haven't [2] 10/7 18/15
having [1] 3/16
he [12] 14/9 14/13 16/7 17/8 17/9 17/11 17/13 17/13 17/15 26/6 28/10 28/11
hear [3] 4/4 6/4 12/1
heard [9] 4/3 4/5 4/7 10/1

13/15 17/9 25/11 25/17 32/7
hearing [4] 3/17 3/19 32/4 32/5
held [2] 10/16 33/6
here [4] 28/19 29/22 30/9 32/6
hereby [1] 33/4
hesitant [1] 28/5
high [1] 7/19
high-end [1] 7/19
highly [1] 10/21
him [2] 17/7 27/15
his [6] 17/11 17/12 17/14 17/16 18/23 27/23
Hold [1] 6/23
Honor [56]
HONORABLE [1] 1/3
how [11] 11/4 12/16 13/19 14/2 14/13 16/13 20/13 25/18 25/25 28/22 31/17
however [1] 16/7

**I**

idea [2] 12/17 25/6
identical [1] 19/11
identification [1] 20/6
identified [4] 10/13 10/14 16/22 18/22
identify [1] 14/20
identifying [1] 9/8
identities [2] 5/10 18/10
identity [1] 21/5
imitated [1] 8/7
Inc [2] 1/6 1/9
inception [1] 26/25
including [1] 8/6
incomplete [2] 18/8 20/11
Incorporated [2] 3/7 3/8
indicates [1] 31/6
influence [1] 5/4
influx [1] 6/9
info [2] 16/19 17/7
inform [1] 3/24
information [7] 6/18 6/20 9/24 10/12 14/20 15/24 31/4
ingredients [2] 8/17 22/19
initial [2] 24/4 29/7
instant [3] 6/10 23/12 31/23
intermediary [1] 20/25
Internet [1] 11/2 11/4
interrogatories [5] 23/16 26/14 27/20 28/7 29/7
interviewed [1] 17/7
investigate [2] 13/7 15/25
investigated [1] 14/3
invoices [1] 22/14
involve [1] 5/12
involving [1] 18/21
IP [1] 2/4
is [85]
isn't [4] 20/20 21/19 27/9 27/11
issue [5] 5/9 24/15 28/8 31/15 31/18
issues [4] 3/17 14/14 27/23 28/14
it [66]
Item [1] 3/6
its [4] 3/20 5/10 15/21 16/14
itself [1] 20/20

**J**

Jen [1] 16/6
joining [1] 6/1
Jr [1] 2/8
judge [19]
judge's [2] 28/23 29/9

judgment [6] 3/15 4/16 24/21 31/1
Judicial [1] 33/9
just [18]

**K**

KATIE [2] 1/19 33/12
keep [1] 28/13
Kewalramani [7] 25/22 26/16 27/13 27/18 27/21 27/22 28/12
key [1] 9/7
Knight [1] 16/6
know [7] 11/11 14/9 18/14 20/19 26/18 27/12 29/23
known [1] 6/19

**L**

Lang [2] 2/4 3/10
Lange [1] 26/16
language [1] 5/18
Lanham [1] 6/25
large [1] 18/22
last [3] 3/19 4/8 27/21
law [2] 2/4 30/7
lawsuit [3] 12/18 12/22 27/1
lawyer [5] 13/10 13/11 13/19 14/3 14/10
lay [1] 14/13
lead [1] 27/2
leads [1] 18/16
least [3] 9/14 11/17 16/24
lecturn [2] 6/3 25/1
led [1] 7/4
let [1] 5/4
Let's [1] 9/17
letters [1] 19/5
like [8] 7/9 8/22 8/22 15/5 16/24 18/10 21/4 25/16
lines [1] 15/18
link [1] 16/10
listed [6] 12/25 16/4 16/6 16/22 17/7 19/22
listen [2] 12/4 13/25
listings [1] 16/21
little [1] 3/19
LLC [2] 15/5 16/11
LLP [2] 2/4 2/9
logo [2] 8/7 8/8
longer [2] 20/1 31/15
look [2] 24/17 26/6
Looking [1] 5/5
LOS [3] 1/14 1/21 3/1

**M**

Ma'am [1] 12/20
made [7] 6/10 8/16 8/16 22/25 23/1 23/6 23/25
magistrate [23]
mail [1] 6/18
mailing [1] 6/19
mails [3] 31/10 31/11 31/12
make [4] 3/25 17/16 18/5 23/22
man [1] 28/11
manufacture [2] 9/2 9/11
Marina [3] 2/4 2/10 3/10
Mart [14] 15/17 18/22 19/9 19/10 19/22 20/13 20/15 20/15 20/19 20/20 20/25 21/2 21/21 22/5
mask [1] 6/4
match [2] 21/7 21/9
material [1] 30/16
matter [7] 7/16 26/6 26/13 27/12 27/19 28/6 33/7
may [6] 4/3 4/5 14/14 25/11 25/12 32/7

## M

maybe [1]   30/7
me [10]   5/4 7/10 12/11 12/20
13/11 15/20 19/4 19/17 25/23
28/18
mean [9]   3/20 8/18 11/15
13/9 14/7 15/6 18/6 20/20
30/23
meaning [4]   7/2 13/3 20/7
21/9
meet [3]   27/14 30/24 31/22
meet-and-confer [1]   27/14
meeting [2]   26/15 27/21
meetings [1]   26/17
messages [1]   30/15
Michael [3]   24/5 30/10 30/25
microphone [1]   6/4
might [1]   12/3
million [1]   15/18
minimum [1]   10/3
minute [5]   11/24 30/8 31/17
31/18 31/20
modify [1]   24/11
Moishe [1]   17/11
moment [7]   9/17 10/9 14/15
26/1 26/19 30/5 30/5
MONDAY [3]   1/15 3/1 30/18
money [2]   6/15 10/15
more [12]   5/22 8/12 8/23
9/10 9/21 11/22 14/12 21/11
21/12 21/12 21/14 27/23
most [1]   11/1
motion [9]   3/14 4/15 24/21
25/3 25/6 25/9 27/14 31/23
31/24
motions [1]   23/22
Mr [2]   5/25 31/14
Mr. [5]   26/6 26/17 27/21
29/3 29/12
Mr. Harris [4]   26/17 27/21
29/3 29/12
Mr. Harris's [1]   26/6
Ms. [1]   26/16
Ms. Lange [1]   26/16
my [13]   7/15 10/21 11/25
12/2 13/15 13/23 22/15 24/5
24/17 27/16 28/2 30/7 30/25
myriad [1]   9/7
myself [1]   14/23

## N

name [11]   6/18 7/22 7/25 8/6
8/7 9/20 9/25 15/2 15/4 16/7
17/6
named [1]   6/10 10/7 13/6
names [13]   5/12 5/21 5/22
10/3 10/19 11/18 14/19 14/19
16/10 18/6 18/18 19/24 21/20
naming [1]   8/23
need [4]   13/18 21/13 24/16
31/1
negotiations [2]   9/5 10/15
never [7]   13/12 13/13 13/15
13/17 17/2 17/9 17/13
nevertheless [1]   15/25
Newman [1]   17/11
no [26]
nominal [3]   3/23 6/15 6/16
North [1]   2/5
not [38]
notice [1]   32/5
noticed [3]   23/7 23/20 24/4
November [1]   23/10
now [10]   6/23 10/1 14/24
17/24 18/14 19/17 20/3 21/13
21/14 22/12
number [1]   6/19

## O

objections [1]   32/13
obligation [1]   5/20
obstinate [1]   13/24
occurred [1]   27/5
OCTOBER [3]   1/15 3/1 33/10
off [1]   7/3
offer [1]   14/2
Official [1]   1/19
Okay [8]   3/14 5/2 5/4 9/18
17/22 19/5 22/9 32/10
one [16]   4/9 6/23 10/13
11/24 15/5 16/25 17/19 23/21
25/14 26/1 26/19 27/9 27/11
29/2 30/5 30/5
ones [1]   21/23
ongoing [1]   23/13
only [9]   4/19 7/19 14/20
22/20 26/1 26/16 29/2 29/18
31/21
opportunity [1]   26/11
opposition [2]   14/18 25/5
order [12]   24/15 28/9 28/16
29/9 30/9 31/1 31/2 31/6
31/17 31/18 31/20 31/23
ordered [5]   24/3 24/7 24/10
29/6 30/2
orders [4]   22/14 22/24 27/8
31/12
originally [1]   6/7
originals [1]   8/3
other [12]   5/14 6/19 7/4 9/3
10/10 14/16 16/13 17/17
17/24 18/25 22/1 31/20
our [10]   8/2 8/4 8/5 9/5
11/23 14/18 15/16 22/7 27/20
29/7
out [6]   10/23 12/1 12/25
14/17 15/25 28/19
outstanding [1]   30/19
over [3]   13/5 15/18 17/8
overlaps [1]   20/17
own [2]   10/25 17/16
oxymoron [1]   7/10

## P

P.M [1]   3/2
page [1]   33/7
palming [1]   7/3
parallel [1]   7/12
part [3]   10/2 11/12 30/9
parte [1]   30/20
participating [1]   26/20
particular [1]   28/14
parties [5]   3/21 6/13 9/12
30/14 31/1
partner [2]   24/5 30/25
pass [1]   14/14
Pause [1]   30/6
pay [1]   3/22
payment [1]   6/16
PayPal [1]   17/15
people [2]   18/6 20/7
perhaps [1]   21/21
period [4]   6/22 20/17 21/6
22/2
permanently [1]   11/9
personal [1]   17/15
persons [2]   6/20 18/10
persuasive [1]   12/3
phone [2]   6/19 17/8
place [1]   22/21
plaintiff [15]   1/7 2/3 3/11
3/23 3/24 5/20 6/8 11/14
25/4 25/5 25/19 26/10 29/13
30/11 31/6
plaintiff's [3]   7/5 8/10
30/22

plaintiffs [1]   4/19
platform [9]   11/3 14/25 14/25
20/23
platforms [1]   15/16
pleadings [2]   24/19 30/8
please [1]   3/9
pleased [1]   6/13
point [5]   4/17 12/3 14/2
20/5 31/12
position [9]   5/5 10/6 10/11
11/12 11/21 11/23 18/7 20/14
32/4
positive [1]   3/17
possible [1]   30/3
potential [1]   25/13
potentially [1]   31/7
prejudice [1]   30/21
prerequisites [2]   23/25 24/1
present [1]   28/25
PRESIDING [1]   1/4
preview [1]   3/19
primarily [3]   13/12 22/14
22/20
primary [3]   13/5 22/16 22/16
print [1]   28/19
prior [2]   5/25 26/25
probably [1]   21/13
problem [1]   14/1
proceed [1]   16/13
proceedings [5]   1/13 29/20
30/6 32/15 33/6
process [1]   27/17
produce [7]   15/8 15/19 16/19
16/20 24/8 29/6 29/7
produced [10]   9/4 15/17
16/11 16/16 19/10 20/15
20/15 21/4 25/5 26/14
product [19]
production [2]   18/22 22/5
products [10]   7/19 8/4 8/11
8/13 8/15 8/24 10/24 11/2
15/13 22/23
prohibited [1]   11/8
prongs [3]   4/2 4/8 4/22
properly [1]   27/20
propounded [2]   23/9 30/17
protocol [1]   30/20
provide [9]   5/10 5/20 6/16
10/19 17/9 18/9 24/16 31/8
31/23
provided [4]   10/3 14/19 17/3
27/16
provides [2]   5/7 9/15
providing [1]   14/23
pull [1]   30/7
purchase [4]   22/13 22/23
27/8 31/12
purchased [3]   9/6 10/24
22/18
purchases [4]   6/9 7/18 22/25
23/1
pursuant [2]   10/14 33/4
put [1]   19/3

## Q

question [7]   4/6 4/24 8/19
12/5 12/12 12/22 13/25
questions [3]   11/25 12/2
13/24
quite [1]   6/13

## R

raise [1]   27/25
reach [1]   12/25
reached [1]   14/17
real [1]   12/13
realize [1]   19/4
reason [4]   3/16 22/20 25/14

**R**

reason... [1]  25/24
reasonable [1]  4/25
Reasonably [1]  5/1
received [2]  18/21 24/4
record [1]  28/17
recorded [1]  29/25
recordings [1]  29/20
records [14]  10/25 15/7 15/7
 15/12 15/13 15/22 16/11
 16/14 17/12 17/15 18/11
 18/12 18/16 22/24
refers [1]  5/19
refuse [1]  13/24
regard [2]  5/9 11/13
regarding [3]  27/17 28/23
 31/1
registered [1]  8/8
registrant's [2]  16/19 17/7
regular [1]  7/17
regulations [1]  33/8
related [2]  16/21 31/21
relationship [1]  22/10
relatives [1]  18/23
relevant [3]  6/22 30/9 30/15
rely [2]  4/12 4/16
remains [1]  30/19
replicas [1]  8/3
reply [1]  27/16
reported [1]  33/6
Reporter [1]  1/19
REPORTER'S [1]  1/13
representation [1]  28/23
represented [7]  6/17 9/6
 13/8 13/15 28/3 29/4 30/14
Republic [4]  13/3 13/4 14/4
 14/10
request [1]  27/20
requested [3]  26/15 29/25
 30/25
requests [4]  15/17 24/7 28/6
 28/7
require [1]  19/23
required [6]  9/19 10/18
 19/18 19/19 21/25 29/2
requirement [4]  5/14 10/10
 17/25 21/17
requires [1]  27/13
requiring [1]  27/23
respect [2]  27/24 30/20
respond [4]  11/25 12/2 26/11
 29/3
responded [1]  23/16
responsive [3]  19/10 30/16
 31/7
restrained [1]  11/9
result [2]  8/9 23/15
reveal [1]  18/1
revealed [6]  11/22 12/7
 12/13 15/14 21/11 23/1
revelations [1]  8/21
reverse [1]  7/3
Revitabrow [1]  19/13
Revitalash [2]  7/23 19/13
Rey [1]  2/10
right [8]  11/2 13/18 19/3
 21/12 21/14 24/14 24/18
 24/24
rolling [1]  15/19
Romero [1]  17/6
RPR [1]  33/12
ruled [1]  31/16
ruling [3]  28/23 32/2 32/12
rushexpress.com [1]  11/5

**S**

said [5]  5/8 23/7 25/19
 31/13 31/16

sake [1]  21/20
Sacramento [2]  1/16 10/20
 21/4 22/2
same [5]  17/4 20/17 21/6
 22/1 31/8
satisfied [1]  29/13
Saving [2]  15/5 16/11
say [8]  4/11 6/24 14/3 21/12
 21/14 23/3 25/24 28/5
saying [9]  10/18 12/12 14/25
 15/21 19/5 20/10 25/20 29/8
 29/11
says [3]  26/7 29/24 30/9
schedule [2]  10/12 22/18
schedules [4]  4/10 6/17
 10/13 10/16
search [5]  17/12 17/14 31/7
 31/9 31/10
searched [1]  30/16
searching [1]  31/10
seas [1]  13/12
second [1]  6/23
secret [2]  6/2 6/8 7/17
Section [1]  33/4
see [8]  13/23 18/11 19/16
 20/24 21/19 22/23 23/22
 24/20
seeking [3]  15/11 22/12
 22/13
seem [2]  4/2 8/22
seemed [2]  8/22 31/13
seems [4]  5/5 5/11 5/13
 16/24
seen [1]  18/15
sell [9]  7/9 7/21 11/3
 16/17 16/25 19/18 19/25 20/4
 22/6
seller [2]  16/10 17/13
selling [4]  6/1 11/9 16/14
 19/13
sense [2]  6/25 32/3
separate [2]  30/24 31/18
separately [1]  11/13
September [2]  30/10 30/18
September 10 [1]  30/10
served [1]  27/19
services [1]  6/2
settle [1]  3/22
settled [1]  23/11
settlement [25]
several [3]  6/8 17/8 17/14
she [2]  16/7 26/17
ship [1]  13/12
shipped [1]  13/14
shopper [3]  6/2 6/8 7/17
short [1]  24/9
show [3]  15/13 21/3 21/18
showed [1]  21/12
side [1]  23/21
side's [1]  32/4
Silverman [1]  2/9
Simple [2]  15/5 16/11
since [2]  23/13 27/2
single [1]  17/3
sir [1]  28/12
situation [2]  7/12 25/13
six [2]  8/2 8/5
skin [1]  8/15
Slow [1]  12/10
so [30]
SoCal [1]  2/4
sold [21]
some [4]  5/11 5/14 5/24
 14/14 16/5 18/6 21/22
something [2]  29/21 31/13
soon [1]  30/3
sought [1]  15/25
sounds [1]  7/9
source [2]  10/22 16/6

sources [2]  5/21 9/9
speak [3]  27/9 27/9 32/9
specific [1]  5/18
spreadsheet [2]  18/9 18/12
square [1]  31/17
stand [1]  31/3
standpoint [1]  30/22
start [1]  12/22
started [1]  12/25
starting [3]  10/1 11/24
 12/20
state [1]  3/9
STATES [5]  1/1 1/4 13/14
 33/5 33/9
stating [1]  17/9
stenographically [1]  33/6
STEPHEN [1]  1/3
still [1]  31/13
Stored [1]  31/4
story [1]  12/11
Street [1]  1/20
stroke [1]  3/20
subpoena [1]  27/7
subpoenaed [1]  15/15
success [1]  17/18
such [1]  16/6
Suite [3]  1/20 2/5 2/10
sum [1]  3/23
summary [6]  3/14 4/15 24/21
 25/3 25/9 25/13
superfluous [1]  24/2
supplement [1]  30/17
supplied [6]  6/20 11/14
 11/22 13/2 18/17 30/2
supplier [5]  13/1 13/5 13/6
 13/8 16/7
suppliers [8]  9/7 10/4 10/7
 10/13 12/13 12/23 13/1 14/24
supply [2]  16/1 26/3
support [2]  10/11 12/16
 20/14 25/6
sure [1]  17/16
SVW [1]  1/8

**T**

take [4]  6/3 11/12 12/11
 25/1
talk [1]  25/21
talking [2]  5/6 19/17
tangents [1]  22/22
tell [2]  12/11 13/10
ten [2]  21/20 21/22
terms [6]  4/14 6/14 11/7
 31/8 31/9 31/10
testimony [1]  13/19
text [1]  30/15
than [5]  8/13 8/23 11/22
 21/11 21/22
Thank [4]  5/23 25/2 32/10
 32/11
that [164]
That's [4]  8/12 15/23 25/8
 27/6
their [18]
them [10]  4/25 6/21 6/21 9/3
 11/4 15/5 17/10 17/18 19/19
 21/22
themselves [1]  9/12
then [6]  4/6 9/19 23/6 23/13
 26/9 30/1
there [21]
therein [1]  8/17
these [11]  7/7 8/13 9/3
 10/15 10/22 10/24 11/1 11/3
 22/15 22/18 22/22
they [58]
THIBODEAUX [2]  1/19 33/12
things [4]  14/14 19/23 28/14
 29/16

**T**

think [2]   12/3 18/16
thinking [1]   8/10
third [1]   9/12
this [38]
those [10]   4/2 4/22 14/17
16/1 19/24 26/6 21/11 23/15
26/17 29/1
thought [2]   11/1 19/18
thoughts [2]   12/1 12/1
three [2]   18/23 19/5
through [6]   6/2 7/19 11/4
22/5 24/6 27/15
throughout [2]   26/13 26/20
time [8]   3/19 4/9 6/13 6/22
12/12 20/17 21/6 22/2
timeframe [1]   21/24
times [1]   17/8
Title [1]   33/4
today [1]   32/13
together [1]   19/4
told [2]   13/11 29/12
too [2]   18/1 32/1
tracking [1]   10/22
trade [1]   8/7
trademark [2]   3/20 7/1
trademarked [2]   6/21 19/14
trademarks [5]   8/3 8/5 8/6
13/16 22/7
transaction [1]   16/22
transactions [1]   21/5
transcript [4]   1/13 29/17
33/6 33/7
trial [1]   13/20
tried [1]   3/15
true [6]   6/17 7/7 7/9 8/12
22/17 33/5
truth [1]   28/4
trying [4]   13/21 17/23 24/2
28/13
two [9]   4/2 4/8 4/20 4/22
10/13 10/14 10/15 27/19
29/16
type [1]   16/8

**U**

U.S [1]   1/19
ultimate [1]   21/7
ultimately [2]   10/24 22/18
unauthorized [1]   7/18
under [2]   7/21 8/14
underlying [2]   15/10 22/11
understand [2]   5/12 20/24
understanding [1]   18/15
understood [1]   3/18
Unfortunately [1]   23/14
unit [1]   17/3
UNITED [5]   1/1 1/4 13/14
33/5 33/9
units [1]   13/5
unpeal [1]   3/15
until [2]   32/2 32/9
up [7]   10/25 21/7 21/9 26/15
28/14 28/18 30/7
upon [6]   14/13 18/12 18/14
25/4 31/15 31/16
us [6]   14/19 15/18 24/13
27/19 28/4 31/22
user [6]   14/19 14/19 15/4
16/7 16/23 20/21
users [14]   10/14 10/17 19/21
20/6 20/7 20/16 20/19 21/5
21/6 21/16 21/18 21/20 21/22
22/1

**V**

various [1]   15/15
versus [1]   3/7

**V** continued

very [3]   7/19 8/17 13/1
view [1]   9/10
Village [1]   2/6
violated [3]   8/2 8/5 8/6
violation [2]   19/14 19/17
virtual [1]   14/8
voice [1]   27/25
Voss [5]   2/8 2/9 3/12 5/25
30/11
Voss's [1]   31/14

**W**

waiting [2]   26/7 26/9
Wal [14]   15/17 18/22 19/9
19/10 19/22 20/13 20/15
20/15 20/19 20/20 20/25 21/2
21/21 22/5
Wal-Mart [14]   15/17 18/22
19/9 19/10 19/22 20/13 20/15
20/15 20/19 20/20 20/25 21/2
21/21 22/5
Walmart.com [1]   20/22
want [11]   11/6 11/12 11/25
12/21 14/22 18/11 22/23 30/1
30/2 30/2 32/5
wanted [1]   31/22
was [41]
wasn't [1]   7/11
way [4]   2/9 7/3 21/15 22/9
we [37]
website [1]   11/5
weeks [1]   26/16
well [12]   4/21 8/18 13/9
14/6 14/9 14/12 14/18 16/13
20/17 22/8 25/18 26/19
went [1]   24/6
were [29]
weren't [2]   8/11 21/16
West [1]   1/20
WESTERN [1]   1/2
Westlake [2]   2/5 2/6
what [45]
when [6]   6/7 6/24 7/5 8/11
24/14 27/1
where [3]   20/4 22/14 31/5
whether [3]   10/3 15/25 27/22
which [9]   6/17 10/23 12/6
13/2 15/16 16/19 18/22 22/24
22/24
who [5]   16/3 18/1 19/19
19/24 22/18
Who's [1]   17/5
whole [1]   12/11
why [6]   4/11 12/16 12/23
20/19 26/3 26/17
will [8]   12/1 14/1 14/14
19/21 29/25 30/17 32/2 32/12
WILSON [1]   1/3
wise [1]   9/1
without [1]   30/21
witness [2]   26/4 29/6
won't [1]   14/6
words [4]   7/4 12/14 16/14
31/20
worth [1]   13/5
would [18]
wouldn't [2]   21/12 21/14
written [2]   23/9 28/9

**Y**

yes [36]
yet [2]   24/5 27/5
you [93]
your [70]