UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CV 20-5526-SVW(SHK) |
| ) | |
| AMN DISTRIBUTION, INC., ) | Riverside, California |
| ET AL., ) | September 8, 2021 |
| Defendants. ) | |

DISCOVERY STATUS CONFERENCE
BEFORE THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:           See Next Page

COURT REPORTER:        Recorded, MS Teams

COURTROOM DEPUTY:      D. Castellanos

TRANSCRIBER:           Dorothy Babykin
                       Courthouse Services
                       1218 Valebrook Place
                       Glendora, California 91740
                       (626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

```
1    APPEARANCES:

2
     FOR PLAINTIFF ATHENA COSMETICS, INC.:
3

4       SOCAL IP LAW GROUP LLP
        BY:  MICHAEL HARRIS
5             ATTORNEY AT LAW
         310 N. WESTLAKE BOULEVARD
6        SUITE 120
         WESTLAKE VILLAGE, CALIFORNIA  91362
7

8
     FOR DEFENDANT AMN DISTRIBUTION, INC., ET AL.:
9
        VOSS SILVERMAN & BRAYBROOKE LLP
10       BY:  DAVID C. VOSS
              ATTORNEY AT LAW
11       4640 ADMIRALTY WAY
         SUITE 800
12       MARINA DEL REY, CALIFORNIA  90292

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | |
| 2 | I N D E X |
| 3 | CV 20-5526-SVW(SHK)   September 8, 2021 |
| 4 | |
| 5 | PROCEEDINGS: DISCOVERY STATUS CONFERENCE |

```
 1
 2                    RIVERSIDE, CALIFORNIA; SEPTEMBER 8, 2021
 3              THE CLERK:  CALLING CASE NUMBER 2:20-CV-5526, ATHENA
 4   COSMETICS, INC. VERSUS AMN DISTRIBUTION, INC., ET AL.
 5              COUNSEL, YOUR APPEARANCES, BEGINNING WITH THE
 6   PLAINTIFFS.
 7              MR. HARRIS:  GOOD MORNING, YOUR HONOR.
 8              MICHAEL HARRIS FOR THE PLAINTIFF ATHENA COSMETICS, INC.
 9              (PAUSE IN PROCEEDINGS.)
10              MR. VOSS:  YES.  GOOD MORNING, YOUR HONOR.
11              DAVID VOSS ON BEHALF OF THE DEFENDANTS.
12              (PAUSE IN PROCEEDINGS.)
13              THE COURT:  OKAY.  GOOD MORNING.  THANK YOU FOR GETTING
14   ON THE PHONE OR CALL.
15              I REVIEWED THE EX PARTE APPLICATION ECF NUMBER 101 THAT
16   WAS FILED ON SEPTEMBER 1ST, 2021 AS WELL AS THE ATTACHMENTS.
17              I DIDN'T SEE AN OPPOSITION OR RESPONSE TO THAT.
18              MR. VOSS, IS THAT ACCURATE?
19              MR. VOSS:  THAT IS ACCURATE, YOUR HONOR.
20              WE CONFERRED WITH RESPECT TO THAT.  AND OUR
21   UNDERSTANDING WAS THAT WE DID NOT HAVE AN OPPORTUNITY TO
22   RESPOND TO THAT AS THIS WAS BEING SCHEDULED AS AN INFORMAL
23   MEETING FOLLOWING UP ON YOUR PRIOR ORDER  -- NOT A RULING ON
24   THE EX PARTE ITSELF.
25              THE COURT:  ALL RIGHT.  SO, WHERE DO YOU – WHAT'S YOUR
```

1   POSITION, MR. VOSS?

2       MR. VOSS:  WELL, MY FIRST POSiTION WOULD BE, YOUR HONOR,
3   THAT THE PROPOSED STIPULATION THAT WAS INCLUDED IN THE EX PARTE
4   IS INCOMPLETE IN THAT WHAT YOU'RE LOOKING AT STOPS AT PAGE 4.

5       THERE ARE 13 PAGES OF ESI PROTOCOL INFORMATION THAT
6   ARE ATTACHED IN THE PROPOSED STIPULATION THAT ARE NOT WHAT
7   WAS FILED WITH THE COURT WHICH ENDED AT PAGE 4.

8       SO, THAT WOULD BE A STARTING POINT IS THAT YOU HAVEN'T
9   ACTUALLY SEEN THE ENTIRE DOCUMENT OF WHAT HAS BEEN SUGGESTED
10  BY MR. HARRIS.

11      MY—AND THAT'S IMPORTANT BECAUSE IT IS SUBSTANTIALLY
12  OVERBROAD AND OPPRESSIVE AND WOULD BE IF THIS WAS BEING SENT
13  OVER TO ME PROPERLY AS A DISCOVERY REQUEST PER SE WHICH THERE
14  IS NO DISCOVERY REQUEST THAT ASKS FOR THIS EXPENSIVE
15  INFORMATION.

16      THE—THIS IS IN ESSENCE A NEW DISCOVERY REQUEST.  I
17  WOULD BE OBJECTING SUBSTANTIALLY UNDER FRCP 26(B) AND (C) WITH
18  RESPECT TO THE EXTENSIVE AMOUNT OF WORK AND EXPENSE, THE
19  OVERBROAD SEARCH TERMS, ALL OF WHICH ARE UNNECESSARY TO
20  CONDUCT THE DISCOVERY IN THIS MATTER.

21      YOUR HONOR, YOU – IF I COULD KIND OF CUT TO THE CHASE
22  HERE –

23      THE COURT:  NO.  NO, NO.  NO, NO.  WAIT.  NO.  WAIT.

24      MR. HARRIS, IT SOUNDS LIKE AT LEAST FROM MY READING OF
25  THE PAPERS THAT MR. VOSS JUST PRETTY MUCH FAILED TO ENGAGE AND

1   RESPOND TO YOU WHEN YO[U ASKED TO MEET AND CONFER ABOUT THE
2   ESI PROTOCOL.
3       IS THAT FAIR?
4       MR. HARRIS: YES, YOUR HONOR. THAT'S FAIR.
5       THE COURT: MR. VOSS.
6       MR. VOSS: YES, YOUR HONOR.
7       MR. HARRIS SENT YOU A COUPLE OF EMAILS THERE. THOSE
8   EMAILS WERE SENT TO ME AT A TIME THAT I HAD ADVISED MR. HARRIS I
9   WAS NOT ON THE INTERNET. I WAS OUT OF THE COUNTRY ON A BOAT
10  WITHOUT INTERNET ACCESS.
11      HE SENT THOSE THINGS OVER TO ME DURING THAT TIME
12  PERIOD KNOWING FULL WELL I WASN'T HERE TO RECEIVE THEM.
13      THE COURT: OKAY.
14      WHEN CAN YOU MEET AND CONFER WITH MR. HARRIS IN A
15  MEANINGFUL WAY ABOUT THE ESI PROTOCOLS, MR. VOSS?
16      MR. VOSS: TODAY IS -- OR TOMORROW WOULD BE -- I TOLD THE
17  COURT I HAD AVAILABILITY TODAY UNTIL I THINK 3:30 AND ALL DAY
18  TOMORROW AND ALL DAY FRIDAY. THAT REMAINS AN AVAILABILITY THAT
19  CONTINUES TO EXIST.
20      THE COURT: OKAY.
21      MR. HARRIS --
22      MR. HARRIS: THAT'S FINE, YOUR HONOR. THAT'S FINE, YOUR
23  HONOR.
24      THE COURT: WHY DON'T WE DO THIS. AND I'LL TRHOW IT OUT
25  TO YOU, MR. HARRIS. AND I'D LIKE YOUR INPUT.

1         HOW ABOUT WE END THIS CALL HERE.  AND YOU'RE GOING TO

2   BE ORDERED TO MEET AND CONFER REGARDING ESI PROTOCOLS.

3         I FRANKLY DON'T HAVE A BASIS AS MR. VOSS INDICATED AS TO

4   THE APPROPRIATE NATURE OF THE SEARCH TERMS.

5         I -- THAT DOESN'T APPEAR TO BE BEFORE ME.  WHAT APPEARS

6   TO BE BEFORE ME IS THE FACT THAT YOU FOLKS HAVEN'T BEEN ABLE TO

7   MEET AND CONFER.

8         AND, MR. HARRIS, I SEE WHERE YOU'RE COMING FROM.  BUT

9   WHAT IF WE DID THIS.

10        YOU FOLKS ARE GOING TO BE ORDERED AT THE CLOSE – AT THE

11  END OF THE HEARING TODAY TO MEET AND CONFER ON THE ESI

12  PROTOCOLS.

13        BY CLOSE OF BUSINESS EACH SIDE IS TO PROVIDE ME THEIR

14  VERSION OF THE PROPOSED ESI PROTOCOL IF YOU FOLKS CAN'T AGREE

15  CLOSE OF BUSINESS TODAY.

16        AND THEN I'LL MAKE A RULING ON IT.

17        HOW DOES THAT SOUND, MR. HARRIS?

18        MR. HARRIS:  THAT'S FINE, YOUR HONOR.

19        DO YOU ALSO WANT THE SEARCH TERMS CUSTODIANS?

20        THE COURT:  WELL, YOU KNOW, THAT – THAT GETS INTO SOME

21  SUBSTANTIVE AREAS THAT I NEED TO HEAR FROM MR. VOSS ABOUT.

22        SO, WHAT I WOULD – PERHAPS THEN THE MORE EFFICIENT WAY

23  TO BE YOU FOLKS GIVE ME YOUR VERSIONS BY THE CLOSE OF BUSINESS

24  TODAY.  AND WE HAVE A CONTINUED HEARING ON THE MATTER

25  TOMORROW MORNING AT 9:00.

1  MR. VOSS: YOUR HONOR, MAY I REQUEST 24 HOURS LONGER

2 ON THOSE DEADLINES?

3  THE COURT: NO.

4  MR. VOSS: I -- I JUST – I HAVE AN ISSUE WITH A JUDGE IN MARIN

5 COUNTY TODAY THAT I --

6  THE COURT: WELL, I MEAN –

7  MR. VOSS: JUST TRYING TO DO TWO THINGS –

8  THE COURT: I THINK –

9  MR. VOSS: -- AT ONCE.

10  (LAUGHTER.)

11  THE COURT: YEAH. NO. YOU'VE GOT ASSOCIATES –

12  MR. VOSS: AND --

13  THE COURT: -- IT SOUNDS LIKE. RIGHT, MR. VOSS?

14  MR. VOSS: NOT THAT THERE ARE ANYTHING HANDLING THIS

15 CASE OR THAT CASE, NO, YOUR HONOR. ABSOLUTELY NOT.

16  I AM –

17  THE COURT: YOU'RE NOT -- 24 HOURS --

18  MR. VOSS: -- THE SOLO MAN ON IT.

19  THE COURT: NOT 24 HOURS. THAT'S TOO LONG, SIR, BASED

20 UPON –

21  LOOK, THIS CASE IS -- WE'RE – THESE THINGS HAVE LINGERED

22 ON FOR A LONG TIME.

23  WHEN DO YOU --- NOT TO - - SO, YOU WANT -- BY CLOSE OF

24 BUSINESS YOU'RE GOING TO PROVIDE BOTH SIDES CAN --

25  MR. VOSS, CAN YOU PROVIDE ME YOUR VERSION OF WHAT YOU

```
1    THINK THE APPROPRIATE ESI PROTOCOL IS.
2            MR. VOSS:  I DON'T BELIEVE THAT I PROBABLY COULD.  NO.
3            THE COURT:  OKAY.  HOW ABOUT –
4            MR. VOSS:  ESPECIALLY GIVEN --
5            THE COURT:  HOW ABOUT –
6            MR. VOSS:  ESPECIALLY GIVEN --
7            MR. COURT:  MR. VOSS, LISTEN.  LISTEN.  PLEASE.
8         HOW ABOUT BY NOON TOMORROW?
9            MR. VOSS:  NOON TOMORROW I CAN DO, YOUR HONOR.
10           THE COURT:  DUE TOMORROW --
11           MR. VOSS:  MY CLIENT  -- MY CLIENT IS IN JEWISH HOLIDAYS AS
12   WELL IN AUSTRALIA.  SO, I HAVE A DIFFICULTY OF BEING ABLE TO GET A
13   HOLD OF HIM.  IT IS THE HIGH HOLIDAYS.
14           MR. HARRIS;  I DON'T THINK IT IS IN AUSTRALIA ANYMORE.
15           THE COURT:  YEAH.  I DON'T THINK SO EITHER.
16        ROSH HASHANAH WAS THE 7TH" TUESDAY.  SO, IT'S OVER
17   THERE.
18        AND  --
19           MR. VOSS:  I'M NOT JEWISH.  SO, MY – I JUST WANT TO BE ABLE
20   TO GET AHOLD OF HIM REGARDING THE SEARCH TERMS.
21           THE COURT:  WELL, THEN, YOU SHOULDN'T REPRESENT STUFF,
22   SIR, LIKE THAT.
23           MR. VOSS:  I APOLOGIZE, YOUR HONOR.
24           THE COURT:  I MEAN, IF YOUR CLIENTS –
25           MR. VOSS:  I -- I –
```

1    THE COURT: YOU CAN'T MAKE SAYINGS LIKE, OH, TODAY –
2    TODAY IS THIS HOLIDAY. AND, THEREFORE, I CAN'T GET A HOLD OF HIM.
3    AND THEN WHEN YOU'RE CALLED OUT ON IT, SIR, YOU CAN'T SAY, OH,
4    WELL, I'M NOT OF THAT FAITH.
5    MR. VOSS: YOUR HONOR, I AM --
6    THE COURT: UNLESS YOUR CLIENT IS --
7    MR. VOSS: -- DOING MY BEST HERE TO RESPOND.
8    I OFFERED TO COUNSEL TO MEET AND CONFER ON THE
9    TUESDAY THAT I GOT BACK INTO TOWN. HE DID NOT AVAIL HIMSELF OF
10   THAT OPPORTUNITY AND INSTEAD CHOSE --
11   THE COURT: MR. VOSS ---
12   MR. VOSS: -- TO SET THAT EX PARTE.
13   THE COURT: THAT'S OKAY. THAT'S OKAY.
14   MR. VOSS: I OFFERED.
15   THE COURT: WE'LL GET YOUR -- WE'LL GET YOUR VERSIONS OF
16   THE ESI PROTOCOLS BY NOON TOMORROW.
17   AND THEN WHAT WE'LL DO IS WE'LL HAVE A CONTINUED
18   HEARING ON THE MATTER ON FRIDAY AT 10;00 A.M.
19   MR. HARRIS, DOES THAT WORK FOR YOU?
20   MR. HARRIS: I'M SURE IT DOES, YOUR HONOR. IF IT DOESN'T,
21   I'LL MAKE SURE IT DOES WORK.
22   THE COURT: MR. VOSS, SIR?
23   MR. VOSS: AND, YOUR HONOR, WITH RESPECT TO THE PHRASE
24   "OUR" --
25   THE COURT: YES OR NO FIRST. YES OR NO FIRST.

| | |
|---|---|
| 1 | MR. VOSS: ON GOOD FRIDAY AT 10:00 – |
| 2 | THE COURT: YOU CAN -- |
| 3 | MR. VOSS: BUT ABSOLUTELY. |
| 4 | THE COURT: THANK YOU. |
| 5 | MR. VOSS: THE -- WHEN WE'RE TALKING ABOUT THE |
| 6 | PROTOCOLS, ARE WE ALSO TO ADDRESS THE SEARCH TERMS? |
| 7 | THE COURT: YES, ALL OF IT. |
| 8 | MR. VOSS: THAT'S WHY – |
| 9 | THE COURT: AND THEN -- AND THEN YOU'LL PROVIDE THOSE TO |
| 10 | ME BY NOON -- BOTH SIDES WILL PROVIDE THOSE TO ME BY NOON |
| 11 | TOMORROW. |
| 12 | MR. VOSS: THANK YOU, YOUR HONOR. |
| 13 | MR. HARRIS: THANK YOU, YOUR HONOR. |
| 14 | MR. VOSS: I APPRECIATE THAT. |
| 15 | THE COURT: THANK YOU. |
| 16 | OKAY. BYE-BYE. |
| 17 | MR. VOSS: THANK YOU. |
| 18 | BYE-BYE. |
| 19 | THE CLERK: COURT IS ADJOURNED. |
| 20 | (PROCEEDINGS CONCLUDED.) |
| 21 | |
| 22 | |
| 23 | . |
| 24 | |
| 25 | |

1
2  ?
3                    TRANSCRIBER'S CERTIFICATE
4
5                              DISCLAIMER
6         THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED
7                 DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.
8
9
10         I, Dorothy Babykin, attest that the foregoing proceedings provided to me
11  electronically were transcribed by me to the best of my ability.
12
13
14                              /s/ *Dorothy Babykin*
15                              Dorothy Babykin
16  Date: 10/18/21
17
18
19
20
21
22
23
24
25