Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@scalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355
Attorneys for Plaintiff Athena Cosmetics, Inc.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

Athena Cosmetics, Inc.,

    Plaintiff,

v.

AMN Distribution Inc., et al,

    Defendants.

No.: 2:20-cv-05526

Plaintiff's Witness List

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Christina Felix 310 N. Westlake Blvd. Suite 120 Westlake Village, CA 91362 (818) 636-2832 | Will testify as to matters specific to Athena, counterfeit purchases, authenticity of Athena products, and the Athena Brand. | 4 hours | 1 hour | |
| Dov Newman | Purchase and sale of Counterfeit Revitalash product | 1 hour | 1 hour | |
| Moishe Newman | Purchase and sale of Counterfeit Revitalash product | 1 hour | 1 hour | |
| Nechemia Newman | Purchase and sale of Counterfeit Revitalash product | 1 hour | 1 hour | |

| Walmart Representative | Authenticity of documents produced by Walmart | 30 minutes | 30 minutes | |
|---|---|---|---|---|
| eBay Representative | Authenticity of documents produced by eBay | 30 minutes | 30 minutes | |
| PayPal Representative | Authenticity of documents produced by PayPal | 30 minutes | 30 minutes | |