Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355
Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Athena Cosmetics, Inc., | |
|---|---|
| Plaintiff, | No. : 2:20-cv-05526 |
| v. | Exhibit List |
| AMN Distribution Inc., et al, | |
| Defendants. | |

| Exhibit No. | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Boxes of Counterfeit Revitalash product | | | |
| | Boxes of legitimate Revitalash product | | | |
| | Test records of Counterfeit vs. Authentic Revitalash product | | | |
| | Documents produced by Walmart showing continued sales of counterfeit product | | | |

| | | | | |
|---|---|---|---|---|
| | Documents produced by eBay showing continued sales of counterfeit product | | | |
| | Documents produced by PayPal showing continued sales of counterfeit product | | | |
| | Documents regarding sales by Adina's beauty shop showing continued sales | | | |
| | The settlement agreement with schedules 1 and 2 | | | |
| | Receipts showing the continued sale of Revitalash Counterfeit product | | | |
| | Screenshots from various ecommerce platforms showing the continued sales of Revitalash Counterfeit product | | | |
| | Business records from PayPal, eBay, and Walmart showing continued sales of Counterfeit Revitalash product. | | | |
| | Business records from ecommece platforms showing continued sales of counterfeit Revitalash product | | | |

| | | | | |
|---|---|---|---|---|
| | Trademark registrations from the United States Patent and Trademark office. | | | |