1  DAVID C. VOSS, JR. (State Bar No. 147330)
   david@vsbllp.com
2  VOSS, SILVERMAN & BRAYBROOKE LLP
3  4640 Admiralty Way, Suite 800
   Marina Del Rey, California 90292-6602
4  T: (310) 306-0515/ F: (310) 306-5368
5
6  Attorneys for Defendants Moishe Newman
   and AMN Distribution, Inc.
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION
11

12  ATHENA COSMETICS, INC.,           Case No. 2:20-cv-05526-SVW-SHK
13              Plaintiff            **TRIAL EXHIBIT LIST OF
14                                    DEFENDANTS AMN DISTRIBUTION,
                                      INC. AND MOISHE NEWMAN
15        v.                          SUBMITTED IN ADVANCE OF PRE-
                                      TRIAL CONFERENCE (L.R. 16-6)**
16  AMN DISTRIBUTION, INC., MOISHE
17  NEWMAN, an individual d/b/a BRUSH **PRE-TRIAL CONFERENCE**
    EXPRESS, and DOES 1-10, INCLUSIVE,
18              Defendants           Date: November 8, 2021
19                                    Time: 3:00 p.m.
20                                    Place: Courtroom 10A
                                            First Street Courthouse
21                                          350 W. 1st Street, 10th Floor,
22                                          Los Angeles, California 90012

DEFENDANTS' LIST OF TRIAL EXHIBITS

1  Defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr.
2  Newman" and collectively, "Defendants") hereby submit their list of trial exhibits in
3  advance of the Pre-Trial Conference, of copy of which is attached hereto.  Defendants'
4  have been forced to submit this list separately, rather than jointly, as a result of the
5  failure of counsel for plaintiff Athena Cosmetics, Inc. ("Athena" or "Plaintiff") to
6  cooperate in the preparation of this, and related pre-trial conference submissions, in
7  accordance with the Local Rules of this Court.

8  Defendants' counsel repeatedly attempted to meet and confer with counsel for
9  Plaintiff in advance of the pre-trial conference to discuss the items set forth in Local
10 Rule 16-2.  During the first attempt, Plaintiff's counsel behaved unprofessionally and
11 used profanity.  Consequently, Defendant's counsel provided a draft of the information
12 required under Local Rule 16-2 to Plaintiff's counsel in an e-mail dated September 29,
13 2021. Despite repeated requests by Defendants' counsel, Athena's counsel then refused
14 to participate in the process and discuss, provide and/or exchange the information
15 specified in Local Rule 16-2. Thus, Defendants have had to prepare the attached list
16 without knowledge of, among other things: (1) the claims that Plaintiff intends to pursue;
17 (2) Plaintiff's contentions of law and fact with respect to the same; (3) facts to which
18 Plaintiff will stipulate; (4) witnesses that Plaintiff intends to call at trial; and (5) exhibits
19 that Plaintiff intends to introduce at trial.  As a result of the foregoing, Defendants
20 reserve the right to amend or supplement the attached exhibit list.

21 Defendants also object to all of Plaintiff's pre-trial conference submissions,
22 including their exhibit list, as a result of their failure to comply with the Local Rules.
23 Defendants further object to all of Plaintiff's exhibits on that basis and reserve the right
24 to file objections to any exhibits identified in any exhibit list unilaterally filed by
25 Plaintiff.  To the extent that Plaintiff intends to rely at trial,on any of the evidence it
26 submitted in opposition to Defendants' motion for summary judgment, Defendants
27 assert the same objections identified in their "Evidentiary Objections to Materials
28

1  Submitted by Plaintiff to Motion for Summary Judgment" (Dkt. 116), which is attached
2  hereto as Exhibit 1 and incorporated by this reference.
3
4    DATED:  October 18, 2021        DAVID C. VOSS, JR.
                                     VOSS, SILVERMAN & BRAYBROOKE, LLP
5
6
                                     By: _____
7                                        David C. Voss, Jr.
8                                        Attorneys for Defendants
                                         AMN DISTRIBUTION, INC. and
9                                        MOISHE NEWMAN

*Athena Cosmetics, Inc. v. AMN Distribution, Inc., et. al,*

Case No. 2:20-cv-005526-SVW-SHK

# EXHIBIT LIST

Those exhibits that Defendants may offer if the need arises are designated by an *

| EXH. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Settlement Agreement Dated 4/29/20 and 4/30/20, including all schedules appended thereto | | |
| 2. | Letter from counsel for LinkAmerica II to counsel for Athena warning Athena against defaming American customers | | |
| 3. | E-mail from LinkAmerica II confirming it is the source of Revitalash products resold by AMN | | |
| 4. | Exhibit 38 from Marina Lang Declaration In Opposition to Summary Judgment Motion (Dkt. 114-17): Walmart Sales List | | |
| 5. | E-mails between Marina Lang and AMN's prior counsel after the execution of the Settlement Agreement regarding subsequent information demanded by Marina Lang (cited by M. Lang in Declaration in Opp. to MSJ p.4, lns. 21-24) | | |
| 6. | "Plaintiff Athena Cosmetics, Inc.'s Amended Responses to Defendant AMN Distribution, Inc.'s First Set of Interrogatories" dated 6/30/21 | | |
| 7. | "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Set of | | |

| EXH. NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
|  | Interrogatories" dated 6/7/21 |  |  |
| 8. | "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Requests for Admission" dated 6/7/21 |  |  |
| 9. | "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Request for Production of Documents and Electronically Stored Information" dated 6/7/21 |  |  |
| 10. | E-mail from E-Bay reflecting name changes in user ID's for SavingSimpleLLC and ValenceD |  |  |
| 11. | Print-out of Google search reflecting name change of savingsimplellc on E-Bay |  |  |
| 12. | Additional print-out of Google search reflecting name change of savingsimplellc on E-Bay |  |  |
| 13. | * Proof of payment of $25,000 by AMN under Settlement Agreement and/or receipt of same by Plaintiff |  |  |
| 14. | Document production by Defendants including order fulfillment records for all orders from 2019 to present |  |  |
| 15. | * Proof of delivery of inventory to or receipt of same by Plaintiff |  |  |