DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman and AMN Distribution, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ATHENA COSMETICS, INC.,

Plaintiff

v.

AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,

Defendants

Case No. 2:20-cv-05526-SVW-SHK

**TRIAL WITNESS LIST OF DEFENDANTS AMN DISTRIBUTION, INC. AND MOISHE NEWMAN SUBMITTED IN ADVANCE OF PRE-TRIAL CONFERENCE (L.R. 16-5)**

**PRE-TRIAL CONFERENCE**

Date: November 8, 2021
Time: 3:00 p.m.
Place: Courtroom 10A
First Street Courthouse
350 W. 1st Street, 10th Floor,
Los Angeles, California 90012

Defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr. Newman" and collectively, "Defendants") hereby submit their list of trial witnesses in advance of the Pre-Trial Conference pursuant to Local Rule 16.5.

Defendants' counsel repeatedly attempted to meet and confer with counsel for plaintiff Athena Cosmetics, Inc. ("Athena" or "Plaintiff") in advance of the pre-trial conference to discuss the items set forth in Local Rule 16-2. During the first attempt, Plaintiff's counsel behaved unprofessionally and used profanity. Consequently, Defendant's counsel provided a draft of the information required under Local Rule 16-2 to Plaintiff's counsel in an e-mail dated September 29, 2021. Despite repeated requests by Defendants' counsel, Athena's counsel then refused to participate in the process and discuss, provide and/or exchange the information specified in Local Rule 16-2. Thus, Defendants have had to prepare the attached list without knowledge of, among other things: (1) the claims that Plaintiff intends to pursue; (2) Plaintiff's contentions of law and fact with respect to the same; (3) facts to which Plaintiff will stipulate; (4) witnesses that Plaintiff intends to call at trial; and (5) exhibits that Plaintiff intends to introduce at trial. As a result of the foregoing, Defendants reserve the right to amend or supplement their witness list.

Pursuant to Local Rule 16-2.4, the Defendants' list does not include witnesses contemplated to be solely used for impeachment. In addition, because no depositions have yet to be taken in this matter, Defendants are unable to comply with Federal Rule of Civil Procedure 26(a)(3)(i) with respect to testimony to be presented by deposition. Defendants reserve the right to supplement this list to contain such information upon the completion of depositions in this matter.

Those witnesses who Defendants may offer if the need arises are designated by an asterisk.

**DEFENDANTS' WITNESSES**

1. Defendant Moishe Newman
2. Christina Felix (employee of Plaintiff)*
3. Dave Hooper (employee of Plaintff)*
4. Marina Lang*

DATED: October 18, 2021

DAVID C. VOSS, JR.
VOSS, SILVERMAN & BRAYBROOKE, LLP

By: ______________________
David C. Voss, Jr.
Attorneys for Defendants
AMN DISTRIBUTION, INC. and
MOISHE NEWMAN