```
              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
                    WESTERN DIVISION


ATHENA COSMETICS,            )
                             )
       PLAINTIFF,            )
                             )
       vs.                   )   CASE NO. CV 20-005526-SVW(SHK)
                             )
AMN DISTRIBUTION, INC.,      )
ET AL.,                      )   LOS ANGELES, CALIFORNIA
                             )       OCTOBER 5, 2020
       DEFENDANTS.           )
_____)
```

DISCOVERY STATUS CONFERENCE
BEFORE THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:          SEE NEXT PAGE

COURT REPORTER:       RECORDED, MS TEAMS

COURTROOM DEPUTY:     M. CASH

TRANSCRIBER:          DOROTHY BABYKIN
                      COURTHOUSE SERVICES
                      1218 VALEBROOK PLACE
                      GLENDORA, CALIFORNIA   91740
                      (626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

1    APPEARANCES:

2

3    FOR PLAINTIFF ATHENA COSMETICS:

4            SOCAL IP LAW GROUP LLP
             BY:  MICHAEL HARRIS
5                 ATTORNEY AT LAW
             310 N. WESTLAKE BOULEVARD
6            SUITE 120
             WESTLAKE VILLAGE, CALIFORNIA  91362

7

8    FOR DEFENDANT AMN DISTRIBUTION, ET AL.:

9
             (NO APPEARANCE)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3                                         I N D E X
4    CV 20-005526-SVW(SHK)                                    OCTOBER 5, 2020
5
6    PROCEEDINGS:   DISCOVERY STATUS CONFERENCE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                    RIVERSIDE, CALIFORNIA; OCTOBER 5, 2020

| | |
|---|---|
| 1 | THE CLERK:  THIS MATTER IS BEING RECORDED AT THIS TIME. |
| 2 | THE HONORABLE SHASHI KEWALRAMANI, UNITED STATES |
| 3 | MAGISTRATE JUDGE,'PRESIDING. |
| 4 | AND I AM CALLING CASE LOS ANGELES 20-CV-5526, ATHENA |
| 5 | COSMETICS, INC. VERSUS AMN DISTRIBUTION, INC., ET AL. |
| 6 | COUNSEL, PLEASE STATE YOUR APPEARANCE FOR THE |
| 7 | RECORD. |
| 8 | MR. HARRIS:  IMICHAEL HARRIS, ATTORNEY FOR PLAINTIFF. |
| 9 | THE COURT:  VERY GOOD. |
| 10 | WE DON'T HAVE ATTORNEY FOR -- (AUDIO OUT.) |
| 11 | MR. HARRIS, WHAT WE'LL DO IS WE'LL GIVE OPPOSING |
| 12 | COUNSEL A FEW MINUTES TO TRY AND LOG ON.  AND WE'LL SEE WHAT |
| 13 | HAPPENS. |
| 14 | AND THEN IF HE DOESN'T OR SHE DOESN'T -- WHOEVER |
| 15 | COUNSEL IS FOR DEFENDANTS DOESN'T COME ON, WE'LL DETERMINE THE |
| 16 | NEXT STEPS TO TAKE. |
| 17 | MR. HARRIS:  OKAY.  GOOD. |
| 18 | THE COURT:  OKAY.  SO, LET'S JUST HANG TIGHT. |
| 19 | YOU CAN PUT YOURSELF ON MUTE IF YOU'D LIKE OR EVEN |
| 20 | SHUT DOWN YOUR VIDEO WHERE YOU CAN WORK.  AND THEN AS -- LIKE I |
| 21 | SAID, WE'LL GIVE SOME ADDITIONAL TIME. |
| 22 | MR. HARRIS:  IT'S – I'M NOT GOING TO WORK.  IT'S – IT'S ONLY |
| 23 | GOING TO BE 3 OR 4 MINUTES OR MAYBE 5.  BUT I'LL -- I'LL TURN OFF MY |
| 24 | SPEAKER. |
| 25 | (PAUSE IN PROCEEDINGS.) |

| | |
|---|---|
| 1 | THE COURT:  ALL RIGHT.  EVERYONE, IT'S 10:15 ACCORDING TO |
| 2 | THE CLOCK ON MY CALENDAR.  AND 10:10 ACCORDING TO THE CLOCK ON |
| 3 | MY PHONE. |
| 4 | SO, WE HAVE BEEN WAITING FOR QUITE A WHILE FOR MR. |
| 5 | COHEN, WHO I UNDERSTAND WAS   -- IS COUNSEL FOR DEFENDANTS. |
| 6 | SO, THANK YOU, MR. HARRIS. |
| 7 | WE'LL BE ISSUING AN ORDER.  AND WE'LL SEE IF WE CAN GET A |
| 8 | RESPONSE.  AND WE'LL GO FORWARD THEN. |
| 9 | MR. HARRIS:  THANK YOU, YOUR HONOR. |
| 10 | THE COURT:  ALL RIGHT.  THANK YOU, EVERYONE. |
| 11 | ALL RIGHT.  HAVE A GREAT DAY.  STAY SAFE. |
| 12 | (PROCEEDINGS ADJOURNED.) |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | TRANSCRIBER'S CERTIFICATE |

DISCLAIMER

THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED

DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.


I, Dorothy Babykin, attest that the foregoing proceedings provided to me electronically were transcribed by me to the best of my ability.


    /s/  *Dorothy Babykin*

Dorothy Babykin


Date:   10/19/21