1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                    ---

4     HONORABLE **STEPHEN V. WILSON,** JUDGE PRESIDING

5                    ---

6

7

8  **ATHENA COSMETICS, INC.,**         )
                                        )
9                                       )
                                        )
10                 Plaintiffs      )
                                        ) **CV NO. 20-5526**
11            VS                  )
                                        )
12  **AMN DISTRIBUTION INC.,** et al.,  )
                                        )
13                                      )
                  Defendants       )
14  _____)

15

16          Reporter's Transcript of Proceedings
                    STATUS CONFERENCE
17             Los Angeles, California
               **MONDAY, SEPTEMBER 27, 2021**
18                   2:00 P.M.

19

20

21

22

23

24          ANNE KIELWASSER, CRR, RPR, CSR
            Federal Official Court Reporter
            **UNITED STATES DISTRICT COURT**
25          **CENTRAL DISTRICT OF CALIFORNIA**
               anne.kielwasser@gmail.com

```
 1                    A P P E A R A N C E S

 2

 3      ON BEHALF OF THE PLAINTIFF:

 4

 5      Michael D. Harris
        Socal IP Law Group LLP
        310 North Westlake Boulevard Suite 120
 6      Westlake Village, CA 91362-3788
        805-230-1350
 7      Fax: 805-230-1355
        E-mail: Mharris@socalip.com
 8

 9

10

11
        ON BEHALF OF THE DEFENDANTS:
12

13      David C Voss, Jr.
        Voss Silverman and Braybrooke LLP
14      4640 Admiralty Way Suite 800
        Marina del Rey, CA 90292-6602
15      310-306-0515
        E-mail: Dave@vsbllp.com
16

17

18

19

20

21

22

23

24

25
```

```
 1   MONDAY, SEPTEMBER 27, 2021                      2:00 P.M.

 2                              ~ ~ ~

 3                     P R O C E E D I N G S

 4                              ~ ~ ~

 5           COURT CLERK:  20-5526.  Athena Cosmetics,

 6   Incorporated versus AMN Distribution Incorporated, et al.

 7                Counsel, please state your appearances for

 8   the record.

 9           MR. HARRIS:  Good morning, Your Honor.  Michael

10   Harris of SoCal IP Law Group for the plaintiff.

11           MR. VOSS:  Good afternoon, Your Honor.  David

12   Voss, Voss Silverman and Braybrooke, on behalf of defendants,

13   AMN Distribution, Inc., and Mark Newman.

14           THE COURT:  My inclination in this case would be

15   to hear the dispute regarding the breach of contract claim

16   because I think that would be largely dispositive of the --

17   of the case at least in the sense that if there was no breach

18   of the settlement agreement, then the settlement agreement

19   would not allow the claims to go forward.

20                Is that the position of the defendant?

21           MR. VOSS:  That is, Your Honor, consistent with

22   your ruling and our 12(b)(6) application this spring.

23           THE COURT:  And -- now, give me -- would you take

24   at the --

25                Speak into the big microphones.  It's better
```

14:15:39  1    for me.  Thank you.

14:15:42  2                     Without, of course, deciding any issue here,

14:15:50  3    because that's not the point of the hearing, the trial on the

14:16:01  4    breach of contract claim is coming up shortly, correct?

14:16:10  5         **MR. VOSS:**  November 18, Your Honor.

14:16:12  6         **THE COURT:**  And from the standpoint of the

14:16:22  7    defendant, what do you understand the factual dimension of

14:16:42  8    that breach of contract case to be?

14:16:44  9         **MR. VOSS:**  Well, Your Honor, we would concur with

14:16:47  10   the general characterization contained in the opposition

14:16:49  11   papers in this matter at page 1, that there are only two

14:16:54  12   forms of breach of the settlement agreement alleged.  One is

14:16:59  13   potentially providing inaccurate and incomplete information.

14:17:03  14                    The settlement agreement had contained within

14:17:05  15   it two schedules; one, suppliers, the other, customers, that

14:17:10  16   were provided by the defendant in settling the case.

14:17:13  17                    They contend those were in some way

14:17:16  18   inaccurate, though in response to contention to

14:17:20  19   interrogatories they have failed to provide any

14:17:21  20   identifications as to what that inaccuracy is.  The second

14:17:26  21   factual issue --

14:17:26  22        **THE COURT:**  Just a moment.  Let me stop there.

14:17:29  23   I'll get back to the second issue.

14:17:31  24                    Briefly, I'll ask the plaintiff, what is it

14:17:34  25   that the defendant should have had disclosed about their

14:17:40  1  customers that they didn't?

14:17:44  2          **MR. HARRIS:**  Would you like me to speak from up

14:17:46  3  there?

14:17:47  4          **THE COURT:**  You can speak from there.

14:17:48  5          **MR. HARRIS:**  They -- it's more that they did not

14:17:54  6  accurately say how much they gave or sold to each customer

14:17:59  7  and got from each supplier; and therefore, when the

14:18:06  8  settlement went through, they were supposed to give

14:18:08  9  everything that they had to our clients so that our client

14:18:13  10  could destroy it.  But they only gave a very small percentage

14:18:17  11  of what they should have, and based on --

14:18:22  12          **THE COURT:**  I'm not following part of it.

14:18:26  13          **MR. HARRIS:**  I'm sorry, Your Honor.

14:18:28  14          **THE COURT:**  In other words, before you agreed to

14:18:32  15  the settlement, did the defendant make the disclosures?

14:18:40  16          **MR. HARRIS:**  The --

14:18:43  17          **THE COURT:**  -- or were they to make the

14:18:45  18  disclosures pursuant to the settlement?

14:18:47  19          **MR. VOSS:**  Pursuant to the settlement.

14:18:48  20          **THE COURT:**  So, there was a settlement --

14:18:51  21          **MR. HARRIS:**  I believe they made the disclosures,

14:18:53  22  but you weren't supposed to look at them until after the

14:18:56  23  settlement.

14:18:58  24          **THE COURT:**  So, you never saw the disclosures

14:19:00  25  until after the settlement was --

```
14:19:02    1              MR. HARRIS:  Right.

14:19:03    2              THE COURT:  -- agreed to.

14:19:04    3              MR. HARRIS:  Right.  And even if we had, Your

14:19:06    4    Honor, there were multiple pages with long lines on a

14:19:09    5    spreadsheet.  So, unless we had a month or two to go over it

14:19:15    6    with our client, we didn't have a chance --

14:19:18    7              THE COURT:  But in the settlement agreement,

14:19:21    8    notwithstanding whether the plaintiff had an adequate

14:19:25    9    opportunity to evaluate the spreadsheets, it agreed to the

14:19:33   10    process.

14:19:35   11              MR. HARRIS:  Correct, Your Honor.

14:19:36   12              THE COURT:  And so the defendant, if I'm hearing

14:19:41   13    you correctly, did give you, as far as you know, all of its

14:19:48   14    customers, but it didn't tell you accurately how much of the

14:19:54   15    product it sold to those customers.

14:19:59   16              MR. HARRIS:  I believe there are missing customers

14:20:01   17    as well, Your Honor.

14:20:02   18              THE COURT:  I see.  But who are those customers?

14:20:10   19              MR. HARRIS:  The customers that we're finding that

14:20:15   20    they're selling to now, and that's the ones I'm more familiar

14:20:19   21    with, are eBay.  And now we just discovered --

14:20:24   22              THE COURT:  So, under the settlement agreement --

14:20:31   23                    It seems like we're switching to another type

14:20:34   24    of violation.  I'm understanding you now to say that it

14:20:41   25    wasn't the disclosures, it's that they are actually selling,
```

| | | |
|---|---|---|
| 14:20:49 | 1 | committing more trademark violations by selling the product |
| 14:20:53 | 2 | to eBay. |
| 14:20:58 | 3 | **MR. HARRIS:**  They sell through eBay. |
| 14:21:00 | 4 | **THE COURT:**  I mean through eBay. |
| 14:21:02 | 5 | **MR. HARRIS:**  That's true, but that's -- I'm also |
| 14:21:05 | 6 | saying the first was a violation, is that the schedules were |
| 14:21:09 | 7 | not accurate. |
| 14:21:10 | 8 | **THE COURT:**  I see.  And my concern now is to what |
| 14:21:17 | 9 | extent litigation on the breach of the settlement agreement |
| 14:21:20 | 10 | would be despondency of the case? |
| 14:21:24 | 11 | Turn now, would you, defendant, to the second |
| 14:21:28 | 12 | prong. |
| 14:21:29 | 13 | **MR. VOSS:**  Yes, Your Honor.  And, real quickly, |
| 14:21:32 | 14 | all of this presumes that we're dealing with the allegations |
| 14:21:34 | 15 | in the First Amended Complaint, that we're not somehow |
| 14:21:38 | 16 | amending at the last second verbally, the defendant has to |
| 14:21:45 | 17 | reply to the First Amended Complaint and to the discovery |
| 14:21:49 | 18 | that has produced it by the plaintiff in response to our |
| 14:21:51 | 19 | contention interrogatories, for example, where they have |
| 14:21:56 | 20 | given us no answers or witnesses. |
| 14:21:58 | 21 | **THE COURT:**  Turn to the second -- |
| 14:21:59 | 22 | **MR. VOSS:**  The second prong is that we had agreed |
| 14:22:02 | 23 | to cease future sales, and as to ceasing future sales, that |
| 14:22:08 | 24 | would also be an issue for this first phase of the bifurcated |
| 14:22:12 | 25 | trial. |

14:22:13   1          **THE COURT:**  But how do you respond to plaintiff's

14:22:19   2   position that you are continuing to sell the plaintiff's

14:22:27   3   product through Ebay?

14:22:29   4          **MR. VOSS:**  Well, Your Honor, at penalty of

14:22:34   5   potentially pre-arguing our motion for summary judgment

14:22:36   6   that's on your calendar next Monday, the defendants have --

14:22:41   7   excuse me -- the plaintiff has already said that they've

14:22:43   8   completed third party discovery.

14:22:45   9          If you will, when our client would sell -- if

14:22:50  10   I can explain it -- an eyeliner pencil, okay, and they sell

14:22:54  11   it, as you said, through eBay, the customer goes on the

14:22:58  12   Internet, they say:  Oh, gee, I want to buy be an eyeliner

14:23:03  13   pencil.  They see it on Ebay, they place the order.

14:23:06  14          Ebay has the information of a customer

14:23:09  15   contact to order placed for a sale.  Ebay would also have the

14:23:13  16   information that would show that it was sold.  That discovery

14:23:16  17   has been completed.

14:23:18  18          I can tell the Court as a preview that if you

14:23:20  19   look at our Reply brief to the motion for summary judgment,

14:23:24  20   the exhibits produced by the plaintiff themselves show that

14:23:27  21   they've got hundreds of pages and that all sales stopped

14:23:32  22   February 27 of 2020.  There are no more sales documented from

14:23:38  23   third parties after that date.  Because we stopped.

14:23:42  24          **THE COURT:**  Well, then, what I'll have to do --

14:23:46  25   and maybe I jumped the gun here -- is revisit this at the

14:23:52  1  summary judgment and reserve an opinion until I am satisfied

14:24:02  2  that I have evaluated that.

14:24:04  3            So, I'm sorry to drag you down here, and I'll

14:24:08  4  get back to you after I see the summary judgment.

14:24:13  5            **MR. VOSS:**  Thank you, Your Honor.  I actually was

14:24:15  6  going to offer that these were originally scheduled

14:24:17  7  concurrently, and there was a one-week delay on the motion

14:24:20  8  for summary judgment pursuant to plaintiff's request --

14:24:22  9            **THE COURT:**  Maybe it was a --

14:24:23  10            **MR. VOSS:**  It just happens.

14:24:24  11            **THE COURT:**  My fault.

14:24:25  12            **MR. VOSS:**  No worries.  We'll see you next Monday.

14:24:28  13            **THE COURT:**  Thank you for your indulgence.

14:24:29  14            **MR. VOSS:**  Thank you, Your Honor.

14:24:30  15            **MR. HARRIS:**  Thank you, Your Honor.

14:24:33  16            (Proceedings concluded.)

14:24:55  17            (Recess taken.)

18

19

20

21

22

23

24

25

```
1                     C E R T I F I C A T E
2     I hereby certify that the foregoing is a true and correct
3     transcript of the stenographically recorded proceedings in
4     the above matter.
5     Fees charged for this transcript, less any circuit fee
6     reduction and/or deposit, are in conformance with the
7     regulations of the judicial conference of the united states.
8
9
10    /S/Anne Kielwasser
      _____          _10/18/2021_
11    Anne Kielwasser, CSR, RPR        Date
      Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## /

/S/Anne [1] - 10:10

## 1

1 [1] - 4:11
10/18/2021 [1] - 10:10
12(b)(6 [1] - 3:22
120 [1] - 2:5
18 [1] - 4:5

## 2

20-5526 [2] - 1:10, 3:5
2020 [1] - 8:22
2021 [2] - 1:17, 3:1
27 [3] - 1:17, 3:1, 8:22
2:00 [2] - 1:18, 3:1

## 3

310 [1] - 2:5
310-306-0515 [1] - 2:15

## 4

4640 [1] - 2:14

## 8

800 [1] - 2:14
805-230-1350 [1] - 2:6
805-230-1355 [1] - 2:7

## 9

90292-6602 [1] - 2:14
91362-3788 [1] - 2:6

## A

accurate [1] - 7:7
accurately [2] - 5:6, 6:14
adequate [1] - 6:8
Admiralty [1] - 2:14
afternoon [1] - 3:11
agreed [4] - 5:14, 6:2, 6:9, 7:22
agreement [7] - 3:18, 4:12, 4:14, 6:7, 6:22, 7:9

## B

al [2] - 1:12, 3:6
allegations [1] - 7:14
alleged [1] - 4:12
allow [1] - 3:19
Amended [2] - 7:15, 7:17
amending [1] - 7:16
AMN [3] - 1:12, 3:6, 3:13
Angeles [1] - 1:17
Anne [1] - 10:11
ANNE [1] - 1:23
anne.kielwasser@gmail.com [1] - 1:25
answers [1] - 7:20
appearances [1] - 3:7
application [1] - 3:22
arguing [1] - 8:5
ATHENA [1] - 1:8
athena [1] - 3:5

based [1] - 5:11
BEHALF [2] - 2:3, 2:11
behalf [1] - 3:12
better [1] - 3:25
bifurcated [1] - 7:24
big [1] - 3:25
Boulevard [1] - 2:5
Braybrooke [2] - 2:13, 3:12
breach [6] - 3:15, 3:17, 4:4, 4:8, 4:12, 7:9
brief [1] - 8:19
briefly [1] - 4:24
buy [1] - 8:12

## C

CA [2] - 2:6, 2:14
calendar [1] - 8:6
CALIFORNIA [2] - 1:2, 1:25
California [1] - 1:17
case [5] - 3:14, 3:17, 4:8, 4:16, 7:10
cease [1] - 7:23
ceasing [1] - 7:23
CENTRAL [2] - 1:2, 1:25
certify [1] - 10:2
chance [1] - 6:6
characterization [1] - 4:10
charged [1] - 10:5
circuit [1] - 10:5

claim [2] - 3:15, 4:4
claims [1] - 3:19
CLERK [1] - 3:5
client [3] - 5:9, 6:6, 8:9
clients [1] - 5:9
coming [1] - 4:4
committing [1] - 7:1
Complaint [2] - 7:15, 7:17
completed [2] - 8:8, 8:17
concern [1] - 7:8
concluded [1] - 9:16
concur [1] - 4:9
concurrently [1] - 9:7
CONFERENCE [1] - 1:16
conference [1] - 10:7
conformance [1] - 10:6
consistent [1] - 3:21
contact [1] - 8:15
contained [2] - 4:10, 4:14
contend [1] - 4:17
contention [2] - 4:18, 7:19
continuing [1] - 8:2
contract [3] - 3:15, 4:4, 4:8
correct [3] - 4:4, 6:11, 10:2
correctly [1] - 6:13
Cosmetics [1] - 3:5
COSMETICS [1] - 1:8
Counsel [1] - 3:7
course [1] - 4:2
COURT [26] - 1:1, 1:24, 3:5, 3:14, 3:23, 4:6, 4:22, 5:4, 5:12, 5:14, 5:17, 5:20, 5:24, 6:2, 6:7, 6:12, 6:18, 6:22, 7:4, 7:8, 7:21, 8:1, 8:24, 9:9, 9:11, 9:13
Court [3] - 1:24, 8:18, 10:11
CRR [1] - 1:23
CSR [2] - 1:23, 10:11
customer [3] - 5:6, 8:11, 8:14
customers [7] - 4:15, 5:1, 6:14, 6:15, 6:16, 6:18, 6:19
CV [1] - 1:10

## D

Date [1] - 10:11

date [1] - 8:23
dave@vsbllp.com [1] - 2:15
David [2] - 2:13, 3:11
dealing [1] - 7:14
deciding [1] - 4:2
defendant [8] - 3:20, 4:7, 4:16, 4:25, 5:15, 6:12, 7:11, 7:16
defendants [3] - 1:13, 3:12, 8:6
DEFENDANTS [1] - 2:11
del [1] - 2:14
delay [1] - 9:7
deposit [1] - 10:6
despondency [1] - 7:10
destroy [1] - 5:10
dimension [1] - 4:7
disclosed [1] - 4:25
disclosures [5] - 5:15, 5:18, 5:21, 5:24, 6:25
discovered [1] - 6:21
discovery [3] - 7:17, 8:8, 8:16
dispositive [1] - 3:16
dispute [1] - 3:15
DISTRIBUTION [1] - 1:12
Distribution [2] - 3:6, 3:13
DISTRICT [4] - 1:1, 1:2, 1:24, 1:25
documented [1] - 8:22
down [1] - 9:3
drag [1] - 9:3

## E

e-mail [2] - 2:7, 2:15
eBay [5] - 6:21, 7:2, 7:3, 7:4, 8:11
Ebay [4] - 8:3, 8:13, 8:14, 8:15
et [2] - 1:12, 3:6
evaluate [1] - 6:9
evaluated [1] - 9:2
example [1] - 7:19
excuse [1] - 8:7
exhibits [1] - 8:20
explain [1] - 8:10
extent [1] - 7:9
eyeliner [2] - 8:10, 8:12

## F

factual [2] - 4:7, 4:21
failed [1] - 4:19
familiar [1] - 6:20
far [1] - 6:13
fault [1] - 9:11
Fax [1] - 2:7
February [1] - 8:22
Federal [1] - 1:24
fee [1] - 10:5
fees [1] - 10:5
first [2] - 7:6, 7:24
First [2] - 7:15, 7:17
following [1] - 5:12
foregoing [1] - 10:2
forms [1] - 4:12
forward [1] - 3:19
future [2] - 7:23

## G

gee [1] - 8:12
general [1] - 4:10
given [1] - 7:20
Group [2] - 2:5, 3:10
gun [1] - 8:25

## H

Harris [2] - 2:4, 3:10
HARRIS [14] - 3:9, 5:2, 5:5, 5:13, 5:16, 5:21, 6:1, 6:3, 6:11, 6:16, 6:19, 7:3, 7:5, 9:15
hear [1] - 3:15
hearing [2] - 4:3, 6:12
hereby [1] - 10:2
Honor [14] - 3:9, 3:11, 3:21, 4:5, 4:9, 5:13, 6:4, 6:11, 6:17, 7:13, 8:4, 9:5, 9:14, 9:15
HONORABLE [1] - 1:4
hundreds [1] - 8:21

## I

identifications [1] - 4:20
inaccuracy [1] - 4:20
inaccurate [2] - 4:13, 4:18
Inc [1] - 3:13
INC [2] - 1:8, 1:12
inclination [1] - 3:14
incomplete [1] - 4:13
Incorporated [2] - 3:6

**indulgence** [1] - 9:13
**information** [3] - 4:13, 8:14, 8:16
**Internet** [1] - 8:12
**interrogatories** [2] - 4:19, 7:19
**IP** [2] - 2:5, 3:10
**issue** [4] - 4:2, 4:21, 4:23, 7:24

## J

**Jr** [1] - 2:13
**JUDGE** [1] - 1:4
**judgment** [5] - 8:5, 8:19, 9:1, 9:4, 9:8
**judicial** [1] - 10:7
**jumped** [1] - 8:25

## K

**KIELWASSER** [1] - 1:23
**Kielwasser** [2] - 10:10, 10:11

## L

**largely** [1] - 3:16
**last** [1] - 7:16
**Law** [2] - 2:5, 3:10
**least** [1] - 3:17
**less** [1] - 10:5
**lines** [1] - 6:4
**litigation** [1] - 7:9
**LLP** [2] - 2:5, 2:13
**look** [2] - 5:22, 8:19
**Los** [1] - 1:17

## M

**mail** [2] - 2:7, 2:15
**Marina** [1] - 2:14
**Mark** [1] - 3:13
**matter** [2] - 4:11, 10:4
**mean** [1] - 7:4
**mharris@socalip. com** [1] - 2:7
**Michael** [2] - 2:4, 3:9
**microphones** [1] - 3:25
**missing** [1] - 6:16
**moment** [1] - 4:22
**MONDAY** [2] - 1:17, 3:1
**Monday** [2] - 8:6, 9:12
**month** [1] - 6:5

**morning** [1] - 3:9
**motion** [3] - 8:5, 8:19, 9:7
**MR** [26] - 3:9, 3:11, 3:21, 4:5, 4:9, 5:2, 5:5, 5:13, 5:16, 5:19, 5:21, 6:1, 6:3, 6:11, 6:16, 6:19, 7:3, 7:5, 7:13, 7:22, 8:4, 9:5, 9:10, 9:12, 9:14, 9:15
**multiple** [1] - 6:4

## N

**never** [1] - 5:24
**Newman** [1] - 3:13
**next** [2] - 8:6, 9:12
**NO** [1] - 1:10
**North** [1] - 2:5
**notwithstanding** [1] - 6:8
**November** [1] - 4:5

## O

**OF** [4] - 1:2, 1:25, 2:3, 2:11
**offer** [1] - 9:6
**Official** [1] - 1:24
**official** [1] - 10:11
**ON** [2] - 2:3, 2:11
**one** [3] - 4:12, 4:15, 9:7
**one-week** [1] - 9:7
**ones** [1] - 6:20
**opinion** [1] - 9:1
**opportunity** [1] - 6:9
**opposition** [1] - 4:10
**order** [2] - 8:13, 8:15
**originally** [1] - 9:6

## P

**P.M** [2] - 1:18, 3:1
**page** [1] - 4:11
**pages** [2] - 6:4, 8:21
**papers** [1] - 4:11
**part** [1] - 5:12
**parties** [1] - 8:23
**party** [1] - 8:8
**penalty** [1] - 8:4
**pencil** [2] - 8:10, 8:13
**percentage** [1] - 5:10
**phase** [1] - 7:24
**place** [1] - 8:13
**placed** [1] - 8:15
**plaintiff** [6] - 3:10,

4:24, 6:8, 7:18, 8:7, 8:20
**PLAINTIFF** [1] - 2:3
**plaintiff's** [3] - 8:1, 8:2, 9:8
**plaintiffs** [1] - 1:10
**point** [1] - 4:3
**position** [2] - 3:20, 8:2
**potentially** [2] - 4:13, 8:5
**pre** [1] - 8:5
**pre-arguing** [1] - 8:5
**PRESIDING** [1] - 1:4
**presumes** [1] - 7:14
**preview** [1] - 8:18
**Proceedings** [2] - 1:16, 9:16
**proceedings** [1] - 10:3
**process** [1] - 6:10
**produced** [2] - 7:18, 8:20
**product** [3] - 6:15, 7:1, 8:3
**prong** [2] - 7:12, 7:22
**provide** [1] - 4:19
**provided** [1] - 4:16
**providing** [1] - 4:13
**pursuant** [3] - 5:18, 5:19, 9:8

## Q

**quickly** [1] - 7:13

## R

**real** [1] - 7:13
**Recess** [1] - 9:17
**record** [1] - 3:8
**recorded** [1] - 10:3
**reduction** [1] - 10:6
**regarding** [1] - 3:15
**regulations** [1] - 10:7
**reply** [1] - 7:17
**Reply** [1] - 8:19
**Reporter** [2] - 1:24, 10:11
**Reporter's** [1] - 1:16
**request** [1] - 9:8
**reserve** [1] - 9:1
**respond** [1] - 8:1
**response** [2] - 4:18, 7:18
**revisit** [1] - 8:25
**Rey** [1] - 2:14
**RPR** [2] - 1:23, 10:11
**ruling** [1] - 3:22

## S

**sale** [1] - 8:15
**sales** [4] - 7:23, 8:21, 8:22
**satisfied** [1] - 9:1
**saw** [1] - 5:24
**scheduled** [1] - 9:6
**schedules** [2] - 4:15, 7:6
**second** [6] - 4:20, 4:23, 7:11, 7:16, 7:21, 7:22
**see** [5] - 6:18, 7:8, 8:13, 9:4, 9:12
**sell** [4] - 7:3, 8:2, 8:9, 8:10
**selling** [3] - 6:20, 6:25, 7:1
**sense** [1] - 3:17
**SEPTEMBER** [2] - 1:17, 3:1
**settlement** [14] - 3:18, 4:12, 4:14, 5:8, 5:15, 5:18, 5:19, 5:20, 5:23, 5:25, 6:7, 6:22, 7:9
**settling** [1] - 4:16
**shortly** [1] - 4:4
**show** [2] - 8:16, 8:20
**Silverman** [2] - 2:13, 3:12
**small** [1] - 5:10
**Socal** [2] - 2:5, 3:10
**sold** [3] - 5:6, 6:15, 8:16
**sorry** [2] - 5:13, 9:3
**spreadsheet** [1] - 6:5
**spreadsheets** [1] - 6:9
**spring** [1] - 3:22
**standpoint** [1] - 4:6
**state** [1] - 3:7
**states** [1] - 10:7
**STATES** [2] - 1:1, 1:24
**STATUS** [1] - 1:16
**stenographically** [1] - 10:3
**STEPHEN** [1] - 1:4
**stop** [1] - 4:22
**stopped** [2] - 8:21, 8:23
**Suite** [2] - 2:5, 2:14
**summary** [5] - 8:5, 8:19, 9:1, 9:4, 9:8
**supplier** [1] - 5:7
**suppliers** [1] - 4:15
**supposed** [2] - 5:8, 5:22
**switching** [1] - 6:23

## T

**THE** [25] - 2:3, 2:11, 3:14, 3:23, 4:6, 4:22, 5:4, 5:12, 5:14, 5:17, 5:20, 5:24, 6:2, 6:7, 6:12, 6:18, 6:22, 7:4, 7:8, 7:21, 8:1, 8:24, 9:9, 9:11, 9:13
**themselves** [1] - 8:20
**therefore** [1] - 5:7
**they've** [2] - 8:7, 8:21
**third** [2] - 8:8, 8:23
**trademark** [1] - 7:1
**transcript** [2] - 10:3, 10:5
**Transcript** [1] - 1:16
**trial** [2] - 4:3, 7:25
**true** [2] - 7:5, 10:2
**turn** [2] - 7:11, 7:21
**two** [3] - 4:11, 4:15, 6:5
**type** [1] - 6:23

## U

**under** [1] - 6:22
**UNITED** [2] - 1:1, 1:24
**united** [1] - 10:7
**unless** [1] - 6:5
**up** [2] - 4:4, 5:2

## V

**verbally** [1] - 7:16
**versus** [1] - 3:6
**Village** [1] - 2:6
**violation** [2] - 6:24, 7:6
**violations** [1] - 7:1
**Voss** [4] - 2:13, 2:13, 3:12
**VOSS** [12] - 3:11, 3:21, 4:5, 4:9, 5:19, 7:13, 7:22, 8:4, 9:5, 9:10, 9:12, 9:14
**vS** [1] - 1:11

## W

**week** [1] - 9:7
**Westlake** [2] - 2:5, 2:6
**WILSON** [1] - 1:4
**witnesses** [1] - 7:20
**words** [1] - 5:14
**worries** [1] - 9:12