UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ATHENA COSMETICS, INC.,          )
                                 )
        PLAINTIFF,               )
                                 )
        vs.                      )   CASE NO. CV 20-5526-SVW(SHK)
                                 )
AMN DISTRIBUTION, INC.,          )
ET AL.,                          )   RIVERSIDE, CALIFORNIA
                                 )   APRIL 16, 2021
        DEFENDANTS.              )
_____)


DISCOVERY STATUS CONFERENCE
BEFORE THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:              SEE NEXT PAGE

COURT REPORTER:           RECORDED, MS TEAMS

COURTROOM DEPUTY:         D. CASTELLANOS

TRANSCRIBER:              DOROTHY BABYKIN
                          COURTHOUSE SERVICES
                          1218 VALEBROOK PLACE
                          GLENDORA, CALIFORNIA   91740
                          (626) 963-0566


PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

```
 1    APPEARANCES:

 2
      FOR PLAINTIFF ATHENA COSMETICS:
 3
            SOCAL IP LAW GROUP LLP
 4          BY: MICHAEL HARRIS
                ATTORNEY AT LAW
 5          310 N. WESTLAKE BOULEVARD
            SUITE 120
 6          WESTLAKE VILLAGE, CALIFORNIA  91362

 7

 8    FOR DEFENDANT AMN DISTRIBUTION, ET AL.:

 9          VOSS SILVERMAN & BRAYBROOKE LLP
            BY: DAVID VOSS
10              ATTORNEY AT LAW
            4640 ADMIRALTY WAY
11          MARINA DEL REY, CALIFORNIA  90292
                        :
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1
2                                I N D E X
3    CV 20-5526-SVW(SHK)                              APRIL 16, 2021
4
5    PROCEEDINGS:   DISCOVERY STATUS CONFERENCE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2              RIVERSIDE, CALIFORNIA; APRIL 16, 2021
3              THE CLERK:  CALLING CASE NUMBER 2:20-CV-5526, ATHENA
4  COSMETICS, INC. VERSUS AMN DISTRIBUTION, INC., ET. AL.
5              COUNSEL, YOUR APPEARANCES, BEGINNING WITH THE
6  PLAINTIFFS.
7              MR. HARRIS:  GOOD AFTERNOON, YOUR HONOR.
8              MICHAEL HARRIS FOR THE PLAINTIFF.
9              MR. VOSS:  GOOD AFTERNOON, YOUR HONOR.
10             DAVID VOSS ON BEHALF OF THE DEFENDANTS.
11             THE COURT:  ALL RIGHT.
12             WHERE DO WE STAND, MR. HARRIS?
13             MR. HARRIS:  WE MADE NO PROGRESS.  WE COULDN'T DECIDE
14  ON HOW TO  -- HOW WANTING TO EXTEND THE STIPULATION TO CONTINUE
15  THE TRIAL.
16             THE COURT:  OKAY.  OKAY.
17             MR. HARRIS:  SO --
18             THE COURT:  SO, WHAT WE'RE GOING TO DO IS WE'RE GOING
19  TO SET DEADLINES FOR DISCOVERY RESPONSES, ET CETERA.
20             AND IF YOU WANT TO TAKE ME UP ON APPEAL TO JUDGE
21  WILSON, PLEASE FEEL FREE TO DO SO.
22             SO, YOU HAVE DISCOVERY REQUESTS OUT, MR. HARRIS, TO
23  THE COMPANY, CORRECT?
24             MR. HARRIS:  CORRECT.
25             THE COURT:  OKAY.  AND YOU'VE RECEIVED NO RESPONSES?

1  MR. HARRIS: CORRECT.

2  THE COURT: OKAY. AND HAVE YOU -- HAS YOUR – HAVE YOU
3  PROVIDED YOUR INITIAL DISCLOSURES?

4  MR. HARRIS: YES.

5  THE COURT: OKAY.

6  MR. VOSS, HAS YOUR – HAS THE COMPANY PROVIDED INITIAL
7  DISCLOSURES?

8  MR. VOSS: NO.

9  THE COURT: OKAY. WHEN CAN YOU DO THAT BY?

10  MR. VOSS: WE WANTED TO DO THAT AFTER THE 26(F), WHICH
11  WOULD BE 14 DAYS THEREAFTER.

12  THE COURT: OKAY.

13  YOU'RE GOING TO -- IT'S GOING TO BE DUE BY NEXT FRIDAY.

14  MR. VOSS: YOUR HONOR, I'M IN ARBITRATION ALL NEXT WEEK.
15  AND MY CLIENT IS IN AUSTRALIA. IT'S IMPOSSIBLE FOR ME.

16  THE COURT: I DON'T KNOW WHAT TO DO – TO -- YOU CAN TAKE
17  ME UP TO JUDGE WILSON ON THIS.

18  MR. VOSS: YOUR HONOR, I WAS -- THERE'S BEEN NO SERVICE
19  OF PROCESS.

20  THE COURT: HE JAMMED ME UP ON THIS. HE'S JAMMED
21  EVERYBODY UP ON THIS. AND IT'S -- WE'VE GOT TO GET THIS DISCOVERY
22  DONE IN A WAY SO THAT WE CAN HAVE A TRIAL.

23  MR. VOSS: THEN I'LL HAVE TO BRING AN EX PARTE
24  APPLICATION FOR A TRIAL CONTINUANCE.

25  THE COURT: OKAY. YOU MAY HAVE TO DO THAT. THAT'S FINE.

| | |
|---|---|
| 1 | BUT RIGHT NOW I'VE GOT TO KEEP PUSHING FORWARD IN |
| 2 | ORDER TO MAKE SURE YOU FOLKS ARE GOING TO BE READY. |
| 3 | MR. VOSS: YOUR HONOR, I'M TELLING YOU RIGHT NOW. I HAVE |
| 4 | NO POSSIBLE WAY TO COMPLY WITH THAT ORDER. |
| 5 | THE COURT: OKAY. |
| 6 | MR. VOSS: I AM BEFORE JUDGE STOCK IN ORANGE COUNTY IN |
| 7 | PERSON ON MONDAY ON AN ARBITRATION THAT HAS BEEN DELAYED FOR |
| 8 | TWO YEARS. |
| 9 | THE COURT: OKAY. I GET IT. |
| 10 | I MEAN, OKAY. SO, WHAT -- THE TRIAL DATE IN THIS MATTER IS |
| 11 | SET FOR WHEN NOW? |
| 12 | MR. VOSS: MAY 18 OR -- |
| 13 | THE COURT: MAY 18 -- |
| 14 | MR. VOSS: -- YEAH, MAY 18, I BELIEVE IT IS. |
| 15 | MR. HARRIS: THAT'S CORRECT. |
| 16 | THE COURT: MAY -- OKAY. MAY 18. |
| 17 | MR. VOSS, HAVE YOU SERVED ANY DISCOVERY ON PLAINTIFF? |
| 18 | MR. VOSS: WE HAVE NOT, YOUR HONOR. BECAUSE, AGAIN, |
| 19 | THERE WAS NO RULE 26. WE DIDN'T BELIEVE WE'RE ENTITLED TO SERVE |
| 20 | DISCOVERY. |
| 21 | THE COURT: WHEN DO YOU THINK YOU CAN GET DISCOVERY |
| 22 | SERVED ON THEM? |
| 23 | MR. VOSS: IN THE -- GIVEN MY CALENDAR AND -- I WOULD SAY |
| 24 | IT WOULD TAKE US AT LEAST TWO WEEKS BECAUSE AGAIN I'M OUT ALL |
| 25 | NEXT WEEK. |

1         THE COURT: OKAY. WELL --

2         MR. VOSS: AND, YOUR HONOR, AGAIN, IF I MIGHT -- BECAUSE I

3   UNDERSTAND YOU'RE JAMMED BY THE COURT. BUT WE ALL KNOW THERE

4   ARE NO CIVIL JURY TRIALS GOING OUT.

5         THE COURT: MAY`10TH -- MAY 10TH JUDGE CARNEY JUST

6   SCHEDULED ONE IN ORANGE COUNTY.

7         MR. VOSS: OKAY. ONE IN ORANGE COUNTY.

8         AS A PRACTICAL REALITY, WHAT I -- YOU KNOW, I'VE BEEN

9   RAISING THIS -- PLAINTIFFS HAVE NOT COMPLIED EITHER IN TERMS OF

10  GOING TO TRIAL.

11        YOU'RE JAMMING ME UP ON DISCOVERY WITH A PERSON

12  THAT'S JUST COME INTO THE CASE AS WELL HAVING THE OPPORTUNITY

13  TO CONDUCT DISCOVERY ON A NORMAL BASIS.

14        THE COURT: LOOK, HERE'S THE THING. I GET WHERE YOU'RE

15  COMING FROM. I'LL -- I'M GOING TO ISSUE AN ORDER ON WHEN

16  DISCOVERY HAS TO BE SERVED AND WHEN IT HAS TO BE PROVIDED BY.

17        AND IF YOU FOLKS WANT TO TAKE ME UP TO JUDGE WILSON,

18  PLEASE DO SO. I'M KIND OF -- I'M CONSTRAINED BY HIS -- THE TRIAL DATE.

19        AND, SO, I'LL --

20        MR. VOSS: IF YOU - -

21        THE COURT: BY THE END OF DAY TODAY. AND THAT WILL GIVE

22  YOU DEADLINES ON WHEN SERVICE HAS TO BE MADE OF THE -- OF THE

23  DISCOVERY BY YOU, MR. VOSS.

24        MR. HARRIS, WHEN YOU HAVE TO RESPOND BY T00, SIR. OKAY.

25  IT'S GOING TO BE -- IT'S GOING TO BE QUICK.

| | |
|---|---|
| 1 | I WOULD ANTICIPATE THAT DISCOVERY BASICALLY -- YOU KNOW, IS THERE A PRETRIAL CONFERENCE SET IN THE MATTER? |
| 3 | MR. HARRIS: IT WOULD BE - - |
| 4 | MR. VOSS: IT WAS -- AS YOU MAY RECALL, YOUR HONOR, LOCAL RULES SAY -- |
| 6 | MR. HARRIS: EIGHT DAYS -- |
| 7 | MR. VOSS: -- MOVE THE TRIAL DATE -- |
| 8 | THE COURT: OKAY. BUT IF JUDGE WILSON SCHEDULED IT. |
| 9 | MR. VOSS: THERE'S BEEN NO SCHEDULING ORDER BECAUSE HE VACATED EVERYTHING WHEN THE DEFAULT WAS TAKEN. |
| 11 | THE COURT: SO WE JUST HAVE TO ASSUME THAT THERE'S GOING TO BE – YOU'RE GOING TO BE PICKING A JURY ON THE 18TH BASED ON HIS CURRENT ORDER. |
| 14 | WHAT I CAN THEN DO IS -- IS SAY -- YOU KNOW, IT'S GOING TO BE WHEN DO YOU THINK YOU COULD PROVIDE RESPONSES TO DISCOVERY BY, MR. VOSS? |
| 17 | MR. VOSS: AGAIN, YOUR HONOR, I'M -- I'M -- AND IF I MAY, I'D LIKE TO JUST -- IF YOU COULD JUST GIVE ME A MOMENT. |
| 19 | I AM ALSO IN THE MIDDLE OF ANOTHER TRIAL THAT IS RE-COMMENCING ON THE 17TH IN MARIN COUNTY. |
| 21 | THAT TRIAL WAS CONTINUED BECAUSE OF THE HEALTH OF OPPOSING COUNSEL. WE ARE LITERALLY IN THE MIDDLE OF THE TRIAL. |
| 23 | THE COURT: OKAY. |
| 24 | MR. VOSS: SO -- |
| 25 | THE COURT: WE'LL SET IT -- |

1   MR. VOSS:  -- I WANT TO ASK YOU CONSTRUCTIVELY --

2   THE COURT:  I'M SORRY.  I DIDN'T - I DON'T KNOW --

3   MR. VOSS, I DON'T KNOW WHAT --

4   MR. VOSS:  YOU'VE BROKEN UP ON ME.

5   THE COURT:  I'M SORRY.

6   THE OTHER OPTION IS THAT YOU FOLKS CAN CONSIDER -- RIGHT

7   NOW THE ONLY OUTSTANDING DISCOVERY THAT I NEED TO ADDRESS IS

8   THE QUESTION OF THE – ONE, ON THE COMPANY.

9   IS THERE DISCOVERY THAT WAS PROPOUNDED ON THE

10  INDIVIDUAL DEFENDANT MR. NEWMAN, MR. HARRIS?

11  MR. HARRIS:  NO, IT WASN'T.

12  THE COURT:  OKAY.  SO, THE ONLY DISCOVERY THAT'S

13  OUTSTANDING IS TO THE COMPANY, RIGHT?

14  IS THAT RIGHT?

15  MR. HARRIS:  CORRECT.

16  THE COURT:  MR. HARRIS?

17  OKAY.  HAVE THERE BEEN ANY -- HAVE YOU SENT OUT A NOTICE

18  OF DEPO AT ALL?

19  MR. HARRIS:  YES.  THAT WAS ONE THAT WAS IGNORED AS WELL,

20  YOUR HONOR.

21  THE COURT:  OKAY.  WHAT -- A 30(B)(6) NOTICE WAS SENT OUT?

22  MR. HARRIS:  CORRECT.

23  THE COURT:  OKAY.

24  MR. VOSS: AGAIN, YOUR HONOR, THERE'S BEEN NO AGREEMENT

25  TO BE SERVED BY EMAIL.

1      THE COURT: OKAY.

2      MR. VOSS: SO, WHY IS -- WHY IS THE DEFENDANT NOT BEING

3  COMPELLED TO BRING A MOTION TO COMPEL AND REQUEST AN ORDER

4  SHORTENING TIME.

5      THER'ES BEEN NO VALID SERVICE.

6      THE COURT: OKAY. YOU -- YOU WANT TO -- OKAY. WHEN CAN

7  YOU FILE YOUR RULE 5 ISSUE THEN BY?

8      MR. VOSS: WE COULD, AGAIN, GET TO THAT THE FOLLOWING

9  WEEK OR I CAN ASK AN ASSOCIATE TO WORK ON IT NEXT WEEK.

10      THE COURT: ALL RIGHT.

11      MR. VOSS: I MEAN, IT'S FRIDAY AFTERNOON.

12      THE COURT: IT IS.

13      AND I GET IT. AND IF YOU WANT TO --

14      MR. VOSS: SO, IN ESSENCE A PROTECTIVE ORDER BASED ON

15  RULE 5.

16      THE COURT: WELL, I MEAN, DEFENDANT -- YOU'RE SAYING THAT

17  THE SERVICE WASN'T PROPER.

18      RIGHT?

19      MR. VOSS: AND COUNSEL -- RIGHT.

20      AND COUNSEL CAME INTO THIS CONFERENCE REQUESTING TO

21  BRING THEIR MOTION TO COMPEL.

22      BUT WE'VE NOW SWITCHED THE BURDEN FROM THE PLAINTIFF

23  HAVING TO DO A MOTION TO COMPEL WHERE THEY DIDN'T SERVE IT

24  PROPERLY. AND THAT WOULD BE MY RESPONSE TO THE MOTION TO

25  COMPEL TO US BRINGING A PROTECTIVE ORDER BECAUSE IT WASN'T

1     SERVED PROPERLY.

2     THE COURT: OKAY. WELL, HERE'S THE THING. THEIR MOTION

3 TO COMPEL IS WE SERVED THIS ON THEM.

4     I THINK WHAT MORE -- WHAT MORE ARE THEY GOING TO SAY,

5 MR. VOSS.

6     MR. VOSS: COUNSEL HAS ALREADY ADMITTED THAT THEY -- TO

7 YOU -- THAT THEY DO NOT HAVE THE WRITTEN -- PURSUANT TO RULE 5

8 THE WRITTEN AGREEMENT TO ACCEPT SERVICE BY EMAIL.

9     THE COURT: AND THEY --

10     MR. VOSS: SO --

11     THE COURT: AND THEY'VE SAID THAT THEY HAVE CASE LAW

12 THAT INDICATES THEY DON'T NEED TO.

13     MR. VOSS: AND I -- AND I --

14     THE COURT: THAT'S --

15     MR. VOSS: AND I HAVE TOLD THE COURT -- AND I HAVE READ

16 THAT AS AN UNPUBLISHED OPINION. IT IS NOT THE NINTH CIRCUIT'S

17 POSITION. THE NINTH CIRCUIT'S POSITION IS NOT THAT.

18     I HAVE CASE LAW TO THE CONTRARY.

19     THE COURT: WELL, UNPUBLISHED OPINION. WHAT YEAR?

20     MR. VOSS: YOUR -- IT WAS YOUR CASE YOU BROUGHT UP,

21 COUNSEL.

22     THE COURT: AND BECAUSE THEY -- AFTER -- AFTER 2008

23 UNPUBLISHED NINTH CIRCUIT OPINIONS CAN BE CITED WITH AUTHORITY.

24     MR. VOSS: UNPUBLISHED OPINIONS THAT CAME UP AFTER 2008.

25     THE COURT: CORRECT.

1    MR. VOSS: YOU CAN'T GO BACK TO 1966 UNPUBLISHED OPINIONS

2

3    THE COURT: THAT'S WHAT I SAID, MR. VOSS.

4    MR HARRIS: IT'S A 2005 OPINION.

5    THE COURT: 2005 UNPUBLISHED FROM THE NINTH?

6    MR. HARRIS: NO, NO, NO. IT'S FROM -- IT'S FROM I THINK AN EASTERN DISTRICT.

8    THE COURT: OF CALIFORNIA?

9    MR. HARRIS: YES.

10    THE COURT: AND WHAT'S IT SAY?

11    MR. HARRIS: IT SAYS THAT A PARTY SERVED BY EMAIL WITHOUT A PRIOR WRITTEN AGREEMENT CAN WAIVE THAT BY NOT – BY NOT CLAIMING – BY NOT OBJECTING.

14    THE COURT: BY NOT OBJECTING ON THAT BASIS?

15    MR. HARRIS: YES.

16    THE COURT: OKAY. YES. AND THAT WOULD MEAN --

17    MR. HARRIS: WOULD HAVE BEEN LIKE SEVEN MONTHS AGO --.

18    THE COURT: OKAY.

19    SO, THEY HAVE TO OBJECT TO A THING THAT'S IMPROPERLY SERVED IS WHAT DENIED -- IS WHAT THE EASTERN DISTRICT SAID?

21    MR. HARRIS: NO. THE WAY -- WHEN THE MOTION CAME UP TO COMPEL THE – THE RESPONDING PARTY OBJECTED ON RULE 5.

23    AND THE COURT SAID IT WAS WAIVED BECAUSE IT HADN'T BEEN BROUGHT TIMELY.

25    THE COURT: OKAY.

1     TIMELY BEING MADE WITHIN THE 30 DAYS OR WHAT?

2     MR. HARRIS: NO, NO, NO. I -- YOU KNOW, IT WAS –

3     THE COURT: HERE'S WHAT I WANT TO DO ON THE RULE 5.

4     MR. HARRIS, SEND ME YOUR CASE.

5     MR. VOSS, SEND ME YOUR CASE.

6     WE'RE GOING TO -- WHAT TIME DID YOUR TRIAL START ON

7 MONDAY, MR. VOSS?

8     MR. VOSS: I'M IN ORANGE COUNTY AT 8:00. I -- IT'S -- I'M VERY

9 FAMILIAR WITH JUDGE STOCK. I'VE TRIED CASES WITH HER BEFORE. I'M

10 SURE I CAN GET A BREAK TO -- TO MEET WITH YOU.

11     THE COURT: I PRESUME – YOU INDICATED, YOU KNOW, WHY

12 DON'T WE -- LET'S RECONVENE ON SUNDAY IF ANYBODY HAS ANY –

13     I KNOW MR. VOSS YOU SAID YOU'RE GOING TO BE OUT OF

14 TOWN. SO –

15     MR. VOSS: I'M' ON THE BACK SIDE -- I'M ON THE BACK SIDE OF

16 CATALINA WITH –

17     THE COURT: OKAY. WELL, SO HOW URGENT -- FILE --

18     MR. VOSS: CAN WE DO MONDAY?

19     THE COURT: IF YOU'RE -- IF YOU'RE DOING CATALINA AND ALL

20 THIS, SIR, I DON'T -- YOU KNOW, ALL OF A SUDDEN THE EMERGENCY

21 ASPECT KIND OF GOES AWAY.

22     MR. VOSS: WELL, THERE'S NO EMERGENCY TO THE WHOLE

23 CASE, YOUR HONOR, IN THAT --

24     THE COURT: THERE IS. THERE'S A TRIAL DATE SET OF MAY 18TH.

25     MR. VOSS: AND I JUST SAID COULD I MAKE -- I WOULD MAKE

1   MYSELF AVAILABLE ON MONDAY MORNING.

2              YOU TELL ME WHEN. AND I WILL GET LOOSE.

3              THE COURT: MONDAY AT 9:00 A.M.

4              MR. VOSS: I WILL BE AVAILABLE THEN, YOUR HONOR.

5              THE COURT: OKAY. THE --

6              MR. VOSS:   -- TO OUR CASE.

7              THE COURT: MR. HARRIS AND MR. VOSS, IF YOU CAN SEND ME

8   YOUR RELATIVE -- RELEVANT CASES ON THE RULE 5 ISSUE. I'LL TAKE A

9   LOOK AT IT.

10             MR. HARRIS, IF THE -- IF THE -- I F IT SHOWS THAT IT WASN'T

11  PROPERLY SERVED, AT LEAST THE DOCUMENT REQUESTS, YOU KNOW, IT

12  WASN'T PROPERLY SERVED.

13             MR. VOSS: YOU CAN'T OBJECT TO SOMETHING YOU DIDN'T

14  RECEIVE.

15             THE COURT: ALL RIGHT, MR. VOSS. I GET IT. OKAY.

16             MR. VOSS: THANK YOU, YOUR HONOR.

17             THE COURT: OKAY. AND THE NEXT THING IS THE 30(B)(6)

18  WITNESS.

19             WHICH YOU SERVED THAT. WHEN WAS THAT   --- AND THAT WAS

20  ALSO –

21             MR. VOSS: SO –

22             THE COURT:  -- SAME THING –

23             MR. HARRIS: I SERVED – I SERVED ALL  -- SETTING THINGS AT

24  THE SAME DAY.

25             THE COURT: OKAY.

1     SO, WE'LL – WE'LL KNOW BY -- I'LL TAKE A LOOK. AND I'LL BE
2     READY TO ARGUE – PLEASE BE READY TO ARGUE THIS MONDAY
3     MORNING.
4     ALSO, IF YOU HAVE ANY WRITTEN DOCUMENTS OR ANYTHING
5     THAT SUPPORT YOUR POSITION, SEND THEM IN AN EMAIL TO ME. CC THE
6     OTHER SIDE. AND I'LL TAKE A LOOK AT THEM. AND WE'LL BE READY TO
7     ARGUE THIS MONDAY MORNING AT 9:00.
8     MR. HARRIS: WHAT TIME –-
9     MR. VOSS: SHOULD WE CONVEY THE CASES TO YOUR CASE
10     MANAGER OR TO YOU?
11     THE COURT: SHK --
12     MR. VOSS: SORRY?
13     THE COURT: YES. THIS IS -- SEND IT TO THE SHK CHAMBER'S
14     EMAIL.
15     MR. VOSS: RIGHT. OKAY.
16     THE COURT: AND I'LL TAKE A LOOK AT IT.
17     AND BE READY TO ARGUE. AND IF IT -- IF IT DOESN'T GO YOUR
18     WAY, MR. HARRIS, YOU'VE GOT NO DISCOVERY OUT THERE. AND, YOU
19     KNOW, YOU'RE GOING TO HAVE TO SERVE IT OR DO -- DO SOMETHING.
20     MR. HARRIS: OKAY.
21     THANK YOU, YOUR HONOR.
22     THE COURT: ALL RIGHT.
23     SEE YOU FOLKS MONDAY MORNING THEN.
24     THANK YOU.
25     MR. VOSS: THANK YOU, YOUR HONOR.

| | |
|---|---|
| 1 | THE COURT: HAVE A GOOD WEEKEND. STAY SAFE OUT THERE. |
| 2 | MR. VOSS: ALL RIGHT. |
| 3 | MR. HARRIS: WILL DO, YOUR HONOR. |
| 4 | THANK YOU. |
| 5 | THE COURT: YES. THANK YOU. |
| 6 | THE CLERK: COURT IS ADJOURNED. |
| 7 | (PROCEEDINGS ADJOURNED.) |
| 8 | |
| 9 | |
| 10 | |
| 11 | ` |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | ` |
| 23 | |
| 24 | |
| 25 | |

<TRANSCRIBER'S CERTIFICATE>

TRANSCRIBER'S CERTIFICATE

DISCLAIMER

THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED

DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.

I, Dorothy Babykin, attest that the foregoing proceedings provided to me electronically were transcribed by me to the best of my ability.

/s/ *Dorothy Babykin*

Dorothy Babykin

Date: 10/20/21

Dorothy Babykin Courthouse Services
1218 Valebrook Place • Glendora, CA 91740 • 626.963.0566 • dotnisbet@aol.com