UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-05526-SVW-SHK | Date | October 19, 2021 |
|---|---|---|---|
| Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael D. Harris | David C. Voss |

**Proceedings:**   [97] MOTION for Summary Judgment as to Plaintiff's First Amended Complaint filed by defendants; and
[99] MOTION to Bifurcate Discovery filed by defendants

Hearing held. The motion for summary judgment is DENIED.

: 13

Initials of Preparer   PMC