1                           UNITED STATES DISTRICT COURT
                         CENTRAL DISTRICT OF CALIFORNIA

2                              WESTERN DIVISION

3

4    ATHENA COSMETICS, INC.,    )
                            )

5                           )
          Plaintiff,        )

6                           )
         vs.            )   Case No.  CV 20-5526-SVW(SHK)

7                           )
    AMN DISTRIBUTION, INC.,    )    Riverside, California

8    ET AL.,                  )    December 28, 2020
                           )

9          Defendants.     )
    _____)

10

11

12

13

14                     DISCOVERY STATUS CONFERENCE
         BEFORE THE HONORABLE SHASHI H. KEWALRAMANI

15              UNITED STATES  MAGISTRATE JUDGE

16

17

18

19

20    APPEARANCES:            See Next Page

21    COURT REPORTER:       Recorded, MS Teams

22    COURTROOM DEPUTY:     Dana Castellanos

23    TRANSCRIBER:          Dorothy Babykin
                         Courthouse Services

24                         1218 Valebrook Place
                         Glendora, California  91740

25                         (626) 963-0566

1  APPEARANCES:

2

3

FOR PLAINTIFF ATHENA COSMETICS, INC.:

4

5          SOCAL IP LAW GROUP LLP
           BY:  MARINA LANG
               MICHAEL HARRIS
6              ATTORNEYS AT LAW
           310 N. WESTLAKE BOULEVARD
7          SUITE 120
           WESTLAKE VILLAGE, CALIFORNIA  91362

8

9  FOR DEFENDANT AMN DISTRIBUTION, INC., ET AL.:

10         VOSS, SILVERMAN, BRAYBROOKE LLP
           BY:  DAVID C. VOSS
11             ATTORNEY AT LAW
           4640 ADMIRALTY WAY
12         SUITE 800
           MARINA DEL REY, CALIFORNIA  90292

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                                       I N D E X

4

5     CV 20-5526-SVW(SHK)                              DECEMBER 28, 2020

6

7     PROCEEDINGS:    DISCOVERY STATUS CONFERENCE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2               RIVERSIDE, CALIFORNIA; DECEMBER 28, 2020

3               THE CLERK:  CALLING CASE NUMBER 2:20-CV-5526, ATHENA

4  COSMETICS, INC. VERSUS AMN DISTRIBUTION, INC.,

5               COUNSEL, YOUR APPEARANCES, BEGINNING WITH THE

6  PLAINTIFFS.

7               MR. HARRIS:  MICHAEL HARRIS AND MARINA LANG FOR THE

8  PLAINTIFF.

9               (PAUSE IN PROCEEDINGS.)

10             THE COURT:  AND FOR DEFENDANT.

11             (PAUSE IN PROCEEDINGS.)

12             THE COURT:  I'M SORRY.  YOU'RE ON MUTE, SIR.

13             MR. VOSS:  I'M SORRY ABOUT THAT.  I WAS BEING CAREFUL NOT

14  TO SHUFFLE. (LAUGHTER.)

15             DAVID VOSS ON BEHALF OF THE DEFENDANT.

16             THANK YOU, YOUR HONOR.

17             THE COURT:  VERY GOOD.  OKAY.

18             SO, WE'RE HERE BECAUSE I GUESS A COUPLE OF THINGS OR

19  SEVERAL.  LET'S GO THROUGH THEM.

20             IT SOUNDS LIKE PLAINTIFFS DON'T WANT TO ENGAGE IN ANY

21  FURTHER SETTLEMENT NEGOTIATIONS AT THIS TIME.

22             IS THAT FAIR TO SAY, MR. HARRIS?

23             MR. HARRIS:  YES, AS FAR AS MEDIATION GOES.  WE TALKED

24  SETTLEMENT TODAY.

25

1          THE COURT:  OKAY.  OKAY.  SO, THEY DON'T -- THEY DON'T WANT

2    TO PARTICIPATE WITH A THIRD PARTY TO TRY AND SETTLE THIS.

3          IS THAT --

4          MR. HARRIS:  THAT'S CORRECT.

5          THE COURT:  -- FAIR TO SAY, MR. HARRIS?

6          MR. HARRIS:  I --

7          THE COURT:  GOT IT.  OKAY.

8          MS. LANG:  YOUR HONOR --

9          THE COURT:  THE --

10         MS. LANG:  SORRY, YOUR HONOR.

11         THE COURT:  YEAH.

12         MS. LANG:  IF I -- IF I CAN INTERJECT.  WE HAVEN'T HAD A

13   CHANCE TO MEET YET.

14         I'M -- I'M ACTUALLY LEAD COUNSEL FOR THIS CASE.  AND I JUST

15   WANT TO EMPHASIZE THAT WE HAD A VERY LONG MEDIATION WITH MRS.

16   BRISTOL - IT WAS LIKE AN --

17         THE COURT:  NOT – NOT AT -- NOT IMPORTANT.  UNIMPORTANT.

18         YOU'RE FREE TO NOT HAVE A THIRD PARTY.  THAT'S TOTALLY UP

19   TO YOU.

20         MS. LANG:  OKAY.

21         THE COURT:  I JUST WANT TO GET TO WHAT'S  -- I JUST WANT TO

22   GET TO  WHAT'S ON MY TABLE NOW.  I DON'T MEAN TO  -- I'M IN THE

23   MIDDLE OF A SETTLEMENT CONFERENCE.  SO, I CAME OVER TO DO THIS.

24         SO, ARE YOU GOING TO  -- MS. LANG, ARE YOU GOING TO BE

25   TAKING THE LEAD THEN TODAY?

1          MS. LANG:  SURE.

2          YES, YOUR HONOR.

3          THE COURT:  I'M SORRY.  IS THAT A YES?

4          MS. LANG:  YES, YOUR HONOR.  YES, YOUR HONOR.

5          THE COURT:  OKAY.  VERY GOOD.

6          OKAY.  GOT IT.  ALL RIGHT.

7          SO -- SO, THE PARTIES ARE CONTINING TO ENGAGE IN THEIR

8     OWN SETTLEMENT DISCUSSIONS.  THEY DON'T THINK THEY'LL -- AT LEAST

9     FEEL TO HAVING A THIRD PARTY INVOLVED IN THAT WOULD BE HELPFUL

10    AT THIS TIME BASED UPON WHAT'S --

11         SECOND, THEN, WITH RESPECT TO THE MOTION TO SET ASIDE

12    THE DEFAULT, DEFENDANTS --- I DON'T BELIEVE JUDGE WILSON HAS

13    RULED UPON THAT YET.

14         IS THAT CORRECT, MR. VOSS?

15         MR. VOSS:  THAT'S CORRECT, YOUR HONOR.  WE FILED A REPLY

16    BRIEF TODAY.  AND I DID ASK MR. HARRIS WITHIN THE LAST HOUR TO

17    REVIEW THAT, TO RENEW OUR REQUEST THAT THEY CONSIDER

18    STIPULATING TO THE SET ASIDE GIVEN THE AMPLE EVIDENCE THAT OUR

19    CLIENT WAS UNDER COVID LOCKDOWN IN AUSTRALIA AND NOT IN THE

20    UNITED STATES WHEN PURPORTEDLY SERVED, INCLUDING THE LATEST

21    OF  EVEN INCLUDING A PICTURE OF HIM BY THE HOSPITAL BED OF HIS

22    DAUGHTER IN AUSTRALIA TIME AND DATE STAMPED.

23         THE COURT:  AGAIN -- AGAIN, I'M JUST TRYING TO  -- I'M TRYING

24    TO SEE  -- OKAY.  SO, I JUST  -- SO, WE'RE THERE THERE.

25

1          THE THIRD THING IS THE  -- SO, NOW WE HAVE THIS DISCOVERY

2    REQUEST THAT'S PENDING.  AND THAT WAS FILED BY PLAINTIFFS WITH A

3    HEARING DATE OF JANUARY THE 12TH.

4          IS THAT CORRECT, MS. LANG?

5          MS. LANG:  THAT IS CORRECT, YOUR HONOR.

6          THE COURT:  OKAY.

7          DOES THAT COMPLY WITH THE LOCAL RULES?

8          MS. LANG:  YES, YOUR HONOR.

9          THE COURT:  HOW SO?

10         MS. LANG:  WELL, WE HAD  -- WE ATTEMPTED TO MEET AND

11   CONFER SEVERAL TIMES BOTH WITH FORMER COUNSEL AND CURRENT

12   COUNSEL.

13         I RECALL THAT MR. HARRIS HAD A DISCOVERY CONFERENCE ON

14   THAT  --

15         THE COURT:  I'M SORRY.  HOLD ON.  HOLD ON ONE SECOND.

16         PERHAPS, IT'S ME.

17         CAN EVERYBODY ELSE HEAR HER OKAY?

18         MR. VOSS.

19         MR. VOSS:  YES, YOUR HONOR.

20         MR. HARRIS:  YES, YOUR HONOR.

21         THE COURT:  OKAY.

22         SO, IT'S CLEARLY  -- IT'S CLEARLY MY INTERNET.

23         IF YOU CAN, GIVE ME A SECOND.

24         (PAUSE IN PROCEEDINGS.)

25         THE COURT:   OKAY.

1          MR. HARRIS:   CAN YOU MOVE INTO THE MIDDLE OF YOUR

2     SCREEN.

3          THE COURT:   HOW ABOUT NOW?  IS IT BETTER?

4          MS. LANG:  CAN YOU HEAR ME OKAY NOW?

5          THE COURT:   I CAN.  THANK YOU.

6          ALL RIGHT.  SO, OKAY.  GO AHEAD.

7          SO, I KNOW THAT THERE HAVE BEEN CERTAIN ISSUES WITH

8     PRIOR COUNSEL AND THAT PRIOR COUNSEL  -- DIFFICULTY IN GETTING OR

9     YOUR  -- YOUR FOLKS OF PLAINTIFF'S COUNSEL'S DIFFICULTY IN GETTING

10    AHOLD OF PRIOR DEFENSE COUNSEL.

11          AND THIS MATTER HAS LINGERED FOR A WHILE.  SO, WE HAVE

12    NEW COUNSEL NOW WITH MR. VOSS.

13          SO, MY READING OF THE RULES IS THAT YOU'VE GOT TO GIVE  --

14    IT'S 28 DAYS BEFORE.  BECAUSE YOU CAN REQUEST A HEARING DATE 28

15    DAYS IF YOU WANT TO GO THAT ROUTE THAT YOU CHOSE TO YOU

16    CLEARLY CHOSE TO DO THE  -- YOU WANTED TO GO UNDER RULE 37 OR

17    SOME MODIFIED  -- THEREOF.

18          IS THAT FAIR TO SAY, MS. LANG?

19          MS. LANG:  I'M GOING TO DEFER TO MICHAEL ON  -- ON THE

20    DISCOVERY ISSUES BECAUSE HE'S  -- HE ACTUALLY DID THE FIRST MEET

21    AND CONFER  --

22          MR. HARRIS;  YOUR HONOR, IT'S MY UNDERSTANDING THAT IT'S

23    21 DAYS WITH A STIPULATION.  BUT DEFENDANT DID NOT PARTICIPATE IN

24    THE STIPULATION EVEN THOUGH WE SENT IT OVER.

25

1        IF THE RULES ARE 28 DAYS, OBVIOUSLY, THAT'S OKAY.  WE'LL  --

2   WE'LL RENOTICE FOR 28 DAYS.

3        THE COURT:   OKAY.  AND WHAT WILL  -- WHAT WE'RE GOING TO

4   DO THEN IF YOU WANT TO GO DOWN THAT ROUTE I TRIED TO KIND OF

5   EXPEDITE ANYTHING LIKE THAT.

6        I THINK YOU GUYS NEED TO THEN FULLY COMPLY WITH RULE 37

7   WHICH INCLUDES THE LETTERS THAT GO BACK AND FORTH ALONG WITH A

8   CHOICE OF FILING.  OKAY.

9        MR. HARRIS:  YES.

10        THE COURT:  OKAY.  SO, I'M GOING TO DENY THIS  -- THE

11   KICKLER MOTION RIGHT NOW AS NOT COMPLIANT WITH LOCAL RULE 37,

12   INCLUDING A JOINT FILING THAT'S TO BE REQUIRED BY THE PARTIES

13   THEN.

14        ANY THOUGHTS, MR. VOSS?

15        MR. VOSS:  NOT AS A RESULT OF THAT DENIAL.

16        I THINK THAT IF THEY'RE GOING TO REFILE THE MOTION AS WE

17   HAVE STARTED TO DISCUSS, THERE WERE SOME SIGNIFICANT ISSUES.

18   AND WE STARTED GETTING INTO THEM ON THE LAST CALL.  AND THEN

19   THERE WAS AN AGREEMENT OH, WELL, INSTEAD OF DOING ALL OF THAT

20   WHEN BRINGING THE MOTION, LET'S DO A SETTLEMENT CONFERENCE.

21        BUT I WOULD REMIND EVERYONE THAT I HAVE REPEATEDLY

22   POINTED OUT OUR WILLINGNESS TO PROVIDE UNDER SEAL CRITICAL

23   INFORMATION REGARDING WHY IT WAS THAT OPPOSING COUNSEL DIDN'T

24   SHOW UP FOR ANYTHING.  AND WE HAD DISCUSSED THAT THERE ARE

25

1    CASE AUTHORITY IN PLACE FOR WAIVER OF OBJECTIONS BEING RELIEVED

2    FROM THAT.

3            IF WE'RE GOING TO GO DOWN ALL THIS ROAD, THEN, WE NEED

4    TO SET UP THE MECHANISMS BY WHICH WE'RE GOING TO DO THAT.

5    BECAUSE WE ALL KNOW THAT ONE OF THE MANY OBJECTIONS, THE

6    RESPONSES WE HAVE TO A MOTION TO COMPEL IS THE FACT THAT THE

7    WHOLE THING WAS PREMATURE.  AND THAT IT WAS ALSO AS A RESULT OF

8    THE INEFFECTIVE ASSISTANCE OF COUNSEL I'LL CALL IT POLITELY THAT

9    NO ANSWERS WERE PROVIDED.

10           SO, WHATEVER THAT MECHANISM IS GOING TO BE WE NEED TO

11   HAVE A DISCUSSION ABOUT HOW WE'RE GOING TO PRESENT THAT UNDER

12   SEAL  -- WELL, AS COUNSEL BY YOU THAT THIS IS A RECORDED CALL AND

13   NOT TO DISCUSS THAT ON  - ON THIS OPEN LINK IF YOU WILL.

14           THE COURT:  CORRECT.

15           SO, AS FAR AS SHARING INFORMATION, OBVIOUSLY THE

16   PARTIES CAN SHARE INFORMATION BETWEEN THEMSELVES WITH AN

17   AGREEMENT NOT TO DISCLOSE IT.  YOU DON'T HAVE TO HAVE THE

18   COURT'S INVOLVEMENT.

19           AND REMIND US THAT SHIFTED GEARS INTO THIS FROM A

20   SETTLEMENT CONFERENCE.

21           BUT IS THERE A PROTECTIVE ORDER IN PLACE IN THIS CASE?

22           MR. HARRIS:  YES, YOUR HONOR.

23           MS. LANG:  YES.

24           MR. VOSS:  THERE'S A GENERAL PROTECTIVE ORDER.  BUT,

25   YOUR HONOR, WE WOULD NEED THE COURT TO BE ABLE TO REVIEW THIS

1    INFORMATION REGARDING COUNSEL.  AND WE'RE ENTITLED TO DO SO.

2    AND AS WE DISCUSSED THERE'S PLENTY OF CASE AUTHORITY  --

3              THE COURT:  SO, YOU CAN FILE  --

4              MR. VOSS:  OKAY.

5              AND, SO, THE COURT WILL RECEIVE IT UNDER SEAL IF COUNSEL

6    WILL STIPULATE.

7              THE COURT:  THERE'S A MECHANISM  -- LOCAL RULES FOR HOW

8    TO FILE STUFF UNDER SEAL, MR. VOSS.

9              MR. VOSS:  AND WE WERE ASKING FOR COUNSEL TO AGREE

10   THAT IT BE RECEIVED UNDER SEAL.  IT SHORTCUTS ONE OF THE THINGS

11   WE WOULD NEED TO DO.

12             THE COURT:  MR. HARRIS, WOULD YOU OBJECT TO THEM FILING

13   STUFF UNDER SEAL THAT IS OF A PRIVATE NATURE RELATED TO THEI R

14   PRIOR COUNSEL?

15             MR. HARRIS:  I  -- I DON'T THINK SO.  I CAN'T IMAGINE WHY.

16             THE COURT:  --

17             MR. HARRIS:  INTERFERENCE, YOUR HONOR  --

18             THE COURT:  MS. LANG. MS LANG.  THAT'S WHY I ASKED YOU IF

19   YOU'RE GOING TO BE LEAD.  I WANT ONE LEAD, PLEASE.

20             MR. HARRIS:  THAT'S FINE.

21             MS. LANG:  I'M SORRY, YOUR HONOR.  IT'S DIFFICULT BECAUSE

22   W'RE ALL IN DIFFERENT LOCATIONS.  NORMALLY I WOULD BE WITH

23   MICHAEL HARRIS IN THE OFFICE RIGHT NOW.  BUT I HAVE FOUR CHILDREN

24   WHO ARE QUARANTINED.  SO, PLEASE APPRECIATE THE DIFFFICULTIES IN

25   HAVING TO  -- THIS CLIENT THIS WAY.

1      BUT AS FAR AS DISCOVERY IS CONCERNED, I DID  -- STIPULATED

2   PROTECTIVE ORDER WITH FORMER COUNSEL.

3      WE WERE  -- THE DISCOVERY IS DIRECTED TOWARD DEFENDANT

4   AMN.  IT'S PROPERLY ANSWERED IN THIS CASE.  HE IS NOT  -- HE HAS

5   NOTHING TO DO WITH MR. NEWMAN, THE INDIVIDUAL DEFENDANT.

6      MR. VOSS HAS REPEATEDLY REFUSED TO RESPOND TO ANY

7   DOCUMENT REQUESTS, SUPPLY US WITH ANY INFORMATION AT ALL.  AND

8   THIS DISCUSSION ABOUT FILING A MOTION UNDER  -- FILING DOCUMENTS

9   UNDER SEAL REGARDING THE INADEQUACY OF THE FORMER COUNSEL IS

10   IRRELEVANT.  WE HAVE REQUESTED DOCUMENTS AND DISCOVERY

11   REQUESTS FROM DEFENDANT AMN SEVERAL MONTHS NOW.  AND WE

12   HAVE RECEIVED NOTHING.  AND I HAVE  -- WE HAVE RECEIVED

13   ASSURANCES THAT WE WILL CONTINUE TO RECEIVE NOTHING BECAUSE

14   WE'RE NOT ENTITLED TO IT BECAUSE MR. VOSS BELIEVES THAT THIS CASE

15   IS MOOT FOR SOME REASON DUE TO WHATEVER HAPPENED WITH MR.

16   COHEN WHICH IS IRRELVANT AT THIS POINT.

17      OUR CLIENT NEEDS DOCUMENTS.  OUR CLIENT CAN'T EVEN

18   ENTERTAIN A PROPER SETTLEMENT NUMBER OR, YOU KNOW, VERIFY ANY

19   OF AMN'S DEFENSES WITHOUT THE DOCUMENTS.

20      THE DOCUMENT REQUESTS ARE VERY STRAIGHTFORWARD FOR

21   THE CORPORATE DEFENDANTS.  AND WE'VE BEEN ASKING FOR THEM FOR

22   MONTHS ON END.  AND WE HAVE A TRIAL DATE IN FRONT OF US.

23      MR. VOSS:  YOUR HONOR, IF I MAY.

24      SINCE MS. LANG WASN'T' ON THE CALL LAST TIME, WE

25   ADDRESSED A LOT OF THESE ISSUES ON OUR LAST CALL INCLUDING THE

1    FACT THAT NOT ONLY IS THERE A QUESTION OF THE RELIEF FROM THE

2    WAIVER OF OBJECTIONS, THE FACT THAT NO RULE 26 PLAN WAS FILED.

3            YOU DIRECTED ME IN FACT, YOUR HONOR, TO INCLUDE IN OUR

4    STIPULATION TO CONTINUE TRIAL A DIRECTION THAT IT INCLUDE A RULE

5    26 MEETING BECAUSE NO PLAN WAS SUBMITTED.  NO INITIAL DISCLOSURE

6    FROM THE DEFENDANTS TOOK PLACE.

7            AND THIS WHOLE THING ABOUT OH, TRIAL IS PENDING.  IT'S

8    SUCH A RUSE THAT IT  -- IT IS FRANKLY DISINGENUOUS.  BECAUSE WE

9    SENT STIPULATION TO CONTINUE TRIAL OVER.  AND THEY HAVEN'T

10   SIGNED IT.

11           NOW, IF THEY WOULD STIPULATE TO CONTINUE THE TRIAL –

12   WHICH COUNSEL EXPRESSLY TOLD YOU HE WOULD  -- THERE'S NO

13   DEADLINE TO BE BUTT UP AGAINST.

14           WE  -- AND I EMAIL  -- IF YOU LOOK AT THE EMAIL THAT I SENT

15   OVER TO THE COURT, I DETAILED FOR YOU AS A REMINDER WE TEXTED

16   OUR EIGHT DIFFERENT REASONS WHY TRIAL COULDN'T CONTINUE  -- NOT

17   THE LEAST OF WHICH IS COUNSEL HASN'T COMPLIED WITH ANY OF THE

18   REQUIREMENTS TO MEET AND CONFER BEFORE THE PRETRIAL DATE 40

19   DAYS IN ADVANCE AND ANY NUMBER OF OTHER REQUIREMENTS FOR THE

20   TRIAL DATE.

21           NOW, WE KNOW THIS TRIAL CAN'T CONTINUE AT THIS TIME.  IT'S

22   A JURY TRIAL AT THIS TIME.  WE WERE DIRECTED TO DO THIS BY

23   STIPULATION.

24           COUNSEL SAID HE WOULD STIPULATE.  AND, YET, TWO WEEKS

25   HAS GONE BY AND HE'S REFUSED TO DO SO.

1          SO, NOW, I'M GOING TO BE FORCED TO BRING THAT BY WAY OF

2     MOTION.  BUT YOU DON'T GET TO STAND THERE ON YOUR HIGH HORSE

3     AND SAY, OH, WE'VE GOT TRIAL COMING.  WE'VE GOT TO GET THIS DONE

4     WHEN YOU SAID YOU WERE GOING TO STIPULATE TO THE CONTINUANCE

5     OF TRIAL.  YOU CAN'T HAVE BOTH IN THE SAME UNIVERSE.  SORRY.

6          MS. LANG:  WE'RE NOT STIPULATING TO THE CONTINUANCE OF

7     TRIAL.  AND THAT'S NOT AT ISSUE HERE.

8          MR. VOSS:  WELL, YOU'RE  -- YOU'RE  -- MR. HARRIS DID.  HE

9     SAID SO RIGHT IN FRONT OF JUDGE KEWALRAMANI THE LAST TIME WE

10    WERE ON THE PHONE.

11         SO, I GUESS THE QUESTION IS WHICH ONE OF YOU IS RUNNING

12    THIS CASE.

13         MR. HARRIS:   WELL, YOUR HONOR, I  -- I  -- I'LL ADMIT I AGREED.

14    BUT NOT TO THE STIPULATION THAT HE HAD PREPARED.

15         AND HE PUT IN SIX OR SEVEN MONTHS IN THE FUTURE.  AND WE

16    DIDN'T AGREE TO SIX OR SEVEN MONTHS IN THE FUTURE.

17         MR. VOSS:  AND AS I DISCUSSED WITH MR. HARRIS TODAY, HE

18    WAS FREE TO INTERLINEATE ANYTHING HE WANTED.  AND VERY CANDIDLY

19    HE AGREED WITH ME.  I DON'T CARE WHAT DATE I PUT IN THERE.  I COULD

20    PUT  --

21         MR. HARRIS:  NO.  I  --

22         MR. VOSS:   -- AND  --

23         MR. HARRIS:  AND WHY SHOULD  --

24         MR. VOSS:  AND THE FACT OF THE MATTER IS THE FEDERAL

25    COURT JUDGE IS GOING TO PUT WHATEVER DATE SUITS HIM OR HER AS

1    THE CASE MAY BE.  IT'S NOT GOING TO MATTER WHAT WE TELL THE

2    COURT.

3            SO -- AND THEN IT'S ALSO DISINGENUOUS BECAUSE IN THE

4    EMAIL THAT COUNSEL SENT OVER TO YOU HE WAS COMPLAINING IN HIS

5    LAST SENTENCE DELAYIING DISCOVERY RESPONSES COULD INTERFERE

6    WITH TRIAL PREPARATION IF THE JUDGE WILL NOT GRANT A MANY-MONTH

7    TRIAL CONTINUANCE – WHICH IS WHY I PUT JULY.

8            IF HE'S GOT AN ISSUE WITH JULY, AND THAT'S THE ONLY ISSUE

9    FOR NOT HAVING STIPULATED TO THE TRIAL CONTINUANCE AS COUNSEL

10   SAID HE WOULD, PICK ANOTHER MONTH.  THIS ISN'T HARD.

11            BUT YOU DID SAY YOU'D STIPULATE TO CONTINUE TRIAL.  AND

12   YOUR ONLY OBJECTION APPARENTLY IS TO THE WORD JULY.

13           SO, WHAT MONTH WOULD YOU LIKE, COUNSEL?  CAN WE

14   STIPULATE NOW.

15           MS. LANG:  SO  -- WE'RE NOT GOING TO BE STIPULATING TO AN

16   EXTENSION OF TRIAL.  WE'RE NOT  --

17           MR. VOSS:  WELL, THEN, YOU'RE NOT READY FOR TRIAL.  AND

18   YOU'RE NOT GOING  --

19           MS. LANG:  THE  --

20           MR. VOSS:   -- TO HAVE YOUR DISCOVERY HEARD BEFORE THE

21   TRIAL DATE.  SO, HOW ARE YOU GOING TO GO FORWARD WITH TRIAL NOT

22   HAVING DONE THE 40 DAY IN ADVANCE OF PRETRIAL CONFERENCE, NOT

23   HAVING DONE ANY OF THE EXCHANGES REQUIRED UNDER THE FEDERAL

24   RULES.

25           HOW ARE YOU GOING FORWARD WITH TRIAL ON JANUARY 19TH?

1          MS. LANG:  AND WHEN MEN TALK OVER ME REPEATEDLY.

2          SO, I DON'T  -- I WILL NOT ALLOW YOU TO RESET THIS CASE

3    WHICH IS A CASE OF COUNTERFEIT TRAFFICKING JUST BECAUSE  -- I

4    DON'T  --

5          ARE YOU EVEN COUNSEL FOR DEFENDANT MOISHE?  I HAVEN'T  -

6    - I HAVEN'T SEEN A NOTICE OF APPEARANCE FROM MOISHE.

7          MR. VOSS:  COUNSEL, THE INTERESTING THING HERE IS  --

8          MS. LANG:  ALL RIGHT.  THEN REPRESENT  --

9          MR. VOSS:  YOU  -- NO, NO, NO.  I WENT THROUGH THIS WITH THE

10   JUDGE.

11         AND, AGAIN, YOU WEREN'T HERE.  SO, SINCE YOU WEREN'T

12   HERE  --

13         MS. LANG:  I  --

14         MR. VOSS:   -- LET ME REPEAT FOR YOUR BENEFIT.

15         YOUR ONLY ALLEGATION AS TO ANY ILLEGALITY IS FROM

16   NOVEMBER OF 2019.

17         YOU HAVE MADE NO ALLEGATION OF ANY ONGOING  -- ANY

18   COUNTERFEIT AND TRADEMARKING OR ANYTHING OF THE LIKE SINCE

19   NOVEMBER OF 2019.

20         AND AS THE JUDGE PRESCIENTLY ASKED MR. HARRIS IN THE

21   LAST MEETING.  YOU GOT PAID PURSUANT TO A SETTLEMENT AGREEMENT

22   AND ACCEPTED THE MONEY UNDER THAT SETTLEMENT AGREEMENT THAT

23   SAID YOU WOULD NOT FILE THESE VERY CLAIMS.

24         YOU GOT PAID.

25         MS. LANG:  SO, CALL  -- SO, CALL ME AS A WITNESS AT TRIAL.

1              THE COURT:  OKAY.

2                    MR. VOSS:  NO.  I'M SETTING THE SETTLEMENT AGREEMENT  --

3                    THE COURT:  WAIT.  OKAY.

4                    MR. VOSS:   -- FROM THE COURT.

5                    THE COURT:  PARDON  ME.

6                    LET ME KNOW WHEN YOU WANT ME TO GET INVOLVED.

7                    MR. VOSS:  RIGHT NOW, YOUR HONOR.

8                    ALL I SEE IS THAT A MOTION TO COMPEL IS NOT PROPERLY

9      FILED.

10                    I RAISED THE OBJECTIONS WITH RESPECT TO THE LOCAL RULES

11      AND ASKED THAT IT BE VACATED PURSUANT TO THE COURT CLERK'S

12      POWERS IN THAT REGARD.

13                    AND AS FAR AS I'M CONCERNED, IF THEY WANT TO GO OVER

14      THIS AGAIN, THEN, THEY'RE GOING TO HAVE A HAVE A NEW RULE 4

15      CONFERENCE.  AND WE'LL DISCUSS ALL OF THAT.

16                    BUT WE HAVE A NEW DEFENDANT THAT ON JANUARY 11  -- SINCE

17      THEY HAVEN'T STIPULATED TO IT  -- I'M PRETTY DARN CONFIDENT THAT

18      IT'S GOING TO BE BACK IN THIS CASE.

19                    THE CO-DEFENDANT IS GOING TO BE ENTITLED TO PARTICIPATE

20      IN A PROFFER RULE 26 CONFERENCE.  AND YOU CAN'T PROCEED WITH

21      DISCOVERY WITHOUT IT.

22                    SIMPLE AS THAT.

23                    MS. LANG:  AND FOR  --

24                    THE COURT:  ALL RIGHT.

25

1    MS. LANG:  MR. VOSS  -- AND I JUST WANT TO HAVE SOME FINAL

2 WORDS BECAUSE MR.  – DEFENDANT  --

3    THE COURT:  NO.  NO.  I'M SORRY.

4    I'VE BEEN  -- I THINK I'VE BEEN PRETTY PATIENT HERE.  OKAY.

5    SO, LET'S  -- LET'S TAKE 10 SECONDS AND JUST TAKE SOME

6 BREATHS.

7    MS. LANG:  YEAH.

8    (PAUSE IN PROCEEDINGS.)

9    MS. LANG:  I'VE BEEN PATIENT FOR DISCOVERY, TOO.

10    THE COURT:  MS. LANG, WAS THAT NECESSARY?

11    (PAUSE IN PROCEEDIINGS.)

12    THE COURT:  MS. LANG, WAS THAT NECESSARY?

13    MS. LANG:  WHAT?

14    THE COURT:  DO YOU BELIEVE  --

15    MS. LANG:  YOU SAID DISCOVERY  --

16    THE COURT:  YOU'RE ACTING  -- IS THIS APPROPRIATE?

17    DO YOU BELIEVE YOU'RE ASKING FOR  --

18    MS. LANG:  I DON'T WANT TO  --

19    ALL I  -- IS MY DISCOVERY WITHIN FIVE, SEVEN DAYS.

20    CAN YOU MAKE AN ORDER ON THAT?

21    THE COURT:  OKAY.  YOUR MOTION IS DENIED  -- NOT

22 COMPLYING WITH LOCAL RULES.

23    AND IF THE PARTIES WISH TO FILE ANY FURTHER MOTIONS,

24 THEY ARE TO FILE IT IN ACCORDANCE WITH LOCAL RULE 37 IN THIS CASE

25

1    WHICH INCLUDES A JOINT STIPULATION  -- THE JOINT FILING MECHANISM

2    SET FORTH UNDER THE LOCAL RULES.

3            ALL RIGHT.

4            ANYTHING FURTHER THEN FROM PLAINTIFFS?

5            MS. LANG:  NO, YOUR HONOR.

6            THE COURT:  ANYTHING FURTHER FROM DEFENDANTS?

7            MR. VOSS:  ONLY, YOUR HONOR, MY UNDERSTANDING  --

8            THE COURT:  NO.

9            YES OR NO?

10           MR. VOSS:  GET  --

11           THE COURT:  OKAY.

12           MR. VOSS:  YES.

13           THE COURT:  THERE IS?  YOU HAVE SOMETHING FURTHER?

14           GO AHEAD.  WHAT IS IT?

15           MR. VOSS:  AGAIN, AS TO THE ISSUE OF THE TRIAL

16   CONTINUANCE.

17           WE CAN FILE THAT AS A MOTION TO THE COURT  --

18           THE COURT:  SIR  --

19           MR. VOSS:   -- AND IF WE BOTH  --

20           THE COURT:   -- BUT THAT'S NOT  -- THAT'S UP  -- THAT'S UP TO

21   JUDGE WILSON.  THAT'S NOT UP TO JUDGE  -- THAT'S NOT TO ME.

22           MR. VOSS:  ALL RIGHT.  OR WE CAN JUST LEAVE THE TRIAL DATE.

23           THE COURT:  WELL, YOU CAN  --

24           MR. VOSS:  ALL RIGHT.  THANK YOU, YOUR HONOR.

25           THE COURT:  MR. VOSS.  MR. VOSS  --

1          MR. VOSS:  THANK YOU.

2          THE COURT:    -- ENOUGH WITH THE LITTLE SNIDE COMMENTS.

3     ENOUGH, SIR.

4          MR VOSS. :  THANK YOU.

5          THE COURT:  IT'S NOT POLITE, SIR.

6          MR. VOSS:  THANK YOU, YOUR HONOR.

7          THE COURT:  EVERYONE HAVE A GREAT DAY.  AND STAY SAFE.

8          MR. VOSS:  THANK YOU.

9          MS. LANG:  THANK YOU, YOUR HONOR.

10          MR. HARRIS:  THANK YOU, YOUR HONOR.

11          THE CLERK:  COURT IS ADJOURNED.

12          (PROCEEDINGS ADJOURNED.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                                TRANSCRIBER'S CERTIFICATE

5

6                                        DISCLAIMER

7        THE INTEGRITY OF THIS TRANSCRIPT MAY BE ADVERSELY AFFECTED

8                DUE TO MUFFLED AND UNCLEAR AUDIO TRANSMISSION.

9

10              I, Dorothy Babykin, attest that the foregoing proceedings provided to me

11      electronically were transcribed by me to the best of my ability.

12                      .

13                                      /s/  *Dorothy Babykin*

14                                        Dorothy Babykin

15

16

17      Date:   10/20/21

18

19

20

21

22

23

24

25

Dorothy Babykin Courthouse Services
1218 Valebrook Place   •   Glendora, CA 91740   •   626.963.0566   •   dotnisbet@aol.com