Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>     Plaintiff, <br> v. <br> AMN Distribution Inc., et al, <br>     Defendants. | No. 2:20-cv-05526-SVW-SHK <br> Ex Parte Application For Order Permitting Plaintiff Athena to File Motion In Limine to Exclude Defendant Moishe Newman from Testifying At Trial <br> Pretrial Conference: November 6, 2021 <br> Time: 3:00 p.m. <br> Trial Date: November 16, 2021 <br> Judge: Wilson |

Plaintiff Athena Cosmetics, Inc. applies ex parte for an order permitting it to file the attached Motion In Limine to Exclude Moishe Newman from Testifying at trial because of his refusal to be deposed.

Plaintiff moves ex parte because Defendant Moishe Newman, as an individual and as Defendant AMN's CEO refuses to be deposed, most recently yesterday, October 28. His refusal hampers Athena's ability to prepare for trial. Mr. Newman should not be rewarded for refusing to be deposed and then testifying without AMN's documents to impeach him with the documents.

MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Athena alleges Defendants sold and continues to sell counterfeit Athena cosmetics and breached an agreement in which Defendants promised to cease sales, advertising, etc. of Athena counterfeits and legitimate products. Defendant

AMN also promised to provide two schedules with full contact information of Defendants' suppliers and customers. Defendant Newman warranted the accuracy of the schedules. Instead of full contact information, the schedules provided the Internet fictitious names. The schedules also are inaccurate and incomplete.

Athena sought documents from defendants verifying their sales and a deposition under Rule 30(b)(6) of AMN and Rule 30(b)(1) of AMN through its CEO Newman. Defendants produced almost no documents. They objected to all Athena's first document requests (Ex. 1 is defendants' response). Requests include:

> All invoices, shipping Documents and bills of lading for your shipping Athena Goods. Req. 4, p. 9

> All communications including emails and letters with all suppliers or potential suppliers of Athena Goods. Req. 6, p. 11.

> All financial records including any bank records showing all profits or losses made in the United States and worldwide from sales or shipments of any Athena Goods. Req. No. 18, p. 20.

They finally produced incomplete and useless documents on August 24, 2021. Exhibit 2 is the first five pages of an eBay order of Athena's REVITALASH with names redacted. The first page has the name of the buyer without other contact information; the last page repeats his name, and the last four pages are eBay advertising.

Defendants must be withholding documents. Otherwise, if they claim they have no summary information of every sale, they are not credible. They also could not have prepared the schedules.

Athena intended to ask Mr. Newman what documents AMN kept. But three times he failed to attend his properly noticed deposition. Athena noticed Rule 30(b)(6) depositions of AMN for November 5, 2020, and June 4, 2021. See Exs. 3 and 4. No witness appeared. After defense counsel said Mr. Newman was the only knowledgeable witness, Athena noticed AMN through Mr. Newman as a corporate

officer and set the deposition on October 28. Ex. 5. Athena noticed it as a live deposition in its attorney's office because defense counsel Mr. Voss insisted on live depositions. On October 22, Mr. Voss approved virtual deposition of ecommerce companies like eBay that Athena claims are stores for AMN's counterfeits. AMN's headquarters also are in Long Beach.

After Athena noticed the recent deposition, Mr. Voss said he had a two-week trial in Los Angeles Superior Court starting October 18, but he did not ask to postpone the deposition into November. He served no objection and did not move for a protective order. Neither Mr. Newman, Mr. Voss, nor another attorney from Mr. Voss's firm appeared.

Trial is scheduled for November 16.

Opposing counsel Voss's contact information is:

    David C. Voss Jr., Voss, Silverman & Braybrooke, LLP

    Marina Towers, 4640 Admiralty Way, Suite 800, Marina del Rey, CA 90292

    Phone: (310) 306-0515

The declaration of Athena's attorney, Michael Harris, shows his attempt to notify Mr. Voss of the filing of this ex parte application.

October 29, 2021                    /s/ *Michael Harris*
                                         Michael D. Harris
                                         SoCal IP Law Group LLP

                                         Attorneys for Plaintiff Athena Cosmetics, Inc.

## CERTIFICATE OF SERVICE

I certify on October 29, 2021, I served the foregoing document "Ex Parte Application for Order Permitting Plaintiff Athena to File Motion In Limine to Exclude Defendant Moishe Newman from Testifying At Trial" by email to all counsel registered with CM/ECF on this case.

October 29, 2021                              /s/ *Belinda Iriele*
                                              Belinda Iriele

Ex Parte Application For Order Permitting Athena to File Motion In Limine — 4 — Athena Cosmetics, Inc v. AMN Dist. et al. Case No.: 2:20-cv-05526-SVW-SHK