# EXHIBIT 5

Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc., <br>    Plaintiff, <br> v. <br> AMN Distribution, Inc., et al, <br>    Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Notice of Deposition of AMN Distribution through its Officer Moishe Newman under Fed. R. Civ. P. 30(b)(1) <br><br> Date:  October 28, 2021 <br> Time: 12:00 noon, PDT <br> Place: SoCal IP Law Group's Westlake Village office or Virtual as Counsel Agree |

To counsel for Plaintiff AMN Distribution, Inc. and Moishe Newman:

On Thursday, October 28, 2021, at 12:00 noon PDT., plaintiff Athena Cosmetics, Inc. will depose AMN Distribution, under Fed. R. Civ. P. 30(b)(1) through its officer Moishe Newman. The deposition will be at the office of plaintiff's counsel, SoCal IP Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788. It will be videotaped and recorded by stenograph. Counsel for plaintiff will consider having the deposition conducted virtually through Zoom or other software depending on any conditions defense counsel requests.

October 19, 2021

/s/ *Michael Harris*
Michael Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.

## CERTIFICATE OF SERVICE

I certify on October 19, 2021, I served the foregoing document "Notice of Deposition of AMM Distribution through its Officer Moishe Newman under FED. R. CIV. P. 30(b)(1)" to defendant's attorney David Voss by email at David@vsbllp.com, with a copy to maria@vsbllp.com.

October 19, 2021                    /s/ *Anneliese Lomonaco*
                                    Anneliese Lomonaco