# EXHIBIT 6

## Michael Harris

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Thursday, October 28, 2021 5:16 PM |
| **To:** | 'David Voss' |
| **Cc:** | Marina Lang; Anneliese Lomonaco; maria@vsbllp.com |
| **Subject:** | Athena v. AMN A062.L20369 Moishe's Rule 30(b)(1) Deposition |

David,

Moishe Newman failed today to attend a properly notice deposition of AMN through its CEO Moishe Newman.

We intend to move ex parte (probably tomorrow) for permission to file a motion in limine to exclude Mr. Newman from testifying at trial. I must call you about the ex parte motion. If you are in trial, email me a convenient time to call.

This is the third time Mr. Newman did not show. The other times were Rule 30(b)(6) depositions. You and Ronan did not object or move for a protective order for any of the three depositions.

The notice of deposition offered to have it virtual. We served it before you said your Long Beach trial dates were firm, but no attorney can tell accurately how long a trial will take. I emailed you on October 26 asking if you and Moishe Newman would attend today and said we could be flexible with the date. You didn't respond. Neither you nor anyone in your office told us to cancel the reporter with an offer for a new date.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120
Westlake Village, CA 91362-3788
 1332 Anacapa St., Suite 201
 Santa Barbara, CA 93101
Direct Phone (805) 497-3488
Office Phone (805) 230-1350
Fax (805) 230-1355
Cell (818) 590-5540
mharris@socalip.com
http://www.socalip.com