Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Athena Cosmetics, Inc., Plaintiff, v. AMN Distribution Inc., et al, Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Michael Harris in Support of Motion In Limine to Exclude Moishe Newman from Testifying at Trial.<br><br>Pretrial Conference: November 6, 2021<br>Time: 3:00 p.m.<br>Trial Date: November 16, 2021<br>Judge: Wilson |
|---|---|

I, Michael Harris, declare:

1. I am the attorney for plaintiff Athena Cosmetics, Inc (Athena) and a member of the State Bar of California and of this Court. I am a partner in SoCal IP Law Group LLP (SoCal IP), plaintiff's attorneys. I am over the age of 18. If called as a witness, I could and would competently testify to the matters stated in this declaration. I submit this declaration in support of plaintiff Athena's Ex Parte Application For Order Permitting Plaintiff Athena to File Motion In Limine.

2. The motion concerns the repeated refusal of defendant Moishe Newman to attend his deposition three times on November 5, 2020, June 4, 2021 and finally on October 28. I called defense counsel David Voss on October 29 to meet and confer about the motion in limine but his voicemail did not appear to be working. I had

emailed him the previous day telling him Athena intended to file an ex parte application to be permitted to file this motion in limine and asking for a convenient time to discuss this matter. He did not respond.

3. Plaintiff Athena alleges Defendants sold and continued to sell counterfeit Athena cosmetics and breached an agreement in which Defendants promised to cease sales, advertising, etc. of Athena counterfeits and legitimate products. Defendant AMN also promised to provide two schedules with full contact information of Defendants' suppliers and customers. Defendant Newman warranted the accuracy of the schedules. Athena alleged that instead of full contact information, the schedules provided the Internet fictitious names and are inaccurate and incomplete.

4. Athena has been trying to obtain documents from defendants verifying their sales. Defendants objected to all discovery and produced no documents until August 24, 2021 as discussed in paragraph 8, below.

5. Defendants did not attend two depositions under Rule 30(b)(6) of AMN November 5, 2020, and June 4, 2021. Exhibits 3 and 4 are copies of each Notice of Deposition. Defendants neither objected to each deposition nor filed a protective order. No witness appeared.

6. During discovery, I wanted to delay the Rule 30(b)(6) of AMN until AMN produced documents, but when AMN resisted document production, I hoped to use the deposition to identify documents I could obtain through a motion to compel. Except for the documents mentioned in paragraph 8 below Defendants produced no other documents.

7. Among other documents requested, Athena's first document requests (Exhibit 1 is a copy of defendants' response) asked for:

   a. All invoices, shipping Documents and bills of lading for your shipping Athena Goods. Req. 4, p. 9

   b. All communications including emails and letters with all suppliers or potential suppliers of Athena Goods. Req. 6, p. 11.

   c. All financial records including any bank records showing all profits or losses made in the United States and worldwide from sales or shipments of any Athena Goods. Req. No. 18, p. 20.

8. On August 24, 2021, Defendants produced eBay orders, a lease for AMN's Pennsylvania warehouse and two email from a Czech company. Exhibit 2 is the first five pages of one of the eBay orders of Athena's REVITALASH. I redacted the names of the buyer and seller. Of the five pages, only the first page has the names of the buyer and seller without other contact information. The last page repeats the buyer's name, but the last four pages are eBay advertising.

9. Except for the eBay orders mentioned in the previous paragraph, Defendants produced no records they keep of the purchases and sales they made or of the contact information of their suppliers or customers.

10. After Mr. Voss said Mr. Newman was the only knowledgeable witness, I noticed his deposition under Rule 30(b)(1) of AMN through its CEO, Newman. Ex. 5 is a copy of the notice. Athena noticed it as a live deposition in its attorney's office because Defense counsel Mr. Voss insisted on live depositions. On October 22, Mr. Voss approved virtual deposition of ecommerce companies like eBay that Athena claims are online stores for AMN's counterfeits.

11. After Athena noticed the recent deposition, Mr. Voss said he had a two-week trial in Los Angeles Superior Court starting October 18, but he did not ask to postpone the deposition into November. He served no objection and did not move for a protective order. I did not know if the trial date was firm or whether the trial would extend long enough to interfere with the deposition in this case.

12. The day before the October 28 scheduled deposition, I emailed Mr. Voss. Exhibit 7 is a copy of the email. I asked whether Moishe Newman will testify.

| Harris Declaration Supporting Motion In Limine | 3 | Athena Cosmetics, Inc v. AMN Dist. et al. Case No.: 2:20-cv-05526-SVW-SHK |
|---|---|---|

1  Though I set the deposition at my office, I offered to conduct it virtually. I also said,
2  "We can be flexible with the date, but the upcoming trial date may limit what we can
3  do." Mr. Voss did not respond.
4     13. I have been unable to meet and confer on the proposed motion in limine
5  because the motion deals with AMN/Newman's failure to attend a deposition yester-
6  day. Mr. Voss appears unavailable.
7     I declare under penalty of perjury under the laws of the United States that the
8  foregoing is true and correct.
9  October 29, 2021                    /s/ *Michael Harris*
                                        Michael Harris