# EXHIBIT 2

| | |
|---|---|
| From: | eBay <ebay@ebay.com> |
| Sent: | Fri, 22 Nov 2019 09:56:29 -0700 |
| To: | ▬▬▬▬▬▬▬▬▬▬ |
| Subject: | ✓ ORDER CONFIRMED: RevitaLash Advanced... |



# Thanks for another purchase ███! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!



**View order details**

**Browse deals**

## Order summary



RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed ***FLASH S...

**Total:** $133.12
**Order number:** 04-04175-40828
**Item ID:** 352789715428

ebay MONEY BACK GUARANTEE

## To complement your purchase

 

Benefit Cosmetics - Roller La...

SkinMedica HA5 Rejuvenating H...

$12.99
Free Shipping

$54.90
Free Shipping



RevitaLash - REVITABRO…
$63.99
Free Shipping

Laneige Lip Sleeping Mask 3g…
$4.48
Free Shipping

## Order details

**Estimated delivery:**
Mon, Dec 02

**Your order will ship to:**

United States

**Seller** 

More from this seller →

**eBay Bucks earnings:**
You earned $1.26 in eBay Bucks with this purchase!

Keep shopping to earn more →

**Order total:**

| | |
|---|---|
| Price (3 x $41.86) | $125.58 |
| Shipping | Free |
| Sales tax | $7.54 |
| Total charged to PayPal | $133.12 |

## Your recently browsed items




Living Proof Restore Shampoo,…

$15.50

Dr. Hauschka Soothing Intensi…

$243.98
Free Shipping




Joico K-Pak Color Therapy Lus…

$16.81
Free Shipping

Joico K-Pak Color Therapy Lus…

$27.56
Free Shipping
Last one

## Explore other deals you might like




Brazilian Blowout Acai Anti F…

$32.99
Free Shipping

Wen Cleansing Conditioner Tri…

$52.95
Free Shipping




Joico Moisture Recovery Condi…
$8.99
Free Shipping

TIGI Bed Head After Party Smo…
$18.00
Free Shipping




*BOX NOT INCLUDED* KER…
$63.49
Free Shipping

DevaCurl Super Cream 5.1 oz N…
$18.75
Free Shipping
ALMOST_GONE




KERASTASE DENSIFIQUE B…
$24.50
Free Shipping

ZIRH Rejuvenate Anti-Aging Mo…
$17.80
Free Shipping




Johnny B Mode Styling Gel 16…

Meaningful Beauty Lifting Eye…

$14.99
Free Shipping

$10.49
Free Shipping
**ALMOST GONE**




Mizon All in One Snail Repair…

Elizabeth Arden Superstart Sk…

$14.99
Free Shipping

$33.53
Free Shipping

## Shop anywhere with the eBay app




   

### Update your email preferences

You are receiving marketing content in this email because your Communication Preferences indicate that you want to receive general email promotions. If you do not wish to receive further general email promotions, please click here to unsubscribe.

You can also manage your Notification Preferences in My eBay by clicking here. Please note that it may take up to 10 days to process your request.

Email reference id: [#e0808c5405094797a4015c06fd2ef750#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Dov Newman (bluelinela). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2019 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125