DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION FOR ORDER PERMITTING PLAINTIFF ATHENA TO FILE MOTION IN LIMINE TO EXCLUDE DEFENDANT MOISHE NEWMAN FROM TESTIFYING AT TIME OF TRIAL; SUPPORTING DECLARATION OF DAVID C. VOSS, JR.** <br><br> **(UNOPPOSED)** <br><br> Place: Courtroom 10A <br> First Street Courthouse <br> 350 W. 1st Street, 10th Floor, <br> Los Angeles, California 90012 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman" and collectively, "Defendants") hereby request an extension of time of until Tuesday, November 2, 2021, 3:00 p.m. to file an opposition to Plaintiff's Ex Parte Application for Order Permitting Plaintiff Athena to File Motion In Limine to Exclude Defendant Moishe Newman from Testifying At Trial" (Dkt. 156).

1. As set forth in the attached declaration of David C. Voss, Jr., Plaintiff's *ex parte* application was not filed until approximately 6:41 p.m. on Friday, October 30, 2021, and Defendants require additional time to respond to the same. At 12:55 p.m. today I received email addressed to both myself and Clerk of the Court Paul Cruz stating that "Athena does not object to allow an additional day." Voss Decl., lns 16-21.

The undersigned has contacted the Court clerk and has informed the clerk of Defendants' intent to file an opposition to Plaintiff's ex parte application and about the request for additional time to submit an opposition. This formal application for an extension is being submitted per the direction of the Court.

DATED: November 1, 2021    DAVID C. VOSS, JR.
VOSS, SILVERMAN & BRAYBROOKE, LLP

By: _____
David C. Voss, Jr.
Attorneys for Defendants AMN
DISTRIBUTION, INC. and MOISHE
NEWMAN

- 1 -
DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME

## DECLARATION OF DAVID C. VOSS, JR.

I, David C. Voss, Jr., declare:

2. I am an attorney, duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am the managing partner of the law firm of Voss, Silverman & Braybrooke LLP, counsel for defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr. Newman" and collectively, "Defendants.") As lead trial counsel for Defendants in this matter, I am familiar with the pleadings and files in this matter, including the initial disclosures and discovery exchanged by the parties. Unless otherwise stated, I have personal knowledge of the facts set forth herein which I know to be true and correct and, if called as a witness, I could and would competently testify with respect thereto.

3. I submit this declaration in support of Defendants' request for additional time to respond to Plaintiff's Ex Parte Application for Order Permitting Plaintiff Athena to File Motion In Limine to Exclude Defendant Moishe Newman from Testifying At Trial" (Dkt. 156).

4. The foregoing ex parte application was not filed and served until approximately 6:41 p.m. on Friday, October 30, 2021. I require additional time to respond to same and request until 3:00 p.m. on Tuesday, November 2, to submit Defendants' response.

5. At 12:55 p.m. today I received email addressed to both myself and Clerk of the Court Paul Cruz stating that "Athena does not object to allow an additional day."

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 1, 2021, in Marina Del Rey, California.

                                              DAVID C. VOSS, JR.