1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION** <br><br> Place: Courtroom 10A <br> First Street Courthouse <br> 350 W. 1st Street, 10th Floor, <br> Los Angeles, California 90012 |

   Having considered the application of defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman" and collectively, "Defendants") for an extension of time of until Tuesday, November 2, 2021, 3:00 p.m. to file an opposition to Plaintiff's Ex Parte Application to Plaintiff's Ex Parte Application for Order Permitting

Plaintiff Athena to File Motion In Limine to Exclude Defendant Moishe Newman from Testifying At Trial" (Dkt. 156) and good cause having been shown, Court HEREBY ORDERS AS FOLLOWS:

Defendants' application is granted.  The Defendants shall have until Tuesday, November 2, 2021, 3:00 p.m. to respond to the above-referenced ex parte application, which is on this Court's ECF docket as docket entry 156.

**IT IS SO ORDERED.**

DATED:  November _____, 2021.              _____
                                                                                    Honorable Steven V. Wilson
                                                                                    United States District Judge