**David Voss**

---

| | |
|---|---|
| **From:** | David Voss |
| **Sent:** | Friday, October 29, 2021 4:04 PM |
| **To:** | Michael Harris |
| **Cc:** | Marina Lang; Anneliese Lomonaco; Maria Franco |
| **Subject:** | RE: Athena v. AMN A062.L20369 Moishe's Rule 30(b)(1) Deposition |

As I am now out of trial, I am available Monday, Tuesday, Wednesday or Thursday for both the call "about the ex parte motion" and to meet and confer on any all remaining issues to go to the Magistrate and make any and all other final arrangements before trial November 16.

Mr. Harris:

1) **Four times now I have written to you proposing the deposition of Mark Newman and agreed it be virtual but need to accommodate the time difference with Australia.** We even talked about it two weeks ago!

   a. On July 28, I wrote as follows:

   "In order to work around the 17 hour time difference and Mr. Newman's observation of the Sabbath, I propose the following dates and times available on my calendar:

   Thursday, August 12 commencing at 3pm
   Monday, August 16 commencing at 3pm
   Tuesday, August 17 commencing at 3pm

   As I discussed with you previously, I am leaving for a vacation headed out of the country for my 2d anniversary on Wednesday August 18 and returning to Los Angeles on the morning of Monday, August 30.

   Likewise, when are you and your client available for the 30(b)(6) of Athena?  Please provide dates so that I may notice same."

   b. On October 12, I offered the deposition of Mark Newman "on a mutually agreeable time and date in advance of trial in this matter which works around the 17 hour time difference and Mr. Newman's observation of the Sabbath. (Generally this means Monday through Thursday at 3pm and reminder I am trying to move my other trial.)

   c. On October 13, we telephonically discussed my written proposal for mutual 30(b)(6) depos and you said you would get back to me after speaking with Ms. Lang.

   d. On October 19, I repeated my offer: **\*\*\* We have no response at all from you on our proposal for mutual 30(b)(6) depositions which was sent to you a week ago last Tuesday October 12.  When we spoke *after* I sent that to you , you said you would get back to me, but I have heard nothing in reply.**

   e. On October 25, I again asked for a response: "Clearly you are ignoring my email sent to you on Tuesday, October 20 to which I received no reply"

2) Your statement that this is the third time he did not show ignores the fact that ***on the prior occasions Magistrate Judge Kewalramani ruled that there was no proper service of the notice of deposition.*** We have NOT failed to show for a properly noticed 30(b)(6)! Reminder – your words on September 3, 2021 – **"I am delaying taking a Rule 30(b)(6) deposition on AMN until I have more documents from defendants."** Declaration of Michael Harris Supporting Opposition to Defendants Motion to Bifurcate Discovery p.2, lns. 18-19 Dkt # 107-1.  We did not make you delay and we are not responsible for the failure to properly serve any other prior attempts many months ago.  This was your decision and your decision alone.

3) **I have been unavailable due to jury trial in Long Beach for the past two weeks (now completed).**  *This was made known to you well in advance.*  On October 12, I told you: "FYI, We received notice from the court's clerk that the Court in Long Beach rescheduled our trial to proceed on Monday, October 18, 2021!" On September 29, I wrote: "I remind your firm again that I am in trial next week for two weeks and would add that we are the oldest case on the calendar."

4) If you want to go ex parte on Motions in Limine, we can do one for Defendants while we are there!  On September 29, I wrote you in part: "I must note at the outset that Plaintiff has failed to identify witnesses, documents or facts in support (contention interrogatories) of its claims in response to discovery nor supplement same pursuant to Rule 26 as of this moment.  Pursuant to L.R.16-2.8 in particular we are entitled to have Plaintiff "disclose to every party which of the party's claims and defenses the party plans to pursue, together with the party's contentions regarding the applicable facts and law."  **I fully expect Plaintiff will at a minimum comply with L.R. 16-2.2, 16-2.3, 16-2.4 and 16-2.8 in particular before the end of the day or you can expect to see a Motion to Preclude Evidence at time of trial.  Defendants has [sic] the right to know what facts**

**the Plaintiff has to support its contentions. Trial by ambush is unacceptable."**

*You did not ever comply with the Local Rules and filed an incomplete and unilateral disclosure* for which you were repeatedly warned of Motion to Preclude per Rule 26.

5) I just received your draft Pretrial Conference Order with your request for changes so it can be filed on Monday. I will start on that this weekend and finish it up to get it back to you by close of business Monday as requested.

6) On October 19, I had emailed you possible dates for virtual depos of ebay/Walmart/Groupon (Nov. 3+4). You did not reply. We can schedule those during our call.

7) I do not see any change to our Jury Trial on the docket. Did the clerk ever reply to your email?

I expect we will all be very busy getting the case ready for trial over the next two weeks. PLEASE NOTE: I will be traveling to West Virginia on Friday next week.

Sincerely,
David Voss

VS&B

David C. Voss Jr.
Attorney at Law

Marina Towers
4640 Admiralty Way, Suite 800
Marina del Rey, CA  90292
dave@vsbllp.com
(310) 306-0515 T
(310) 306-5368 F
www.vsbllp.com

---

**From:** Michael Harris <MHarris@socalip.com>
**Sent:** Thursday, October 28, 2021 5:16 PM
**To:** David Voss <David@vsbllp.com>
**Cc:** Marina Lang <mlang@socalipocal .com>; Anneliese Lomonaco <alomonaco@socalip.com>; Maria Franco <maria@vsbllp.com>
**Subject:** Athena v. AMN A062.L20369 Moishe's Rule 30(b)(1) Deposition

David,

Moishe Newman failed today to attend a properly notice deposition of AMN through its CEO Moishe Newman.

3

We intend to move ex parte (probably tomorrow) for permission to file a motion in limine to exclude Mr. Newman from testifying at trial. I must call you about the ex parte motion. If you are in trial, email me a convenient time to call.

This is the third time Mr. Newman did not show. The other times were Rule 30(b)(6) depositions. You and Ronan did not object or move for a protective order for any of the three depositions.

The notice of deposition offered to have it virtual. We served it before you said your Long Beach trial dates were firm, but no attorney can tell accurately how long a trial will take. I emailed you on October 26 asking if you and Moishe Newman would attend today and said we could be flexible with the date. You didn't respond. Neither you nor anyone in your office told us to cancel the reporter with an offer for a new date.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120
Westlake Village, CA 91362-3788
 1332 Anacapa St., Suite 201
 Santa Barbara, CA 93101
Direct Phone (805) 497-3488
Office Phone (805) 230-1350
Fax (805) 230-1355
Cell (818) 590-5540
mharris@socalip.com
http://www.socalip.com