1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S EX PARTE APPLICATION**<br><br>Place:　Courtroom 10A<br>　　　　First Street Courthouse<br>　　　　350 W. 1st Street, 10th Floor,<br>　　　　Los Angeles, California 90012 |

　　　Having considered the application of defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman" and collectively, "Defendants") for an extension of time of until Tuesday, November 2, 2021, 3:00 p.m. to file an opposition to Plaintiff's Ex Parte Application to Plaintiff's Ex Parte Application for Order Permitting

1  Plaintiff Athena to File Motion In Limine to Exclude Defendant Moishe Newman from
2  Testifying At Trial" (Dkt. 156) and good cause having been shown, Court HEREBY
3  ORDERS AS FOLLOWS:
4      Defendants' application is granted. The Defendants shall have until Tuesday,
5  November 2, 2021, 3:00 p.m. to respond to the above-referenced ex parte application,
6  which is on this Court's ECF docket as docket entry 156.
7  **IT IS SO ORDERED.**

9  DATED: November 2, 2021.

                                          ~~Honorable Steven V. Wilson~~
                                          STEPHEN V. WILSON
                                          United States District Judge