# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-05526-SVW-SHK | Date | November 5, 2021 |
| Title | *Athena Cosmetics, Inc. v. AMN Distribution Inc. et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     TRIAL PREPARATION ORDER

Trial in this case will begin on November 16, 2021 at 9:00am. The pretrial conference will be held on November 10, 2021 at 3:00pm. The trial will be a jury trial.

Plaintiff is ORDERED to file a declaration sworn under penalty of perjury from its witness Christina Felix containing her direct testimony in admissible form with appropriate foundations established. Paragraphs in each declaration shall be numbered consecutively. The declaration will be not received in evidence nor will it replace live, in-court direct testimony, as is this Court's procedure in a bench trial, but rather this declaration is for the Court to review to aid in the management of this trial. Plaintiff shall file this declaration by the pretrial conference on November 10, 2021.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | PMC |