Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>     Plaintiff, <br>     v. <br> AMN Distribution Inc., et al, <br>     Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Declaration of Christina Felix |

**DECLARATION OF CHRISTINA FELIX**

I, CHRISTINA FELIX, declare as follows:

1. I have personal knowledge of the matters set forth herein; and if called as a witness, I could and would testify thereto under oath.

2. I am an individual that resides in Oxnard, California.

3. I have been employed by Athena Cosmetics, Inc. ("Athena") for over 13 years.

4. My current Job Titles at Athena are Customer Support Manager and Anti-Diversion Manager.

5. My role as Anti-Diversion Manager entails investigating diverted and counterfeit Athena goods. Counterfeit goods are "knock-offs" made to look like authentic

1

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

Athena goods. Diverted goods, on the other hand, may be all or partly genuine, but are not sold by Athena the manufacturer or Athena's authorized distributors.

6. Counterfeit and diverted merchandise endanger Athena's business. Their presence on the marketplace causes brand erosion, reduced revenue, and product safety issues.

7. Athena was founded in 2006 by physician Dr. Michael Brinkenhoff. This homegrown, Ventura, California company became known for its original RevitaLash® eyelash conditioning serum, which Dr. Brinkenhoff developed for his wife to protect the health of her eyelashes as she battled breast cancer and underwent chemotherapy.

8. Fifteen (15) years later, Athena sells its award-winning collection of luxury cosmetics all over the world. Athena receives numerous Beauty Awards every year, and Athena's revolutionary products have been featured in over ten of the top-ranked beauty magazines in the US and in the world, sometimes more than once.

9. Athena owns trademarks all over the world for its cosmetic products, including the following United States Trademark Registrations under Sections 8 and 15 of the Lanham Act, 15 U.S.C. §§ 1058, 1065:

    a. No. 3,246,814, which issued May 29, 2007, for the mark REVITALASH®

    b. No. 4,558,881, which issued July 1, 2015, for REVITALASH® (LOGO)

    c. No. 3,526,373, which issued November 4, 2008, for the mark ATHENA AND DESIGN®.

    d. No. 3,413,360, which issued April 15, 2008, for the mark ATHENA COSMETICS®

    e. No. 5,633,064, which issued December 18, 2018, for the mark ETERNALLY PINK® for charitable services, namely, promoting public awareness of breast cancer, breast cancer prevention, breast cancer treatment,

and breast cancer research; organizing and developing charitable projects that aim to promote breast cancer awareness, research and education; promoting public interest and awareness of breast cancer, breast cancer prevention, breast cancer treatment, and breast cancer research.

   f. No. 4,501,304, which issued March 25, 2014, for the mark REVITALASH ADVANCED® for cosmetic preparations for eye lashes.

   g. No. 3,588,423, which issued March 10, 2009, for the mark REVITABROW® for eyebrow cosmetics.

   h. No. 4,501,307, which issued March 25, 2014, for the mark REVITABROW ADVANCED® for eyebrow cosmetics.

10. Athena also owns United States Trademark Registration No. 5,871,804, which issued October 1, 2019, for the mark shown to the right for Cosmetic pads; Cosmetic pencils; Cosmetic preparations for body care; Cosmetic preparations for skin care; Cosmetics; Cosmetics and cosmetic preparations; Cosmetics and make-up; Hair care creams; Hair care preparations; Hair conditioners; Hair masks; Hair mousses; Hair nourishers; Hair shampoos and conditioners; Hair sprays and hair gels; Non-medicated preparations all for the care of skin, hair and scalp; Non-medicated skin care preparations, namely, moisturizers, cleansers, masks, conditioners, creams, exfoliators, toners, make-up primers; Lip care products, namely, lip primers and conditioners; Eye brow products, namely, eyebrow liners, conditioners and strengtheners; Eye-lash products, namely, mascaras, lengtheners, conditioners, strengtheners; Eye-care products, namely, eye creams, concealers, highlighters, and makeup; Eyebrow cosmetics (the RL Logo registration).

11. REVITALASH, REVITALASH (LOGO), ATHENA AND DESIGN, ATHENA COSMETICS, ETERNALLY PINK, REVITALASH ADVANCED, REVITABROW, REVITABROW ADVANCED and the RL Logo are collectively "Athena Trademarks."

12. Athena donates a portion of its proceeds to breast cancer research to honor its founder's late wife. Counterfeit and diverted Athena goods, sold by unauthorized persons outside the authorization of Athena make no such donation and undercut the very mission that Athena was founded upon.

13. Athena implements several business strategies to protect itself from product counterfeiting and diversion. Athena's genuine products contain anti-diversion tracking technology whereas counterfeits do not.

14. My standard job duties include shopping for and purchasing products online that are advertised and sold as authentic, genuine Athena cosmetic goods. I maintain a purchase log of all counterfeit Athena goods I purchased. My standard business practices are to:

(1) save a copy of webpage listing from where I purchased the good;

(2) save a copy of my proof of purchase of the good(s) from that webpage;

(3) photograph the shipping label and product package when the item is delivered;

(4) photograph the contents of package;

(5) analyze the goods inside to determine if they are counterfeit;

(6) update the counterfeit purchase log; and

(7) secure the evidence.

15. Starting in 2019 and continuing to current day, my purchases have revealed an increasing stream of counterfeit Athena goods being sold on authorized distribution channels by persons utilizing fake aliases as their "seller name" to mask their identity.

16. On November 21, 2019, I visited the website www.brushexpress.com and purchased 3 units of RevitaLash Eyelash Conditioner. I took a screen shot of that website on the same date, which is displayed on lines 8 through 22 as follows:

4

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK



5

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

17. I also documented proof of my purchase by printing out the screen captures shown below on lines 4-15, which also display my handwritten notes:



18. The goods I ordered from brushexpress.com arrived in a box. I photographed the front of the box, which is shown below in lines 17-28:



Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

19. The Return Address Label States: Brush Express, Shipping Department, 10 Gallagher Dr, Suite C, Plains PA 18705.

20. After inspecting the goods received from Brush Express, I determined they were counterfeit.

21. Starting in early 2019 and continuing to current day, I have purchased and inspected over 360 counterfeit goods from different websites online, all of which promoted, advertised, and sold me these goods purporting to be authentic cosmetic products manufactured by Athena.

22. The counterfeits I purchased are sophisticated, meaning that it would be very difficult for a consumer to know they purchased a fake good.

23. Athena's business reputation and the hard-earned goodwill it has built among consumers since its start in 2006 is threatened by the presence of these dubiously manufactured cosmetics being passed off as the real deal to unwitting consumers.

24. Athena has expended significant resources in investigating, locating, discovering, and prosecuting the selling, distributing, and manufacturing sources of these counterfeits to rid the US and Worldwide marketplace of these fake imitations of Athena's goods.

25. The counterfeit goods I have purchased share the same counterfeit features. These features include, without limitation:

a. Counterfeits use a fake lot code such as: N18J01. Below is a photograph of a counterfeit I took displaying a fake lot code:



b. Genuine products contain anti-diversion tracking technology whereas counterfeits do not.

c. The counterfeits are taped versus machine glued

d. The counterfeits have a different shade of blue box.  Below is a photograph I took of a counterfeit purchased from brushexpress.com displayed next to an authentic good that shows the color difference:



8

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

e. The internal booklet in a counterfeit box is incorrectly folded and written with Chinese characters off to one side. Below is a photograph I took showing a counterfeit booklet compared to an authentic one:



f. Counterfeits have thicker wand and brush tube. Below is a photograph I took showing a counterfeit booklet compared to an authentic one.



9

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

26. Desirous of discovering and prosecuting the manufacturing source of these counterfeits, Athena agreed to settle its counterfeiting claims against Defendants – who claimed they did not make the counterfeit goods – in exchange for Defendants disclosure of the full and complete contact information of their suppliers of these counterfeit goods, a nominal settlement payment, and the promise that Defendants would never promote, display, sell or otherwise trade in goods purporting to be made from Athena Cosmetics ever again, permanently. This is referred to as the April 2020 Agreement.

27. I have personal knowledge of and have read and reviewed the April 2020 Agreement. The April 2020 Agreement states that Moishe "Mark" Newman is an individual doing business under the name of "Brush Express" at the e-commerce website www.brushexpress.com and that AMN Distribution Inc. is a Delaware corporation with its principal place of business at 4225 Lime Ave Long Beach, CA 90807. These two parties are the Defendants in the 2020 Agreement, and they are the Defendants in the current above-captioned pending lawsuit.

28. The April 2020 Agreement prohibits Defendants from displaying, promoting, or selling products with any Athena Trademark whether the product is a counterfeit or a legitimate product.

29. The April 2020 Agreement states:

> Defendants, their agents, affiliates, employees, contractors, and all other persons in privity or acting in concert with Defendants, are permanently enjoined and restrained from ever: purchasing, buying, obtaining, procuring, manufacturing, warehousing, producing, importing, distributing, circulating, selling, delivering, marketing, offering for sale, advertising, promoting, displaying or otherwise using any goods or products with the Athena Cosmetics Marks ["Athena Trademarks"], including any

simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Cosmetics Marks ["Athena Trademarks"].

30. Defendants breached the agreement by purchasing, buying, obtaining, procuring, manufacturing, warehousing, producing, importing, distributing, circulating, selling, delivering, marketing, offering for sale, advertising, promoting, displaying, or otherwise using products with one or more Athena Trademarks.

31. Under the April 2020 Agreement, Defendants expressly acknowledged, represented and warranted to Athena Cosmetics the following:

   a. The Athena Cosmetics Marks are all the sole and exclusive property of Athena Cosmetics;
   b. Athena Cosmetics has never and does not grant the Defendants any rights to use, whether for commercial or non-commercial purposes, any of the Athena Cosmetics Marks;
   c. From January 1, 2019 to December 31, 2019, AMN purchased products bearing Athena Cosmetics Marks from different sellers, the full and complete contact information and the amount of product purchased from each seller will be set forth on Schedule 1 to this Agreement;
   d. From January 1, 2019 to December 31, 2019, AMN sold or otherwise delivered products bearing Athena Cosmetics Marks to various consumers, the full and complete contact information for each customer and the aggregate amount of product sold will be set forth on Schedule 2 to this Agreement;
   e. Some Athena Cosmetics Marks remain in AMN's possession;
   f. Defendants, their agents, affiliates, employees, contractors, and all other persons in privity or acting in concert with Defendants, are permanently enjoined and restrained from ever: purchasing, buying, obtaining, procuring, manufacturing, warehousing, producing, importing, distributing,

circulating, selling, delivering, marketing, offering for sale, advertising, promoting, displaying or otherwise using any goods or products with the Athena Cosmetics Marks, including any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Cosmetics Marks;

g. Within 30 days of the Effective Date, Defendants will, at their expense, ship its entire remaining inventory of any goods or products with the Athena Cosmetics Marks, including any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Cosmetics Marks, to Athena Cosmetics for any purpose that Athena Cosmetics deems appropriate, including destruction or disposal.

h. The release by Athena was "Conditional on Defendants making the Settlement Payment, furnishing Schedules 1 and 2 …and Defendants' delivery of the entire remaining inventory of any goods or products with the Athena Cosmetics Marks pursuant to Section 2(a)viii herein."

32. I know that Defendants breached the agreement by:

(1) failing to disclose the contact information for a single person that that supplied them with their bad counterfeit goods in Schedule 1;

(2) fraudulently listing one of their own eBay seller User ID's as one of their third-party "suppliers," and

(3) continuing to sell counterfeit Athena goods after the effective date of the Agreement.

33. Discovering the identity of the manufacturing source of counterfeits goods was the key consideration of Athena's entering into the April 2020 Agreement with Defendants. The secondary key was ensuring that Defendants would never again sell

counterfeit Athena goods, because they had already demonstrated that they were either intentional sellers of counterfeit goods or unintentional sellers of counterfeit goods unable determine authentic original products from the fake counterfeits.

34. Schedule 1 failed to identify a single person, much less their full and complete contact information. This is evident by looking at Schedule 1.

35. I reviewed Schedules 1 and 2 of the 2020 Agreement and the math doesn't add up. Defendant says they purchased 2,835 Units during 2019. According to the data they provided, Defendant sold 4,474 units during 2019. Their Grand Total 2019 Revenue is $312,880.

| Row Labels | Sum of Qty | Grand Total Revenue |
| --- | --- | --- |
| RevitaLash Advanced 3.5 mL and RevitaBrow Advanced Eyebrow Conditioner 1.5mL (KIT) | 11 | 631 |
| Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 2,567 | 192,792 |
| Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 1,199 | 69,817 |
| Revitalash Revitabrow Advanced Eyebrow Conditioner 3 ml / 0.1 oz | 133 | 9,131 |
| RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 564 | 40,510 |
| **Grand Total** | **4,474** | **312,880** |

36. Defendants breached the agreement by fraudulently listing one their **own** eBay seller User IDs as one of the third-party "suppliers." I reviewed the documents produced by PayPal.  By looking at the documents, I can see that Cirit Beauty and Dov Newman use the same IP addresses. I purchased counterfeit products from eBay seller Cirit Beauty. Those counterfeits shared the same counterfeit features as the ones purchased from Brush Express. I can and will bring those counterfeit goods to

court, along with documents evidencing my proof of purchase and testify as to the authenticity of the products and documents. Below is a photograph I took of the counterfeit RevitaBrow product that Cirit Beauty sold me next to an authentic article:



37. I purchased counterfeit goods from eBay seller Micwha-10 who has the same address as Brush Express: 10 Gallagher Dr, Suite C, Plains PA 18705. Those counterfeits shared the same counterfeit features as the ones purchased from Brush Express. I can and will bring those counterfeit goods to court, along with documents evidencing my proof of purchase and testify as to the authenticity of the products and documents.

38. I purchased counterfeit product from Micwha-10 in October 2020. This was after the April 2020 Agreement. This is further evidence that Defendants breached the settlement agreement by failing to stop selling Athena counterfeit goods after the

settlement agreement. I can and will bring those counterfeit goods to court, along with documents evidencing my proof of purchase and testify as to the authenticity of the products and documents. Below is a photograph I took of the counterfeit product that Micwha-10 sold me next to an authentic article:



15

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

39. As recent as October 2021, I have purchased counterfeits all resembling the same counterfeit features of products purchased by Defendants.

40. If Defendants hadn't breached the Settlement Agreement, continued to sell counterfeits under different aliases, this grotesque invasion of fakes on the marketplace may have been mitigated.

41. Defendants ongoing sales violated and continue to violate at least 8 of Athena's marks.  I can and will bring the counterfeits to trial to authenticate the counterfeits and point out where each mark is infringed.  Below are photographs that I took of the counterfeits:

 

16

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK



42. Defendants are not and have never been associated, affiliated or connected with, or endorsed or sanctioned by Athena. Athena never authorized or consented to any Defendants' use of the Athena Trademarks or confusingly similar copies.

43. Defendants' use of the Athena Trademarks or confusingly similar copies on its products is likely to cause consumers, the public and the trade to erroneously believe the goods Defendants sold emanate or originate from Athena, or Athena authorized, sponsored, or approved the goods though they are not.

44. By using counterfeits and infringements of the Athena Trademarks on Defendants' goods, Defendants trade upon Athena's goodwill and reputation and create the false impression that Defendants' goods are Athena's legitimate products.

45. Defendants have been unjustly enriched by illegally using and misappropriating Athena's intellectual property for their own financial gain. Each unfairly benefited and profited from Athena's outstanding reputation for high quality products

and its significant advertising and promotion of Athena Cosmetics and the Athena Trademarks.

46. Athena lacks any control over the nature and quality of the products Defendants sell bearing counterfeits and infringements of the Athena Trademarks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 9, 2021

Signed: Christina Felix

18

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK