Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>    Plaintiff, <br> v. <br> AMN Distribution Inc., et al, <br>    Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Notice of Lodging Disclosure of Graphic and Illustrative Material <br><br> Trial Date: November 16, 2021 <br> Judge Wilson |

    Per Per L.R. 16-3, Plaintiff Athena Cosmetics, Inc. disclosed a copy of its Disclosure of Graphic and Illustrative Material on opposing counsel by the November 5, 2021 deadline. Plaintiff now hereby lodges a courtesy copy with the Court to aid in the management of this trial. The Materials will be forwarded as a chambers copy to Judge Wilson.

November 9, 2021,                          /s/ *Marina Lang*
                                                Marina Lang
                                                SoCal IP Law Group LLP

                                                Attorneys for Athena Cosmetics, Inc.

## CERTIFICATE OF SERVICE

I certify on November 9, 2021, I served the foregoing document "Notice of Lodging Disclosure of Graphic and Illustrative Material" by email to all counsel registered with CM/ECF on this case, namely David C Voss , Jr. (dave@vsbllp.com) and Maria Franco (maria@vsbllp.com).

| | |
|---|---|
| November 9, 2021 | /s/ *Anneliese Lomonaco* |
| | Anneliese Lomonaco |