Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

David C. Voss Jr., No. 147330 David@vsbllp.com
Voss, Silverman & Braybrooke, LLP
Marina Towers, 4640 Admiralty Way, Suite 800
Marina del Rey, CA 90292-6602
Phone: (310) 306-0515
Attorneys for Defendant AMN Distribution, Inc. and Moishe Newman

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMN Distribution Inc., et al., <br><br> Defendant. | Case No. 2:20-cv-05526-SVW-SHK <br><br> Notice of Lodging Proposed Final Pretrial Conference Order <br><br> Pretrial Conference: November 10, 2021 <br> Time: 3:00 p.m. <br> Trial Date: November 16, 2021 <br><br> Judge: Wilson |

    Plaintiff Athena Cosmetics, Inc. hereby lodges the Proposed Final Pretrial Conference Order.

November 10, 2021

/s/ *Michael Harris*
Michael Harris
Attorneys for Plaintiff Athena Cosmetics, Inc.