DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br>Plaintiff <br><br>v. <br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br>**DEFENDANTS' SUPPLEMENTAL BRIEF AND DECLARATION OF DAVID C. VOSS, JR.** <br><br>**TRIAL** <br><br>Date: November 17, 2021 <br>Time: 9:00 a.m. <br>Place: Courtroom 10A <br>      First Street Courthouse <br>      350 W. 1st Street, 10th Floor, <br>      Los Angeles, California 90012 |

## I. INTRODUCTION

On November 5, 2021, this Court ordered in pertinent part as follows:

"Plaintiff is ORDERED to file a declaration sworn under penalty of perjury from its witness Christina Felix containing her direct testimony in admissible form with appropriate foundations established." [Dkt. #162]

At the Pretrial Conference on November 10, 2020, Defendants were ordered to brief to the Court their defenses to the claims asserted in the November 9, 2021 Declaration of Christina Felix [Dkt. #163] - specifically regarding her allegations in paragraphs 37 and 38; to wit:

> "37. I purchased counterfeit goods from eBay seller Micwha-10 who has the same address as Brush Express: 10 Gallagher Dr, Suite C, Plains PA 18705. Those counterfeits shared the same counterfeit features as the ones purchased from Brush Express. I can and will bring those counterfeit goods to court, along with documents evidencing my proof of purchase and testify as to the authenticity of the products and documents.
>
> 38. I purchased counterfeit product from Micwha-10 in October 2020. This was after the April 2020 Agreement. This is further evidence that Defendants breached the settlement agreement by failing to stop selling Athena counterfeit goods after the settlement agreement. I can and will bring those counterfeit goods to court, along with documents evidencing my proof of purchase and testify as to the authenticity of the products and documents. Below is a photograph I took of the counterfeit product that Micwha-10 sold me next to an authentic article:"
> (Photo omitted)

## II. OBJECTIONS

The declarant's testimony hereinabove lacks foundation and is inadmissible (see Court order [Dkt. #162].

Defendants move to strike the testimony in Paragraphs 37 and 28 of the Felix Declaration pursuant to Federal Rule of Civil Procedure 37 – which provides:

"If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence … at a trial, unless the failure was substantially justified or is harmless. In addition to or instead of this sanction, the court, on motion and after giving an opportunity to be heard:

(A) may order payment of the reasonable expenses, including attorney's fees, caused by the failure;

(B) may inform the jury of the party's failure; and

(C) may impose other appropriate sanctions, including any of the orders listed in Rule 37(b)(2)(A)(i)-(vi)."

It is clear that Plaintiff has not complied with the requirements of Rule 26. Defendants submit that such commonly referred to "ambush tactics" are precisely the situation for which Rule 37(c)(1)'s exclusion sanction was created.

The declarant states that she will bring to court "documents evidencing my proof of purchase". The declarant does not specify any particular documents to which she refers. Nor does she make any offer why such information would only be brought with her to court to be offered at time of trial. Indeed, there are no such documents identified in Plaintiff's Exhibit List filed on October 18, 2021 [Dkt. #138-2]. Without such evidence, declarant has no foundation for her testimony.

With respect to the allegations themselves, at no time prior to late Friday afternoon on November 5, 2021 did Plaintiff ever disclose any such claims regarding an alleged purchase from "micwha-10" in October of 2020 - at which time it first appeared not in the first, but in the second draft of Plaintiff's proposed Pretrial Conference Order (and then again in the Felix declaration on the flowing business day Monday, November 9, 2021). See declaration of David C. Voss, Jr. attached hereto and made a part hereof.

Ample evidence that this is new surprise information can be found also in the fact that there is no reference to any purchase from "Michwa-10" in Plaintiff's Trial Brief

filed on Monday, November 9, 2021 [Dkt. #164] nor is there is no reference to the purported purchase in October 2020 in Plaintiff's Statement of Genuine Disputes of Material Fact filed on September 14, 2021 [Dkt. #113].

Defendants pointed this out in their Memorandum of Contentions of Law and Fact filed on October 18, 2021 stating that:

> "Defendants are at a disadvantage and have been handicapped in their trial preparation because of Plaintiff's failure to comply with Local Rule 16.2, including their identification of their contentions of fact and law. **In addition, Plaintiff failed to present evidence of even a single post-settlement settlement sale of counterfeit goods in opposition to Defendants' motion for summary judgment.** Consequently, Defendants intend to focus at trial on the absence of evidence in support of Plaintiff's allegations and the falsity of those allegations." Dkt. # 141, p.3, lns 18-24 (emphasis added).

Federal Rule of Civil Procedure 26 and the Local Rules of this Court require advance disclosure of evidence which is clearly violated by an offer by Plaintiff's key witness to show documents for the first time on the day of trial. Both the unidentified documents and the offered testimony should be excluded from evidence in the case at hand.

### III. ARGUMENT

Assuming arguendo that Ms. Felix' statements are deemed admissible, they are nonetheless easily defeated by the simple fact that the alleged purchase was from some other eBay seller and not the Defendants in this case who have at all times denied any sales of Athena goods – counterfeit or authentic - after the Settlement Agreement was signed at the end of April 2020. See Pretrial Conference Order, p.21, lns 10-12.

Defendants focus upon the falsity of this statement by declarant Felix:

> "I purchased counterfeit goods from eBay seller Micwha-10 who has the same address as Brush Express: 10 Gallagher Dr, Suite C, Plains PA 18705."

Proof comes from Athena's own document disclosure made on or about October 28, 2021 which included the only documents appearing to show an alleged sale of Athena products in October 2020 to Ms. Felix which are Bates stamped "ATHENA013808" through and including "ATHENA013813" true and correct copies of which are attached to the accompanying Declaration of David C. Voss, Jr.[1]

The true facts are that:

1) The product purchased was not from the same address, but rather from thousands of miles away as shown on the shipping label produced as ATHENA013811:

   "DOUGLAS LLC

   802 Vineland Ave.

   La Puente, CA 91745

   United States"

2) The eBay seller makes use of Chinese characters (defendants do not speak Chinese) as part of their eBay seller name as shown in the "Transaction Details" in two separate locations on ATHENA013810; to wit:

   **ebay**    **eBay – 卫航 冀 (micwha-10)**
   **October 20, 2020**
   **Payment**

3) Defendants also note that the ebay seller ID number has been redacted from these documents making cross-referencing impossible.

Furthermore, the purchase of only two units of product, even if true, and even if counterfeit, does not rise to the level of materiality required to excuse Athena from performance of its agreement "not to file or pursue any action, including the Lawsuit,

---

[1] Defendants note that these documents ATHENA013808 through ATHENA013814 appear to have been in part altered with information such as the recipient removed from the mailing label and lines showing potential cut and paste alteration of the originals and would demand production of the originals without editing or redaction for use at trial.

against Defendants related to their purchase and sale of products bearing Athena Cosmetics Marks occurring on or before the Effective Date of this Agreement."

This alleged October 2020 purchase by Felix is simply not from the same address as Defendants as she asserts.

Having lost the 12(b)(6) motion, Plaintiff took the opportunity to amend its complaint, adding only one alleged breach: that both AMN and Newman "breached the settlement agreement by continuing to sell Athena counterfeit goods."

Unfortunately for Plaintiff, none of the evidence cited in its pre-trial submissions nor this portion of the Felix Declaration prove that Defendants breached the Settlement Agreement. To the contrary, Plaintiff's evidence once again *establishes an absence of such breaches*.

## IV. CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Plaintiff take nothing by way of its complaint, that Defendants be awarded its costs and attorney's fees pursuant to Settlement Agreement, and that judgment be entered in Defendants' favor,

DATED: November 12, 2021    DAVID C. VOSS, JR.
VOSS, SILVERMAN & BRAYBROOKE, LLP

By: _____
David C. Voss, Jr.
Attorneys for Defendants
AMN DISTRIBUTION, INC. and
MOISHE NEWMAN

DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman and
AMN Distribution, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **DECLARATION OF DAVID C. VOSS, JR. IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF** <br><br> Trial: November 16, 2021 <br> Place: Courtroom 10A <br> First Street Courthouse <br> 350 W. 1st Street, 10th Floor, <br> Los Angeles, California 90012 |

## OPPOSITION

Defendants hereby submit that the arguments raised by Plaintiff in support of their Ex Parte Application are not well taken as may be seen from the Declaration of David C. Voss, Jr. which is a part hereof.

## DECLARATION OF DAVID C. VOSS, JR.

I, David C. Voss, Jr., declare:

1. I am an attorney, duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am the managing partner of the law firm of Voss, Silverman & Braybrooke LLP, counsel for defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr. Newman" and collectively, "Defendants.") As lead trial counsel for Defendants in this matter, I am familiar with the pleadings and files in this matter, including the initial disclosures and discovery exchanged by the parties. Unless otherwise stated, I have personal knowledge of the facts set forth herein which I know to be true and correct and, if called as a witness, I could and would competently testify with respect thereto.

2. I submit this declaration in support of Defendants Supplemental Brief as ordered by the Court at the PTC on November 10, 2021.

3. I first received a Plaintiff's draft of the Pretrial Conference Order on Friday afternoon, October 28, 2021 at 3:44 p.m. This draft made no mention of any purchase of Athena goods from "Michwa-10".

4. I received Plaintiff's second draft of the Pretrial Conference Order on Friday afternoon, November 5, 2021 at 4:31 p.m which at no time prior to late Friday afternoon on November 5, 2021 did Plaintiff ever disclose any such claims regarding an alleged purchase from "micwha-10" in October of 2020 - at which time it first appeared not in the first, but in the second draft of Plaintiff's proposed Pretrial Conference Order.

DECLARATION OF DAVID C. VOSS, JR. IN OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION

5. A true and correct copy of both the cover email forwarding documents from Plaintiff and the documents Bates stamped "ATHENA013808" through and including "ATHENA013813" is attached hereto.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 12, 2021, in Marina Del Rey, California.

_____
DAVID C. VOSS, JR.

# David Voss

| | |
|---|---|
| **From:** | Belinda Iriele <biriele@socalip.com> |
| **Sent:** | Thursday, October 28, 2021 2:40 PM |
| **To:** | David Voss |
| **Cc:** | Maria Franco; Marina Lang; Michael Harris; Anneliese Lomonaco |
| **Subject:** | [SoCal IP File No.: A062.L20369]   Athena v. AMN Distribution - eBay's Production |

Mr. Voss,

The following link contains eBay's production, labeled ATHENA013788 – ATHENA013819 CONFIDENTIAL.

ATHENA013788 – ATHENA013819 CONFIDENTIAL

1. ATHENA013788 - ATHENA013794 CONFIDENTIAL- eBay Listings and Sales History
2. ATHENA013795 CONFIDENTIAL – eBay Purchase History
3. ATHENA013796 CONFIDENTIAL - eBay Reg Info
4. ATHENA013797 - ATHENA013801 CONFIDENTIAL- eBay Subpoena Response and General Objections
5. ATHENA013802 - ATHENA013807 CONFIDENTIAL– eBay.com Ciritbeauty
6. ATHENA013808 - ATHENA013813 CONFIDENTIAL– eBay.com Micwha-10
7. ATHENA013814 - ATHENA013819 CONFIDENTIAL– eBay.com Minabeauty

--------

Kind regards,
/Belinda U. Iriele/
*IP Paralegal Trainee*
p: (805) 730-0556   f: (805) 230-1355
biriele@socalip.com
www.socalip.com
310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362

**SoCal IP**
Law Group LLP

*CONFIDENTIAL. This email message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not a listed recipient, please reply to the sender that the email message was misdirected and delete it. Thank you.*

1

10/20/2020     RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW & SEALED | eBay

Sell    Watchlist    My eBay

eb    Q Search for anything     All Categories

Back to search results | Listed in category: Health & Beauty > Makeup > Eyes > Eyelash & Eyebrow Growth

SAVE UP TO 18% WHEN YOU BUY MORE



### RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW & SEALED

Condition: New with box

| Volume pricing: | 1-1 | $21.00 (each) |
| | 2+ | $17.22 (18% off each) |

Quantity: [ 2 ]    More than 10 available / 4 sold

Unit Price: US $17.22

Add to Watchlist

Free shipping     Ships from United States

Pay today and earn $1.05 in eBay Bucks. See conditions
Includes Bonus Offer!!

Shipping: FREE Economy Shipping | See details
Item location: La Puente, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before Tue. Oct. 27 to 93030

Payments:

Pay CREDIT
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

**Shop with confidence**

eBay Money Back Gu
Get the item you orde
your money back. Lea

**Seller information**
micwha-10 (5)

100% Positive feedback

Save this Seller
Contact seller
See other items



Have one to sell?    Sell now

Similar sponsored items 1/2           Feedback or

CONFIDENTIAL       ATHENA013808

| 11/6/2020 | | eBay: Order details | | |
|---|---|---|---|---|
| **Order information** | | **Shipping address** | **Order total** | |
| Buyer | | | Subtotal | $42.00 |
| Seller | micwha-10 | | Item discount | -$7.56 |
| Order placed on | Tuesday, Oct 20, 2020 | United States | Shipping | Free |
| Payment method | PayPal | | Tax | $2.67 |
| Payment date | Tuesday, Oct 20, 2020 | | Total | $37.11 |

## Item(s) bought from micwha-10
Order number

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 2 | RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW & SEALED (303727547280) | USPS Parcel Select Ground | $42.00 - $7.56 |

CONFIDENTIAL    ATHENA013809

11/6/2020            PayPal: Transaction Details

MENU

**eBay - 卫航 冀 (micwha-10)**      - $37.11
ebay
October 20, 2020
Payment

**Paid with**

BANK OF AMERICA, N.A. x·      $37.11

**Shipped to**

United States

**Have you received this order?**

October 21, 2020, Sent by USPS
Status: Shipped

**Transaction ID**

**Seller info**
eBay – 卫航 冀 (micwha-10)

**Purchase details**
RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW &      $34.44
SEALED (Qty 2)
Item #303727547280

Tax      $2.67

Total      $37.11

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads? Learn more and manage your cookies

Yes, Accept Cookies

CONFIDENTIAL      ATHENA013810



CONFIDENTIAL

ATHENA013811

Glory.com micwha-10

CONFIDENTIAL

ATHENA013812



CONFIDENTIAL

ATHENA013813