Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court
## Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc., <br> Plaintiff, <br> v. <br> AMN Distribution Inc., et al, <br> Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Athena's Opposition to Defendants' Motion in Limine No. 2 (to Exclude Evidence Specific Breaches) <br><br> Trial Date: November 17, 2021 <br> Judge: Wilson |

## Memorandum of Points and Authorities

"A pretrial order has the effect of amending the pleadings." *Acorn v. Phoenix*, 798 F.2d 1260, 1263 (9th Cir. 1986).[1] See also *Nw. Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 924 (9th Cir. 1988) ("A pretrial order has the effect of amending the pleadings and controls the subsequent course of action in the litigation." (citation and internal quotation marks omitted)).

Defendants complain Athena's claims in the pretrial conference order add acts the complaint does not mention. The April 2020 Agreement states:

> Defendants, their agents, affiliates, employees, contractors, and all other persons in privity or acting in concert with Defendants, are permanently enjoined and restrained from ever: purchasing, buying, obtaining,

---

[1] *Acorn* was overruled on the merits in *Comite de Jornaleros de Redondo Beach v. City of Redondo Beach*, 657 F.3d 936, 942 (9th Cir. 2011) (*en banc*).

> procuring, manufacturing, warehousing, producing, importing, distributing, circulating, selling, delivering, marketing, offering for sale, advertising, promoting, displaying or otherwise using any goods or products with the Athena Cosmetics Marks ["Athena Trademarks"], including any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Cosmetics Marks ["Athena Trademarks"].

Trial Ex. 50. Athena requested defendants produce, "A copy of all printed or on-line advertising you used containing any Athena Trademark," and defendants responded:

> Athena modified this request pursuant to Meet and Confer by and between counsel for the parties on June 22, 2021 to be time limited to post-execution of the Settlement Agreement.
>
> AMN objects to this Request on the ground that it is vague and ambiguous. AMN further objects to the Request on the ground that it seeks discovery on a matter not relevant to any party's claim or defense and not proportional to the needs of the case as AMN does not dispute that it sold Athena products prior to the patties entering into the settlement agreement.
>
> Pursuant to the modification of this request, AMN further responds that there are no such documents as it did not sell Athena Goods after the execution of the Settlement Agreement.

Trial Ex. 50 (amended response). After defendants produced nothing, Athena sought documents from online retailers. One, Groupon, contained multiple listings for counterfeit Athena products after the effective date of the April 2020 Agreement. Trial Exhibit 22, Bates No. ATHENA013779 (Oct. 4, 2021), is an example. Groupon produced its document on October 8, 2021. The listing is a breach because it is "marketing, offering for sale, advertising, promoting, displaying" an Athena product.

Athena's Opposition to Defendants'  
Motion in Limine No. 2

2

Athena Cosmetics, Inc v. AMN Dist. et al.  
Case No.: 2:20-cv-05526-SVW-SHK

The listing says it is sold out, but that may mean the listing does not prove a breach by selling a counterfeit. It does show, however, marketing, advertising, promoting, and displaying.

Defendants cannot complain. Athena did not withhold evidence having obtained it October 8. And defendants must have known about the Groupon listings when they withheld them.

Defendants' motion has no support and should be denied.

November 15, 2021

/s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.

Athena's Opposition to Defendants'
Motion in Limine No. 2

3

Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 2:20-cv-05526-SVW-SHK