10/4/21, 2:47 PM
Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | Groupon
Case 2:20-cv-05526-SVW-SHK    Document 174-1    Filed 11/15/21    Page 1 of 3    Page ID #:3481

👁 Recently Viewed    ♡ My Wishlist    Sell    Help

**GROUPON** | Categories ⌄ | 🔍 Search Groupon | 📍 District of Columbia, USA | 🛒 | 🔔 2 | My Stuff ⌄

Goods › Health & Beauty › Cosmetics › Eye Makeup › Eyelashes › False Eyelashes (51)

# Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz

Sold by Brush Express



🔍 Hover Over to Zoom In

### Sold Out

[ See Similar Deals ]

♡ Add to Wishlist

**Share This Deal**

   

## Highlights

- Color: Black
- Product Size: Single

## Product Details

**Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz**

RevitaLash Advanced is proven to transform the appearance of lashes! 98% of users enjoyed improved lash appearance, healthier-looking lashes, and stronger lashes (survey results from an independent 6-week consumer study). This proprietary blend of scientifically-advanced technology and natural botanicals help protect against breakage and brittleness, improve flexibility, moisture and shine.

Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz Single Black

- Ingredients: Water/Aqua/Eau, Octapeptide-2, Triticum Vulgare (Wheat) Protein, Biotinoyl Tripeptide-1, Calendula Officianalis Flower Extract, Isopropyl Cloprostenate, Swertia Japonica Extract, Chlorphenesin, Panax Ginseng Root Extract, Phenoxyethanol, Camellia Sinensis Leaf Extract, Biotin, Serenoa Serrulata Fruit Extract, Pentylene Glycol, Glycerin, Disodium Phosphate, Oleanic Acid, PEG-40 Hydrogenated Castor Oil, Butylene Glycol, Apigenin, Sodium Chloride, Phosphoric Acid, Cellulose Gum, PPG-26-Buteth-26.
- Dimensions: 6.5 inches (H) x 1.5 inches (W) x 1.5 inches (L)
- Weight: 1.0 ounces

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY      ATHENA013779

Case 2:20-cv-05526-SVW-SHK    Document 174-1    Filed 11/15/21    Page 2 of 3    Page ID #:3482

- Made in United States

## Fine Print

- This item is sold through the Brush Express operated by AMN Distribution.
- The merchant is solely responsible to purchasers for the fulfillment, delivery, care, quality, and pricing information of the advertised goods and services.
- The product is new.
- Product eligible for free returns within 30 days.
- Offer is not eligible for promo codes, but is eligible for Groupon Bucks.
- Shipping and handling charges will be Free.
- United States (excluding Alaska & Hawaii) Shipments only.
- Does not ship to PO boxes.
- Orders are typically delivered in 5-10 business days.

Offer is not eligible for our promo codes or other discounts.

## Best Sellers in False Eyelashes

1 of 2   

**Ultimate Long Lasting Magnet...**
4.2 ★★★★☆ 4164 Ratings
~~$52~~ **$5.99**
25,000+ bought

**10 Pairs Natural Look Magnet...**
4.2 ★★★★☆ 300 Ratings
~~$25.99~~ **$6.55**
1,000+ bought

**4 Pairs Reusable Magnetic Eye...**
4.4 ★★★★☆ 25 Ratings
~~$25.99~~ **$6.99**
300+ bought

**Magnetic Eyeliner With Magne...**
4.5 ★★★★☆ 4 Ratings
~~$9.99~~ **$2.99**
390+ bought

## Inspired by your purchase history

1 of 2    

**Management and Strat...**
4.5 ★★★★☆ 797 Ratings
~~$599.90~~ **$89**
**$77** 9 Hours Left
Three Online Management ...

**Centre of Excellence**
4.2 ★★★★☆ 3577 Ratings
~~$157.92~~ **$19**
Exploring Outer Space Course

**RFID Multi-function Passport H...**
4.6 ★★★★☆ 1982 Ratings
~~$19.99~~ **$8.99**
25,000+ bought

**Apple MFi Certified Colorful R...**
4.6 ★★★★☆ 845 Ratings
~~$39.99~~ ~~$17.99~~
**$11.99** 9 Hours Left
5,000+ bought

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                              ATHENA013780

| Company | Work with Groupon | More | Groupon Sites | | Get the Groupon Mobile App › |
|---|---|---|---|---|---|
| About Groupon | Join the Groupon Marketplace | Customer Support | USA | | |
| Jobs | Run a Groupon Campaign | Refund Policies | | | |
| Press | Learn About Groupon | FAQ | | | |
| Investor Relations | Merchant | Coupon Codes | | | |
| Management Team | Affiliate Program | Gift Cards | Follow Us | | Grow Your Business by Working with Groupon › |
| In Your Community | Vendor Code of Conduct | Gift Shop | | | |
| | | Students Report Infringement | | | |

**Incredible Deals on Local Experiences**

Black Friday Deals | Christmas Gifts | Gifts for Moms | Harry Potter Gifts | Things to Do | Kids Activities | Nightlife | Restaurants | Spas | Massages | Hair Salons | Travel

GROUPON Guide for Coupons Blog

© 2021 Groupon, Inc. All Rights Reserved.    Terms of Use    Privacy Statement    Licenses    Accessibility    Do Not Sell My Personal Information

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY                                                                                    ATHENA013781