# Michael Harris

**From:** Michael Harris
**Sent:** Wednesday, September 29, 2021 2:54 PM
**Subject:** Athena v. AMN A062.L20369

==Please let us know when you are available to resume the Local Rule 16-2 meeting begun this morning.==

We don't know about the process servers' efforts yet because their office has not received reports from the servers themselves. We will keep you informed.

Regarding the conflict with your Long Beach trial, today is the first time you mentioned it. Checking dates with opposing counsel is our normal procedure, but when our witness is affiliated with our client even if not a manager or officers, like the witnesses we want to dispose are affiliated with your clients, we persuade our witnesses to appear without being subpoenaed. We also have other depositions before the trial including eBay, PayPal and Walmart. And you're forcing us to fly to Scranton, PA. If you have a solution for your trial, propose one the court could accept.

Michael D. Harris
SoCal IP Law Group LLP
310 N. Westlake Blvd., Ste. 120
Westlake Village, CA 91362-3788
 1332 Anacapa St., Suite 201
 Santa Barbara, CA 93101
Direct Phone (805) 497-3488
Office Phone (805) 230-1350
Fax (805) 230-1355
Cell (818) 590-5540
mharris@socalip.com
http://www.socalip.com