# Exhibit A



**ASIC**
Australian Securities & Investments Commission

# Current & Historical Company Extract

**Name:** AMN IMPORTS PTY. LTD.
**ACN:** 154 804 225

Date/Time: 10 November 2021 AEST 03:03:55 PM

This extract contains information derived from the Australian Securities and Investments Commission's (ASIC) database under section 1274A of the Corporations Act 2001.

Please advise ASIC of any error or omission which you may identify.

I certify this to be a true and correct copy of the original as sighted by me.

at _Melbourne_

on _10_ of _November 2021_

*[signature]*

**JENNIFER CLARE HOLDSTOCK**
Level 11, 488 Bourke Street, Melbourne VIC 3000
An Australian Legal Practitioner within the meaning
of the Legal Profession Uniform Law (Victoria)

**Current & Historical Company Extract**

**AMN IMPORTS PTY. LTD.**
**ACN 154 804 225**

| Organisation Details | | Document Number |
|---|---|---|
| **Current Organisation Details** | | |
| Name: | AMN IMPORTS PTY. LTD. | 1E7983265 |
| ACN: | 154 804 225 | |
| Registered in: | Victoria | |
| Registration date: | 15/12/2011 | |
| Next review date: | 15/12/2021 | |
| Name start date: | 15/12/2011 | |
| Status: | Registered | |
| Company type: | Australian Proprietary Company | |
| Class: | Limited By Shares | |
| Subclass: | Proprietary Company | |

| Address Details | | Document Number |
|---|---|---|
| **Current** | | |
| Registered address: | Unit 1, 25 Jersey Road, BAYSWATER VIC 3153 | 028055365 |
| Start date: | 03/02/2012 | |
| Principal Place Of Business address: | Unit 1, 25 Jersey Road, BAYSWATER VIC 3153 | 028055365 |
| Start date: | 15/12/2011 | |
| **Historical** | | |
| Registered address: | Level 1, 225 Bridge Road, RICHMOND VIC 3121 | 1E7983265 |
| Start date: | 15/12/2011 | |
| Cease date: | 02/02/2012 | |
| Principal Place Of Business address: | Level 1, 225 Bridge Road, RICHMOND VIC 3121 | 1E7983265 |
| Start date: | 15/12/2011 | |
| Cease date: | 15/12/2011 | |

| Contact Address | | |
|---|---|---|
| Section 146A of the Corporations Act 2001 states 'A contact address is the address to which communications and notices are sent from ASIC to the company'. | | |
| **Current** | | |
| Address: | PO BOX 2197, CAULFIELD JUNCTION VIC 3161 | |
| Start date: | 24/08/2020 | |
| **Historical** | | |
| Address: | 351 Moray Street, SOUTH MELBOURNE VIC 3205 | |
| Start date: | 28/06/2017 | |
| Cease date: | 18/02/2019 | |

| Officeholders and Other Roles | | Document Number |
|---|---|---|
| **Director** | | |
| Name: | MOISHE NEWMAN | 2EBQ75437 |
| Address: | 39 Lumeah Road, CAULFIELD NORTH VIC 3161 | |
| Born: | 21/04/1987, LOS ANGLES, UNITED STATES | |

|  |  |  |
|---|---|---|
| Appointment date: | 27/01/2013 | |

**Secretary**

|  |  |  |
|---|---|---|
| Name: | MOISHE NEWMAN | 2EBQ75437 |
| Address: | 39 Lumeah Road, CAULFIELD NORTH VIC 3161 | |
| Born: | 21/04/1987, LOS ANGLES, UNITED STATES | |
| Appointment date: | 27/01/2013 | |

**Previous Director**

|  |  |  |
|---|---|---|
| Name: | ADINA GORDON | 028055365 |
| Address: | Unit 1, 25 Jersey Road, BAYSWATER VIC 3153 | |
| Born: | 15/02/1991, MELBOURNE, VIC | |
| Appointment date: | 15/12/2011 | |
| Cease date: | 29/01/2013 | |
| Name: | TOM KOTSIMBOS | 1E7983265 |
| Address: | 225 Bridge Road, RICHMOND VIC 3121 | |
| Born: | 07/07/1962, MELBOURNE, VIC | |
| Appointment date: | 15/12/2011 | |
| Cease date: | 15/12/2011 | |

**Previous Secretary**

|  |  |  |
|---|---|---|
| Name: | ADINA GORDON | 028055365 |
| Address: | Unit 1, 25 Jersey Road, BAYSWATER VIC 3153 | |
| Born: | 15/02/1991, MELBOURNE, VIC | |
| Appointment date: | 15/12/2011 | |
| Cease date: | 29/01/2013 | |
| Name: | TOM KOTSIMBOS | 1E7983265 |
| Address: | 225 Bridge Road, RICHMOND VIC 3121 | |
| Born: | 07/07/1962, MELBOURNE, VIC | |
| Appointment date: | 15/12/2011 | |
| Cease date: | 15/12/2011 | |

**Share Information**

**Share Structure**

| Class | Description | Number issued | Total amount paid | Total amount unpaid | Document number |
|---|---|---|---|---|---|
| ORD | ORDINARY SHARES | 4 | 4.00 | 0.00 | 028055365 |

**Members**

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth ranked member will also be recorded by ASIC on the database. Where available, historical records show that a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

|  |  |
|---|---|
| Name: | MOISHE NEWMAN |
| Address: | 39 Lumeah Road, CAULFIELD NORTH VIC 3161 |

**Current & Historical Company Extract**

**AMN IMPORTS PTY. LTD.**
**ACN 154 804 225**

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 4 | yes | FULLY | 2EBQ75437 |

**Previous Members**

Name: ADINA GORDON
Address: Unit 1, 25 Jersey Road, BAYSWATER VIC 3153

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 4 | yes | FULLY | 028055365 |

Name: TOM KOTSIMBOS
Address: 225 Bridge Road, RICHMOND VIC 3121

| Class | Number held | Beneficially held | Paid | Document number |
|---|---|---|---|---|
| ORD | 2 | no | FULLY | 1E7983265 |

**Documents**

Note: Where no Date Processed is shown, the document in question has not been processed. In these instances care should be taken in using information that may be updated by the document when it is processed. Where the Date Processed is shown but there is a zero under No Pages, the document has been processed but a copy is not yet available.

| Date received | Form type | Date processed | Number of pages | Effective date | Document number |
|---|---|---|---|---|---|
| 15/12/2011 | 201C Application For Registration As A Proprietary Company | 15/12/2011 | 3 | 15/12/2011 | 1E7983265 |
| 27/01/2012 | 484 Change To Company Details<br>484B Change Of Registered Address<br>484C Change Of Principal Place Of Business (Address)<br>484E Appointment Or Cessation Of A Company Officeholder<br>484G Notification Of Share Issue<br>484O Changes To Share Structure<br>484N Changes To (Members) Share | 27/01/2012 | 9 | 27/01/2012 | 028055365 |

**Current & Historical Company Extract**

**AMN IMPORTS PTY. LTD.**
**ACN 154 804 225**

| | Holdings | | | | |
|---|---|---|---|---|---|
| 08/02/2013 | 484  Change To Company Details<br>  484E Appointment Or Cessation Of A Company Officeholder<br>  484N Changes To (Members) Share Holdings | 08/02/2013 | 10 | 08/02/2013 | 1F0309964 |
| 10/04/2018 | 484  Change To Company Details<br>  484A1 Change Officeholder Name Or Address<br>  484A2 Change Member Name Or Address | 10/04/2018 | 2 | 10/04/2018 | 8E0073667 |
| 19/02/2021 | 484  Change To Company Details<br>  484A1 Change Officeholder Name Or Address<br>  484A2 Change Member Name Or Address | 19/02/2021 | 2 | 28/01/2021 | 2EBQ75437 |

**\*\*\*End of Extract of 4 Pages\*\*\***