UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-05526-SVW-SHK | Date | November 10, 2021 |
|---|---|---|---|
| Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marina Lang | David C. Voss, Jr. |

**Proceedings:**     PRETRIAL CONFERENCE

Conference held. The Court orders the following:

1) By close of business Friday defendants shall file supplemetal brief;
2) Plaintiff's response shall be due by close of business Monday;
3) Defendant shall file, by Sunday evening, November 14, 2021, the Declaration of the witness Newman, shall be filed.

The Court orders defendant's counsel to file the exhibit produced at this hearing as Court's Exhibit One.

The parties are advised that the jury trial will commence on Wednesday, November 17, 2021, at 9:00 a.m.

|  | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | PMC |