# David Voss

| | |
|---|---|
| **From:** | Belinda Iriele <biriele@socalip.com> |
| **Sent:** | Thursday, October 28, 2021 2:40 PM |
| **To:** | David Voss |
| **Cc:** | Maria Franco; Marina Lang; Michael Harris; Anneliese Lomonaco |
| **Subject:** | [SoCal IP File No.: A062.L20369]   Athena v. AMN Distribution - eBay's Production |

Mr. Voss,

The following link contains eBay's production, labeled ATHENA013788 – ATHENA013819 CONFIDENTIAL.

ATHENA013788 – ATHENA013819 CONFIDENTIAL

1. ATHENA013788 - ATHENA013794 CONFIDENTIAL- eBay Listings and Sales History
2. ATHENA013795 CONFIDENTIAL – eBay Purchase History
3. ATHENA013796 CONFIDENTIAL - eBay Reg Info
4. ATHENA013797 - ATHENA013801 CONFIDENTIAL- eBay Subpoena Response and General Objections
5. ATHENA013802 - ATHENA013807 CONFIDENTIAL– eBay.com Ciritbeauty
6. ATHENA013808 - ATHENA013813 CONFIDENTIAL– eBay.com Micwha-10
7. ATHENA013814 - ATHENA013819 CONFIDENTIAL– eBay.com Minabeauty

--------

Kind regards,
/Belinda U. Iriele/
*IP Paralegal Trainee*
p: (805) 730-0556   f: (805) 230-1355
biriele@socalip.com
www.socalip.com
310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362

**SoCal IP**
Law Group LLP

*CONFIDENTIAL.  This email message may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not a listed recipient, please reply to the sender that the email message was misdirected and delete it. Thank you.*

10/20/2020     RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW & SEALED | eBay

Sell   Watchlist   My eBay

eb /    Q Search for anything     All Categories ˅

Back to search results | Listed in category: Health & Beauty > Makeup > Eyes > Eyelash & Eyebrow Growth



SAVE UP TO 18% WHEN YOU BUY MORE

### RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW & SEALED

Condition: New with box

Volume pricing:
1-1   $21.00 (each)
2+   $17.22 (18% off each)

Quantity: [2]   More than 10 available / 4 sold

Unit Price: **US $17.22**

Add to Watchlist

Free shipping     Ships from United States

Pay today and earn $1.05 in eBay Bucks. See conditions
Includes Bonus Offer!!

Shipping: FREE Economy Shipping | See details
Item location: La Puente, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before Tue. Oct. 27 to 93030

Payments:
Pay**al** CREDIT
Special financing available. | See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

#### Shop with confidence
eBay Money Back Gu
Get the item you orde
your money back. Lea

#### Seller information
micwha-10 (5)
100% Positive feedback

Save this Seller
Contact seller
See other items

Have one to sell? Sell now

Similar sponsored items 1/2          Feedback or

CONFIDENTIAL        ATHENA013808

| 11/6/2020 | | eBay: Order details | | |
|---|---|---|---|---|
| **Order information** | | **Shipping address** | **Order total** | |
| Buyer | | | Subtotal | $42.00 |
| Seller | micwha-10 | | Item discount | -$7.56 |
| Order placed on | Tuesday, Oct 20, 2020 | United States | Shipping | Free |
| Payment method | PayPal | | Tax | $2.67 |
| Payment date | Tuesday, Oct 20, 2020 | | Total | $37.11 |

## Item(s) bought from micwha-10
Order number

| Qty | Item name | Shipping service | Item price |
|---|---|---|---|
| 2 | RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW & SEALED (303727547280) | USPS Parcel Select Ground | $42.00 - $7.56 |

CONFIDENTIAL                                    ATHENA013809

11/6/2020  PayPal: Transaction Details

MENU

| ebay | **eBay - 卫航 冀 (micwha-10)** | - $37.11 |

October 20, 2020
Payment

**Paid with**
BANK OF AMERICA, N.A. x·                                                                $37.11

**Shipped to**

United States

**Have you received this order?**

October 21, 2020, Sent by USPS
Status: Shipped

**Transaction ID**

**Seller info**
eBay - 卫航 冀 (micwha-10)

**Purchase details**
RevitaLash Cosmetics Advanced Eyelash Conditioner 3.5ml NEW &                           $34.44
SEALED (Qty 2)
Item #303727547280

Tax                                                                                      $2.67

Total                                                                                   $37.11

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads? Learn more and manage your cookies

Yes, Accept Cookies

CONFIDENTIAL                                                                       ATHENA013810



CONFIDENTIAL                                                                 ATHENA013811

Glory.com micwhn-10

CONFIDENTIAL

ATHENA013812



CONFIDENTIAL

ATHENA013813