Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355
Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court
## Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
| Plaintiff, | Joint Verdict Form |
| v. | Judge Wilson |
| AMN Distribution Inc., et al., | |
| Defendants. | |

A verdict form has been prepared for you. After you have reached unanimous agreement on a verdict, your presiding juror should complete the verdict form according to your deliberations, sign and date it, and advise the clerk that you are ready to return to the courtroom.

### Plaintiff's Proposal

On the claims of Plaintiff Athena Cosmetics Inc. against Defendants AMN Distribution et al., we, the jury, find as follows:

1. Did Defendants provide the full and accurate contact information for its customers and suppliers of counterfeit Athena products?

    Yes ____    No _____

2. Did Defendants provide an accurate unit count of counterfeit Athena products it received from each of its suppliers?

   Yes \_\_\_\_    No \_\_\_\_\_

3. Did Defendants sell counterfeit Athena Cosmetics Inc. goods after the April 2020 contract became effective?

   Yes \_\_\_\_    No \_\_\_\_\_

### DEFENDANTS' PROPOSAL

On the claims of Plaintiff Athena Cosmetics Inc. against Defendant AMN Distribution, we, the jury, find as follows:

4. Did Defendant AMN Distribution provide the accurate and complete contact information for its customers and suppliers of Athena products?

   Yes \_\_\_\_    No \_\_\_\_\_

If the answer to the above question is Yes, then answer the next question:

5. Was the above breach by Defendant AMN Distribution a material breach of the contract?

   Yes \_\_\_\_    No \_\_\_\_\_

On the claims of Plaintiff Athena Cosmetics Inc. against Defendants AMN Distribution, we, the jury, find as follows:

1. Did Defendant AMN Distribution sell counterfeit Athena Cosmetics Inc. goods after the April 2020 contract became effective?

   Yes \_\_\_\_    No \_\_\_\_\_

If the answer to the above question is Yes, then answer the next question:

2. Was the above breach by Defendant AMN Distribution a material breach of the contract?

        Yes \_\_\_\_    No \_\_\_\_\_

On the claims of Plaintiff Athena Cosmetics Inc. against Defendant Moishe Newman, we, the jury, find as follows:

1. Did Defendant Moishe Newman sell counterfeit Athena Cosmetics Inc. goods after the April 2020 contract became effective?

        Yes \_\_\_\_    No \_\_\_\_\_

If the answer to the above question is Yes, then answer the next question:

2. Was the above breach by Defendant Moishe Newman a material breach of the contract?

        Yes \_\_\_\_    No \_\_\_\_\_