UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:20-cv-05526-SVW-SHK |
| Title: | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al |
| Date | November 17, 2021 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Anne Kielwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants:
---|---
Michael D. Harris | David C. Voss, Jr.
Marina L. Lang |

_____ Day Court Trial      1st Day Jury Trial

- X  One day trial:   X  Begun (1st day);   ___ Held & Continued;   X  Completed by jury verdict/submitted to court.
- ✓  The Jury is impaneled and sworn.
- ✓  Opening statements made by  Plaintiff and Defendant
- ✓  Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
- ✓  Plaintiff(s) rest.    ✓ Defendant(s) rest.
- ✓  Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
- ✓  Bailiff(s) sworn.   ✓ Jury retires to deliberate.    ___ Jury resumes deliberations.
- ✓  Jury Verdict in favor of   ✓ plaintiff(s)   ___ defendant(s) is read and filed.
- ✓  Jury polled.    ___ Polling waived.
- ✓  Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
- ___ Judgment by Court for ___ plaintiff(s)   ___ defendant(s).
- ___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s)   ___ defendant(s).
- ___ Case submitted.   Briefs to be filed by
- ___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
- ___ Settlement reached and placed on the record.
- ✓  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- ✓  Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- ___ Trial subpoenaed documents returned to subpoenaing party.
- ✓  Case continued to  Thursday, November 18, 2021 at 10:00 a.m.  for further trial/further jury deliberation.
- ✓  Other:  Attorney Marina L. Lang is found in Contempt of Court, and remanded into custody. Attorney Lang is ordered off the case, released and escorted out of the building.

6 : 52

Initials of Deputy Clerk    PMC

cc: