NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Athena Cosmetics, Inc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cv-05526-SVW-SHK |
| v. | |
| AMN Distribution Inc. et al | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~joint~~ any _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

17 Nov 2021
Date

Michael D. Harris / Marina L. Lang
Counsel for: ☒Plaintiff  ☐Defendant  ☐ Athena Cosmetics, Inc.

_[signature]_  818 590 5540
Signature                    Telephone Number

November 17, 2021
Date

David C. Voss, Jr.
Counsel for: ☐Plaintiff  ☒Defendant  ☐ AMN Distribution Inc. & Moishe Newman

_[signature]_  310 413 3355
Signature                    Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Nov. 17, 2021
Date

Clerk, U.S. District Court
By _[signature]_
Paul M. Cruz, Deputy Clerk

G-38 (08/16)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING