# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:20-cv-05526-SVW-SHK | Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al |
|---|---|---|---|
| **Judge** | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| **Dates of Trial or Hearing** | 11/17/2021 | | |
| **Court Reporters or Tape No.** | Anne Kielwasser | | |
| **Deputy Clerks** | Paul M. Cruz | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Michael D. Harris | David C. Voss, Jr. |
| Marina L. Lang | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## DEFENDANTS' WITNESSES

1. Defendant Moishe Newman

2. Christina Felix (employee of Plaintiff)*   11/17/21

3. Dave Hooper (employee of Plaintff)*

4. Marina Lang*

DATED:  October 18, 2021         DAVID C. VOSS, JR.
                                 VOSS, SILVERMAN & BRAYBROOKE, LLP

                                 By: _____
                                     David C. Voss, Jr.
                                     Attorneys for Defendants
                                     AMN DISTRIBUTION, INC. and
                                     MOISHE NEWMAN

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

Athena Cosmetics, Inc.,

11

     Plaintiff,

12

     v.

13

AMN Distribution Inc., et al,

14

     Defendants.

No. 2:20-cv-05526-SVW-SHK

Joint Trial Exhibit List
Trial: November 14, 2021
Judge Wilson

15

16

### PLAINTIFF'S EXHIBITS

17

18

| EXH. NO | DESCRIPTION | INTRODUCED | ADMITTED? |
|---|---|---|---|
| 1 | Photograph of purchase from brushexpress.com (Photo-graphed boxes and contents will be brought to trial.) | ✓ | ✓ |
| 2 | Photograph of purchase from minabeauty (Photographed boxes and contents will be brought to trial.) | ✓ | ✓ |
| *Court Exhibit 1* | | ✓ | ✓ |

27

28

| 3 | Photograph of purchase from ciritbeauty (Photographed boxes and contents will be brought to trial.) | ✓ | ✓ |
|---|---|---|---|
| 4 | Photograph of purchase from micwha-10, *crpra65 and purelandoc* (Photographed boxes and contents will be brought to trial.) | ✓ | ✓ |
| 5 | A box of legitimate REVI-TALASH® product and its contents. | ✓ | ✓ |
| 6 | A box of legitimate REVI-TALASH® product and its contents. | ✓ | ✓ |
| 7 | A box of legitimate REVI-TALASH® product and its contents. | | |
| 8 | A box of legitimate REVI-TALASH® product and its contents. | | |
| 9 | Documents produced by Walmart.com showing continued sales of counterfeit product. | | |

| 10 | Documents produced by eBay showing continued sales of counterfeit product:<br>• Reg Info produced 07/13/2021;<br>• Reg Info produced 09/17/2021;<br>• Reg Info produced 10/26/2021; and<br><br>Listing and Sales History produced 07/13/2021 containing "STERLING-WOMAN" | | |
| 11 | Documents produced by PayPal showing continued sales of counterfeit product | | |
| 12 | Documents produced by Groupon showing continued sales of counterfeit product | ✓ | ✓ |
| 13 | Documents regarding sales by Adina's Beauty Shop showing continued sales Walmart Document Production. | ✓ | ✓ |
| 14 | The April 30 Agreement | | |
| 15 | Schedule 1 of the April 30 Agreement | ✓ | ✓ |

| 16 | Schedule 2 of the April 30 Agreement | | |
|---|---|---|---|
| 17 | Lease Agreement between Paul and Patricia Gallagher and AMN for 10 Gallagher Drive, Plains, Pennsylvania. Defendants' Bates No. 004684 | | |
| 18 | Groupon Screen Shot of 3.0 ml REVITABROW ADVANCED® in white Cosmetic Bag 10/4/21 | ✓ | ✓ |
| 19 | Groupon Screen Shot of 3.5 ml REVITALASH ADVANCED® in white cosmetic bag 10/4/21 | | |
| 20 | Groupon Screen Shot of REVITALASH ADVANCED® 3.5 ml 10/4/21 | | |
| 21 | Groupon Screenshot of RevitaLash Advanced and Free REVITABROW® 10/4/21 | | |
| 22 | Groupon Screenshot of REVITALASH® 3.5ml 10/4/21 | | |
| 23 | Groupon Screenshot of 2.0 REVITALASH® 10/4/21 | ✓ | ✓ |

| 24 | Groupon screenshot of REVI-TABROW .101 10/4/21 | ✓ | ✓ |
|----|-----|-----|-----|
| 25 | June 2020 Merchant Agreement between AMN and Groupon to sell RevitaLash goods | ✓ | ✓ |
| 26 | United States Trademark Registration No. 3,246,814, which issued May 29, 2007, for the mark REVITALASH®. | | |
| 27 | Accepted §§ 8 and 15 declaration for Trademark Registration No. 3,246,814. | | |
| 28 | United States Trademark Registration No. 3,526,373, which issued November 4, 2008, for the mark ATHENA AND DESIGN®. | | |
| 29 | Accepted §§ 8 and 15 declaration for Trademark Registration No. 3,526,373. | | |
| 30 | United States Trademark Registration No. 3,413,360, which issued April 15, 2008, for the mark ATHENA COSMETICS®. | | |

| 31 | Accepted §§ 8 and 15 declaration for Trademark Registration No. 3,413,360. | | |
| 32 | United States Trademark Registration No. 5,633,064, which issued December 18, 2018, for the mark ETERNALLY PINK®. | | |
| 33 | ~~Accepted §§ 8 and 15 declaration for Trademark Registration No. 5,633,064.~~ | | |
| 34 | United States Trademark Registration No. 4,501,304, which issued March 25, 2014, for the mark REVITALASH ADVANCED® for cosmetic preparations for eye lashes. | | |
| 35 | Accepted §§ 8 and 15 declaration for Trademark Registration No. 4,501,304. | | |
| 36 | United States Trademark Registration No. 3,588,423, which issued March 10, 2009, for the mark REVITA-BROW® | | |

| 37 | Accepted §§ 8 and 15 declaration for Trademark Registration No. 3,588,423. | | |
| 38 | United States Trademark Registration No. 5,871,804, which issued October 1, 2019, for the mark shown to the right. | | |
| 39 | ~~Accepted §§ 8 and 15 declaration for Trademark Registration No. 5,871,804.~~ | | |
| 40 | United States Trademark Registration No. 4,501,307 which issued March 25, 2014, for the mark REVITA-BROW ADVANCED® | | |
| 41 | ~~Accepted §§ 8 and 15 declaration for Trademark Registration No. 4,501,307.~~ | | |
| 42 | Notice of Deposition of Defendant AMN Distribution Inc. under FED. R. CIV. P. 30(b)(6) - 10-09-2020 | | |
| 43 | Reporter's Certificate of Non-Appearance - 11-05-2020 | | |

Joint Exhibit List        7        Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 2:20-cv-05526-SVW-SHK

| 44 | Notice of Deposition of Defendant AMN Distribution Inc. under FED. R. CIV. P. 30(b)(6) - 05-11-2021 | | |
|---|---|---|---|
| 45 | Reporter's Certificates of Non-Appearance - 06-04-2021 and 10-28-21 | | |
| 46 | Defendant AMN Distribution Inc.'s Responses to Plaintiff Athena Cosmetics Inc.'s First Request for Production of Documents - 05-20-21 | | |
| 47 | Defendant AMN Distribution Inc.'s Responses to Plaintiff Athena Cosmetics Inc.'s First Set of Interrogatories - 05-20-21 | | |
| 48 | Defendant AMN Distribution Inc.'s Amended Responses to Plaintiff Athena Cosmetics Inc.'s First Set of Interrogatories - 07-01-2021 | | |
| 49 | Defendant AMN Distribution Inc.'s Further Amended Responses to Plaintiff Athena Cosmetics Inc.'s First Set of Interrogatories - 08-17-2021 | | |

| 50 | Defendant AMN Distribution Inc.'s Amended Responses to Plaintiff Athena Cosmetics Inc.'s First Request for Production of Documents - 07-01-2021 | | |
| 51 | Defendant Moishe Newman's Responses to Plaintiff Athena Cosmetics Inc.'s Second Request for Production of Documents - 10-22-2021 | | |
| 52 | Defendant AMN Distribution Inc.'s Responses to Plaintiff Athena Cosmetics Inc.'s to Second Request for Production of Documents - 10-22-2021 | | |
| 53 | Initial Cease and Desist Letter with Exhibits. and Complaint Served to - 10 Gallagher Drive (BRUSH EXPRESS) - 02-11-2020 | | |
| 54 | Deposition Transcript of Walmart's Custodian of Records, Maria Baez de Hicks and Exhibits 1-3 | Reserve Ruling | |

| | | | |
|---|---|---|---|
| 55 | Athena Counterfeit Comparisons | | |
| 56 | Screenshots from various ecommerce platforms showing the continued sales of REVITALASH® counterfeit product including:<br>• Brush express landing page<br>• Brushexpress.com purchase<br>• eBay.com minabeauty purchase<br>• eBay.com ciritbeauty purchase<br>• eBay.com micwha-10 purchase<br>• eBay.com crpra65 purchase<br>• eBay.com purelanddoc.com | | |
| 57 | United States Trademark Registration No. 4,501,308 (March 25, 2014) for REVITABROW ADVANCED® Logo. | | |
| 59 | Accepted §§ 8 and 15 declaration for Trademark Registration No. 4,501,308. | | |
| 60 | Customs and Border Dept. Seizure | | |

| 61 | Moishe Newman Declaration of Trial Testimony | | |

### DEFENDANTS' EXHIBITS

| EXH. NO | DESCRIPTION | INTRODUCED | ADMITTED? |
|---|---|---|---|
| 101. | Settlement Agreement Dated 4/29/20 and 4/30/20, including all schedules appended thereto | | |
| 102. | Letter from counsel for LinkAmerica II to counsel for Athena warning Athena against defaming American customers | | |
| 103. | E-mail from LinkAmerica II confirming it is the source of REVITALASH products resold by AMN | | |
| 104. | Exhibit 38 from Marina Lang Declaration In Opposition to Summary Judgment Motion (Dkt. 114-17): Walmart Sales List | ✓ | ✓ |
| 105. | E-mails between Marina Lang and AMN's prior counsel after the execution of the Settlement Agreement regarding subsequent information demanded by Marina Lang (cited by M. Lang in Declaration in Opp. to MSJ p.4, lns. 21-24) | | |

| | | | |
|---|---|---|---|
| 106. | "Plaintiff Athena Cosmetics, Inc.'s Amended Responses to Defendant AMN Distribution, Inc.'s First Set of Interrogatories" dated 6/30/21 | | |
| 107. | "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Set of Interrogatories" dated 6/7/21 | | |
| 108. | "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Requests for Admission" dated 6/7/21 | | |
| 109. | "Plaintiff Athena Cosmetics, Inc.'s Responses to Defendant AMN Distribution, Inc.'s First Request for Production of Documents and Electronically Stored Information" dated 6/7/21 | | |
| 110. | E-mail from E-Bay reflecting name changes in user ID's for SavingSimpleLLC and ValenceD | | |
| 111. | Print-out of Google search reflecting name change of savingsimplellc on E-Bay | | |
| 112. | Additional print-out of Google search reflecting name change of savingsimplellc on E-Bay | | |
| 113. | * Proof of payment of $25,000 by AMN under Settlement Agreement and/or receipt of same by Plaintiff | | |

| | | | |
|---|---|---|---|
| 114. | Document production by Defendants including order fulfillment records for all orders from 2019 to present | | |
| 115. | * Proof of delivery of inventory to or receipt of same by Plaintiff | | |