UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| Athena Cosmetics, Inc., | ) Case No.: 2:20-cv-05526-SVW-SHK |
| Plaintiff(s), | ) JURY NOTE NUMBER: |
| vs. | ) Today=s Date: 11/17/21 |
| AMN Distribution Inc. et al, | ) Time: 5:00 |
| Defendant(s). | ) |

_____     THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____     THE JURY REQUESTS THE FOLLOWING:

Question 1C asks for schedules 1 & 2 But we only have schedule 1. May we have schedule 2 or adjust question.

SIGNED: _____  ◄ Redacted as to Foreperson's name  _____

FOREPERSON OF THE JURY

To The Jury -
Schedule is Exhibit 15. I am giving you schedule 2 which is Exhibit 16.

Judge Wilson