

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Athena Cosmetics, Inc., </br></br>        Plaintiff(s), </br></br> vs. </br></br> AMN Distribution Inc. et al, </br></br> Defendant(s). | ) Case No.: 2:20-cv-05526-SVW-SHK </br> ) </br> ) **JURY NOTE NUMBER:** </br> ) </br> ) Today=s Date: 17 Nov 21 </br> ) </br> ) Time: 1759 / 559 PM </br> ) </br> ) </br> ) |

__X__    THE JURY HAS REACHED AN UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

SIGNED: Redacted as to Foreperson's name

FOREPERSON OF THE JURY