FILED
CLERK, U.S. DISTRICT COURT

NOV 17 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Athena Cosmetics, Inc., | ) CASE NO.: 2:20-cv-05526-SVW-SHK |
| Plaintiff | ) SPECIAL VERDICT FORM |
| vs. | ) |
| AMN Distribution Inc. et al, | ) |
| Defendant. | ) |

WE THE JURY, in the above-entitled action find (see attached form):

DATE: 17 Nov 21

Redacted as to Foreperson's Name
_____
Name of Foreperson

## Special Verdict Form

**Issue I: Whether Defendant AMN breached the Settlement Agreement by making inaccurate or incomplete disclosures of its buyers and sellers.**

    a. Did Schedule 1 include the "full and complete contact information" that Defendant AMN had for each seller?

         ____ Yes    **X** No

    b. Did Schedule 1 of the Settlement Agreement accurately disclose the amount of product that Defendant AMN purchased from eBay user "Sterlingwoman"?

         **X** Yes    ____ No

    c. Was the 1,639-unit discrepancy between the amount Defendant AMN bought and sold in 2019, as set out in Schedules 1 and 2 of the Settlement Agreement, the result of inaccurate or incomplete disclosures of Defendant AMN's suppliers?

         ____ Yes    **X** No

**Issue II: Whether Defendants breached the Settlement Agreement by continuing to market and sell Athena goods after the Effective Date of the Agreement, April 30, 2020.**

    d. Do the business records from Walmart, eBay, or Groupon show Defendant AMN continued marketing or sales of Athena goods?

         **X** Yes    ____ No

    e. Did Defendant AMN operate under the eBay username "Michwa-10" and sell the Athena goods that Christina Felix purchased in October 2020?

         ____ Yes    **X** No

    f. Do the business records from Walmart, eBay, or Groupon show Defendant Newman continued marketing or sales of Athena goods?

         **X** Yes    ____ No

    g. Did Defendant Newman operate under the eBay username "Michwa-10" and sell

the Athena goods that Christina Felix purchased in October 2020?

_____ Yes   __X__ No