## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-05526-SVW-SHK | Date | November 18, 2021 |
|---|---|---|---|
| Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al | | |

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael D. Harris | David C. Voss, Jr. |

**Proceedings:**　　　POST-TRIAL MOTION HEARING

Defense counsel places his motions on the record.

The Court orders the reporter to produce a transcipt of this proceeding. Counsel are to split the cost.

Production of the Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 11, 2021
Plaintiff's response . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 8, 2021
Defendant's reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 13, 2021

Hearing is set for December 20, 2021 at 1:30 p.m.

|  | : | 58 |
|---|---|---|
| Initials of Preparer | | PMC |