Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

United States District Court

Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMN Distribution Inc., et al,<br><br>    Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Michael Harris Supporting Plaintiff Athena Cosmetic's Request for Attorney Fees.<br><br>Judge Wilson |

I, Michael Harris, declare:

1. I am an attorney for Plaintiff Athena Cosmetics. I am a member of the State Bar of California and a partner with SoCal IP Law Group LLP (SoCal IP). I know of the facts stated in this declaration.

2. The November 16, 2021, minute order, stated, "Plaintiff is ordered to file evidence of its expenses related to the October 28 deposition no later than 14 days after the conclusion of the trial on Phase I." Dkt. 179.

3. Based on my tabulation of the fees taken from the exhibit attached to this declaration the cost of preparing for the ignored deposition on October 28 was $3,653.50. $3,203.50 in attorney and paralegal time preparing for the deposition and communicating with opposing counsel and $450 in costs for the deposition reporter's no-show fee.

4. SoCal IP's attorneys and paralegals record time directly into the Tabs computer billing program. All have access to the software from the office and remotely from home.

5. The firm's bookkeeper also enters incurred expenses in Tabs.

6. SoCal IP Law Group does not bill clients for inside photocopies, postage, faxes, and telephone charges.

7. On the first of each month, the firm's bookkeeper directs Tabs to print out work in progress (WIP) and expense reports for each matter. The billing attorney receives all attorneys' WIP and expense reports for each client and can edit the entries. The most common editing is the correction of typographical errors or changing a billing entry to another matter because an incorrect matter number had been entered in Tabs. The bookkeeper then makes the changes in Tabs that the attorney had made.

8. Shortly after the bookkeeper makes the changes, she generates an invoice and a transmittal letter. After I review my invoices or bills, the firm emails them to the clients.

9. Tabs also can output billing data in formats other than WIP reports and bills. Exhibit 1 is in spreadsheet format and is a firm business record of attorney time and costs for this matter. I removed extraneous columns from the spreadsheet Tabs generated. The firm has other matters for plaintiff Athena. I removed all entries unrelated to this lawsuit and unrelated to the deposition of Moishe Newman.

10. I was admitted to the California Bar in 1974 and have practiced intellectual property law exclusively since then. My hourly rate is $755 per hour. My entries are shown as "MDH."

11. The other attorneys in this firm who worked on this matter include Marina Lang. Marina Lang is a partner of SoCal IP, was first admitted to the State Bar of

California in 2007. Her practice primarily involves intellectual property and trademark litigation. Her billing rate for this matter is $495 per hour. Her entries are shown as "MLL."

12. Anneliese Lomonaco (AGL) is a paralegal assigned to this matter and has a billing rate of $270 an hour. Paralegal Belinda Iriele (BUI) also performed services on this matter. Her hourly rate is $145.

13. As an intellectual property attorney who has practiced for over 40 years and has talked to other intellectual property attorneys about their billing rates, this firm's billing rates of its attorneys and paralegals are reasonable for the Los Angeles area.

December 1, 2021

/s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.