# EXHIBIT 1

| Date | Timekeeper | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 10/19/2021 | AGL | $ 270 | 0.7 | $ 189.00 | Attention to Notice of Deposition of Moishe Newman; finalize and serve on opposing counsel; meet with M. Lang regarding upcoming deadlines and depositions; maintain docket; further attention to hearing transcripts. (L20369 AMN Distribution Inc.) |
| 10/19/2021 | MLL | $ 495 | 0.8 | $ 396.00 | Attending to Athena v AMN - Notice of Deposition of AMM Distribution through its Officer Moishe Newman under FED. R. CIV. P. 30(b)(1) [SoCal IP File No.: A062.L20369] |
| 10/20/2021 | MDH | $ 755 | 0.6 | $ 453.00 | L20369 - AMN: Consider discovery request made to opposing counsel and review his past emails about discovery; prepare email correspondence to him about Rule 30(b)(1) deposition and possible depositions of eBay, PayPal and Walmart.com. |
| 10/20/2021 | MDH | $ 755 | 0.3 | $ 226.50 | L20369 - AMN: Prepare email correspondence to opposing counsel regarding switching M. Newman's deposition under Rule 30(b)(1) and depositions of eBay, Walmart and PayPal. |
| 10/25/2021 | BUI | $ 145 | 0.3 | $ 43.50 | Prepare for Deposition; Include bates labeled documents per Marina's request. |
| 10/26/2021 | MDH | $ 755 | 0.8 | $ 604.00 | L20369 - AMN: Consider whether to object if Moishe Newman does not attend his noticed deposition; Prepare email correspondence to opposing counsel whether Newman will attend. |
| 10/26/2021 | MLL | $ 495 | 2.5 | $1,237.50 | Preparing for and attending to deposition of Moishe |
| 10/27/2021 | AGL | $ 270 | 0.2 | $ 54.00 | Attention to deposition information regarding Moishe Newman; prepare email correspondence to B. Iriele regarding same. (L20369.AMN Distribution Inc.) |
| 11/4/2021 | Cost | | | $450 | Reporter's Charges |
| Totals | | | 6.2 | $ 3,653.50 | |