Michael D. Harris, No. 59,470 mharris@socalip.com
Marina Lang, No. 251,087 mlang@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>  Plaintiff,<br><br>  v.<br><br>AMN Distribution Inc., et al,<br><br>  Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Harris Declaration Supporting Opposition to Defendants' Post-trial Motions<br><br>Judge Wilson |

I, Michael Harris, declare:

1.  I am an attorney for Plaintiff Athena Cosmetics. I am a member of the State Bar of California and a partner with SoCal IP Law Group LLP (SoCal IP). I know of the facts stated in this declaration.

2.  During the trial, I saw Marina Lang looking at 3 ft x 5 ft blowups. The box holding them was along the bar in the courtroom beyond the end of the jury box. I only saw the face of one blowup. Exhibit A is the document from which that blowup was made. When I am four feet from the blowup, I cannot discern its letters, words, or numbers.

3.  The largest type face in the box is shown in Exhibit B, the document from which the blowup was made. I did not see the blowup when I was looking at Ms. Lang and the box of blowup, and I doubt if the jury saw it.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

December 7, 2021                    /s/ *Michael Harris*
                                    Michael Harris

# EXHIBIT A

Harris Declaration Supporting Opposition to Post-trial Motions

4

Athena Cosmetics v. AMN Distribution et al.
Case No.: 2:20-cv-05526-SVW-SHK

# EXHIBIT B