# EXHIBIT A

## USER INFO

| First Name: | Last Name: | SSN: | TIN: | DOB: | Credit Card Statement Name: | Email: |
|---|---|---|---|---|---|---|
| Dov | Middle Name: Newman | | REDACTED8036 | | ACADEMYOUT | |

## BUSINESS INFO

| Name: | URL: | Customer Service Phone: |
|---|---|---|
| Academy Youth Services Organization | | |

## ACCOUNT INFO

| Account Status: | Account #: | Account Type: | Time Created: |
|---|---|---|---|
| Warning | *1178810464091355843 | Business - Verified - Cat70H | Dec 20, 2013 13:10:28 PST |

## FINANCIALS

| Account Balance: | Total Amount Sent (USD Equiv): | Total Amount Received: | Amount Received:(A month is determined by user's signup date, NOT by a calendar month) | Pending Balance To Be Released: | Minimum Reserve Balance: | Rolling Reserve Balance: | Release Amount: | | |
|---|---|---|---|---|---|---|---|---|---|
| $0.00 USD | $540.90 USD | $21,641.45 USD | Current Month:$0.00 USDLast 3 Months:$500.00 USD$897.00 USD$2,990.00 USD | | $0.00 USD* (0 % - $0.00 USD) | $0.00 USD* (0 % - 0 days) | Merchant Communicated about the setting ?No | Monitoring Disabled?No | $0.00 USD* (100 % - 21 days) on Non Personal, Exclude Donations, Exclude Adaptive Payment Transactions Start Date : Apr/20/2021Release Amount : $20,000.00 USDReason Codes: SRP6(No new info. or appeal was recently approved) |

## E-MAIL

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| blueliinechaplain@X | X | X | X |

## PHONE NUMBERS

| Phone Number | Type | Confirmation Status |
|---|---|---|
| 424-241-3489 | Home | Unconfirmed |
| 424-241-3489 | Work | Unconfirmed |

## ADDRESSES

| Date Entered | Address | Use |
|---|---|---|
| 12/20/2013 | Academy Youth Services Organization, 14401 Willow Lane, Huntington Beach, CA 92647, United States | |
| 12/20/2013 | Academy Youth Services Organization, 2615 160TH ST, Redondo Beach, CA 90278, United States | |
| 12/20/2013 | Academy Youth Services Organization, 2615 160th st, Redondo Beach,, CA 90278, United States | |
| 12/20/2013 | Academy Youth Services Organization, 1943 Preuss Road, Los Angeles, CA 90034, United States | (CC 1003 Confirmed) |
| 12/20/2013 | Academy Youth Services Organization, 14401 Willow Lane, Huntington Beach, CA 92647, United States | (Home) |

## IP SUMMARY

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 206.108.41.103 | 82 | Jan 18, 2014 15:35:57 PST | Jul 18, 2021 20:41:29 PDT | |
| 206.108.41.107 | 21 | Jan 24, 2014 10:23:46 PST | Jun 27, 2021 19:32:22 PDT | |
| 206.108.41.105 | 12 | Apr 2, 2014 09:38:00 PDT | Jun 6, 2021 20:35:34 PDT | |
| 206.108.41.101 | 61 | Sep 12, 2014 01:08:24 PDT | May 16, 2021 22:06:35 PDT | |
| 206.108.41.102 | 101 | Jan 14, 2014 11:06:26 PST | Apr 26, 2021 21:10:41 PDT | |
| 206.108.41.106 | 7 | Mar 21, 2014 10:31:19 PDT | Feb 20, 2021 23:00:11 PST | |
| 104.173.194.7 | 1 | Jan 22, 2021 09:45:45 PST | Jan 22, 2021 09:45:45 PST | |
| 206.108.41.108 | 21 | Jan 17, 2014 12:54:00 PST | Jan 10, 2021 20:31:52 PST | |
| 199.249.223.79 | 1 | Nov 2, 2018 22:22:20 PDT | Nov 2, 2018 22:22:20 PDT | |
| 76.94.202.94 | 3 | May 22, 2016 21:05:36 PDT | Jun 30, 2017 09:08:47 PDT | |
| 173.196.20.82 | 9 | Jan 20, 2016 12:17:42 PST | Feb 19, 2016 09:20:29 PST | |
| 206.108.41.104 | 101 | Jan 10, 2014 10:23:08 PST | May 21, 2015 22:47:51 PDT | |
| 50.9.149.238 | 1 | Jan 5, 2015 16:26:49 PST | Jan 5, 2015 16:26:49 PST | |
| 108.185.95.161 | 15 | Feb 13, 2014 11:11:07 PST | Jun 2, 2014 14:18:25 PDT | |
| 76.170.151.1 | 4 | Jan 27, 2014 12:53:54 PST | Feb 6, 2014 10:15:00 PST | |
| 50.9.142.72 | 10 | Dec 20, 2013 14:31:46 PST | Feb 2, 2014 10:42:02 PST | |
| 96.229.102.15 | 2 | Jan 25, 2014 19:33:23 PST | Jan 25, 2014 19:33:23 PST | |
| 76.89.210.168 (Sig | 4 | Dec 20, 2013 13:10:29 PST | Dec 23, 2013 14:11:03 PST | |

## RESTRICTIONS

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| Paypal Confirmed Charities (PPCC) | | | |
| Details | | May 22, 2016 21:07:02 PDT | |

## BANKS

| Type | Status | Confirmed | Bank Name | Bank Nick Name | Name | Routing # | Bank Acct # |
|---|---|---|---|---|---|---|---|
| Checking | Active - Primary | Confirmed (rand dep) | FARMERS & MERCHANTS BANK LONG BEACH | | Academy Youth Services Organi | 122201198 | *REDACTED9201 |

## CREDIT CARDS

| Type | Status | Confirmed | Name | Card Nick Name | CC Number | Exp. | Currency | Issuer |
|---|---|---|---|---|---|---|---|---|
| Credit | Active | CVV2 | Dov Newman | | REDACTED1003 | REDACTED | USD | |
| Credit | Inactive-Expired | RdChg (Refunded) | Dov Newman | | REDACTED4279 | REDACTED | USD | |

## DEBIT CARDS

| Type | CC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| No Debit cards on file | | | | | | | |

## SECURE CARD ATTRIBUTES

| Billing Address: | Secure Card Numbers: | Backup Funding Source: | Daily Spending Limit |
|---|---|---|---|
| 14401 Willow Lane, Hunting ton Beach, CA 92647 | Agent Disabled | | $500 |

## PAYPAL CARDS ACCOUNT DETAILS

| PayPal Cards Accounts Expiration Date: | Account Status: | Funding Source Availability: | Authorized Users: |
|---|---|---|---|
| | | Disabled | Not Available |

## AUCTIONS

| Auction User ID | Auction ManagerUser ID |
|---|---|
| No Auctions on file | |

## MOBILE PAYMENTS

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| No Mobile payments on file | | | | | |



08-10-2021 - Notes:
This excel is a summary of Dov Newman. Her account information is listed at the top, her credit card information, address, and also IP information, number of times IP address was used to log in to paypal.