# EXHIBIT B

| IP SUMMARY | IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|---|
| | 206.108.41.103 | | | | |
| | 206.108.41.103 | | | | |
| Dov Newman | 206.108.41.103 | 82 | Jan 18, 2014 15:35:57 PST | Jul 18, 2021 20:41:29 PDT | |
| Murray Kester | | 2 | Jan 3, 2017 11:59:26 GMT+11:00 | Jan 3, 2017 17:56:40 GMT+11:00 | |
| Muhammet | 206.108.41.107 | 55 | Nov 17, 2016 11:29:36 PST | Jun 29, 2020 01:49:12 PDT | |
| | 206.108.41.107 | | | | |
| Dov Newman | 206.108.41.107 | 21 | Jan 24, 2014 10:23:48 PST | Jun 27, 2021 19:32:22 PDT | |
| Murray Kester | | 1 | Jan 2, 2017 16:12:02 GMT+11:00 | Jan 2, 2017 16:12:02 GMT+11:00 | |
| Muhammet | 206.108.41.105 | 110 | Nov 17, 2016 11:31:04 PST | May 16, 2020 05:15:49 PDT | |
| | 206.108.41.105 | | | | |
| Dov Newman | | 12 | Apr 2, 2014 09:38:00 PDT | Jun 6, 2021 20:35:34 PDT | |
| Muhammet | 206.108.41.101 | 131 | Dec 13, 2016 09:31:46 PST | Jul 1, 2020 00:11:07 PDT | |
| | 206.108.41.101 | | | | |
| Dov Newman | 206.108.41.101 | 61 | Sep 12, 2014 01:08:24 PDT | May 16, 2021 22:04:35 PDT | |
| Murray Kester | | 3 | Jan 2, 2017 14:22:45 GMT+11:00 | Jan 3, 2017 17:57:48 GMT+11:00 | |
| Muhammet | 206.108.41.102 | 62 | Nov 17, 2016 11:30:51 PST | Jun 17, 2020 20:50:50 PDT | |
| | 206.108.41.102 | | | | |
| Dov Newman | 206.108.41.102 | 101 | Jan 14, 2014 11:06:26 PST | Apr 25, 2021 21:10:41 PDT | |
| Murray Kester | | 2 | Jan 2, 2017 14:23:20 GMT+11:00 | Jan 3, 2017 03:07:26 GMT+11:00 | |
| Muhammet | 206.108.41.106 | 74 | Nov 29, 2016 13:57:01 PST | Jun 30, 2020 00:58:26 PDT | |
| | 206.108.41.106 | | | | |
| Dov Newman | | 7 | Mar 21, 2014 10:31:19 PDT | Feb 20, 2021 23:00:11 PST | |
| Muhammet | 206.108.41.108 | 135 | Nov 19, 2016 11:02:39 PST | Jun 27, 2020 02:57:19 PDT | |
| | 206.108.41.108 | | | | |
| Dov Newman | | 21 | Jan 17, 2014 12:54:00 PST | Jan 10, 2021 20:31:52 PST | |
| Muhammet | 206.108.41.104 | 133 | Dec 27, 2016 04:33:25 PST | Jun 15, 2020 21:44:14 PDT | |
| | 206.108.41.104 | | | | |
| Dov Newman | | 101 | Jan 10, 2014 10:23:08 PST | May 21, 2015 22:47:51 PDT | |
| Muhammet | | 28 | Jul 1, 2018 20:56:33 PDT | Jul 1, 2020 23:20:19 PDT | |