# Exhibit 2

Exhibits to Athena's Summary Judgment Motion

Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 22:20-cv-05526-SVW-SHK)

| SCHEDULE 1 | | | |
|---|---|---|---|
| Product | Quantity Purchased | Date of Purchase | Supplier details/eBay Seller |
| Revitalash Advanced 3.5ml | 864 | 4/11/19 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitalash Advanced 3.5ml | 684 | 8/1/19 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitalash Advanced 2.0ml | 432 | 4/11/19 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitalash Advanced 2.0ml | 516 | 8/1/19 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 192 | 8/1/19 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| RevitaLash Advanced 3.5 ml &<br>RevitaBrow Advanced Eyebrow Conditioner 1.5mL (KIT) | 110 | 8/1/19 | LinkAmerika II., s.r.o.<br>Na stare silnici 99<br>252 68 Knezeves u Prahy<br>Czech Republic |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 1 | 11/25/19 | devfashion26 |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 9 | 11/26/19 | snatch-it-deals |
| Revitalash Advanced 2.0ml | 9 | 4/2/19 | bto_deals |
| Revitalash Advanced 2.0ml | 5 | 11/25/19 | beautymagasin |
| Revitalash Advanced 2.0ml | 5 | 11/25/19 | sterlingwoman |
| Revitalash Advanced 3.5ml | 1 | 11/22/19 | savingsimplellc |
| Revitalash Advanced 3.5ml | 5 | 11/22/19 | leeyelashoco  (item sent to Athena in the order in question was from Cirit Beauty (seller display name at time of sale) 308 NW 17th TER Pompano Beach FL 33069) |
| Revitabrow Eyebrow Conditioner, 3.0 mL | 2 | 11/26/19 | jenn-knight |