# Exhibit 12

Exhibits to Athena's Summary Judgment Motion

Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 22:20-cv-05526-SVW-SHK)

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,588,423

Registered Mar. 10, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# REVITABROW

BRINKENHOFF, MICHAEL C. (UNITED STATES INDIVIDUAL)
P.O. BOX 23306
VENTURA, CA 93002

FOR: EYEBROW COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-15-2008; IN COMMERCE 12-15-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-333,412, FILED 11-19-2007.

MARGERY A. TIERNEY, EXAMINING ATTORNEY