Michael D. Harris, No. 59,470
mharris@socalip.com
Marina Lang, No. 251,087
mlang@socalip.com
Brian Tamsut, No. 322,780
btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

United States District Court

Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMN Distribution Inc., et al,<br><br>    Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Michael Harris Supporting Athena's Summary Judgment Motion<br><br>Date: January 10, 2022<br>Time: 1:30 p.m.<br>Judge Wilson |

I, Michael Harris, declare:

1. I am an attorney for Plaintiff Athena Cosmetics. I am a member of the State Bar of California and a partner with SoCal IP Law Group LLP (SoCal IP). I know of the facts stated in this declaration.

2. Exhibit 22 is a copy of Defendant AMN Distribution Inc.'s Further Amended Responses to Plaintiff Athena Cosmetic, Inc.'s First Set of Interrogatories, which defendants served on my firm on August 17, 2021.

3. Exhibit 23 is a copy of Defendant AMN Distribution Inc.'s Amended Responses to Plaintiff Athena Cosmetic, Inc.'s First Request for Production of Documents, which defendants served on my firm on July 1, 2021.

4. Defendants produced no books and records of its purchase of the products Athena contends are counterfeits of Athena products. Its only document production

occurred August 24, 2021, when they produced eBay orders, a lease for AMN's Pennsylvania warehouse and two email from a Czech company. Exhibit 24 is the first five pages of one of the eBay orders of Athena's REVITALASH. I redacted the names of the buyer and seller. Of the five pages, only the first page has the names of the buyer and seller without other contact information. The last page repeats the buyer's name, but the last four pages are eBay advertising.

5. Except for the eBay orders mentioned in the previous paragraph, Defendants produced no records they keep of the purchases and sales they made, no communications with any supplier, or contact information about their suppliers.

6. Exhibit 25 is a copy of a certified copy from Nevada's Secretary of State showing Athena Cosmetics, Inc. is a Nevada corporation.

7. Exhibit 26 is a copy of a February 11, 2020, letter my firm sent to Brush Express.

8. Exhibit 27 is a copy of a Notice of Deposition of Defendant AMN Distribution Inc. under FED. R. CIV. P. 30(b)(6) setting the date as November 5, 2020. At the time, Ronan Cohen was AMN's counsel of record. He neither objected to the deposition nor otherwise communicated with my law firm about the deposition.

9. On November 2, 2020, I emailed Mr. Cohen (Ex. 28) asking if AMN's witness would attend. Mr. Cohen did not respond. No AMN witness appeared on November 5, 2020. When Mr. Voss became counsel of record for defendants, he mentioned a potential objection Mr. Cohen could have made, but Mr. Cohen made no objection.

10. My firm also twice noticed AMN's deposition under Rule 30(b)(6), on May 11, 2021 for a June 4, 2021, deposition and on September 24, 2021, for an October 12, 2021 deposition. Defendant objected to both. Then I chose to notice AMN under Rule 30(b)(1) through its CEO Mr. Newman. His Notice of Deposition (Ex. 29) was served October 19, 2021. Mr. Newman failed to attend.

11. Exhibit 30 is a copy of a lease to a warehouse in Pennsylvania. Defendants produced the lease during discovery.

12. I also noticed depositions of Dov, Devorah, and Nechemiah Newman. In the "Declaration of Anticipated Trial Testimony of Moishe Newman Submitted Pursuant to Order of Trial Judge," Dkt 172, Moishe Newman identified Dov, Devorah, and Nechemiah Newman as AMN employees. I was unable to have them served with their subpoenas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

December 15, 2021                     /s/ *Michael Harris*
                                      Michael Harris