# Exhibit 25

Exhibits to Summary Motion and Supporting Declarations

Athena Cosmetics, Inc v. AMN Dist. et al.
Case No.: 22:20-cv-05526-SVW-SHK)

**STATE OF NEVADA**

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for Commercial Recordings*



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138*

*North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888*

## Certified Copy

01/07/2021 20:52:08 PM

| | |
|---|---|
| Work Order Number: | W2021010701669 - 1048401 |
| Reference Number: | 20211152711 |
| Through Date: | 01/07/2021 20:52:08 PM |
| Corporate Name: | ATHENA COSMETICS, INC. |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20201042719 | Annual List - 11/16/2020 | 2 |



Certified By: Electronically Certified
Certificate Number: B202101081337619
You may verify this certificate
online at **http://www.nvsos.gov**

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

☑ **ANNUAL**   ☐ **AMENDED** (check one)

**List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

| ATHENA COSMETICS, INC. | NV20061740720 |
|---|---|
| NAME OF ENTITY | Entity or Nevada Business Identification Number (NVID) |

**TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT**

*IMPORTANT:* Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

☑ Corporation
  ☐ This corporation is publicly traded, the Central Index Key number is: _____

☐ Nonprofit Corporation (see nonprofit sections below)

☐ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

| Filed in the Office of  *Barbara K. Cegavske*  Secretary of State State Of Nevada | Business Number **E0853742006-9** Filing Number **20201042719** Filed On **11/16/2020 08:18:39 AM** Number of Pages **2** |
|---|---|

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

**CHECK ONLY IF APPLICABLE**
Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
☐ 001 - Governmental Entity
☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number _____

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below.
☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee. Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license.

☐ Unit-owners' Association    ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box
Does the Organization intend to solicit charitable or tax deductible contributions?
☐ No - no additional form is required
☐ Yes - the "Charitable Solicitation Registration Statement" is required.
☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

**\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\***



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

## Annual or Amended List and State Business License Application - Continued

**Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

CORPORATION, INDICATE THE SECRETARY:

| MICHAEL C BRINKENHOFF | USA |
|---|---|
| Name | Country |

| 1838 EASTMAN AVE., SUITE 200 | VENTURA | CA | 93003 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

CORPORATION, INDICATE THE DIRECTOR:

| DARIEL SIDNEY | USA |
|---|---|
| Name | Country |

| 1838 EASTMAN AVE., SUITE 200 | VENTURA | CA | 93003 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

CORPORATION, INDICATE THE DIRECTOR:

| MICHAEL C BRINKENHOFF | USA |
|---|---|
| Name | Country |

| 1838 EASTMAN AVE., SUITE 200 | Ventura | CA | 93003 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

CORPORATION, INDICATE THE PRESIDENT:

| Frances D Jacobus | USA |
|---|---|
| Name | Country |

| 1838 Eastman Ave 200 | Ventura | CA | 93003 |
|---|---|---|---|
| Address | City | State | Zip/Postal Code |

**None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.**

**I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.**

**X   Marilee Hagar**

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** FORM WILL BE RETURNED IF UNSIGNED

| Authorized Signer | 11/16/2020 |
|---|---|
| Title | Date |

page 2 of 2