Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>　Plaintiff,<br><br>　v.<br><br>AMN Distribution Inc., et al,<br><br>　Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Christina Felix in Support of Plaintiff Athena's Motion for Summary Judgment<br><br>Date: January 10, 2022<br>Time: 1:30 p.m.<br>Judge Wilson |

I, Christina Felix, declare:

1. I am over the age of 18. I submit this declaration supporting plaintiff Athena Cosmetics, Inc.'s motion for summary judgment. I personally know of the facts I state in this declaration. If I am called as a witness, I could and would testify about the facts under oath.

2. I have been employed by Athena Cosmetics, Inc. ("Athena") in Ventura, California, for over 13 years. I am Athena's Customer Support Manager and Anti-Diversion Manager. As Athena's Anti-Diversion Manager, I investigate counterfeit Athena goods. When I use the word "counterfeit," I am referring to copies of Athena products that are made to look like authentic Athena goods, that use Athena trademarks, but are not legitimate Athena goods.

3. Counterfeit merchandise endangers Athena's business. Its presence causes brand erosion, reduced revenue and potential product safety issues.

4. Since I began working at Athena, I learned the company was founded in 2006 by physician Dr. Michael Brinkenhoff. This homegrown, Ventura, California, company became known for its original REVITALASH® eyelash conditioning serum.

5. Athena sells its collection of luxury cosmetics throughout the United States and in many countries. Athena receives numerous beauty awards, and top-ranked beauty magazines feature its products.

6. I refer to the eight (8) registered Athena trademarks, REVITALASH, REVITALASH (logo), ATHENA AND DESIGN, ATHENA COSMETICS, ETERNALLY PINK, REVITALASH ADVANCED, REVITABROW, REVITABROW ADVANCED and the RL Logo as "Athena Trademarks."

7. Athena implements several business strategies to protect itself from product counterfeiting and diversion. Athena's genuine products contain anti-diversion tracking technology whereas counterfeits do not.

8. One of my standard job duties includes investigating the authenticity of products sold on "unauthorized" websites. Un-authorized means that Athena, the manufacturer, does not authorize the online seller to sell their goods. Since I started working for Athena, I discovered many products sold by unauthorized online retailers are counterfeits. My job duties include finding and purchasing products online that are advertised and sold as authentic, genuine Athena cosmetic goods. I maintain a log of all goods I purchased, and I store the purchases in a locked, secure location at Athena. After finding and purchasing these products online, my standard business practices are to:

    a. save a true and correct copy of the webpage listing where I discovered and purchased the product(s);

    b. save a true and correct copy of my proof of purchase of the product(s) from that webpage;

   c. photograph the shipping label and shipping container when the item is delivered;

   d. open the shipping container and photograph everything contained inside the package, including the exterior packaging of the goods such as the box, the interior packaging of goods inside such as the instructions pamphlet and carton holding the product, and the goods itself such as the product tube and product applicator wand and wiper inside the tube;

   e. analyze the purchased products to determine if they are counterfeit and write down my analysis and findings;

   f. update the purchase log with my analysis/findings and copies of the evidence and photographs associated with that purchase; and

   g. secure the evidence by saving the package and contents in a locked, secure location at Athena.

  9. In 2019, Athena refreshed its product-line by adopting new, more modern product packaging, artwork, colors, designs, fonts, and logos. Athena spent considerable time and resources on its 2019 visual re-brand, refining and updating its products with new logos, new color palettes, new trademarks, and a new visual identity. Shortly after Athena launched its re-branded product line in 2019, I was shocked to discover so many unauthorized online retailers advertising and selling products from Athena's brand new 2019 product line. As part of my job duties, I purchased products from these unauthorized online sellers that advertised and sold as authentic, genuine Athena cosmetic goods purportedly from Athena's 2019 re-branded product line, and I discovered that almost all my purchases were of counterfeit goods. Starting in 2019 and continuing to current day, most products I purchase from unauthorized online sellers that are advertising and selling purportedly genuine products of Athena bearing Athena's 2019 re-branded look, are counterfeit goods.

10. On November 21, 2019, I visited the website www.brushexpress.com and purchased three units of REVITALASH Eyelash Conditioner. I took a screen shot of that website on the same date. Ex. 4 is a copy, which is reproduced below. The red circle around "RevitaLash" was added to the image below, but not to Exhibit 4.



11. Exhibit 5, which also is reproduced below, shows the screen captures of my purchase. It also displays my handwritten notes, which says, "Counterfeit."



12. The products I ordered from brushexpress.com arrived in a box. Exhibit 6 is my photograph of the front of the box, which is shown below.



13. The Return Address Label States: Brush Express, Shipping Department, 10 Gallagher Dr, Suite C, Plains PA 18705. I covered over my address in the exhibit for privacy, but the address is my home address.

14. Inside the box shipped by Brush Express, were goods bearing Athena's 2019 re-branded look. After inspecting the goods received from Brush Express, I determined they were counterfeit. I rely on these facts to identify the Brush Express products as counterfeits:

    a. Athena prints its lot code on all its products. If a customer has a problem with a product, Athena can determine which lot the product came from. The Brush Express counterfeits displayed a falsified lot code. Below is a photograph of a counterfeit I took displaying that fake lot code.



    b. Authentic Athena products contain anti-diversion tracking technology, but the goods purchased from Brush Express do not contain Athena's tracking technology.

    c. Athena uses state-of-the-art, custom, machine-glued, seamless, adhesive packaging for its containers, which is important to protect the goods sensitive components during shipment and ensure they are not subject to tampering. The containers from Brush Express were sloppily taped with clear 3/4 Scotch by hand using as shown below:



d.  Athena uses a custom-made color shade of blue for its boxes, but the counterfeits purchased from Brush Express used a different shade of blue. Below is a photograph I took of the counterfeit purchased from brushexpress.com displayed next to an authentic good that shows the color difference. The authentic box is shown on the left; the counterfeit is on the right.



e.  Each box of Athena product contains a small, folded booklet, which includes directions for use and cautions. The internal booklet in the Brush Express counterfeit box was not by Athena. It is a different size and folded differently from the booklet's made by Athena. The counterfeit booklet also contains Chinese characters off to one side, which Athena's genuinely made booklets does not have. Below is a photograph I took showing a counterfeit booklet compared to an authentic one:

Case 2:20-cv-05526-SVW-SHK   Document 199-23   Filed 12/15/21   Page 8 of 12   Page ID #:4006

[Image of Athena and Counterfeit packaging inserts]

f. Each Brush Express counterfeit has a thicker wand and brush from Athena's. Below is a photograph I took comparing an Athena wand and brush with the counterfeit's thicker wand and brush. The black oval and the words "Thicker wand and brush" were added to the photograph by me:



Declaration of Christina Felix in Support of Athena's Summary Judgment Motion — 8 — Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK

15. I purchased and inspected approximately 400 counterfeit REVITALASH and REVITABROW units since 2019 from online sites other than defendants. I inspected the inventory that defendants returned after the 2020 Agreement was effective. The returned products matched the counterfeits I purchased before from brushexpress.com as the secret shopper. Also, all the returned products bore Athena's 2019 re-designed-look. Nothing they returned was from or copied from pre-2019 product-lines.

16. The units I received from brushexpress.com are counterfeits.

17. Defendants claim to have purchased 2,835 units during 2019, but my review of the Schedule 2 they provided, says they sold 4,474 units during 2019. Their 2019 Revenue totaled $312,880.

18. This chart shows how I determined the units they sold and their revenue.

| Row Labels | Qty | Revenue |
|---|---|---|
| REVITALASH Advanced 3.5 mL and REVITABROW Advanced Eyebrow Conditioner 1.5mL (KIT) | 11 | $ 631 |
| REVITALASH Eyelash Conditioner 3.5 ml / 0.118 oz | 2,567 | $192,792 |
| REVITALASH EyelashConditioner,2.0ml/0.06oz | 1,199 | $69,817 |
| REVITALASH REVITABROW AdvancedEyebrow-Conditioner3ml/0.1oz | 133 | $9,131 |
| REVITALASH REVITABROW Advanced Eyebrow Conditioner, 0.101oz | 564 | $40,510 |
| **Grand Total** | **4,474** | **$312,880** |

19. The average list price for REVITALASH Eyelash Conditioner 3.5 ml /.118 fl oz is $150.00. $75.17 is defendants' average price defendants for the same product.

20. The photographs below show examples of how I can determine defendants' products are counterfeits. They show the sides of the box, the product. The arrows in

red point to Athena trademarks, and the numbers in red are the last three digits of each trademark's registration number.








21. The photocopies below shows both sides of the booklet in the box of a counterfeit of defendants.



22. I saw in Schedule 1 that defendants claim the supplier from whom they bought the most "Athena" goods is a Czech company called LinkAmerika II., s.r.o. Athena searched its records and found no mention or reference to this alleged company prior to seeing it listed in Schedule 1. Athena never sold or shipped products to any company called LinkAmerika or LinkAmerica. I have never purchased a good that mentions, references, or traces back to a business called LinkAmerika or LinkAmerica. I have never purchased a counterfeit good that traces back to the country of Czech.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  December 15, 2021

                                            DocuSigned by: *[signature]* 3A37A89C1D1745F...
Christina Felix