# EXHIBIT 5

11/21/2019            Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz – Brush Express




(//cdn.shopify.com/s/files/1/11 2a47-4939-a8dd- 8f5e4041f68d_1024x1024.jpg v=1571439095)


(//cdn.shopify.com/s/files/1/11 ddfa-4795-a4d1- cecadefd47d9_1024x1024.jp v=1571439095)


(//cdn.shopify.com/s/files/1/11 38e9-4358-af1a- da435f59866c_1024x1024.jp v=1571439095)


(//cdn.shopify.com/s/files/1/11 bc28-421c-bffb- b694ba95e66c_1024x1024.jp v=1571439095)



*Counterfeit

## Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz

15 reviews

Price: **$89.99 USD**

Quantity

3

Add to Cart

| Description | Usage | Ingredients |

- Conditions eyelashes and protects from brittleness and breakage
- Improves flexibility, moisture and shine
- Beautiful more luxurious eyelashes

Share this Product

USD ⌃

Leav  No rating available

https://brushexpress.com/collections/revitalash/products/revitalash-advanced-3-5ml      2/6

CONFIDENTIAL          ATHENA000023

11/21/2019                                   Thank you for your purchase! - Brush Express - Checkout

# BRUSHEXPRESS

Show order summary ⌄

~~$689.91~~
$586.43

Order #
# Thank you



## Your order is confirmed

You'll receive a confirmation email with your order number shortly.

## Order updates

You'll get shipping and delivery updates by email.

📱 Get shipping updates by text

## Customer information

### Contact information

### Shipping address

https://brushexpress.com                                                                                          1/2

CONFIDENTIAL                                                                                  ATHENA000024

11/21/2019                  Thank you for your purchase! - Brush Express - Checkout

**Shipping method**

Brush Express Fast & Free Shipping

**Payment method**

ending with     - $586.43

**Billing address**

United States

Save my information for a faster checkout

Continue shopping

Need help? Contact us

Refund policy     Privacy policy     Terms of service

CONFIDENTIAL         ATHENA000025



CONFIDENTIAL                                                                                              ATHENA000026



CONFIDENTIAL                                                                                           ATHENA000027