# EXHIBIT 6

