1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br>    Plaintiff,<br>    v.<br>AMN Distribution Inc., et al,<br>    Defendants. | No. 2:20-cv-05526-SVW-SHK<br>Summary Judgment [Proposed]<br>Judge: Wilson |

Following a grant of summary judgment in favor of plaintiff Athena Cosmetics, Inc., (Athena), the Court enters this judgment against Defendants AMN Distribution Inc. ("AMN) and Moishe Newman ("Newman") (collectively "Defendants"):

1. **PERMANENT INJUNCTION.** Defendants and any person or entity acting in concert with, or at the direction of Defendants, including all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which Defendant may exercise control, are restrained and enjoined, under 15 U.S.C. § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, the following activities in the United States and throughout the world:

   a. copying, manufacturing, purchasing, importing, exporting, marketing, selling, offering for sale, distributing, or dealing in

any product or service that uses, or otherwise using, any trademarks of plaintiff Athena Cosmetics, Inc. ("Athena"), including these trademarks (called "Athena Trademarks"):

i. RevitaLash®
ii. RevitaLash (logo)®
iii. Athena and Design®
iv. Athena Cosmetics®
v. Eternally Pink®
vi. RevitaLash Advanced®
vii. RevitaBrow®
viii. RevitaBrow Advanced®
ix. The mark shown to the right (the "RL Logo").

and all other trademark or other intellectual property confusingly or substantially similar to, or that constitutes a colorable imitation of, any Athena Trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

b. performing or allowing others employed by, under control of, or representing Defendants, or under their control, to perform any act or thing which would injure Athena or any Athena Trademarks,

c. engaging in any acts of federal or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would damage or injure Athena; or

        d. using, owning, possessing, or controlling any Internet domain name or website that includes any Athena Trademark

2. Within seven days of the entry of this Judgment, Defendants are ordered to deliver to Athena's counsel, SoCal Ip Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788 for destruction all alleged unauthorized products that use any Athena Trademark.

3. This Permanent Injunction shall be deemed to have been served upon Defendants at the time of its filing on the Court's CM/ECF system.

4. The Court finds there is no just reason for delay in entering this Permanent Injunction, and, under Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendants.

The Court also issues these terms for the judgment:

5. Requiring defendants jointly and severally pay for damages of $417,173 trebled to $1,251,519 under 15 U.S.C. § 1117.

6. Awarding Athena statutory damages against Defendants jointly and severally under 15 U.S.C. § 1117(c) of $_____ for each of the nine Athena Trademark defendants infringed for $_____.

7. Awarding Athena costs and attorney fees against defendants jointly and severally in an amount proved by motion under FED. R. CIV. P. 54.

8. This Court will retain jurisdiction to enable Athena to apply to the Court at any time for such further orders and interpretation or execution of any order entered, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof.

Date: _____

                                                        United States District Judge