Michael D. Harris, No. 59,470 mharris@socalip.com
Marina Lang, No. 251,087 mlang@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AMN Distribution Inc., et al, <br><br> Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Athena's Amended Notice of Motion and Motion for Summary Judgment against Defendants AMN Distribution, Inc. and Moishe Newman <br><br> Date: January 24, 2022 <br> Time: 1:30 p.m. <br> Judge Wilson |

To Defendants AMN Distribution Inc. and Moishe Newman and their attorney:

**Please take notice** plaintiff Athena Cosmetics, Inc.'s ("Athena") motion for summary judgment against defendants AMN Distribution, Inc. and Moishe Newman under Fed. R. Civ. P. 56, originally noticed for January 10, 2022, is re-noticed for January 24, 2022 at 1:30 p.m., in the courtroom of Judge Wilson, United States Courthouse, 350 W. 1st Street, Courtroom 10A, Los Angeles, California.

The original date incorrectly calculated the deadline under L.R. 6-1. The new date allows defendants the time under the rule to respond.

The Court's webpage noted the next date, January 17, is not available.

December 16, 2021

/s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.