UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>　　　　　　Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Place: Courtroom 10A<br>　　　　First Street Courthouse<br>　　　　350 W. 1st Street, 10th Floor,<br>　　　　Los Angeles, California 90012 |

　　　　Having considered the *ex parte* application of defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr. Newman, and collectively, "Defendants") for an order striking the Motion for Summary Judgment filed by Plaintiff Athena Cosmetics,

Inc. ("Plaintiff" or "Athena") on December 15, 2021 (Dkt. 199) and Amended (Dkt. 201), and good cause having been shown, Court HEREBY ORDERS AS FOLLOWS:

1. Plaintiff's motion for summary judgment (Dkt. 199) amended (Dkt. 201) is hereby stricken;

2. Plaintiff is barred from refiling such a motion until after this Court rules on the currently pending new trial motion and motions for judgment as a matter of law *and until after* the Court holds a conference regarding the filing and scheduling of summary judgment motions by any party in this matter.

3. Plaintiff shall conduct a meet and confer with counsel for Defendants prior to refiling its motion for Summary Judgement.

**IT IS SO ORDERED.**

DATED: December _____, 2021.

_____
Honorable Steven V. Wilson
United States District Judge