# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Anneliese Lomonaco |
| 1b. Attorney Name (if different) | Marina Lang |
| 2a. Contact Phone Number | 805 267-2258 |
| 2b. Attorney Phone Number | 805 267-2261 |
| 3a. Contact E-mail Address | alomonaco@socalip.com |
| 3b. Attorney E-mail Address | mlang@socalip.com |
| 4. MAILING ADDRESS | SoCal IP Law Group LLP, 310 N Westlake Blvd., Suite 120, Westlake Village, CA 91362 |
| 5. Name & Role of Party Represented | Plaintiff, Athena Cosmetics, Inc. |
| 6. Case Name | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al |
| 7a. District Court Case Number | 2:20-cv-05526-SVW-SHK |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form):*
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Katie Thibodeaux

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

b. SELECT FORMAT(S)

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2021 | | Wilson | Pretrial Conference | ● | ● | ○ | ● | ○ | ● | | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 12/27/2021   Signature: /s/ Marina Lang

G-120 (06/18)