# Exhibit 3

SCHEDULE 2

| OrderID | FirstName | LastName | GrandTotal | Status | PaymentStatus | Order Date | ShipAddress1 | ShipAddress2 | ShipCity | ShipState | ShipZipCode | ShipCountry | ShipPhoneNumber | UPC | Qty | DisplayName | TrackingNumber |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8254479 | Deborah | L | 89.99 | Completed | Charged | 12/30/2019 11:52:58 PM | 770 REDFIN DR | | ATLANTIC BEACH | FL | 32233-3902 | United States | 9044344500 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200883277233004 |
| 8254409 | Samantha | Englishoe | 78.98 | Completed | Charged | 12/30/2019 9:10:13 PM | 4102 Beechcraft Drive | | Anchorage | AK | 99517 | United States | 2064222400 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200830431266934 |
| 8253540 | Sophie | Serrano | 64.99 | Completed | Charged | 12/30/2019 6:04:31 PM | 266 West 23rd Street | Counter & Bodega Storefront | New York | NY | 10011 | United States | 9177512614 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476395139 |
| 8253368 | Sophie | Serrano | 59.77 | Completed | Charged | 12/30/2019 5:03:29 PM | 266 W 23RD ST | COUNTER & BODEGA STOR | NEW YORK | NY | 10011-2323 | United States | 9177512614 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200882210351379 |
| 8252915 | David | Ramsbottom | 97.42 | Completed | Charged | 12/30/2019 4:36:04 PM | 1596 MANNHEIM DR | | ROCKWALL | TX | 75032-0025 | United States | 9726795673 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200881210231902 |
| 8252896 | Jeanne | Menefee | 64.99 | Completed | Charged | 12/30/2019 4:15:03 PM | 24 RIDGEVIEW DR | | ASHEVILLE | NC | 28804-2754 | United States | 9195992868 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200793246582227 |
| 8255224 | Amazon | Customer | 99.24 | Completed | Charged | 12/30/2019 10:29:01 PM | | | ANNANDALE | VA | 22003-2338 | United States | | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | TBA572346275000 |
| 8252291 | Suzanne | Blazer | 88.5 | Completed | Charged | 12/30/2019 12:39:53 PM | 229 Gantt Road | | Vale | NC | 28168 | United States | 9802418889 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9405510200828208983774 |
| 8252000 | Elizabeth | Johansson | 81.18 | Completed | Charged | 12/30/2019 9:57:11 AM | 501 Timber Lake Drive | | SOUTHLAKE | TX | 76092 | United States | 8173293972 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401820804 |
| 8250833 | Pamela | DeMichele | 0 | Completed | Charged | 1/1/2001 12:00:00 AM | 4705 Raven Run | | Broomfield | CO | 80023 | United States | 4074912518 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816944 |
| 8249571 | Cheryl | Willson | 93.24 | Completed | Charged | 12/29/2019 6:21:32 PM | W5440 PLANTATION RD | | ELKHORN | WI | 53121-3014 | United States | 4154198616ext17775 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817453 |
| 8249493 | Kathleen | Rainey | 93.24 | Completed | Charged | 12/29/2019 5:25:23 PM | 4909 60TH AVENUE CIR E | | ELLENTON | FL | 34222-4202 | United States | 4125324665ext34190 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817446 |
| 8249233 | Kelly | Haney | 70.36 | Completed | Charged | 12/29/2019 3:48:57 PM | 2117 ALBERT RD | | CARROLLTON | TX | 75007-3201 | United States | 4153125745 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200882208770632 |
| 8248877 | Catchis | Goggin | 76.5 | Completed | Charged | 12/29/2019 3:15:35 PM | 336 East 50th Street | 1A | New York | NY | 10022 | United States | 2123550059 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816937 |
| 8248875 | Amanda | Amanda | 100.02 | Completed | FullRefund | | 23 SWEET FERN LN | | COVENTRY | RI | 02816-5269 | United States | 4154198616ext01718 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817439 |
| 8248830 | Sherry | Gibson | 93.47 | Completed | Charged | 12/29/2019 1:44:13 PM | 804 IVY CREST LN | | CANTON | GA | 30115-2325 | United States | 7632259463ext52083 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817422 |
| 8256820 | Amazon | Customer | 101.34 | Completed | Charged | 12/31/2019 11:36:21 AM | | | CARROLLTON | TX | 75007-6015 | United States | | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | TBA575028831000 |
| 8248481 | Petrice | Brown | 196.18 | Completed | Charged | 12/29/2019 10:50:49 AM | 2106 Coffey Court | | Charleston | SC | 29414 | United States | 8439064923 | 7.81644E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816968 |
| 8248445 | Jonnie | Miuzzo | 89.99 | Completed | Charged | 12/29/2019 9:45:00 AM | 70 HALF HOLLOW RD | | DEER PARK | NY | 11729 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816913 |
| 8248156 | Liza | Santarriaga Rogers | 64.99 | Completed | Charged | 12/29/2019 7:21:52 AM | 36623 Beachwood Drive | | Cumming | IA | 50061 | United States | 5158676005 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476392701 |
| 8247316 | Melissa | cacciatore | 89.99 | Completed | Charged | 12/28/2019 10:37:37 PM | 1401 OKEEFFE AVE APT 213 | | SUN PRAIRIE | WI | 53590-7072 | United States | 7024751616 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200883275625993 |
| 8246671 | Carey | Bewley | 89.99 | Completed | Charged | 12/28/2019 7:41:47 PM | 2308 WOODCREST DR SE | | SMYRNA | GA | 30082-3864 | United States | 4047719027 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200828208987328 |
| 8246532 | Renae | Clay | 82.38 | Completed | Charged | 12/28/2019 3:56:30 PM | 105 Rockridge Dr | | Sedona | AZ | 86336 | United States | 8053409671 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817415 |
| 8246013 | liqing | lin | 76.5 | Completed | Charged | 12/28/2019 3:32:20 PM | 140-32 CHERRY AVE 3B | 3b | FLUSHING | NY | 11355 | United States | 9295008889 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816906 |
| 8245904 | Dawn | Bozulich | 98.54 | Completed | Charged | 12/28/2019 1:13:29 PM | 3257 DE WITT DR | | LOS ANGELES | CA | 90068-1421 | United States | 3238766593 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200793244935438 |
| 8245785 | Paula | McGrath | 76.5 | Completed | Charged | 12/28/2019 12:46:42 PM | 424 West Landis Avenue | Testa Law Office | Vineland | NJ | 8360 | United States | 8569525529 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816890 |
| 8245526 | DOROTA | SWIDERSKA | 89.99 | Completed | Charged | 12/28/2019 10:45:00 AM | 356 PINOAK DR | | BARTLETT | IL | 60103 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816883 |
| 8244579 | Lori | Retzer | 196.63 | Completed | Charged | 12/28/2019 12:09:56 AM | 5966 Loma Prieta Drive | | San Jose | CA | 95123 | United States | 4083326163 | 7.81644E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816951 |
| 8244028 | Tracy | A Brenneman | 96.29 | Completed | Charged | 12/27/2019 8:27:07 PM | 9525 SAIL WIND DR | | FORT WAYNE | IN | 46804-5992 | United States | 2607509121 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200829208599078 |
| 8243354 | Jennifer | Chludzinski | 89.99 | Completed | Charged | 12/27/2019 4:15:00 PM | 3 COURTNEY CT | | FREEHOLD | NJ | 7728 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816876 |
| 8243335 | Olga | Makhaeva | 92.94 | Completed | Charged | 12/27/2019 3:53:07 PM | 1835 East Hallandale Beach Blvd | #773 | Hallandale Beach | FL | 33009 | United States | 3055709711 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401816869 |
| 8243043 | Flora | Gabrielyan | 71.17 | Completed | Charged | 12/27/2019 3:27:00 PM | 1200 S FIGUEROA ST APT 2904 | | LOS ANGELES | CA | 90015-4465 | United States | 8184774888 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200830430452208 |
| 8243042 | Georgia | G Gullick | 71.56 | Completed | Charged | 12/27/2019 3:22:57 PM | 4806 42ND AVE SW APT 3 | | SEATTLE | WA | 98116-4520 | United States | 5054401796 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200883275626198 |
| 8242805 | Kelli | Kelli | 101.39 | Completed | Charged | 12/27/2019 1:25:22 PM | 1210 WINDSOR RD APT 217 | | AUSTIN | TX | 78703-4169 | United States | 7632259463ext60740 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817408 |
| 8242772 | Emily | Moffitt | 81.56 | Completed | Charged | 12/27/2019 1:07:39 PM | 39642 Parkview dr | | Temecula | CA | 92591 | United States | 8582133883 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817392 |
| 8242475 | Christina | Effan | 89.99 | Completed | Charged | 12/27/2019 11:16:07 AM | 448 COVENTRY TRAIL LN | | MARYLAND HEIGHT | MO | 63043-5134 | United States | 3147047507 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200883274380954 |
| 8242446 | Kim | Bass | 93.66 | Completed | Charged | 12/27/2019 10:14:24 AM | 5911 STONE BROOK DR | | BRENTWOOD | TN | 37027-3920 | United States | 4154198616ext75540 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401817385 |
| 8242412 | Stacey | Papachristos | 99 | Completed | Charged | 12/27/2019 9:47:15 AM | 105 Odonnel Drive | | Hamilton | ON | L0R 1C0 | Canada | 9059288822 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | LJ585721075US |
| 8241496 | Sharon | Youngblood | 194.83 | Completed | Charged | 12/27/2019 12:14:23 AM | 6539 Tulip Lane | | Dallas | TX | 75230 | United States | 2145050101 | 7.81644E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401811987 |
| 8241364 | Laura | Falkenstein | 73.25 | Completed | Charged | 12/27/2019 12:05:44 AM | 5415 113A St NW | | Edmonton | AB | T6H1A4 | Canada | 5872224774 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | LJ585523199US |
| 8241219 | Pamela | Kahn | 89.99 | Completed | Charged | 12/26/2019 11:36:57 PM | 4926 Ethel Ave. | | Sherman Oaks | CA | 91423 | United States | 8183717802 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401811970 |
| 8240835 | Sheila | Cruz | 89.99 | Completed | Charged | 12/26/2019 8:26:49 PM | 410 N ARLINGTON HEIGHTS RD | | ARLINGTON HEIGHT | IL | 60004-6063 | United States | 8479179979 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200828207765132 |
| 8239965 | Jessica | Schedin | 89.99 | Completed | Charged | 12/26/2019 4:15:00 PM | 40 Oakland Avenue | | Shrewsbury | MA | 1545 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401811963 |
| 8239587 | Lindsay | Peterson | 97.64 | Completed | Charged | 12/26/2019 2:40:33 PM | 2000 POST ST | | SAN FRANCISCO | CA | 94115-3500 | United States | 6507990354 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200881207444506 |
| 8239500 | Shalene | Aiken | 89.99 | Completed | Charged | 12/26/2019 12:44:44 PM | 116 MAXWELL XING | | BRENTWOOD | TN | 37027-4415 | United States | 6155793586 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200881206662277 |
| 8239312 | Steph | Brewer | 118.99 | Completed | Charged | 12/26/2019 11:31:31 AM | 36 Boss Avenue | | Portsmouth | NH | 3801 | United States | 6038125859 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476388407 |
| 8239312 | Steph | Brewer | | Completed | Charged | 12/26/2019 11:31:31 AM | 36 Boss Avenue | | Portsmouth | NH | 3801 | United States | 6038125859 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476388407 |
| 8239141 | Nao | Takuma | 147.98 | Completed | Charged | 12/26/2019 3:25:00 AM | 300 Mountain Avenue | Employee Housing | Banff | AB | T1L 1J2 | Canada | 6048689774 | 8.93689E+11 | 2 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | LJ585382139US |
| 8239123 | Lael | Hernandez | 55.25 | Completed | Charged | 12/26/2019 2:10:55 AM | 175 W JACKSON BLVD STE 1630 | | CHICAGO | IL | 60604-2705 | United States | 2397704169 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476386182 |
| 8239114 | Jordan | Lumbard | 95.39 | Completed | Charged | 12/26/2019 1:20:11 AM | 255 E MAIN ST APT 3 | | REXBURG | ID | 83440-2051 | United States | 3094299613 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200883273577799 |
| 8239072 | Camilla | Arguedas | 76.5 | Completed | Charged | 12/25/2019 11:52:38 PM | 20606 Cliff Park Lane | | San Antonio | TX | 78258 | United States | 2103724111 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476386175 |
| 8238976 | Kristen | Pineda | 100.14 | Completed | Charged | 12/25/2019 7:13:20 PM | 4022 Escudero Dr | | Irvine | CA | 92620 | United States | 7147850510 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401810522 |
| 8238912 | Holly | Boyd | 74.99 | Completed | Charged | 12/25/2019 5:50:20 PM | 2915 11th Street | | Santa Monica | CA | 90405 | United States | 3104505255 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476386601 |
| 8238831 | Melody | Cunningham | 89.99 | Completed | Charged | 12/25/2019 2:15:00 PM | 7 Essex St | | Weymouth | MA | 2188 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401810515 |
| 8237318 | PHU | VAN TRAN | 59.42 | Completed | Charged | 12/24/2019 2:37:06 AM | 13202 WALNUT LAKE RD | | HOUSTON | TX | 77065-3225 | United States | 8325631199 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200830428305806 |
| 8236662 | Litsa | Rorris | 94.5 | Completed | Charged | 12/23/2019 9:59:17 PM | 605 Carlaw Avenue | | Toronto | ON | M4K 3K5 | Canada | 4169499410 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | LJ585281890US |
| 8236621 | Paige | Clark | 68.89 | Completed | Charged | 12/23/2019 8:16:03 PM | 2879 MAIN RD | | HUNTINGTON | VT | 05462-9608 | United States | 8022740710 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200882206778760 |
| 8236154 | kelly | bajaj | 100.61 | Completed | Charged | 12/23/2019 6:17:05 PM | 640 cherry tree dr | | keller | TX | 76248 | United States | 8174033059 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476383020 |
| 8235836 | Jenny | Roecker | 89.99 | Completed | Charged | 12/23/2019 3:34:22 PM | 3540 SMITH BROTHERS LN | | CLARKSVILLE | TN | 37043-6872 | United States | 9316274969 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200883273577690 |
| 8233957 | Hieu | Lam | 92.94 | Completed | FullRefund | | 129 N US Highway 1 | | Tequesta | FL | 33469 | United States | 3056150771 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476380807 |
| 8232584 | Stephanie | Cho | 98.32 | Completed | Charged | 12/22/2019 6:15:34 PM | 426 ENCINAL AVE | | MENLO PARK | CA | 94025-3156 | United States | 4155968885 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200881205496545 |
| 8232498 | Ivy | Harris | 81.46 | Completed | Charged | 12/22/2019 3:15:59 PM | 1764 Jefferson Street | | Seaford | NY | 11783 | United States | 5163755266 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476380821 |
| 8231928 | Susan | Kozacek | 81.06 | Completed | Charged | 12/22/2019 12:53:39 PM | 7850 N Silverbell Rd | Ste. 114-316 | Tucson | AZ | 85743 | United States | 5209799100 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476380814 |
| 8230978 | KAREN | ALPERT | 89.99 | Completed | Charged | 12/22/2019 3:45:00 AM | 8 EQUESTRIAN CT | | HUNTINGTON | NY | 11743 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804187 |
| 8230350 | Marina | Kirk | 76.5 | Completed | Charged | 12/21/2019 11:46:16 PM | 16147 VIA HARRIET | | SAN LORENZO | CA | 94580-1921 | United States | 6502715654 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804170 |
| 8229935 | Beckah | Collins | 76.5 | Completed | Charged | 12/21/2019 9:44:05 PM | 157 Riverwalk Lane | | Bastrop | TX | 78602 | United States | 3867853050 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804163 |
| 8229832 | MARITZA | GODINA | 89.99 | Completed | Charged | 12/21/2019 9:15:00 PM | 8024 LOMA VERDE AVE | | CANOGA PARK | CA | 91304 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804156 |
| 8229930 | Rosemarie | Sprouls | 93.46 | Completed | Charged | 12/21/2019 9:06:04 PM | 290 NEW MARKET RD | | TRYON | NC | 28782-3415 | United States | 4125324665ext34465 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401806112 |
| 8229811 | Pamela | Gawron | 99.1 | Completed | Charged | 12/21/2019 8:01:10 PM | 13 Mouse Creek CT | | Howell | NJ | 7731 | United States | 7325136195 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804149 |
| 8229410 | Regina | Broderick | 76.5 | Completed | Charged | 12/21/2019 5:59:02 PM | 425 JULIA WAY | | LEXINGTON | KY | 40508-2155 | United States | 5169656502 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804132 |
| 8228767 | Stacey | Dale | 76.5 | Completed | Charged | 12/21/2019 2:41:23 PM | 8713 Shallowford Lane | | McKinney | TX | 75070 | United States | 2145465601 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804125 |
| 8228665 | kathe | kramer chase | 123.15 | Completed | Charged | 12/21/2019 1:22:09 PM | 201 East 87th Street | 27jk | New York | NY | 10128 | United States | 9178542340 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401804217 |
| 8228665 | kathe | kramer chase | | Completed | Charged | 12/21/2019 1:22:09 PM | 201 East 87th Street | 27jk | New York | NY | 10128 | United States | 9178542340 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804217 |
| 8228644 | Gretchen | Guzman | 76.5 | Completed | Charged | 12/21/2019 12:51:55 PM | 2600 Jasper Ln | | Raleigh | NC | 27613 | United States | 9196090956 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804118 |
| 8228617 | Karen | Lincoln | 76.5 | Completed | Charged | 12/21/2019 12:17:45 PM | 28 School Street | | South Easton | MA | 2375 | United States | 5082690014 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804101 |
| 8228219 | Sheri | Tannascoli | 105.65 | Completed | Charged | 12/21/2019 8:44:51 AM | 10512 Hillrose St | | Parker | CO | 80134 | United States | 7202527554 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9405510200829205139218 |
| 8227715 | rudy | halim | 196.18 | Completed | Charged | 12/21/2019 4:05:47 AM | 774 erie circle | | Milpitas | CA | 95035 | United States | 4083060638 | 7.81644E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804194 |
| 8227714 | rudy | halim | 392.36 | Completed | Charged | 12/21/2019 3:36:51 AM | 774 erie circle | | milpitas | CA | 95035 | United States | 4083060638 | 7.81644E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804200 |
| 8227714 | rudy | halim | | Completed | Charged | 12/21/2019 3:36:51 AM | 774 erie circle | | milpitas | CA | 95035 | United States | 4083060638 | 7.81644E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804200 |
| 8227016 | Robin | Riggs | 70.36 | Completed | Charged | 12/20/2019 9:01:11 PM | 4518 Rustic Ridge Court | | Sachse | TX | 75048 | United States | 2142886606 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200881205496699 |
| 8225760 | Monica | Roney | 92.94 | Completed | Charged | 12/20/2019 4:14:05 PM | 22389 HWY C | | Lawson | MO | 64062 | United States | 8162995823 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401804095 |
| 8225476 | curt | curt | 93.52 | Completed | Charged | 12/20/2019 12:55:59 PM | 60825 SAWTOOTH MOUNTAIN LN | | BEND | OR | 97702-8118 | United States | 4125324665ext02409 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401806105 |
| 8224615 | Mary | Granheim | 64.99 | Completed | Charged | 12/20/2019 8:01:52 AM | 5200 Williston Road | | Minnetonka | MN | 55345 | United States | 6127411594 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543401806303 |
| 8223415 | Roberta | Suchan | 89.99 | Completed | Charged | 12/19/2019 9:45:03 PM | 1610 DURHAM CT APT A | | DARIEN | IL | 60561-5901 | United States | 7088565855 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200793240302630 |
| 8222587 | Shari | Simmons | 96.97 | Completed | Charged | 12/19/2019 5:26:19 PM | 2 WITHERSPOON | | IRVINE | CA | 92604-8636 | United States | 7149283918 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200793240302494 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8222216 | David A. | Cottrell | 99.37 | Completed | Charged | 12/19/2019 4:49:18 PM | 22 OLD FARM RD | | DOVER | MA | 02030-2512 | United States | 4125324665ext34564 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9274890179027854340180250З |
| 8222193 | herman | roth | 59.77 | Completed | Charged | 12/19/2019 4:28:30 PM | 151 WHITMAN DR | | BROOKLYN | NY | 11234-6702 | United States | 7186122526 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200883271121246 |
| 8222192 | Aydan | Heinlen | 101.24 | Completed | Charged | 12/19/2019 4:23:52 PM | 2884 Skowhegan Drive | | Henderson | NV | 89074 | United States | 4125324665ext55126 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401802497 |
| 8222156 | Sue | Leatherwood | 76.5 | Completed | Charged | 12/19/2019 3:58:07 PM | 11610 South Oswego Avenue | | Tulsa | OK | 74137 | United States | 9186250617 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401802473 |
| 8221977 | Carol | Urtz | 89.99 | Completed | Charged | 12/19/2019 1:45:00 PM | 2640 PALO DURO BLVD | | NORTH FORT MYER | FL | 33917 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401802466 |
| 8221545 | Jesse | Brophy | 74.99 | Completed | Charged | 12/19/2019 12:45:00 PM | 3408 Calle Sin Rival | | San Clemente | CA | 92673 | United States | | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401802480 |
| 8219187 | Susan | Sloane | 88.73 | Completed | Charged | 12/18/2019 11:40:25 PM | 27 Washburn Ave | | Needham | MA | 02492-2315 | United States | 7814445540 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543401798455 |
| 8218249 | kristen | greenawald | 95.39 | Completed | Charged | 12/18/2019 5:39:35 PM | 377 county line road | | burgettstown | PA | 15021 | United States | 4127198695 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401798066 |
| 8218256 | LAURA | FARMER | 89.99 | Completed | Charged | 12/18/2019 5:15:00 PM | 117 TUNISON RD | | NEW BRUNSWICK | NJ | 8901 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401798073 |
| 8218225 | Rachael | Foust | 58.5 | Completed | Charged | 12/18/2019 4:57:09 PM | 7668 Surrey Lane | | Oakland | CA | 94605 | United States | 4086443691 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543401798448 |
| 8218137 | DONNA | MAJOR | 0 | Completed | Charged | 1/1/2001 12:00:00 AM | 3 HOLBORN PARK | | BOSTON | MA | 2121 | United States | 6176995843 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401798035 |
| 8218181 | Judy | Stoffer | 99.49 | Completed | Charged | 12/18/2019 3:27:58 PM | 9393 Fox Creek Lane | | Mason | OH | 45040 | United States | 6616189212 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401798059 |
| 8217716 | Laura | Holquist | 54.89 | Completed | Charged | 12/18/2019 3:13:39 PM | 15696 LIGHT BLUE CIR | | FORT MYERS | FL | 33908-4214 | United States | 2397702980 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200881203438691 |
| 8218173 | Maureen | Lifton | 98.65 | Completed | Charged | 12/18/2019 3:01:07 PM | 5800 N Kolb Rd | 12166 | Tucson | AZ | 85750 | United States | 5202355335 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401798042 |
| 8217534 | Pauline | Mc Atee | 63.75 | Completed | Charged | 12/18/2019 2:57:25 PM | 509 CR 704 | | Joshua | TX | 76058 | United States | 8175589420 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401799476 |
| 8217422 | Barbara | Quinn | 55.25 | Completed | Charged | 12/18/2019 12:54:05 PM | 13 Abigail Avenue | | Harwich | MA | 2645 | United States | 5084304745 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543401798431 |
| 8217388 | Lynn | James | 0 | Completed | Charged | 1/1/2001 12:00:00 AM | 1422 E Oak | | El Segundo | CA | 90245 | United States | 3102610798 | 8.18426E+11 | 1 | RevitaLash Advanced 3.5 mL and RevitaBrow Advanced Eyebrow Conditioner 1.5mL (KIT) | 92748901790278543401798028 |
| 8217388 | Lynn | James | | Completed | Charged | 1/1/2001 12:00:00 AM | 1422 E Oak | | El Segundo | CA | 90245 | United States | 3102610798 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401798028 |
| 8213719 | Michael | Cox | 109.64 | Completed | Charged | 12/17/2019 4:26:39 PM | 1204 Windy Hill Rd | | Harker Heights | TX | 76548 | United States | 9124921222 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9405510200882202180492 |
| 8213707 | Sherry | Rollins | 55.25 | Completed | Charged | 12/17/2019 4:21:25 PM | 339 Forest Glen Place | | Holland | OH | 43528 | United States | 4197045654 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476374509 |
| 8212918 | Shaltanov | Trinity | 123.18 | Completed | Charged | 12/17/2019 2:00:34 PM | 17277 Ventura Blvd | Ste 203 | Encino | CA | 91316-4065 | United States | 4242473815 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401797335 |
| 8211445 | Hinnah | Farooqi | 76.5 | Completed | Charged | 12/17/2019 6:49:11 AM | 35-33 83rd street apt E8 | | Jackson heights | NY | 11372 | United States | 7186395883 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401797328 |
| 8210396 | Jocelyn | Bryant | 92.98 | Completed | Charged | 12/16/2019 11:15:09 PM | 3879 Gulf Shore Circle | | Kissimmee | FL | 34746 | United States | 5617136191 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476370778 |
| 8208435 | Mina | Ragonese | 58.19 | Completed | Charged | 12/16/2019 1:16:01 PM | 19 CHERRYWOOD RD | | WYOMISSING | PA | 19610-1911 | United States | 6107907584 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476365262 |
| 8208397 | Brandi | Wyatt | 0 | Completed | Charged | 1/1/2001 12:00:00 AM | 2534 HIDDEN CREEK CT | | COLUMBIA | TN | 38401 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476370761 |
| 8208012 | Susan | Stephens | 101.3 | Completed | Charged | 12/16/2019 11:34:42 AM | 3401 Timbermill Rd | | Waco | TX | 76710 | United States | 4125324665ext10469 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476370099 |
| 8207920 | Bud | Porter | 224.97 | Completed | Charged | 12/16/2019 10:24:06 AM | 38W595 Forest Glen Court | | St. Charles | IL | 60175 | United States | 6304173337 | 8.93689E+11 | 3 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476370082 |
| 8206095 | DARLENE | STURTZ | 89.99 | Completed | Charged | 12/15/2019 11:15:00 PM | 1434 MARA VISTA CT | | CROFTON | MD | 21114 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794228 |
| 8205036 | Catchia | Goggin | 76.5 | Completed | Charged | 12/15/2019 5:54:39 PM | 336 east 50th st | 1A | New York | NY | 10022 | United States | 2123550059 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794211 |
| 8205035 | Sharlene | Beauford | 89.99 | Completed | Charged | 12/15/2019 5:53:02 PM | 159 WILDERNESS DR | | BOYCE | LA | 71409-8608 | United States | 3184453962 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794204 |
| 8204980 | Charlotte | Gusler | 76.5 | Completed | Charged | 12/15/2019 4:52:19 PM | 1228 Shaker Drive | | Herndon | VA | 20170 | United States | 7046613384 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794198 |
| 8204406 | Suzanne | Jacobs | 97.32 | Completed | Charged | 12/15/2019 3:23:10 PM | 3361 N XENIA ST | | DENVER | CO | 80238-3389 | United States | 4125324665ext44253 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401794600 |
| 8204345 | Bahar | Dorrikhteh | 55.25 | Completed | Charged | 12/15/2019 3:17:26 PM | 6110 Nevada Avenue | 315 | Los Angeles | CA | 91367 | United States | 8186209327 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476366344 |
| 8204285 | Kathleen | Clayworth | 71.01 | Completed | Charged | 12/15/2019 1:51:07 PM | 6107 ASCOT DR | | OAKLAND | CA | 94611-2526 | United States | 5104028490 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200828200503441 |
| 8203794 | Corey | Miller | 58.19 | Completed | Charged | 12/15/2019 11:12:26 AM | 414 ROLLING LN | | LOUISVILLE | KY | 40207-1808 | United States | 3364130712 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476365231 |
| 8203768 | Beth | Cardon | 109.78 | Completed | FullRefund | | 4117 SIGNAL RDG SW | | LILBURN | GA | 30047-3323 | United States | 4044215292 | 8.93689E+11 | 2 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200829200134024 |
| 8203739 | Stephanie | Athayde | 170.99 | Completed | Charged | 12/15/2019 10:37:18 AM | 42 Cobblehill Cres. | | Brampton | ON | L6P2M4 | Canada | 6478684771 | 8.93689E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | LJ584340013US |
| 8203702 | Moonie | Douangmala | 79.2 | Completed | Charged | 12/15/2019 9:31:50 AM | 320 West Illinois Street | #514 | Chicago | IL | 60654 | United States | 4148018449 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794181 |
| 8203187 | Ruthie | Pirkl | 64.99 | Completed | Charged | 12/15/2019 5:49:37 AM | 2315 BERGE HINNY RD | | CAMBRIDGE | WI | 53523-9461 | United States | 6085774149 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200793236036358 |
| 8202392 | Selina | Breskman | 93.58 | Completed | Charged | 12/15/2019 1:06:40 AM | 180 Underdown Rd | | Ann Arbor | MI | 48105-1077 | United States | 7632259463ext77725 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401794594 |
| 8202371 | Susan | Mesa | 76.95 | Completed | Charged | 12/14/2019 11:15:15 PM | 3439 Keswick dr | | Chamblee | GA | 30341 | United States | 4043533113 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401794587 |
| 8201670 | Paula | McGrath | 63.75 | Completed | Charged | 12/14/2019 9:46:45 PM | 424 West Landis Avenue | Testa Law Office | Vineland | NJ | 8360 | United States | 8569525529 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401794570 |
| 8201475 | Carolyn | R. LeDuc-Krehel | 64.99 | Completed | Charged | 12/14/2019 8:43:38 PM | 2930 ROODS LAKE RD | | LAPEER | MI | 48446-8727 | United States | 8102404687 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200828200502536 |
| 8200656 | Heidi | Harrison | 76.5 | Completed | Charged | 12/14/2019 3:43:22 PM | 840 South Elm Grove Road | | Brookfield | WI | 53005 | United States | 3233330699 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794174 |
| 8200643 | Kathleen | Nojima | 59.43 | Completed | PartiallyRefund | | 3140 OAKSHIRE CT | | RENO | NV | 89509-7105 | United States | 4089108950 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476365194 |
| 8200632 | Kathleen | Nojima | 70.37 | Completed | PartiallyRefund | | 3140 OAKSHIRE CT | | RENO | NV | 89509-7105 | United States | 4089108950 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476365170 |
| 8199386 | Annie | Zaslow | 97.98 | Completed | Charged | 12/14/2019 3:31:31 AM | 6937 260TH PL | | FLORAL PARK | NY | 11004-1009 | United States | 9172704658 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476365156 |
| 8198648 | Roberta | Spielman | 129.98 | Completed | Charged | 12/13/2019 11:02:17 PM | 1241 El Monte Dr. | | Simi Valley | CA | 93065 | United States | 8052085501 | 8.93689E+11 | 2 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476366337 |
| 8197951 | Lola | Tang | 95.62 | Completed | Charged | 12/13/2019 7:35:22 PM | 188 BROOKLINE AVE | | BOSTON | MA | 02215-4146 | United States | 9175998129 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476365149 |
| 8197736 | Adena | Whitman | 60.38 | Completed | Charged | 12/13/2019 4:54:53 PM | 24 COBBLESTONE WAY W | | MOBILE | AL | 36608-4481 | United States | 2058871446 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476365187 |
| 8197222 | Kimberlea | Maksimowicz | 69.06 | Completed | Charged | 12/13/2019 2:20:57 PM | 28 WESTVALE RD | | MILTON | MA | 02186-4840 | United States | 6176902109 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476365163 |
| 8196708 | shari | nelson | 152.99 | Completed | Charged | 12/13/2019 11:43:33 AM | 7566 South 475 West | | Willard | UT | 84340 | United States | 8018423007 | 8.93689E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794167 |
| 8196601 | Jeanine | Spina | 164.98 | Completed | Charged | 12/13/2019 10:05:50 AM | 16 Harcourt St | Unit 6H | Boston | MA | 2116 | United States | 6173121569 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401794150 |
| 8196601 | Jeanine | Spina | | Completed | Charged | 12/13/2019 10:05:50 AM | 16 Harcourt St | Unit 6H | Boston | MA | 2116 | United States | 6173121569 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401794150 |
| 8196603 | Debbie | Mcginley | 68.89 | Completed | Charged | 12/13/2019 9:29:20 AM | 278 S WOODMONT DR | | DOWNINGTOWN | PA | 19335-5317 | United States | 4849192429 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200793233897792 |
| 8195906 | Megan | Casey | 79.2 | Completed | Charged | 12/13/2019 7:28:37 AM | 10020 | Trainstation Cir apt 416 | Lone Tree | CO | 80124 | United States | 7203012934 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401790879 |
| 8194711 | Chris | Chris | 101.93 | Completed | Charged | 12/12/2019 11:03:25 PM | 511 E 20TH ST APT 12E | | NEW YORK | NEW YORK | 10010-7532 | United States | 7632259463ext15127 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401790862 |
| 8193592 | Bonnie | L Ezra | 71.17 | Completed | Charged | 12/12/2019 8:19:02 PM | 12557 THE VISTA | | LOS ANGELES | CA | 90049-1174 | United States | 3107095491 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200793233897693 |
| 8192614 | Caroline | Timm | 98.09 | Completed | Charged | 12/12/2019 4:09:18 PM | 7 SUMMERLAND CT | | LITTLE ROCK | AR | 72227-3846 | United States | 5018042608 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200882198278149 |
| 8191881 | Maria | Cerda | 210.32 | Completed | Charged | 12/12/2019 12:38:17 PM | 1221 Sonora Ave. | | Modesto | CA | 95351 | United States | 2098728273 | 7.01005E+11 | 3 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543401789538 |
| 8190510 | elizabeth | cashman | 116.66 | Completed | Charged | 12/12/2019 7:53:01 AM | 49 TEDESCO ST | | MARBLEHEAD | MA | 01945-1039 | United States | 7812581654 | 8.93689E+11 | 2 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200830418034952 |
| 8190429 | Laura | Stapleton | 0 | Completed | Charged | 1/1/2001 12:00:00 AM | 34 Belton St | | Dorchester Center | MA | 2124 | United States | 7815103817 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476357571 |
| 8189732 | Razieh | Izad | 97.42 | Completed | Charged | 12/12/2019 12:32:24 AM | 7714 LOUIS PASTEUR DR APT 1303 | | SAN ANTONIO | TX | 78229-3368 | United States | 2104452585 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 9400110200881197090776 |
| 8187081 | Devora | Hershkop | 116.66 | Completed | Charged | 12/12/2019 11:01:05 AM | 145 JAMES ST | | KINGSTON | PA | 18704 | United States | 5622536488 | 8.93689E+11 | 2 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 9400110200830418015621 |
| 8187088 | Elizabeth | Slaymaker | 180.38 | Completed | Charged | 12/11/2019 3:18:18 PM | 103 Oneal Cir | | Trinidad | TX | 75163 | United States | 2145358120 | 8.93689E+11 | 2 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543476357564 |
| 8187086 | Joe | Anderson | 99.43 | Completed | Charged | 12/11/2019 2:35:37 PM | 554 St Andrews DR | | Vine Grove | Kentucky | 40175 | United States | 7632259463ext57593 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476357212 |
| 8187069 | Susie | Grana | 70.68 | Completed | Charged | 12/11/2019 2:17:33 PM | 18704 BROOKHURST ST | | FOUNTAIN VALLEY | CA | 92708-6731 | United States | 9493946371 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200883263814286 |
| 8186614 | Gloria | Capozzoli | 89.99 | Completed | Charged | 12/11/2019 11:49:48 AM | 255 N Bobwhite Way | | Orange | CA | 92869 | United States | 7144256298 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476357199 |
| 8186363 | Peter | Akaragian | 0 | Completed | Charged | 1/1/2001 12:00:00 AM | 18850 Hatteras St | Unit no 5 | Tarzana | CA | 91356 | United States | 2134225900 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476357182 |
| 8186354 | Georgette | Grainger | 79.2 | Completed | Charged | 12/11/2019 11:17:04 AM | 1335 E 35th Ave | | Spokane | WA | 99203 | United States | 5099900656 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476357175 |
| 8186317 | Bonnie | Sprague | 103.17 | Completed | Charged | 12/11/2019 9:52:44 AM | 2402 LA MESA DR | | SANTA MONICA | CA | 90402-2343 | United States | 7632259463ext67429 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543476357205 |
| 8185182 | Kristie | Cook | 89.99 | Completed | Charged | 12/11/2019 3:15:00 AM | 1007 SANDTRAP CIR | | DELL RAPIDS | SD | 57022 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476356116 |
| 8184718 | Marlie | La Rosa | 103.14 | Completed | Charged | 12/11/2019 1:52:51 AM | 2470 Pecan St., | | Union City | CA | 94587 | United States | 5104175131 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476356109 |
| 8184043 | Diane | coulston | 102.72 | Completed | Charged | 12/10/2019 11:08:58 PM | 20826 60th s e | | bonney lake | WA | 98391 | United States | 2535292521 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476356093 |
| 8183962 | Jodi M | Esplin | 100.47 | Completed | Charged | 12/10/2019 9:37:50 PM | 286 Greencrest Dr | | SPRING CREEK | NV | 89815 | United States | 7632259463ext00339 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401786056 |
| 8182734 | ANISA | VIDIC | 89.99 | Completed | Charged | 12/10/2019 6:45:00 PM | 706 COURT ST | | FORT WORTH | TX | 76105 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476356086 |
| 8181578 | Lillian | G. Kibler | 79.2 | Completed | Charged | 12/10/2019 1:12:08 PM | 3804 STANFORD AVE | | DALLAS | TX | 75225-7108 | United States | 9722739821 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543476356079 |
| 8181542 | Vikki | Vikki | 70.36 | Completed | Charged | 12/10/2019 12:14:10 PM | 917 ALAMO PLAZA DR | | CEDAR PARK | TX | 78613-7809 | United States | 8058964278 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200829194780450 |
| 8180905 | David and | Susan Jurgensen | 99.2 | Completed | Charged | 12/10/2019 9:23:30 AM | 29 STONEHENGE LN | | MALVERN | PA | 19355-2837 | United States | 7632259463ext66928 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401786049 |
| 8180901 | Linda | Walther | 70.19 | Completed | Charged | 12/10/2019 9:21:36 AM | 2371 OLD HIGHWAY 52 | | MONCKS CORNER | SC | 29461-6813 | United States | 8437297419 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200829194780313 |
| 8178916 | Lisa | Garratt | 142.34 | Completed | Charged | 12/10/2019 1:14:00 AM | 1457 BLUE JAY WAY | | LOS ANGELES | CA | 90069-1212 | United States | 3108712294 | 8.93689E+11 | 2 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200830415623654 |
| 8178901 | Amy | B LeJeune | 89.99 | Completed | Charged | 12/10/2019 12:19:00 AM | 3908 Carisbrooke Ln | | Birmingham | AL | 35226 | United States | | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401782980 |
| 8178834 | Judith | Markarian | 68.89 | Completed | Charged | 12/9/2019 10:53:54 PM | 217 GREEN ST | | ALEXANDRIA | VA | 22314-4315 | United States | 5712773510 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200829194780061 |
| 8177623 | Nina | Vlahos | 197.08 | Completed | Charged | 12/9/2019 8:04:25 PM | 5828 Calvin Ave | | Tarzana | CA | 91356 | United States | 8189148398 | 7.81644E+11 | 2 | Revitalash Eyelash Conditioner 3.5 ml / 0.118 oz | 92748901790278543401782966 |
| 8177544 | Caroline | Doyle | 55.25 | Completed | Charged | 12/9/2019 6:52:24 PM | 19550 Vallco Parkway | #235 | Cupertino | CA | 95014 | United States | 9253229673 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 92748901790278543401784199 |
| 8177533 | Alyssa | A McGarva | 70.84 | Completed | Charged | 12/9/2019 6:10:22 PM | 1528 ESCALERO RD | | SANTA ROSA | CA | 95409-3954 | United States | 7073282852 | 8.93689E+11 | 1 | Revitalash Eyelash Conditioner, 2.0 ml / 0.06 oz | 9400110200882194972041 |
| 8176551 | William A. | Roane Jr. | 99.94 | Completed | Charged | 12/9/2019 2:16:03 PM | 16702 KOONCE LN | | CHRISTOVAL | TX | 76935-4325 | United States | 4125324665ext06412 | 8.93689E+11 | 1 | RevitaLash Revitabrow Advanced Eyebrow Conditioner, 0.101 oz | 92748901790278543401784205 |