DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman and
AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>　　　　Plaintiff<br><br>　v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**DECLARATION OF DAVID C. VOSS, JR. RE: TRIAL BILLING**<br><br>Hearing: January 24, 2022<br>Place:　 Courtroom 10A<br>　　　　First Street Courthouse<br>　　　　350 W. 1st Street, 10th Floor,<br>　　　　Los Angeles, California 90012 |

# DECLARATION OF DAVID C. VOSS, JR.

I, David C. Voss, Jr., declare:

1. I am an attorney, duly licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am the managing partner of the law firm of Voss, Silverman & Braybrooke LLP, counsel for defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Mr. Newman" and collectively, "Defendants.") As lead trial counsel for Defendants in this matter, I am familiar with the pleadings and files in this matter, including the initial disclosures and discovery exchanged by the parties. Unless otherwise stated, I have personal knowledge of the facts set forth herein which I know to be true and correct and, if called as a witness, I could and would competently testify with respect thereto.

2. Pursuant to this Court's minute order dated December 27, 2021 [Dkt #205], Defendants were "ORDERED to submit their billing records associated with the first trial held on November 17, 2021 for the Court's review in connection with this order."

3. Defendants note that the matter having been set for new trial without order to resubmit pretrial filings such as trial briefs, witness and exhibit lists it has narrowly construed the request for billing records "associated" with the first trial to include only those items which will not be reused in connection with the new trial. In this regard it appears that the billing records for the day before, day of and day after trial were the relevant billing records sought by the Court's Order. Should the Court desire a broader interpretation of the appropriate billing records sought, Defendants are prepared to reply to such request post haste.

4. In compliance with the Court's Order, Defendants submit the below images of billing detail from invoice #36185 dated November 30, 2021:

///
///
///
///

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/16/2021 | ABB | Assist DCV with Trial preparation. Prepare trial exhibits and exhibit books. | 6.00 |
| | JJL | Review Plaintiff's oppositions to motions in limine on damages and breaches; telephone conference with D. Voss regarding same; prepare reply in support of motion in limine regarding damages; emails D. Voss regarding same; review courts 11/16/21 trial order and telephone conference with D. Voss regarding same and trial related issues; research, e-mails, and telephone conference with D. Voss regarding evidentiary issues. | 3.25 |
| | DCV | Final trial prep and exhibit coordination with client; Prepare MIL oppo and other related matters; Review new Court Order re: Issues and conduct of trial; Telephone conferences with client | 10.00 |
| 11/17/2021 | JJL | Telephone conference with D. Voss regarding trial; review e-bay and PayPal productions; e-mail D. Voss regarding same; additional telephone conferences with D. Voss regarding trial and post verdict motions. | 2.25 |
| | DCV | Appear for Trial and Verdict; Debrief client; Research re: Motion for new trial based on attorney misconduct and Rule 50b Motion to Dismiss or for new trial | 12.50 |
| 11/18/2021 | JJL | Review online docket and trial minutes; telephone conference with D. Voss regarding post-trial motions; telephone conference with Central District court reporter's office; prepare trial transcript request form; review post-trial deadlines and update case calendar. | 1.50 |
| | DCV | Appear for three motions to dismiss or for new trial; Telephone conference with client | 3.50 |

5. DCV is managing partner David C. Voss, Jr., who is an attorney in good standing with the California State Bar #147330 and first admitted to practice in 1990. Mr. Voss' billing rate is $650 per hour. Mr. Voss billed 26 hours of time in the above-referenced billing at a total fee of $16,900.

6. ABB is associate attorney A. Brandon Bassir who is an attorney in good standing with the California State Bar #228805 and first admitted to practice in 2003. Mr. Bassir's billing rate is $375 per hour. Mr. Bassir billed 6 hours of time in the above-referenced billing at a total fee of $2,250.

7. JJL is of counsel Jeffrey J. Lewis who is an attorney in good standing with the California State Bar #146685 and first admitted to practice in 1990. Mr. Lewis billing rate is $550 per hour. Mr. Lewis billed 7 hours of time in the above-referenced billing at a total fee of $3,850.

8. The total for all fees billed in the above-referenced billing was $23,000.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 10, 2022, in Marina Del Rey, California.

_____
DAVID C. VOSS, JR.