1          UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3           HONORABLE STEPHEN V. WILSON

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -

6
Athena Cosmetics, Inc.,          )
7                    PLAINTIFF,   )
                                  )
8     VS.                         )   NO. CV 20-5526 SVW
                                  )
9     AMN Distribution, Inc., et al.,   )
                     DEFENDANT,   )
10    _____)

11

12

13       REPORTER'S TRANSCRIPT OF PROCEEDINGS

14            LOS ANGELES, CALIFORNIA

15          MONDAY, NOVEMBER 10, 2021

16

17

18    _____

19          KATIE E. THIBODEAUX, CSR 9858
              U.S. Official Court Reporter
20                  Suite 4311
               350 West 1st Street
21           Los Angeles, CA  90012

22

23

24

25

1    APPEARANCES OF COUNSEL:

2

3    FOR PLAINTIFF:

4    Marina L. Lang
     SoCal IP Law Group LLP
5    310 North Westlake Boulevard
     Suite 120
6    Westlake Village, CA 91362-3788

7

     FOR DEFENDANT:
8
     David C. Voss , Jr
9    Voss Silverman and Braybrooke LLP
     4640 Admiralty Way
10   Suite 800
     Marina del Rey, CA 90292-6602
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          LOS ANGELES, CALIFORNIA; MONDAY, NOVEMBER 10, 2021

2                         4:19 P.M.

3                      - - - - -

4

5

6

7          THE CLERK:  Item 5, CV 20-5226, Athena Cosmetics,

8     Incorporated, versus AMN Distribution, Incorporated, et

9     al.

10         Counsel, please state your appearances.

11         MS. LANG:  Marina Lang, counsel for plaintiff,

12    Athena Cosmetics.

13         MR. VOSS:  Good afternoon, your Honor.  David Voss

14    on behalf of the defendants.

15         THE COURT:  This is the pretrial conference, and I

16    want to make it clear that this upcoming trial which will

17    begin on Wednesday incidentally is just about the alleged

18    breach of the settlement agreement.  It doesn't get into

19    damages or any other aspect.  That remains, if necessary,

20    for another trial.  And no mention should be made of any

21    aspect of Phase II in this phase.  This is really very

22    straightforward.

23         I want to review first with the plaintiff if

24    you would take the lecturn.

25         What my understanding is, and I have a little

1    better understanding now than we did at our last

2    conference regarding your presentation, first, the

3    settlement agreement:  And I am not parroting the exact

4    language, but it essentially prohibits the sale and

5    marketing of the plaintiff's eyelash product; is that

6    right?  And also it requires -- and the prohibition is

7    from January, 2019, forward; correct?

8         MS. LANG:  Your Honor, the prohibition applies to

9    all --

10        THE COURT:  Just answer my question.  We went

11   through this the last time.  I am now remembering the

12   discussion.  I am only asking you -- where is the other

13   lawyer?  Wasn't there another lawyer here, a gentleman?

14        MS. LANG:  Michael Harris.

15        THE COURT:  Who?

16        MS. LANG:  Michael Harris.

17        THE COURT:  Yes.  Where is he?

18        MS. LANG:  He is at another hearing attending to

19   other cases.

20        THE COURT:  Well, why isn't he here today?  I

21   asked him to be here at the last hearing, and it was

22   easier for me to communicate with him.

23             All right.  Look.  Here is the way I am seeing

24   it.  There are two aspects of the plaintiff's case.  One

25   is the prohibition on sale and marketing of the

1   plaintiff's product and the settlement agreement is from

2   January, 2019, forward.  I think the agreement itself was

3   April of 2020.  And, then, the second aspect is a

4   disclosure requirement that the defendant has to disclose

5   all of its suppliers, and that -- in that aspect, was

6   there a timeframe?  I think it was from the date, from

7   2019 forward also; correct?

8           MS. LANG:  Yes, your Honor.

9           THE COURT:  Yes.  Okay.  And the plaintiff is

10   alleging that the defendant breached by not complying

11   with either of those requirements.

12               And so turning to the disclosure requirement,

13   there, the plaintiff's argument is a circumstantial one

14   that in 2019, defendant sold 4,474 units of Revitalash to

15   buyers, and, in that 2019 period, it only bought 2,835

16   units from its suppliers.  So it must not have accurately

17   disclosed who supplied the other 1600 units.

18               And that seems to be -- I am not talking about

19   a defense to that.  I will get to that when I inquire of

20   the defendant, but that is at least on that aspect the

21   way you intend to present that breach.

22           MS. LANG:  Yes, your Honor.

23           THE COURT:  Yes.  And, then, with regard to the

24   breach requiring sale or marketing, that seems to be

25   two-fold.

1            One, the plaintiff is going to introduce

2    records from Wal-Mart and eBay which show, so the

3    plaintiff says, that the plaintiff was continuing to

4    market or sell the Athena goods in violation of the

5    settlement agreement, and, there, the evidence is going

6    to be -- and now I am asking.  I will make -- give you my

7    understanding and then ask you if it is correct.

8            That the supporting evidence from that will be

9    that the eBay records, Wal-Mart records, show that the

10   entity that listed the Athena goods for sale was AMN and

11   that AMN's warehouse was the address for AMN, and/or, in

12   other instances, the AMN was listed on eBay and/or

13   Wal-Mart as the seller of Athena's goods and a -- the

14   contact person was a relative of Newman.

15           Is that an accurate summary of your position?

16       MS. LANG:  Yes, your Honor.

17       THE COURT:  And the question I have is with regard

18   to relatives of Newman, how do you intend to establish

19   that the contact person for AMN was the contact person --

20   was the relative of Newman?

21       MS. LANG:  Yes, your Honor.  Thank you for that

22   question.

23           EBay records will establish that Nechemia

24   Newman and Dove also known as David Newman were

25   registered users of AMN, the defendant.

1         THE COURT:  Users meaning listing them for sale?

2         MS. LANG:  Yes, your Honor.

3         THE COURT:  Is that how the terminology goes?  And

4    on the address where David and the other Newman were

5    listed as contact persons, was the address the same

6    warehouse or a different address?

7         MS. LANG:  Some of the records show the same

8    address at 10 Gallagher, but I would also like to point

9    out that defendants own discovery production which they

10   are offering as a trial exhibit, and we are as well,

11   identified the relatives as the names behind the sellers

12   of Fresh Express.

13        THE COURT:  I'm sorry.  I just didn't understand

14   what you said.  Would you say that again?

15        MS. LANG:  Sure.  When we subpoenaed eBay for the

16   account registration info, associate of AMN Distribution

17   and Fresh Express, Dove Newman with an address of 10

18   Gallagher Place as well as Nechemia Newman again with the

19   same address, 10 Gallagher Place, were identified in

20   these records.  The --

21        THE COURT:  I see.  So is 10 Gallagher the address

22   of the warehouse or some other address?

23        MS. LANG:  10 Gallagher is the address of the

24   warehouse, and it is also identified in the settlement

25   agreement and in the lease agreement.

```
 1          THE COURT:  I see.  All right.  You have answered
 2   the question.
 3          And the other aspect of the breach of
 4   marketing or sale is the shopper, Christina Felix who
 5   says she brought Revitalash product in October, 2020,
 6   from defendants.  The only link that I could see to the
 7   defendants with regard to her purchase, Felix's purchase
 8   was that the purchase -- she made this purchase on eBay?
 9          MS. LANG:  Yes, your Honor.
10          THE COURT:  But the product came from the same
11   warehouse, 10 Gallagher.  That is the tie-in to the
12   defendant; correct?
13          MS. LANG:  Yes, your Honor.
14          THE COURT:  Okay.  And with regard to -- with
15   regard to your motion to not allow the -- what is his
16   name -- defendant Newman, Moishe Newman to testify, he --
17   the argument there is that he didn't show up for a
18   scheduled October 28th 30(b)(6) deposition; correct.
19          MS. LANG:  Correct.
20          THE COURT:  And there seems to be no dispute about
21   his not showing up, but there is other evidence that --
22   other facts that I want to explore.
23          Was that the first time a 30(b)(6) motion was
24   scheduled for Moishe Newman?
25          MS. LANG:  No, your Honor.  It was the third time.
```

```
 1          THE COURT:  And when was it -- can you tell me
 2   when the first time was?
 3          MS. LANG:  We sought a 30(b)(6) motion of
 4   defendant Newman in November of 2020.
 5          THE COURT:  And did the magistrate judge -- I
 6   mean, was that a subject before the magistrate judge, or
 7   did you just notice his deposition.
 8          MS. LANG:  We properly noticed and served his
 9   deposition.
10          THE COURT:  And did he show up for that
11   deposition?
12          MS. LANG:  He did not.
13          THE COURT:  And did you make a motion before the
14   magistrate judge to compel his attendance?
15          MS. LANG:  We met with the magistrate to compel
16   his attendance.
17          THE COURT:  And what did the magistrate judge do?
18          MS. LANG:  Asked for the parties to meet and
19   confer on an appropriate date.
20          THE COURT:  And did the parties meet and confer.
21          MS. LANG:  Yes, we did.
22          THE COURT:  And was another date set?
23          MS. LANG:  Yes, it was.
24          THE COURT:  And what was that date?
25          MS. LANG:  I have it written down.
```

```
 1              THE COURT:  Go ahead.  Take a look at it.

 2              (Pause in proceedings.)

 3              MS. LANG:  May I speak, your Honor?

 4              THE COURT:  Yes.

 5              MS. LANG:  We noticed the deposition of defendant

 6    AMN on 10/9/2020.  He did not appear.

 7              THE COURT:  And did you have -- did you then make

 8    a motion to compel his attendance at that -- before the

 9    magistrate judge regarding his failure to appear then?

10              MS. LANG:  Yes, we did, your Honor.

11              THE COURT:  Were these 30(b)(6) motions to be held

12    here in Los Angeles?

13              MS. LANG:  Yes, your Honor.  Although, we had

14    offered virtual depositions.

15              THE COURT:  I see.  But were the scheduled

16    depositions by way of virtual deposition or in-person

17    depositions?

18              MS. LANG:  We scheduled them for in person and

19    also gave Mr. Voss -- we asked him permission to take the

20    deposition virtually.

21              THE COURT:  I see.  This was in the notice of

22    deposition?

23              MS. LANG:  Yes, your Honor.

24              THE COURT:  I see.

25              MS. LANG:  And then I have the other dates too.
```

1    THE COURT:  And, then, did the magistrate judge

2  ask you to meet and confer again?

3    MS. LANG:  Yes, your Honor.

4    THE COURT:  And did you?

5    MS. LANG:  We did.

6    THE COURT:  And there was another date set?

7    MS. LANG:  Correct.

8    THE COURT:  What date was that?

9    MS. LANG:  5/11/2021.

10    THE COURT:  And was that the same notice of

11  deposition where it was alternatively in person or

12  virtual?

13    MS. LANG:  Yes, your Honor.

14    THE COURT:  And did he -- was there any

15  arrangement suggested by the defendant for doing it

16  virtually?

17    MS. LANG:  We had to go to the judge, the

18  magistrate judge to get Voss to agree to virtual because

19  Mr. Voss was opposed to virtual depositions.

20    THE COURT:  I see.  When did the magistrate judge

21  first say that virtual was permissible?

22    MS. LANG:  Mr. Voss only recently agreed to

23  virtual depositions about two weeks ago.

24    THE COURT:  But did the -- did the -- did the

25  magistrate judge say that virtual depositions could be

1    held or that it had to be with defense counsel's

2    permission?

3         MS. LANG:  It was agreed before the magistrate

4    that the depositions could be taken virtually.

5         THE COURT:  And when was the first agreement of

6    that kind?

7         MS. LANG:  Before -- in October.

8         THE COURT:  What year?

9         MS. LANG:  Of this year.

10        THE COURT:  You mean that was the first time that

11   the parties agreed to virtual deposition?

12        MS. LANG:  Plaintiff has always agreed to virtual

13   deposition.

14        THE COURT:  But what I am asking is when did the

15   magistrate judge say that the 30(b)(6) deposition could

16   be held either in person or alternatively in virtual?

17        MS. LANG:  In October of this year when we brought

18   the issue --

19        THE COURT:  So that was the first time that the

20   magistrate judge said that virtual depositions could

21   suffice?

22        MS. LANG:  Plaintiff sought the magistrate's

23   intervention because Mr. V --

24        THE COURT:  I didn't ask you that.  When is the

25   first time the magistrate judge agreed or said that the

```
 1    30(b)(6) deposition could be by way of virtual

 2    deposition?

 3         MS. LANG:  After we informed the magistrate that

 4    there was a discovery dispute regarding --

 5         THE COURT:  There are a number of discovery

 6    disputes.

 7         MS. LANG:  Yes.

 8         THE COURT:  When -- when did the magistrate judge

 9    say to the parties this deposition can be held or should

10    be held either in person or virtually?

11         MS. LANG:  The magistrate judge did not say it.

12    Mr. V finally agreed.

13         THE COURT:  So the magistrate judge never made

14    that order?

15         MS. LANG:  He didn't make an order because he met

16    with the parties virtually and Mr. V agreed finally in

17    October of this year.

18         THE COURT:  I see.  All right.

19         MS. LANG:  So then --

20         THE COURT:  Hold on.  Okay.  Now --

21         MS. LANG:  And I apologize that you prefer my

22    colleague, Mr. Harris, much senior and experienced to me.

23         THE COURT:  I don't prefer anybody.  All I am

24    interested in is getting as much information as I can to

25    properly conduct a trial.  I mean you are doing --
```

```
1          MS. LANG:  Thank you, your Honor.

2          THE COURT:  You are doing a much better job of it

3    once I informed you of how I wanted things to proceed.

4    So keep up that pattern.

5          MS. LANG:  I have been working very hard.

6          THE COURT:  Now, when was the October 28 virtual

7    deposition first set?

8          MS. LANG:  We noticed the deposition for

9    November 5th.

10         THE COURT:  But no.  When did you first send out

11   the notice?

12         THE COURT:  I thought the deposition was supposed

13   to be held October 28th?

14         MS. LANG:  One second.

15              If you will let me back up one moment.

16         THE COURT:  Okay.  Go ahead.

17         MS. LANG:  The very first time we noticed the

18   deposition of defendant AMN, under Federal Rule of Civil

19   Procedure 30(b)(6) was on 10/9/2020.  That deposition was

20   scheduled to take place.

21         THE COURT:  Hold on.  I am not -- that wasn't my

22   question.  My question was once the parties agreed to a

23   virtual deposition -- I am of the mind that the

24   magistrate judge never ordered a virtual deposition.

25   When did the parties first agree to a virtual deposition?
```

```
 1            MS. LANG:  About a month ago.

 2            THE COURT:  Okay.  But the deposition was to be

 3    held virtually October 28th; correct?

 4            MS. LANG:  We noticed it for an in-person

 5    deposition because we did not have the consent of the

 6    other party.

 7            THE COURT:  But I am getting a little confused

 8    here.  When did the -- when you sent -- with regard to

 9    Moishe's nonappearance at the October 28th deposition,

10    was that notice sent as a virtual or in-person

11    deposition?

12            MS. LANG:  They have all been noticed as in person

13    since we were --

14            THE COURT:  Just -- okay.  And so he didn't appear

15    in person; correct?

16            MS. LANG:  Correct.

17            THE COURT:  When was that notice served on the

18    plaintiff -- on the defendant?

19            MS. LANG:  Which time.

20            THE COURT:  The October 28th in-person notice of

21    deposition.

22            MS. LANG:  I'm sorry.  Could you ask that question

23    one more time?

24            THE COURT:  Yes.

25            MS. LANG:  I think I got the dates wrong.  That is
```

```
 1    why I wanted to clarify that the notice was sent on

 2    October 9th, but the deposition was to take place on

 3    11/5.

 4            THE COURT:  I see.  Okay.

 5            MS. LANG:  And I have the certificate of

 6    nonappearance --

 7            THE COURT:  One minute.

 8            MS. LANG:  -- for every --

 9            THE COURT:  You are going back to your old

10    approach.  Just stay with the question.

11              So now you have given me an answer.  It was

12    October 9th for a November 5th deposition; correct?  That

13    is what I just heard.

14            MS. LANG:  Correct.

15            THE COURT:  And that was for an in-person

16    deposition.  So between those two dates, November 5th and

17    October 9th, did the parties agree to a virtual

18    deposition?  Did Mr. V agree to a virtual deposition?

19            MS. LANG:  Yes.

20            THE COURT:  When did he do that?

21            MS. LANG:  Last month.

22            THE COURT:  But when?  What date last month?  Last

23    month meaning somewhere between October 9th and

24    November 5th?

25            MS. LANG:  I am too terrified to turn my phone on
```

```
1    to check my e-mail.
2            THE COURT:  Can you do it now?
3            MS. LANG:  I can.
4            THE COURT:  Go ahead.  You can take a short break
5    and do that.
6            MS. LANG:  Your Honor, can I make it really easy
7    and call my paralegal who --
8            MS. LANG:  This is my law clerk and aspiring law
9    student, Belinda.  I thought she would enjoy a --
10           THE COURT:  So you want to call the paralegal?
11               Okay.  Let's leave that alone.  It is not
12   crucial.
13           MS. LANG:  He is a no show.  He is a no show three
14   times.
15           THE COURT:  Just go back to the lectern.
16           MS. LANG:  I have got the --
17           THE COURT:  Ma'am, you keep going back to just
18   speaking when --
19           MS. LANG:  The last time --
20           THE COURT:  No question pending.  Just listen to
21   the question.  I am going to have to enforce that.
22               I realize he didn't show at deposition.
23   Before the November 5th deposition no show, were you ever
24   informed by Mr. Voss that he was not going to show?
25           MS. LANG:  No, your Honor.
```

```
1          THE COURT:  Okay.  And November 5th is only a
2   couple of days ago; is that right?  I mean today is
3   November 10th; right?
4          MS. LANG:  November 5th was for 2020.
5          THE COURT:  Oh.  November, 2020.  I see.  I am
6   getting the years confused.
7               So following his, Moishe Newman's no show on
8   November 5th, did you seek an order compelling from the
9   magistrate judge?
10         MS. LANG:  Yes, your Honor.
11         THE COURT:  Did the magistrate judge issue an
12  order compelling?  Just "yes" or "no".  No explanation.
13  Is there an order from the magistrate judge compelling
14  Moishe to appear for virtual deposition, is there?
15         MS. LANG:  Your magistrate doesn't issue orders.
16         THE COURT:  So there is no order?
17         MS. LANG:  He never issues an order.
18         THE COURT:  Okay.  And so did the parties meet and
19  confer after that November 5th no show and set another
20  date?
21         MS. LANG:  We did, your Honor.
22         THE COURT:  And what was that?
23         MS. LANG:  We gave a notice of deposition of
24  defendant AMN Distribution under federal rules --
25         THE COURT:  Just tell me what date.
```

1    MS. LANG:  We noticed it for 5/11/2021, and he

2    nonappeared.

3        THE COURT:  I didn't ask you whether he

4    nonappeared.  Just answer the question.  Okay.

5            Now, we have gone through this once before.  I

6    am trying to get up to what I thought was an important

7    date, October 28th of this year.  Was that the last date

8    that a deposition was scheduled for Moishe Newman?

9        MS. LANG:  Following the June, 2021 nonappearance,

10   yes, the October date was the third nonappearance.

11       THE COURT:  And that was set in June, did you say?

12   Or was it -- no.  When did you notice that deposition?

13       (Pause in proceedings.)

14       THE COURT:  You know something.  You can be seated

15   for the time being.  Thank you.

16           I am going to ask some questions of Mr. V.

17   Thank you.

18           Mr. V, would you take the lecturn.  I have

19   some questions for you that don't relate to the questions

20   I was just asking counsel.

21           First of all, my reading of the settlement

22   agreement is not your reading.  That is the Wal-Mart and

23   eBay records, if they do support what the plaintiff

24   claims they do, would constitute a breach.

25       MR. VOSS:  We agree, your Honor.

1    THE COURT:  That is my ruling.

2    MR. VOSS:  We agree.

3    THE COURT:  And so the question is, it seems to me

4  to have some circumstantial evidence, if I am accepting

5  for the moment their position that the -- that the

6  listing seller was Athena and the address was this 10,

7  whatever it is, 10, what was it, 10 something street.

8    MR. VOSS:  10 Gallagher Street.

9    THE COURT:  Gallagher Street.  And so that would I

10  think allow a jury to conclude that there was a breach by

11  the defendant of the settlement agreement, but what --

12  that is only one side of the coin.

13    What evidence are you going to offer to

14  counter that circumstantial evidence?

15    MR. VOSS:  Yes.  Thank you, your Honor.

16    We will offer the very records you just

17  mentioned, the eBay records and the Wal-Mart records.  We

18  believe that those records conclusively show no sales

19  activity after the date the settlement agreement was

20  entered into.  Full compliance by the defendant.

21    THE COURT:  But did the settlement agreement

22  require compliance with the sales only after the

23  settlement agreement?

24    MR. VOSS:  That's correct, your Honor.  Earlier,

25  you were asking --

```
 1          THE COURT:  I see.  Look, I understand what you

 2    said.

 3          MR. VOSS:  Yes, your Honor.

 4          THE COURT:  You are saying that there may have

 5    been sales as the plaintiff alleges, but they were not

 6    after the date of the settlement agreement?

 7          MR. VOSS:  Correct, your Honor.

 8          THE COURT:  And the eBay and Wal-Mart records

 9    support that?

10          MR. VOSS:  That's correct, your Honor.

11          THE COURT:  Now, with regard to Christina Felix,

12    she says she brought this Revitalash in October of 2021

13    and the -- what was the date of the settlement agreement?

14          MR. VOSS:  It was -- I want to say it was May.  It

15    was certainly before that.  It was May of 2020.

16          THE COURT:  I see.  So there, the evidence is --

17    and she bought, says she bought the product on eBay or

18    Wal-Mart or both?

19          MR. VOSS:  This was an eBay purchase that she is

20    referring to.

21          THE COURT:  I see.  And the only circumstantial

22    evidence that the plaintiff will have in that regard is

23    that the address of the eBay seller was the same 10

24    Gallagher Street.

25          MR. VOSS:  Except that it was not.
```

```
 1              THE COURT:  Was not what?

 2              MR. VOSS:  The documents produced by Athena

 3    including Athena 13811 show that the return package, the

 4    return address on the package is not 10 Gallagher.  It

 5    was an address in La Puente, California.

 6              THE COURT:  I see.  And with regard to the -- now,

 7    I am switching to the other aspect of the breach.

 8              MR. VOSS:  Yes, your Honor.

 9              THE COURT:  The inaccurate disclosures, and that

10    is the alleged discrepancy between defendant sales in

11    2019 and purchases from its suppliers and then

12    approximate 1600 unit gap, the plaintiff says is evidence

13    that the plaintiff -- that the defendant was buying from

14    other suppliers than those listed as suppliers for the --

15    but they list them in their disclosures.

16              And I thought I heard some reference to an

17    argument at a prior hearing that there, the defense there

18    will be that the discrepancy is explained by the fact

19    that there was preexisting inventory that was sold and

20    not purchases after 2019 from suppliers that weren't

21    disclosed.

22              MR. VOSS:  Yes, your Honor.  The Schedule 1

23    disclosures of purchases was limited in time.  It did not

24    address how many did you have at the start of that

25    timeframe or whether or not you had done any purchases
```

1    before that timeframe.  So they have no way of

2    establishing how many units there were in existence at

3    the time of the sales taking place.

4         THE COURT:  And has the -- have the records of

5    Athena been, the business records been disclosed to the

6    plaintiff?

7         MR. VOSS:  Pursuant to our meeting with the

8    magistrate judge, yes.

9         THE COURT:  And can you just describe what records

10   were disclosed?  Were the records disclosed just for 2019

11   forward, or did they incorporate the earlier period where

12   the -- where the gap would have been purchased as you

13   argue?

14        MR. VOSS:  The request for production of documents

15   did not in every instance specify a start date of

16   January 19th of 2019, but there was no discovery request

17   for documents prior to January of 2019.

18        THE COURT:  I see.  And so if I deny the motion in

19   limine to exclude Moishe Newman from testifying, what

20   will he testify to?  Will he testify?

21        MR. VOSS:  Well, there is one matter I do wish to

22   bring to your attention regarding a restriction on him

23   with Covid in Australia.  He is trying to get here, and

24   he is planning to get here.  We may have to arrange by

25   Teams which is at the discretion of the court for him to

1   testify.  I have told him there will be no trial

2   continuance, period, end stop, and he will have to appear

3   one way or the other.

4           His testimony that I would offer in that

5   regard is that they complied fully with the terms of the

6   settlement agreement, and, as it applies to this issue of

7   inventory, that they were required to turn over persuant

8   to the settlement agreement anything they hadn't sold

9   that they still had in inventory.  And they did so.

10   THE COURT:  They were required to turn over

11   everything they had.  I am not understanding that.

12           So, as part of the settlement agreement, the

13   defendant was required to turn over everything they had

14   in inventory on the date of the settlement?

15   MR. VOSS:  Yes, your Honor.  So to the extent that

16   the sales that are documented went up to but prior to the

17   settlement agreement, anything that they still had unsold

18   in their warehouse or wherever -- I will represent it was

19   in the warehouse -- was then conveyed to Athena.

20   THE COURT:  I see.  So, now, that is not a point

21   of evidence in the breach as I understand it.

22   MR. VOSS:  I don't believe that it is, your Honor.

23   THE COURT:  Yes.  Okay.  But, now, turning to the

24   discrepancy or difference between the sales of Athena

25   product in 2019 and the purchases from suppliers by

1    defendant of Athena products in 2019, that circumstantial

2    evidence seems more to relate to did the defendant reveal

3    all the suppliers, names of suppliers that it -- that

4    supplied defendant with the Athena product.

5            And the argument there is, because you sold

6    more units than you bought from the suppliers that you

7    did reveal, you must not have revealed all your

8    suppliers, but I am just supposing it could be answered

9    by one of the suppliers who was revealed sold the product

10   to Athena in 2018.

11       MR. VOSS:  That's correct, your Honor.  And no

12   discovery.  No request.  It is not even required under

13   the settlement agreement anywhere.  The timeframe for the

14   disclosures is January, 2019, onward.

15       THE COURT:  So the argument -- and I know you made

16   a summary judgment motion which I frankly couldn't

17   understand at the time because things were so jumbled at

18   least according to my mindset at the time.  But I am

19   starting to get a better vision of your argument.

20           Is everything you said to me set out in your

21   summary judgment motion?

22       MR. VOSS:  Everything?  I can't swear to that,

23   your Honor.

24       THE COURT:  When I am saying everything is this:

25   With regard to the failure to reveal all the suppliers,

1    the circumstantial evidence is just that, that if you

2    sold more than you bought in 2019, a reasonable inference

3    is that you had other suppliers that you didn't reveal.

4    And I am thinking out loud which is always dangerous that

5    that might not be enough circumstantial evidence.

6         MR. VOSS:  Your Honor, I would note that the

7    allegations as made by the plaintiff have been changing

8    rapidly over the last several weeks.

9         THE COURT:  Well, that is the one I am dealing

10   with now.

11        MR. VOSS:  And with respect to at the time of the

12   motion for summary judgment, it was the contention of the

13   plaintiff that we had omitted two entries that were --

14   and I am looking at Document No. 113 on the docket,

15   opposing party Athena's statement of genuine disputes of

16   material fact that they submitted, and they said that,

17   with respect to what you are asking about, that we

18   breached the agreement by omitting two companies,

19   Balanced and Fulbright Sales.

20        THE COURT:  What is the evidence of that?

21        MR. VOSS:  There isn't any.  I actually looked it

22   up, your Honor, myself, and it is explainable that the

23   schedules which were submitted in May of 2020, the names

24   of those companies changed when they did their research a

25   year later.  And I provided that to counsel informally,

```
 1   and she has now withdrawn that argument.

 2        THE COURT:  One moment, is that name charge part

 3   of your summary judgment motion?

 4        MR. VOSS:  Well, when we were opposing -- Yes.

 5        THE COURT:  But did you -- how did you supply that

 6   information?  Was it in an admissible form or just your

 7   representation?  I mean, if you had to establish that

 8   now, how would that be established with admissible

 9   evidence?

10        MR. VOSS:  Well, two things:  One, plaintiff has

11   now withdrawn the argument.  It is not in their trial

12   brief.  It is not in the statement for this conference.

13        THE COURT:  I don't know that they have, but let's

14   assume -- if they have, fine and good, but let's assume

15   they haven't and you had to show with admissible evidence

16   that suppliers who were disclosed, had a name change and

17   the name changes are name changes for the suppliers that

18   have been disclosed.

19            How would you establish that?

20        MR. VOSS:  Testimony of Mark Newman that he went

21   and verified that himself.  I can't testify.

22        THE COURT:  You are not going to be able to

23   testify at trial.  So Newman, if he testifies in the

24   fashion you have just said, is not going to carry the

25   day.
```

```
 1         MR. VOSS:  Well, your Honor, the fact of the

 2    matter is that we would be first challenging the

 3    introduction of the evidence.

 4         THE COURT:  What evidence?

 5         MR. VOSS:  Whatever evidence that plaintiff has

 6    that there were two people who were omitted.

 7         THE COURT:  Well, no, but they would be

 8    establishing that.

 9         MR. VOSS:  They can't.

10         THE COURT:  Just one moment.  They would try to

11    establish that by showing that the persons, the entities

12    that were not disclosed in the disclosure list that you

13    provided are new entities.  And your position, as I

14    understand it, is that they are not new entities.  They

15    are just entities that had been disclosed who had a name

16    change.

17         MR. VOSS:  If you attempt to introduce evidence

18    about the state of affairs in May of 2020 and challenge

19    it and rest your argument on evidence of the way things

20    are a year-and-a-half later, that does not succeed in

21    defeating the accuracy of the schedules.

22         THE COURT:  What happened a year-and-a-half later?

23         MR. VOSS:  They didn't do this research where they

24    come in and they say here are these two new names.  Here

25    is their names in a year-and-a-half later.
```

```
 1            THE COURT:  Now, what evidence is there that those

 2    newly named companies which you claim are merely name

 3    changes did supply defendant with the plaintiff's goods?

 4            MR. VOSS:  It shows up in the eBay records that

 5    they subpoenaed.

 6            THE COURT:  I see.  Just one moment.  Let me think

 7    about that.

 8            MR. VOSS:  So there is two parties.

 9            THE COURT:  Wait a second now.

10            They show up in the eBay records that the

11    plaintiff subpoenaed.  How did they show up?  I am not

12    understanding the eBay format.  My understanding of the

13    eBay format is that someone like AMN would try to sell

14    the product on eBay, but, now, we are discussing some

15    entity that sold product to AMN.  So you are saying on

16    the eBay records, there is a record of AMN as a buyer.

17            MR. VOSS:  Correct, your Honor.

18            THE COURT:  I see.  And from these entities.  And

19    that would be when?

20            MR. VOSS:  In the timeframe that was required for

21    the disclosure in the Schedule 1 of the settlement

22    agreement, January of 2019 until May of '20.

23            THE COURT:  I see.  So why -- I don't at this

24    moment understand why that wouldn't be adequate for the

25    plaintiff to offer to the jury?
```

```
 1          MR. VOSS:  So what the representation is is that

 2   the schedules were inaccurate.  That inaccuracy has to be

 3   measured at the time that the representations were made.

 4          THE COURT:  I see.  So one minute.  So are you

 5   saying -- and I am doing this to clarify my own

 6   thinking -- that at the time the schedules were disclosed

 7   as the suppliers of defendant, these purchases by AMN on

 8   eBay from these heretofore undisclosed suppliers were

 9   made after the disclosure?

10          MR. VOSS:  No, your Honor.

11          THE COURT:  Then what are you saying?

12          MR. VOSS:  I am saying that the purchases are

13   fully disclosed on the schedules.  What plaintiff is

14   trying to say is --

15          THE COURT:  One moment.  When you say fully

16   disclosed, fully disclosed that the purchases were made

17   or that the purchases were made from the sellers on eBay?

18          MR. VOSS:  The schedule provides the seller ID.

19   It provides the units purchased.  It provides other

20   information relating to that so that one can verify that

21   that is accurate.

22          THE COURT:  And was that a part of your exhibit to

23   the summary judgment?

24          MR. VOSS:  Yes, it was, your Honor.  It is

25   actually the schedule to the settlement agreement as
```

1    well, and the magistrate judge also ruled that that was

2    proper responsive discovery to their document request.

3         THE COURT:  And so just to sum up here on the

4    disclosure issue, you are saying that the schedule of

5    disclosures did show purchases by defendant from the

6    entities that defendant -- that plaintiff is alleging

7    were not revealed.

8         MR. VOSS:  Correct, your Honor.  There is one de

9    minimus difference that I would be remiss in not

10   mentioning to the court.

11        THE COURT:  What is that?

12        MR. VOSS:  We disclosed all of the entities.  One

13   of the entities, we showed on the spreadsheet a purchase

14   of five units.  The reason it is shown as five is there

15   was an initial purchase of 35 and then a return and

16   refund of 30.

17        THE COURT:  I see.

18        MR. VOSS:  So that the total that was actually

19   obtained by AMN was indeed five.  The initial purchase

20   was 35.  I have impeachment documents to show the refund.

21        THE COURT:  Okay.  And, now, with regard to --

22   with regard to the other aspect of the plaintiff's case,

23   just to get it clear in my thinking, you are saying that

24   the -- that there were sales by AMN as the Wal-Mart and

25   eBay records show from plaintiff's evidence, but that

1   those sales were made before the settlement agreement.

2        MR. VOSS:  Specifically, your Honor, the Wal-Mart

3   marketplace information shows that there was

4   zero dollars, zero units sold after February 27th of

5   2020.  It is straight down the column, zero, zero all the

6   way to the end.

7        THE COURT:  And with regard to Felix, her argument

8   is that she did buy the product in the prohibited

9   timeframe, and her circumstantial evidence is that the

10  product -- that the sale had the address -- the seller

11  wasn't AMN, but it had the address of AMN's 10 Haggerty

12  Street address.

13       MR. VOSS:  This is contained in Ms. Felix's

14  declaration yesterday at paragraphs 37 and 38 and is

15  directly contradicted by the evidence that was provided

16  by Athena during the course of discovery.

17       THE COURT:  What specific evidence is that so I

18  can look at it?  Is it in your summary judgment motion?

19       MR. VOSS:  No, your Honor.  This argument about

20  this sale in October of 2020 has never been previously

21  raised until the last week.

22       THE COURT:  And with regard to the exhibit that

23  you just referred to, where does that come from?

24       MR. VOSS:  During the course of discovery, Athena

25  produced documents to us.  They are Bates stamped on the

1    bottom.  We were able to --

2          THE COURT:  So, in other words, the document that

3    you are referring to is a document that the plaintiff

4    supplied to you?

5          MR. VOSS:  Correct, your Honor.

6          THE COURT:  And does the court have a copy of that

7    now, or is that something that was just discussed?

8          MR. VOSS:  Your Honor, when we received this

9    declaration yesterday late afternoon, we scurried to find

10   out what the heck it was about, and we went back to the

11   Athena documents and last night I found this.  I am

12   candidly not sure if this is part of their listed

13   exhibits or not.

14          But, certainly, it is impeachment evidence as

15   to this new declaration by --

16          THE COURT:  Whatever it is, can we have a copy of

17   that?  Is the only copy you have marked as a court's

18   exhibit?

19          MR. VOSS:  I can file it today if you want.

20          THE COURT:  And what does that exhibit actually

21   say?

22          MR. VOSS:  So the exhibit has a series of screen

23   shots -- I don't know who did them or when, okay -- that

24   show items bought from, and it matches up to the

25   declaration of Felix, Micwha-10, that it shows this

1    purchase, the purchase that says October 20 of 2020.

2             It has lines on it that would seem to say that

3    it was cut and pasted or in some manner redacted, but,

4    nonetheless, the seller at Micwha-10 is a seller that

5    uses Chinese characters for their name.  We don't speak

6    Chinese.  Furthermore, included in this discovery was the

7    actual exterior of the package which was the package that

8    was ordered in October of 2020.

9             The return address on this package -- and

10   again, a huge amount of Wite-Out has been used on this so

11   we would love to see the original -- but the return

12   address is Douglas, LLC, 802 Vineland Avenue, La Puente,

13   California, 91745.  It is not shipped to them from

14   Gallagher Street in Pennsylvania.  This is somebody else.

15            And although Ms. Felix is in this business and

16   I don't doubt for a minute that she finds counterfeits

17   all over the marketplace out there.  She says she has

18   purchased them 360 times.  There may be other people

19   selling them, but that doesn't provide proof that we

20   violated the settlement agreement by selling after May of

21   2020 when we said we had stopped selling.

22        THE COURT:  What I would -- what I am ordering is,

23   in light of this conference and the court's remarks, I

24   want you to by close of business on Friday submit a

25   supplemental brief.

```
 1              MR. VOSS:  I shall, your Honor.

 2              THE COURT:  And then I will give the plaintiff by

 3    close of business on Monday to respond, and, in each

 4    brief, if documents are referenced, exhibits are

 5    referenced, the parties are -- should reference in their

 6    briefs how the document is either self authenticating or

 7    how it will be established at trial with proper

 8    foundation.  And that is the conclusion of the hearing at

 9    this point.

10              And -- and last item, Moishe Newman, the way

11    you described his testimony before it doesn't seem

12    admissible to me.  His conclusion is that we complied or

13    didn't comply.  And that is not the kind of testimony

14    that would be helpful to the jury.

15              MR. VOSS:  That is one piece only.

16              THE COURT:  He is not going to testify to that.

17    What specifically will he say with regard to the matters

18    that we have just discussed today?

19              MR. VOSS:  How he prepared the schedules, why they

20    were accurate, how he compiled the information and that

21    it was --

22              THE COURT:  All right.  Then, he has got to file a

23    declaration under penalty of perjury by the close of

24    business on Friday.

25              MR. VOSS:  Akin to your order with respect to
```

1    Ms. Felix?

2         THE COURT:  No.  With respect to everything he

3    intends to say at the trial.  And it has to be in an

4    admissible form, nonconclusory form, and if he is going

5    to -- and if anything he says is supported by records, he

6    is to attach those records and say under penalty of

7    perjury that those are records of his business.

8              And, then, the plaintiff will have all of that

9    over the weekend to digest and file its responsive briefs

10   on Monday, and, then, I will be in a position to know

11   what exactly is set for the trial.

12        MR. VOSS:  Your Honor, may I be --

13        THE COURT:  Yes.

14        MR. VOSS:  My client devoutly observes the Sabbath

15   which would make the Friday deadline difficult because of

16   the Sabbath in Australia.

17        THE COURT:  Well, right now, the time is ahead

18   there; right?

19        MR. VOSS:  So I would have a day to prepare it.

20        THE COURT:  What is today's -- so, right now, it

21   is Wednesday here.  What time is it now?

22        MR. VOSS:  Here, it is 5:17.  It is 17 hours

23   difference, or, at least, it was before daylight savings.

24        THE COURT:  Well, it is the late afternoon

25   Thursday, there.  And so I am going to give you until --

1    everything else has to be done by Friday, but his

2    declaration has to be by the close of business Sunday

3    night.

4            MR. VOSS:  Thank you, your Honor.

5            THE COURT:  That is as far as I want to go.

6            MR. VOSS:  That will work.  Thank you, your Honor.

7            (Proceedings concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28,

United States Code, the foregoing is a true and correct

transcript of the stenographically reported proceedings held

in the above-entitled matter and that the transcript page

format is in conformance with the regulations of the

Judicial Conference of the United States.

Date:  January 12, 2022


 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

**MR. VOSS: [63]**
**MS. LANG: [84]**
**THE CLERK: [1]** 3/3
**THE COURT: [146]**

**'**

**'20 [1]** 29/22

**/**

**/s [1]** 38/12

**1**

**10 [17]** 1/15 3/1 7/8 7/17
7/19 7/21 7/23 8/11 20/6
20/7 20/7 20/8 21/23 22/4
32/11 33/25 34/4
**10/9/2020 [2]** 10/6 14/19
**10th [1]** 18/3
**11/5 [1]** 16/3
**113 [1]** 26/14
**12 [1]** 38/10
**120 [1]** 2/5
**13811 [1]** 22/3
**1600 [2]** 5/17 22/12
**17 [1]** 36/22
**19th [1]** 23/16
**1st [1]** 1/20

**2**

**2,835 [1]** 5/15
**20 [1]** 34/1
**20-5226 [1]** 3/7
**20-5526 [1]** 1/8
**2018 [1]** 25/10
**2019 [15]** 4/7 5/2 5/7 5/14
5/15 22/11 22/20 23/10 23/16
23/17 24/25 25/1 25/14 26/2
29/22
**2020 [15]** 5/3 8/5 9/4 10/6
14/19 18/4 18/5 21/15 26/23
28/18 32/5 32/20 34/1 34/8
34/21
**2021 [6]** 1/15 3/1 11/9 19/1
19/9 21/12
**2022 [1]** 38/10
**27th [1]** 32/4
**28 [2]** 14/6 38/4
**28th [6]** 8/18 14/13 15/3
15/9 15/20 19/7

**3**

**30 [8]** 8/18 8/23 9/3 10/11
12/15 13/1 14/19 31/16
**310 [1]** 2/5
**35 [2]** 31/15 31/20
**350 [1]** 1/20
**360 [1]** 34/18
**37 [1]** 32/14
**3788 [1]** 2/6
**38 [1]** 32/14

**4**

**4,474 [1]** 5/14
**4311 [1]** 1/20
**4640 [1]** 2/9
**4:19 [1]** 3/2

**5**

**5/11/2021 [2]** 11/9 19/1
**5226 [1]** 3/7
**5526 [1]** 1/8
**5:17 [1]** 36/22
**5th [9]** 14/9 16/12 16/16
16/24 17/23 18/1 18/4 18/8
18/19

**6**

**6602 [1]**

**7**

**753 [1]** 38/4

**8**

**800 [1]** 2/10
**802 [1]** 34/12

**9**

**90012 [1]** 1/21
**90292-6602 [1]** 2/10
**91362-3788 [1]** 2/6
**91745 [1]** 34/13
**9858 [2]** 1/19 38/12
**9th [4]** 16/2 16/12 16/17
16/23

**A**

**able [2]** 27/22 33/1
**about [10]** 3/17 5/18 8/20
11/23 15/1 26/17 28/18 29/7
32/19 33/10
**above [1]** 38/7
**above-entitled [1]** 38/7
**accepting [1]** 20/4
**according [1]** 25/18
**account [1]** 7/16
**accuracy [1]** 28/21
**accurate [3]** 6/15 30/21
35/20
**accurately [1]** 5/16
**activity [1]** 20/19
**actual [1]** 34/7
**actually [4]** 26/21 30/25
31/18 33/20
**address [20]**
**adequate [1]** 29/24
**Admiralty [1]** 2/9
**admissible [5]** 27/6 27/8
27/15 35/12 36/4
**affairs [1]** 28/18
**after [9]** 13/3 18/19 20/19
20/22 21/6 22/20 30/9 32/4
34/20
**afternoon [3]** 3/13 33/9
36/24
**again [4]** 7/14 7/18 11/2
34/10
**ago [3]** 11/23 15/1 18/2
**agree [6]** 11/18 14/25 16/17
16/18 19/25 20/2
**agreed [8]** 11/22 12/3 12/11
12/12 12/25 13/12 13/16
14/22
**agreement [25]**
**ahead [4]** 10/1 14/16 17/4
36/17
**Akin [1]** 35/25
**al [2]** 1/9 3/9
**all [16]** 4/9 4/23 5/5 8/1
13/18 13/23 15/12 19/21 25/3
25/7 25/25 31/12 32/5 34/17
35/22 36/8
**allegations [1]** 26/7
**alleged [2]** 3/17 22/10
**alleges [1]** 21/5
**alleging [2]** 5/10 31/6
**allow [2]** 8/15 20/10
**alone [1]** 17/11
**also [7]** 4/6 5/7 6/24 7/8
7/24 10/19 31/1
**alternatively [2]** 11/11
12/16
**although [2]** 10/13 34/15
**always [2]** 12/12 26/4
**am [31]**

**AMN [18]** 1/9 3/8 6/10 6/11
6/11 8/6 9/6 9/6 9/6
14/18 18/24 29/13 29/15
29/16 30/7 31/19 31/24 32/11
**AMN's [2]** 6/11 32/11
**amount [1]** 34/10
**and/or [2]** 6/11 6/12
**ANGELES [4]** 1/14 1/21 3/1
10/12
**another [6]** 3/20 4/13 4/18
9/22 11/6 18/19
**answer [3]** 4/10 16/11 19/4
**answered [2]** 8/1 25/8
**any [5]** 3/19 3/20 11/14
22/25 26/21
**anybody [1]** 13/23
**anything [3]** 24/8 24/17 36/5
**anywhere [1]** 25/13
**apologize [1]** 13/21
**appear [5]** 10/6 10/9 15/14
18/14 24/2
**appearances [2]** 2/1 3/10
**applies [2]** 4/8 24/6
**approach [1]** 16/10
**appropriate [1]** 9/19
**approximate [1]** 22/12
**April [1]** 5/3
**are [32]**
**argue [1]** 23/13
**argument [11]** 5/13 8/17
22/17 25/5 25/19 25/19 27/1
27/11 28/19 32/7 32/19
**arrange [1]** 23/24
**arrangement [1]** 11/15
**as [29]**
**ask [6]** 6/7 11/2 12/24 15/22
19/3 19/16
**asked [3]** 4/21 9/18 10/19
**asking [6]** 4/12 6/6 12/14
19/20 20/25 26/17
**aspect [8]** 3/19 3/21 5/3 5/5
5/20 8/3 22/7 31/22
**aspects [1]** 4/24
**aspiring [1]** 17/8
**associate [1]** 7/16
**assume [2]** 27/14 27/14
**Athena [17]** 1/6 3/7 3/12 6/4
6/10 20/6 22/2 22/3 23/5
24/19 24/24 25/1 25/4 25/10
32/16 32/24 33/11
**Athena's [2]** 6/13 26/15
**attach [1]** 36/6
**attempt [1]** 28/17
**attendance [3]** 9/14 9/16
10/8
**attending [1]** 4/18
**attention [1]** 23/22
**Australia [2]** 23/23 36/16
**authenticating [1]** 35/6
**Avenue [1]** 34/12

**B**

**back [5]** 14/15 16/9 17/15
17/17 33/10
**Balanced [1]** 26/19
**Bates [1]** 32/25
**be [38]**
**because [7]** 11/18 12/23
13/15 15/5 25/5 25/17 36/15
**been [11]** 14/5 15/12 21/5
23/5 23/5 23/12 26/7 27/18
28/15 32/20 34/10
**before [12]** 9/6 9/13 10/8
12/3 12/7 17/23 19/5 21/15
23/1 32/1 35/11 36/23
**begin [1]** 3/17
**behalf [1]** 3/14
**behind [1]** 7/11
**being [1]** 19/15

**B**

**believe [2]** 20/18 24/22
**Belinda [1]** 17/9
**better [3]** 4/1 14/2 25/19
**between [4]** 16/16 16/23
22/10 24/24
**both [1]** 21/18
**bottom [1]** 33/1
**bought [6]** 5/15 21/17 21/17
25/6 26/2 33/24
**Boulevard [1]** 2/5
**Braybrooke [1]** 2/9
**breach [3]** 3/18 5/21 5/24
8/3 19/24 20/10 22/7 24/21
**breached [2]** 5/10 26/18
**break [1]** 17/4
**brief [3]** 27/12 34/25 35/4
**briefs [2]** 35/6 36/9
**bring [1]** 23/22
**brought [3]** 8/5 12/17 21/12
**business [7]** 23/5 34/15
34/24 35/3 35/24 36/7 37/2
**buy [1]** 32/8
**buyer [1]** 29/16
**buyers [1]** 5/15
**buying [1]** 22/13

**C**

**CA [3]** 1/21 2/6 2/10
**CALIFORNIA [5]** 1/2 1/14 3/1
22/5 34/13
**call [2]** 17/7 17/10
**came [1]** 8/10
**can [13]** 9/1 13/9 13/24 17/2
17/3 17/4 17/6 19/14 23/9
30/20 32/18 33/16 33/19
**can't [3]** 25/22 27/21 28/9
**candidly [1]** 33/12
**carry [1]** 27/24
**case [2]** 4/24 31/22
**cases [1]** 4/19
**CENTRAL [1]** 1/2
**certainly [2]** 21/15 33/14
**certificate [2]** 16/5 38/1
**certify [1]** 38/4
**challenge [1]** 28/18
**challenging [1]** 28/2
**change [2]** 27/16 28/16
**changed [1]** 26/24
**changes [3]** 27/17 27/17 29/3
**changing [1]** 26/7
**characters [1]** 34/5
**charge [1]** 27/2
**check [1]** 17/1
**Chinese [2]** 34/5 34/6
**Christina [2]** 8/4 21/11
**circumstantial [8]** 5/13 20/4
20/14 21/21 25/1 26/1 26/5
32/9
**Civil [1]** 14/18
**claim [1]** 29/2
**claims [1]** 19/24
**clarify [2]** 16/1 30/5
**clear [2]** 3/16 31/23
**clerk [1]** 17/8
**client [1]** 36/14
**close [4]** 34/24 35/3 35/23
37/2
**Code [1]** 38/5
**coin [1]** 20/12
**colleague [1]** 13/22
**column [1]** 32/5
**come [2]** 28/24 32/23
**communicate [1]** 4/22
**companies [3]** 26/18 26/24
29/2
**compel [3]** 9/14 9/15 10/8
**compelling [3]** 18/8 18/12

18/13
**compliance [1]** 35/10
**compliance [2]** 20/20 20/22
**complied [2]** 24/5 35/12
**comply [1]** 35/13
**complying [1]** 5/10
**conclude [1]** 20/10
**concluded [1]** 37/7
**conclusion [2]** 35/8 35/12
**conclusively [1]** 20/18
**conduct [1]** 13/25
**confer [4]** 9/19 9/20 11/2
18/19
**conference [5]** 3/15 4/2
27/12 34/23 38/9
**conformance [1]** 38/8
**confused [2]** 15/7 18/6
**consent [1]** 15/5
**constitute [1]** 19/24
**contact [4]** 6/14 6/19 6/19
7/5
**contained [1]** 32/13
**contention [1]** 26/12
**continuance [1]** 24/2
**continuing [1]** 6/3
**contradicted [1]** 32/15
**conveyed [1]** 24/19
**copy [3]** 33/6 33/16 33/17
**correct [20]**
**Cosmetics [3]** 1/6 3/7 3/12
**could [8]** 8/6 11/25 12/4
12/15 12/20 13/1 15/22 25/8
**couldn't [1]** 25/16
**counsel [5]** 2/1 3/10 3/11
19/20 26/25
**counsel's [1]** 12/1
**counter [1]** 20/14
**counterfeits [1]** 34/16
**couple [1]** 18/2
**course [2]** 32/16 32/24
**court [5]** 1/1 1/19 23/25
31/10 33/6
**court's [2]** 33/17 34/23
**Covid [1]** 23/23
**CRR [1]** 38/12
**crucial [1]** 17/12
**CSR [2]** 1/19 38/12
**cut [1]** 34/3
**CV [2]** 1/8 3/7

**D**

**damages [1]** 3/19
**dangerous [1]** 26/4
**date [18]** 5/6 9/19 9/22 9/24
11/6 11/8 16/22 18/20 18/25
19/7 19/7 19/10 20/19 21/6
21/13 23/15 24/14 38/10
**dates [3]** 10/25 15/25 16/16
**David [4]** 2/8 3/13 6/24 7/4
**day [2]** 27/25 36/19
**daylight [1]** 36/23
**days [1]** 18/2
**de [1]** 31/8
**deadline [1]** 36/15
**dealing [1]** 26/9
**declaration [6]** 32/14 33/9
33/15 33/25 35/23 37/2
**defeating [1]** 28/21
**defendant [27]**
**defendants [4]** 3/14 7/9 8/6
8/7
**defense [3]** 5/19 12/1 22/17
**del [1]** 2/10
**deny [1]** 23/18
**deposition [39]**
**depositions [8]** 10/14 10/16
10/17 11/19 11/23 11/25 12/4
12/20
**describe [1]** 23/9

**described [1]** 35/11
**devoted [1]** 36/1
**did [53]**
**didn't [10]** 7/13 8/17 12/24
13/15 15/14 17/22 19/3 26/3
28/23 35/13
**difference [3]** 24/24 31/9
36/23
**different [1]** 7/6
**difficult [1]** 36/15
**digest [1]** 36/9
**directly [1]** 32/15
**disclose [1]** 5/4
**disclosed [14]** 5/17 22/21
23/5 23/10 23/10 27/16 27/18
28/12 28/15 30/6 30/13 30/16
30/16 31/12
**disclosure [6]** 5/4 5/12
28/12 29/21 30/9 31/4
**disclosures [5]** 22/9 22/15
22/23 25/14 31/5
**discovery [9]** 7/9 13/4 13/5
23/16 25/12 31/2 32/16 32/24
34/6
**discrepancy [3]** 22/10 22/18
24/24
**discretion [1]** 23/25
**discussed [2]** 33/7 35/18
**discussing [1]** 29/14
**discussion [1]** 4/12
**dispute [2]** 8/20 13/4
**disputes [2]** 13/6 26/15
**Distribution [4]** 1/9 3/8
7/16 18/24
**DISTRICT [3]** 1/1 1/2 1/4
**DIVISION [1]** 1/2
**do [9]** 6/18 9/17 16/20 17/2
17/5 19/23 19/24 23/21 28/23
**docket [1]** 26/14
**document [5]** 26/14 31/2 33/2
33/3 35/6
**documented [1]** 24/16
**documents [7]** 22/2 23/14
23/17 31/20 32/25 33/11 35/4
**does [4]** 28/20 32/23 33/6
33/20
**doesn't [4]** 3/18 18/15 34/19
35/11
**doing [4]** 11/15 13/25 14/2
30/5
**dollars [1]** 32/4
**don't [8]** 13/23 19/19 24/22
27/13 29/23 33/23 34/5 34/16
**done [2]** 22/25 37/1
**doubt [1]** 34/16
**Douglas [1]** 34/12
**Dove [2]** 6/24 7/17
**down [2]** 9/25 32/5
**during [2]** 32/16 32/24

**E**

**e-mail [1]** 17/1
**each [1]** 35/3
**earlier [2]** 20/24 23/11
**easier [1]** 4/22
**easy [1]** 17/6
**eBay [21]**
**either [4]** 5/11 12/16 13/10
35/6
**else [2]** 34/14 37/1
**end [2]** 24/2 32/6
**enforce [1]** 17/21
**enjoy [1]** 17/9
**enough [1]** 26/5
**entered [1]** 20/20
**entities [8]** 28/11 28/13
28/14 28/15 29/18 31/6 31/12
31/13
**entitled [1]** 38/7

**E**
entity [2]   6/10 29/15
entries [1]   26/13
essentially [1]   4/4
establish [5]   6/18 6/23 27/7 27/19 28/11
established [2]   27/8 35/7
establishing [2]   23/2 28/8
et [2]   1/9 3/8
even [1]   25/12
ever [1]   17/23
every [2]   16/8 23/15
everything [7]   24/11 24/13 25/20 25/22 25/24 36/2 37/1
evidence [27]
exact [1]   4/3
exactly [1]   36/11
Except [1]   21/25
exclude [1]   23/19
exhibit [6]   7/10 30/22 32/22 33/18 33/20 33/22
exhibits [2]   33/13 35/4
existence [1]   23/2
experienced [1]   13/22
explainable [1]   26/22
explained [1]   22/18
explanation [1]   18/12
explore [1]   8/22
Express [2]   7/12 7/17
extent [1]   24/15
exterior [1]   34/7
eyelash [1]   4/5

**F**
fact [3]   22/18 26/16 28/1
facts [1]   8/22
failure [2]   10/9 25/25
far [1]   37/5
fashion [1]   27/24
February [1]   32/4
February 27th [1]   32/4
federal [2]   14/18 18/24
Felix [6]   8/4 21/11 32/7 33/25 34/15 36/1
Felix's [2]   8/7 32/13
file [3]   33/19 35/22 36/9
finally [2]   13/12 13/16
find [1]   33/9
finds [1]   34/16
fine [1]   27/14
first [15]   3/23 4/2 8/23 9/2 11/21 12/5 12/10 12/19 12/25 14/7 14/10 14/17 14/19 19/21 28/2
five [3]   31/14 31/14 31/19
fold [1]   5/25
following [2]   18/7 19/9
foregoing [1]   38/5
form [3]   27/6 36/4 36/4
format [3]   29/12 29/13 38/8
forward [4]   4/7 5/2 5/7 23/11
found [1]   33/11
foundation [1]   35/8
frankly [1]   25/16
Fresh [2]   7/12 7/17
Friday [4]   34/24 35/24 36/15 37/1
Fulbright [1]   26/19
Full [1]   20/20
fully [4]   24/5 30/13 30/15 30/16
Furthermore [1]   34/6

**G**
Gallagher [11]   7/8 7/18 7/19 7/21 7/23 8/11 20/8 20/9 21/24 22/4 34/14

gap [2]   22/12 23/12
gave [1]   22/21
gentleman [2]   4/12 4/13
genuine [1]   26/15
get [8]   3/18 5/19 11/18 19/6 23/23 23/24 25/19 31/23
getting [3]   13/24 15/7 18/6
give [3]   6/6 35/2 36/25
given [1]   16/11
go [6]   10/1 11/17 14/16 17/4 17/15 37/5
goes [1]   7/3
going [13]   6/1 6/5 16/9 17/17 17/21 17/24 19/16 20/13 27/22 27/24 35/16 36/4 36/25
gone [1]   19/5
good [2]   3/13 27/14
goods [4]   6/4 6/10 6/13 29/3
got [3]   15/25 17/16 35/22
Group [1]   2/4

**H**
had [18]   10/13 11/17 12/1 22/25 24/9 24/11 24/13 24/17 26/3 26/13 27/7 27/15 27/16 28/15 28/15 32/10 32/11 34/21
hadn't [1]   24/8
Haggerty [1]   32/11
half [2]   28/20 28/22 28/25
happened [1]   28/22
hard [1]   14/5
Harris [3]   4/14 4/16 13/22
has [16]   5/4 12/12 23/4 27/1 27/10 28/5 30/2 32/20 33/22 34/2 34/10 34/17 35/22 36/3 37/1 37/2
have [39]
haven't [1]   27/15
he [36]
heard [2]   16/13 22/16
hearing [4]   4/18 4/21 22/17 35/8
heck [1]   33/10
held [8]   10/11 12/1 12/16 13/9 13/10 14/13 15/3 38/6
helpful [1]   35/14
her [3]   8/7 32/7 32/9
here [13]   4/13 4/20 4/21 4/23 10/12 15/8 23/23 23/24 28/24 28/24 31/3 36/21 36/22
hereby [1]   38/4
heretofore [1]   30/8
him [6]   4/21 4/22 10/19 23/22 23/25 24/1
himself [1]   27/21
his [14]   8/15 8/21 9/7 9/8 9/14 9/16 10/8 10/9 18/7 24/4 35/11 35/12 36/7 37/1
Hold [2]   13/20 14/21
Honor [48]
HONORABLE [1]   1/3
hours [1]   36/22
how [13]   6/18 7/3 14/3 22/24 23/2 27/5 27/8 27/19 29/11 35/6 35/7 35/19 35/20
huge [1]   34/10

**I**
I'm [2]   7/13 15/22
ID [1]   30/18
identified [3]   7/11 7/19 7/24
II [1]   3/21
impeachment [2]   31/20 33/14
important [1]   19/6
in-person [5]   10/16 15/4

15/10 15/20 16/15
inadvertently [1]   4/4
inaccurate [2]   22/9 30/2
Inc [2]   1/6 1/9
incidentally [1]   3/17
included [1]   34/6
including [1]   22/3
incorporate [1]   23/11
Incorporated [2]   3/8 3/8
indeed [1]   31/19
inference [1]   26/2
info [1]   7/16
informally [1]   26/25
information [5]   13/24 27/6 30/20 32/3 35/20
informed [3]   13/3 14/3 17/24
initial [2]   31/15 31/19
inquire [1]   5/19
instance [1]   23/15
instances [1]   6/12
intend [2]   5/21 6/18
intends [1]   36/3
interested [1]   13/24
intervention [1]   12/23
introduce [2]   6/1 28/17
introduction [1]   28/3
inventory [4]   22/19 24/7 24/9 24/14
IP [1]   2/4
is [137]
isn't [2]   4/20 26/21
issue [5]   12/18 18/11 18/15 24/6 31/4
issues [1]   18/17
it [86]
item [2]   3/7 35/10
items [1]   33/24
its [4]   5/5 5/16 22/11 36/9
itself [1]   5/2

**J**
January [7]   4/7 5/2 23/16 23/17 25/14 29/22 38/10
January 19th [1]   23/16
job [1]   14/2
Jr [1]   2/8
judge [23]
judgment [6]   25/16 25/21 26/12 27/3 30/23 32/18
Judicial [1]   38/9
jumbled [1]   25/17
June [2]   19/9 19/11
jury [3]   20/10 29/25 35/14
just [29]

**K**
KATIE [2]   1/19 38/12
keep [2]   14/4 17/17
kind [2]   12/6 35/13
know [5]   19/14 25/15 27/13 33/23 36/10
known [1]   6/24

**L**
La [2]   22/5 34/12
Lang [2]   2/4 3/11
language [1]   4/4
last [12]   4/1 4/11 4/21 16/21 16/22 16/22 17/19 19/7 26/8 32/21 33/11 35/10
late [2]   33/9 36/24
later [4]   26/25 28/20 28/22 28/25
law [3]   2/4 17/8 17/8
lawyer [2]   4/13 4/13
lease [1]   7/25
least [3]   5/20 25/18 36/23
leave [1]   17/11

**L**
lecturn [3]   3/24 17/15 19/18
let [2]   14/15 29/6
let's [3]   17/11 27/13 27/14
light [1]   34/23
like [2]   7/8 29/13
limine [1]   23/19
limited [1]   22/23
lines [1]   34/2
link [1]   8/6
list [2]   22/15 28/12
listed [5]   6/10 6/12 7/5 22/14 33/12
listen [1]   17/20
listing [2]   7/1 20/6
little [2]   3/25 15/7
LLC [1]   34/12
LLP [2]   2/4 2/9
look [4]   4/23 10/1 21/1 32/18
looked [1]   26/21
looking [1]   26/14
LOS [4]   1/14 1/21 3/1 10/12
loud [1]   26/4
love [1]   34/11

**M**
Ma'am [1]   17/17
made [10]   3/20 8/8 13/13 25/15 26/7 30/3 30/9 30/16 30/17 32/1
magistrate [25]
magistrate's [1]   12/22
mail [1]   17/1
make [7]   3/16 6/6 9/13 10/7 13/15 17/6 36/15
manner [1]   34/3
many [2]   22/24 23/2
Marina [3]   2/4 2/10 3/11
Mark [1]   27/20
marked [1]   33/17
market [1]   6/4
marketing [4]   4/5 4/25 5/24 8/4
marketplace [2]   32/3 34/17
Mart [9]   6/2 6/9 6/13 19/22 20/17 21/8 21/18 31/24 32/7
matches [1]   33/24
material [1]   26/16
matter [3]   22/21 28/2 38/7
matters [1]   35/17
may [11]   10/3 21/4 21/14 21/15 23/24 26/23 28/18 29/22 34/18 34/20 36/12
me [10]   4/22 9/1 13/22 14/15 16/11 18/25 20/3 25/20 29/6 35/12
mean [5]   9/6 12/10 13/25 18/2 27/7
meaning [2]   7/1 16/23
measured [1]   30/3
meet [4]   9/18 9/20 11/2 18/18
meeting [1]   23/7
mention [1]   3/20
mentioned [1]   20/17
mentioning [1]   31/10
merely [1]   29/2
met [2]   9/15 13/15
Michael [2]   4/14 4/16
Micwha [2]   33/25 34/4
Micwha-10 [2]   33/25 34/4
might [1]   26/5
mind [1]   14/23
mindset [1]   25/18
minimus [1]   31/9
minute [3]   16/7 30/4 34/16
Moishe [7]   8/16 8/24 18/7

18/14 19/8 23/19 35/10
Moshe [8]
moment [4]   16/15 20/5 27/2 28/10 29/6 29/24 30/14
MONDAY [4]   1/15 3/1 35/3 36/10
month [4]   15/1 16/21 16/22 16/23
more [4]   15/23 25/2 25/6 26/2
motion [11]   8/15 8/23 9/3 9/13 10/8 23/18 25/16 25/21 26/12 27/3 32/18
motions [1]   10/11
Mr. [11]   10/19 11/19 11/22 12/23 13/12 13/16 13/22 16/18 17/24 19/16 19/18
Mr. Harris [1]   13/22
Mr. V [6]   12/23 13/12 13/16 16/18 19/16 19/18
Mr. Voss [4]   10/19 11/19 11/22 17/24
Ms. [3]   32/13 34/15 36/1
Ms. Felix [2]   34/15 36/1
Ms. Felix's [1]   32/13
much [3]   13/22 13/24 14/2
must [2]   5/16 25/7
my [17]   3/25 4/10 6/6 13/21 14/21 14/22 16/25 17/1 17/7 17/8 19/21 20/1 25/18 29/12 30/5 31/23 36/14
myself [1]   26/22

**N**
name [8]   8/16 27/2 27/16 27/17 27/17 28/15 29/2 34/5
named [1]   29/2
names [5]   7/11 25/3 26/23 28/24 28/25
necessary [1]   3/19
Nechemia [2]   6/23 7/18
never [4]   13/13 14/24 18/17 32/20
new [4]   28/13 28/14 28/24 33/15
newly [1]   29/2
Newman [17]   6/14 6/18 6/20 6/24 6/24 7/4 7/17 7/18 8/16 8/16 8/24 9/4 19/8 23/19 27/20 27/23 35/10
Newman's [1]   18/7
night [2]   33/11 37/3
no [28]
nonappearance [4]   15/9 16/6 19/9 19/10
nonappeared [2]   19/2 19/4
nonconclusory [1]   36/4
nonetheless [1]   34/4
North [1]   2/5
not [42]
note [1]   26/6
notice [10]   9/7 10/21 11/10 14/11 15/10 15/17 15/20 16/1 18/23 19/12
noticed [7]   9/8 10/5 14/8 14/17 15/4 15/12 19/1
NOVEMBER [14]   1/15 3/1 9/4 14/9 16/12 16/16 16/24 17/23 18/1 18/3 18/4 18/5 18/8 18/19
November 10th [1]   18/3
November 5th [9]   14/9 16/12 16/16 16/24 17/23 18/1 18/4 18/8 18/19
now [24]
number [1]   13/5

**O**
observes [1]   36/14

obtained [1]   31/19
octage [2]   31/19
October 20 [1]   34/1
October 28 [1]   14/6
October 28th [6]   8/18 14/13 15/3 15/9 15/20 19/7
October 9th [4]   16/2 16/12 16/17 16/23
offer [4]   20/13 20/16 24/4 29/25
offered [1]   10/14
offering [1]   7/10
Official [1]   1/19
Oh [1]   18/5
okay [14]   5/9 8/14 13/20 14/16 15/2 15/14 16/4 17/11 18/1 18/18 19/4 24/23 31/21 33/23
old [1]   16/9
omitted [2]   26/13 28/6
omitting [1]   26/18
once [3]   14/3 14/22 19/5
one [22]
only [10]   4/12 5/15 8/6 11/22 18/1 20/12 20/22 21/21 33/17 35/15
onward [1]   25/14
opposed [1]   11/19
opposing [2]   26/15 27/4
order [8]   13/14 13/15 18/8 18/12 18/13 18/16 18/17 35/25
ordered [2]   14/24 34/8
ordering [1]   34/22
orders [1]   18/15
original [1]   34/11
other [20]
our [2]   4/1 23/7
out [7]   7/9 14/10 25/20 26/4 33/10 34/10 34/17
over [6]   24/7 24/10 24/13 26/8 34/17 36/9
own [2]   7/9 30/5

**P**
P.M [1]   3/2
package [5]   22/3 22/4 34/7 34/7 34/9
page [1]   38/7
paragraphs [1]   32/14
paralegal [2]   17/7 17/10
parroting [1]   4/3
part [4]   24/12 27/2 30/22 33/12
parties [11]   9/18 9/20 12/11 13/9 13/16 14/22 14/25 16/17 18/18 29/8 35/5
party [2]   15/6 26/15
pasted [1]   34/3
pattern [1]   14/4
Pause [2]   10/2 19/13
penalty [2]   35/23 36/6
pending [1]   17/20
Pennsylvania [1]   34/14
people [2]   28/6 34/18
period [3]   5/15 23/11 24/2
perjury [2]   35/23 36/7
permissible [1]   11/21
permission [2]   10/19 12/2
person [14]   6/14 6/19 6/19 10/16 10/18 11/11 12/16 13/10 15/4 15/10 15/12 15/15 15/20 16/15
persons [2]   7/5 28/11
persuant [1]   24/7
phase [2]   3/21 3/21
phone [1]   16/25
piece [1]   35/15
place [5]   7/18 7/19 14/20

**P**

place... [2]   16/2 23/3
plaintiff [28]
plaintiff's [7]   4/5 4/24 5/1
5/13 29/3 31/22 31/25
planning [1]   23/24
please [1]   3/10
point [3]   7/8 24/20 35/9
position [4]   6/15 20/5 28/13
36/10
preexisting [1]   22/19
prefer [2]   13/21 13/23
prepare [1]   36/19
prepared [1]   35/19
present [1]   5/21
presentation [1]   4/2
PRESIDING [1]   1/4
pretrial [1]   3/15
previously [1]   32/20
prior [3]   22/17 23/17 24/16
Procedure [1]   14/19
proceed [1]   14/3
proceedings [5]   1/13 10/2
19/13 37/7 38/6
produced [2]   22/2 32/25
product [12]   4/5 5/1 8/5
8/10 21/17 24/25 25/4 25/9
29/14 29/15 32/8 32/10
production [2]   7/9 23/14
products [1]   25/1
prohibited [1]   32/8
prohibition [3]   4/6 4/8 4/25
prohibits [1]   4/4
proof [1]   34/19
proper [2]   31/2 35/7
properly [2]   9/8 13/25
provide [1]   34/19
provided [3]   26/25 28/13
32/15
provides [3]   30/18 30/19
30/19
Puente [2]   22/5 34/12
purchase [10]   8/7 8/7 8/8
8/8 21/19 31/13 31/15 31/19
34/1 34/1
purchased [3]   23/12 30/19
34/18
purchases [10]   22/11 22/20
22/23 22/25 24/25 30/7 30/12
30/16 30/17 31/5
pursuant [2]   23/7 38/4

**Q**

question [12]   4/10 6/17 6/22
8/2 14/22 14/22 15/22 16/10
17/20 17/21 19/4 20/3
questions [3]   19/16 19/19
19/19

**R**

raised [1]   32/21
rapidly [1]   26/8
reading [2]   19/21 19/22
realize [1]   17/22
really [2]   3/21 17/6
reason [1]   31/14
reasonable [1]   26/2
received [1]   33/8
recently [1]   11/22
record [1]   29/16
records [23]
redacted [1]   34/3
reference [2]   22/16 35/5
referenced [1]   35/4 35/5
referred [1]   32/23
referring [2]   21/20 33/3
refund [2]   31/16 31/20
regard [16]   5/23 6/17 8/7

8/14 8/15 15/8 21/11 21/22
23/6 23/23 24/14 25/11 30/14
32/7 32/25 34/17
regarding [4]   4/2 10/9 13/4
23/22
registered [1]   6/25
registration [1]   7/16
regulations [1]   38/8
relate [2]   19/19 25/2
relating [1]   30/20
relative [2]   6/14 6/20
relatives [2]   6/18 7/11
remains [1]   3/19
remarks [1]   34/23
remembering [1]   4/11
remiss [1]   31/9
reported [1]   38/6
Reporter [1]   1/19
REPORTER'S [1]   1/13
represent [1]   24/18
representation [2]   27/7 30/1
representations [1]   30/3
request [4]   23/14 23/16
25/12 31/2
require [1]   20/22
required [5]   24/7 24/10
24/13 25/12 29/20
requirement [2]   5/4 5/12
requirements [1]   5/11
requires [1]   4/6
requiring [1]   5/24
research [2]   26/24 28/23
respect [4]   26/11 26/17
35/25 36/2
respond [1]   35/3
responsive [2]   31/2 36/9
rest [1]   28/19
restriction [1]   23/22
return [5]   22/3 22/4 31/15
34/9 34/11
reveal [4]   25/2 25/7 25/25
26/3
revealed [3]   25/7 25/9 31/7
review [1]   3/23
Revitalash [3]   5/14 8/5
21/12
Rey [1]   2/10
right [10]   4/6 4/23 8/1
13/18 18/2 18/3 35/22 36/17
36/18 36/20
RPR [1]   38/12
Rule [1]   14/18
ruled [1]   31/1
rules [1]   18/24
ruling [1]   20/1

**S**

Sabbath [2]   36/14 36/16
said [8]   7/14 12/20 12/25
21/2 25/20 26/16 27/24 34/21
sale [8]   4/4 4/25 5/24 6/10
7/1 8/4 32/10 32/20
sales [10]   20/18 20/22 21/5
22/10 23/3 24/16 24/24 26/19
31/24 32/1
same [6]   7/5 7/7 7/19 8/10
11/10 21/23
savings [1]   36/23
say [16]   7/14 11/21 11/25
12/15 13/9 13/11 19/11 21/14
28/24 30/14 30/15 33/21 34/2
35/17 36/3 36/6
saying [8]   21/4 25/24 29/15
30/5 30/11 30/12 31/4 31/23
says [8]   6/3 8/5 21/12 21/17
22/12 34/1 34/17 36/5
schedule [5]   22/22 29/21
30/18 30/25 31/4
scheduled [6]   8/18 8/24

10/15 10/18 14/20 19/8
19/23 21/4 27/2 29/21
30/2 30/6 30/13 35/19
screen [1]   33/22
scurried [1]   33/9
seated [1]   19/14
second [3]   5/3 14/14 29/9
Section [1]   38/4
see [22]
seeing [1]   4/23
seek [1]   18/8
seem [2]   34/2 35/11
seems [5]   5/18 5/24 8/20
20/3 25/2
self [1]   35/6
sell [2]   6/4 29/13
seller [7]   6/13 20/6 21/23
30/18 32/10 34/4 34/4
sellers [2]   7/11 30/17
selling [3]   34/19 34/20
34/21
send [1]   14/10
senior [1]   13/22
sent [3]   15/8 15/10 16/1
series [1]   33/22
served [2]   9/8 15/17
set [7]   9/22 11/6 14/7 18/19
19/11 25/20 36/11
settlement [22]
several [1]   26/8
shall [1]   35/1
she [13]   8/5 8/8 17/9 21/12
21/12 21/17 21/17 21/19 27/1
32/8 34/16 34/17 34/17
shipped [1]   34/13
shopper [1]   8/4
short [1]   17/4
shots [1]   33/23
should [3]   3/20 13/9 35/5
show [21]
showed [1]   31/13
showing [2]   8/21 28/11
shown [1]   31/14
shows [3]   29/4 32/3 33/25
side [1]   20/12
Silverman [1]   2/9
since [1]   15/13
so [43]
SoCal [1]   2/4
sold [8]   5/14 22/19 24/8
25/5 25/9 26/2 29/15 32/4
some [8]   7/7 7/22 19/16
19/19 20/4 22/16 29/14 34/3
somebody [1]   34/14
someone [1]   29/13
something [3]   19/14 20/7
33/7
somewhere [1]   16/23
sorry [2]   7/13 15/22
sought [2]   9/3 12/22
speak [2]   10/3 34/5
speaking [1]   17/18
specific [1]   32/17
specifically [2]   32/2 35/17
specify [1]   23/15
spreadsheet [1]   31/13
stamped [1]   32/25
start [2]   22/24 23/15
starting [1]   25/19
state [2]   3/10 28/18
statement [2]   26/15 27/12
STATES [4]   1/1 1/4 38/5 38/9
stay [1]   16/10
stenographically [1]   38/6
STEPHEN [1]   1/3
still [2]   24/9 24/17
stop [1]   24/2
stopped [1]   34/21
straight [1]   32/5

**S**

straightforward [1]   3/22
street [7]   1/20 20/7 20/8
20/9 21/24 32/12 34/14
student [1]   17/9
subject [1]   9/6
submit [1]   34/24
submitted [2]   26/16 26/23
subpoenaed [3]   7/15 29/5
29/11
succeed [1]   28/20
suffice [1]   12/21
suggested [1]   11/15
Suite [3]   1/20 2/5 2/10
sum [1]   31/3
summary [7]   6/15 25/16 25/21
26/12 27/3 30/23 32/18
Sunday [1]   37/2
supplemental [1]   34/25
supplied [3]   5/17 25/4 33/4
suppliers [18]   5/5 5/16
22/11 22/14 22/14 22/20
24/25 25/3 25/3 25/6 25/8
25/9 25/25 26/3 27/16 27/17
30/7 30/8
supply [2]   27/5 29/3
support [2]   19/23 21/9
supported [1]   36/5
supporting [1]   6/8
supposed [1]   14/12
supposing [1]   25/8
sure [2]   7/15 33/12
SVW [1]   1/8
swear [1]   25/22
switching [1]   22/7

**T**

take [7]   3/24 10/1 10/19
14/20 16/2 17/4 19/18
taken [1]   12/4
taking [1]   23/3
talking [1]   5/18
Teams [1]   23/25
tell [2]   9/1 18/25
terminology [1]   7/3
terms [1]   24/5
terrified [1]   16/25
testifies [1]   27/23
testify [7]   8/16 23/20 23/20
24/1 27/21 27/23 35/16
testifying [1]   23/19
testimony [4]   24/4 27/20
35/11 35/13
than [4]   4/1 22/14 25/6 26/2
Thank [7]   6/21 14/1 19/15
19/17 20/15 37/4 37/6
that [237]
That's [3]   20/24 21/10 25/11
their [10]   20/5 22/15 24/18
26/24 27/11 28/25 31/2 33/12
34/5 35/5
them [7]   7/1 10/18 22/15
33/23 34/13 34/18 34/19
then [16]   5/3 5/23 6/7 10/7
10/9 10/25 11/1 13/19 22/11
24/19 30/11 31/15 35/2 35/22
36/8 36/10
there [39]
these [6]   7/20 10/11 28/24
29/18 30/7 30/8
they [36]
THIBODEAUX [2]   1/19 38/12
things [4]   14/3 25/17 27/10
28/19
think [5]   5/2 5/6 15/25
20/10 29/6
thinking [3]   26/4 30/6 31/23
third [2]   8/25 19/10

this [38]
thorough [1]   22/16
those [8]   5/17 21/11
22/14 22/14 22/20 31/1 32/1 36/6
36/7
thought [4]   14/12 17/9 19/6
22/16
three [1]   17/13
through [2]   4/11 19/5
Thursday [1]   36/25
tie [1]   8/11
tie-in [1]   8/11
time [21]
timeframe [6]   5/6 22/25 23/1
25/13 29/20 32/9
times [2]   17/14 34/18
Title [1]   38/4
today [4]   4/20 18/2 33/19
35/18
today's [1]   36/20
told [1]   24/1
too [2]   10/25 16/25
total [1]   31/18
transcript [3]   1/13 38/6
38/7
trial [10]   3/16 3/20 7/10
13/25 24/1 27/11 27/23 35/7
36/3 36/11
true [1]   38/5
try [2]   28/10 29/13
trying [3]   19/6 23/23 30/14
turn [4]   16/25 24/7 24/10
24/13
turning [1]   5/12 24/23
two [10]   4/24 5/25 11/23
16/16 26/13 26/18 27/10 28/6
28/24 29/8
two-fold [1]   5/25

**U**

U.S [1]   1/19
under [5]   14/18 18/24 25/12
35/23 36/6
understand [6]   7/13 21/1
24/21 25/17 28/14 29/24
understanding [6]   3/25 4/1
6/7 24/11 29/12 29/12
undisclosed [1]   30/8
unit [1]   22/12
UNITED [4]   1/1 1/4 38/5 38/9
units [8]   5/14 5/16 5/17
23/2 25/6 30/19 31/14 32/4
unsold [1]   24/17
until [3]   29/22 32/21 36/25
up [13]   8/17 8/21 9/10 14/4
14/15 19/6 24/16 26/22 29/4
29/10 29/11 31/3 33/24
upcoming [1]   3/16
us [1]   32/25
used [1]   34/10
users [2]   6/25 7/1
uses [1]   34/5

**V**

verified [1]   27/21
verify [1]   30/20
versus [1]   3/8
very [4]   3/21 14/5 14/17
20/16
Village [1]   2/6
Vineland [1]   34/12
violated [1]   34/20
violation [1]   6/4
virtual [21]
virtually [6]   10/20 11/16
12/4 13/10 13/16 15/3
vision [1]   25/19
Voss [8]   2/8 2/9 3/13 10/19
11/18 11/19 11/22 17/24

**W**

Wait [1]   29/9
Wal [9]   6/2 6/9 6/13 19/22
20/17 21/8 21/18 31/24 32/2
Wal-Mart [9]   6/2 6/9 6/13
19/22 20/17 21/8 21/18 31/24
32/2
want [8]   3/16 3/23 8/22
17/10 21/14 33/19 34/24 37/5
wanted [2]   14/3 16/1
warehouse [7]   6/11 7/6 7/22
7/24 8/11 24/18 24/19
was [101]
wasn't [3]   4/13 14/21 32/11
way [10]   2/9 4/23 5/21 10/16
13/1 23/1 24/3 28/19 32/6
35/10
we [50]
Wednesday [2]   3/17 36/21
week [1]   32/21
weekend [1]   36/9
weeks [2]   11/23 26/8
well [12]   4/20 7/10 7/18
23/21 26/9 27/4 27/10 28/1
28/7 31/1 36/17 36/24
went [4]   4/10 24/16 27/20
33/10
were [33]
weren't [1]   22/20
West [1]   1/20
WESTERN [1]   1/2
Westlake [2]   2/5 2/6
what [40]
whatever [3]   20/7 28/5 33/16
when [29]
where [8]   4/12 4/17 7/4
11/11 23/11 23/12 28/23
32/23
wherever [1]   24/18
whether [2]   19/3 22/25
which [11]   3/16 6/2 7/9
15/19 23/25 25/16 26/4 26/23
29/2 34/7 36/15
who [9]   4/15 5/17 8/4 17/7
25/9 27/16 28/6 28/15 33/23
why [5]   4/20 16/1 29/23
29/24 35/19
will [20]
WILSON [1]   1/3
wish [1]   23/21
Wite [1]   34/10
Wite-Out [1]   34/10
withdrawn [2]   27/1 27/11
words [1]   33/2
work [1]   37/6
working [1]   14/5
would [24]
wouldn't [1]   29/24
written [1]   9/25
wrong [1]   15/25

**Y**

year [9]   12/8 12/9 12/17
13/17 19/7 26/25 28/20 28/22
28/25
year-and-a-half [3]   28/20
28/22 28/25
years [1]   18/6
yes [34]
yesterday [2]   32/14 33/9
you [92]
your [66]

**Z**

zero [4]   32/4 32/4 32/5 32/5
zero dollars [1]   32/4