Name and address:
Kevin H. Sharp
611 Commerce St. Ste. 3100
Nashville, TN 37203

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Athena Cosmetics, Inc.<br><br>v.<br><br>AMN Distribution Inc. et al.<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br>No. 2:20-cv-05526-SVW-SHK<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sharp, Kevin H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(615) 434-7000
*Telephone Number*

(615) 434-7020
*Fax Number*

ksharp@sanfordheisler.com
*E-Mail Address*

of

Sanford Heisler Sharp LLP
611 Commerce St. Ste. 3100
Nashville, TN 37203
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Non-party Marina L. Lang with regard to the charge of civil contempt

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* non-party M. Lang

**and designating as Local Counsel**

Lawton, Dan
*Designee's Name (Last Name, First Name & Middle Initial)*

127342
*Designee's Cal. Bar No.*

(619) 239-8131
*Telephone Number*

(619) 238-8707
*Fax Number*

dlawton@klinedinstlaw.com
*E-Mail Address*

of

Klinedinst PC
777 South Figueroa Street, Suite 4000,
Los Angeles, California 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1