# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Marina L. Lang; SoCal IP Law Group, LLP

Name(s) of counsel (if any):

> Dan Lawton

Address: 501 West Broadway, Suite 600, San Diego, California 92101

Telephone number(s): 619.239.8131

Email(s): dlawton@klinedinstlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> AMN Distribution Inc.
> Hon. Stephen V. Wilson

Name(s) of counsel (if any):

> David C. Voss, Jr.

Address: 4740 Admiralty Way, Suite 800, Marina del Rey, California 90292-6602

Telephone number(s): 310.306.0515

Email(s): dave@vsbllp.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**   2   *New 12/01/2018*