Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

David C. Voss Jr., No. 147330 David@vsbllp.com
Voss, Silverman & Braybrooke, LLP
Marina Towers, 4640 Admiralty Way, Suite 800
Marina del Rey, CA 90292-6602
Phone: (310) 306-0515

Attorneys for Defendants AMN Distribution, Inc. and Moishe Newman

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br>    Plaintiff, <br><br>       v. <br><br> AMN Distribution Inc., et al., <br><br>    Defendant. | Case No. 2:20-cv-05526-SVW-SHK <br><br> Stipulation to Continue Pretrial Conference and Trial <br><br> Present Trial Date: April 26, 2022 <br> Time: 9:00 am <br> Judge: Wilson |

    Subject to the Court's approval, the parties through counsel stipulated to continue the trial two weeks until May 10, 2022 at 9:00 a.m. and set the pretrial conference the previous week on May 2, 2022 at 3:00 p.m. or at such other time as the Court approves. In the event that May 10, 2022 is unavailable, the parties request a trial setting conference.

    The trial date conflicts with a state court jury trial for defendants' counsel Mr. Voss scheduled to begin April 26, 2022 in the matter of SEPULVEDA INVESTMENT SERVICES VS. SUZANNE E. BUTLER, Case No. YC071728 in Department B of the Torrance Courthouse before the Honorable George Y. Tanaka. Final Status Conference is set for April 19, 2022. That lawsuit was filed on December 6, 2016 and has

been pending almost five and a half years. Under Cal. Code Civ. Proc. § 583.310, trial cannot be continued.

Plaintiff's attorney Mr. Harris has a conflict with the current pretrial conference date. His son, daughter-in-law and two young granddaughters live in suburban Seattle. Because of Covid, he and his wife did not see their Seattle family for over two years, which limited them to telephone and video. Mr. Harris and his wife have plans to visit them from April 14 through 18 or 19, which corresponds to their son's spring break (he is a high school teacher) and their six- and seven-year-old granddaughters' break. He made no airline reservations yet.

Changing the trial and pretrial conference dates will avoid the date-conflicts both attorneys have.

March 29, 2022
/s/ *Michael Harris*
Michael Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.

Under Local Rule 5-4.3.4, Michael Harris attests that the following signatory authorized this filing.

March 29, 2022
/s/ *David C. Voss Jr.*
David C. Voss Jr.
Voss, Silverman & Braybrooke, LLP

Attorneys for Defendant AMN Distribution, Inc. and Moishe Newman