# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>     Plaintiff, <br>     v. <br> AMN Distribution Inc., et al, <br>     Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Proposed Order Granting Stipulation to Continue Pretrial Conference and Trial <br><br> Magistrate Judge Kewalramani |

IT IS SO ORDERED:

The trial in this matter is continued two weeks until May 10, 2022 at 9:00 a.m. and the pretrial conference continued to May 2, 2022 at 3:00 p.m.

Dated: _____

                                                                _____ <br>
                                            United States Magistrate Judge