# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>     Plaintiff, <br>     v. <br> AMN Distribution Inc., et al, <br>     Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Order Granting Stipulation to Con-tinue Pretrial Conference and Trial <br><br> District Judge Stephen V. Wilson |

IT IS SO ORDERED:

The trial in this matter is continued two weeks until May 10, 2022 at 9:00 a.m. and the pretrial conference continued to May 9, 2022 at 3:00 p.m.

Dated: April 7, 2022

Stephen V. Wilson
United States District Judge

---

Order Granting Stipulation to Continue Pretrial Conference and Trial     1     Athena Cosmetics, Inc v. AMN et al. Case No.: 2:20-cv-05526-SVW-SHK