|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | APR 19 2022 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ATHENA COSMETICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>AMN DISTRIBUTION, INC., a Delaware corporation; MOISHE NEWMAN, an individual, DBA Brush Express,<br><br>    Defendants-Appellees,<br><br> v.<br><br>MARINA LOUISE LANG; SOCAL IP LAW GROUP, LLP,<br><br>    Real-party-in-interest-Appellants. | No. 22-55159<br><br>D.C. No. 2:20-cv-05526-SVW-SHK<br>Central District of California, Los Angeles<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

  Upon review of the record and appellants' response, the court's February 15, 2022, order to show cause is discharged, and briefing in this appeal will proceed.

  The opening brief and excerpts of record are due May 23, 2022. The answering brief is due June 22, 2022. The optional reply brief is due within 21 days after service of the answering brief.

LCC/MOATT