# EXHIBIT E

| | |
|---|---|
| From: | eBay <ebay@ebay.com> |
| Sent: | Fri, 22 Nov 2019 09:56:29 -0700 |
| To: | bluelinechaplain@gmail.com |
| Subject: | ✓ ORDER CONFIRMED: RevitaLash Advanced... |



# Thanks for another purchase Dov! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!

**View order details**

**Browse deals**

## Order summary

 RevitaLash Advanced Eyelash Conditioner 3.5ml ~ New & Sealed ***FLASH S...

**Total:** $133.12
**Order number:** 04-04175-40828
**Item ID:** 352789715428

ebay MONEY BACK GUARANTEE

## To complement your purchase

   

Benefit Cosmetics - Roller La...    SkinMedica HA5 Rejuvenating H...

$12.99          $54.90
Free Shipping   Free Shipping

 

RevitaLash - REVITABRO…
$63.99
Free Shipping

Laneige Lip Sleeping Mask 3g…
$4.48
Free Shipping

# Order details

-->

 **Estimated delivery:**
Mon, Dec 02

 **Your order will ship to:**
10 Gallgher Drive
Plains, PA 18705
United States

-->

 **Seller:** ciritbeauty (77)

More from this seller →

 **eBay Bucks earnings:**
You earned $1.26 in eBay Bucks with this purchase!

Keep shopping to earn more →

 -->
**Order total:**

| | |
|---|---|
| Price (3 x $41.86) | $125.58 |
| Shipping | Free |
| Sales tax | $7.54 |
| Total charged to PayPal | $133.12 |

# Your recently browsed items




Living Proof Restore Shampoo,…
$15.50

Dr. Hauschka Soothing Intensi…
$243.98
Free Shipping



Joico K-Pak Color Therapy Lus…
$16.81
Free Shipping

Joico K-Pak Color Therapy Lus…
$27.56
Free Shipping
Last one

## Explore other deals you might like




Brazilian Blowout Acai Anti F…
$32.99
Free Shipping

Wen Cleansing Conditioner Tri…
$52.95
Free Shipping

 

Joico Moisture Recovery Condi… TIGI Bed Head After Party Smo…

$8.99 $18.00
Free Shipping Free Shipping

 

*BOX NOT INCLUDED* KER… DevaCurl Super Cream 5.1 oz N…

$63.49 $18.75
Free Shipping Free Shipping
ALMOST_GONE

 

KERASTASE DENSIFIQUE B… ZIRH Rejuvenate Anti-Aging Mo…

$24.50 $17.80
Free Shipping Free Shipping

 

Johnny B Mode Styling Gel 16… Meaningful Beauty Lifting Eye…

000004

$14.99  $10.49
Free Shipping  Free Shipping
**ALMOST GONE**

  

Mizon All in One Snail Repair…  Elizabeth Arden Superstart Sk…

$14.99  $33.53
Free Shipping  Free Shipping

## Shop anywhere with the eBay app

  

   

Update your email preferences

You are receiving marketing content in this email because your Communication Preferences indicate that you want to receive general email promotions. If you do not wish to receive further general email promotions, please click here to unsubscribe.

You can also manage your Notification Preferences in My eBay by clicking here. Please note that it may take up to 10 days to process your request.

Email reference id: [#e0808c5405094797a4015c06fd2ef750#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Dov Newman (bluelinela). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2019 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125