UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-05526-SVW | Date | May 9, 2022 |
|---|---|---|---|
| Title | Athena Cosmetics, Inc. V. AMN Distribution Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Patricia Kim | Suzanne McKennon | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael D. Harris | David C. Voss, Jr. |
| Dan Lawton | |

**Proceedings:**     PRETRIAL CONFERENCE

Case is called. Court and counsel confer. Defendant is ORDERED to file its opposition to Plaintiff's Motion in Limine by the end of this week. Plaintiff is further ORDERED to make its Motion for Partial Summary Judgment within two weeks.

:    12

Initials of Preparer     PK