# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA COSMETICS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>AMN DISTRIBUTION INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–05526–SVW–SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   5/13/2022

Document Number(s):   238

Title of Document(s):   Opposition to Motion

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–8 Memorandum/brief exceeding 10 pages shall contain table of contents.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 16, 2022          By:  /s/ *Lori Muraoka  lori_muraoka@cacacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.