Michael D. Harris, State Bar No. 59470
mharris@socalip.com
Brian Tamsut, State Bar No. 322780
btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Dan Lawton, State Bar No. 127342
dlawton@klinedinstlaw.com
Klinedinst
777 South Figueroa St., Suite 4000
Los Angeles, CA 90017
Phone: (619) 239-8131 • Fax: (619) 238-8707

Edward D. Chapin, State Bar No. 53287
echapin@sanfordheisler.com
Sanford Heisler Sharp, LLP
2550 Fifth Avenue, 11th Floor
Phone: (619) 577-4253 • Fax: (619) 577-4250

**United States District Court**

**Central District of California – Western Division**

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br>    Plaintiff, <br><br>    v. <br><br> AMN Distribution Inc., et al, <br><br>    Defendants. | 2:20-cv-05526-SVW-SHK <br><br> Plaintiff Athena's Notice of Motion and Motion for Summary Judgment <br><br> Date: June 27, 2022 <br> Time: 1:30 p.m. <br> Judge Stephen V. Wilson |

To Defendants AMN Distribution Inc. and Moishe Newman and their attorney:

**Please take notice** on June 20, 2022, at 1:30 p.m., in the courtroom of Judge Stephen V. Wilson, United States Courthouse, 350 W. 1st Street, Courtroom 10A, Los Angeles, California, plaintiff Athena Cosmetics, Inc. will move for summary judgment under Fed. R. Civ. P. 56.

Athena's attorney requested and the Court approved permission to bring this motion at the May 9, 2022, pretrial conference. Defendants' counsel was present.

Plaintiff relies on the concurrently filed Memorandum of Points and Authorities and the declarations of Christina Felix, an Athena employee, and Michael Harris,

counsel for Athena. Plaintiff also submits a statement of uncontroverted facts and conclusions of law and a proposed judgment.

                                              Respectfully submitted,

May 23, 2022                          /s/ *Michael Harris*
                                         Michael D. Harris
                                         SoCal IP Law Group LLP

                                         Attorneys for Plaintiff Athena Cosmetics, Inc.