Michael D. Harris, State Bar No. 59470
mharris@socalip.com
Brian Tamsut, State Bar No. 322780
btamsut@socalip.com
SoCal IP Law Group llp
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Dan Lawton, State Bar No. 127342
dlawton@klinedinstlaw.com
Klinedinst
777 South Figueroa St., Suite 4000
Los Angeles, CA 90017
Phone: (619) 239-8131 • Fax: (619) 238-8707

Edward D. Chapin, State Bar No. 53287
echapin@sanfordheisler.com
Sanford Heisler Sharp, LLP
2550 Fifth Avenue, 11th Floor
Phone: (619) 577-4253 • Fax: (619) 577-4250

## United States District Court

### Central District of California – Western Division

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br> Plaintiff, <br> v. <br> AMN Distribution Inc., et al, <br><br> Defendants. | 2:20-cv-05526-SVW-SHK <br><br> Declaration of Christina Felix in Support of Plaintiff Athena's Motion for Summary Judgment <br><br> Date: June 22, 2022 <br> Time: 1:30 p.m. <br> Judge Wilson |

I, Christina Felix, declare:

1. I reside in Ventura County, California. I am over 18 years old and know the facts stated in this declaration on personal knowledge. If called to testify, I could competently and truthfully testify about the facts.

2. I have been employed by Athena Cosmetics, Inc. ("Athena") for over 13 years. Athena is in Ventura, California.

3. Athena manufactures luxury cosmetics under the RevitaLash® and Revita-Brow® brands and other trademarks. It sells its luxury cosmetics throughout the United States and in selected foreign markets.

4. Dr. Michael Brinkenhoff, Athena's CEO, is known as the developer of Athena's RevitaLash® eyelash conditioning serum.

5. My current job titles at Athena are Customer Support Manager and Anti-Diversion Manager.

6. When I use the word "counterfeit" in this declaration, I am referring to products using Athena trademarks made to look like authentic Athena products.

7. My role as Anti-Diversion Manager entails investigating and buying "un-authorized" products from Internet sellers' websites advertising cosmetic products bearing Athena's trademarks. When I use the word "unauthorized," I mean Athena does not authorize the online seller to sell goods with any Athena trademark.

8. I maintain a purchase log of all unauthorized products I purchase that are advertised using an Athena trademark. When I buy the product on the Internet, I:

a. copy and save a copy of the webpage listing the product;

b. save a copy of my proof of purchase of the products generated by the web site;

c. photograph the shipping label and product package when the item is delivered;

d. photograph the package contents;

e. update the purchase log; and

f. secure items a through d.

9. On November 21, 2019, I visited the website www.brushexpress.com and purchased three units of RevitaLash Eyelash Conditioner. I took a screen shot of that website on the same date, which is displayed as Exhibit 1 and reproduced on the next page:



Athena's RevitaLash is one of the website's "Featured Collections."

10. I also documented proof of my purchase by printing the screen capture in Exhibit 2. The exhibit includes my handwritten notes.

11. The goods I ordered from brushexpress.com arrived in a container. I photographed the container's label, which is Exhibit 3. It is reproduced below.

12. The return address label states: Brush Express, Shipping Department, 10 Gallagher Dr, Suite C, Plains PA 18705. I covered over the "ship to" portion, which has my home address.

13. The three products, that BrushExpress called RevitaLash, were fakes. I base that conclusion on:

    a. Athena prints its lot code on all its products. If a customer has a problem with a product, Athena can determine the product's lot. The BrushExpress

counterfeits use a falsified lot code. Exhibit 4 and the photograph below shows lot codes of a legitimate (left) and counterfeit (right) Athena product.



b. Genuine Athena products contain anti-diversion, tracking technology, but BrushExpress's counterfeits do not.

c. Athena uses custom, machine-glued, seamless, adhesive packaging for its containers, which is important to protect the goods sensitive components during shipment and ensure they are not subject to tampering. The containers from BrushExpress were taped with clear ¾-inch adhesive tape.

d. Athena's boxes are of a custom shade of blue, but BrushExpress's blue for its box differs from Athena's blue. See Exhibit 5 (copied on the next page), side-by-side photographs of an authentic (left) and a fake (right) RevitaLash boxes.



e. Athena's package comes with an internal booklet. In the image below, which shows Athena's (top) and BrushExpress's (bottom) internal booklets,

BrushExpress's booklet is incorrectly folded and written with Chinese characters off to one side. Athena's booklet is folded differently and has no Chinese characters. Exhibit 6.



f.  BrushExpress's counterfeits have a thicker wand and brush tube than Athena's authentic wand and brush tube. Exhibit 7 is a photograph on the next page, which shows Athena's wand and brush tube (left) and the BrushExpress wand and brush tube (right).



14. Exhibit 8 is a copy of the April 29 and 30, 2020, settlement agreement between Athena and AMN Distribution, Moishe Newman and BrushExpress. The agreement has two schedules, Schedules 1 and 2. Exhibits 9 and 10 are copies.

15. I reviewed Schedules 1 and 2 of the 2020 Agreement. Schedule 1 identifies no human with his or her full name, email address, or phone number.

16. In Schedule 1, defendants claim they purchased 2,835 units during 2019.

17. According to the data of Schedule 2, defendants sold 4,474 units during 2019. Their grand total 2019 revenue is $312,880.

18. The list price for authentic REVITALASH Eyelash Conditioner 3.5 ml /0.118 fl-oz is $150. Defendants' average price for the same product is $75.17.

19. Athena never sold Athena-brand products to any defendant.

20. In 2019, Athena significantly refreshed the look and feel of its product-line by adopting new product packaging, artwork, colors, designs, fonts, and logos. In 2019, shortly after Athena started shipping its re-branded product line to its authorized distributers, Athena was very surprised to discover unauthorized online retailers, including BrushExpress, advertising and selling products from Athena's newly introduced 2019 product line, with its newly designed product packaging, artwork, colors, designs, fonts, and logos. So, as part of my job duties, in November 2019, I purchased from the BrushExpress website, the products that they were advertising and selling that appeared to be from Athena's new 2019 product-line.

21. After I analyzed my purchases from BrushExpress in November 2019, I determined that all the goods were counterfeits of Athena's new 2019 product-line. Athena's new 2019 product-line did not exist prior to 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

May 23, 2022



Christina Felix