# Exhibit 1






**Featured Collections**

    

Elta MD          Revitalash          Unite          Mason Pearson          Kent Brushes