# Exhibit 2

# BRUSHEXPRESS

🛒 Show order summary ⌄

~~$689.91~~
**$586.43**

✓   Order #
## Thank you



Shipping address
**California**

**Oxnard**

Map data ©2019

## Your order is confirmed

You'll receive a confirmation email with your order number shortly.

## Order updates

You'll get shipping and delivery updates by email.

📱 Get shipping updates by text

## Customer information

### Contact information

### Shipping address

CONFIDENTIAL      ATHENA000024

**Shipping method**

Brush Express Fast & Free Shipping

**Payment method**

ending with        - $586.43

**Billing address**

United States

Save my information for a faster checkout

Continue shopping

Need help? Contact us

Refund policy      Privacy policy      Terms of service

CONFIDENTIAL                                                                                                ATHENA000025