# Exhibit 3



CONFIDENTIAL

ATHENA000026