# Exhibit 4

Athena     Counterfeit

N18K14     N18J01