# Exhibit 5



CONFIDENTIAL

ATHENA000027