# Exhibit 12

Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

**United States District Court**

**Central District of California – Western Division**

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br>    Plaintiff, <br><br>       v. <br><br> AMN Distribution Inc., et al, <br><br>    Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Athena's First Interrogatories to Defendant AMN Distribution Inc. |

To Defendant AMN Distribution Inc.:

Plaintiff Athena requests that defendant AMN Distribution Inc. answer these interrogatories under oath. Fed. R. Civ. P. 33 applies to this request and plaintiffs' responses. Response to this request will take place within 30 days of service of this request on AMN or such other date as may be mutually agreed upon by counsel and permitted by court orders governing discovery.

**Definitions and Instructions**

1. "Athena" means plaintiff Athena Cosmetics, Inc.

2. "AMN" or "You" means defendant AMN Distribution Inc. and all predecessors, subsidiaries, parents and their past and present employees, officers, agents, or attorneys.

3. "Newman" means Moishe Newman.

4. "Document" has the broadest meaning accorded to it by Fed. R. Civ. P. 34 and Fed. R. Evid. 1001.

5. "Person" means a natural person, a corporation, partnership, LLC, LLP, division, agency or other entity.

6. "Athena Trademark" means REVITALASH, REVITILASH AND DESIGN, ATHENA COSMETICS, ETERNALLY PINK, REVITALASH ADVANCED, the trademark registrations of which are shown in Exhibits 1–5 of the complaint and the RL Design, which is shown in the text of the complaint.

7. "Athena Goods" means all packaging, contents, inserts in the packaging, instructions and applicators that display the Athena Trademarks whether Athena or another Person was the source of the goods.

8. "Lawsuit" means this underlying lawsuit, Athena v. AMN Distribution Inc., et al., No. 2:20-cv-05526-SVW-SHK, in the United States District Court, Central District of California.

9. These interrogatories only seek knowledge from January 1, 2019, to the present unless stated otherwise.

10. If You request a copy of these interrogatories in MS Word format, Athena will provide the copy if You agree to provide a copy of any of Your discovery requests and responses in MS Word.

## INTERROGATORIES

**Interrogatory No. 1:**  State the name, employers, street and email address and telephone numbers for all Persons with knowledge Athena and AMN have an enforceable or unenforceable contract between them.

**Interrogatory No. 2:**  State the name, employers, street and email address and telephone numbers for all Persons knowing that AMN fully performed its contract with Athena.

**Interrogatory No. 3:**  State the name, employers, street and email address and telephone numbers for all Persons AMN sold, caused to be sold, shipped or caused to be shipped any product bearing an Athena Trademark.

**Interrogatory No. 4:** State the name, street and email address and telephone numbers for all Persons that provided AMN with any product bearing an Athena Trademark. If the Person is a natural person, also state his or her employer and its street and email address and telephone numbers

**Interrogatory No. 5:** Identify all Persons that employed Newman from June 2019 to the present and state the Person's name, employers, street and email address and telephone numbers.

**Interrogatory No. 6:** State every street and email address and telephone numbers for Newman from June 2019 to the present.

October 1, 2020

/s/ *Marina Lang*
Marina Lang
SoCal IP Law Group llp

Attorney for Plaintiff Athena Cosmetics, Inc.

### Certificate of Service

I declare under penalty of perjury of the laws of the United States that on October 1, 2020, I served "Athena's First Interrogatories to Defendant AMN Distribution Inc." to defendant's attorney at his email address with CM/ECF.

October 1, 2020

/s/ *Anneliese G. Lomonaco*
Anneliese G. Lomonaco