# Exhibit 20

From: 
Sent: Mon, 25 Nov 2019 14:09:41 -0700
To: bluelinechaplain@gmail.com
Subject: ✓ ORDER CONFIRMED: REVITALASH Advanced ...



# Thanks for another purchase Dov! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!

**View order details**

**Browse deals**

# Order summary



Item ID: 183972241694

ebay MONEY BACK GUARANTEE

# To complement your purchase

 

$17.49
Free Shipping

$63.99
Free Shipping




KRACIE Hadabisei Super Moistu...
$11.87
Free Shipping

3x 3mL = TOTAL 9mL - RevitaLa...
$12.99
Free Shipping

# Order details

-->



**Estimated delivery:**
Wed, Dec 04 - Tue, Dec 17



**Your order will ship to:**
3709 Plymouth Dr
North Highlands, CA 95660-3311
United States

-->



**Seller: beautymagasin (156861)**
99% positive feedback

More from this seller →



**eBay Bucks earnings:**
You earned $0.88 in eBay Bucks with this purchase!

Keep shopping to earn more →



-->
**Order total:**

| | |
|---|---|
| Price (2 x $43.99) | $87.98 |
| Shipping | Free |
| Sales tax | $6.82 |
| Total charged to  | $94.80 |

# Your recently browsed items



**REVITALASH Advanced Ey…**

$44.00
Free Shipping



RevitaLash Cosmetics, RevitaB…

$75.99



**REVITABROW ADVANCED Ey…**

$69.99

RevitaLash Advanced Eyelash C…

$44.99
Free Shipping

# Explore other deals you might like



W FREE PUMP KERASTASE…

$59.99
Free Shipping



Hayashi System 911 Emergency…

$12.83
Free Shipping

 

Gibs Man Wash BHB Beard Hair…

Kenra Design Spray Light Hold…

$29.65
Free Shipping
ALMOST_GONE

$13.10
Free Shipping

 

Handcrafted Caveman® Beard Wa…

Tigi Bed Head Spoil Me Defriz…

$8.45
Free Shipping

$14.99
Free Shipping

 

Divaderme Lash Extender III -…

Goldwell Double Boost Root Li…

$17.95
Free Shipping

$16.99
Free Shipping

 

RapidLash Eyelash    Handcrafted

Enhancing S...
$14.99
Free Shipping

Caveman® Beard Wa...
$8.15
Free Shipping
**ALMOST_GONE**





Kenra Thermal Styling Spray #...
$12.75
Free Shipping

FEG Eyelash Enhancer Rapid Gr...
$7.99
Free Shipping
**ALMOST_GONE**

## Shop anywhere with the eBay app

 

   

### Update your email preferences

You are receiving marketing content in this email because your Communication Preferences indicate that you want to receive general email promotions. If you do not wish to receive further general email promotions, please click here to unsubscribe.

You can also manage your Notification Preferences in My eBay by clicking here. Please note that it may take up to 10 days to process your request.

Email reference id: [#e8935254cc2147909e8d3e53a73531bd#]

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Dov Newman (bluelinela). Learn more about account protection. eBay is

committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2019 eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125