# Exhibit 21

DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **DEFENDANT AMN DISTRIBUTION INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. 26(A)(1)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman" and collectively "Defendants") hereby make the following initial disclosures. Defendants' discovery and investigation is ongoing and Defendants reserve the right to amend or supplement their disclosures and/or to correct any inadvertent errors, mistakes, or omissions, should any

be found to exist. The foregoing disclosures exclude, and are made without waiver of, any and all applicable privileges, including but not limited to, the attorney-work product doctrine and attorney-client communication privilege. The disclosures also exclude the identity of all experts or consultants, if any, who have been retained in connection with the litigation or any reports prepared by the same.

I.  **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANTS MAY USE TO SUPPORT THEIR CLAIMS AND/OR DEFENSES OTHER THAN SOLELY FOR IMPEACHMENT [Fed. R. Civ. Proc. 26(a)(1)(A)(i)]**

1. Defendant Moishe Newman, the Chief Executive Officer of AMN, who may be contacted through AMN's counsel of record. Subjects of information include, without limitation: (a) the factual basis for the affirmative defenses set forth in AMN's answer; (b) the factual allegations that Mr. Newman and AMN (collectively, "Defendants") dispute with respect to Plaintiff's complaint; (c) the settlement agreement that Defendants entered into with Plaintiff in April of 2020, including the schedules attached thereto (the "Settlement Agreement"); (d) and Defendants performance of their obligations under the Settlement Agreement.

2. Christina Felix, c/o SoCal IP Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788, (805) 230-1350. She is the Support Manager and Anti-Diversion Manager of Plaintiff and has been identified by Plaintiff's counsel as being knowledgeable about allegedly counterfeit products purchased from the Defendants.

3. Dave Hooper, c/o SoCal IP Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788, (805) 230-1350. He is VP of Operations of Plaintiff and has been identified by Plaintiff's counsel as being knowledgeable about the nature of contents of inventory produced by Defendants prior to litigation.

4. Officers/employees/agents and other persons affiliated with Plaintiff who have yet to be identified who have knowledge with respect to the following matters: (a)

the factual allegations set forth in Plaintiff's complaint; (b) the alleged breach of the Settlement Agreement by the Defendants; (c) any and all damages claimed by Plaintiff against Defendants arising from the claims alleged in Plaintiff's complaint.

## II. DOCUMENTS/ESI/TANGIBLE THINGS IN AMN'S POSSESSION, CUSTODY OR CONTROL THAT AMN MAY USE TO SUPPORT ITS CLAIMS AND/OR DEFENSES, OTHER THAN SOLELY FOR IMPEACHMENT [Fed. R. Civ. Proc. 26(a)(1)(A)(ii)]

The Settlement Agreement, including all schedules appended thereto, a copy of which was attached as Exhibit 1 to AMN's Motion for Judgment on the Pleadings.

Letter from counsel for LinkAmerika II to counsel for Athena warning Athena against defaming American customers.

Proof of payment of $25,000 by Athena under Settlement Agreement.

E-mails between Athena's current counsel and AMN's prior counsel after the execution of the parties settlement agreement regarding subsequent information demanded by Athena.

## III. COMPUTATION OF DAMAGES CLAIMED BY DISCLOSING PARTY AND DOCUMENTS UPON WHICH COMPUTATION IS BASED [Fed. R. Civ. Proc. 26(a)(1)(A)(iii)]

AMN does not presently claim any damages in this proceeding.

## IV. INSURANCE AGREEMENTS [Fed. R. Civ. Proc. 26(a)(1)(A)(iv)]

AMN is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy a judgment.

DATED: May 21, 2021

DAVID C. VOSS, JR.
VOSS, SILVERMAN & BRAYBROOKE, LLP

By: /s/ David C. Voss, Jr.
David C. Voss, Jr.
Attorneys for Defendant AMN
DISTRIBUTION, INC.

DEFENDANTS' INITIAL DISCLOSURES

# **PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 4640 Admiralty Way, Suite 800, Marina del Rey, California, 90292.

On May 21, 2021, I served the following document(s): **DEFENDANT AMN DISTRIBUTION INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. PROC. 26(A)(1)**

on the interested parties in this action as indicated below or on the attached service list as follows:

Marina Lang
Michael D. Harris
Brian S. Tamsut
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
(counsel for Plaintiff)
mlang@socalip.com
mharris@socalip.com
btamsut@socalip.com

**( )  By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed above or in the attached service list and:

 ( ) deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

 ( ) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

 I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Marina Del Rey, California.

**(X)  (By E-Mail)** I caused the above-referenced document(s) to be transmitted by e-mail transmission to the interested parties at the e-mail addresses listed above or on the attached service list. I did not receive, with a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The foregoing method of service was pursuant to the express written consent of the parties served.

( ) **(By Overnight Delivery)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above or in the attached service list. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

( ) **(By Messenger Service)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above or in the attached service list and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)

I declare under penalty of perjury under the laws of the United States and State of California that the above is true and correct.

Executed on May 21, 2021 at Marina Del Rey, California.

David C. Voss, Jr.