# Exhibit 22

Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

# United States District Court

## Central District of California – Western Division

| Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
|---|---|
| Plaintiff, | Amended Notice of Deposition of AMM Distribution under Fed. R. Civ. P. 30(b)(6) |
| v. | Date: October 12, 2021<br>Time: 9:00 a.m. |
| AMN Distribution, Inc., et al, | Place: SoCal IP Law Group's Westlake Village office |
| Defendants. | |

To counsel for Plaintiff AMN Distribution, Inc. and Moishe Newman:

On October 12, 2021, at 9:00 a.m., plaintiff Athena Cosmetics, Inc. will depose AMN Distribution, under Fed. R. Civ. P. 30 including Rule 30(b)(6). The deposition will be at the office of plaintiff's counsel, SoCal IP Law Group LLP, 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362-3788. It will be videotaped and recorded by stenograph.

September 24, 2021

/s/ *Michael Harris*
Michael Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.

# CERTIFICATE OF SERVICE

I certify on September 24, 2021, I served the foregoing document "Amended Notice of Deposition of Defendant AMN under FED. R. CIV. P. 30(b)(6)" to defendant's attorney David Voss by email at David@vsbllp.com, with a copy to maria@vsbllp.com.

September 24, 2021                    /s/ *Belinda Iriele*
                                      Belinda Iriele

Amended Rule 30(b)(6) Deposition Notice of Defendant AMN

2

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

**DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED**

**DEFINITIONS AND INSTRUCTIONS**

1. "AMN," "You" and "Defendant" mean defendant AMN Distribution Inc., all predecessors, subsidiaries, parents and their past and present employees, officers, agents, or attorneys.

2. "Athena," and "Plaintiff" mean plaintiff Athena Cosmetics, Inc.

3. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

4. "Newman" means Moishe Newman.

5. "Person" means a natural person, a corporation, partnership, LLC, LLP, division, agency or other entity.

6. "Lawsuit" means this underlying lawsuit, Athena Cosmetics, Inc., v. AMN Distribution, Inc., et al, No. 2:20-cv-05526-SVW-SHK in the United States District Court, Central District of California.

7. "Athena Trademark" means REVITALASH, REVITILASH AND DESIGN, ATHENA COSMETICS, ETERNALLY PINK, REVITALASH ADVANCED, the trademark registrations of which are shown in Exhibits 1–5 of the complaint and the RL Design, which is shown in the text of the complaint.

8. "Athena Goods" means all packaging, contents, inserts in the packaging, instructions and applicators that display the Athena Trademarks whether Athena or another Person was the source of the goods.

9. Unless otherwise stated "Description of Matters on which Examination is Requested" seeks knowledge only from January 1, 2019, to the present.

10. If AMN requests a copy of any discovery request in MS Word format, Ridge will provide the copy if AMN agrees to provide a copy of any discovery requests and response in MS Word.

## DESCRIPTION OF MATTERS

**Category 1:** AMN's computer programs for tracking or otherwise recording data about:

   a. Inventory
   b. Customers
   c. Suppliers
   d. Orders from suppliers
   e. Orders from AMN's customers
   f. Invoices
   g. Shipping documents
   h. Bills of lading
   i. Accounts payable
   j. Accounts receivable
   k. AMN's profit and loss
   l. Payments including checking accounts
   m. Rent paid or received.
   n. Word processing
   o. Email
   p. Text (SMS) messages including desktop computer programs for sending or receiving text messages
   q. Backup and restore

**Category 2:** AMN's desktop, laptop and tablet computers owned or leased from January 1, 2019, to the present.

**Category 3:** The operating systems for each computer in Category 2.

**Category 4:** The location and present and past user of all mobile phones owned or leased by AMN or owned or leased by an AMN employee or independent contractor.

**Category 5:** AMN's document retention policy.

**Category 6:** AMN's and its employees' and independent contractors' deletion, destruction or discarding of documents from January 1, 2019, to the present.

**Category 7:** Your contention that AMN fully performed its contract with Athena.

**Category 8:** The past and present existence AMN's sales, shipping or receipt of any product bearing an Athena Trademark.

**Category 9:** The names, addresses, email address of all Persons with knowledge of the Persons that provided AMN with any product bearing an Athena Trademark.

**Category 10:** The factories or other facilities at which AMN's Athena's Goods were manufactured and packaged.

**Category 11:** AMN's or its employees', representatives' or agents' visits to and meetings with any suppliers or potential suppliers of Athena Goods.

**Category 12:** The existence of AMN Documents to or from Newman from January 1, 2019, to the present that mention:

    a. Athena.

    b. Revitalash.

    c. Any Athena Trademark.

    d. Newman's compensation.

    e. The compensation to any relative of Newman.

    f. Newman's then-current residence.

    g. Newman's responsibilities with AMN.

    h. Newman's bank accounts.

    i. Any company or entity other than AMN which employed Newman or with which contracted with Newman.

**Category 13:** The present location of the documents that mention:

    a. Athena.

    b. Revitalash.

    c. Any Athena Trademark.

    d. Any company or entity other than AMN which employed Newman or with which contracted with Newman.

**Category 14:** The custodians of documents that mention:

    a. Athena.

    b. Revitalash.

    c. Any Athena Trademark.

    d. Any company or entity other than AMN which employed Newman or with which contracted with Newman.

**Category 15:** AMN's policy for identifying and treating potentially counterfeit goods or goods that infringe any company's trademark or other intellectual property.

**Category 16:** The identity of Persons who own at least 10% of AMN

**Category 17:** The identity of all AMN's officers and managing employees.

**Category 18:** AMN facilities and offices including those shared with any other Person.