# Exhibit 24

# Michael Harris

| | |
|---|---|
| **From:** | Michael Harris |
| **Sent:** | Tuesday, October 26, 2021 5:11 PM |
| **To:** | 'David Voss' |
| **Cc:** | Marina Lang; Anneliese Lomonaco; maria@vsbllp.com |
| **Subject:** | Athena v. AMN A062.L20369 |

David,

Please advise whether Moishe Newman will testify at his noticed deposition on Thursday, October 28. We served you with the notice on October 19 and mentioned the deposition in later emails.

We set the deposition at our office but offered to conduct it virtually. You said nothing.

I served it before I thought your trial began. My understanding is that trials in state court are continued regularly. Nonetheless, you did not say your state court trial would necessarily extend to interfere with the deposition.

We can be flexible with the date, but the upcoming trial date may limit what we can do.

Do not just not show up. Defendants will be liable at least for the reporter's fee.

Michael