# Exhibit 25

```
Marina Lang, No. 251,087 mlang@socalip.com
Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>    Plaintiff, <br> v. <br> AMN Distribution, Inc., et al, <br>    Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Notice of Deposition of Nechemiah Newman. <br><br> Date: August 26, 2021 <br> Time: 10:00 a.m. <br> Place: Virtual, Link to be provided. |

To counsel for Defendant AMN Distribution, Inc. and Moishe Newman:

On Thursday, August 26, 2021, at 10:00 a.m., plaintiff Athena Cosmetics, Inc. will depose Nechemiah Newman. The deposition will be conducted virtually. The reporter will provide the login information before the deposition begins. It will be videotaped and recorded by stenograph.

July 23, 2021,

/s/ *Marina Lang*
Marina Lang
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.

**CERTIFICATE OF SERVICE**

I certify on July 23, 2021, I served the foregoing document Notice of Deposition of Nechemiah Newman by email to all counsel registered with CM/ECF on this case.

July 23, 2021              /s/ *Anneliese Lomonaco*
                           Anneliese Lomonaco

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Athena Cosmetics, Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:20-cv-05526-SVW-SHK |
| AMN Distribution, et al. | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To:  Nechemiah Newman
145 James Street, Kingston, PA 18704-5217

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:   See Exhibit A attached.

| Place: 310 N. Westlake Blvd., Suite 120, Westlake Village, CA 91362 | Date and Time: 08/26/2021 10:00 am |
|---|---|

The deposition will be recorded by this method:   videotaped and stenograph

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:   See Exhibit A attached.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  07/23/2021

| *CLERK OF COURT* | OR | /s/ Marina Lang |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff, Athena Cosmetics, Inc.   , who issues or requests this subpoena, are:

Marina Lang, SoCal IP Law Group LLP, (805) 230-1350, mlang@socalip.com, 310 N Westlake Blvd., Suite 120, Westlake Village, CA 91362

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT A

## DESCRIPTION OF MATTERS ON WHICH EXAMINATION IS REQUESTED

### DEFINITIONS AND INSTRUCTIONS

1. "N. Newman" "You" means Nechemiah Newman.

2. "AMN," and "Defendant" mean defendant AMN Distribution Inc., and all affiliates, contractors, predecessors, subsidiaries, parents and their past and present employees, officers, agents, or attorneys.

3. "Athena," and "Plaintiff" mean plaintiff Athena Cosmetics, Inc.

4. "Document" has the broadest meaning accorded to it by FED. R. CIV. P. 34 and FED. R. EVID. 1001.

5. "Newman" and "M. Newman" means Moishe Newman.

6. "Person" means a natural person, a corporation, partnership, LLC, LLP, division, agency or other entity.

7. "Lawsuit" means this underlying lawsuit, Athena Cosmetics, Inc., v. AMN Distribution, Inc., et al, No. 2:20-cv-05526-SVW-SHK in the United States District Court, Central District of California.

8. "Athena Trademark" means REVITALASH, REVITILASH AND DESIGN, ATHENA COSMETICS, ETERNALLY PINK, REVITALASH ADVANCED, the trademark registrations of which are shown in Exhibits 1–5 of the complaint and first amended complaint (Pleading Numbers: 1and 73) and the RL Design, which is shown in the text of the complaint.

9. "Athena Goods" means all packaging, contents, inserts in the packaging, instructions and applicators that display the Athena Trademarks whether Athena or another Person was the source of the goods.

10. Unless otherwise stated "Description of Matters on which Examination is Requested" seeks knowledge only from January 1, 2019, to the present.

# DESCRIPTION OF MATTERS

**Category 1:** N. Newman's personal knowledge about the following topics regarding AMN, including without limitation all of AMN's affiliates, which include without limitation, Moishe Newman, Adina Newman, Devorah Newman, Meir Newman, Adina's Beauty Store, BrushExpress.com, eBay user ID Bluelinela, and eBay user name austramericacosmeticsoutlet:

a. Business model
b. Products, Goods and Services
c. Manufacturers
d. Contracts/Agreements with Third-Parties
e. Relationship with foreign businesses
f. Worldwide supply and distribution chain
g. Logistics Centers
h. Warehouses
i. Import/Export of goods
j. Computer programs for tracking or otherwise recording data
k. Inventory
l. Customers
m. Suppliers
n. Orders from suppliers
o. Orders from customers
p. Invoices and Purchase Orders
q. Shipping documents
r. Bills of lading
s. Accounts payable
t. Acccounts receivable
u. M. Newman's profit and loss

Exhibit A to Nechemiah Newman Subpoena

2

Athena Cosmetics, Inc v. AMN et al.
Case No.: 2:20-cv-05526-SVW-SHK

  v. N. Newman's profit and loss

  w. Payments including checking accounts

  x. Rent paid or received.

  y. Word processing

  z. Email

  aa. Text (SMS) messages including desktop computer programs for sending or receiving text messages

  bb. Backup and restore

 **Category 2:** N. Newman's desktop, laptop and tablet computers owned or leased from January 1, 2019, to the present.

 **Category 3:** The operating systems for each computer in Category 2.

 **Category 4:** The location and present and past user of all mobile phones owned or leased by N. Newman or owned or leased by an N. Newman's employee or independent contractor.

 **Category 5:** The document retention policy.

 **Category 6:** N. Newman's and AMN's employee's and independent contractor's deletion, destruction or discarding of documents from January 1, 2019, to the present.

 **Category 7:** Your knowledge of any settlement agreements entered into by AMN.

 **Category 8:** N. Newman's sales, shipping or receipt of any product bearing an Athena Trademark and the names, addresses, email address of all Persons with knowledge of the sales, shipping or receipt.

 **Category 9:** The names, addresses, email address of all Persons with knowledge of the Persons that provided N. Newman with any product bearing an Athena Trademark.

**Category 10:** The natural persons employed by the Person that provided N. Newman with any product bearing an Athena Trademark and their names, addresses and email address.

**Category 11:** N. Newman's residence addresses from from January 1, 2019, to the present. If N. Newman does not know the exact street address.

**Category 12:** Addresses where N. Newman stayed overnight if the place was not his residence.

**Category 13:** All Persons who talked to or othwise communicated with N. Newman from January 1, 2019, to the present.

**Category 14:**  N. Newman's knowledge of Athena or Athena's Goods from January 1, 2019, to the present.

**Category 15:**  The factories at which N. Newman's Athena Goods were manufactured or assembled.

**Category 16:**  N. Newman's or AMN's employees, representatives or agents visits to and meetings with any suppliers or potential suppliers of Athena Goods.

**Category 17:**  The existence of Documents from January 1, 2019, to the present that mention:

    a.   Athena.

    b.   Revitalash.

    c.   Any Athena Trademark.

    d.   Newman's compensation.

    e.   The compensation to any relative of N. Newman.

    f.   N. Newman's then-current residence.

    g.   N. Newman's responsibilities with AMN.

    h.   N. Newman's bank accounts.

    i.   Any company or entity other than AMN which employed Newman and Newman.

**Category 18:** The present location of the documents that mention:

    a. Athena.

    b. Revitalash.

    c. Any Athena Trademark.

    d. N. Newman's compensation.

    e. The compensation to any relative of N. Newman.

    f. N. Newman's residence.

    g. N. Newman's responsibilities with AMN.

    h. N. Newman's bank accounts.

    i. Any company or entity other than AMN which employed Newman and-Newman.

    j. Moishe Newman

    k. Adina Newman

    l. Devorah Newman

    m. Meir Newman

    n. Adina's Beauty Store

    o. BrushExpress.com

    p. eBay user ID Bluelinela

    q. eBay user name austramericacosmeticsoutlet

    r. Business model

    s. Products, Goods and Services

    t. Manufacturers

    u. Contracts/Agreements with Third-Parties

    v. Relationship with foreign businesses

    w. Worldwide supply and distribution chain

    x. Logistics Centers

    y. Warehouses

  z.  Import/Export of goods

  aa. Computer programs for tracking or otherwise recording data

  bb. Inventory

  cc. Customers

  dd. Suppliers

  ee. Orders from suppliers

  ff.  Orders from customers

  gg. Invoices and Purchase Orders

  hh. Shipping documents

  ii.  Bills of lading

  jj.  Accounts payable

  kk. Acccounts receivable

  ll.  M. Newman's profit and loss

  mm.    N. Newman's profit and loss

  nn. Payments including checking accounts

  oo. Rent paid or received.

  pp. Word processing

  qq. Email

  rr.  Text (SMS) messages including desktop computer programs for sending or receiving text messages

  ss.  Backup and restore

**Category 19:** N. Newman's policy for identifying and treating potentially counterfeit goods or goods that infringe any company's trademark or other intellectual property.

**Category 20:** The names, business and home addresses, business and home telephone numbers and email addresses of all Persons who own at least 10% of AMN and (2) all AMN's officers and managing employees.

**Category 21:** Full and complete information about N. Newman's relationship with AMN.

**Category 22:** The formation of AMN as a corporation.

**Category 23:** N. Newman's facilities and offices including those shared with any other Person.