# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., | |
| Plaintiff, | No. 2:20-cv-05526-SVW-SHK |
| v. | Judgment [Proposed] |
| AMN Distribution Inc., et al, | Judge: Wilson |
| Defendants. | |

Plaintiff Athena Cosmetics, Inc. ("Athena") moved for summary judgment under FED. R. CIV. P. 56(a) on its breach of contract claim (No. 6) and its trademark counterfeiting claim (No. 1) against defendants AMN Distribution Inc. and Moishe Newman. Athena demonstrated there is "no genuine dispute as to any material fact and the movant [Athena] is entitled to judgment as a matter of law." FED. R. CIV. P. 56(a). The Court, therefore, grants the motion and holds defendants breached an April 2020 settlement agreement, and both defendants are liable as counterfeiters of Athena-brand goods.

The Court finds defendants' revenues to be $417,173, which included an estimate of sales during the first four months of 2020. Defendants introduced no evidence of its costs for a deduction from gross revenues. Athena is entitled to treble

damages under 15 U.S.C. § 1117(b). Judgment of $1,251,519 is entered against both defendants.

Prejudgment interest against both defendants of $135,581 is entered against both defendants.

Defendants are liable for attorney fees under 15 U.S.C. § 1117(b) and under the Settlement Agreement. If Athena requests attorney fees, it will move for them within 14 days after entry of this judgment.

Defendants AMN Distribution, Inc., Moishe Newman and their agents, servants, employees, and all other persons in privity or acting in concert with them be enjoined and restrained from further acts of infringement:

    (a) using any reproduction, counterfeit, copy, or colorable imitation of any Athena registered trademarks ("Athena Trademarks") to identify any goods or the rendering of any services not authorized by Athena;

    (b) engaging in any course of conduct likely to cause confusion, deception or mistake, or injure Athena's business reputation or weaken the distinctive quality of the Athena Trademarks;

    (c) using a false description or representation including words or other symbols falsely describing or representing defendants' unauthorized goods as being those of Athena or sponsored by or associated with Athena and from offering such goods in commerce;

    (d) further infringing the Athena Trademarks by manufacturing, producing, importing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying or otherwise disposing of any products not authorized by Athena bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Trademarks;

    (e) using any simulation, reproduction, counterfeit, copy or colorable imitation of the Athena Trademarks in the promotion, advertisement, display, sale,

offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or relate or connect, such products to Athena, or to any goods sold, manufactured, sponsored or approved by, or connected with Athena;

(f) making any statement or representation, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed, imported sold or offered for sale, or rented by defendants are associated or connected with Athena; or are sold, manufactured, licensed, sponsored, approved or authorized by Athena;

(g) engaging in any conduct infringing the Athena Trademarks, of Athena's rights in, or to use or to exploit, the Athena Trademarks, or constituting any weakening of Athena's name, reputation or goodwill;

(h) using or continuing to use the Athena Trademarks or trade names or any variation thereof on the Internet (either in the text of a websites, as a domain name, or as a key word, search word, metatag, or any part of the description of the site in any submission for registration of any Internet site with a search engine or index) in any goods or services not directly authorized by Athena;

(i) using any email addresses to offer for sale any nongenuine products bearing counterfeits of the Athena Trademarks;

(j) connecting with any websites that offer for sale any merchandise bearing counterfeits of the Athena Trademarks;

(k) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating,

selling, marketing, offering for sale, advertising, promoting, or displaying of all unauthorized products which infringe the Athena Trademarks; and

(l) effecting assignments or transfers, forming new entities or associations or utilizing any other device to circumvent or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (l).

Date: _____   /s/ _____
United States District Judge