DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR:**<br>**1) CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DKT #240]; AND 2) CONTINUANCE OF DEADLINE TO FILE OPPOSITION**<br><br>Place: Courtroom 10A<br>         First Street Courthouse<br>         350 W. 1st Street, 10th Floor,<br>         Los Angeles, California 90012 |

- 1 -
DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF HEARING
ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**REQUEST FOR CONTINUANCE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [Dkt #240]**

By way of this Ex Parte Application, and the Supporting Declaration of David C. Voss, Jr., **Defendants herein request a continuance of the Motion for Summary Judgment currently set for hearing on July 27, 2022 at 1:30 pm to July 18, 2022 at 1:30 pm** due to unavailability of Defendants' counsel on the current hearing date and for other grounds set forth hereinbelow constituting good cause pursuant to Judge Wilson's Department Rule 6.

In light of the deadline to file the Opposition to Motion for Summary Judgment on Monday, June 6, 2022, **Defendants also request that said deadline be continued until two days after the Court rules upon the Ex Parte Application to Strike Motion for Summary Judgment filed concurrently with this motion.**

There is no pending trial date set in this matter, nor any other deadlines or pending hearings causing any urgency or prejudice that would result from the short delay. This case is set for a new trial which was granted for reasons beyond the control of defense counsel now requesting this continuance.

This Ex Parte Application is brought now because a) Defendants asked counsel for plaintiff for a continuance in light of the issues discussed hereinbelow and despite initial indication it would be granted, plaintiff denied the request to continue the hearing at 10:35 am today; b) Opposition to Motion for Summary Judgment is due Monday, June 6, 2022; c) I confirmed with Department 15 yesterday that we are still on calendar to proceed with trial in the Morera action on June 27, 2022; d) the procedural defects in the Motion for Summary Judgment raised in the Ex Parte Application to Strike (also being

filed today) became apparent during initial preparation of the Opposition to Motion for Summary Judgment.

There is good cause for continuance:

1) Defense counsel is scheduled to be engaged in trial on June 27, 2022 in Dept 15 of the Los Angeles Superior, in the matter of Morera v. Saheedy, Case #20STCV05462 which was already the subject of a prior trial continuance to the upcoming June 27 trial date.

2) Contemporaneous with this Ex Parte Application, Defendants are today filing an Ex Parte Application to Strike Plaintiff's Motion for Summary Judgment in whole or in part. The ruling on that Ex Parte Application will have significant impact on the Opposition to Motion for Summary Judgment now due this Monday, June 6, 2022.

3) Continuance is also warranted in that preparation of the Opposition to Motion for Summary Judgment is proving to be unnecessarily burdensome. Plaintiff did not succinctly state the grounds for its Motion for Summary Judgment in the Notice of Motion, filed an extensive Statement of Uncontroverted Facts (28 pages in length) with no indication or cross-referencing in the Points and Authorities to identify which ones are relied upon as basis for the Motion, all of which has rendered the preparation of clear and proper response by way of opposition to the motion unnecessarily time intensive and confusing.

4) No deadlines are pending and the above issues prejudice Defendants' ability to oppose this motion which if granted would obviously terminate the matter in favor of Plaintiff and against Defendants should be weighed against a brief continuance of time requested.

5) Mr. Harris and I discussed our mutual availability on July 18, 2022 and he initially indicated his likely assent to continue the hearing to that date. Mr. Harris has now refused to stipulate to the requested continuance as more particularly discussed hereinbelow and in the accompanying Declaration of David C. Voss, Jr.

DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Counsel for Defendants discussed by telephone the request that Plaintiff stipulate to a short continuance to accommodate a number of factors including in particular conflict with the Morera matter, certain medical and vacation issues (I will be out of the country with extremely limited communications from June 30-July 13) and the sheer volume of responding the extensive Separate Statement. During that call, Mr. Harris had indicated his likely cooperation and discussed July 18 as a date for the continued hearing on which we were both available.

Mr. Harris had further indicated I could expect to hear back from him before the end of the day after he consulted with his team; however, it was this morning at 10:35 am when I was advised that his team had declined to cooperate in continuing the hearing. Mr. Harris proposed that I move my trial instead.

In response I even offered to provide an additional week for Plaintiff to prepare its reply brief.

In compliance with Local Rule 7-19.1 I spoke with Mr. Harris at 3:11 pm this afternoon to provide notice of these two Ex Parte matters that I am filing today and the basis for the relief sought.

///
///
///
///
///
///
///
///
///

- 4 -
DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF HEARING
ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the foregoing reasons, Defendants respectfully request the following relief:

1) A continuance of the hearing on Plaintiff's Motion for Summary Judgment [Dkt #240] until July 18, 2022 at 1:30 pm.
2) Continuance of the deadline to file Opposition to the Motion for Summary Judgment until two days after the Court rules upon the Ex Parte Application to Strike Motion for Summary Judgment filed concurrently with this motion.

DATED: June 2, 2022

DAVID C. VOSS, JR.
VOSS, SILVERMAN & BRAYBROOKE, LLP

By: _____
David C. Voss, Jr.
Attorneys for Defendants AMN DISTRIBUTION, INC. and MOISHE NEWMAN

DEFENDANTS' EX PARTE APPLICATION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT