Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Dan Lawton, No. 127342 dlawton@klinedinstlaw.com
Klinedinst
777 South Figueroa St., Suite 4000
Los Angeles, California 90017
Phone: (619) 239-8131 • Fax: (619) 238-8707

Edward D. Chapin, No. 53287
  echapin@sanfordheisler.com
Sanford Heisler Sharp, LLP
2550 Fifth Avenue, 11th Floor
Phone: (619) 577-4253 • Fax: (619) 577-4250
San Diego, CA 92103

Attorneys for Plaintiff Athena Cosmetics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Athena Cosmetics, Inc., Plaintiff, v. AMN Distribution Inc., et al, Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Declaration of Michael Harris Supporting Athena's Opposition to Defendants' Ex Parte Application to Continue the Hearing on Summary Judgment Motion<br><br>Judge: Wilson |
|---|---|

1. I am an attorney for plaintiff Athena Cosmetics, Inc. ("Athena") and a member of the State Bar of California and of this Court. I am over 18 years old and not a party. I know of these facts through personal knowledge, and if called to testify, I could competently testify.

2. Defendants' attorney David Voss called me on June 1 about continuing the summary judgment hearing. Before we spoke, Mr. Voss did not email his proposal with dates for opposition, reply or hearing.

3. I told Mr. Voss I might not object to continue the hearing, but I said I would check my calendar and check with co-counsel's schedule. After discussions with them, I notified Mr. Voss Athena would not agree to the continuance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

June 3, 2022                           /s/ *Michael Harris*
                                       Michael Harris