Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Dan Lawton, No. 127342 dlawton@klinedinstlaw.com
Klinedinst
777 South Figueroa St., Suite 4000
Los Angeles, California 90017
Phone: (619) 239-8131 • Fax: (619) 238-8707

Edward D. Chapin, No. 53287
    echapin@sanfordheisler.com
Sanford Heisler Sharp, LLP
2550 Fifth Avenue, 11th Floor
Phone: (619) 577-4253 • Fax: (619) 577-4250
San Diego, CA 92103

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br>　　Plaintiff, <br><br>　　v. <br><br>AMN Distribution Inc., et al, <br><br>　　Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Declaration of Michael Harris Supporting Athena's Opposition to Defendants' Ex Parte Application to Strike Athena's Summary Judgment Motion <br><br> Judge: Wilson |

　　1.　I am an attorney for plaintiff Athena Cosmetics, Inc. ("Athena") and a member of the State Bar of California and of this Court. I am over 18 years old and not a party. I know of these facts through personal knowledge, and if called to testify, I could competently testify.

　　2.　I mentioned moving for summary judgment at the May 9, 2022, pretrial conference. The Court ordered Athena to make its motion within two weeks (Dkt. 237).

3. When the pretrial conference ended, defense counsel Mr. Voss, who attended the pretrial conference, did not seek to confer with me about the summary judgment motion.

4. For previous motions, I found defense counsel made scheduling a meet and confer difficult. After the first trial, Athena moved for summary judgment. I first notified defense counsel on November 22 I planned to move for summary judgment and requested a meet and confer. Opposing counsel Voss emailed back the next day saying he was ill but would return to work the following day. About a week later, Mr. Harris emailed Mr. Voss asking, "Email me a time for you to confer tomorrow." A few days later, Mr. Voss wrote, "… I am not in today... Might be in tomorrow midday." Later that day, Mr. Harris emailed back, "Call me tomorrow." Mr. Voss did not call back.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

June 3, 2022                    /s/ *Michael Harris*
                                Michael Harris