UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-05526-SVW-SHK | Date | July 18, 2022 |
|---|---|---|---|
| Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Amy Diaz | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael D. Harris | David C. Voss, Jr. |

**Proceedings:**   MOTION for Summary Judgment as to First and Sixth Claims for Relief filed by Plaintiff [240]

Hearing held. The motion is submitted. Order to issue.

: 10

Initials of Preparer   PMC