# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-05526-SVW-SHK | Date | July 18, 2022 |
| Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Amy Diaz | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Nassir N. Ebrahimian   Keith A. Goodwin
Lily T. Shu   Samantha D. Handy

**Proceedings:**   NEW CASE STATUS CONFERENCE

Status conference held. The Court sets the following dates:

Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 20, 2022 at 9:00 a.m.
Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 12, 2022 at 3:00 p.m.

: 10

Initials of Preparer   PMC