Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Dan Lawton, No. 127342 dlawton@klinedinstlaw.com
Klinedinst
777 South Figueroa St., Suite 4000
Los Angeles, California 90017
Phone: (619) 239-8131 • Fax: (619) 238-8707

Edward D. Chapin, No. 53287
    echapin@sanfordheisler.com
Sanford Heisler Sharp, LLP
2550 Fifth Avenue, 11th Floor
Phone: (619) 577-4253 • Fax: (619) 577-4250
San Diego, CA 92103

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| Athena Cosmetics, Inc., | No. 2:20-cv-05526-SVW-SHK |
|---|---|
| Plaintiff, | Election of Remedies following Grant of Summary Judgment for Plaintiff Athena Cosmetics, Inc. |
| v. | |
| AMN Distribution Inc., et al, | |
| Defendants. | Judge: Wilson |

On August 16, 2022, the Court granted Plaintiff's Motion for Partial Summary Judgment. ECF–254. The Court gave Plaintiff a choice of damages "either (a) $287,880, based on Defendants' profits, or (b) statutory damages of between $1,000 and $200,000 per counterfeit mark used. *Id.* at 21.

Plaintiff elects (a) $287,880, based on Defendants' profits.

August 19, 2022         /s/ *Michael Harris*
                        Michael D. Harris
                        SoCal IP Law Group LLP

                        Attorneys for Plaintiff Athena Cosmetics, Inc.