DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC.,<br><br>Plaintiff<br><br>v.<br><br>AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE,<br><br>Defendants | Case No. 2:20-cv-05526-SVW-SHK<br><br>**DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S ELECTION OF REMEDIES PER RULING ON MOTION FOR PARTIAL SUMMARY JUDGMENT; SUPPORTING DECLARATION OF DAVID C. VOSS, JR.**<br><br>Place:  Courtroom 10A<br>            First Street Courthouse<br>            350 W. 1st Street, 10th Floor,<br>            Los Angeles, California 90012 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants AMN Distribution, Inc. ("AMN") and Moishe Newman ("Newman" and collectively, "Defendants") hereby request an extension of time of until Monday, September 22, 2022, to file an opposition to Plaintiff's supplemental election of remedies proscribed by the Court's ruling on Plaintiff's Motion of Partial Summary Judgment. (Dkt. 254).

1. This Court ruled in part that:
   "As detailed above, **Plaintiff is ordered to file a response within five days of this order** indicating its election as to whether it wishes to recover actual damages or statuto1y damages. If Plaintiff elects to recover statuto1y damages, Plaintiff should also brief, in no more than ten pages, the issues of (a) how many counterfeit trademarks were used by Defendants, and (b) what amount of statutory damages per counterfeit mark is appropriate (if Plaintiff has a view on the matter). If Plaintiff elects statutory damages, <u>**Defendants may file an opposition brief of no more than ten pages on these two issues; such brief shall be filed within seven days of Plaintiff's brief.**</u>"   (emphasis added where underlined)

2. The undersigned contacted the Court clerk by email: "…requesting an extension of time to respond until Monday September 22 to provide that response" and has informed the clerk of Defendants' counsel being out of the country. This formal application for an extension is being submitted per the direction of the Court's clerk: "Please file your request on the docket so that the Judge can consider it."

3. I am travelling on a prepaid trip out of the country for my wedding anniversary, returning to Los Angeles on Labor Day.

4. I have no access to files, documents, research or other information necessary to properly respond as ordered in the time frame ordered, nor do I have internet access on more than a limited basis. I do not have any associate working with me on this matter to whom I can delegate preparation of a response.

5. My difficulty in responding is further amplified by lack of access to my client on Jewish holidays and the weekly sabbath together with the time zone differences between California and Australia where Mr. Newman resides.

- 1 -
DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME

6. No prejudice to Plaintiff will arise from granting of this request for a continuance. There is no trial pending nor any other deadline. Plaintiff should have elected remedies as part of the complaint or even the motion itself which would have given defendants significantly more time to respond per FRCP in its original opposition. This is a dispositive motion with significant consequence for Defendants.

DATED: August 21, 2022

DAVID C. VOSS, JR.
VOSS, SILVERMAN & BRAYBROOKE, LLP

By: _____
David C. Voss, Jr.
Attorneys for Defendants AMN DISTRIBUTION, INC. and MOISHE NEWMAN