# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA COSMETICS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>AMN DISTRIBUTION INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20-cv-05526-SVW-SHK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   8/21/2022

Document Number(s):   256

Title of Document(s):   Request for Time Extension to Respond

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Request Extension of Time to File Document

Proposed Document was not submitted as separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  August 22, 2022            By:   /s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**