Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Dan Lawton, No. 127342 dlawton@klinedinstlaw.com
Klinedinst
777 South Figueroa St., Suite 4000
Los Angeles, California 90017
Phone: (619) 239-8131 • Fax: (619) 238-8707

Edward D. Chapin, No. 53287
　echapin@sanfordheisler.com
Sanford Heisler Sharp, LLP
2550 Fifth Avenue, 11th Floor
Phone: (619) 577-4253 • Fax: (619) 577-4250
San Diego, CA 92103

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMN Distribution Inc., et al,<br><br>　　Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Plaintiff Athena's Opposition to Defendants' Motion for Extension of Time<br><br>Date: None Set<br>Time: 1:30 p.m.<br>Judge: Wilson |

　　Defendants' Motion for Extension of Time to oppose Plaintiff Athena's Election of Remedies misreads the relevant paragraph of the Court Order (ECF-254), which reads, "If Plaintiff elects statutory damages, Defendants may file an opposition brief of no more than ten pages on these two issues [(a) how many counterfeit trademarks were used by Defendants, and (b) what amount of statutory damages per counterfeit mark is appropriate] …."

　　The order provides Defendant no right to file an opposition because Plaintiff did not elect statutory damages. An extension, therefore, is unnecessary.

| | |
|---|---|
| August 22, 2022 | /s/ *Michael Harris* <br> Michael D. Harris <br> SoCal IP Law Group LLP <br><br> Attorneys for Plaintiff Athena Cosmetics, Inc. |