Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Dan Lawton, No. 127342 dlawton@klinedinstlaw.com
Klinedinst
777 South Figueroa St., Suite 4000
Los Angeles, California 90017
Phone: (619) 239-8131 • Fax: (619) 238-8707

Edward D. Chapin, No. 53287
  echapin@sanfordheisler.com
Sanford Heisler Sharp, LLP
2550 Fifth Avenue, 11th Floor
Phone: (619) 577-4253 • Fax: (619) 577-4250
San Diego, CA 92103

Attorneys for Plaintiff Athena Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>      Plaintiff,<br><br>v.<br><br>AMN Distribution Inc., et al,<br><br>      Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Plaintiff Athena's Application to File Documents Under Seal [L.R. 79-5.2.2(b)] in Connection with its Motion for Attorney Fees<br><br>Judge: Wilson |

Under the Court's Standing Order and Local Rule 79-5, plaintiff Athena Cosmetics, Inc. submits this application to file under seal certain information with its motion for attorney fees. Specifically, Athena seeks an order permitting the under-seal filing of these materials:

- The entirety of the Declaration of Michael Harris Supporting Plaintiff Athena's Attorney Fee Motion.

- The entirety of Exhibit 1 to the Declaration of Michael Harris Supporting Plaintiff Athena's Attorney Fee Motion, which consist of a spreadsheet of plaintiff's attorney fee charges and costs, which have been served on defense counsel;
- The entirety of the Declaration of Dan Lawton Supporting Plaintiff Athena's Attorney Fee Motion.
- The entirety of the exhibits to the Declaration of Dan Lawton;
- Portions of Memorandum of Points and Authorities in Support of Athena's Motion for Attorney's Fees.

Athena's counsel requested a meet and confer with defendants' counsel under L.R. 79-5 to minimize the redactions. *See* concurrently filed Harris Declaration. Athena believes David Voss, defendants' attorney, is on vacation and unavailable to confer.

Athena will file all exhibits and the proposed redactions under seal in their entirety preemptively. It will file its proposed memorandum with redactions it proposes based upon the information in those other documents.

Pending the Court's ruling on this Application, Athena will file both public redacted and confidential unredacted versions of its motion and the supporting evidence. When Court rules on this Application, Athena will refile those materials under the Court's order.

August 30, 2022

/s/ *Michael Harris*
Michael D. Harris
SoCal IP Law Group LLP

Attorneys for Plaintiff Athena Cosmetics, Inc.