# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>     Plaintiff, <br>     v. <br> AMN Distribution Inc., et al, <br>     Defendants. | No. 2:20-cv-05526-SVW-SHK <br><br> Order Granting Motion to Seal Documents <br><br> Judge: Wilson |

Plaintiff moved to file these papers under seal:

- The entirety of the Declaration of Michael Harris Supporting Plaintiff Athena's Attorney Fee Motion.
  - • The entirety of the Declaration of Michael Harris Supporting Plaintiff Athena's Attorney Fee Motion.
- The entirety of Exhibit 1 to the Declaration of Michael Harris Supporting Plaintiff Athena's Attorney Fee Motion, which consist of a spreadsheet of plaintiff's attorney fee charges and costs, which have been served on defense counsel;
- The entirety of the Declaration of Dan Lawton Supporting Plaintiff Athena's Attorney Fee Motion.
- The entirety of the Exhibits to the Declaration of Dan Lawton; and

- Portions of Memorandum of Points and Authorities in Support of Athena's Motion for Attorney's Fees.

The motion is granted.

Dated: _____

_____
United States District Judge