**REDACTED VERSION OF DOCUMENT PROPOSED
TO BE FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>    Plaintiff,<br><br>        v.<br><br>AMN Distribution Inc., et al,<br><br>    Defendants. | No. 2:20-cv-05526-SVW-SHK<br><br>Order Granting Motion to Seal Documents<br><br>Judge: Wilson |

    Plaintiff Athena Cosmetics, Inc., moved for an award of attorney fees and costs of ▮▮▮▮▮ for attorney fees and ▮▮▮▮▮ in costs–total ▮▮▮▮▮. For good cause, the motion is granted. The Court awards plaintiff ▮▮▮▮▮ attorney fees and costs.


Dated: _____                    _____
                                      United States District Judge