DAVID C. VOSS, JR. (State Bar No. 147330)
david@vsbllp.com
VOSS, SILVERMAN & BRAYBROOKE LLP
4640 Admiralty Way, Suite 800
Marina Del Rey, California 90292-6602
T: (310) 306-0515/ F: (310) 306-5368

Attorneys for Defendants Moishe Newman
and AMN Distribution, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ATHENA COSMETICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMN DISTRIBUTION, INC., MOISHE NEWMAN, an individual d/b/a BRUSH EXPRESS, and DOES 1-10, INCLUSIVE, <br><br> Defendants | Case No. 2:20-cv-05526-SVW-SHK <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFF'S ELECTION OF REMEDIES PER RULING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Place:  Courtroom 10A <br>           First Street Courthouse <br>           350 W. 1st Street, 10th Floor, <br>           Los Angeles, California 90012 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

   Pursuant to this Court's order Granting Motion for Partial Summary Judgment, the Court set further addition deadlines relating to the election of remedies by Plaintiff. [Dkt. 245]

   Defendants requested an extension of time to respond to Plaintiff's election of remedies [Dkt. 256] which was granted by the Court's order on August 22, 2022 [Dkt. 259] providing that "The extension requested by Defendant is GRANTED. Defendant shall file its opposition by September, 22, 2022."

   Having reviewed Plaintiff's election of statutory remedies [Dkt. 255], Defendants do not oppose the election of remedies as stated by Plaintiff therein.

DATED: September 22, 2022     DAVID C. VOSS, JR.
                              VOSS, SILVERMAN & BRAYBROOKE, LLP

                              By: _____
                              David C. Voss, Jr.
                              Attorneys for Defendants AMN DISTRIBUTION, INC. and MOISHE NEWMAN