Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

David C. Voss Jr., No. 147330 David@vsbllp.com
Voss, Silverman & Braybrooke, LLP
Marina Towers, 4640 Admiralty Way, Suite 800
Marina del Rey, CA 90292-6602
Phone: (310) 306-0515

Attorneys for Defendants AMN Distribution, Inc. and Moishe Newman

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br>    Plaintiff, <br>      v. <br> AMN Distribution Inc., et al., <br>    Defendant. | Case No. 2:20-cv-05526-SVW-SHK <br><br> Stipulation to Continue Applications for Filing under Seal and Attorney Fees. <br><br> Present Hearing Date: September 26, 2022 <br> Time: 1:30 pm <br> Judge: Wilson |

Recognizing the desirability of this matter being handled out of public view, the parties have met and conferred and agreed to draft an appropriate protective order and process for the confidential handling of this matter that will permit Defendants' counsel to confer with its client in reviewing the Application for Attorney Fees which are currently marked Attorneys Eyes Only.

The parties through counsel have stipulated to continue the hearing (if currently set) for two weeks until October 11, 2022 at 1:30 p.m.[1] or at such other time as the Court approves.

---

[1] Monday, October 10 is a Court holiday.

| | |
|---|---|
| September 23, 2022 | /s/ *Michael Harris* <br> Michael Harris <br> SoCal IP Law Group LLP |
| | Attorneys for Plaintiff Athena Cosmetics, Inc. |

Under Local Rule 5-4.3.4, Michael Harris attests that the following signatory authorized this filing.

| | |
|---|---|
| September 23, 2022 | /s/ *David C. Voss Jr.* <br> David C. Voss Jr. <br> Voss, Silverman & Braybrooke, LLP |
| | Attorneys for Defendant AMN Distribution, Inc. and Moishe Newman |