UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>    Plaintiff,<br><br>        v.<br><br>AMN Distribution Inc., et al.,<br><br>    Defendant. | Case No. 2:20-cv-05526-SVW-SHK<br><br>Order Granting Stipulation to Continue Applications for Filing under Seal and Attorney Fees. |

The hearing on Athena's Motion for Attorney Fees and Expenses is continued to October 24, 2022 at 1:30 p.m.

Dated: September 29, 2022

_____
United States District Judge

---

[Proposed] Order Granting Stipulation to Continue Hearing on Attorney Fees Motion

1

Athena Cosmetics v. AMN Distribution
No. 2:20-cv-05526-SVW-SHK