Michael D. Harris, No. 59,470 mharris@socalip.com
Brian Tamsut, No. 322,780, btamsut@socalip.com
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

Attorneys for Plaintiff Athena Cosmetics, Inc.

David C. Voss Jr., No. 147330 David@vsbllp.com
Voss, Silverman & Braybrooke, LLP
Marina Towers, 4640 Admiralty Way, Suite 800
Marina del Rey, CA 90292-6602
Phone: (310) 306-0515

Attorneys for Defendants AMN Distribution, Inc. and Moishe Newman

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AMN Distribution Inc., et al.,<br><br>　　Defendant. | Case No. 2:20-cv-05526-SVW-SHK<br><br>**STIPULATION FOR CONTINUANCE OF HEARING ON MOTION FOR FEES AND EXPENSES**<br><br>HEARING DATE: October 24, 2022 |

## I.　BACKGROUND

　　A.　By means of a separate Stipulated Protective Order and Stipulation for Filing Under Seal filed concurrently with this Stipulation for Continuance, Plaintiff and Defendants have agreed and stipulated that the information contained in the Motion, Opposition, Exhibits, Declarations in Support and such other related filings as may be made in the ordinary course of litigating the Motion for Fees and Expenses

should be deemed Confidential and that all related filings be made under seal pursuant to the procedures defined in Local Rule 79-5 and further agreed to filing deadlines related to the motion.

  B. Defendants' counsel has not shared the contents of Dkt. #260 nor Dkt. #261 with its client which were marked Confidential; however, Plaintiff agrees that Defendants shall have the opportunity to review Confidential material associated with the instant motion to assist in the preparation of opposition documents subject to the limitations contained herein.

**II. SCHEDULING CONFERENCE/CONTINUANCE OF HEARING**

  A. Consistent with the Stipulated Protective Order, the parties have stipulated to continue the hearing on the Motion for Fees and Expenses requesting the Court order:

   a) a brief scheduling hearing to set the hearing of the motion for fees and expenses on a date mutually available to counsel for the parties and the Court; and,

   b) a continuance of the October 24, 2022 hearing date set by the Court pursuant to the continuance granted by Order dated September 29, 2022 [Dkt. #263].

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| October 20, 2022 | /s/ *Michael Harris* <br> Michael Harris <br> SoCal IP Law Group LLP |
| | Attorneys for Plaintiff Athena Cosmetics, Inc. |

Under Local Rule 5-4.3.4, Michael Harris attests that the following signatory authorized this filing.

| | |
|---|---|
| October 20, 2022 | /s/ *David C. Voss Jr.* <br> David C. Voss Jr. <br> Voss, Silverman & Braybrooke, LLP |
| | Attorneys for Defendant AMN Distribution, Inc. and Moishe Newman |