UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc.,<br><br>   Plaintiff,<br><br>      v.<br><br>AMN Distribution Inc., et al.,<br><br>   Defendant. | Case No. 2:20-cv-05526-SVW-SHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF HEARING ON MOTION FOR FEES AND EXPENSES** |

The hearing on Athena's Motion for Attorney Fees and Expenses is continued to _____, 2022 at _____.

Dated:

_____
United States District Judge