David C. Voss Jr., SBN 147330 david@vsbllp.com
Voss, Silverman & Braybrooke, LLP
Marina Towers, 4640 Admiralty Way, Suite 800
Marina del Rey, CA 90292-6602
Phone: (310) 306-0515

Attorney for Defendants AMN Distribution, Inc. and Moishe Newman

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Athena Cosmetics, Inc., <br><br>    Plaintiff, <br><br>       v. <br><br>AMN Distribution Inc., et al., <br><br>    Defendant. | Case No. 2:20-cv-05526-SVW-SHK <br><br>**EX PARTE REQUEST FOR CLARIFICATION** |

On October 20, 2022, two separate stipulations were filed; to wit:

> 265  STIPULATION to Continue Hearing on Motion for Attorney Fees and Expenses from October 24, 2022 to TBD Re: APPLICATION to file document *Memorandum of Points and Authorities in Support of Plaintiff Athenas Motion for Attorney Fees and Expenses and Proposed Order* under seal 260 filed by Plaintiff Athena Cosmetics, Inc.. (Attachments: # 1 Proposed Order)(Harris, Michael) (Entered: 10/20/2022)

and,

> 266  STIPULATION for Protective Order filed by Plaintiff Athena Cosmetics, Inc..(Harris, Michael) (Entered: 10/20/2022)

These two stipulations were connected to each other.

---

Stipulated Protective Order            1            Athena Cosmetics v. AMN Distribution
                                                    No. 2:20-cv-05526-SVW-SHK

As moving party, Plaintiff Athena Cosmetics, Inc. had sought to handle the matter of its motion for fees and expenses confidentially and under seal. Defendants had agreed and stipulated to a process for this request on Plaintiff's motion by way of a stipulated protective order and a companion stipulation for continuance of the hearing on Plaintiff's motion to allow time for the process in the protective order to move forward.

In response the Court issued this ruling denying the continuance but silent as to the other stipulation by which Plaintiff stipulated that Defendants would have more time to respond to its Motion for Fees and Expenses; to wit:

> 267 IN CHAMBERS ORDER/TEXT ONLY ENTRY by Judge Stephen V. Wilson re: Motion for Attorneys Fees 260 - The motion is submitted. Order to issue. The hearing previously scheduled for 10/24/2022 at 1:30 p.m. is vacated and off-calendar. The STIPULATION 265 is DENIED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (pc) TEXT ONLY ENTRY (Entered: 10/20/2022)

By way of this Ex Parte Request for Clarification, Defendants seek clarification on the status of the Stipulation contained in docket entry number 266 by which Plaintiff expressly stipulated to additional time to respond to the motion contra to the order at Dkt. 267 indicating that the "motion is submitted". Has the Stipulation for Protective Order [Dkt. 264] also been denied?

1  Dated: October 24, 2022

                                                   David C. Voss Jr.
Voss, Silverman & Braybrooke, LLP
Attorneys for Defendant AMN Distribution,
Inc. and Moishe Newman