UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-05526-SVW-SHK | Date | October 27, 2022 |
|---|---|---|---|
| Title | Athena Cosmetics, Inc. v. AMN Distribution Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER

    The Court has reviewed parties' stipulations at ECF Nos. 265 and 266. The Court GRANTS the parties' stipulation for a protective order, at ECF No. 266. As to the stipulation at ECF No. 265, the Court believes that the instant motion is suitable for disposition without oral argument. Additionally, the Court believes that Defendant has not timely filed its opposition to Plaintiffs' motion pursuant to Local Rule 7-9, providing that oppositions shall be filed not later than 21 days before the date of the hearing of the motion. Nevertheless, in the interests of justice, the Defendant shall have 14 days to file an opposition to Plaintiff's motion for attorneys' fees.

    The status conference previously set for October 31, 2022 at 1:30 p.m. is vacated and off-calendar.

|  | : |
|---|---|
| Initials of Preparer | PMC |