AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-5526 SVW -SHK | DATE FILED<br>6/22/2020 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br><br>Athena Cosmetics, Inc. | | DEFENDANT<br><br>AMN Distribution Inc., a Dela-ware Corporation, Moishe New-man, an individual d/b/a Brush Express, and DOES 1-10, Inclusive |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,246,814 | 5/29/2007 | Athena Cosmetics, Inc. |
| 2 | 3,526,373 | 11/4/2008 | Athena Cosmetics, Inc. |
| 3 | 3,413,360 | 4/15/2008 | Athena Cosmetics, Inc. |
| 4 | 5,633,064 | 12/18/2018 | Athena Cosmetics, Inc. |
| 5 | 4,501,304 | 3/25/2014 | Athena Cosmetics, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☑ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  5,871,804 | 10/1/2019 | Athena Cosmetics, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| MINUTES [IN CHAMBERS] Order Partially Granting Motion for Attorney's Fees [272]  MD JS-6.<br>Case terminated. |

| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Evelyn Synagogue | DATE<br>11/15/2022 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy