UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 7 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ATHENA COSMETICS, INC., a Delaware corporation, | No. 22-55159 |
| Plaintiff, | D.C. No. 2:20-cv-05526-SVW-SHK Central District of California, Los Angeles |
| v. | |
| AMN DISTRIBUTION, INC., a Delaware corporation; MOISHE NEWMAN, an individual, DBA Brush Express, | ORDER |
| Defendants-Appellees, | |
| v. | |
| MARINA LOUISE LANG; SOCAL IP LAW GROUP, LLP, | |
| Real-party-in-interest-Appellants. | |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and records and the decisional process would not be significantly aided by oral argument. This case is ordered submitted without oral argument on January 9, 2023, in Pasadena, California. *See* Fed. R. App. P. 34(a)(2)(C).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7