David C. Voss Jr., SBN 147330 david@vsbllp.com
Voss, Silverman & Braybrooke, LLP
Marina Towers, 4640 Admiralty Way, Suite 800
Marina del Rey, CA 90292-6602
Phone: (310) 306-0515

Attorney for Defendants AMN Distribution, Inc. and Moishe Newman

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| Athena Cosmetics, Inc., <br>    Plaintiff, <br>     v. <br> AMN Distribution Inc., et al., <br>    Defendant. | Case No. 2:20-cv-05526-SVW-SHK <br><br> **REQUEST FOR ENTRY OF SEPARATE JUDGMENT [F.R.C.P. 58(d)]** |

Pursuant to Federal Rule of Civil Procedure 58(d) "Request for Entry" Defendants AMN Distribution, Inc. and Moishe Newman hereby request that judgment be set out in a separate document as required by Rule 58(a).

Dated: December 12, 2022

_____
David C. Voss Jr.
Voss, Silverman & Braybrooke, LLP
Attorneys for Defendant AMN Distribution, Inc. and Moishe Newman