UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ATHENA COSMETICS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br> v.<br><br>AMN DISTRIBUTION, INC., a Delaware corporation; MOISHE NEWMAN, an individual, DBA Brush Express,<br><br>        Defendants - Appellees,<br><br> v.<br><br>MARINA LOUISE LANG; SOCAL IP LAW GROUP, LLP,<br><br>        Real-party-in-interest - Appellants. | No. 22-55159<br><br>D.C. No. 2:20-cv-05526-SVW-SHK<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered January 24, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7